# EXHIBIT D (PART 2)

Page 203

**Roderick**

[1]
[2]   A: It depends on the week.
[3]   Q: Fair statement.
[4]   Sometimes you will have fewer
[5]   flashbacks?
[6]   A: Sometimes I won't have it. I can go
[7]   a day with not having anything, all of a sudden
[8]   the next day it's like a recording getting
[9]   replayed over and over again.
[10]  Other times I may have a flashback.
[11]  It depends on the day. It's not a week-by-week
[12]  thing. It's just day by day.
[13]  Q: There are times when you can go a
[14]  string of several days without having flashbacks?
[15]  A: At times, yes.
[16]  Q: How many days have you gone without
[17]  you having a flashback, a week, two weeks?
[18]  A: Four or five days.
[19]  Q: Do you have flashbacks more often at
[20]  night or during daylight hours?
[21]  A: If I'm sitting watching TV with my
[22]  son at night, it's, I don't really get the chance
[23]  to think about it because I think about him and
[24]  what's going on.
[25]  If I'm on the boat, it seems like

Page 204

**Roderick**

[1]
[2]   it's more active.
[3]   Q: In what way?
[4]   A: Just constantly going over it,
[5]   constantly replaying it.
[6]   Q: Does it negatively impact on your
[7]   ability to do your work on board the boat?
[8]   A: Do my work on the boat?
[9]   Q: Yes.
[10]  A: I get yelled at a lot more often now
[11]  by my father.
[12]  Q: Has your relationship with your
[13]  father changed since the collision?
[14]  A: In some aspects, yes. Others, no.
[15]  Q: Tell me how it's changed.
[16]  A: He is snappier.
[17]  Q: In what way?
[18]  A: He is quicker to snap now, doesn't
[19]  take him as much.
[20]  Q: What causes him to snap?
[21]  And when you say he is snappier, we
[22]  are talking about snapping at you or snapping at
[23]  others?
[24]  A: At me. I didn't empty the pot fast
[25]  enough, I didn't slide the pot down the rail fast

Page 205

**Roderick**

[1]
[2]   enough.
[3]   Q: What else?
[4]   A: I'm not moving the rope fast enough,
[5]   get the bait done, I'm not moving it.
[6]   MR. HEALEY: How much more do
[7]   you have? I think you can go on
[8]   unlimited.
[9]   MR. UNGER: I understand, Tom.
[10]  Give me one second to chat
[11]  with these gentlemen.
[12]  MR. HEALEY: You do understand
[13]  you can continue. I'm not suggesting
[14]  to stop now. I have other reasons for
[15]  suggesting it.
[16]  MR. UNGER: Okay.
[17]  (Whereupon, counsel confer off
[18]  the record.)
[19]                BY MR. UNGER:
[20]  Q: I understand that you say you have
[21]  flashbacks when you are working.
[22]  But the question is do those
[23]  flashbacks prevent you from doing your job on the
[24]  boat?
[25]  A: Do they prevent me? No.

Page 206

**Roderick**

[1]
[2]   Q: If you are having flashbacks in
[3]   connection with this incident, why did you
[4]   volunteer to go with Mike Stepski and his father
[5]   and brother back to the very scene of the
[6]   collision in order to recover the nets?
[7]   A: At the initial time, I agreed to go
[8]   fishing. Nothing had been said other than that.
[9]   When we were out there fishing, he said, I thought
[10]  he was joking.
[11]  Q: Would you have gone along, had you
[12]  known at the time, to go recover the nets and the
[13]  debris was part of the plan?
[14]  A: If I had known, I don't know.
[15]  Q: Who introduced you to Dr. Small?
[16]  A: Stevens and Healey. Ron Stevens and
[17]  Tom Healey.
[18]  Q: When was the first time that you
[19]  contacted any attorney in connection with this
[20]  case?
[21]  A: I did not make the initial contact.
[22]  Q: Tell me how the initial contact was
[23]  made?
[24]  A: If I recall, Mike had talked to Ron,
[25]  who then put us in touch with Tom.

Page 207

Roderick

[1]
[2] Q: And about when was this?
[3] A: A month afterwards.
[4] Q: Had you previously known attorney
[5] Stevens?
[6] A: I knew the law firm because my
[7] father has dealt with them.
[8] Q: But did you know him personally?
[9] A: No.
[10] Q: Has the doctor, Dr. Small, that is,
[11] discussed with you payment of her bill?
[12] A: Not that I can recall.
[13] Q: Is it unusual that a doctor would
[14] treat someone and not seek to be paid for her
[15] services?
[16] A: It was given as a reference. She
[17] didn't ask about payment. At that point in time I
[18] didn't ask.
[19] Q: Do you know if there is an agreement
[20] between the doctor and the attorneys that the
[21] doctor's bill will be paid?
[22] A: That I do not know.
[23] MR. UNGER: I think I will
[24] stop here.
[25] And I think Mr. Singleton had

Page 208

Roderick

[1]
[2] one or three more questions.
[3] MR. SINGLETON: I just have
[4] one.
[5] MR. HEALEY: Go ahead.
[6] MR. SINGLETON: One series.
[7] REDIRECT EXAMINATION
[8] BY MR. SINGLETON:
[9] Q: When you were in the debris field,
[10] did you find an EPIRB, the vessel?
[11] A: Yes.
[12] Q: When you found it, what was the
[13] condition?
[14] A: The antenna had been broken off.
[15] Other than that, I'm not an electronics genius, it
[16] looked like it was working.
[17] Q: What was it doing? Describe how it
[18] appeared.
[19] A: There was a — honestly, I don't
[20] know. All I know is what I had heard from Mike
[21] and Ben and the raft.
[22] Q: When it was recovered, did you
[23] physically look at it or did you not pay attention
[24] to it?
[25] A: I looked at it briefly, the antenna

Page 209

Roderick

[1]
[2] had broken off.
[3] Q: Did you see a red light on it?
[4] A: No.
[5] Q: Did you see a flashing light on it?
[6] A: No.
[7] Q: If it were a flashing light, do you
[8] think you would remember seeing it?
[9] A: Yes.
[10] MR. SINGLETON: That's all.
[11] (Whereupon, at 3:55 o'clock
[12] p.m., the deposition was concluded.)
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 210

[1]
[2] CAPTION
[3]
[4] The Deposition of GEAL RODERICK, taken in the
[5] matter, on the date, and at the time and place set
[6] out on the title page hereof.
[7]
[8]
[9] It was requested that the deposition be taken by
[10] the reporter and that same be reduced to
[11] typewritten form.
[12]
[13]
[14] The Deponent will read and sign the transcript
[15] of said deposition.
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 211

[1]
[2]      CERTIFICATE
[3]
[4] STATE OF_____ :
[5] COUNTY/CITY OF_____ :
[6]
[7] Before me, this day, personally appeared
[8] GEAL RODERICK, who, being duly sworn, states
[9] that the foregoing transcript of his/her
[10] Deposition, taken in the matter, on the date, and
[11] at the time and place set out on the title page
[12] hereof, constitutes a true and accurate transcript
[13] of said deposition.
[14]
[15]
[16]          GEAL RODERICK
[17]
[18]
       SUBSCRIBED and SWORN to before me this_____
[19]
[20] day of _____, 2006, in the
[21] jurisdiction aforesaid.
[22]
[23]
[24] My Commission Expires      Notary Public
[25]

Page 212

[1]
[2]      DEPOSITION ERRATA SHEET
       RE:
[3] FILE NO.
[4] CASE CAPTION:   Stepski  vs.  NORASIA ALYA
[5] DEPONENT:  GEAL RODERICK
       DEPOSITION DATE: November 10, 2006
[6]
       To the Reporter:
[7] I have read the entire transcript of my Deposition
       taken in the captioned matter or the same has been
[8] read to me.  I request for the following changes
       be entered upon the record for the reasons
[9] indicated.
       I have signed my name to the Errata Sheet and the
[10] appropriate Certificate and authorize you to
       attach both to the original transcript.
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24] SIGNATURE:_____ DATE:_____
[25]      GEAL RODERICK

Page 213

[1]
[2]          INDEX   PAGE
[3] Witness           Direct  Cross  Redirect
[4] Geal Roderick       4      186    208
[5]
[6]
[7]
[8]
             EXHIBITS
[9]
[10] Exhibits        Description        Page
       For Ident.
[11]
[12] 13   Drawing                75
[13] 14   Handwritten document        112
[14] 15   Handwritten document        113
[15] 16   Conversation record        121
[16] 17   Oreo cookie wrapper        166
[17] 18   Copy of health insurance card    189
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 214

[1]
[2]          CERTIFICATE
[3] STATE OF NEW YORK              )
[4]                        ) ss.
[5] COUNTY OF NEW YORK )
[6]          I, ANNETTE FORBES, a Certified
[7]     Shorthand (Stenotype) Reporter and
[8]     Notary Public of the State of New
[9]     York, do hereby certify that the
[10]    foregoing Deposition, of the witness,
[11]    GEAL RODERICK, taken at the time and
[12]    place aforesaid, is a true and correct
[13]    transcription of my shorthand notes.
[14]        I further certify that I am
[15]    neither counsel for nor related to any
[16]    party to said action, nor in any wise
[17]    interested in the result or outcome
[18]    thereof.
[19]        IN WITNESS WHEREOF, I have
[20]    hereunto set my hand this 21st day of
[21]    November, 2006.
[22]
[23]
[24]          ANNETTE FORBES, CSR, RPR
[25]

**Lawyer's Notes**

## $

**$1,200** 187:13
**$10,000** 40:9
**$100** 187:10
**$600** 187:12

## 0

**003163187** 189:7
**04** 190:5
**06355** 3:14

## 1

1 73:25; 74:2, 7, 13, 19, 22; 75:9; 76:2; 80:10, 22; 81:21; 83:20; 110:21; 143:17
**1,200** 54:16
**10** 35:8; 51:12; 54:19; 98:5; 145:3
**11** 47:17; 122:6
**11:00** 114:2, 20, 22; 121:24
**12** 81:9; 115:7; 121:17; 191:9
**12:00** 96:17
**12:15** 96:19
**13** 75:5
**14** 76:20, 20; 112:15, 19
**1400** 121:5
**14525** 76:25
**14550** 76:25
**14700** 114:24; 115:20; 121:5
**15** 39:25; 41:7; 54:19; 98:6; 109:23; 110:3; 113:5, 7, 11; 117:11
**16** 121:18, 20; 122:13; 140:6
**17** 166:8
**18** 189:13
**1995** 196:21
**1:25** 144:9

## 2

2 49:14; 50:6; 74:13; 110:20; 128:16
**20** 50:23; 51:12; 57:6; 142:2
**2003** 177:13, 14
**2004** 10:21, 22; 35:16; 41:16; 70:3; 114:2; 177:12, 15; 186:17; 194:2, 8; 197:7; 198:8; 199:14, 24; 202:23
**2005** 177:17
**2006** 145:3; 186:15
**21** 199:14

**22** 35:16; 41:16; 70:2; 114:2; 194:2, 8; 198:8; 199:24
**22nd** 4:12; 25:4; 30:22; 37:16; 38:9, 10, 16; 87:7; 104:22; 117:16; 125:15; 190:7; 198:21
**25** 76:25; 77:5
**28** 190:5
**289** 3:12
**2:05** 145:4

## 3

**30** 47:8; 51:3, 16; 52:2; 60:21; 61:16
**300-foot** 163:5, 8, 9
**31** 3:17
**33** 179:14
**35** 179:14, 20
**3:00** 41:19, 23; 42:3, 6; 117:22
**3:30** 117:24
**3:55** 209:11

## 4

4 26:11, 13; 186:16
**40** 107:23; 176:6
**436** 121:7
**43600** 116:3; 119:18
**43rd** 115:23
**45** 46:16
**45-degree** 166:15, 18
**46300** 114:24; 115:20
**4:00** 117:23

## 5

5 26:12; 74:8, 23; 76:20; 83:2
**5/14/75** 3:20
**50** 76:20
**5:00** 117:23

## 6

6 76:20
**6,000** 67:24
**60** 59:10; 107:18

## 7

**7,000** 41:3, 8
**73** 28:20
**75** 110:4; 176:3

## 8

8 56:13
**85** 43:22

## 9

**90** 43:22; 109:25
**90-degree** 105:20
**95** 5:23; 194:17
**96** 6:14; 11:16; 202:22
**97** 202:22
**98** 196:5
**9909654** 189:6

## A

**a.m** 114:2, 20
**abbreviation** 179:17
**abeam** 105:10; 108:23; 109:3, 6
**ability** 5:5; 34:9; 35:6; 204:7
**able** 4:24; 76:4, 12, 22; 83:24; 125:23; 126:5; 162:14; 168:20; 192:5; 199:5
**aboard** 101:24; 157:20; 159:14, 17
**above** 114:4; 116:8; 132:9
**absolute** 159:19
**absolutely** 103:16
**accelerate** 150:24; 151:4; 152:11
**accept** 122:6; 124:23
**access** 86:5
**accident** 4:13; 10:16, 21, 25; 11:6, 8; 25:4; 36:17; 37:19; 38:9; 42:24; 43:7; 50:7; 83:9; 113:15; 187:18; 194:14; 195:18, 25; 196:8, 21; 197:24; 198:11, 12
**According** 130:4, 12, 13; 195:8
**acquire** 35:18
**acquired** 32:10
**across** 53:4, 7; 109:2; 190:24
**action** 151:10; 152:19
**activate** 25:18, 25
**activated** 25:3, 11, 15, 21
**activates** 154:11
**active** 202:6; 204:2
**actual** 3:19; 15:8; 29:7; 61:17; 77:14; 82:21; 158:9
**actually** 12:24; 14:24; 21:24; 24:11, 13; 25:17, 23; 27:13, 17; 29:3; 31:9; 34:7, 11; 37:6; 49:19; 52:5; 56:5; 60:9; 62:14, 17;

64:13, 15; 66:6; 73:22; 82:3; 93:8; 95:7; 100:10; 108:18; 121:23; 126:11; 156:5; 159:23; 163:3; 189:19
**add** 59:20; 60:6, 7
**address** 18:17; 19:4; 186:5
**advanced** 74:8
**afford** 187:25; 188:3
**affordable** 3:23
**afloat** 164:17
**aft** 63:11, 17
**afternoon** 117:22; 145:2
**afterwards** 11:25; 91:13, 18; 172:8; 191:15; 195:8; 207:3
**aftmost** 62:19; 63:5
**again** 4:3; 38:15; 50:21; 70:11; 83:8; 84:9; 93:2; 94:17; 97:22; 108:24; 130:13; 142:15, 23; 143:5; 151:3; 182:8; 196:10; 197:10, 16; 200:8; 203:9
**AGGRESSOR** 8:15; 9:12; 11:25; 12:4
**Ago** 6:24; 16:24; 20:8; 84:22; 88:15; 92:19; 174:18; 193:24; 198:4, 4; 202:2
**agree** 43:8; 69:7, 9; 79:18; 130:13; 201:12
**agreed** 206:7
**agreeing** 79:20
**agreement** 39:17; 42:25; 56:15; 207:19
**ahead** 47:16; 54:10; 100:14; 106:17, 18, 22; 124:10; 140:6; 148:25; 182:6, 6; 208:5
**ain't** 112:24
**air** 194:19, 20
**alarm** 24:11, 21, 24; 25:18, 25
**alcohol** 185:9; 202:19
**allowing** 104:10
**almost** 59:4; 76:21; 77:2; 83:2; 147:14; 202:8, 15, 17
**along** 65:17; 71:24; 74:11; 107:8; 109:13; 162:4, 6; 163:25; 168:22; 199:17, 22; 206:11
**alongside** 45:23; 47:4; 48:14; 110:6; 165:2, 3
**alternately** 97:25
**Always** 31:16, 17; 36:25; 66:23; 72:15; 81:15; 82:5, 16, 21; 85:20; 92:9; 95:4
**ALYA** 15:16; 17:3; 168:17; 174:9, 10
**amount** 169:10
**anchor** 46:13; 155:16, 16, 21; 156:23; 157:10, 18, 19; 159:23, 24; 162:16
**angle** 105:20; 166:15, 18

**ANN** 24:8
**Annette** 3:3
**answered** 84:6; 137:2; 152:15; 177:11
**antenna** 141:25; 208:14, 25
**Anthony** 3:10; 189:25; 190:3
**anymore** 179:22
**Apart** 13:12; 47:12; 60:20; 104:19, 20
**apologize** 104:11; 176:14
**appear** 102:20; 132:25
**appearance** 17:3
**appeared** 130:10; 134:17; 135:8, 10; 136:8; 137:18; 141:14, 22; 142:10; 208:18
**appears** 143:4
**application** 6:19
**appointment** 20:16; 37:6
**appointments** 20:20
**appreciate** 51:13; 148:13
**approaches** 24:23
**approximate** 16:6; 68:8; 97:8
**Approximately** 46:5; 71:22; 74:9; 123:22; 127:23; 128:22; 129:16; 141:6; 186:10, 20; 187:9
**approximation** 51:12
**April** 10:24; 11:14; 38:10
**area** 33:6; 58:24; 63:4, 5, 12, 18; 76:22; 79:25; 80:3; 85:12, 18, 19; 115:14; 120:10; 125:13; 154:21; 181:14; 191:11; 197:19
**around** 7:21; 13:14; 46:11; 53:9; 77:24; 114:20; 137:19; 142:2; 146:15; 159:20; 192:13
**arrested** 5:10
**arrive** 117:18
**arrow** 81:17
**aside** 201:11
**asleep** 24:18, 19; 119:10
**aspects** 182:24; 204:14
**assist** 27:14; 111:8; 192:5
**assisted** 111:12; 184:13
**assume** 12:18; 194:21
**assuming** 132:21
**assumption** 64:18
**attempt** 77:10
**attempted** 145:25
**attended** 17:14
**attention** 14:20; 83:23; 122:8; 133:17, 19; 192:12; 208:23
**Attorney** 14:17; 17:15; 206:19; 207:4
**attorney's** 15:6
**attorneys** 18:3; 19:19;

201:9; 207:20
auto 154:4
automatically 30:23
automobile 194:14
autopilot 154:13
auxiliary 33:22
auxilliary 33:8, 10, 19; 109:16
AVA 9:11; 12:5; 23:9; 24:6; 27:19, 23; 28:13; 32:2, 16; 41:18; 42:12; 47:15; 101:24; 113:25; 160:9, 14; 165:7; 167:8, 24, 25; 168:3, 6, 8, 12; 171:25; 175:3, 12; 176:2, 16; 179:22
average 107:20, 22
avoid 145:12; 146:5, 21; 150:17; 151:10
aware 161:14
away 47:13; 51:19, 25; 52:12, 21, 22, 23; 84:17; 93:4; 94:24; 98:25; 99:6; 100:2, 20; 105:18; 108:9; 140:12; 143:18
ax 111:25; 112:10

**B**

B 121:2, 10, 16
B-r-o-y-c-e 190:3
back 5:2; 11:14; 20:22; 39:4; 41:13; 42:3; 47:13; 57:7; 59:24, 25; 60:3; 62:14, 17, 23, 23; 64:2, 6, 16; 76:16; 84:8; 87:5; 88:23; 90:5, 7; 96:24; 97:6; 104:14; 119:13; 121:24; 126:7; 134:12, 14; 145:8; 155:17; 156:10; 157:18, 20; 159:21; 163:16; 168:7; 171:11, 17; 177:7; 185:14; 188:4; 189:11; 195:4, 7; 196:22; 200:14; 202:18, 23; 206:5
background 4:11; 5:13
bad 197:4
bag 194:19
bags 194:20
bait 205:5
ball 183:6
bank 196:2
bar 10:12; 63:2
barred 123:6
bars 63:2
based 8:16; 55:4, 4; 58:4; 75:10; 77:11; 94:23; 123:4; 130:2; 148:4; 149:7, 12; 150:5, 15; 151:19, 25; 152:11; 164:6
basic 22:17
basically 16:14, 19; 20:15; 24:18; 90:3; 157:2, 16
basis 197:9; 202:3

basket 184:10, 14
beam 109:7, 11; 143:19
became 156:11; 158:8, 8
become 156:9
Bedford 117:9; 185:8
beer 44:18, 22, 24; 45:5, 8
beforehand 11:10; 23:19, 20; 35:19; 51:4; 78:2; 200:8
began 127:16
beginning 73:25; 74:7, 13, 22; 131:5; 138:12; 159:18, 19
behind 156:4
belief 94:23
believing 147:24
below 85:10, 11
Ben 44:15, 16; 62:6; 167:23; 184:19; 208:21
Ben's 45:6
besides 55:24; 85:16; 190:14
best 4:16; 34:9; 66:9; 70:13; 123:11; 179:23, 24; 181:25; 186:21; 192:7
better 4:2; 48:15
beyond 68:15
big 10:12; 43:18; 167:6; 168:14
bill 207:11, 21
birthday 3:19
bit 4:7; 59:18, 20; 106:7, 22; 183:17; 185:21; 191:4
bitten 194:5
black 43:18
blacked 122:19
blackout 122:16
blade 7:25
blame 198:7, 11, 12
blankets 117:4
blast 172:5
blip 79:4; 142:8, 11, 15, 20, 23; 143:12, 17, 17
blocked 129:5
blocks 164:14
Bloom 118:20
blow 77:22
blowing 199:7
blue 73:9; 116:14; 165:17, 19, 20, 20, 20, 21, 21, 24, 24, 25; 169:4
board 32:2; 41:17; 43:9; 44:22, 24; 45:5, 9, 11; 159:6; 204:7
boards 164:19
boat 8:22; 9:5, 18, 22; 10:2, 6; 11:12; 12:15; 21:8, 9; 22:20; 27:10, 13; 30:7; 39:16, 19; 40:17, 18, 21; 41:2, 5, 21; 42:6, 16; 43:10; 44:22, 24; 45:9, 11; 46:11, 24; 48:11, 16; 51:22; 52:23; 55:8; 60:4; 76:17; 78:17, 20, 25; 79:3,

14, 16, 18, 19, 23, 25; 80:21; 81:14, 15, 16, 20; 82:7, 8, 25; 83:9, 14, 19; 84:3, 5, 17, 22; 87:5; 91:12, 21; 100:13; 101:3, 15; 106:21; 108:18; 110:12, 19; 112:9; 114:4, 21; 116:7; 129:16; 150:23; 151:4, 9, 11, 25; 152:3, 5, 13; 153:3, 19; 155:20; 156:24; 160:16, 21; 162:21, 22, 25; 164:16, 20, 21, 24, 24; 165:6; 166:21, 25; 167:2, 6; 176:18; 177:8; 192:3; 193:11, 14, 15, 18; 202:17; 203:25; 204:7, 8; 205:24
boat's 172:5
boater's 6:5, 6
boats 9:9; 12:3, 8, 16, 23, 24; 13:13; 21:7; 127:2; 193:7, 9
bones 183:21
book 35:2, 3; 67:9; 127:11, 12
born 190:4; 198:5
both 20:2; 60:14; 78:13; 79:18; 89:4, 6; 131:13, 14; 136:5; 137:2; 158:16; 167:10; 194:21
bottle 165:24
bottled 199:6
bottom 16:5; 69:20; 81:22; 82:2; 103:11, 12; 105:2; 106:4, 16; 124:5; 156:6; 157:23; 158:17; 160:13; 168:25; 169:4
bouncing 156:5; 165:3
bound 143:25
bow 102:15; 106:7; 107:11, 14; 108:4; 168:14, 16, 21; 169:8
bows 168:20
box 31:3, 10; 43:21; 63:6
boxes 43:18
brain 20:17
break 4:25; 8:7; 96:14; 102:25; 128:2; 144:8
breakfast 46:20, 21; 47:3; 49:18, 20; 50:3
breaking 53:5
bridle 57:22, 22; 59:7, 15; 60:13, 15; 61:11, 20, 23; 62:4; 98:17; 110:24; 111:6, 8
bridles 58:21; 59:3, 13; 63:3; 111:17
brief 17:5; 116:24; 161:17
briefly 208:25
bring 17:23; 29:16, 17, 18, 19, 19; 30:19, 20; 45:8; 157:13; 162:8; 196:17
bringing 157:19; 159:14, 16
broke 114:11; 160:20; 162:11, 21, 22, 25

broken 183:21; 208:14; 209:2
brother 206:5
brought 30:13; 45:5; 62:25; 150:21
Broyce 189:25; 200:12
bruises 183:20, 21; 194:9, 11
bubble 32:21
bullet 123:14; 127:15
bump 160:13
bumps 183:21; 194:9
buoy 62:22
buoys 46:12
button 79:7; 161:5
buzzer 24:14, 15, 17

**C**

C 3:2; 8:21; 11:11; 12:4; 81:10; 86:17; 121:5
cable 8:22
calculate 42:4; 167:12
calculation 74:21
calendar 20:10, 11, 15, 16, 18
call 45:19; 70:16; 162:10
called 3:2, 25; 33:7; 159:17
calling 162:3
calls 27:6
calm 58:9
came 11:14; 60:20; 61:7; 62:3; 88:22; 134:25; 137:14; 169:24
can 4:25, 25; 24:22; 25:22; 26:7, 18; 30:19; 33:23; 35:2, 3, 9; 43:22; 53:17; 57:4; 68:9, 12; 72:24; 77:14, 22; 81:7, 17; 82:3, 25; 88:14, 17; 93:15; 97:8; 107:12; 109:21; 110:18; 113:2; 119:15; 120:14; 124:8; 125:18; 128:15; 148:25; 149:5; 155:23; 156:4, 5; 165:19; 166:11, 24; 169:20; 182:5, 6; 186:4; 191:4, 17; 199:13; 200:19; 203:6, 13; 205:7, 13; 207:12
cap 196:20
Cape 113:17; 115:4; 116:20; 117:19; 118:2, 20; 173:18
Captain 8:18, 25; 11:17
CAPTION 210:2
car 119:10; 196:23
Card 6:11, 13, 16, 19; 8:23; 11:16; 188:15; 189:5, 12, 16
carefully 15:23; 73:7
cars 194:22
case 77:16, 20; 92:23; 104:21; 147:24; 201:8, 10,

14; 206:20
casually 57:18
casualty 7:12; 18:5; 77:25
catch 40:3; 54:14; 106:24; 192:6
caught 54:20; 155:10, 11, 18, 21; 162:20
causes 202:14; 204:20
ceasing 198:9
cell 180:6, 7
center 62:6, 19; 63:10, 17; 75:20; 81:16; 105:16; 157:7; 158:16; 166:18
certain 24:23; 40:21; 47:18; 76:22; 103:15; 106:23; 119:5; 153:23
certificate 6:7
cetera 33:24
chain 54:15
chair 24:16
chance 203:22
change 86:12; 102:10; 106:14; 117:7; 136:22
changed 19:12; 100:23; 101:4; 204:13, 15
changes 142:6
channel 30:14
characteristics 124:5
characterize 199:13
chart 14:7, 19; 21:17, 19, 22; 22:3; 23:5; 27:9, 19, 23; 28:2, 3, 4, 11, 17; 29:4, 6, 7, 11, 15, 21, 24; 30:3, 7, 18; 31:2, 13, 22; 33:24; 34:2; 68:22; 69:6, 10; 75:11, 12; 76:5, 7, 17, 18; 77:14, 14, 18, 21; 78:4, 5, 7, 20; 80:15; 81:5; 82:10, 21, 24; 83:3, 5, 6, 23; 115:3, 5, 14, 16, 19; 119:15, 22, 22; 120:5, 6, 9; 124:6; 125:24; 126:12; 161:8
charts 14:20; 15:8; 125:3, 9
chat 205:10
check 73:23
checked 184:2
checking 64:19, 21
childhood 194:12
children 200:11
chocks 169:12, 13, 16, 17
choice 197:10
chopper 184:3, 14
Christina 18:19
cigarettes 191:23
circle 62:20
circular 10:8
circumstances 59:6; 148:15
claim 180:8, 9; 181:6, 14; 182:5; 196:17

claiming 176:20; 177:20, 21; 178:11; 180:25

claims 195:5

CLAIRE 9:11; 23:9; 24:6; 27:19, 23; 28:14; 32:3, 16; 41:18; 42:12; 47:16; 101:24; 113:25; 160:10, 14; 165:8; 167:8, 24; 168:2, 3, 7, 8, 12; 171:25; 175:13; 176:2, 16; 179:22

CLAIRE's 175:3

clarify 54:8, 9; 79:23; 134:14; 139:9, 11, 12, 14

clear 34:4, 7; 35:12; 41:24; 42:5; 55:11; 66:24; 69:22; 79:10, 13; 121:15; 150:9

cleared 55:19

clearly 35:7

cleats 160:6

click 79:2

clicked 79:2, 3

climb 65:8

climbed 64:22

climbing 164:19

close 34:23; 88:7; 121:14; 168:4

closer 66:17; 92:24; 93:8; 133:20; 134:23; 135:8, 25; 136:21

closest 66:11; 91:7; 165:25; 166:4

closing 96:11

clothes 44:11; 117:7

club 200:4, 5

clue 117:20; 119:7

cluttered 4:24

Coast 13:24; 15:11; 37:23; 113:18; 117:19; 118:2; 119:23; 121:12; 123:5, 12; 125:10; 128:20, 25; 129:8, 12, 14; 130:9, 16; 131:7; 132:6, 11, 17; 133:2, 5; 138:25; 140:10, 14, 25; 141:5, 8; 164:3, 7; 173:14, 16, 18; 184:4

cockpit 151:22

Cod 113:17; 115:4; 116:20; 117:19; 118:2, 20; 173:19

code 3:13; 5:17

coffee 117:3

coil 62:23

coincide 120:15

collect 176:21

collided 143:14

colliding 132:23, 24; 133:4, 8

collision 44:25; 50:14; 51:2, 16, 17; 52:2, 15; 55:24; 62:5; 89:18, 21; 90:16; 91:14, 21; 97:5, 13, 21; 98:3; 100:20; 101:2; 142:22; 145:11, 13; 146:16, 22; 150:17;

151:16; 171:23; 175:4, 8, 25; 176:8, 15, 21; 183:23; 191:2; 197:8; 198:22; 201:21; 204:13; 206:6

color 16:4, 5, 6, 20; 165:16; 166:2, 4

colors 165:23

coming 37:7; 92:24; 160:5

Commander 118:19

comment 61:5; 89:3, 11

comments 103:21, 24; 104:17

commercial 7:18; 8:4, 10; 12:12; 147:8

compare 71:19

Comparing 77:13

compass 22:15; 32:16, 18, 21, 24; 33:3, 11, 18; 68:10; 107:13; 109:15, 22, 25; 176:3

compensation 39:18

complained 195:7

complaining 195:4

complaint 4:14; 14:22

complaints 187:16, 23

complete 49:12

completed 48:12; 131:4, 17; 132:12; 181:15, 24

complied 124:19

components 179:3

computer 27:14, 14, 18; 78:21, 23; 81:16

computers 125:8

concern 57:21

concerned 58:10; 170:5

concluded 209:12

conclusion 141:17

condition 208:13

conditions 60:16

confer 139:18; 205:17

confirming 16:19

confused 149:17

connect 73:3

connected 29:5

Connecticut 5:17; 36:13; 188:12; 190:18

connection 183:23; 185:7; 187:23; 195:6; 196:17; 206:3, 19

constant 156:9

constantly 32:7; 72:6, 17; 102:15; 106:20, 21; 191:19; 200:24; 204:4, 5

contact 35:10, 15; 123:15; 126:8; 127:15, 20, 21; 128:4, 8, 17; 129:15; 131:5, 10, 12, 20, 24; 132:2, 9, 13, 22, 24; 133:3, 7; 134:2, 7, 13, 23; 135:7, 10, 15, 19, 25; 136:8, 9, 10; 137:11, 18, 21, 24, 25; 138:10, 14, 15, 19, 22, 23; 139:2, 23; 140:8, 11, 15; 141:5, 14, 22; 164:5;

165:8; 206:21, 22

contacted 127:21; 140:7; 206:19

contacts 34:15, 17, 19, 25; 35:6; 133:21, 24; 134:15, 16, 19; 136:5; 137:2, 9

container 15:17; 114:5, 21; 116:9, 13; 171:5, 6

containers 166:15; 170:12, 23

continue 90:25; 98:11; 197:8; 205:13

continuing 72:12; 129:10

continuous 24:15

contours 81:23; 82:2; 83:25; 160:15

control 33:8, 10, 19, 22; 58:9; 109:16

controls 13:10; 33:7; 59:23

Conversation 121:19; 164:4

conversations 17:5; 148:4, 20; 149:8, 13; 150:5

convey 114:20

conveyed 88:10

cook 46:22

cookie 166:7

cooking 49:19

coordinate 23:5

coordinates 22:25; 23:6; 30:2; 31:9; 80:9; 114:3, 23, 25; 119:16; 126:9, 17, 21; 127:10, 13; 155:5; 161:10, 16

coordinators 23:2

copilot 118:16

copy 6:18; 189:10, 12

corners 102:8

correction 34:16, 22

correctly 73:12

corresponds 69:23

counsel 139:18; 205:17

counseling 185:17

couple 46:22; 57:7; 64:24; 65:3, 7; 66:24; 75:24; 87:10; 93:5; 112:5; 141:24; 142:7; 147:17, 19; 149:2; 151:18; 160:8; 182:10; 185:2; 195:10, 11; 201:5

course 6:5; 22:14; 30:16, 17, 17, 23; 67:18; 79:5; 92:4; 101:22; 106:9; 109:19; 110:4; 135:18

courses 6:4

cousins 9:23

covered 189:20, 22

Crafters 35:21

crew 63:5, 13, 18; 127:16; 131:3, 6

criticize 114:15

Cross 193:5

**CROSS-EXAMINATION** 183:8

crossed 120:3

Crystal 35:23, 24; 36:12; 37:2, 9, 13

cup 185:10

curious 172:15, 20, 21, 23; 173:6

current 125:19; 176:5

cut 61:20, 22; 111:20, 22; 194:4, 4, 25

cuts 183:20, 21; 194:8, 11

cutting 50:2

# D

D 3:2

dad's 21:8; 27:10

damages 176:19

dance 200:4, 5

dark 165:20, 24

date 23:21; 75:6; 112:16; 113:8; 117:14; 121:21; 166:9; 189:14; 210:5

Dave 8:25; 11:17

day 14:10, 12; 23:18; 25:4; 26:4; 31:3; 32:6; 37:16; 41:16; 46:15; 58:2; 70:10; 99:12, 16; 107:5, 10; 113:15; 119:6; 125:19; 162:10; 192:19; 193:9; 197:13, 16; 202:3, 4; 203:7, 8, 11, 12, 12

daylight 118:3, 4; 192:21; 203:20

days 26:18; 66:24; 147:17, 19; 149:2; 179:6, 14, 20; 180:17, 18, 21, 24; 181:2, 4; 185:2; 200:23; 201:8; 202:5; 203:14, 16, 18

dead 152:4; 164:6; 166:18

deal 40:5

dealing 52:19; 59:8

dealt 207:7

debris 154:18; 160:5; 162:20; 206:13; 208:9

decisive 76:21

deck 25:18, 10; 49:23, 25; 54:17; 57:3; 165:12; 166:16; 170:12, 23

deckhand 9:17; 10:4

decreasing 92:2, 8

deducted 40:14

deeper 108:5

define 169:17

degree 176:16

degrees 107:12, 13, 18, 23; 109:22, 23, 25; 110:4; 176:3, 6

dented 196:20

depending 65:21; 101:4, 5; 108:9

Depends 85:22; 203:2, 11

deploy 194:19

Deponent 210:14

deposition 17:24; 96:20; 201:18; 209:12; 210:4, 9, 15

depth 83:25; 160:12, 16

depths 30:10; 82:2

describe 66:9; 129:23; 165:19; 177:19; 208:17

described 15:15, 18, 21, 25; 16:3; 62:2; 69:25; 197:19; 198:10

description 10:6; 17:2, 11

designated 30:12

Despite 4:6

details 17:3; 34:11

detect 73:10

determine 23:6; 29:10; 30:15; 33:2; 67:7; 77:17; 99:5; 100:11; 101:12

determined 93:7; 115:20

determining 99:13

devices 175:23

diagram 55:22

diapers 22:13

diesel 56:3

difference 24:9; 66:21; 67:12, 19, 23; 70:18; 71:20

different 72:3; 79:10, 16, 19, 23; 94:12; 102:19; 110:21; 129:24; 134:16, 17, 19; 138:8; 150:14; 152:3; 155:23; 156:6

difficult 59:16; 81:23

difficulties 191:14

digital 30:8

digs 156:8

DIRECT 3:7

direction 31:19, 24; 65:17; 126:3; 135:19; 167:11; 168:10

directly 158:4; 159:23; 160:9

disappeared 171:14, 17

discuss 18:10, 20; 26:3

discussed 16:13; 18:22; 207:11

Discussion 41:12; 91:13; 134:10; 145:18; 147:16, 18; 163:15; 171:10; 183:4, 7; 185:13

display 23:16, 17; 24:3, 6, 10, 10; 26:8, 14, 16; 28:3, 19; 31:7, 8; 101:7; 102:18; 108:10

displayed 28:19; 30:24; 31:4, 9; 32:4, 7; 99:10

displays 102:10

distance 24:23; 34:20, 21; 47:9; 66:13, 21; 73:17; 74:12; 76:2, 23; 77:7, 17; 79:5; 82:11, 12; 83:4;

91:25; 92:7; 93:10, 12, 15;
94:8; 96:4, 10, 11; 98:9;
99:13, 20; 101:14; 136:10
**distances** 69:11
**distinction** 178:6
**divide** 102:7
**dividers** 76:6
**dock** 41:17, 21; 45:2, 13,
15, 23
**dockage** 40:4, 12, 16;
41:4
**docks** 13:14
**doctor** 36:3, 3, 8; 184:25;
185:3; 187:4, 6; 188:5;
207:10, 13, 20
**doctor's** 207:21
**document** 112:14; 113:6,
13, 14; 122:15
**documents** 13:20;
14:18; 129:13; 181:10, 18;
183:12
**dog** 164:8, 9, 10
**dollars** 40:10, 12; 41:3
**done** 40:23; 55:5; 59:12;
73:8; 111:12; 126:20, 23,
24; 146:15, 15, 25; 147:2;
172:16; 205:5
**door** 94:7
**dot** 71:16, 18, 19, 19, 20,
21, 23; 72:25, 25; 73:4, 4,
13, 13, 15; 81:10; 120:17
**double** 73:22
**down** 40:11, 12; 41:3, 5;
48:9; 54:17; 59:25; 67:8;
69:17; 76:18, 19, 19, 22;
78:17, 24; 80:12; 81:17;
82:4, 25; 85:10, 11; 86:10;
102:25; 114:11; 116:5;
119:18; 127:15; 128:2;
134:24; 135:11; 136:2;
157:5; 158:6, 12; 161:7,
15, 16; 163:25; 164:15, 20;
165:18; 173:5; 184:10;
191:6, 10, 12; 195:10;
199:5; 200:21; 201:15;
204:25
**dozen** 186:8, 8
**Dr** 185:24; 186:6; 188:6;
206:15; 207:10
**drag** 154:22; 155:9;
156:4; 160:17
**dragger** 8:16; 9:13
**draggers** 8:17; 86:24
**dragging** 9:14; 154:17,
17; 176:25
**draw** 68:4, 11; 70:13;
157:2
**drawing** 69:23; 70:8;
75:4
**draws** 68:19; 108:6
**drew** 56:8; 108:25
**drifting** 102:14
**drink** 202:19
**dripping** 117:6
**drive** 119:13; 192:3

**driver's** 195:12
**driveway** 200:20
**driving** 196:25
**dropped** 116:20; 135:8,
25
**drug** 185:9
**due** 140:2; 176:5
**duly** 3:3; 145:6
**dumping** 30:12
**during** 8:6; 12:6; 17:8;
24:2; 38:7; 48:18; 49:23;
61:25; 203:20

# E

E 3:2, 2; 8:18, 19; 9:24, 25;
10:14; 12:4; 39:2, 3, 4, 7,
11
**earlier** 163:19; 201:9
**easier** 92:11
**east** 31:13; 65:21, 21, 23;
66:4, 10, 10, 13; 68:9, 18;
70:3; 85:24; 86:2, 5, 21;
87:3; 102:6, 16; 106:6, 8;
108:2; 109:20, 23, 24;
125:21; 127:17; 157:5, 15;
186:5
**east-to-west** 85:21
**east-west** 66:2; 86:11
**easterly** 168:9
**eastern** 66:17, 18; 67:5,
12, 17
**easternmost** 66:6; 70:4;
71:20, 21; 73:13; 159:2;
177:2
**easy** 60:20
**edge** 78:12, 14; 79:3;
80:19; 86:17; 99:25;
108:14; 109:5; 144:4
**education** 5:25, 25
**educational** 5:12
**effect** 147:25
**eggs** 46:23
**eight** 40:13, 15; 90:11
**eighth** 82:14; 83:4
**either** 29:13; 63:7, 8, 17;
67:3; 81:11; 98:20; 101:2;
108:8; 125:8; 145:16;
157:10; 178:20
**electronic** 28:3, 3, 17;
33:20; 125:9
**electronics** 208:15
**Elizabeth** 174:22
**else** 8:9; 13:3; 14:21;
17:14; 18:4; 24:15; 26:22;
34:3; 39:11; 40:14; 43:9;
44:2, 4, 14; 53:7; 54:4;
56:3; 89:2, 10; 131:11;
151:8; 166:11, 13; 178:16,
23; 179:18, 25; 180:8;
190:19; 191:21; 192:12;
199:8, 20; 205:3
**employed** 12:12
**empty** 204:24

**end** 7:7; 45:20; 47:12, 12;
54:18; 65:23, 24; 66:4, 5,
6, 11, 12, 16, 17, 17, 18;
67:4, 5, 12, 13, 16, 17;
73:25; 74:8, 12, 23;
107:18; 127:16; 153:6, 16;
155:10, 11; 157:10, 14, 15;
158:20, 22, 24, 25; 159:2;
162:15; 177:2, 5, 6, 9;
196:3; 200:19
**ended** 6:11; 100:23;
194:18
**engage** 78:22
**engaged** 147:8; 154:4,
14
**engine** 56:3; 151:12, 14,
24; 152:2, 3, 16; 164:14,
14
**engines** 152:2
**enough** 46:22; 57:2;
111:7; 172:23; 204:25;
205:2, 4
**enter** 80:9
**entered** 126:8, 11, 15, 21;
127:5
**enters** 25:25
**entire** 124:22; 168:23
**environment** 202:13
**EPIRB** 208:10
**equidistant** 105:22
**equipment** 22:6
**estimate** 43:4; 74:17, 25;
75:8, 14; 76:5, 9, 15;
77:10, 22; 82:22; 120:4,
12; 121:13; 125:18
**estimated** 79:6
**Estimating** 169:6
**et** 33:24
**even** 55:7; 56:25; 79:2;
80:7; 83:4, 11; 124:4;
174:7, 15
**event** 41:16; 98:4; 154:17
**events** 4:11; 118:6;
198:7, 16, 21
**eventually** 133:3;
143:13; 175:12
**Evergreen** 170:13, 15;
171:5
**everybody** 69:9; 86:20
**everybody's** 56:15
**everyone** 86:15
**ex-girlfriend's** 18:18
**exact** 23:21; 42:10;
83:18, 19, 20; 88:8, 9, 13,
16; 175:9, 10, 25
**exactly** 11:21, 21; 46:4;
67:11; 88:18; 100:17;
101:11; 159:5; 160:3;
176:10
**exacts** 69:18
**exam** 38:4
**EXAMINATION** 3:7; 6:16;
208:7
**examined** 3:5; 36:6;
145:6; 184:4

**example** 14:23; 81:8;
92:16, 17
**except** 55:13, 14; 201:17
**exception** 12:18
**excited** 58:4
**excuse** 66:12
**Exhibit** 56:13; 75:3, 4;
81:9, 9; 112:13, 15, 19;
113:5, 7, 11; 115:6;
117:11; 121:17, 20;
122:13; 140:6; 166:8;
189:3, 13; 191:8
**existing** 188:4
**experience** 27:8; 103:18;
196:22
**experiences** 172:25
**experiencing** 107:17
**expire** 6:12
**expired** 38:6
**Explain** 28:24; 146:18;
155:23
**explained** 3:25
**exposed** 24:14
**extent** 88:13, 17
**extraordinary** 201:12
**extreme** 107:20, 21
**eye** 36:2, 3, 8, 23, 24;
38:4; 64:16; 90:25
**eyes** 36:20; 53:15;
192:11
**eyesight** 34:14, 17

# F

**facing** 105:10
**fact** 4:6; 25:9; 105:15;
146:11; 148:22; 198:13;
201:17
**fair** 4:19; 12:10; 111:15;
130:24; 201:22; 203:3
**fairway** 83:14
**fairways** 30:11
**fall** 10:15; 196:7
**familiar** 99:19, 19
**family** 8:14
**far** 16:13; 28:10; 29:15;
32:25; 39:20; 68:6; 71:7,
10; 74:18; 75:15; 97:7;
99:5; 100:20; 128:12;
137:23; 141:15; 143:18;
153:11, 11; 162:14;
164:23; 182:23
**fashionably** 17:20
**fast** 151:23; 204:24, 25;
205:4
**faster** 15:22; 111:20
**father** 8:7, 8; 12:9; 13:4;
18:13; 38:14, 21, 23;
39:12, 14; 52:20; 54:12;
161:25; 190:10, 11; 191:2,
10, 15, 25; 192:20; 193:16;
197:7, 14; 200:14; 204:11,
13; 206:4; 207:7
**father's** 12:15; 18:15;

82:25; 193:10, 18
**fathoms** 30:10
**fault** 181:23
**feature** 24:25; 25:3, 10;
28:10
**February** 194:17
**Federal** 148:11
**fee** 187:7
**feeding** 59:25
**feel** 4:23; 145:22; 150:23;
151:4, 6, 8; 156:4, 5, 7, 8;
165:4, 5
**feeling** 151:25
**feet** 35:8, 9; 53:11; 54:16;
57:2; 83:2; 111:23;
153:14; 169:6; 171:24
**fell** 119:9
**fellow** 129:8
**felt** 152:12
**ferry** 193:5, 6
**fetched** 155:14
**fewer** 203:4
**fiber** 8:22
**fiberoptic** 8:22
**field** 208:9
**Fifteen** 40:2; 57:6
**fifth** 26:14
**fight** 59:18
**figure** 40:7; 104:21;
110:18; 121:24; 162:14;
163:3; 183:11; 187:13
**figured** 119:25; 120:2
**file** 177:13, 15
**filed** 14:23
**filled** 6:19
**financial** 178:3, 5, 13;
179:2, 3; 180:2
**find** 20:21; 154:21;
156:14; 208:10
**finder** 160:12
**fine** 84:11; 192:24; 202:8
**finger** 194:3, 5
**finished** 47:6; 182:25
**firm** 207:6
**first** 3:3; 8:13; 14:25;
36:21; 45:24; 46:3, 8, 15,
17; 60:19; 61:11; 71:16,
18; 72:24; 73:21; 78:24;
80:12; 93:17; 98:5, 7;
105:8, 9; 113:24; 115:22,
25; 118:7; 123:14; 126:14,
19, 23; 127:5; 131:4, 7, 17;
132:12, 22; 135:8; 136:8;
137:11; 138:10, 22;
143:17; 184:16, 24; 186:9,
18; 191:25; 192:20;
194:16; 196:21; 197:6;
206:18
**fish** 9:16, 19; 39:22; 40:6,
7; 43:18, 21; 50:2; 51:8,
23; 62:8, 9; 80:25; 82:5;
88:23; 89:22, 24; 90:2, 3,
8; 94:8; 97:24; 160:2;
162:6; 181:2; 182:20;
190:14, 17, 19; 191:11;

193:15; 197:13

fished 78:2, 13; 82:4, 5; 83:11, 12; 200:13

Fisher's 193:6

fishing 7:18; 8:4, 10, 11; 12:22; 13:19; 22:13; 38:17; 42:2; 44:6, 7; 45:14, 17; 52:19; 54:23; 55:23; 67:10; 82:8; 84:18; 85:15, 22; 86:15, 20; 121:4; 127:6, 23; 128:5, 21; 129:16; 140:9, 13, 18, 19; 141:10, 18; 142:21; 147:8, 20; 148:14; 179:12; 180:7, 18; 182:18; 190:8, 9; 197:7, 24; 206:8, 9

fitted 36:6

five 6:22, 25; 7:3; 23:15, 22; 26:8, 19, 20, 23; 38:11; 41:22; 42:23; 43:5, 6, 16; 70:11; 73:15; 90:11; 112:3; 123:22; 138:6; 152:4, 5, 9; 156:17; 163:3, 4, 8, 12; 169:6; 171:16; 192:2; 197:16; 203:18

five-hour 72:19

flaked 10:11

flaker 10:9

flaking 46:13

flashback 199:3; 203:10, 17

Flashbacks 178:15; 200:16, 18; 201:3; 202:3, 14, 24; 203:5, 14, 19; 205:21, 23; 206:2

flashing 209:5, 7

flier 45:19; 62:22; 153:5, 6, 16; 159:7, 8; 177:2

fliers 153:19

flip 54:14

float 45:19

flotation 175:23

focus 4:25

fog 160:8; 165:11; 171:18, 20; 172:2

Foggy 192:23, 24, 25

folks 3:22

follow 82:3, 16; 86:7, 10

following 11:24; 76:11; 82:22; 149:22; 185:2; 190:7; 197:6

follows 3:6; 96:23; 145:7

Food 44:3, 5; 117:8, 12

foot 67:24

Forbes 3:4

forget 130:5

form 102:23; 103:4; 133:10; 146:8; 148:10, 24; 150:8; 210:11

formal 5:25, 25

formulated 182:4

forward 110:9, 19; 116:10; 145:23; 151:5; 176:16

found 116:25; 156:15;

160:6; 175:10; 208:12

four 11:9; 26:19, 20, 22; 43:13, 16, 25; 191:23; 192:2; 197:16; 203:18

free 132:5

frequently 100:8

friend 11:13

friendly 4:7

fringe 74:11

front 32:19; 53:4; 115:6; 189:10; 196:3

fuel 40:3, 11, 16; 41:4; 42:13

fueled 42:15

full 3:9; 12:11; 42:12; 47:16; 152:4, 13

fully 181:15; 182:4

further 5:24; 65:24; 66:5; 71:22; 94:10, 24; 96:23; 145:7; 181:21; 183:6, 13; 188:24

Furuno 23:10; 95:4

## G

G 3:2

gain 74:3

game 5:2

Gargan 17:18; 18:3; 20:4

gas 42:13

gave 23:4; 43:4; 116:24; 117:7, 8, 12; 150:11; 152:12; 161:16; 202:20

Geal 3:10; 21:10, 12; 96:22; 145:5; 189:9; 193:12; 210:4

gear 13:5, 6, 8, 12; 33:7, 20; 39:8; 44:6, 7, 12; 45:11; 57:10, 13, 19, 21; 58:8, 15; 60:4; 61:7; 97:7; 100:13; 106:12, 17; 114:3; 126:9; 127:4, 6, 6, 16; 128:9; 131:4, 17; 132:5; 141:12, 18; 153:2; 154:24; 180:7

general 67:9; 109:19; 177:20; 183:11

generally 65:20, 25; 69:18; 70:3

genius 208:15

gentlemen 205:11

geographic 115:13; 125:13

gets 40:21; 58:4; 199:6

gill 8:24; 10:2; 85:15; 86:23, 25; 123:18; 182:17

Gillien 185:24

girlfriend 18:6, 24; 19:14; 198:10, 13

given 17:2, 11; 117:17; 129:4; 207:16

gives 114:23

Giving 23:5

glass 34:4, 4, 6

glasses 35:17, 18; 36:4, 5, 7, 15, 18, 25; 37:12, 13, 25

goes 49:4, 5; 162:6; 179:23

good 6:22; 20:19; 26:4; 63:25; 199:15, 17

GPS 21:15, 19, 25; 22:25; 27:15; 28:13; 29:5; 32:2, 4, 7, 9, 12; 67:4; 160:24

gradually 151:20

graduate 5:22

Graduated 5:14; 7:16

graduating 8:12

grapple 156:5, 13

Grasso 5:14

greater 115:13

Green 18:19; 19:4; 20:13; 42:9; 197:21; 198:9, 23; 199:14, 23

Groton 5:17; 190:18

ground 3:25; 9:16; 57:2; 68:17

grounds 13:15, 17, 18, 19; 30:12; 45:14, 17

growing 54:22

Grumman 21:24

Guard 13:24; 15:11; 37:23; 113:18; 117:19; 118:2; 119:23; 121:12; 123:5, 12; 125:10; 128:20; 129:2, 9, 13, 14; 130:9, 16; 131:8; 132:6, 11, 17; 133:2, 5; 138:25; 140:10, 14, 25; 141:5, 8; 164:3, 7; 173:14, 16, 18; 184:4

guess 18:3; 55:20; 94:7; 98:19; 113:25; 127:21; 171:18

guy 49:25; 58:3; 129:4

guys 91:17; 112:4; 117:5; 123:25; 163:14; 175:16

## H

Hal 182:2

Half 46:16; 50:12; 67:17, 19, 23; 70:17; 71:21, 22, 25; 72:2; 73:14, 15, 24; 74:2, 3, 5, 5, 9; 81:12, 12; 95:5, 7; 126:4; 154:2; 155:15; 159:16, 17; 164:21; 186:8; 198:4

Halfway 50:15; 99:24; 128:14; 138:16, 16; 156:23

halves 76:18

handwriting 113:12

Handwritten 112:14; 113:6

hang 46:24; 200:4

happened 18:9; 49:16; 52:13; 53:3; 84:20; 89:15; 106:9; 116:19, 23, 25; 155:8; 162:12; 172:15;

173:5; 177:12; 186:19; 195:13

happening 52:18; 164:18

happy 4:20; 79:22

hatch 164:14

haul 13:5, 6; 46:2; 48:13; 50:5; 65:4; 72:17; 97:10; 107:15; 110:17; 156:10; 157:24; 159:25; 160:4

hauled 46:7; 50:8; 155:16, 16

hauler 10:8; 9; 13:9; 33:6; 48:19, 20, 25; 50:14, 18, 19, 22, 25, 25; 51:4, 5, 11, 14, 15, 20, 23; 52:2, 12, 14, 23; 53:5; 57:23; 58:16, 24; 59:22, 24; 60:4; 62:12; 63:20, 23; 64:2, 6, 11, 11, 17, 22; 65:5; 87:7, 9, 11; 88:19; 89:23; 90:19; 93:14, 17; 94:5, 15, 19, 25; 95:10, 13, 14, 16, 17, 22, 23; 97:4, 12, 16, 19, 24; 98:8, 12; 99:3; 100:9; 106:19; 109:14; 110:8; 141:13; 157:15; 158:20; 159:21

hauling 13:8, 12; 48:18; 50:6; 62:11; 63:15; 64:9; 65:16; 72:15; 87:6; 97:18; 102:12; 103:8, 12; 105:3; 106:9, 14; 110:20, 21; 114:3, 5; 116:8, 11; 127:16; 128:9, 16; 131:4, 17; 132:12; 138:9, 11, 13, 17; 140:12; 141:12, 18; 154:3, 14; 157:17; 159:19, 25; 176:4

head 4:15; 5:2; 93:5; 101:25; 140:22; 155:7

headed 31:24

heading 31:13, 19; 135:21; 167:10; 176:9, 10

Heads 102:3, 10

HEALEY 6:24; 16:22; 17:16; 18:3; 19:19; 20:22; 43:15; 48:2; 53:19, 23; 68:14; 69:4, 16; 70:21; 71:4; 72:9; 79:15, 20; 82:17; 84:6; 85:23; 86:3; 92:13; 93:23; 102:22; 103:3, 20; 104:3, 8; 111:13; 112:23; 113:2; 120:19; 122:18; 123:3; 124:21, 25; 128:25; 130:20; 133:9; 139:4, 8, 15; 140:2; 145:17; 146:7, 10; 148:9, 23; 150:7, 25; 152:14; 167:6, 15; 169:15; 172:18; 174:25; 178:2; 181:5, 8, 22; 186:2; 188:18, 22; 189:10; 191:7; 192:24; 194:21, 24; 195:16, 19; 197:23; 198:14, 20; 199:10, 18; 205:6, 12; 206:16, 17; 208:5

health 185:19; 187:16,

22; 188:9; 189:12, 17

Healthnet 189:4

hear 54:23; 55:24; 56:2; 61:19, 22; 64:16; 72:13; 82:17; 87:21; 93:19; 133:15; 147:14; 151:17, 24; 152:16; 165:3, 5

heard 52:3, 11; 57:15; 61:13; 82:19; 145:16, 20; 151:12; 152:12, 24; 208:20

hearing 64:14

Helena 199:7

helicopter 116:20; 118:17; 184:22

help 57:8

hereof 210:6

high 5:20; 7:16, 19, 19; 8:10, 12; 12:2, 11; 36:19; 45:19; 62:22; 153:5, 6, 15, 19; 159:7, 8; 170:22; 177:2

highest 171:2

hint 174:8

hit 55:13; 114:4; 116:7; 151:23; 155:12; 161:5; 163:23; 195:9; 196:3, 13, 14

HN 189:5

hold 6:9

Hollow 3:12

home 72:21; 119:6, 11

honest 201:4

honestly 119:9; 138:4; 208:19

hook 155:25; 156:2

hooked 157:7; 158:15

hope 104:12

horns 160:8

hospital 185:6

hour 46:16; 50:12; 138:6

hours 17:22; 41:25; 45:16, 22; 46:7; 110:16; 191:23, 24; 192:2; 197:16; 203:20

house 132:3

household 27:17

hub 196:20

huge 104:9

hull 116:14; 165:17; 169:19

hundred 171:24

hurt 195:19, 22, 23

hypothermia 183:25

## I

i.e 136:6

Ice 43:11, 14, 16, 23, 25; 197:4

ID 188:15; 189:5, 6

idea 26:5; 57:4; 65:13; 66:21; 69:2; 141:21; 143:16

GEAL RUDERIC Case 7:06-cv-01694-JSG   Document 39-6   Filed 05/01/09   Page 12 of 43   v.

November 10, 2006                                                                THE M/V NORASIA ALYA

identification 75:5;
112:16; 113:8; 121:21;
166:9; 189:14

identified 127:22; 140:8

identify 168:20

Idle 110:10, 11, 12; 153:4

II 21:10, 12; 193:12

illustrate 68:5; 69:13, 18;
70:6

illustrative 69:12

image 134:18; 140:15

imagine 117:17

immediately 46:18;
51:15; 61:9; 95:23

impact 53:13, 16; 55:12;
56:24; 61:17; 151:7;
163:22, 24; 164:6, 11;
171:14; 198:17, 22;
200:21; 204:6

impair 5:5

inaccurate 123:2

inbound 135:22

inch 82:11, 14; 83:5

incident 16:15, 17; 18:5,
9, 21; 23:14, 18; 38:15;
176:17; 177:12, 25; 185:2,
7, 22; 186:10, 19; 190:7;
193:19; 202:23; 206:3

included 179:25

income 179:5, 7, 19;
180:11, 12, 24

incorrectly 120:21

increase 152:17

increased 67:14

increases 66:14

increasing 66:8; 151:20

increments 29:3

indicate 28:6, 7; 30:8;
32:9; 77:5; 86:4; 129:3;
187:21

indicated 30:17; 31:23;
86:16; 127:24; 128:23;
131:25; 132:2; 151:9;
195:9

indicating 70:16; 85:12;
189:5

indication 30:7; 85:13

information 188:24

initial 16:15, 17; 163:24;
206:7, 21, 22

injured 193:25; 195:2;
196:8, 15

injuries 194:7

injury 183:19

installed 24:6

instance 76:20; 77:15

instant 136:5

instead 154:10; 192:13,
15; 199:5

instinct 52:21; 100:3

instinctive 55:2, 9

instincts 95:25; 99:8

insurance 186:25; 188:9,
19; 189:12; 195:5

---

intact 168:13

intend 96:7

intended 114:8, 13, 17;
119:18; 120:22; 121:12

intending 114:20

intention 42:20

interconnected 28:13

interested 18:23; 91:16,
19; 178:10

interface 22:2; 27:15

interfaced 21:20

interpretation 148:17,
18

interrogatories 182:3

interrogatory 183:13

intersect 121:9

intersection 120:24

interview 116:24; 118:8,
8, 10, 11, 22

interviewed 118:14

interviewing 173:18

into 5:2; 34:6; 43:23;
59:25; 63:24; 64:11, 23;
65:8; 87:9, 10; 89:20; 90:6;
102:8; 106:16; 110:25;
117:8; 126:9, 12, 13, 21;
127:6; 128:12; 135:19;
155:15; 156:8; 169:19;
171:17; 181:20; 184:9, 11,
13, 14; 196:23

introduced 134:13;
206:15

involved 7:11; 194:13

Island 123:18; 191:3, 13;
193:6

isolated 21:25

issued 189:8

---

**J**

jacket 44:10

January 10:16, 18; 11:4,
14

Jersey 115:11

job 10:3; 38:22; 49:6;
111:20; 205:23

Joey 164:10

jog 154:5, 8, 9

joke 4:6

joking 206:10

joy 154:11

judge 99:20

July 10:25; 39:9, 10;
186:20

jumped 52:12, 25; 53:7;
54:9; 56:20, 22; 145:22;
152:25

jumping 164:13

June 190:5

---

**K**

K 3:2

Keatley 8:25; 9:2, 3;
11:17, 25; 12:5; 78:12, 25;
79:13, 17; 80:11; 85:16

Keatley's 27:13; 78:9;
79:25; 80:21; 81:13, 16,
20; 82:7, 25; 83:9, 14, 19;
84:5, 16, 22

keep 20:11, 18; 73:8;
90:25; 92:20; 110:6;
149:25; 159:15; 162:3

keeping 64:16; 102:15

Kerr 112:7

kick 24:16

kind 6:10; 22:23; 23:8;
40:22; 47:15; 68:25;
110:14; 118:8; 151:10;
185:16, 19; 188:8; 189:17;
202:12

Kirsten 17:19; 119:12;
181:11; 201:9, 20

knee 194:12

knew 17:4; 29:25; 55:7;
67:9; 83:10; 84:15;
126:17; 147:13, 15;
150:12; 195:11; 200:7;
207:6

knife 61:20; 112:4

knives 112:8, 8

knot 126:4, 4

Knowing 42:11

knowledge 186:21

known 199:23; 206:12,
14; 207:4

---

**L**

L 3:2

label 68:9

labeled 56:16, 18; 63:5,
13, 18; 81:10

lack 4:2

lady 194:18; 195:3; 196:3

laid 65:18, 20; 70:2, 7;
73:10; 158:24; 175:11

landed 56:23

lane 66:12, 18; 74:19;
75:10, 17, 20, 21; 76:3;
78:12, 15, 18; 140:21

lanes 85:8

lapse 6:21

lapsed 7:6

laptop 27:16

large 56:2

larger 115:8, 9, 10;
125:12

last 8:17; 13:22; 16:25;
17:12; 20:21; 26:9, 10;
42:15, 17; 71:19; 89:17,
21; 93:14; 100:19, 25;
108:7, 15, 21; 109:8;

---

118:11; 126:15; 139:21;
161:19; 163:2; 174:9;
186:12

lat 28:22; 29:19; 71:14

late 17:20

later 38:18, 24; 84:19;
131:20; 175:10; 181:17;
190:10; 195:3, 10

latitude 23:2; 28:7, 7, 20;
29:13; 32:3; 71:9

latitude/longitude 31:7

latitude/longitudinal
71:13

latitudinal 70:18

law 148:11; 207:6

lawsuit 13:23; 15:9

lawsuits 195:15

lawyers 17:9, 12; 201:20

laying 8:22

layout 10:7

lead 111:22; 148:21

learn 22:5; 99:18

learned 27:11

least 33:5; 58:4; 80:19;
133:2; 135:14; 136:4;
164:3; 173:18; 176:16

leave 41:21; 63:23;
64:11; 113:2

leaves 49:25

led 141:17

left 11:14; 45:2, 13, 15,
23; 52:14; 64:21; 87:8;
102:9; 135:6; 153:2;
156:18; 165:7; 167:7, 18,
19, 21; 178:23; 179:6, 8, 9,
13, 14, 20

length 168:23

Lens 35:20

lenses 35:10, 15

less 47:19, 24; 48:6;
85:21; 96:11; 106:20;
137:19; 168:9, 15; 202:25

letting 6:12; 46:12

level 165:12; 169:3

lever 154:6, 7, 8, 9

liability 182:24

license 195:12

licenses 6:9

Lieutenant 118:19

life 54:11, 22; 71:15;
80:25; 166:15, 17; 170:7;
175:15, 16, 18; 184:11;
185:17; 199:12; 200:22

light 119:3; 165:20;
209:3, 5, 7

limit 75:19, 22

line 28:25; 68:19; 76:24;
79:5; 81:18; 108:25;
111:22, 23; 115:24; 121:5;
124:22; 139:25; 142:4;
157:19; 160:20; 162:10,
11; 165:18

lines 28:25; 29:5; 73:9;
76:11, 20; 77:12, 13;
82:16; 115:17; 120:2, 10,

---

11, 15; 121:9

listen 15:23; 148:12

litigation 177:23

little 4:7; 59:18, 20; 62:20;
65:23; 66:4, 7; 67:6; 88:7;
100:14; 106:7, 22; 128:3;
142:4; 156:8; 183:17;
185:21; 191:4

live 3:21

lived 3:15

living 197:21

lobster 8:17; 43:23; 55:8:
86:24; 190:15, 16

lobstered 54:11

lobstering 190:25; 193:9

lobsterman 190:12

lobsters 194:5

locate 19:3

located 5:16; 36:12;
185:25

location 164:6

lon 28:22; 29:19; 71:14

London 190:23

long 3:15; 10:13; 11:11,
18; 17:21; 22:11; 23:20;
39:6; 41:20; 45:13; 46:2, 4,
14, 21, 22; 47:5, 6; 50:6,
21; 52:20; 56:23, 25, 25;
59:7; 60:18; 65:10; 68:2, 3;
84:13; 86:3; 90:9; 97:3, 12;
98:3; 106:13; 110:15;
118:10; 123:18; 128:3;
139:17; 141:21; 151:16;
171:13; 186:10; 191:3;
199:23

longer 19:13; 198:13

longitude 23:2; 28:7, 8,
20; 29:14; 32:3

look 14:7, 21, 22; 15:10,
13; 20:10; 34:5; 53:9; 58:3;
63:25; 64:3; 65:22; 81:5;
90:7; 93:2; 95:14, 15, 23;
98:17, 20, 23; 100:10;
109:14; 112:21; 129:25;
142:15, 22; 143:4; 160:12;
170:2, 10; 208:23

looked 15:5; 34:10; 76:4;
82:15; 93:3, 9; 100:19, 22,
25; 101:17; 102:4; 105:8;
108:8, 15, 21, 24; 109:8;
115:19; 119:22; 120:6, 9;
138:18; 165:11; 166:12;
168:17; 170:24; 208:16,
25

looking 29:11; 31:12, 18,
21; 77:18, 21; 81:25; 83:3;
90:20; 97:6; 99:3; 103:9;
104:23; 115:3, 17; 153:18;
168:13; 171:3; 191:19;
198:18

looks 15:16, 19; 16:2, 14;
36:3; 116:16; 123:9

loose 111:20

Loran 22:22, 24; 23:4, 5;
28:25, 25; 29:5; 32:5; 67:4;
71:10, 11; 76:11, 24;
77:11, 13; 79:5; 115:17;

---

119:16; 120:2, 10, 11, 15;
126:13, 15, 17, 22; 127:7;
154:25; 155:2
Loran-C 29:13, 20; 30:2;
31:8; 126:8
Lorans 82:23
lose 37:20
losing 35:6
loss 178:13; 179:19
losses 177:22, 24; 179:2,
4; 180:2
lost 180:6, 11, 12, 24
lot 87:18; 193:4; 199:19;
204:10
Love 199:12
lower 102:8; 108:16
lowered 184:10
lunch 144:8
luncheon 144:10
lunge 145:23
Lyme 186:4, 5

# M

MADELINE 9:11; 12:5;
160:23, 24; 161:20
Maggie 161:19
main 32:19; 40:16;
165:12
Maine 115:12
maintain 47:2
maintaining 92:4
maintenance 40:22
making 48:3; 69:14;
103:23, 24; 104:8, 16;
110:8, 14; 181:5
Mall 35:23, 24; 36:12;
37:2, 9, 13
man 139:17
maneuver 132:3; 149:9,
15, 25; 150:17
maneuvering 146:21
maneuvers 145:12;
146:5; 148:22
manner 70:2
manual 161:5
many 10:13; 22:12;
23:15; 26:18; 39:22;
43:12, 20; 60:11; 70:9;
100:16; 102:19; 107:13;
134:16, 18; 163:9; 169:14;
180:21, 24; 181:4; 186:6;
191:24; 203:16
marine 7:12
mark 30:3; 67:3; 71:17;
75:3; 112:12; 113:5;
121:18; 124:8, 10; 136:16;
161:3, 6; 166:5; 188:22;
189:2
marked 75:4; 86:17;
112:15, 18; 113:4, 7, 11;
115:6; 117:11; 121:20;
124:4, 19; 161:8; 166:8;
189:13

markers 30:14
married 19:16; 200:9
Mate 165:25
materials 123:5
math 110:18
matter 14:23; 46:10;
105:15; 210:5
May 4:12; 10:21; 25:3;
30:22; 35:16; 37:16; 38:9,
16; 41:16; 70:2; 77:9; 87:6;
104:20, 22; 114:2; 117:16;
125:15; 139:4; 152:5;
186:19; 190:7; 194:2, 8;
197:7; 198:8, 21; 199:14,
24; 203:10
maybe 4:12; 17:22; 46:6;
54:16; 56:25; 72:18;
86:23; 90:11; 102:25;
142:12; 152:9, 9; 171:24;
202:4
MDCAID 189:6
mean 13:8, 17; 26:25;
28:24; 40:20; 82:2; 85:9;
89:25; 91:14; 100:2;
109:3, 24; 110:4; 111:19;
115:10; 116:10; 126:11;
129:20; 134:17; 162:4;
172:14; 175:7; 179:11;
194:25; 197:11; 199:2
meaning 13:24
means 99:25; 178:22
meant 116:17; 127:21
measurement 76:7;
83:13
medical 187:15, 22;
189:17
medically 184:5
medication 5:4, 8
medium 165:20
meet 19:22; 118:19;
200:2
meeting 17:12, 14, 21;
19:18; 20:2, 5, 7; 21:2
meetings 17:7, 8; 21:5
memory 14:8; 15:3;
20:20; 49:17; 76:16;
87:12; 130:6, 15
mental 185:19; 187:16,
22; 189:17
mentioned 12:16;
193:13; 200:16
mess 104:9
messed 164:8
met 19:25; 20:21; 84:2;
200:3, 5, 6, 8; 201:8
metal 151:21
Michael 4:2; 145:21;
146:4, 12, 14; 147:10, 19;
148:4; 152:18
middle 93:25; 105:14;
106:15; 155:15, 18, 21
midnight 119:8
might 5:5; 29:11; 146:15;
176:5; 182:24
Mike 9:13; 13:6; 17:19;

23:14; 25:12, 17; 26:3, 21;
39:15, 17; 42:15; 45:8, 10;
47:19; 48:6, 14, 20; 49:8,
22, 24; 50:15, 18, 19, 22;
51:5, 6, 9, 11; 52:4, 17;
53:6; 55:25; 56:4, 8, 16;
57:10, 13; 58:2, 3, 7, 8;
61:7, 19, 22; 62:3; 63:20,
24; 64:10; 75:16, 23;
76:19; 78:13; 80:6; 83:10,
11, 12, 20; 84:3, 5, 14, 18,
20; 85:2; 87:8; 88:20; 91:9;
95:19, 20; 97:17, 23, 24;
98:16, 19; 100:5, 9; 101:5;
108:9; 110:23; 126:22, 25;
127:3, 12; 131:14; 143:5;
145:11; 149:21; 150:16;
154:23; 155:2; 161:4, 13,
22; 164:11; 172:4; 173:7,
11; 175:7, 15; 176:20;
179:11; 180:14; 181:16;
182:15, 21; 184:21; 201:9,
20; 206:4, 24; 208:20
Mike's 75:14; 80:3, 5, 10;
81:21; 82:8; 127:7;
149:19; 161:25
mile 47:12, 13; 67:16, 17,
19, 23, 25; 68:3; 70:17;
71:21, 22, 25; 72:2; 73:15,
20, 24; 74:2, 3, 4, 4, 12, 20;
75:8, 16, 19, 20; 77:3;
81:12, 13; 84:16, 17; 95:5;
99:7; 110:15; 154:2; 193:3
mileage 42:4; 99:9
miles 66:25; 73:14; 74:5,
5, 5, 9, 23; 90:23, 24; 91:6,
8, 25; 93:4, 18, 22, 24;
94:4, 22, 24; 95:6; 96:6;
98:24; 99:2; 100:2, 23, 24;
101:3, 3, 22; 105:18;
108:9, 9, 10; 109:7;
123:22; 127:24; 128:23;
129:17; 133:12, 14, 17, 18;
134:6, 24; 135:3, 6, 11, 11,
13; 136:2, 11, 14, 23;
137:4, 8, 12, 19, 20, 21;
138:19, 21; 140:12; 141:6,
14; 142:15, 20; 143:3, 7, 8,
8, 20, 22; 144:3
military 163:20
Milstone 191:12
mind 4:23; 157:3; 170:20;
202:6
mine 56:15; 112:25
minute 42:10; 48:9; 59:9;
60:13, 14, 14, 15; 64:18;
65:12; 112:21; 138:5
minutes 41:22; 46:16;
47:8, 23; 50:23; 51:12;
57:5; 60:17; 64:18; 65:12;
90:11; 98:5, 6; 112:3;
138:6, 6, 141:24; 142:7;
152:5; 195:10
mischaracterize 87:18
misuse 123:4
mode 24:22
model 23:11, 12; 29:21,
23; 31:5
modify 54:8

moment 53:13; 56:7
monkfish 123:18; 180:18
monkfishing 182:17
monking 179:15, 16, 20
month 16:25; 24:2; 38:7,
8, 24, 193:24; 202:2; 207:3
month's 23:24
months 35:19; 36:15;
186:11
more 29:2; 59:16; 60:12;
66:7, 16; 67:6; 85:20; 95:5;
106:20; 138:5; 168:9, 15;
169:8; 170:5; 176:6;
191:4; 192:8, 11; 199:19;
202:24; 203:19; 204:2, 10;
205:6; 208:2
morning 42:7
most 19:20; 86:21;
107:21; 108:6; 139:16
mother 19:15
motion 106:20, 21;
127:25; 128:24; 129:17,
21
Mount 199:7
mouse 79:8, 24; 81:17
mouth 147:14
move 100:14; 106:8, 22;
141:22; 142:12; 149:3;
151:5; 152:7, 8; 190:21,
23; 198:3
moved 51:19; 85:7;
106:6, 17, 18; 108:18
movement 145:23
mover 82:6
moving 31:21; 106:11;
107:7; 129:25; 130:8, 11,
17, 24; 141:6, 7, 11, 15;
176:16; 205:4, 5
much 14:6; 15:22; 50:10;
60:8; 66:21; 67:14; 73:17;
76:23; 81:18; 82:10, 13;
83:4; 99:15; 128:16;
136:21; 137:23; 138:2, 3,
7; 158:14; 162:9, 24;
169:2, 4; 171:21; 178:17,
19, 22; 183:16; 187:9;
204:19; 205:6
mud 156:8; 158:4
must 136:4
mutter 52:9
myself 12:25; 25:12;
161:25; 167:23
Mystic 3:12

# N

name 3:9; 8:17, 25; 9:4;
17:17; 18:15, 18; 21:9;
36:9; 161:19; 170:19;
174:4, 6, 15; 189:24;
193:10; 195:11
named 21:10
names 170:18; 174:12
narrow 76:22
nature 117:2

navigated 49:14
navigating 48:12
navigation 22:18; 33:20
nearest 80:19
need 33:9; 34:19; 183:12;
188:23
negatively 204:6
net 8:24; 10:9, 11, 12;
46:13; 50:9; 56:6; 65:16,
17, 18; 80:10, 22; 85:15;
86:24; 90:4; 97:9, 15, 18;
106:23, 24; 107:8; 109:13;
110:6, 15; 111:19; 126:14,
19; 154:18; 155:19;
156:15, 16, 17; 157:8, 13,
17; 158:13, 14, 22, 23;
159:4, 14, 15, 19; 162:18,
19, 22, 24; 176:4, 25;
177:8, 9
nets 65:20, 25; 73:10;
80:3, 5; 83:10; 84:20; 85:5,
20; 86:8, 21, 25; 89:13;
102:12; 107:15; 154:3, 14;
156:18; 163:3; 176:21;
182:16; 206:6, 24
netter 10:2
netting 123:18
neutral 60:4; 107:15;
153:3
New 3:5; 24:5, 10; 26:8,
15, 16; 117:9; 185:8;
190:23
next 38:16, 22; 39:13;
47:4, 22; 72:25; 73:4, 4;
75:3; 78:16; 93:9; 112:13;
127:20; 131:3, 25; 132:13;
189:3; 190:8, 9; 203:8
Nick 161:22; 194:4
night 203:20, 22
nine 40:11
Nobody 69:16
nodding 4:15; 70:20
noise 56:2
None 195:17
nor 132:4
NORASIA 15:16; 17:3;
168:17
normal 193:6; 194:12;
195:24
normally 201:19
north 29:2; 31:14, 15, 17;
32:13; 65:24; 66:5; 67:21;
68:9, 18; 70:5; 71:8, 17,
22, 22, 25; 72:5, 7, 18;
73:14; 74:3, 9; 80:18, 20;
81:12; 85:8; 101:25;
106:7; 107:11, 25; 108:4;
115:12; 140:22; 176:6
north-south 86:14
northeast 109:20
northern 78:11, 12, 14;
79:3
northward 29:2
Notary 3:4
note 117:10; 161:17;
175:3, 7

**noted** 132:9

**notes** 162:6; 183:2

**notice** 53:7; 64:25; 66:23; 84:20; 87:20; 96:10; 128:17; 135:2; 136:25; 145:25; 168:16; 174:15

**noticed** 45:3; 65:7; 99:2; 128:13; 131:5; 132:11; 136:9, 21

**November** 145:3

**number** 23:12; 32:9; 66:10; 189:5, 6; 195:12

**numbers** 67:8; 77:5; 82:23; 116:4; 154:23; 161:7

**numeric** 30:8

## O

**O** 3:2

**o'clock** 41:19, 23; 42:3, 6; 96:17, 19; 121:24; 144:9; 145:4; 209:11

**oath** 4:8; 15:3

**object** 68:14; 102:22; 103:3; 104:16; 148:9, 23; 150:7

**objection** 103:23, 25; 104:2; 123:3; 124:21; 128:25; 129:6, 9, 12; 133:9; 146:7

**obligation** 148:7, 16; 149:15

**observation** 130:2; 142:14

**observe** 96:7; 128:8; 146:11; 162:5

**observed** 101:14; 102:18; 133:7; 149:13

**observer** 161:17, 18; 162:2, 3, 5

**obtain** 6:13, 16; 189:16

**obtained** 7:2, 6; 76:14

**obviously** 54:5; 104:6

**occasions** 193:17

**occur** 98:4

**occurred** 18:11; 36:17; 37:19; 38:9; 42:24; 43:7; 44:25; 50:7; 51:2; 52:15; 56:24; 61:17; 62:5; 90:16; 97:5, 13; 142:22; 163:22; 164:12; 171:23; 175:4, 8

**Ocean** 69:20

**October** 10:16, 18; 11:3

**odd** 52:5

**off** 12:6; 24:14; 40:24; 41:10, 12; 46:25; 53:17, 21, 24; 59:22, 23, 24; 60:3; 75:14, 17; 86:13; 109:7, 11, 23; 110:3; 116:21; 124:6; 127:24; 128:23; 129:17; 134:8, 10; 137:14, 24; 139:18; 141:6; 143:19; 145:17, 18; 155:7; 157:15; 159:12, 13; 161:6; 163:15;

164:23; 171:8, 10; 183:4, 7; 184:2; 185:12, 13; 194:25; 205:17; 208:14; 209:2

**office** 14:10, 12, 13; 15:6

**offices** 113:18

**official** 162:5

**offload** 43:19

**often** 141:25; 186:22; 200:17; 202:2, 2; 203:19; 204:10

**Oilers** 44:10

**old** 3:17; 24:10; 32:14; 186:4

**once** 100:15; 142:2; 153:23; 180:17; 186:23

**one** 7:14, 15; 10:15; 12:12, 15; 19:20; 21:8; 26:14, 15; 27:13; 32:8; 33:15; 36:23, 23; 46:25; 47:4, 6, 22; 48:12, 18, 19, 23; 49:25; 54:8, 14; 57:9; 60:10, 12, 14, 19, 22, 23, 25; 63:2, 16; 70:16; 72:25; 73:4; 74:2, 4, 4; 75:8; 84:16, 17; 85:7; 105:2, 2; 112:6, 22; 114:6, 9, 14; 115:8, 22, 23; 116:2, 2; 119:17, 18; 120:20, 21, 22, 24; 121:3; 123:9; 125:8, 10, 12; 128:10, 10; 133:11, 13, 16, 17, 18, 22, 24; 134:7, 21, 25; 135:9, 9, 15; 136:9, 17, 20; 137:5, 6, 24; 138:11; 139:3; 140:11; 143:9, 13, 17; 153:15, 21, 21; 157:5, 5; 158:20, 22; 160:6; 170:13, 14, 24; 182:12; 184:13, 13; 185:21; 189:11; 194:16; 200:19, 20; 202:5; 205:10; 208:2, 4, 6

**One-half** 74:4

**one-mile** 77:17

**ones** 120:18; 125:6; 129:3; 153:23; 200:24

**only** 49:25; 64:18; 69:13; 91:19; 104:2; 114:12; 133:13; 134:6; 170:19

**onto** 68:22; 69:6, 10; 157:15

**open** 194:3

**opened** 30:13

**operate** 12:24; 13:2; 22:5; 27:24; 29:25

**operated** 30:22, 23

**operating** 110:8; 126:2; 193:5, 6

**operational** 33:13, 16

**operator** 132:2, 3; 164:5, 9

**opinion** 58:8; 148:3; 149:3, 18, 19, 20; 150:11, 18

**opposite** 111:4

**optic** 8:22

**optometrist** 35:21;

36:10; 37:12

**order** 12:2, 3; 189:3; 206:6

**ordinarily** 160:2

**ordinary** 59:6; 60:16

**Oreo** 165:22, 25; 166:6, 7

**orient** 86:21

**orientation** 66:2; 68:10; 69:2; 70:15, 18; 80:20; 85:21; 86:22; 101:25; 102:2

**orienting** 71:17

**original** 26:14

**other's** 199:16

**others** 59:17; 85:16; 204:14, 23

**ought** 102:25

**out** 6:19; 8:16; 10:11; 20:21; 23:17, 19; 24:3; 26:9, 22; 27:5; 28:20; 30:13; 35:7; 38:13, 19; 40:8, 10, 14; 41:18; 46:12; 54:24; 55:23; 61:7; 62:3; 65:18, 20; 70:2, 7, 10; 72:14; 73:10; 80:15; 84:13, 19; 88:23; 90:4; 95:25; 99:3; 104:21; 106:11; 110:18; 119:25; 120:2; 122:19; 127:11; 129:5; 131:21; 148:5; 150:2; 154:16; 155:8, 13, 25; 156:2; 158:12; 161:21; 162:14; 163:3, 12; 170:20; 171:14; 176:20; 178:5; 182:16, 20; 183:11; 190:17, 19, 23; 191:15, 24; 192:6, 20; 193:8, 18; 196:2; 200:4; 206:9; 210:6

**outer** 75:19, 22

**Outside** 7:14, 15; 8:8; 18:2; 25:9; 30:6; 33:18; 96:6; 109:18; 119:3; 139:13

**over** 4:3; 23:23; 38:8; 47:7; 48:12; 49:4, 14; 52:16, 25; 54:21; 56:20, 22; 58:18; 63:2; 64:22; 65:8; 67:18; 81:18; 87:7, 9, 11; 88:19; 90:19; 93:13, 13, 17; 94:4, 5, 14, 19, 25; 97:12, 16, 17, 19, 21; 98:8; 100:9; 104:10; 105:21; 111:7; 112:21; 141:13; 145:22; 151:3, 10; 152:25; 154:2; 156:6; 157:18; 158:4; 159:21; 160:9, 11, 14, 19; 164:14; 167:23; 183:2; 191:19; 201:10; 203:9, 9; 204:4

**owe** 187:6

**own** 21:25; 30:16; 76:15; 77:11; 101:13; 112:7; 147:12; 162:11; 172:25; 193:13, 15

**owner** 8:17; 190:21, 22

## P

**P** 62:20

**p.m** 96:18, 20; 144:10; 145:4; 209:12

**packs** 191:22

**page** 201:6

**paid** 14:20; 39:21; 83:23; 133:17, 19; 186:25; 207:14, 21

**pain** 87:18; 195:7

**pains** 195:4

**paint** 168:23, 25; 169:4, 4, 8

**paints** 16:5

**Panama** 169:12, 16

**pants** 44:10

**paper** 68:8; 165:24

**papers** 17:24

**Pardon** 85:23

**parents** 18:6, 10

**part** 8:17; 15:10; 108:5; 129:5; 159:3; 165:7; 174:9; 206:13

**particular** 26:4; 31:5; 81:9; 92:23; 99:12

**parties** 96:21

**parts** 174:11

**pass** 66:25; 91:5, 22; 101:14, 18; 134:21

**passed** 50:10; 97:3; 136:17; 137:23; 143:19

**passing** 92:10; 135:16

**past** 64:22; 143:18; 169:24; 182:15

**pay** 187:4; 197:12; 208:23

**paying** 122:8; 192:11

**payloader** 8:3

**payment** 207:11, 17

**pedal** 151:21

**peeing** 185:10

**peeking** 94:6

**pen** 10:12; 55:19; 62:6, 14, 19; 63:8, 11, 17; 90:4; 159:14; 164:19; 165:21, 25

**pencil** 120:16; 124:9

**people** 18:7; 38:13; 165:14

**Pepsi** 165:21, 23, 24

**per** 60:13, 14, 15

**percent** 40:2; 41:7

**percentage** 39:23, 24; 40:22

**period** 12:7; 23:23; 38:8; 52:13; 62:2; 137:3

**permitted** 181:2

**personal** 44:7; 104:12; 112:7

**personally** 142:22; 172:14; 207:8

**personnel** 184:5

**Perusing** 113:13; 122:15

**phone** 17:17; 180:5, 6, 7

**photocopy** 189:2

**photographs** 15:13

**PHYLLIS** 24:8

**physical** 6:17; 183:19, 20

**physically** 165:8; 208:23

**physician** 184:4

**pick** 7:24; 9:19; 43:5; 90:7; 153:22; 154:24; 181:17

**picked** 117:8, 21; 140:16; 153:24; 157:6; 159:20; 200:22

**picking** 51:8, 23; 88:23; 89:22, 24; 90:2, 10, 10; 94:8; 97:24; 111:3

**pickup** 7:21, 25

**picture** 178:3, 8

**pictures** 202:13

**piece** 68:7; 156:15, 16, 19; 157:4; 160:7; 164:24; 175:12

**pieces** 163:5, 8, 9

**pillow** 44:5

**pilot** 118:16; 132:3; 154:4

**pilots** 118:15

**pin** 69:17

**place** 81:23; 84:5; 85:6; 142:9; 150:13; 210:5

**placed** 169:13

**plaintiff** 4:14; 177:23

**plan** 187:21; 206:13

**plane** 152:4, 6

**playing** 202:7

**please** 3:9; 4:20; 15:22; 75:3; 112:13; 124:9; 139:25

**plot** 27:12

**plotted** 154:23

**plotter** 21:17, 19, 23; 22:3; 27:9, 20, 23; 28:2; 29:4, 6, 12, 15, 22, 24; 30:3, 18; 31:2, 13, 22; 33:24; 34:2; 75:11, 13; 77:14, 18, 21; 78:4, 6, 7, 20; 82:24; 83:23; 126:10, 12; 161:8

**plucking** 90:3

**plug** 29:25

**Plum** 191:12

**plus** 179:7

**point** 12:21; 15:12; 19:2; 25:7, 7; 30:2, 3; 35:5; 37:11; 44:23; 57:8, 10, 23; 65:15; 69:14; 74:19; 75:9; 80:6; 81:19; 84:17; 92:3; 97:23; 106:23; 111:15, 16; 114:10; 120:23; 121:2; 123:14; 126:9, 21; 127:9, 20; 142:12; 161:12; 170:5; 171:22; 175:19; 181:20; 192:4, 7; 197:25; 199:21; 207:17

pointed 31:24; 140:6;
168:9
pointing 58:23; 62:19;
63:4, 11, 12; 139:25; 140:4
points 86:17; 126:12;
127:6, 15
police 195:9
poly 111:22
pop 79:4
popped 93:5
port 166:19; 167:3, 5, 8,
18, 22, 24, 25; 174:21
position 28:10, 16;
29:12; 31:8; 33:8, 10; 47:2;
62:11; 67:4, 5; 70:4; 80:24;
81:12, 21; 83:15, 18, 20,
21; 84:21; 93:14; 121:11,
16; 148:13; 161:3; 175:4,
8, 9, 11
positions 63:17
possible 123:4
pot 204:24, 25
pots 54:13, 14, 19
pounds 39:22; 40:6, 7;
43:12, 20, 22
predominant 107:9
prepare 13:21; 15:6;
113:14, 20
prepared 181:10
prescription 36:4; 38:6
present 12:11; 20:2, 4;
96:21; 154:19
presently 188:8
preservers 175:18
pretty 41:24; 99:15;
178:17, 19, 22
prevent 205:23, 25
preventive 40:22
previously 145:6;
189:18; 193:25; 207:4
principles 22:18
printed 32:4
printout 30:9
prior 54:8; 55:4, 12;
84:18; 85:2, 6; 94:14, 18;
149:2; 193:18, 20; 194:8;
199:24
probably 10:23, 25; 11:9;
23:24; 35:8; 38:24; 42:10,
11; 43:16; 47:11, 13; 50:8,
12; 51:3, 18; 60:15; 67:16,
17; 93:18; 98:5; 122:16;
164:13; 170:24; 182:9;
186:13; 188:4; 193:8
problem 58:9
problems 191:17;
196:22; 197:3
proceed 46:18
proceeding 4:8; 176:2
proceedings 162:5
process 181:9
produced 189:4
professional 185:20
professionals 187:16,

22, 23
program 188:13; 189:23
programmed 155:2
progress 110:9, 19
prompted 136:22
prongs 156:3
pronounce 174:7
proper 119:17
property 190:22, 22
proximity 121:14
psychological 178:15;
185:17
Public 3:4
pull 158:21; 160:20
pulled 39:8; 54:21;
155:13; 156:11, 13;
158:16; 159:6; 162:13
Pulling 82:24; 158:9, 10;
192:6; 196:2
purposes 69:13
push 79:7; 176:5
put 12:2; 43:9; 54:12;
60:4; 68:18; 71:17, 18, 20;
79:24; 83:10; 100:13, 18;
107:15; 113:10; 119:18;
120:16; 157:19; 158:20;
159:13, 20; 168:7; 198:7,
24; 206:25
putting 90:4; 147:13;
151:21; 201:11
putz 7:21
putzing 47:21; 77:24
pyramid 157:2

Q

quadrant 105:9, 12;
108:17
quadrants 102:19;
104:24
quarter 47:12; 73:20;
74:12; 77:2, 3, 3; 82:11;
128:14; 160:6
quarters 102:20
quick 53:18; 96:14
quicker 204:18
quickly 183:3
Quite 104:19, 20

R

R 3:2, 2
Race 191:6, 10, 12
radar 21:13; 22:2, 9; 23:8;
24:3; 25:2, 13; 33:24, 25,
25; 34:11; 50:16; 53:14;
54:2, 4, 19; 90:7, 20; 91:3, 25;
93:2; 94:6, 18, 22; 95:4, 9,
15, 18, 24; 96:3, 8; 98:17,
20, 24; 99:5, 9, 23, 25;
100:5, 10, 19, 25; 101:6,
13, 17, 24; 102:4, 7, 20;
103:9; 104:23; 105:6, 12,

21; 106:4, 15, 16; 108:8,
21, 25; 109:5, 8; 127:21;
128:17; 130:3, 8, 10;
131:6; 132:23; 133:16, 21,
24, 25; 134:2, 20; 135:2, 6,
25; 136:13, 22; 137:3, 7, 9,
14, 18, 24; 140:8; 142:5;
143:5, 9; 144:4; 153:8, 12,
16, 18, 20; 172:11; 173:3;
192:12
radical 111:18, 20
radio 172:12; 173:7
radius 99:24
raft 166:15, 17; 170:7;
175:16, 16; 184:11;
200:22; 208:21
rail 52:21; 54:12; 59:25;
164:20; 171:4; 192:14, 16,
17; 204:25
raise 172:11; 173:7
rambling 104:9
ramp 170:4, 6
ran 132:3; 195:10
range 25:22; 30:13; 73:5;
107:16; 136:13; 143:9;
153:23, 25
ranged 135:11
Ranger 123:23, 24, 25;
124:6, 11, 12, 15, 19;
125:3
rather 84:8; 190:6
reaction 54:16, 23; 55:2,
9; 58:5, 5, 13
read 14:3, 24; 22:8, 22;
27:22, 24; 35:2, 3; 84:8;
120:11; 122:3, 23; 139:20,
22, 24; 150:4; 161:6;
210:14
reading 33:2; 81:20
ready 28:3; 48:13; 61:20
real 53:18; 76:21
realize 68:8
really 53:19; 55:11;
58:12, 12; 77:10; 139:7;
200:6; 203:22
rear 194:18
reason 4:24; 25:10, 14;
51:19; 83:17; 148:5, 21;
149:9; 170:21
reasons 205:14
recall 17:13; 28:9; 47:21;
64:14; 118:21; 128:4;
145:24; 148:2; 149:5;
166:12, 13, 24; 173:13;
184:6; 206:24; 207:12
received 5:24
recent 19:20
recently 27:11; 37:3, 4, 5;
39:15; 193:22, 23
recess 96:18; 140:10
Recessed 169:19, 20
reciprocal 135:18
recognize 81:2, 7, 22
Recognized 80:4, 8;
81:23

recollection 24:7; 48:15;
123:11; 190:6
record 41:11, 12, 14;
53:17, 21, 24; 56:12;
79:10, 12; 96:25; 120:22;
121:12, 19; 134:9, 10;
139:19, 22; 145:9, 17, 18,
19; 161:13; 163:15, 17;
164:5; 171:9, 10, 12;
183:4, 7; 185:12, 13, 15;
188:22, 25; 205:18
recorded 120:22
recording 203:8
recover 206:6, 12
recovered 208:22
red 165:18; 168:23, 25;
169:4, 8; 209:3
REDIRECT 208:7
reduce 60:5
reduced 210:10
reels 44:9; 160:8
refer 33:9; 123:17
reference 57:8; 207:16
referred 128:17; 132:13,
22, 25; 133:2
referring 121:16; 191:7
refining 129:11
reflector 153:16
reflectors 153:8, 12
refresh 14:8
regard 140:3
regarding 39:18
regular 27:17; 197:9
regularly 200:13
relate 187:18
relating 4:13
relation 100:11; 124:3, 4
relationship 19:12;
134:14; 198:8, 17, 23;
199:14; 204:12
relative 127:24; 128:23;
129:17, 21
relatively 42:5; 47:18
relax 202:15
relaxed 202:18
relieved 97:23
remain 141:23
remainder 162:13
remained 129:16
remaining 127:23;
128:22
remark 48:3
remember 8:25; 9:4;
17:17; 20:23; 26:7; 31:6;
34:3, 8; 36:9; 87:15; 88:14,
17; 92:21, 22; 93:15; 99:7,
11; 105:25; 130:7, 16, 18,
22, 23; 132:10; 138:19;
141:2, 4; 167:13, 16, 17;
171:6; 174:12, 19; 186:2;
209:8
removal 7:20
renewed 7:4, 9
repairs 40:23

repeated 134:18
rephrase 4:20; 149:16
replayed 203:9
replaying 204:5
replays 200:25
report 13:23, 24, 25;
15:11; 41:17; 122:20;
129:9; 195:9
reported 42:6; 128:21
reporter 210:10
represent 56:9; 77:6
representation 70:14
represents 83:5; 117:15
requested 210:9
required 59:2; 152:20
rescue 184:7
rescued 37:23; 116:19
Reset 46:9, 14, 18; 48:25;
49:12
resetting 48:12, 19; 49:7
reside 3:11
respect 48:10; 141:5;
146:21
respond 5:6
rest 154:24; 160:17;
162:18, 19
restrict 103:23
result 177:24
resumed 96:20, 22
retrieve 158:13
returns 177:13
review 13:20
Rich 48:3
ridden 184:22
ride 162:4
ridge 67:9; 78:3, 13, 25;
79:3; 80:4, 8, 13, 14, 16,
17, 18; 81:6, 7; 82:5;
83:24; 85:3; 86:10, 16, 18,
20
right 4:5; 7:2; 18:9; 27:16;
39:8; 40:24; 52:17; 58:22;
61:14; 63:9, 12, 13; 66:15;
70:19; 71:9, 23; 72:24, 25;
74:24; 79:15; 80:14; 89:8,
24; 90:17; 91:16, 19;
94:25; 98:9; 99:22; 101:7;
102:8, 8; 105:6, 15, 17, 23;
106:1, 5, 16; 108:11; 109:2,
3, 5, 25; 110:17; 120:3;
121:2, 8; 131:18; 134:3;
136:2, 18; 137:15, 19;
142:5; 143:10, 11; 144:4,
5; 147:8, 21; 153:7;
157:11, 17; 158:4, 18;
159:11; 160:11, 14; 167:9,
18; 168:14; 177:4, 5;
190:24; 198:19
right-hand 105:4, 5;
106:4; 108:17
rigs 158:16
ring 25:23, 24; 99:23;
100:6, 6
rings 99:9
river 190:24

Road 3:12; 147:4, 7, 22;
148:8, 14; 149:23; 150:4;
152:21
Rock 191:10, 12
Roderick 3:10, 11; 18:16;
96:22; 97:3; 145:5;
183:18; 189:9, 25; 190:3;
210:4
rods 44:9; 160:8
roller 58:23
rolling 183:16
Ron 17:16; 161:16;
206:16, 24
room 111:7, 10
rope 54:16; 62:21, 25;
205:4
Rough 74:17, 25; 76:5, 9;
82:22; 120:4, 12; 121:13
roughly 23:15; 41:19, 25;
43:22; 45:16; 68:3; 71:10;
73:16, 19; 74:20, 22;
75:15; 77:10; 88:2; 90:18;
94:3; 110:4; 187:14;
197:17
routine 90:10
RPM 151:12, 20, 24;
152:2, 16
RPMs 151:17
RR 124:13
rudder 154:12
rules 3:25; 68:17; 147:4,
7, 21; 148:7, 14; 149:23;
150:4; 152:20
run 7:21, 25; 8:3; 10:15;
86:11, 14; 151:10; 167:23;
173:2, 3, 5
running 48:16; 51:23;
54:17; 66:7; 107:25;
108:2; 125:19, 20; 163:25;
165:2; 176:3; 200:21
runs 28:25; 80:18
RUTH 9:11; 160:23, 25;
161:21
RW 124:15, 17, 19

# S

safe 6:5, 6; 101:14
Same 11:16; 19:7, 8;
23:16; 33:9; 36:23; 54:17;
74:15; 78:13, 25; 80:2, 24;
81:21; 83:18, 19, 24, 25;
84:5, 21; 85:3, 5, 18, 19;
99:15; 104:12; 123:3;
134:18; 135:19; 136:5;
142:8; 167:10; 169:10, 11;
197:19; 200:4; 202:25;
210:10
sand 194:18; 197:4
Sandy 3:12
sank 175:13
satellites 32:10
sausage 46:23
save 87:17; 174:24
saw 13:22; 51:20; 90:24;

91:24; 98:7, 9, 24; 103:13,
17; 105:9, 22; 106:3;
108:13, 16; 122:17;
129:15; 130:10, 16, 23;
131:10, 11, 13, 16; 134:19;
135:15, 24; 137:8, 11;
138:10, 14, 19, 21; 140:11;
141:14; 142:20; 143:3, 13;
149:7; 160:4; 166:23;
170:4, 6, 13, 14, 17, 19;
171:2; 173:11, 15, 24;
174:3, 4, 5, 17, 21; 186:9,
12, 18
saying 55:25; 84:12;
86:6, 8; 181:9
scale 56:9; 133:23, 25
scalloping 180:11, 12,
14, 19; 182:14
scallops 9:15; 182:21
scene 206:5
scheme 85:14; 128:7
Schober 44:16; 61:25;
111:7, 14; 173:23; 174:17
school 5:20; 7:17, 19, 19;
8:5, 6, 10, 13; 12:3, 11;
36:19
schooling 5:25
scientific 67:7
Scott 8:16, 17; 11:23;
13:7; 85:17
screen 95:9; 99:5; 102:5,
7; 103:10; 105:6, 22;
106:4, 15, 16; 108:14, 25;
109:6, 9; 134:2, 20; 136:5,
6; 137:15, 18, 24
screwed 115:23
second 46:18; 56:4;
60:23, 25; 61:13; 63:16;
64:9; 65:5; 78:2; 87:6, 20,
25; 88:2; 97:5, 9, 10;
115:23, 25; 131:5; 132:24;
134:23; 135:7, 9, 10;
137:21; 138:11, 13, 14, 15,
23, 24; 139:2, 3, 23;
140:15, 15; 184:18;
195:18, 25; 205:10
seconds 51:3, 16; 52:2;
57:5, 6; 59:10; 60:21;
61:12, 16; 142:2, 6;
151:18; 152:4, 9; 171:16
section 175:14
seeing 93:15; 105:25;
130:7; 201:5; 209:8
seek 207:14
seem 169:10
seemed 88:7; 169:11
seems 203:25
sell 40:6
send 172:4
sense 57:17, 20; 58:10,
12; 71:11, 13; 72:8, 14
sentence 113:24; 114:6,
9, 14, 16; 123:14; 128:3;
131:3, 25; 132:9, 14
sentences 195:11
separate 36:2; 131:24;

178:4
separated 173:21
separation 85:13
September 186:13, 14
sequence 56:7; 89:14;
118:6
series 4:10; 208:6
serve 175:22
services 39:18; 189:17;
207:15
SESSION 145:2
set 10:11, 12; 24:13, 22;
25:22; 27:14; 31:15; 33:6;
36:14; 45:18; 47:13;
66:11; 80:3, 10, 22; 83:20;
85:5, 20; 108:3; 126:3, 9;
137:3; 143:9; 153:22;
154:6; 210:5
sets 62:21
setting 46:12; 47:6
seven 41:6; 43:6
several 203:14
shade 165:19
shaded 34:4
shaken 114:11; 196:10,
11
shaking 114:13
shallow 86:12
shallows 86:13
shapes 168:20
share 40:15, 17, 18; 41:2,
5, 7; 150:6
SHARON 8:18, 19; 9:24,
25; 10:14; 12:4; 39:2, 3, 4,
6, 11
Shaw 112:8
ship 15:17; 16:14, 15, 18,
20; 17:11; 51:21; 53:13;
55:13; 79:11; 95:20; 98:9,
11, 24; 101:2; 106:14;
114:5, 21; 116:9, 13;
149:25; 163:23; 164:23,
24; 165:9, 12, 16, 20;
167:9, 21; 168:4, 14, 24;
169:18; 173:12, 15, 24
ship's 101:25
shipping 66:12, 18;
74:19; 75:9, 17, 20, 21;
76:2; 78:12, 15, 18; 85:8
ships 66:25
shit 52:3, 7, 9, 12, 17, 20;
53:6, 10; 54:23; 55:25;
57:12; 61:5, 14; 89:3, 11;
98:20; 100:10; 145:16, 21;
152:25
shoes 59:5
Shook 195:24
short 136:7; 197:18
shoulder 191:19
show 25:23; 28:12, 16;
30:10, 11, 14; 102:6;
103:7; 112:18; 119:15;
120:14; 133:22; 168:19
showed 28:10; 44:18;
94:11, 16; 103:5; 104:24;

115:11, 13; 133:16, 18
showing 56:12; 88:3;
95:7
shows 95:4, 6
shrink 185:18
shuffling 164:20
side 52:22, 23; 54:12, 21;
55:20; 56:23; 64:25; 85:8,
9; 103:8, 10, 12; 105:3, 4,
5, 5, 21; 106:4, 15, 16;
107:9; 111:5; 112:9;
114:4; 116:8; 157:18;
159:21; 160:7, 7; 164:2,
15; 166:19, 19, 21, 22;
167:2, 3, 5, 9, 18, 19, 21,
24, 25; 168:3, 4, 22;
169:18
sides 166:22; 200:21
sight 199:16
sign 210:14
signals 172:2
significance 90:2
signing 113:25
similar 10:7
simple 95:11
simply 70:7
SINGLETON 3:8; 41:10,
13, 15; 55:21; 56:11;
63:10; 69:8, 21; 71:2, 6;
72:11; 75:2, 7; 79:12, 17,
22; 85:25; 92:15; 93:21;
96:13, 24; 97:2; 103:2, 25;
104:6; 111:14; 112:12, 17;
113:3, 9; 121:15, 22;
123:20; 124:18, 23; 125:2;
134:8, 11; 139:6, 10, 20;
140:5; 144:7; 145:8, 10,
19; 146:9; 163:16, 18;
166:5, 10; 171:8, 11;
177:10; 178:4; 181:7, 19;
182:11, 23; 183:5; 207:25;
208:3, 6, 8; 209:10
sister 21:11
sit 35:3; 63:3; 199:5
site 160:9, 11; 171:15
sitting 104:20; 112:2;
143:4; 176:18; 200:22;
202:7; 203:21
situation 87:5; 92:10;
149:21
six 6:22, 25; 7:3; 23:15;
35:9, 19; 36:15; 41:25;
43:3, 6; 45:16, 22; 70:12;
74:23; 90:11, 23, 24;
91:25; 93:3, 18, 21, 23;
94:3, 22, 24; 95:6, 7; 96:6;
100:22; 101:2, 17, 19, 20,
21; 105:18; 108:9, 10;
109:7; 111:23; 112:3;
133:11, 14, 17; 134:6;
135:3, 6, 11, 13; 136:11,
13; 137:3, 7, 12, 20, 21;
138:19, 21; 140:12;
141:14; 142:15, 20; 143:8,
20, 22; 144:3; 153:13;
163:6, 7; 171:16
six-hour 72:18

six-mile 98:9; 99:23;
100:6; 101:6; 133:25;
136:6, 16
size 16:6
skate 194:3
skin 194:11
Sliced 194:3
slid 194:18
slide 204:25
slides 62:22
sliding 59:25
slightly 60:5
slowly 156:4
Small 185:24; 186:7;
188:6; 193:7; 206:15;
207:10
smaller 29:3; 62:22
snap 204:18, 20
snappier 204:16, 21
snapping 200:22, 22
snappy 199:2
snow 7:20, 24; 197:4
soda 44:5
soft-spoken 58:3
sold 190:22, 22
solemn 4:8
somebody 24:15, 18, 19;
39:14; 131:11; 147:15;
161:3; 202:16
someone 8:14; 13:3;
16:17; 23:4; 38:23; 39:11;
207:14
someplace 37:8
sometime 24:2; 26:10;
137:17; 176:20; 186:13,
19
Sometimes 200:23;
203:4, 6
somewhat 70:5
somewhere 49:18;
173:4, 6; 187:12; 190:19
son 19:15; 189:21, 22, 24;
198:5; 202:7; 203:22
soon 95:15, 22
sooner 152:19
sorry 134:12; 172:16;
194:24
sort 6:15; 9:20; 12:12;
22:18; 94:6; 183:11, 16
sorting 62:8, 9
Sound 123:19; 171:25;
172:8; 191:3, 5; 193:5
sounded 151:19
sounder 160:16
sounds 24:24
south 31:14; 66:25; 68:9,
18; 71:8; 80:18, 20; 81:13;
85:8, 9, 12; 88:7; 91:6, 6,
22; 98:15; 101:18; 123:22;
134:22, 22; 135:2, 16;
136:18; 143:20, 22
southeast 22:20; 29:2
Southeastern 5:14
southern 65:24; 66:5, 11,

**16**

southernmost 72:15; 85:13; 158:25
speak 5:2; 125:16; 132:19
specific 191:5
specifically 177:21
speed 47:15; 110:7, 12, 14; 125:22
Spell 174:8; 190:2
spent 58:2; 192:8
split 105:22
spoiled 83:7
spray 54:14
spring 73:19; 179:24
St 199:7
stack 170:24; 171:2
stacked 170:23
STACY 21:10, 12; 193:12
stamped 122:3
Stand 9:19; 13:3; 63:7, 8
standard 33:22
Standing 13:4; 89:22; 117:5; 145:15; 168:13
Star 32:13
starboard 105:5; 109:11; 114:4; 116:8; 166:19; 167:2, 22; 168:5; 176:6
start 8:13; 35:6; 50:20; 56:6; 59:25; 61:9; 72:14; 73:13; 97:22
started 27:11; 36:22; 47:3; 50:5, 17; 51:5; 57:23; 60:24; 61:8, 13; 62:10; 63:15; 64:9; 65:4; 97:24; 128:16; 140:21; 142:11; 157:19, 24; 158:9, 10; 159:14, 25; 169:4
starting 66:10; 140:24
starts 54:15; 107:8
State 3:5, 9; 107:12; 188:12, 16
stated 54:5; 123:17; 127:16, 20; 140:7, 7
statement 55:15; 118:23; 119:2; 121:25; 126:7; 130:24; 133:3; 139:5; 143:2; 146:20; 164:4, 4; 203:3
states 147:7
station 32:20, 24; 33:4, 19, 23; 63:24; 97:4; 106:10, 14; 109:16; 111:3; 114:5; 116:8, 11; 138:17; 140:12
stationary 64:17
stationery 141:23
statute 123:6
stay 10:10; 50:25; 64:17; 81:15
slayed 36:23; 49:13; 51:15; 98:15; 134:22; 137:6; 142:8
staying 199:16
steam 49:23

Steaming 13:18; 54:13
steep 72:18, 19
steer 13:13; 30:4; 32:19
steering 22:19; 32:19, 24; 33:4; 49:24; 109:19; 110:5; 154:10
step 51:25
steps 150:16
Stepski 4:2; 9:8; 23:14; 33:5; 38:11, 12; 39:18; 45:8; 80:11, 12, 22; 110:23; 119:12; 148:20; 149:8; 150:6; 151:9; 152:18, 24; 154:16; 161:22, 22; 172:4; 181:11; 182:15, 21; 206:4
Stepski's 9:9; 10:6
Stepskis 20:25; 21:4
stern 10:10; 49:4, 5; 58:19; 60:5; 62:24; 108:5; 166:14, 17; 167:8; 169:9, 24, 25; 170:2, 3, 4, 6, 8, 11; 174:4, 17; 175:14
Stevens 14:14, 15, 17; 16:22; 17:15; 18:3; 19:19; 20:22; 79:9; 82:19; 93:19; 112:22; 117:24; 124:8; 130:21; 161:16; 163:13; 206:16, 16; 207:5
stick 154:11
sticks 170:20
still 3:21; 6:18; 18:24; 19:10; 35:9; 37:25; 55:8; 62:8; 80:5; 93:24; 108:3; 117:6; 118:2, 4; 119:3; 122:7; 138:13; 143:4; 157:10; 159:7; 164:16, 20; 168:12; 176:18; 201:25
Stonington 8:16
stop 63:25; 64:3, 17; 106:23, 25; 107:8, 14; 152:4; 202:8; 205:14; 207:24
stopped 39:10; 185:8
store 36:5, 6; 37:13
straight 36:5; 92:4; 108:25; 109:2; 142:19
strain 59:19, 22, 23; 60:23; 156:9, 11; 162:9; 198:24
string 45:24; 46:3, 8, 15, 17, 19; 47:6, 7; 48:12, 13, 14, 18, 19, 23; 49:2, 14; 50:5, 17; 62:10, 11; 63:16; 64:9; 65:5; 67:5, 6, 18; 68:2; 71:25; 72:2, 16, 25; 73:9, 18; 74:12, 13, 22, 23; 75:9; 81:21; 83:20; 87:6; 97:5; 110:20, 21; 108:9, 10, 12, 16; 131:4, 5, 17; 132:12; 138:9, 14; 153:6; 155:11; 156:19, 22; 158:8, 11; 163:10; 203:14
strings 45:18, 20; 47:10; 67:24; 68:11, 13; 70:2, 7, 9, 15; 74:16; 153:15
struck 114:21; 131:21

structure 114:16; 116:17
stuff 16:13; 20:20; 116:25; 160:17; 172:22; 180:3
Stupid 180:3
style 16:20
subject 4:13
subscriber 189:9
sucks 199:12
sudden 203:7
suffered 177:24
suggest 72:23; 181:25; 188:23
suggested 181:13
suggesting 205:13, 15
suggestion 99:21
suit 178:12
suits 175:21, 22
summer 8:7, 7
superstrasser 116:16
superstructure 16:7; 116:14, 15; 165:18
supervision 13:3
supplied 186:3
supposed 56:9; 116:15
sure 4:4; 48:7; 50:3; 71:3; 103:16, 16; 139:15; 140:5; 155:22; 170:14; 178:5; 182:13; 189:21
surface 153:12, 13
surfaced 175:16
Surprised 196:12
Survival 175:21, 22
suspicious 139:16
sustain 183:18
swapped 23:19; 51:24
swear 52:4, 5
swimmer 184:7
swing 106:7; 107:2, 3, 5, 9, 10, 11, 14, 16, 20, 22; 108:19; 109:18; 141:25
swinging 112:3
switch 26:5; 100:5; 180:19
switched 23:17; 24:3; 26:9; 50:16, 22; 63:22; 64:10; 97:9; 101:6; 108:10
sworn 3:3; 145:6
symbol 31:23
symptoms 187:17, 24

**T**

table 9:19; 10:9; 51:7; 52:16, 25; 53:8; 55:19, 20; 56:18, 20, 22; 58:18; 62:7, 12; 63:6, 18; 64:22; 65:2, 8; 87:10; 89:22; 94:7; 111:4; 145:22; 152:25
tabled 62:20
tail 67:6
talk 25:17; 55:18; 91:17; 146:4, 14; 172:7, 10;

173:23, 25; 199:6; 201:19, 20
talked 18:4; 91:17; 146:19; 154:16; 173:11; 206:24
talking 10:19; 11:15; 14:13; 16:10; 18:2; 56:16; 65:3; 68:5, 12, 24; 69:19; 71:7, 8; 80:16; 138:5; 152:6; 169:16; 178:2; 182:3; 201:7, 13, 23; 204:22
tangled 158:3
tank 42:12
target 24:22; 25:24; 87:23; 88:4, 6; 89:3; 90:22, 24; 91:24; 92:2, 5, 6, 8; 93:10, 16; 94:9, 24; 95:8, 9; 96:3, 5, 8; 99:5, 14, 24; 100:11, 20; 101:13; 102:5, 11; 103:13; 105:9, 23; 106:5; 108:8, 13, 20, 22; 128:13; 130:7, 10, 17, 23; 172:11; 173:2
targets 34:12
taut 158:8
tax 177:13
TD 28:25
TDs 28:23; 29:20; 71:10
tea 117:3
Tech 5:15
technical 5:20; 199:9, 11
telling 24:17; 54:25; 130:16, 18, 22; 132:8, 11
temporary 11:13
ten 41:22; 47:17; 50:23; 98:5; 138:6; 152:10
tend 107:2; 108:3
Tended 80:17
tense 191:20
tension 60:6, 7
term 4:2
terms 29:13; 47:23; 57:4; 126:4; 183:12, 13; 191:5; 197:3; 198:9; 201:13
terrain 156:6
test 6:17; 185:9
testified 3:6; 57:9; 79:19, 21; 96:23; 120:8; 133:6; 145:7
testify 13:21; 14:9; 15:6
testimony 69:15; 87:19; 103:24; 104:17; 130:25; 132:15; 143:12
thereabouts 49:18; 59:10
thereafter 4:12
therefore 141:18
thinking 201:13
third 88:2; 184:20
thirty 61:12
Thirty-one 3:16
THOMAS 8:21; 11:11; 12:4
though 24:21; 32:23;

55:7; 92:16; 124:4; 148:19
thought 7:10; 47:4; 88:10; 114:19; 118:15; 122:11, 12; 130:8; 141:9, 12; 146:23, 24; 147:20; 149:24; 164:5; 173:8; 181:16; 206:9
thousand 40:6, 7, 10, 12; 41:3, 4, 4, 5
three 9:23; 11:9; 17:22; 19:24; 20:8; 66:25; 91:5, 8; 98:24; 99:2; 100:2, 15, 23; 101:3, 17, 19, 20; 108:8, 10; 109:7; 119:13; 127:15, 24; 128:22; 129:16; 133:18; 134:24; 135:11; 136:2, 22; 137:19; 141:6; 143:3, 7, 7; 169:6; 170:25; 191:22; 193:8, 9; 202:4; 208:2
three-mile 100:6; 101:6; 133:22
three-quarters 50:8; 97:14, 17; 193:3
throttle 13:9; 33:7; 151:23; 152:13; 153:2, 4; 173:3
throw 155:25; 156:3
throwing 156:25
tide 54:13; 107:4, 24; 108:2; 125:24
tides 86:7, 11, 11
tie 58:22; 60:14; 169:20
Tied 157:14, 14
tight 158:9
times 54:13; 64:24; 65:4, 7; 73:15; 87:10; 93:6; 100:15, 16; 186:6; 200:24; 201:5; 202:4; 203:10, 13, 15
title 210:6
today 5:4; 13:21, 22; 14:9; 15:7; 17:24; 115:14; 133:6; 201:6, 18
together 173:17
told 16:17, 21; 58:14; 75:16; 87:22; 123:12; 129:19; 131:11; 140:10; 141:4; 147:10, 20; 152:23; 176:2
tolerate 14:6; 199:15
Tom 205:9; 206:17, 25
took 23:22; 48:11; 61:12; 78:14; 83:13; 87:7, 11; 88:19; 90:19; 93:17; 94:5; 97:11, 12, 16, 17, 18, 20; 98:8; 100:9; 111:25; 141:13; 150:16; 159:13; 197:5
top 40:24; 71:17; 103:11, 12; 105:2; 117:14; 153:9; 155:7; 157:4; 158:4; 160:19
topography 124:5
total 162:24; 163:6, 10; 171:13
totaling 181:11

tote 43:17, 23
totes 43:13, 16, 25
touch 206:25
touching 167:23
tow 62:23
towards 155:17; 157:20;
191:6
track 23:7; 127:24;
128:23; 129:17, 20
Tracking 53:14; 87:22;
101:16; 135:14, 15
traffic 83:14; 85:13; 193:4
transcript 210:14
translate 43:23
transom 168:6, 8
transpose 22:25; 68:22;
69:5, 10
transposed 116:4
traps 192:6
travel 47:7
treat 207:14
trepidation 196:25
tried 149:9; 160:19
trigger 202:9
triggered 55:8
triggers 202:10, 17
trip 23:17; 26:9, 10, 11,
12, 13, 19, 19, 22, 23;
36:15; 40:11; 41:18;
42:17, 21, 23, 23; 43:2, 6,
7, 10; 44:14; 84:18; 85:7;
154:19; 155:3; 176:23;
179:5, 5, 7, 20
trips 9:23; 10:13; 23:13,
22; 26:18; 38:11, 12; 45:7;
75:24; 85:2, 6; 126:20, 22;
179:8, 9, 13; 197:18
trouble 102:24
truck 7:22, 25
true 29:2; 55:15; 122:7;
123:8
truth 4:9
truthful 16:12
truthfully 5:6
try 4:18; 19:3; 68:22;
69:17; 75:25; 76:6;
101:12; 138:8; 145:12;
146:5, 12; 172:11; 173:7;
188:24
trying 16:10, 11; 40:7;
59:18, 21; 76:16; 86:4;
92:13; 104:21; 114:15;
165:6; 167:12; 171:3
Tuesday 19:21; 21:2
tug 156:8
tugs 169:20
turn 54:15; 102:11, 13;
145:25; 146:2; 151:6
turned 131:21
turning 46:10; 95:2;
102:15
TV 203:21
Twenty 47:8; 163:11
twice 100:15

Two 16:24; 19:24; 20:8;
46:6, 7; 47:7, 10; 48:13,
14; 50:18; 53:5; 60:17;
62:10, 11; 64:18; 65:12;
66:25; 73:14; 74:5, 5, 8;
84:13, 18, 19, 22; 88:15;
92:18; 103:5, 6, 7; 104:24,
25; 110:16; 114:3, 23;
128:10, 11, 12; 133:21, 24;
137:8, 25; 140:11; 142:6;
174:11, 11, 18; 181:2;
186:11; 194:15; 199:25;
200:7; 201:8; 202:4;
203:17
type 69:6
typewritten 210:11
Typical 194:11; 201:19
typically 63:8; 201:2

# U

unable 58:22
under 4:8; 13:2; 15:3;
58:9; 59:6; 60:16; 147:4,
21; 148:7, 11, 14, 15;
149:14; 150:3; 152:20;
189:20, 22
undergone 185:16
understood 40:5; 73:12;
177:4
unflattering 123:16
UNGER 72:21; 182:9;
183:9; 185:12, 14; 188:25;
189:15; 195:21; 198:19;
205:9, 16, 19; 207:23
unit 21:13, 25
unless 199:19
Unlimited 180:23; 205:8
untie 57:10, 13, 24; 59:2,
7, 16; 60:11, 17, 18, 24;
61:9; 62:4; 89:13; 98:16;
110:24; 111:6
untied 57:19, 21; 58:8,
15; 59:13; 60:9, 10; 61:8
untying 56:6; 59:4;
111:8, 21
unusual 207:13
up 6:11; 7:24; 24:16;
25:23; 27:14; 29:16, 17,
18, 19, 19; 30:11, 13, 14,
19, 20; 31:15, 15, 17;
34:22; 37:3, 7, 11; 39:8;
42:16; 44:18, 25; 46:22;
47:4; 50:13; 51:3; 52:16;
54:13, 20, 22; 55:19; 56:5;
62:21, 25; 63:22; 66:7;
77:22; 78:11; 79:4; 80:17;
82:24; 86:11; 88:3; 89:2,
10, 20; 90:5; 94:11, 16;
99:8; 100:23; 102:3, 6, 10;
103:5, 7; 104:24; 106:6, 8,
24; 107:18; 115:23; 117:8,
21; 124:2; 133:7, 16, 18;
140:16; 150:22; 151:13,
17; 153:11, 22, 24; 154:18,
24; 155:16; 157:4, 6;
158:3, 16; 159:20; 160:5,

18; 162:8, 13, 20; 164:8;
165:6, 11, 14; 166:15;
169:20; 171:3; 180:17;
181:4, 7, 17; 183:15;
184:14, 16; 191:11; 192:6;
195:24; 196:10, 11; 199:7;
200:8, 22; 202:20, 21
upon 123:4
upper 102:8, 8
urgency 57:18, 21
urine 6:17
use 15:2; 28:22, 23;
48:25; 54:12; 57:5; 76:6;
119:17; 120:20; 129:12;
169:12; 179:17
used 71:14; 99:4; 129:22;
154:5; 180:17; 189:16, 19;
199:21
using 42:23; 43:6; 76:20;
89:23
usually 27:6

# V

vacation 12:19, 22
variety 168:19
verbally 69:19
verify 75:25
versa 169:9
vessel 15:16, 19; 16:2;
24:24; 31:19, 23, 24;
51:20; 53:4; 92:7, 24, 24;
93:3, 8, 10, 11, 16; 99:14;
100:12, 21; 105:3, 5, 21;
107:2, 3, 8, 15; 108:6;
109:2; 110:9; 123:17;
126:2; 127:23; 128:5, 22;
131:21, 22; 132:4, 4, 23,
24; 133:4, 8, 19; 134:18;
135:22; 140:9, 13, 18, 20;
141:10, 19; 142:21;
143:13, 14, 16, 18; 145:12,
22; 146:16, 21; 147:8, 21;
148:15; 166:12; 170:9;
171:14; 174:17; 193:4;
208:10
vessel's 30:16
vessels 12:12; 134:17
VHF 172:12
vibration 151:25
Vic 161:23, 24
vice 169:9
view 149:6, 7, 12; 150:6
visibility 171:21; 193:2
visit 187:10
visits 186:22; 187:2
visually 53:15
voice 57:20
volunteer 206:4

# W

wake 24:16
walk 90:5; 200:19

Walter 18:16
warning 172:5, 8
waste 181:22
watch 13:3, 4; 24:11, 19;
50:16; 73:7; 89:4, 9, 11;
90:5; 91:22; 98:11; 126:16
watched 83:24; 91:3;
98:13; 102:17; 135:9;
142:16
watching 25:12; 89:4, 6;
90:10, 10, 21; 91:3;
101:16; 142:8; 143:5;
203:21
water 53:11; 54:15; 60:2;
81:4; 108:6; 117:21;
153:12, 13; 156:3; 164:17;
165:17; 169:3; 184:9
Waterford 36:13
waterfront 201:15
waters 86:12
wave 126:9, 12, 21;
127:6, 9
way 13:15, 16; 16:4, 12,
19; 22:19; 30:2, 3, 4, 22;
31:22; 33:9, 23; 34:14;
40:5; 54:24; 66:9, 13, 20;
68:13, 24, 25; 72:4, 6, 21;
85:10; 86:8; 94:12; 97:15,
18; 100:18; 105:10;
115:12; 123:16, 17;
125:25; 129:24; 138:8;
147:9, 21; 148:6; 150:2,
14; 151:12; 153:2, 5;
155:24; 166:12; 168:7;
177:20; 181:25; 183:11;
191:11; 197:12; 204:3, 17
wear 34:15
wearing 36:22; 37:16
Weather 181:2; 192:22;
197:4
web 111:23
week 38:18; 181:3;
186:24; 190:9; 191:2, 15;
200:14; 201:9, 11, 12, 19;
202:3; 203:2, 17
week-by-week 203:11
weekends 8:5, 6
weeks 19:24; 20:8;
203:17
WEIGEL 68:23
weight 54:18; 158:21;
159:9, 12, 13
weights 162:7
weren't 55:7; 172:14, 21,
23
west 22:20; 28:20; 29:2;
31:13; 65:21, 21; 67:16;
68:9, 19; 70:3, 5; 80:19;
85:24, 25; 86:5, 22; 87:3;
101:22; 125:21, 21;
127:16; 135:21; 157:5, 14
western 66:12, 16, 17;
67:4, 13; 159:17
westernmost 71:19, 23;
73:13, 14; 74:18; 75:9;
158:24; 177:5, 6

westward 143:24
wet 117:6
What's 12:20; 88:3, 4, 13;
156:25; 203:24
wheel 49:9; 154:10
wheelhouse 33:15, 23;
49:10, 13, 13; 51:6, 8;
56:6; 57:11; 63:24; 64:12,
23; 65:8, 11; 87:9, 10;
88:20, 24; 89:12, 17, 21;
90:6, 13; 97:25; 110:25
Whereupon 96:17, 19;
139:18; 144:9; 205:17;
209:11
wherever 111:12
whistle 172:5
white 116:14; 165:18
whole 10:15; 14:5; 48:21;
178:3, 8; 200:20
whose 14:13; 78:7
wind 125:15
window 34:5; 64:4; 94:7;
95:15; 99:4; 138:18
winter 11:5, 7, 23
wintertime 7:20
withdraw 177:10
within 3:4; 16:25; 24:23;
91:5; 121:14; 184:25
without 34:17; 35:10;
125:24; 203:14, 16
witness 3:2; 54:2; 56:12;
72:22; 79:18; 112:24;
124:18; 188:20; 189:4;
191:9; 192:25; 194:23
word 16:11, 11; 169:12
wording 15:8
words 12:7; 26:11; 54:25;
88:4, 8, 13, 16; 141:22;
147:13, 24; 148:3; 174:21;
202:13
work 8:9, 13; 9:21; 10:14;
11:12, 18, 18; 12:7; 39:6;
45:24; 61:13; 63:15;
66:13; 72:4, 6; 154:6;
204:7, 8
worked 8:11, 25; 9:10,
12; 10:17, 24; 11:3, 20, 23,
24, 25; 12:3, 9, 23; 18:7;
21:7; 48:19; 61:11; 120:12
working 8:8; 13:9; 39:10;
44:11, 11; 50:14, 17; 61:8;
62:10; 72:18; 106:19;
109:13; 127:17; 138:8;
157:20; 194:2, 8; 205:21;
208:16
worn 36:18
worse 36:21, 24
worth 43:13
wound 55:19; 133:7
wrapper 165:22, 25;
166:6, 7
Wreck 123:23, 24, 25;
124:6, 11, 12, 15, 20;
125:4; 155:15, 17, 20;
157:20, 21, 25; 158:3, 5, 6,
9, 11; 159:3; 162:9

wreckage 175:11
wrecks 30:11
write 116:17; 117:10;
124:12
writing 56:14; 166:22;
169:25; 173:11, 15, 24
written 20:18; 67:8;
161:13
wrong 58:13; 88:5; 99:22;
112:22; 123:21; 132:18
wrote 113:16; 114:9;
116:5; 118:23; 119:2;
121:25; 122:10; 161:7, 15,
15

## Y

year 5:22; 10:18; 11:2,
15, 16, 20, 21, 24; 154:17;
175:10; 179:8; 196:6;
198:4, 4
years 3:16, 17; 6:23; 7:3;
9:21; 11:9, 18; 16:24;
22:12; 84:13, 18, 19, 22;
88:15; 92:18; 174:18;
199:25; 200:8
yell 52:9, 11; 165:6
yelled 52:10; 192:9;
204:10
yelling 192:10
yesterday 3:24; 10:5;
56:8; 58:2, 5; 201:4
York 3:5
younger 200:3

## Z

Z 6:11; 8:23
Zip 3:13; 5:17

**Lawyer's Notes**

Page 215

[1] UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
[2]
[3]
MICHAEL STEPSKI, KIRSTEN
[4] STEPSKI, Wife, GEAL
RODERICK and BENJAMIN
[5] SCHOBER,                              :
[6]        Plaintiffs,                    .
[7]     -versus-              : No. 06 CV 01694
                    (CM)
[8] The M/V NORASIA ALYA, her
owners, operators, etc.,    VOL. II
[9] and MS "ALENA"
SCHIFFAHRTSGESELLSCHAFT
[10] mbH & CO. KG, PETER
DOEHLE SCHIFFAHARTS-KG,           ·
[11]
        Defendants.                       :
[12]
[13]
[14]
[15]        Continued deposition of GEAL
[16] RODERICK, taken by the Defendants at the law office of
[17] Stevens, Harris, Guernsey, Quilliam, 351 Main Street,
[18] Niantic, Connecticut, before Jacqueline McCauley,
[19] RPR/CSR, a Notary Public in and for the State of
[20] Connecticut, on April 12, 2007, at 3:00 p.m.
[21]
[22]
[23]
[24]
[25]

Page 216

[1] APPEARANCES:
[2]       For the Plaintiffs,
[3]       THOMAS H. HEALEY, ESQUIRE
          17 Battery Place, Suite 605
[4]       New York, New York 10004
[5]       -and-
[6]       STEVENS, HARRIS, GUERNSEY, QUILLIAM
          351 Main Street
[7]       Niantic, Connecticut 06357
          By: RONALD F. STEVENS, Esq., of Counsel
[8]
          For the Defendants:
[9]
          BLANK ROME LLP
[10]      The Chrysler Building
          405 Lexington Avenue
[11]      New York, New York 10005
          By: ALAN M. WEIGEL, Esq., of Counsel
[12]
[13]      -and-
[14]      FREEHILL, HOGAN & MAHAR, LLP
          80 Pine Street
          New York, New York 10006
[15]      By: MICHAEL E. UNGER, Esq., of Counsel
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 217

[1]              WITNESS INDEX
[2]                     PAGE
[3] Direct Examination by Mr. Weigel        218
[4] Cross-Examination by Mr. Unger          231
[5]
[6]
[7]
[8]
[9]              EXHIBIT INDEX
[10]    DEFENDANT'S  DESCRIPTION    PAGE
[11]    39 thru 44 Tax Returns         221
[12]
[13] NOTE. Exhibits retained by counsel.
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 218

[1] GEAL RODERICK,
[2] 289 Sandy Hollow Road, Mystic, Connecticut,
[3] called as a witness, having been first duly
[4] sworn by Jacqueline M. McCauley, a Notary
[5] Public in and for the State of Connecticut,
[6] was examined and testified as follows:
[7]      MR. HEALEY: Read and sign.
[8]                DIRECT EXAMINATION
[9]                BY MR. WEIGEL:
[10]     **Q:** Mr. Roderick, we were provided with your
[11] income tax returns for the years 2000 through 2005,
[12] and I'm going to show them to you. They're all
[13] bundled separately, each return. I want you to
[14] identify for us which of those returns include income
[15] which you received for fishing as a commercial
[16] fisherman.
[17]     **A:** With Mike or in commercial fishing in
[18] general?
[19]     **Q:** Commercial fishing in general.
[20]     **A:** All years.
[21]     **Q:** So you worked as a commercial fisherman,
[22] and reported income as a commercial fisherman for all
[23] those years?
[24]     **A:** Yes.
[25]     **Q:** So in 2002 what was your income that you

Page 219

[1] received as a commercial fisherman?
[2]     **A:** There's both incomes in general. I also
[3] worked part-time.
[4]     **Q:** Worked part-time as what?
[5]     **A:** Mechanic.
[6]     **Q:** So in 2000 you had income as a commercial
[7] fisherman and as a mechanic?
[8]     **A:** Yes.
[9]     **Q:** What was your income from commercial
[10] fishing in 2000?
[11]     MR. HEALEY: First of all, the
[12] question didn't ask you to read this. Do you know,
[13] can you answer without referring to this?
[14]     **Q:** What was your income in 2000 as a
[15] commercial fisherman?
[16]     **A:** That I couldn't tell you without looking.
[17]     **Q:** Can you look at your income tax return
[18] from the year 2000, and tell how much your income was
[19] as a commercial fisherman?
[20]     **A:** If I had the actual W-2s.
[21]     **Q:** Well, I mean, whatever package is in front
[22] of you there, would you look at that, and see if
[23] there's anything in there that would indicate how much
[24] of your income was as a commercial fisherman?
[25]     **A:** Yeah.

Page 220

[1]     MR. HEALEY: Go off the record.
[2]     (Whereupon, there was a discussion
[3] off the record.)
[4]     **A:** Occupation is put down as fisherman so
[5]
[6]     **Q:** I'm not sure you understand my question.
[7] All I would like to know is can you tell from looking
[8] at your income tax return from the year 2000 how much
[9] of your income for that year was derived as a
[10] commercial fisherman?
[11]     **A:** Can I be honest? I don't do my taxes.
[12]     **Q:** That's still not answering my question.
[13] Can you tell from looking at your income tax return
[14] how much of your income in 2000 was derived as a
[15] commercial fisherman?
[16]     **A:** The first part of this is my commercial
[17] side from fishing, yes.
[18]     **Q:** What's that number? How much of your
[19] income is as a commercial fisherman?
[20]     **A:** $14,052.
[21]     **Q:** All right. How about for the other years,
[22] for the year 2001 through 2005, I think is what we
[23] have there? Can you tell us what your income was in
[24] each one of those years as a commercial fisherman?
[25]     MR. HEALEY: What year?

Page 221

[1]     **A:** 2001, $13,400; 2002 is $11,400; 2003 is
[2] $17,500; 2004 — this is where it gets tricky.
[3]     **Q:** You were looking at 2004. You were trying
[4] to figure out what your income was for fishing in
[5] 2004. Do you know what that was?
[6]     **A:** This here's combined.
[7]     MR. HEALEY: Can you — it's simple.
[8] Can you tell us — distinguish fishing income from
[9] other income looking at your 2004 return.
[10]     **A:** On this one, no.
[11]     **Q:** I would ask that you please provide your
[12] attorney with that figure, how much of your income for
[13] 2004 was derived from commercial fishing. How about
[14] 2005? Can you look at your income tax return for
[15] 2005, and answer the question how much of your income
[16] in 2005 was from commercial fishing?
[17]     **A:** Same thing; it's combined.
[18]     MR. HEALEY: Same request?
[19]     MR. WEIGEL: Same request for 2005.
[20] Now, Mr. Roderick — let's do this. Let me have all
[21] these, and I am going to ask the court reporter to
[22] take a moment, and mark the income tax returns for
[23] Mr. Roderick for the years 2000 through 2005, 39, 40,
[24] 41, 42, 43 and 44.
[25]     (Defendant's Exhibits 39 through 44,

Page 222

[1] marked for identification.)

[2] (Whereupon, there was a brief

[3] recess.)

[4] **Q:** Mr. Roderick, you just left the room to

[5] consult with your attorney outside?

[6] **A:** Uh-huh.

[7] **Q:** Can I ask you what you just discussed,

[8] please?

[9] **MR. HEALEY:** I don't think you can

[10] ask him. He spoke to Mr. Stevens. He didn't speak to

[11] me and maybe these people — if it was something —

[12] but that's his attorney, too. You know, you can't ask

[13] him —

[14] **MR. WEIGEL:** Actually, he's under

[15] oath being questioned. While he's under oath being

[16] questioned he's either — anything he talks to his

[17] attorney about, whether it's in the room or outside

[18] the room, is liable to discovery.

[19] **MR. HEALEY:** No, no, that's not

[20] correct. I don't know if they have anything or I

[21] don't know if they say anything, but I know no more

[22] than you on what took place.

[23] **MR. WEIGEL:** I understand that.

[24] **MR. HEALEY:** But I cannot tell

[25] somebody, these two people. I can't tell somebody

Page 223

[1] that you have no privilege. You know that. You're

[2] putting me in a spot. I can't do anything like that.

[3] I do not believe the privilege in talking to his

[4] attorney is waived, and you're putting me in a

[5] difficult spot that I should act on behalf of these

[6] two. I can't do — I cannot allow that and maybe talk

[7] to Mr. Stevens.

[8] **MR. WEIGEL:** I'm asking the witness.

[9] I'm not asking Mr. Stevens. I'm asking the witness.

[10] If Mr. Stevens has an objection, he can put it on the

[11] record, but I'm asking the witness what you just

[12] discussed with your attorney while you were under

[13] oath.

[14] **MR. STEVENS:** I would put an

[15] objection on the record, attorney/client privilege.

[16] **MR. WEIGEL:** Okay. Well, then I'm

[17] going to ask you seek a protective order otherwise I'm

[18] going to ask that he — otherwise I'm going to insist

[19] he answers that question.

[20] **MR. HEALEY:** That's all right. I

[21] think the thing to do is if you want to complete your

[22] deposition, and reserve your rights on that point.

[23] **Q:** Okay. Mr. Roderick, had you ever been

[24] scalloping with Mr. Stepski?

[25] **A:** Never had the chance to.

Page 224

[1] **Q:** Have you ever been scalloping with anybody

[2] else?

[3] **A:** No.

[4] **Q:** I'm going to show you a document, which

[5] we've marked as Exhibit 37, and ask if you've seen a

[6] copy of that document before.

[7] **A:** As of what — what yearly income was end

[8] of the year?

[9] **MR. HEALEY:** Listen to the question.

[10] **Q:** I'm asking you have you ever seen a copy

[11] of that document before?

[12] **A:** Yes. She discussed it with me.

[13] **Q:** Who is she?

[14] **A:** Kirsten.

[15] **Q:** And when did Kirsten show you a copy of

[16] this document?

[17] **A:** A while ago.

[18] **Q:** Do you recall specifically when she showed

[19] you a copy of the document?

[20] **A:** A year, 2 years ago.

[21] **Q:** What did she discuss with you when she

[22] showed you this document?

[23] **A:** This is what Mike was planning on doing.

[24] At the time I was just monking with him.

[25] **Q:** You were monkeying with him?

Page 225

[1] **A:** Monking. He was going to have me as a

[2] full-time crew.

[3] **Q:** And so, again, when Kirsten showed you

[4] this document, did she tell you what the purpose of

[5] this document was?

[6] **A:** Just projected lost income.

[7] **Q:** It was projected lost income for — why

[8] was she projecting lost income?

[9] **A:** We were — we were actually all asked to

[10] figure out how much we could have made being with

[11] prices where they were.

[12] **Q:** For what period of time did you understand

[13] you were being asked to indicate what you could have

[14] made?

[15] **A:** As far as?

[16] **Q:** What period of time did you understand

[17] this projected lost income statement was prepared for?

[18] **A:** In case.

[19] **Q:** In case of what?

[20] **A:** Questions or whatever.

[21] **Q:** I don't understand what you mean by

[22] questions.

[23] **A:** Same as a business plan; what do you plan

[24] on doing.

[25] **Q:** So, again, what period of time — I mean,

Page 226

[1] was this lost income of $52,264, which it states at
[2] the bottom of this, was this lost income for starting
[3] from when and ending when?
[4]  A: It was projected for a year.
[5]  Q: Do you know what the start date and end
[6] date of that year period was?
[7]  A: Probably the same as the tax season, which
[8] is what January to the following year, for a year.
[9]  Q: And for what year?
[10]  A: It would be '03.
[11]  Q: So you believe this is the projected lost
[12] income statement, income that you lost in the year
[13] 2003, is that your testimony?
[14]  A: Working for Mike, yes.
[15]  Q: Why would you have lost income in the year
[16] 2003?
[17]  A: The boat was sunk.
[18]  Q: Wasn't the boat sunk in 2004?
[19]  A: Well, I know it was 3 years ago May, so 3
[20] years ago this is what the projected income was
[21] established, was set at.
[22]  Q: And so you believe — is this projected
[23] lost income? How is this projected lost income
[24] related to the accident?
[25]  A: If the boat wasn't hit or sunk, this is an

Page 227

[1] income that they — if the maximum quotas were met on
[2] all trips, and the prices stayed high, this is money I
[3] could have made.
[4]  Q: After the accident — did you work as a
[5] commercial fisherman after the accident?
[6]  A: With my father, yes.
[7]  Q: Did you receive an income when you were
[8] working for your father?
[9]  A: Yes.
[10]  Q: And how much income did you receive from
[11] your father in the period of time after the accident
[12] say to the end of the year 2004?
[13]  A: Off the top of my head I don't know. I
[14] was paid per day.
[15]  Q: Were you paid the same amount per day or
[16] did it depend on the catch?
[17]  A: Days we did really good, I would make a
[18] little more; days I didn't do good, I made minimum.
[19]  Q: What was the minimum?
[20]  A: $100.
[21]  Q: So your father paid you $100 per day for
[22] the days you went out?
[23]  A: Yes.
[24]  Q: When did you start working for your father
[25] after the accident, how soon after the accident?

Page 228

[1]  A: The following weekend. I got dragged.
[2]  Q: How often did you go out fishing with your
[3] father?
[4]  MR. HEALEY: This has all been
[5] covered.
[6]  MR. WEIGEL: This is going to be —
[7] I'm just trying to get some idea of the total income.
[8]  MR. HEALEY: All right. But you do
[9] agree with me.
[10]  Q: As I say, with Kirsten there may be a
[11] little overlap, but we're asking these questions in
[12] conjunction with the loss of income, so I'm trying to
[13] understand how many times you went out with your
[14] father, and how many times you got paid say, you know
[15]
[16]  A: My father was willing to work with me
[17] fishing with Mike, so if I was to go fishing with
[18] Mike, he would say, okay, no problem. My father
[19] typically fishes 4 days a week and that's it.
[20]  Q: So you started say the end of May sometime
[21] working for your father, and you may have gone out
[22] four times a week with him unless you were going out
[23] with Mike?
[24]  A: Yeah.
[25]  Q: During that summer did you go out with

Page 229

[1] Mike fishing? Did you go out fishing with Mike?
[2]  A: Would I have?
[3]  Q: Did you go out fishing with Mike that
[4] summer in 2004 after the accident.
[5]  A: A year later, yeah.
[6]  Q: In the summer of 2004 in July and August
[7] of 2004 did you fish with Mike Stepski?
[8]  A: I didn't go fishing with him until a year
[9] later again.
[10]  Q: So you didn't fish with him until 2005?
[11]  A: Yeah.
[12]  Q: So the only income you had as a fisherman
[13] during the remainder of 2004 after the accident was
[14] working for your father?
[15]  A: Yes.
[16]  Q: And your father went four times a week,
[17] and you got as a minimum $100 for each trip?
[18]  A: Yes.
[19]  Q: And you started approximately the last
[20] week in May, and did you do it four times a week for
[21] the rest of the week or did you stop at some point
[22] during the year?
[23]  A: We fished right up til January.
[24]  Q: So the whole rest of the year?
[25]  A: Weather permitting.

Page 230

[1] Q: Weather permitting. How many times do you
[2] think on a weekly basis would you not do those four
[3] times a week? I mean, how many weeks in that
[4] remainder of the year would you not do four times a
[5] week?
[6] A: Days Mike would call.
[7] Q: Well, you weren't fishing with Mike that
[8] year.
[9] A: Yeah.
[10] Q: You were fishing with your father, right?
[11] A: Yeah.
[12] Q: And you said your father would go, weather
[13] permitting, —
[14] A: Yes.
[15] Q: — on average four times a week?
[16] A: I would say four times.
[17] Q: Were there weeks when you didn't go four
[18] times a week, because the weather was too bad?
[19] A: No. We would go a different day my father
[20] wishes, Friday to Monday; and if weather was bad on
[21] Monday, we would fish Tuesday.
[22] Q: So you always go four times a week; it
[23] just wouldn't be the same four days?
[24] A: Yes.
[25] Q: So you were making as a minimum $400 a

Page 231

[1] week for the remainder of the year for the week after
[2] the accident until December 31?
[3] A: Yeah.
[4] Q: Can we talk to you outside?
[5] MR. HEALEY: Surely.
[6] (Whereupon, there was a brief
[7] recess.)
[8] MR. HEALEY: We're all done. I have
[9] to go down, talk to these fellows.
[10] MR. WEIGEL: He has more questions
[11] but I don't.
[12] MR. HEALEY: If you've got a couple
[13] more —
[14] Q: We should mention on the record that
[15] Mr. Roderick was in an automobile accident this
[16] afternoon, and is a little shaken up so ...
[17] A: Horrible.
[18] Q: What's horrible? You're horribly shaken
[19] up.
[20] MR. HEALEY: So everybody
[21] understands so ... Geal, I know it's hard, but try to
[22] relax. These people are trying to make it as easy for
[23] you as they can, all right?
[24] A: All right.
[25]                    CROSS-EXAMINATION

Page 232

[1]                    BY MR. UNGER:
[2] Q: I'm going to try and take your mind off
[3] what happened out in the parking lot by asking you
[4] some questions, okay? As Attorney Healey said, I'm
[5] not trying to trick you. If you don't understand my
[6] questions, just let me know, okay? I'm just trying to
[7] fill in some blanks in terms of my knowledge as to
[8] what happened in connection with the sinking. Last
[9] time we got together back in November of last year I
[10] had asked you a few questions about Dr. Small. I want
[11] to get into it a little bit more about what went on
[12] with Dr. Small, all right?
[13] A: Okay.
[14] Q: You told me last time you saw her maybe 6
[15] to 12 times, and I'm just going to ask you a little
[16] bit more about what happened during those visits,
[17] okay?
[18] A: Okay.
[19] Q: According to Dr. Small's notes you first
[20] met with her on July 19, 2004?
[21] A: Okay.
[22] Q: Do you remember meeting with her the first
[23] time?
[24] A: Do I remember going to see her? Yes, I
[25] remember talking to her.

Page 233

[1] Q: You met her in her office?
[2] A: Yeah, down in the East Lyme area.
[3] MR. HEALEY: Yes, just ...
[4] Q: Did you tell her what happened on May 22?
[5] A: Yes.
[6] Q: And she was already treating Michael
[7] before you became a patient, correct?
[8] A: I believe so. I'm not sure.
[9] Q: In addition to telling her about the
[10] accident, did you tell her about the other things that
[11] were going on in your life?
[12] A: Between me and the ex-girlfriend, yes.
[13] Q: Off the record.
[14] (Whereupon, there was a discussion
[15] off the record.)
[16] Q: So you talked about the ex-girlfriend.
[17] You talk about anything else?
[18] A: We talked about a little bit about the
[19] accident and reactions, and the comments at that point
[20] in time. She was my girlfriend, how she was talking
[21] and not dealing with it, how her reactions were, and
[22] how it was affecting us in regards to, you know,
[23] what's happened pretty much since the accident.
[24] Q: And this is Ms. Green we are talking
[25] about?

Page 234

[1] A: Yeah.

[2] MR. HEALEY: Just answer; no smart

[3] stuff I've told you, you understand? It's too

[4] serious. The relationship between you — come on. I

[5] mean, if you can't answer it, don't. If you can't

[6] answer it, honestly, but don't try to sass it off. It

[7] doesn't do you any good.

[8] A: Yes.

[9] Q: What specifically did you talk to or did

[10] you tell Dr. Small in terms of your relationship with

[11] Ms. Green?

[12] A: Since the accident it's pretty much the

[13] relationship starting to go downhill. Anytime we

[14] would all get together or anything, she would get all

[15] upset if it was me, and Mike would sit there, make

[16] small talk about it.

[17] Q: Well, specifically I want to concentrate

[18] on the first visit that you had with Dr. Small, okay?

[19] Did you tell her that on the first visit?

[20] A: Didn't tell her on the first visit.

[21] Q: Okay. What did you tell Dr. Small on the

[22] first visit about your relationship with Ms. Green?

[23] A: First relationship — first one is never

[24] really come up. It was more of what happened with the

[25] accident.

Page 235

[1] Q: What did you specifically tell Dr. Small

[2] about the accident?

[3] A: Basically the events, what had happened,

[4] the aftermath, what we were doing, you know, what

[5] happened after we had gotten hit.

[6] Q: On that first visit with Dr. Small did she

[7] suggest to you that she believed you had posttraumatic

[8] stress disorder?

[9] A: She hadn't said anything.

[10] Q: She wanted to see you again?

[11] A: Yes.

[12] Q: And she wanted you to come back for weekly

[13] visits?

[14] A: Yes.

[15] Q: Did she tell you what she intended to do

[16] during those weekly visits?

[17] A: No.

[18] Q: Did you tell her on that first visit that

[19] you were having trouble sleeping?

[20] A: Honestly, not that I recall.

[21] Q: Did you tell her that you were having bad

[22] dreams or nightmares?

[23] A: Did I tell her? I don't know, to be

[24] honest with you.

[25] Q: Did you tell her that you were having

Page 236

[1] thoughts about the accident on a frequent basis?

[2] A: That, yes.

[3] Q: How frequently were you having those

[4] thoughts?

[5] A: At that point in time and even now if I

[6] space off.

[7] Q: What do you mean by you space off?

[8] A: Daydream; basically sit there; you just

[9] stair off into space at times.

[10] Q: How often does that happen to you?

[11] A: Now? Not often.

[12] Q: In the first month after the accident how

[13] often?

[14] A: Anytime I stopped doing something.

[15] Q: So if you were busy, you wouldn't think

[16] about it, but if you weren't busy, you thought about

[17] it sometimes?

[18] A: Yeah.

[19] Q: When you say that you don't have these

[20] spacing off moments very frequently now, how often do

[21] you have them in terms of daily, weekly, monthly? How

[22] can you best describe it?

[23] A: Honestly, usually toward the end of the

[24] day.

[25] Q: On a daily basis?

Page 237

[1] A: Sometimes, yes, sometimes, no.

[2] Q: Once or twice a week? More often?

[3] A: Sometimes three or more.

[4] MR. HEALEY: You have covered this.

[5] No, no, you have, but I think part of it was — it's

[6] not exact, Mike.

[7] MR. UNGER: I understand.

[8] MR. HEALEY: Okay, okay.

[9] Q: These space out moments that you have less

[10] frequent now than they were after the accident; is

[11] that a fair statement?

[12] A: Sometimes, yes, sometimes, no.

[13] Q: Did you tell Dr. Small on that first visit

[14] that you had gone back to fishing with your father?

[15] A: I don't believe so.

[16] Q: Did you discuss with Dr. Small the types

[17] of things that trigger you to have memories of the

[18] accident?

[19] A: Not that I recall, in all honesty.

[20] Q: What types of things do trigger you to

[21] have memories of the accident?

[22] A: Alarm; big thing is the fog. Other than

[23] that, discussing about it in detail.

[24] Q: So when you would meet with the attorneys

[25] or you would meet with Mike and Kirsten socially, and

Page 238

[1] the topic would come up, you would think about it more

[2] following those discussions?

[3]   A: Yeah. The worst one was after we met in

[4] New York.

[5]   Q: Your deposition in November?

[6]   A: Yes.

[7]   Q: We'll get to that. Have you been out

[8] fishing in the fog?

[9]   A: Yeah.

[10]   Q: Did you have problems because of the fog?

[11]   A: I didn't notice it, but I got smacked

[12] upside the back of the head, so probably, yes.

[13]   Q: By your father?

[14]   A: Yes.

[15]   Q: And why was that?

[16]   A: I don't know, to be honest with you.

[17]   Q: Do you continue to fish with your father?

[18]   A: Yeah.

[19]   Q: Still four times a week?

[20]   A: We're starting in about another week and a

[21] half. We fish like April, beginning to end of April

[22] right down to the first of the New Year.

[23]   Q: So you have an Allied Snow Plowing

[24] sweatshirt on?

[25]   A: Yes.

Page 239

[1]   Q: You work for Allied?

[2]   A: In the wintertime, yes, and I work

[3] part-time in the summer.

[4]   Q: For Allied as well?

[5]   A: Yes.

[6]   Q: What does Allied Snow Plowing do in the

[7] summer?

[8]   A: I actually work on heavy equipment.

[9]   Q: Repairing the equipment?

[10]   A: Repairing; jack of all trades, master of

[11] none.

[12]   Q: Your son was born only a short time after

[13] the accident, correct?

[14]   A: Yes.

[15]   Q: And Ms. Green, refresh my recollection,

[16] was she living with you at the time?

[17]   A: At that point in time, no.

[18]   Q: She's divorced, correct?

[19]   A: Yes.

[20]   Q: At that time was she divorced?

[21]   A: Yes.

[22]   Q: But there was still an element of the

[23] ex-husband being involved?

[24]   A: Yes.

[25]   Q: And does that create a lot of stress for

Page 240

[1] you and her?

[2]   A: A lot of it. Then it was a little bit of

[3] stress, but now it's not even him.

[4]   Q: Most of the problems in your relationship

[5] you attribute to Ms. Green?

[6]   A: Yeah.

[7]   Q: Is she still living with you?

[8]   A: Unfortunately, yes.

[9]   Q: And the child —

[10]   MR. HEALEY: Just answer yes or no.

[11] I understand your feelings, but I've told you, right?

[12] You don't have to put your feelings out there now on

[13] those things.

[14]   MR. UNGER: You can slip her under

[15] the bus later.

[16]   MR. HEALEY: There's a time and

[17] place for everything. Are you all right? Relax.

[18] Come on, let's not dig it too deep.

[19]   Q: I'm trying not to, but is any part of your    --

[20] downfall in your relationship with Ms. Green

[21] attributable to the accident involving the Ava Claire?

[22]   A: Back at that point in time, and still to

[23] today a big part of it is the accident.

[24]   Q: What about the accident has affected your

[25] relationship with Ms. Green?

Page 241

[1]   A: In all honesty I couldn't tell you. If I

[2] ask her, she won't tell me.

[3]   Q: Before the accident were you two fighting?

[4]   A: Here and there, yes.

[5]   Q: What were the fights about?

[6]   A: Needing to take care of my

[7] responsibilities.

[8]   Q: Meaning what?

[9]   A: My son.

[10]   Q: Your son was born after the —

[11]   A: Well, helping her getting stuff.

[12]   Q: Preparing for the baby to come?

[13]   A: Pretty much, in a nutshell.

[14]   Q: Both physically helping to get ready or

[15] financial, both?

[16]   A: The financial wasn't a problem. We

[17] weren't as close as we were in the beginning of her

[18] pregnancy.

[19]   Q: What do you attribute the fact that you

[20] were not as close as she was nearing the end of her

[21] pregnancy as at the beginning?

[22]   A: She had just gotten divorced, you know,

[23] like 2 weeks before and —

[24]   Q: 2 weeks before what?

[25]   A: She found out she was pregnant so ...

Page 242

[1] Q: Anything else?

[2] A: It was a little shocker then.

[3] Q: Anything else that you attribute the

[4] downfall in your relationship between the start of her

[5] pregnancy, and toward the end of her pregnancy?

[6] A: Occasional fights up until it simmered

[7] down, you know, simmered down. In May, beginning of

[8] May we were getting along real good. It was getting

[9] better. We were getting along then. Afterwards it

[10] was going downhill again.

[11] Q: After the baby was born?

[12] A: After the accident.

[13] Q: And she's never expressed to you what had

[14] changed in terms of your relationship or demeanor or

[15] feelings toward her or however you want to describe

[16] it?

[17] A: She did express one thing.

[18] Q: What was that?

[19] A: Pardon my French, I was an asshole.

[20] Q: What was that all about?

[21] A: She wouldn't say. She would just call me

[22] that, and leave it at that.

[23] Q: When did that take place?

[24] A: A little while after the accident.

[25] Q: Before the baby was born or after?

Page 243

[1] A: Before.

[2] Q: And after your son was born did your

[3] relationship continue to stay the same or did it

[4] change in some way?

[5] A: It was okay considering the circumstances.

[6] Q: The circumstances being?

[7] A: She still lived with her ex-husband.

[8] Q: When did she move in with you?

[9] A: He went to sea sometime in November. At

[10] that point in time we started staying together.

[11] Q: Is he a Merchant Marine?

[12] A: Navy.

[13] Q: In 2004, in the summer of 2004 after the

[14] accident did you attend the blessing of the fleet?

[15] A: Yes.

[16] Q: Is that something that you've gone to

[17] every year?

[18] A: 31 years.

[19] Q: And was there any adverse reaction to that

[20] on your behalf?

[21] A: It felt weird.

[22] Q: In what way?

[23] A: Different.

[24] Q: In what way?

[25] A: All my family was there. A lot of us

Page 244

[1] are — you know, a lot of my family is originally from

[2] Stonington so I was actually around a lot of family

[3] members. They were asking about it.

[4] Q: Asking about the accident?

[5] A: Asking about the accident.

[6] Q: Was it typical for the family members to

[7] attend the blessing of the fleet?

[8] A: Yeah.

[9] Q: Family tradition?

[10] A: Yes.

[11] Q: And did the fact that they were asking you

[12] about the accident cause you any difficulty?

[13] A: It bothered me, yes.

[14] Q: In what way?

[15] A: Crawl under a rock and stay there the rest

[16] of the day, be left alone.

[17] Q: You didn't want to discuss the accident in

[18] other words; is that fair?

[19] A: Yeah.

[20] Q: I'm not trying to put words in your mouth.

[21] MR. HEALEY: He said yes so move on.

[22] MR. WEIGEL: Have you been —

[23] MR. HEALEY: He's quite

[24] uncomfortable now, the record might show. The man is

[25] in pain. I would ask you don't repeat. If you can,

Page 245

[1] go on. There's a concern here.

[2] MR. UNGER: I don't think I am

[3] repeating anything, Tom.

[4] MR. HEALEY: Probably. I'm becoming

[5] concerned. Excuse me for saying that.

[6] Q: Have you attended the blessing of the

[7] fleet in 2005 and 2006?

[8] A: Yeah.

[9] Q: Did it get any better for you?

[10] A: Yeah, it's — my son — because my son was

[11] with me. Last year and the year before it was just,

[12] you know, she would go, I would go to the blessing

[13] with my son and my parents and ...

[14] Q: Have you done any kind of couples

[15] counseling with Ms. Green?

[16] A: We've actually just started.

[17] Q: Who are you seeing?

[18] A: The guy over on 184 in Mystic, in Groton.

[19] Q: What's his name?

[20] A: I don't even know. It's Shoreline

[21] Counseling.

[22] Q: How many visits have you had with them?

[23] A: Last week was the first week, and I'm

[24] supposed to be there at 4 today.

[25] Q: Oops.

Page 246

[1] MR. HEALEY: How long does it take
[2] you to get there?
[3] A: Depends, but I told him I had to meet with
[4] the attorneys today so he said okay.
[5] MR. HEALEY: Can you get over there
[6] a little later or you're not going?
[7] A: Let's finish this up.
[8] MR. HEALEY: We'll finish it and
[9] then go.
[10] Q: Are you to go with Ms. Green or do you see
[11] someone individually?
[12] A: We together; court ordered.
[13] Q: Court ordered, okay. Tell me how that
[14] came about.
[15] A: Well, I'm actually going after custody of
[16] my son, and we had met with Attorney Page earlier this
[17] year.
[18] Q: What is the grounds for attempting to
[19] obtain custody of your son?
[20] A: The matter I really would not like to
[21] discuss.
[22] Q: Well, I'll leave it for now, but ...Are
[23] you seeing any other mental health professionals?
[24] A: No.
[25] Q: Have you seen Dr. Small since your

Page 247

[1] deposition in November?
[2] A: Since the deposition I saw her a couple
[3] times.
[4] Q: Why was that?
[5] A: To try to figure out what was going on
[6] with how I felt and everything.
[7] Q: Did participating in the deposition cause
[8] you to have any change in your mental outlook?
[9] A: Elaborate.
[10] Q: Did it cause any problems?
[11] A: That night it was just like a continuous
[12] play of what happened that day after the deposition.
[13] Q: The day of the accident?
[14] A: Yeah.
[15] Q: Okay. And was it your decision to go back
[16] to Dr. Small?
[17] A: That and recommended.
[18] Q: By whom?
[19] A: Attorney Stevens.
[20] Q: Have you seen anybody else?
[21] A: Not since Small.
[22] Q: And you saw Dr. Small twice in November of
[23] 2006?
[24] A: Yes.
[25] Q: Have you seen her since?

Page 248

[1] A: No, not yet.
[2] Q: Do you have an appointment with her?
[3] A: Looking probably to reschedule, yes.
[4] Q: Have you had other appointments with her
[5] after November of 2006, which you did not keep?
[6] A: I got down there twice and made a third
[7] appointment. I ended up getting screwed up. I had to
[8] go pick up my son.
[9] Q: Did the visits with Dr. Small help you?
[10] A: A little bit, yes.
[11] Q: How did they help?
[12] A: Figure out exactly why it's bother — I'm
[13] trying to figure out why it's bothering me.
[14] Q: What is mainly bothering you?
[15] A: The fact at that point it just was
[16] continuously doing a replay.
[17] Q: Replay having been brought on, in your
[18] estimation, by having undergone the deposition, and
[19] meeting with the attorneys in preparation for the _
[20] deposition?
[21] A: Just after the deposition why did it all
[22] of — for awhile there it was, you know, very far and
[23] few between. Then affidavit, I believe the November 9
[24] meeting, that night it just went into continuous
[25] replay.

Page 249

[1] Q: You had met with the attorneys, Attorney
[2] Stevens, Attorney Healey, and Attorney Gargan on a
[3] number of occasions before your deposition in
[4] November, correct?
[5] A: Throughout that time frame, yeah.
[6] Q: Well, since shortly after the accident up
[7] until November of 2006 there were maybe half a dozen
[8] meetings or so, correct?
[9] A: Uh-huh.
[10] Q: And in those meetings you had discussed
[11] the details of the accident with the attorneys,
[12] correct?
[13] A: We would discuss them, yes.
[14] Q: And Michael was there and sometimes Ben
[15] was there and Kirsten was there?
[16] A: Yes.
[17] Q: Did you have any difficulties similar to
[18] what you experienced after the deposition following
[19] any of the meetings with your counsel?
[20] A: Not that bad.
[21] Q: But is it your testimony that you did have
[22] problems that you attribute to having met with the
[23] attorneys, and the other plaintiffs in this case, and
[24] discussing the accident?
[25] A: I get the chills, you know, get that quick

Page 250

[1] chill. It would be like another one, but nothing as
[2] severe what happened in November.
[3]     Q: Well, following any of the meetings with
[4] any of the attorneys did you have episodes of
[5] flashbacks or memories of the accident?
[6]     A: Not nearly as bad.
[7]     Q: When you say not nearly as bad, that
[8] indicates to me that you did have episodes of
[9] flashbacks or recollections of the accident; is that
[10] correct?
[11]     A: Yes.
[12]     Q: You have to answer verbally.
[13]     A: Yes.
[14]     Q: And is it because you were meeting with
[15] myself and Attorney Weigel and Attorney Singleton that
[16] you believe that you had more severe recollections of
[17] the accident, and more difficulty than when meeting
[18] with your attorneys?
[19]     A: Getting questioned about it all day, yeah.
[20]     Q: Was there anything going on in your
[21] personal life involving Ms. Green on or about the time
[22] of the deposition in terms of seeking custody or
[23] fights or anything along those lines?
[24]     A: We really weren't speaking at that point
[25] in time.

Page 251

[1]     Q: How long did that last?
[2]     A: We were still just social and that's it or
[3] civil to each other.
[4]     Q: When you met with Dr. Small following the
[5] deposition in November, did you also discuss with her
[6] your personal life in terms of your relationship?
[7]     MR. HEALEY: Did he leave with her?
[8] I mean, did he say three times he — I don't know that
[9] he met with her.
[10]     MR. UNGER: He met with her twice.
[11]     MR. HEALEY: Did he?
[12]     Q: Correct. You met with Dr. Small twice
[13] following the deposition?
[14]     A: Yes.
[15]     Q: On either of those occasions that you met
[16] with her did you discuss your personal situation with
[17] Ms. Green and your son?
[18]     A: We may have gone over it briefly; not to
[19] an extent.
[20]     Q: What was the bulk of the conversation that
[21] you had with Dr. Small on those visits in November of
[22] 2006?
[23]     A: About the deposition, what had gone on.
[24]     Q: And that was true for both visits or just
[25] one visit, and the second visit you discussed

Page 252

[1] something else?
[2]     A: That I don't know. Can we —
[3]     Q: You want to take a minute?
[4]     A: Can we stop recording for a minute?
[5]     Q: Sure.
[6]     (Whereupon, there was a brief
[7] recess.)
[8]     Q: In terms of your recent November visits
[9] with Dr. Small, is there anything else besides the
[10] deposition and your personal situation with Ms. Green
[11] that you discussed?
[12]     A: I lost my train of thought there for a
[13] second.
[14]     MR. HEALEY: You need the question
[15] again?
[16]     A: Please.
[17]     (Whereupon, the question was
[18] read back.)
[19]     A: In the December visits, well, the November
[20] meetings was, as far as the discussion was on the
[21] deposition, what was discussed. She asked if it had
[22] gone into detail, and how it affected Ms. Green and
[23] myself, which at that point was kind of a dead issue,
[24] so to speak.
[25]     Q: I'm not sure I follow. What do you mean

Page 253

[1] by that, it was a dead issue?
[2]     A: Mine and Ms. Green. The situation between
[3] me and Ms. Green was at like a standstill. It was
[4] nothing. We weren't really talking at that point.
[5]     Q: Do you consider your relationship with Ms.
[6] Green to be at an end now?
[7]     A: Yes.
[8]     Q: Is she still living with you?
[9]     A: For now.
[10]     Q: Arrangements are being made for her to
[11] live somewhere else?
[12]     A: Yes. Well, that's kind of one of those
[13] trick questions.
[14]     Q: I don't mean it to be a trick question.
[15]     A: Technically I'm not supposed to know about
[16] any of it.
[17]     Q: But the long and short of it is in the
[18] near future she will not be cohabitating with you?
[19]     A: She wants to move out and leave.
[20]     Q: Fair enough. Is there anything else that
[21] was discussed with Dr. Small in those November visits
[22] that we haven't talked about?
[23]     A: Not that I recall other than probably
[24] discussing or talking about my son.
[25]     Q: In terms of the discussions about your

Page 254

[1] son, did they have anything to do with the accident
[2] and its effect on you?
[3]    A: Not that I recall.
[4]    Q: Do you have insurance now that pays for
[5] your sessions with Dr. Small?
[6]    A: I did find that out for you; yes. You had
[7] asked that in November.
[8]    Q: And what is that health insurance?
[9]    A: It's HealthNet.
[10]   Q: And Dr. Small accepted payment by
[11] HealthNet for the November visits?
[12]   A: Yes.
[13]   Q: And presumably she would accept HealthNet
[14] payment for future visits?
[15]   A: Yeah.
[16]   Q: Had you — prior to the accident had you
[17] ever seen a psychologist, psychiatrist or mental
[18] health professional of any sort for treatment?
[19]   A: A guidance counselor in school.
[20]   Q: Other than the guidance counselor.
[21]   A: No.
[22]   Q: Did Dr. Small ever give you any kind of
[23] paperwork to fill out?
[24]   A: Not that I recall.
[25]   Q: She ever ask you to do any kinds of tests?

Page 255

[1]    A: No.
[2]    Q: Other than just discussing what was
[3] bothering you, did Dr. Small do anything else for you?
[4]    A: No.
[5]    Q: Did she ever refer you to see anybody
[6] else?
[7]    A: No.
[8]    Q: Are you presently having any difficulty
[9] sleeping?
[10]   A: Some nights, yes.
[11]   Q: How often do you experience difficulty
[12] sleeping?
[13]   A: Right now with what's going on outside of
[14] this, two or three times a week.
[15]   Q: Prior to the accident had you ever had
[16] problems sleeping?
[17]   A: No.
[18]   Q: Shortly after the accident did you have
[19] problems sleeping?
[20]   A: After the accident, yes.
[21]   Q: How frequently after the accident did you
[22] have difficulty?
[23]   A: A couple nights here and there during the
[24] week.
[25]   Q: Same as about now or more frequently, less

Page 256

[1] frequently?
[2]    A: More.
[3]    Q: Did there come a time when your difficulty
[4] in sleeping became less prominent?
[5]    A: Over the course of time it's gotten
[6] better.
[7]    Q: When you had difficulty sleeping, describe
[8] it for me. Do you wake up in the middle of the night?
[9] Do you have trouble going to sleep? Something else?
[10]   A: I'll have trouble, you know, sleeping,
[11] wake up in the middle of the night. I've been told at
[12] times it's like sleeping next to Mike Tyson.
[13]   Q: Has the — other than what you've told us
[14] already, has the accident affected your employment in
[15] any other way?
[16]   A: Can you clarify that?
[17]   Q: Since the accident you've worked as a
[18] fisherman as much as you've worked as a fisherman
[19] prior to the accident, correct?
[20]   A: Can I clarify that?
[21]   Q: Sure.
[22]   A: A couple years ago we had a die-off in the
[23] Sound.
[24]   Q: Lobsters?
[25]   A: Lobsters died and before that point I

Page 257

[1] fished all summer long every single day. Then after
[2] the die-off it slowly dropped out, so that was
[3] September, October. The following year with the way
[4] fishing was you end up spending more money going 7
[5] days. Since the die-off's been coming back — well,
[6] since the lobsters have been coming back it's been
[7] getting better and better.
[8]    Q: Other than what Kirsten developed in terms
[9] of a claimed lost income statement, is that the
[10] totality of what you're saying you've lost as an
[11] economic opportunity due to the accident?
[12]   A: Yes.
[13]   Q: And in terms of your visits with Dr.
[14] Small, have you told us everything that you've
[15] discussed with Dr. Small both in 2004 and in 2006,
[16] November?
[17]   A: Yes.
[18]   Q: Has the accident affected your life in any
[19] other way, which you have not already described for
[20] us?
[21]   A: Might have become a little antisocial.
[22]   Q: Anything else?
[23]   MR. HEALEY: I'll tell you just said
[24] a lot of things. He's not taking those away. You
[25] don't have to come up with something new if it doesn't

Page 258

[1] exist. So you've stated already and answered the
[2] questions as best you know what your problems are,
[3] right?
[4]    Q: That's all I'm looking for.
[5]    A: That's pretty much it.
[6]    MR. HEALEY: Pretty much it, okay.
[7]    Q: When you say you've become antisocial, can
[8] you elaborate on that?
[9]    A: Kind of withdrawn; don't talk to people as
[10] much; not willing to go up to somebody to go, okay,
[11] how are you doing.
[12]    Q: Okay. Before the accident how would you
[13] describe yourself?
[14]    A: You know, I'd go hang out with friends,
[15] relax.
[16]    Q: Is that something you don't do now any
[17] longer?
[18]    A: When I do go out, I usually go out — I
[19] only go with my son.
[20]    Q: What kind of things do you do and your son
[21] do now?
[22]    A: Take him over to the playscape in the
[23] Crystal Mall; let him run around like a chicken with
[24] his head chopped off.
[25]    Q: Sounds like a 2 and a half year old.

Page 259

[1]    A: Last summer I bought this little
[2] tow-behind trailer for a bike. I take him bike riding
[3] with me.
[4]    Q: You ever take him out on the boat?
[5]    A: Yeah.
[6]    Q: On your father's lobster boat?
[7]    A: Yes, and I've also taken him on the
[8] high-speed ferry out of New London.
[9]    Q: Over to Long Island?
[10]    A: Block Island.
[11]    Q: Anything else that you do activity-wise
[12] with him?
[13]    A: Gone to Newport, Battleship Cove. He's
[14] quite the world traveler already.
[15]    (Whereupon, there was a discussion
[16] off the record.)
[17]    Q: Other than what we've already talked about
[18] in response to all the other questions, is there any
[19] other aspect of your life which you attribute a
[20] change, a negative change related to the accident?
[21]    A: Just a lot of flashbacks.
[22]    MR. HEALEY: No, no, you don't have
[23] to repeat. He's saying anything else aside from all --
[24] these things you have related. Isn't that what you're
[25] saying?

Page 260

[1]    MR. UNGER: Yes. I just want to
[2] make sure that we've talked about everything that —
[3]    MR. HEALEY: If it would help you,
[4] we've been listening. I think that you have, in
[5] answer to his questions, testified pretty much to the
[6] extent of the claim that's being made. Now, if you've
[7] got a zinger there, tell us.
[8]    A: No.
[9]    MR. HEALEY: I think you've — that
[10] I think is the claim. I can represent that to you.
[11]    Q: Okay. Well, thank you. I appreciate your
[12] time.
[13]    A: Okay.
[14]    MR. WEIGEL: Thank you.
[15]    (Whereupon, this deposition was
[16] concluded at 4:32.)
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 261

[1]    I, GEAL RODERICK, have read the
[2] foregoing transcript of the testimony given at my
[3] deposition on April 12, 2007, and it is true and
[4] accurate to the best of my knowledge and belief as
[5] originally transcribed and/or with the changes as
[6] noted on the attached Correction Sheet.
[7]
[8]
[9]                     GEAL RODERICK
[10]
[11]
[12]    SUBSCRIBED AND SWORN TO BEFORE ME,
[13] the undersigned authority, on this
[14] the day of , 2007.
[15]
[16]
[17]
[18] My commission expires:
[19]
[20]
[21]
[22]
[23]
[24]
[25]

STEPSKI   v.
THE M/V NORASIA

GEAL RODERICK
April 12, 2007

Page 262

[1]         CERTIFICATE
[2]
[3]   I hereby certify that I am a Notary Public, in
[4]   and for the State of Connecticut, duly commissioned
[5]   and qualified to administer oaths.
[6]   I further certify that the deponent named in
[7]   the foregoing deposition was by me duly sworn and
[8]   thereupon testified as appears in the foregoing
[9]   deposition; that said deposition was taken by me
[10]   stenographically in the presence of counsel and
[11]   reduced to print under my direction, and the foregoing
[12]   is a true and accurate transcript of the testimony.
[13]   I further certify that I am neither of counsel
[14]   nor related to either of the parties to said suit, nor
[15]   am I interested in the outcome of said cause.
[16]   Witness my hand and seal as Notary Public this
[17] _____day of _____,
[18]   2007.
[19]
[20]
[21]         NOTARY PUBLIC
[22]         JACQUELINE McCAULEY
[23]   My Commission Expires:
[24]   MAY/2010
[N25]

**Lawyer's Notes**

STEPSKI v.
THE M/V NORASIA

GEAL RODERICK
April 12, 2007

## $

**$100** 227:20, 21; 229:17
**$11,400** 221:1
**$13,400** 221:1
**$14,052** 220:20
**$17,500** 221:2
**$400** 230:25
**$52,264** 226:1

## 0

**03** 226:10

## 1

**12** 232:15; 261:3
**184** 245:18
**19** 232:20

## 2

**2** 224:20; 241:23, 24; 258:25
**2000** 218:11; 219:6, 10, 14, 18; 220:8, 14; 221:23
**2001** 220:22; 221:1
**2002** 218:25; 221:1
**2003** 221:1; 226:13, 16
**2004** 221:2, 3, 5, 9, 13; 226:18; 227:12; 229:4, 6, 7, 13; 232:20; 243:13, 13; 257:15
**2005** 218:11; 220:22; 221:14, 15, 16, 19, 23; 229:10; 245:7
**2006** 245:7; 247:23; 248:5; 249:7; 251:22; 257:15
**2007** 261:3, 14
**22** 233:4
**289** 218:2

## 3

**3** 226:19, 19
**31** 231:2; 243:18
**37** 224:5
**39** 221:23, 25

## 4

**4** 228:19; 245:24
**40** 221:23
**41** 221:24
**42** 221:24
**43** 221:24
**44** 221:24, 25
**4:32** 260:16

## 6

**6** 232:14

## 7

**7** 257:4

## 9

**9** 248:23

## A

**accept** 254:13
**accepted** 254:10
**accident** 226:24; 227:4, 5, 11, 25, 25; 229:4, 13; 231:2, 15; 233:10, 19, 23; 234:12, 25; 235:2; 236:1, 12; 237:10, 18, 21; 239:13; 240:21, 23, 24; 241:3; 242:12, 24; 243:14; 244:4, 5, 12, 17; 247:13; 249:6, 11, 24; 250:5, 9, 17; 254:1, 16; 255:15, 18, 20, 21; 256:14, 17, 19; 257:11, 18; 258:12; 259:20
**According** 232:19
**accurate** 261:4
**act** 223:5
**activity-wise** 259:11
**actual** 219:20
**Actually** 222:14; 225:9; 239:8; 244:2; 245:16; 246:15
**addition** 233:9
**adverse** 243:19
**affected** 240:24; 252:22; 256:14; 257:18
**affecting** 233:22
**affidavit** 248:23
**aftermath** 235:4
**afternoon** 231:16
**Afterwards** 242:9
**again** 225:3, 25; 229:9; 235:10; 242:10; 252:15
**ago** 224:17, 20; 226:19, 20; 256:22
**agree** 228:9
**Alarm** 237:22
**Allied** 238:23; 239:1, 4, 6
**allow** 223:6
**alone** 244:16
**along** 242:8, 9; 250:23
**always** 230:22
**amount** 227:15
**and/or** 261:5
**answered** 258:1
**antisocial** 257:21; 258:7
**appointment** 248:2, 7

**appointments** 248:4
**appreciate** 260:11
**approximately** 229:19
**April** 238:21, 21; 261:3
**area** 233:2
**around** 244:2; 258:23
**Arrangements** 253:10
**aside** 259:23
**aspect** 259:19
**asshole** 242:19
**attached** 261:6
**attempting** 246:18
**attend** 243:14; 244:7
**attended** 245:6
**attorney** 221:12; 222:5, 12, 17; 223:4, 12; 232:4; 246:16; 247:19; 249:1, 2, 2; 250:15, 15
**attorney/client** 223:15
**attorneys** 237:24; 246:4; 248:19; 249:1, 11, 23; 250:4, 18
**attributable** 240:21
**attribute** 240:5; 241:19; 242:3; 249:22; 259:19
**August** 229:6
**authority** 261:13
**automobile** 231:15
**Ava** 240:21
**average** 230:15
**away** 257:24
**awhile** 248:22

## B

**baby** 241:12; 242:11, 25
**back** 232:9; 235:12; 237:14; 238:12; 240:22; 247:15; 252:18; 257:5, 6
**bad** 230:18, 20; 235:21; 249:20; 250:6, 7
**Basically** 235:3; 236:8
**basis** 230:2; 236:1, 25
**Battleship** 259:13
**became** 233:7; 256:4
**become** 257:21; 258:7
**becoming** 245:4
**beginning** 238:21; 241:17, 21; 242:7
**behalf** 223:5; 243:20
**belief** 261:4
**Ben** 249:14
**besides** 242:9
**best** 236:22; 258:2; 261:4
**better** 242:9; 245:9; 256:6; 257:7, 7
**big** 237:22; 240:23
**bike** 259:2, 2
**bit** 232:11, 16; 233:18; 240:2; 248:10
**blanks** 232:7
**blessing** 243:14; 244:7;

245:6, 12
**Block** 259:10
**boat** 226:17, 18, 25; 259:4, 6
**born** 239:12; 241:10; 242:11, 25; 243:2
**both** 219:2; 241:14, 15; 251:24; 257:15
**bother** 248:12
**bothered** 244:13
**bothering** 248:13, 14; 255:3
**bottom** 226:2
**bought** 259:1
**brief** 222:2; 231:6; 252:6
**briefly** 251:18
**brought** 248:17
**bulk** 251:20
**bundled** 218:13
**bus** 240:15
**business** 225:23
**busy** 236:15, 16

## C

**call** 230:6; 242:21
**called** 218:3
**came** 246:14
**can** 219:13, 17; 220:7, 11, 13, 23; 221:7, 8, 14; 222:7, 9; 223:10; 231:4, 23; 236:22; 240:14; 244:25; 246:5; 252:2, 4; 256:16, 20; 258:7; 260:10
**care** 241:6
**case** 235:18, 19; 249:23
**catch** 227:16
**cause** 244:12; 247:7, 10
**chance** 223:25
**change** 243:4; 247:8; 259:20, 20
**changed** 242:14
**changes** 261:5
**chicken** 258:23
**child** 240:9
**chill** 250:1
**chills** 249:25
**chopped** 258:24
**circumstances** 243:5, 6
**civil** 251:3
**claim** 226:6, 10
**claimed** 257:9
**Claire** 240:21
**clarify** 256:16, 20
**close** 241:17, 20
**cohabitating** 253:18
**combined** 221:6, 17
**coming** 257:5, 6
**comments** 233:19
**commercial** 218:15, 17, 19, 21, 22; 219:1, 6, 9, 15, 19, 24; 220:10, 15, 16, 19,

24; 221:13, 16; 227:5
**commission** 261:18
**complete** 223:21
**concentrate** 234:17
**concern** 245:1
**concerned** 245:5
**concluded** 260:16
**conjunction** 228:12
**Connecticut** 218:2, 5
**connection** 232:8
**consider** 253:5
**considering** 243:5
**consult** 222:5
**continue** 238:17; 243:3
**continuous** 247:11; 248:24
**continuously** 248:16
**conversation** 251:20
**copy** 224:6, 10, 15, 19
**Correction** 261:6
**counsel** 249:19
**counseling** 245:15, 21
**counselor** 254:19, 20
**couple** 231:12, 247:2; 255:23; 256:22
**couples** 245:14
**course** 256:5
**court** 221:21; 246:12, 13
**Cove** 259:13
**covered** 228:5; 237:4
**Crawl** 234:15
**create** 239:25
**crew** 225:2
**CROSS-EXAMINATION** 231:25
**Crystal** 258:23
**custody** 246:15, 19; 250:22

## D

**daily** 236:21, 25
**date** 226:5, 6
**day** 227:14, 15, 21; 230:19; 236:24; 244:16; 247:12, 13; 250:19; 257:1; 261:14
**Daydream** 236:8
**Days** 227:17, 18, 22; 228:19; 230:6, 23; 257:5
**dead** 252:23; 253:1
**dealing** 233:21
**December** 231:2; 252:19
**decision** 247:15
**deep** 240:18
**Defendant's** 221:25
**demeanor** 242:14
**depend** 227:16
**Depends** 246:3
**deposition** 223:22; 238:5; 247:1, 2, 7, 12; 248:18, 20, 21; 249:3, 18;

250:22; 251:5, 13, 23;
252:10, 21; 260:15; 261:3

derived 220:9, 14;
221:13

describe 236:22; 242.15;
256:7; 258:13

described 257:19

detail 237:23; 252:22

details 249:11

developed 257:8

die-off 256:22; 257:2

die-off's 257:5

died 256:25

different 230:19; 243:23

difficult 223:5

difficulties 249:17

difficulty 244:12; 250:17;
255:8, 11, 22; 256:3, 7

dig 240:18

DIRECT 218:8

discovery 222:18

discuss 224:21; 237:16;
244:17; 246:21; 249:13;
251:5, 16

discussed 222:7;
223:12; 224:12; 249:10;
251:25; 252:11, 21;
253:21; 257:15

discussing 237:23;
249:24; 253:24; 255:2

discussion 220:2;
233:14; 252:20; 259:15

discussions 238:2;
253:25

disorder 235:8

distinguish 221:8

divorced 239:18, 20;
241:22

document 224:4, 6, 11,
16, 19, 22; 225:4, 5

done 231:8; 245:14

down 220:4; 231:9;
233:2; 238:22; 242:7, 7;
248:6

downfall 240:20; 242:4

downhill 234:13; 242:10

dozen 249:7

Dr 232:10, 12, 19; 234:10,
18, 21; 235:1, 6; 237:13,
16; 246:25; 247:16, 22;
248:9; 251:4, 12, 21;
252:9; 253:21; 254:5, 10,
22; 255:3; 257:13, 15

dragged 228:1

dreams 235:22

dropped 257:2

due 257:11

duly 218:3

During 228:25; 229:13,
22; 232:16; 235:16;
255:23

## E

earlier 246:16

East 233:2

easy 231:22

economic 257:11

effect 254:2

either 222:16; 251:15

Elaborate 247:9; 258:8

element 239:22

else 224:2; 233:17; 242:1,
3; 247:20; 252:1, 9;
253:11, 20; 255:3, 6;
256:9; 257:22; 259:11, 23

employment 256:14

end 224:7; 226:5; 227:12;
228:20; 236:23; 238:21;
241:20; 242:5; 253:6;
257:4

ended 248:7

ending 226:3

enough 253:20

episodes 250:4, 8

equipment 239:8, 9

established 226:21

estimation 248:18

even 236:5; 240:3;
245:20

events 235:3

everybody 231:20

ex-girlfriend 233:12, 16

ex-husband 239:23;
243:7

exact 237:6

exactly 248:12

EXAMINATION 218:8

examined 218:6

Excuse 245:5

Exhibit 224:5

Exhibits 221:25

exist 258:1

experience 255:11

experienced 249:18

expires 261:18

express 242:17

expressed 242:13

extent 251:19; 260:6

## F

fact 241:19; 244:11;
248:15

fair 237:11; 244:18;
253:20

family 243:25; 244:1, 2, 6,
9

far 225:15; 248:22;
252:20

father 227:6, 8, 11, 21,
24; 228:3, 14, 16, 18, 21;
229:14, 16; 230:10, 12, 19;

237:14; 238:13, 17

father's 259:6

feelings 240:11, 12;
242:15

fellows 231:9

felt 243:21; 247:6

ferry 259:8

few 232:10; 248:23

fighting 241:3

fights 241:5; 242:6;
250:23

figure 221:4, 12; 225:10;
247:5; 248:12, 13

fill 232:7; 254:23

financial 241:15, 16

find 254:6

finish 246:7, 8

first 218:3; 219:11;
220:16; 232:19, 22;
234:18, 19, 20, 22, 23, 23;
235:6, 18; 236:12; 237:13;
238:22; 245:23

fish 229:7, 10; 230:21;
238:17, 21

fished 229:23; 257:1

fisherman 218:16, 21,
22; 219:1, 7, 15, 19, 24;
220:4, 10, 15, 19, 24;
227:5; 229:12; 256:18, 18

fishes 228:19

fishing 218:15, 17, 19;
219:10; 220:17; 221:4, 8,
13, 16; 228:2, 17, 17;
229:1, 1, 3, 8; 230:7, 10;
237:14; 238:8; 257:4

flashbacks 250:5, 9;
259:21

fleet 243:14; 244:7; 245:7

fog 237:22; 238:8, 10

follow 252:25

following 226:8; 228:1;
238:2; 249:18; 250:3;
251:4, 13; 257:3

follows 218:6

foregoing 261:2

found 241:25

four 228:22; 229:16, 20;
230:2, 4, 15, 16, 17, 22,
23; 238:19

frame 249:5

French 242:19

frequent 236:1; 237:10

frequently 236:3, 20;
255:21, 25; 256:1

Friday 230:20

friends 258:14

front 219.21

full-time 225:2

future 253:18; 254:14

## G

Gargan 249:2

GEAL 218:1, 231:21,
261:1, 9

general 218:18, 19;
219 2

gets 221:2

girlfriend 233:20

given 261:2

good 227:17, 18; 234:7;
242:8

Green 233:24; 234:11,
22; 239:15; 240:5, 20, 25;
245:15; 246:10; 250:21;
251:17; 252:10, 22; 253:2,
3, 6

Groton 245:18

grounds 246:18

guidance 254:19, 20

guy 245:18

## H

half 238:21; 249:7;
258:25

hang 258:14

happen 236:10

happened 232:3, 8, 16;
233:4, 23; 234:24; 235:3,
5; 247:12; 250:2

hard 231:21

head 237:13; 238:12;
258:24

HEALEY 218:7; 219:11;
220:1, 25; 221:7, 18;
222:9, 19, 24; 223:20;
224:9; 228:4, 8; 231:5, 8,
12, 20; 232:4; 233:3;
234:2; 237:4, 8; 240:10,
16; 244:21, 23; 245:4;
246:1, 5, 8; 249:2; 251:7,
11; 252:14; 257:23; 258:6;
259:22; 260:3, 9

health 246:23; 254:8, 18

HealthNet 254:9, 11, 13

heavy 239:8

help 248:9, 11; 260:3

helping 241:11, 14

here's 221:6

high 227:2

high-speed 259:8

hit 226:25; 235:5

Hollow 218:2

honest 220:11; 235:24;
238:16

honestly 234:6; 235:20;
236:23

honesty 237:19; 241:1

Horrible 231:17, 18

horribly 231:18

## I

idea 228:7

identification 222:1

identify 218:14

include 218:14

income 218.11, 14, 22,
25; 219:6, 9, 14, 17, 18,
24; 220:8, 9, 13, 14, 19,
23; 221:4, 8, 9, 12, 14, 15,
22; 224:7; 225:6, 7, 8, 17;
226:1, 2, 12, 12, 15, 20,
23, 23; 227:1, 7, 10; 228:7,
12; 229:12; 257:9

incomes 219:2

indicate 219:23; 225:13

indicates 250:8

individually 246:11

insist 223:18

insurance 254:4, 8

intended 235:15

into 232:11; 236:9;
248:24; 252:22

involved 239:23

involving 240:21; 250:21

Island 259:9, 10

issue 252:23; 253:1

## J

jack 239:10

Jacqueline 218:4

January 226:8; 229:23

July 229:6; 232:20

## K

keep 248:5

kind 245:14; 252:23;
253:12; 254:22; 258:9, 20

kinds 254:25

Kirsten 224:14, 15;
225:3; 228:10; 237:25;
249:15; 257:8

knowledge 232:7; 261:4

## L

last 229:19; 232:8, 9, 14;
245:11, 23; 251:1; 259:1

later 229:5, 9; 240:15;
246:6

leave 242:22; 246:22;
251:7; 253:19

left 222:4; 244:16

less 237:9; 255:25; 256:4

liable 222:18

life 233:11; 250:21; 251:6;
257:18; 259:19

lines 250:23

Listen 224:9

listening 260:4

little 227:18; 228:11;
231:16; 232:11, 15;
233:18; 240:2; 242:2, 24;
246:6; 248:10; 257:21;

259:1
live 253:11
lived 243:7
living 239:16; 240:7;
253:8
lobster 259:6
Lobsters 256:24, 25;
257:6
London 259:8
long 246:1; 251:1;
253:17; 257:1; 259:9
longer 258:17
look 219:17, 22; 221:14
looking 219:16; 220:7,
13; 221:3, 9; 248:3; 258:4
loss 228:12
lost 225:6, 7, 8, 17; 226:1,
2, 11, 12, 15, 23, 23;
252:12; 257:9, 10
lot 232:3; 239:25; 240:2;
243:25; 244:1, 2; 257:24;
259:21
Lyme 233:2

## M

M 218:4
mainly 248:14
making 230:25
Mall 258:23
man 244:24
many 228:13, 14; 230:1,
3; 245:22
Marine 243:11
mark 221:22
marked 222:1; 224:5
master 239:10
matter 246:20
maximum 227:1
May 226:19; 228:10, 20,
21; 229:20; 233:4; 242:7,
8; 251:18
maybe 222:11; 223:6;
232:14; 249:7
McCauley 218:4
mean 219:21; 225:21, 25;
230:3; 234:5; 236:7;
251:8; 252:25; 253:14
Meaning 241:8
Mechanic 219:5, 7
meet 237:24, 25; 246:3
meeting 232:22; 248:19,
24; 250:14, 17
meetings 249:8, 10, 19;
250:3; 252:20
members 244:3, 6
memories 237:17, 21;
250:5
mental 246:23; 247:8;
254:17
mention 231:14
Merchant 243:11
met 227:1; 232:20; 233:1;

238:3; 246:16; 249:1, 22;
251:4, 9, 10, 12, 15
Michael 233:6; 249:14
middle 256:8, 11
might 244:24; 257:21
Mike 218:17; 224:23;
226:14; 228:17, 18, 23;
229:1, 1, 3, 7; 230:6, 7;
234:15; 237:6, 25; 256:12
mind 232:2
Mine 253:2
minimum 227:18, 19;
229:17; 230:25
minute 252:3, 4
moment 221:22
moments 236:20; 237:9
Monday 230:20, 21
money 227:2; 257:4
monkeying 224:25
monking 224:24; 225:1
month 236:12
monthly 236:21
more 222:21; 227:18;
231:10, 13; 232:11, 16;
234:24; 237:2, 3; 238:1;
250:16, 17; 255:25; 256:2;
257:4
Most 240:4
mouth 244:20
move 243:8; 244:21;
253:19
much 219:18, 23; 220:8,
14, 18; 221:12, 15; 225:10;
227:10; 233:23; 234:12;
241:13; 256:18; 258:5, 6,
10; 260:5
myself 250:15; 252:23
Mystic 218:2; 245:18

## N

name 245:19
Navy 243:12
near 253:18
nearing 241:20
nearly 250:6, 7
need 252:14
Needing 241:6
negative 259:20
New 238:4, 22; 257:25;
259:8
Newport 259:13
next 256:12
night 247:11; 248:24;
256:8, 11
nightmares 235:22
nights 255:10, 23
none 239:11
Notary 218:4
noted 261:6
notes 232:19
notice 238:11
November 232:9; 238:5;

243:9; 247:1, 22; 248:5,
23; 249 4, 7; 250:2; 251:5,
21; 252:8, 19; 253:21;
254:7, 11; 257:16
number 220:18; 249:3
nutshell 241:13

## O

oath 222:15, 15; 223:13
objection 223:10, 15
obtain 246:19
Occasional 242:6
occasions 249:3; 251:15
Occupation 220:4
October 257:3
off 220:1, 3; 227:13;
232:2; 233:13, 15; 234:6;
236:6, 7, 9, 20; 258:24;
259:16
office 233:1
often 228:2; 236:10, 11,
13, 20; 237:2; 255:11
old 258:25
Once 237:2
one 220:24; 221:10;
234:23; 238:3; 242:17;
250:1; 251:25; 253:12
only 229:12; 239:12;
258:19
Oops 245:25
opportunity 257:11
order 223:17
ordered 246:12, 13
originally 244:1; 261:5
otherwise 223:17, 18
out 221:4; 225:10;
227:22; 228:2, 13, 21, 22,
25; 229:1, 3; 232:3; 237:9;
238:7; 240:12; 241:25;
247:5; 248:12, 13; 253:19;
254:6, 23; 257:2; 258:14,
18, 18; 259:4, 8
outlook 247:8
outside 222:5, 17; 231:4;
255:13
over 245:18; 246:5;
251:18; 256:5; 258:22;
259:9
overlap 228:11

## P

package 219:21
Page 246:16
paid 227:14, 15, 21;
228.14
pain 244:25
paperwork 254:23
Pardon 242:19
parents 245:13
parking 232:3
part 220:16; 237:5;

240:19, 23
part-time 219:3, 4; 239:3
participating 247:7
patient 233:7
payment 254:10, 14
pays 254:4
people 222:11, 25;
231:22; 258:9
per 227:14, 15, 21
period 225:12, 16, 25;
226:6; 227:11
permitting 229:25;
230:1, 13
personal 250:21; 251:6,
16; 252:10
physically 241:14
pick 248:8
place 222:22; 240:17;
242:23
plaintiffs 249:23
plan 225:23, 23
planning 224:23
play 247:12
playscape 258:22
please 221:11; 222:8;
252:16
Plowing 238:23; 239:6
point 223:22; 229:21;
233:19; 236:5; 239:17;
240:22; 243:10; 248:15;
250:24; 252:23; 253:4;
256:25
posttraumatic 235:7
pregnancy 241:18, 21;
242:5, 5
pregnant 241:25
preparation 248:19
prepared 225:17
Preparing 241:12
presently 255:8
presumably 254:13
pretty 233:23; 234:12;
241:13; 258:5, 6; 260:5
prices 225:11; 227:2
prior 254:16; 255:15;
256:19
privilege 223:1, 3, 15
Probably 226:7; 238:12;
245:4; 248:3; 253:23
problem 228:18; 241:16
problems 238:10; 240:4;
247:10; 249:22; 255:16,
19; 258:2
professional 254:18
professionals 246:23
projected 225:6, 7, 17;
226:4, 11, 20, 22, 23
projecting 225:8
prominent 256:4
protective 223:17
provide 221:11
provided 218:10
psychiatrist 254:17

psychologist 254:17
Public 218:5
purpose 225:4
put 220:4; 223:10, 14;
240:12; 244:20
putting 223:2, 4

## Q

quick 249:25
quite 244:23; 259:14
quotas 227:1

## R

reaction 243:19
reactions 233:19, 21
Read 218:7; 219:12;
252:18; 261:1
ready 241:14
real 242:8
really 227:17; 234:24;
246:20; 250:24; 253:4
recall 224:18; 235:20;
237:19; 253:23; 254:3, 24
receive 227:7, 10
received 218:15; 219:1
recent 252:8
recess 222:3; 231:7;
252:7
recollection 239:15
recollections 250:9, 16
recommended 247:17
record 220:1, 3; 223:11,
15; 231:14; 233:13, 15;
244:24; 259:16
recording 252:4
refer 255:5
referring 219:13
refresh 239:15
regards 233:22
related 226:24; 259:20,
24
relationship 234:4, 10,
13, 22, 23; 240:4, 20, 25;
242:4, 14; 243:3; 251:6;
253:5
relax 231:22; 240:17;
258:15
remainder 229:13;
230:4; 231:1
remember 232:22, 24, 25
Repairing 239:9, 10
repeat 244:25; 259:23
repeating 245:3
replay 248:16, 17, 25
reported 218:22
reporter 221:21
represent 260:10
request 221:18, 19
reschedule 248:3
reserve 223:22

response 259:18
responsibilities 241.7
rest 229:21, 24; 244:15
return 218:13; 219:17;
220:8, 13; 221:9, 14
returns 218:11, 14;
221:22
riding 259:2
right 220:21; 223:20;
228:8; 229:23; 230:10;
231:23, 24; 232:12;
238:22; 240:11, 17;
255:13; 258:3
rights 223:22
Road 218:2
rock 244:15
RODERICK 218:1, 10;
221:20, 23; 222:4; 223:23;
231:15; 261:1, 9
room 222:4, 17, 18
run 258:23

# S

Same 221:17, 18, 19;
225:23; 226:7; 227:15;
230:23; 243:3; 255:25
Sandy 218:2
sass 234:6
saw 232:14; 247:2, 22
saying 245:5; 257:10;
259:23, 25
scalloping 223:24; 224:1
school 254:19
screwed 248:7
sea 243:9
season 226:7
second 251:25; 252:13
seeing 245:17; 246:23
seek 223:17
seeking 250:22
separately 218:13
September 257:3
serious 234:4
sessions 254:5
set 226:21
severe 250:2, 16
shaken 231:16, 18
Sheet 261:6
shocker 242:2
Shoreline 245:20
short 239:12; 253:17
shortly 249:6; 255:18
show 218:12; 224:4, 15;
244:24
showed 224:18, 22;
225:3
side 220:17
sign 218:7
similar 249:17
simmered 242:6, 7
simple 221:7

single 257:1
Singleton 250:15
sinking 232:8
sit 234:15; 236.8
situation 251:16; 252:10;
253:2
sleep 256:9
sleeping 235:19; 255:9,
12, 16, 19; 256:4, 7, 10, 12
slip 240:14
slowly 257:2
smacked 238:11
Small 232:10, 12; 234:10,
16, 18, 21; 235:1, 6;
237:13, 16; 246:25;
247:16, 21, 22; 248:9;
251:4, 12, 21; 252:9;
253:21; 254:5, 10, 22;
255:3; 257:14, 15
Small's 232:19
smart 234:2
Snow 238:23; 239:6
social 251:2
socially 237:25
somebody 222:25, 25;
258:10
someone 246:11
sometime 228:20; 243:9
sometimes 236:17;
237:1, 1, 3, 12, 12; 249:14
somewhere 253:11
son 239:12; 241:9, 10;
243:2; 245:10, 10, 13;
246:16, 19; 248:8; 251:17;
253:24; 254:1; 258:19, 20
soon 227:25
sort 254:18
Sound 256:23
Sounds 258:25
space 236:6, 7, 9; 237:9
spacing 236:20
speak 222:10; 252:24
speaking 250:24
specifically 224:18;
234:9, 17; 235:1
spending 257:4
spoke 222:10
spot 223:2, 5
stair 236:9
standstill 253:3
start 226:5; 227:24; 242:4
started 228:20; 229:19;
243:10; 245:16
starting 226:2; 234:13;
238:20
State 218:5
stated 258:1
statement 225:17;
226:12; 237:11; 257:9
states 226:1
stay 243:3; 244:15
stayed 227:2
staying 243:10

Stepski 223.24; 229.7
Stevens 222:10, 223:7,
9, 10, 14; 247:19; 249:2
still 220:12, 238:19;
239:22; 240:7, 22, 243:7;
251:2; 253:8
Stonington 244·2
stop 229:21; 252.4
stopped 236:14
stress 235:8, 239.25;
240:3
stuff 234:3; 241:11
SUBSCRIBED 261:12
suggest 235:7
summer 228:25; 229:4,
6; 239:3, 7; 243:13; 257:1;
259:1
sunk 226:17, 18, 25
supposed 245:24;
253:15
sure 220:6; 233:8; 252:5,
25; 256:21; 260:2
Surely 231:5
sweatshirt 238:24
sworn 218:4; 261:12

# T

talk 223:6; 231:4, 9;
233:17; 234:9, 16; 258:9
talked 233:16, 18;
253:22; 259:17; 260:2
talking 223:3; 232:25;
233:20, 24; 253:4, 24
talks 222:16
tax 218:11; 219:17;
220:8, 13; 221:14, 22;
226:7
taxes 220:11
Technically 253:15
telling 233:9
terms 232:7; 234:10;
236:21; 242:14; 250:22;
251:6; 252:8; 253:25;
257:8, 13
testified 218:6; 260:5
testimony 226:13;
249:21; 261:2
tests 254:25
third 248:6
thought 236:16; 252:12
thoughts 236:1, 4
three 237:3; 251:8;
255:14
Throughout 249.5
til 229.23
times 228:13, 14, 22;
229:16, 20; 230:1, 3, 4, 15,
16, 18, 22; 232:15; 236:9;
238:19; 247:3; 251:8;
255:14; 256:12
today 240:23; 245:24;
246:4
together 232:9; 234:14;

243:10: 246:12
told 232.14; 234:3,
240:11; 246:3; 256:11, 13;
257.14
Tom 245:3
took 222:22
top 227:13
topic 238:1
total 228:7
totality 257:10
tow-behind 259:2
toward 236:23; 242:5, 15
trades 239:10
tradition 244:9
trailer 259:2
train 252:12
transcribed 261:5
transcript 261:2
traveler 259:14
treating 233:6
treatment 254:18
trick 232:5; 253:13, 14
tricky 221:2        .
trigger 237:17, 20
trip 229:17
trips 227:2
trouble 235:19; 256:9, 10
true 251:24; 261:3
try 231:21; 232:2; 234:6;
247:5
trying 221:3; 228:7, 12;
231:22; 232:5, 6; 240:19;
244:20; 248:13
Tuesday 230:21
twice 237:2; 247:22;
248:6; 251:10, 12
two 222:25; 223:6; 241:3;
255:14
types 237:16, 20
typical 244:6
typically 228:19
Tyson 256:t2

# U

uncomfortable 244:24
under 222:14, 15;
223:12; 240:14; 244:15
undergone 248:18
undersigned 261:13
understands 231:21
Unfortunately 240:8
UNGER 232:1; 237:7;
240:14; 245:2; 251:10;
260:1
unless 228:22
up 229:23; 231:16, 19;
234:24; 238:1; 242:6;
246:7; 248:7, 7, 8; 249:6;
256:8, 11; 257:4, 25;
258:10
upset 234:15

upside 238·12
usually 236:23; 258:18

# V

verbally 250:12
visit 234:18, 19, 20, 22;
235:6, 18, 237:13; 251:25,
25
visits 232:16; 235:13, 16;
245.22; 248:9; 251:21, 24;
252:8, 19; 253:21; 254:11,
14; 257:13

# W

W-2s 219:20
waived 223:4
wake 256:8, 11
wants 253:19
way 243:4, 22, 24;
244:14; 256:15; 257:3, 19
Weather 229:25; 230:1,
12, 18, 20
week 228:19, 22; 229:16,
20, 20, 21; 230:3, 5, 15,
18, 22; 231:1, 1; 237:2;
238:19, 20; 245:23, 23;
255:14, 24
weekend 228:1
weekly 230:2; 235:12, 16;
236:21
weeks 230:3, 17; 241:23,
24
WEIGEL 218:9; 221:19;
222:14, 23; 223:8, 16;
228:6; 231:10; 244:22;
250:15; 260:14
weird 243:21
weren't 230:7; 236:16;
241:17; 250:24; 253:4
What's 220:18; 231:18;
233:23; 245:19; 255:13
Whereupon 220:2;
222:2; 231:6; 233:14;
252:6, 17; 259:15; 260:15
whole 229:24
willing 228:16; 258:t0
wintertime 239:2
wishes 230:20
withdrawn 258:9
without 219:13, 16
witness 218:3; 223:8, 9,
11
words 244:18, 20
work 227:4; 228:16;
239:1, 2, 8
worked 218:21; 219:3, 4;
256:17, 18
Working 226:14; 227:8,
24; 228:21; 229:14
world 259:14
worst 238:3

# Y

**year** 219:18; 220:8, 9, 22,
25; 224:8, 20; 226:4, 6, 8,
8, 9, 12, 15; 227:12; 229:5,
8, 22, 24; 230:4, 8; 231:1;
232:9; 238:22; 243:17;
245:11, 11; 246:17; 257:3;
258:25
**yearly** 224:7
**years** 218:11, 20, 23;
220:21, 24; 221:23;
224:20; 226:19, 20;
243:18; 256:22
**York** 238:4

# Z

**zinger** 260:7

**Lawyer's Notes**

Page 191

**Roderick**

[1]
[2] your father a week after the collision?
[3]     A: Long Island Sound.
[4]     Q: Can you give a little bit more
[5] specific in terms of where in the Sound?
[6]     A: Down towards the Race.
[7]     MR. HEALEY: He is referring
[8] to Exhibit No. — what is it?
[9]     THE WITNESS: No. 12. It's
[10] down by Race Rock. Me and my father
[11] fish all the way up to this area, from
[12] Race Rock to Milstone down to Plum
[13] Island.
[14]     Q: Did you have any difficulties when
[15] you went out with your father a week afterwards?
[16]     A: Yes.
[17]     Q: Can you tell us what problems you
[18] had, if any?
[19]     A: Constantly looking over my shoulder,
[20] tense.
[21]     Q: Anything else?
[22]     A: Went through three packs of
[23] cigarettes in four hours.
[24]     Q: How many hours were you out there
[25] with your father that first time?

Page 192

**Roderick**

[1]
[2]     A: Four to five hours.
[3]     Q: Did you drive the boat?
[4]     A: At that point in time, no.
[5]     Q: Were you able to assist him in
[6] pulling up the traps and taking out the catch?
[7]     A: At that point in time, to the best
[8] that I could, yes. I spent more time getting
[9] yelled at.
[10]     Q: Why was he yelling at you?
[11]     A: In his eyes, I was paying more
[12] attention to the radar and everything else, what
[13] was going on around me instead of what was on the
[14] rail.
[15]     Q: Instead of what was on the?
[16]     A: Rail.
[17]     Q: The rail?
[18]     A: Yes.
[19]     Q: What time of day was it that you
[20] were out with your father that first time?
[21]     A: It was daylight.
[22]     Q: How was the weather?
[23]     A: Foggy.
[24]     MR. HEALEY: Fine or foggy?
[25]     THE WITNESS: Foggy.

Page 193

**Roderick**

[1]
[2]     Q: What was the visibility?
[3]     A: Three-quarters of a mile.
[4]     Q: Was there a lot of vessel traffic?
[5]     A: Cross Sound ferry was operating as
[6] normal. Fisher's Island ferry was operating, some
[7] small boats.
[8]     There were probably three of us out
[9] lobstering that day, three boats.
[10]     Q: What is the name of your father's
[11] boat?
[12]     A: STACY and GEAL II.
[13]     Q: I think you mentioned before you own
[14] a boat?
[15]     A: I don't own a boat, no. I fish with
[16] my father all the time.
[17]     Q: Were there ever occasions when you
[18] went out by yourself on your father's boat prior
[19] to this incident?
[20]     A: Prior to it, yes.
[21]     Q: How about since?
[22]     A: Not until recently.
[23]     Q: How recently?
[24]     A: A month or so ago.
[25]     Q: Had you ever previously been injured

Page 194

**Roderick**

[1]
[2] while working before May 22, 2004?
[3]     A: Sliced my finger open on a skate. A
[4] cut every now and then, you cut or nick your
[5] finger. I've gotten bitten by lobsters.
[6]     Other than that, nothing.
[7]     Q: Had you ever had any injuries while
[8] not working prior to May 22, 2004 other than cuts
[9] and bruises and bumps?
[10]     A: No.
[11] Typical cuts and bruises, skin the
[12] knee, things like that. Just normal childhood.
[13]     Q: Have you ever been involved in an
[14] automobile accident?
[15]     A: Two.
[16]     Q: Tell me about the first one in time.
[17]     A: '95, I think it was like February,
[18] slid on some sand and rear ended a lady.
[19]     Q: Did the air bag deploy?
[20]     A: No air bags.
[21]     MR. HEALEY: I assume both of
[22] you were in cars?
[23]     THE WITNESS: Yes.
[24]     MR. HEALEY: Sorry, I didn't
[25] mean to cut you off.

Page 195

*Roderick*

[1]
[2] Q: Was anybody injured?
[3] A: The lady at the time, no. Later on
[4] she said she was complaining of back pains.
[5] Q: Any insurance claims made in
[6] connection with that?
[7] A: She had complained about back pain
[8] afterwards, but from what I understand, according
[9] to the police report, she indicated that I hit her
[10] and ran. And a couple minutes later, down a
[11] couple of sentences, she knew my name and my
[12] driver's license number.
[13] So as to what happened, I don't
[14] know.
[15] Q: No lawsuits?
[16] MR. HEALEY: That you know of?
[17] A: None that I know of.
[18] Q: Tell me about the second accident.
[19] MR. HEALEY: Did he get hurt?
[20] You never asked him that.
[21] MR. UNGER: I asked him did
[22] anybody get hurt.
[23] Q: Did you get hurt?
[24] A: Shook up, normal thing for anybody.
[25] Q: Tell me about the second accident.

Page 196

[1]
*Roderick*

[2] A: Pulling out of the bank, I had a
[3] lady hit my front end.
[4] Q: When was this?
[5] A: '98.
[6] Q: What time of year?
[7] A: It was the fall.
[8] Q: Were you injured in that accident?
[9] A: No, I was not.
[10] Q: Shaken up again?
[11] A: It wasn't, I wouldn't say shaken up.
[12] Surprised.
[13] Q: Who hit who?
[14] A: She hit me.
[15] Q: Was she injured?
[16] A: No.
[17] Q: Did you bring a claim in connection
[18] with that?
[19] A: No.
[20] She dented my hub cap.
[21] Q: After the first accident in 1995,
[22] did you experience any problems after you got back
[23] into a car?
[24] A: No.
[25] Q: No trepidation about driving?

Page 197

[1]
*Roderick*

[2] A: No.
[3] Q: No problems in terms of when it was
[4] bad weather, there was snow, ice, sand?
[5] A: Just took my time.
[6] Q: Following the first time you went
[7] fishing with your father, May of 2004 after the
[8] collision, did you continue to go with him on a
[9] regular basis?
[10] A: Again, I had no choice.
[11] Q: What do you mean by that?
[12] A: I had to pay my way.
[13] Q: So did you fish every day with your
[14] father?
[15] A: Yes.
[16] Q: Again, four or five hours a day,
[17] roughly?
[18] A: Yes. Short trips.
[19] Q: Same area that you described before?
[20] A: Yes.
[21] Q: At that time, was Ms. Green living
[22] with you?
[23] MR. HEALEY: This is after the
[24] accident when he was fishing.
[25] A: At that point in time, no, she was

Page 198

[1]
*Roderick*

[2] not.
[3] Q: When did she move in with you?
[4] A: A year and a half ago, a year ago.
[5] Q: After your son had been born?
[6] A: Yes.
[7] Q: Do you put any blame on the events
[8] of May 22, 2004 for your relationship with
[9] Ms. Green ceasing in terms of her being your
[10] girlfriend, as you described before?
[11] A: Do I blame her for the accident?
[12] Q: Do you blame the accident for the
[13] fact that she is no longer your girlfriend?
[14] MR. HEALEY: Do you
[15] understand?
[16] Did those events have any
[17] impact on her relationship, is that
[18] what you are looking for?
[19] MR. UNGER: Right.
[20] MR. HEALEY: The question is
[21] did those events of May 22nd.
[22] Q: Did the collision have any impact on
[23] your relationship with Ms. Green?
[24] A: It put a strain on it, yes.
[25] Q: Tell me how.

Page 199

**Roderick**

[1]
[2] A: I mean, I was snappy. This time I
[3] would get a flashback and she was like "yes, yes,
[4] so what?"
[5]    Instead of being able to sit down
[6] and talk, now it's everything just gets bottled
[7] up. It's like Mount St. Helena blowing.
[8] Q: Anything else?
[9] A: If you want to get technical.
[10] MR. HEALEY: He is not asking
[11] you for technical.
[12] A: Love life just sucks.
[13] Q: Can you characterize your
[14] relationship with Ms. Green as of May 21, 2004?
[15] A: We were good. We could tolerate
[16] staying in each other's sight, we were getting
[17] along good.
[18] MR. HEALEY: That's an answer,
[19] unless you have got a lot more.
[20] Q: Anything else?
[21] A: At that point in time, we used to
[22] get along.
[23] Q: How long had you known Ms. Green
[24] prior to May 22, 2004?
[25] A: Two years.

Page 200

**Roderick**

[1]
[2] Q: How did you come to meet?
[3] A: I met her when I was younger. We
[4] would hang out at the same dance club.
[5] Q: You met her at the dance club?
[6] A: I really wouldn't say I met her
[7] there, but I knew of her from there. Like two
[8] years beforehand we met up again.
[9] Q: Have you ever been married?
[10] A: No.
[11] Q: Any other children?
[12] A: Just Broyce.
[13] Q: Have you fished regularly ever since
[14] you went back about a week after with your father?
[15] A: Yes.
[16] Q: You mentioned flashbacks before.
[17] How often do you have these
[18] flashbacks now?
[19] A: I can walk from one end of the
[20] driveway to the other and have one, just the whole
[21] thing of the impact, running down the sides,
[22] sitting in the life raft, to getting picked up.
[23]    Sometimes there's days, I have the
[24] ones, there's other times it's just constantly
[25] replays.

Page 201

**Roderick**

[1]
[2] Q: When do you typically have these
[3] flashbacks now?
[4] A: I will be honest. Yesterday I was
[5] seeing them. I have seen them a couple of times
[6] today.
[7] Q: Because we have been talking about
[8] this case for two days now and you met with your
[9] attorneys and Mike and Kirsten earlier in the week
[10] to go over the case.
[11]    So putting aside this week, which
[12] has been, would you agree, an extraordinary week
[13] in terms of talking about and thinking about this
[14] case?
[15] A: If I go down to the waterfront, I
[16] will see it.
[17] Q: Let me ask you, except for the fact
[18] that you are having your deposition taken today,
[19] on a typical week, you normally don't talk to the
[20] lawyers and you don't talk to Mike and Kirsten     —
[21] about the collision.
[22]    Is that fair to say?
[23] A: If I'm not talking about it?
[24] Q: Yes.
[25] A: I do still see it.

Page 202

**Roderick**

[1]
[2] Q: So how often a month ago, how often
[3] on a day or a week basis will you have flashbacks?
[4] A: Maybe two or three times a day.
[5] Some days, it's just one of these that if your
[6] mind is active about something, like you are
[7] sitting there playing with my son, it will be
[8] fine, but if I stop, something will almost like
[9] trigger it.
[10] Q: What triggers it?
[11] A: That I don't know.
[12] Q: What kind of things in the
[13] environment or words or pictures, whatever it is,
[14] causes you to have these flashbacks?
[15] A: It's almost like when you relax,
[16] it's not something — it's not like somebody says
[17] boat and it triggers it. It's when, almost when
[18] I'm relaxed, it will come back.
[19] Q: Do you drink alcohol?
[20] A: I gave it up.
[21] Q: When did you give it up?
[22] A: '96, '97.
[23] Q: Back in 2004, after the incident,
[24] did you have more flashbacks then than you do now,
[25] less, the same?