# EXHIBIT E

MICHAEL STEPSKI   v.
THE M/V NORASIA ALYA

BENJAMIN SCHOBER
March 29, 2007

---

Page 1

[1]
[2]       UNITED STATES DISTRICT COURT
[3]       SOUTHERN DISTRICT OF NEW YORK
[4] ———————————————————X
[5] MICHAEL STEPSKI, KIRSTEN
   STEPSKI, wife, GEAL RODERICK and
[6] BENJAMIN SCHOBER,
[7]
[8]       Plaintiffs,
[9]                     INDEX NO.
             vs.          06 CV 01694
[10]
[11] The M/V NORASIA ALYA, her
    owners, operators, etc., and MS
[12] "ALENA" SCHIFFAHRTSGESELLSCHAFT
    mbH & KG, PETER DOEHLE
[13] SCHIFFAHARTS-KG,
[14]
[15]      Defendants.
[16] ———————————————————X
[17]
[18]      DEPOSITION OF BENJAMIN SCHOBER
[19]      THURSDAY, MARCH 29, 2007
[20]
[21]
[22]
[23]
[24]
[25]

Page 2

[1]
[2]     Deposition of BENJAMIN SCHOBER taken in the
[3] above-entitled matter before Mark Iuzzolino, a
[4] Certified Shorthand Reporter (License No. X101103)
[5] and Notary Public, taken at the offices of BLANK &
[6] ROME, LLP, The Chrysler Building, 405 Lexington
[7] Avenue, New York, New York, on THURSDAY, MARCH 29,
[8] 2007, commencing at 10:18 a.m.
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 3

[1]
[2] APPEARANCES:
[3]
[4] THOMAS H. HEALEY, ESQ
[5] 17 Battery Place, Suite 605
[6] New York, New York 10004
[7] 212-943-3520
[8] BY: THOMAS H. HEALEY, ESQ.
[9] Attorney for the Plaintiffs
[10]
[11] BLANK & ROME, LLP
[12] The Chrysler Building
[13] 405 Lexington Avenue
[14] New York, New York 10174
[15] 212-885-5397
[16] BY: ALAN M. WEIGEL, ESQ
[17] Attorney for the Defendants
[18]
[19] FREEHILL, HOGAN & MAHAR, LLP
[20] 80 Pine Street
[21] New York, New York 10005
[22] 212-425-1900
[23] BY: MICHAEL E. UNGER, ESQ.
[24] Attorney for the Defendants as co-counsel
[25]

Page 4

[1]
[2]                  BENJAMIN SCHOBER
[3] 42 Dydo Drive, Uncasville, CT 06382, having been
[4] first duly sworn, was examined and testified as
[5] follows:
[6]
[7]              DIRECT EXAMINATION
[8]              BY MR. WEIGEL:
[9]    Q: Mr. Schober, will you please state your
[10] full name for the record?
[11]   A: Benjamin Schober.
[12]   Q: And spell your last name.
[13]   A: S-c-h-o-b-e-r.
[14]   Q: And what is your home address, please?
[15]   A: 42 Dydo Drive, Uncasville, Connecticut.
[16]   Q: How long have you lived there?
[17]   A: About three years.
[18]   Q: Where did you live prior to that?
[19]   A: Norwich.
[20]   Q: Where in Norwich?
[21]   A: Where in Norwich? Sherman Street.
[22]   Q: Sherman Street?
[23]   A: Yes.
[24]   Q: Are you currently married?
[25]   A: No.

---

Page 5

*Benjamin Schober*

[1]
[2] **Q:** Do you live alone, or do you live with
[3] someone?
[4] **A:** Parents.
[5] **Q:** How old are you?
[6] **A:** Thirty-four.
[7] **Q:** What is your current employment?
[8] **A:** Commercial fisherman.
[9] **Q:** Have you ever testified in a trial or a
[10] deposition before?
[11] **A:** No.
[12] **Q:** Even though this is an informal setting,
[13] you realize that you're under oath. Correct?
[14] **A:** Yes.
[15] **Q:** And do you understand that your
[16] testimony will have the same force and effect as
[17] if you were in trial in the courtroom with a judge
[18] and a jury present?
[19] **A:** Yes.
[20] **Q:** Now, the court reporter is going to be
[21] taking down everything that I say and all of your
[22] answers. And unless we agree that we'll go off
[23] the record, everything that is said here is
[24] recorded. Do you understand that?
[25] **A:** Yes.

Page 6

*Benjamin Schober*

[1]
[2] **Q:** Now, because the court reporter is
[3] trying to take down all the testimony, there's
[4] some ground rules that will make life easier for
[5] all of us. Please speak up and answer with a
[6] verbal response. You've been doing that pretty
[7] well so far, so keep it you up. He can't record a
[8] shake of the head or a shrug of the shoulders.
[9] **A:** Right.
[10] **Q:** Now, the reporter can only write down
[11] what one person is saying at a time, so please
[12] wait until I'm finished asking my question, and I
[13] will try to wait until you're finished with your
[14] answer before asking another question. Okay? If
[15] you do not understand a question that I ask,
[16] please don't try to answer it. Instead, tell me
[17] you don't understand it, and we'll try and clarify
[18] the question. Okay?
[19] **A:** Okay.
[20] **Q:** Now, there is going to be an opportunity
[21] for you later to read and correct the transcript
[22] of these proceedings. By "transcript," I mean the
[23] written verbiage that he's taking down right now.
[24] **A:** Right.
[25] **Q:** But, of course, if you make any

Page 7

*Benjamin Schober*

[1]
[2] corrections to the transcript later, that gives me
[3] the opportunity — if we go to trial and you
[4] appear at the trial, I could have the opportunity
[5] to ask you, "Well, you gave an answer to me in
[6] March, but now you're telling me — but then later
[7] you told me that was the wrong answer." So I get
[8] a chance to challenge your answers, your changed
[9] answers, and it could raise the issue of whether
[10] you told the truth or when you're telling the
[11] truth, so it's important that we get your most
[12] accurate, truthful answer here today.
[13] **A:** Correct.
[14] **Q:** Okay? Are you currently taking any
[15] medications?
[16] **A:** No.
[17] **Q:** Are you presently under the influence of
[18] any illegal drugs?
[19] **A:** No.
[20] **Q:** Are you under the influence of alcohol?
[21] **A:** No.
[22] **Q:** Have you ever been arrested?
[23] **A:** Yes.
[24] **Q:** Tell me the circumstances.
[25] **A:** DUI.

Page 8

*Benjamin Schober*

[1]
[2] **Q:** How many times have you been arrested
[3] for DUI?
[4] **A:** Three times.
[5] **Q:** What were the outcomes of each of those
[6] arrests?
[7] **A:** Most recently I served a year in jail.
[8] **Q:** That was because of a DUI?
[9] **A:** Yes.
[10] **Q:** How about — is that the most recent DUI
[11] arrest?
[12] **A:** Yes.
[13] **Q:** When did that happen?
[14] **A:** November '04.
[15] **Q:** How about the prior two DUIs? When did
[16] they occur?
[17] **A:** One was in '97 and, I believe, '95.
[18] **Q:** What happened after the arrest for the
[19] 1995 DUI?
[20] **A:** I had 100 community service hours to do,
[21] paid a fine, license was suspended.
[22] **Q:** And how about the 1997 DUI?
[23] **A:** Two days in jail. No, I'm sorry. It
[24] was ten.
[25] **Q:** Where did you serve your one-year

Page 9

**Benjamin Schober**

[1]
[2] incarceration?

[3] A: I had three months in a county jail
[4] before I was sentenced, and I did three months in
[5] the jail in Storrs, Connecticut and three months
[6] in a halfway house in Maine.

[7] Q: Which county were you incarcerated in?

[8] A: Storrs, I believe, is Windham County.

[9] Q: No. You said you were in a county jail
[10] for three months before trial. Which county was
[11] that?

[12] A: New London.

[13] Q: Where is that jail located?

[14] A: Montville.

[15] Q: Any other arrests besides the three
[16] DUIs?

[17] A: I had a couple of disorderly conducts.
[18] That's about it.

[19] Q: Okay. Tell me about the disorderly
[20] conducts. When did they occur?

[21] A: I don't know the exact years. They
[22] were, say, '92, 1993.

[23] Q: If my math is correct, you graduated
[24] high school probably 1991?

[25] A: Yes.

Page 10

**Benjamin Schober**

[1]
[2] Q: Okay. So these disorderly — disorderly
[3] conduct, you said it was?

[4] A: Yes.

[5] Q: Did any of these occur while you were in
[6] high school?

[7] A: No, I was not in high school.

[8] Q: So it was after you graduated from high
[9] school?

[10] A: Right.

[11] Q: So you said the first one was maybe in
[12] 1993?

[13] A: Correct, '92 or '93.

[14] Q: And what was the circumstances that you
[15] were arrested for disorderly conduct?

[16] A: I don't remember exactly what it was.
[17] It was just fooling around with a friend, and I
[18] broke something.

[19] Q: Had you been drinking when you were —

[20] A: On one of the arrests, right.

[21] Q: This is an example where you have to
[22] wait for me to finish asking my question before
[23] you answer. Okay?

[24] During that first disorderly conduct incident
[25] that you had in 1993, were you drinking, and was

Page 11

**Benjamin Schober**

[1]
[2] that — were you drinking during or as part of
[3] that incident?

[4] A: No.

[5] Q: When other — besides that one, how many
[6] other times were you arrested for disorderly
[7] conduct?

[8] A: Once.

[9] Q: Once. When was that? Do you recall?

[10] A: It was about a year after the first one.
[11] I'm guessing 1993.

[12] Q: So the first one might have been in '92
[13] or '93, and the other one was a year later?

[14] A: Right.

[15] Q: And what were the circumstances
[16] surrounding the second disorderly conduct arrest?

[17] A: I was drinking with a friend at a party
[18] and was fooling around and got arrested for it.

[19] Q: So you've been arrested five times in
[20] your life. Is that correct?

[21] A: Right.

[22] Q: No others, just those five?

[23] A: There was one other.

[24] Q: Tell me about that incident.

[25] A: I was arrested for a fight, third-degree

Page 12

**Benjamin Schober**

[1]
[2] assault charge in 2000.

[3] Q: Tell me about that incident.

[4] A: It was just basic fight. It was nothing
[5] major. You know, someone ended up calling the
[6] police, and I was arrested for it.

[7] Q: Where did the fight take place?

[8] A: Norwich.

[9] Q: Where specifically in Norwich?

[10] A: 168 West Main Street.

[11] Q: Is that a home?

[12] A: It's an apartment building.

[13] Q: You were in an apartment building — in
[14] an apartment in the apartment building?

[15] A: Outside.

[16] Q: Outside the apartment building?

[17] A: Yes.

[18] Q: Were you drinking during that incident?

[19] A: No.

[20] Q: What was the outcome of that arrest?

[21] A: It was dismissed. I took some classes
[22] for it, and it was dismissed.

[23] Q: What kind of classes did you take?

[24] A: Anger management.

[25] Q: So we have six arrests and three

**BENJAMIN SCHOBER**
March 29, 2007

**MICHAEL STEPSKI   v.**
**THE M/V NORASIA ALYA**

Page 13

*Benjamin Schober*

[1]
[2] convictions. Is that correct?
[3]    A: Yes.
[4]    Q: Have you ever been arrested for the
[5] possession of illegal drugs?
[6]    A: No.
[7]    Q: Did you review any documents in
[8] preparing for this deposition today?
[9]    A: No.
[10]   Q: Did you look at any photographs in
[11] preparing for this deposition today?
[12]   A: No.
[13]   Q: Since the incident on the Eva Claire
[14] until today, have you ever been shown any
[15] documents relating to the incident?
[16]   A: Yes.
[17]   Q: Tell me what documents those were.
[18]   A: Copies of the other crew members'
[19] depositions.
[20]   Q: So you were shown a transcript that
[21] looks something like this?
[22]   MR. WEIGEL: And I'm putting before the
[23] witness the deposition transcript of Kristen
[24] Stepski.
[25]   A: Yes, something like that. I did not

Page 14

*Benjamin Schober*

[1]
[2] review Kirsten's, but, yes, just like that.
[3]    Q: Which deposition transcripts did you
[4] review?
[5]    A: Mike Stepski's and Jill Roderick's.
[6]    Q: When did you review those?
[7]    A: Couple of months ago.
[8]    Q: Besides the deposition transcripts, are
[9] there any other documents that you looked at?
[10]   A: Coast Guard report.
[11]   Q: What part of the Coast Guard report did
[12] you look at?
[13]   A: I believe the whole thing.
[14]   Q: So you reviewed — you were handed a
[15] stack of documents that you were told were the
[16] Coast Guard report, and you read through that
[17] Coast Guard report?
[18]   A: Yes.
[19]   Q: Anything else other than the Coast Guard
[20] report?
[21]   A: No.
[22]   Q: Since the time of the incident until
[23] today, had you ever seen any photographs related
[24] in any way to the incident?
[25]   A: Yes.

Page 15

*Benjamin Schober*

[1]
[2]    Q: Where did you see those photographs?
[3]    A: They were in with the Coast Guard
[4] report.
[5]    Q: So aside from the photographs that were
[6] in the Coast Guard report, have you looked at any
[7] other photographs?
[8]    A: No.
[9]    Q: Have you ever discussed the appearance
[10] of the motor vessel Norasia Alya with anyone?
[11]   A: Yes.
[12]   Q: Who did you discuss that with?
[13]   A: Coast Guard.
[14]   Q: When did you have that discussion with
[15] the Coast Guard?
[16]   A: The day of the accident and a couple of
[17] days after the date of the accident.
[18]   Q: And how did you know that — did someone
[19] tell you that they were discussing the motor
[20] vessel Norasia Alya with you?
[21]   A: No.
[22]   Q: Well, how did you know it was the
[23] Norasia Alya?
[24]   A: I didn't.
[25]   Q: Well, I just asked you if anyone had

Page 16

*Benjamin Schober*

[1]
[2] described the Norasia Alya to you, and you said
[3] yes, and you said the Coast Guard.
[4]    A: It was not described to me. I was
[5] describing it to them.
[6]    Q: What were you describing to them?
[7]    A: The size of the boat, the color of the
[8] boat.
[9]    Q: When you say the "boat," what boat are
[10] you referring to?
[11]   A: The boat that hit us.
[12]   Q: Oh, okay.
[13] Did the Coast Guard show you any photographs
[14] when you were discussing —
[15]   A: Yes.
[16]   Q: I know you want to answer, but you have
[17] to wait.
[18]   You talked to the Coast Guard two different
[19] times. During both of those times — either of
[20] those times did the Coast Guard show you any
[21] photographs of any boats?
[22]   A: Yes.
[23]   Q: What photographs did they show you?
[24]   A: They were, I believe, satellite photos
[25] of the boat that I was on, pictures of wreckage.

Page 17

Benjamin Schober

[1]
[2] Q: Pictures of wreckage?
[3] A: Yes.
[4] Q: Floating on the surface?
[5] A: Yes.
[6] Q: Did you speak to anyone about the
[7] matters that you were expected to be asked about
[8] in this deposition today?
[9] A: No.
[10] Q: By the way, who showed you the copies of
[11] the deposition transcripts as you looked at them?
[12] A: Attorney Healey.
[13] Q: Tell me about your educational
[14] background. Where did you attend high school?
[15] A: I went to Grasso Tech in Groton,
[16] Connecticut.
[17] Q: I think we decided you graduated in '91?
[18] A: Yes, I did.
[19] Q: After graduating from Grasso Tech, did
[20] you receive any other education anywhere else?
[21] A: Yes.
[22] Q: Where?
[23] A: Culinary Institute of America.
[24] Q: When did you go to the Culinary
[25] Institute of America?

Page 18

Benjamin Schober

[1]
[2] A: From '91 to '93.
[3] Q: Which location did you attend classes?
[4] A: Hyde Park.
[5] Q: Did you — any other education besides
[6] the Culinary Institute of America?
[7] A: No.
[8] Q: What did you do after you finished —
[9] did you go right to the Culinary Institute of
[10] America after graduating from high school?
[11] A: Yes.
[12] Q: So what did you do in 1993 after you
[13] finished the Culinary Institute of America?
[14] A: I went to work at Foxwoods.
[15] Q: And what did you do at Foxwoods?
[16] A: I was a cook.
[17] Q: How long did you work at Foxwoods?
[18] A: Six months.
[19] Q: And what happened after you stopped
[20] working at Foxwoods?
[21] A: I went to work at another restaurant.
[22] Q: Why did you leave Foxwoods?
[23] A: Because a former boss of mine had opened
[24] up a restaurant and asked me to come work for him.
[25] Q: Were you required to get a — as a cook

Page 19

Benjamin Schober

[1]
[2] at Foxwoods, were you required to — were you one
[3] of the employees required to get a gaming license?
[4] A: No.
[5] Q: What restaurant did you start working
[6] at?
[7] A: It was called "Whitfield Alley."
[8] Q: Where is that located?
[9] A: It was in Guilford, Connecticut.
[10] Q: How long did you work there?
[11] A: About two years.
[12] Q: What happened after that?
[13] A: I went to work for another restaurant.
[14] Q: Which one?
[15] A: The Lorelei in New London.
[16] Q: How long did you work there?
[17] A: About four years.
[18] Q: And after that?
[19] A: I went to work for another restaurant.
[20] Q: Which one?
[21] A: Norwich Inn and Spa.
[22] Q: How long?
[23] MR. HEALEY: Which one?
[24] MR. WEIGEL: Norwich Inn and Spa.
[25] Q: How long did you work there?

Page 20

Benjamin Schober

[1]
[2] A: About nine months.
[3] Q: Next restaurant, or is there a
[4] restaurant after this?
[5] A: Yes.
[6] Q: Keep going. Keep telling me.
[7] A: Mohican Sun.
[8] Q: How long?
[9] A: One year.
[10] Q: All right. Let's see if we can just —
[11] has all your employment since you graduated from
[12] the Culinary Institute of America until the time
[13] you became a commercial fisherman been at
[14] restaurants?
[15] A: Yes.
[16] Q: When did you start working as a
[17] commercial fisherman?
[18] A: 2004.
[19] Q: Did you ever get a safe boater
[20] certificate?
[21] A: No.
[22] Q: Do you hold any kind of licenses of any
[23] kind besides a motor vehicle license?
[24] A: No.
[25] Q: During the time you've worked as

Page 21

Benjamin Schober

[1]
[2] commercial fisherman, I guess for the past three
[3] years — correct?
[4]  A: Yes.
[5]  Q: -- have you ever been involved in any
[6] kind of marine casualty besides the one we're here
[7] today about?
[8]  A: Casualty?
[9]  Q: Yes, any kind of casualty, marine
[10] casualty?
[11]  A: I was injured on a boat.
[12]  Q: Tell me about that injury.
[13]  A: We were unloading fish in New Bedford.
[14] And the rope that we used to unload the fish tank
[15] snapped and caught me in the finger, and I got
[16] scarred, and that's about it.
[17]  Q: Did you make any claim against your
[18] employer for that?
[19]  A: Yes.
[20]  Q: Was that claim settled?
[21]  A: Yes.
[22]  Q: In the process of making that claim, did
[23] you file a lawsuit against your employer, or did
[24] you just ask him to pay you any —
[25]  A: Lawsuit.

Page 22

Benjamin Schober

[1]
[2]  Q: Where was the lawsuit filed?
[3]  A: Boston.
[4]  Q: And the outcome of that lawsuit was, the
[5] case was settled. Is that correct?
[6]  A: Yes.
[7]  Q: What attorney represented you in Boston?
[8] Do you know the name?
[9]  A: Latti & Anderson.
[10]  Q: Who was your employer at the time?
[11]  A: During the accident?
[12]  Q: Yes. Who was the person you brought the
[13] claim against, the lawsuit against?
[14]  A: Robert Lamb.
[15]  Q: Spell the last name.
[16]  A: L-a-m-b.
[17]  Q: L-a-m-b. Okay. You sued Mr. Lamb
[18] personally?
[19]  A: His insurance company.
[20]  Q: Who is Mr. Lamb?
[21]  A: Was the owner of the fishing vessel I
[22] worked on.
[23]  Q: What was the name of the vessel?
[24]  A: Melissa Jayne.
[25]  MR. HEALEY: What was that?

Page 23

Benjamin Schober

[1]
[2]  A: Melissa Jayne with a Y, J-a-y-n-e.
[3]  Q: Y. Oh, okay.
[4] How long did you work for Mr. Lamb?
[5]  A: About nine months.
[6]  Q: Did the accident end your employment
[7] with him?
[8]  A: No.
[9]  Q: So you continued working for him after
[10] the accident?
[11]  A: Yes.
[12]  Q: Let me go back a little bit.
[13] You said you started working as a commercial
[14] fisherman in 2004?
[15]  A: Right.
[16]  Q: What made you decide to change your
[17] career from a cook to a — or let's say chef, from
[18] a chef to a commercial fisherman?
[19]  A: I was unemployed. And my cousin Mike
[20] Stepski owned a boat and put me to work.
[21]  Q: So your cousin is Mike Stepski?
[22]  A: Well, no. He's my sister-in-law's
[23] cousin. It's just easiest. We refer to each
[24] other as our "cousin." He's not my blood cousin.
[25]  Q: How long had you been out of work when

Page 24

Benjamin Schober

[1]
[2] you finally gained employment with Mr. Stepski?
[3]  A: About five months.
[4]  Q: Now, had you had any experience as a
[5] commercial fisherman before you started working
[6] for Mr. Stepski?
[7]  A: No.
[8]  Q: Had you had any experience on boats in
[9] general before you started working with
[10] Mr. Stepski?
[11]  A: Yes.
[12]  Q: What's the basis for your experience on
[13] boats?
[14]  A: I was raised on sailboats. I raced
[15] sailboats, went cruising all over Long Island
[16] Sound.
[17]  Q: Starting from when?
[18]  A: The time I was born.
[19]  Q: And whose boats did you cruise on?
[20]  A: My parents.
[21]  Q: So your parents have owned a sailboat —
[22] they owned a sailboat the entire time you were
[23] growing up?
[24]  A: Yes.
[25]  Q: The same sailboat or different

MICHAEL STEPSKI   v.
THE M/V NORASIA ALYA

BENJAMIN SCHOBER
March 29, 2007

Page 25

**Benjamin Schober**

[1]
[2] sailboats?
[3]    A: Two different ones.
[4]    Q: How often did you sail with them
[5] during —
[6]    A: Pretty much the entire summer every
[7] summer.
[8]    Q: Would this be leave home, be on the
[9] sailboat continuously for two or three months or
[10] every weekend or — describe the circumstances.
[11]    A: Weekend strips. Sometimes we go out for
[12] a couple of weeks at a time. Day trips, a little
[13] bit of everything.
[14]    Q: Anything other than on the sailboat?
[15]    A: I used to race sailboats.
[16]    Q: Is that a different boat than your
[17] parents' boat?
[18]    A: Yes.
[19]    Q: Do you have any experience, maritime
[20] experience besides — before you started working
[21] as a commercial fisherman, did you have any
[22] maritime experience besides on sailboats?
[23]    A: No.
[24]    Q: Did any of the sailboats that you gained
[25] experience on have radars?

Page 26

**Benjamin Schober**

[1]
[2]    A: Yes.
[3]    Q: Which one had radar?
[4]    A: My parents' sailboats that we were
[5] cruising on had radar.
[6]    Q: And did you learn how to operate that
[7] radar?
[8]    A: No.
[9]    Q: How is your eyesight?
[10]    A: 20/20.
[11]    Q: Have you ever been in the military?
[12]    A: No.
[13]    Q: I think you told me you don't have any
[14] licenses. You don't have any merchant marine or
[15] Coast Guard documents. Is that correct?
[16]    A: No.
[17]    MR. HEALEY: That is correct.
[18]    A: That is correct. I do not.
[19]    Q: I think I understood, but thank you for
[20] clarifying the record because we might have been
[21] confused later.
[22]    And you do not have a Connecticut operator's
[23] permit? Is that correct? For boats?
[24]    A: No.
[25]    Q: 2004, is that when Mike Stepski asked

Page 27

**Benjamin Schober**

[1]
[2] you or offered you a position on his boat to go
[3] fishing?
[4]    A: Yes.
[5]    Q: What boat was that?
[6]    A: Eva Claire.
[7]    Q: When is the first time that you went out
[8] on the Eva Claire?
[9]    A: May of '04.
[10]    Q: Was that May — was the first time the
[11] accident in this case, or was it before that?
[12]    A: The accident was my second trip on the
[13] boat.
[14]    Q: So how long before the accident did you
[15] make your first trip, how many weeks?
[16]    A: About a week before that.
[17]    Q: And how long was the first trip that you
[18] made on the Eva Claire?
[19]    A: Twenty-four hours.
[20]    Q: Where did you leave?
[21]    A: New London.
[22]    Q: And did you come back to New London?
[23]    A: Yes.
[24]    Q: What did you do on that first trip?
[25]    A: I was a deck hand, worked the nets with

Page 28

**Benjamin Schober**

[1]
[2] him.
[3]    Q: Was there anybody else on board besides
[4] you and Mr. Stepski?
[5]    A: Yes. Gael was on the boat.
[6]    Q: So it was just the three of you at the
[7] time?
[8]    A: Yes.
[9]    MR. HEALEY: G-a-e-l.
[10]    Q: And is the second trip that you made
[11] with Mr. Stepski the trip that the accident
[12] happened on?
[13]    A: Yes.
[14]    Q: Since working on the Eva Claire on the
[15] day of the accident, what other commercial fishing
[16] vessels have you served on?
[17]    A: I worked on a lobster boat in Groton.
[18]    Q: Is this the first boat after the
[19] accident that you worked on?
[20]    A: Yes.
[21]    Q: Who owned the boat?
[22]    A: Dick Sawyer.
[23]    Q: How long did you work for him?
[24]    A: About three months.
[25]    Q: When did you start working — how soon

Page 29

*Benjamin Schober*

[1] [2] after the accident did you start working for
[3] Mr. Sawyer?
[4] A: About two months.
[5] Q: So sometime in the summer, say, July of
[6] 2004?
[7] A: Right.
[8] Q: Do you — was it the beginning of July
[9] or the end of July, you think?
[10] A: Middle of July.
[11] Q: It was definitely after the 4th of July
[12] holiday?
[13] A: Yeah.
[14] Q: So after you worked for Mr. Sawyer for
[15] three months on a lobster boat, what did you do
[16] next?
[17] A: I went to work on the Melissa Jayne.
[18] Q: How long did you work on the Melissa
[19] Jayne?
[20] A: Until the end of November, say,
[21] Thanksgiving.
[22] Q: When did your accident happen on the
[23] Melissa Jayne?
[24] A: The end of August, I believe.
[25] Q: What kind of boat is the Melissa Jayne?

Page 30

*Benjamin Schober*

[1] [2] A: It's a 90-foot steel dragger.
[3] Q: Where did you work out of?
[4] A: New Bedford.
[5] Q: What kind of fish did you fish for?
[6] A: Whiting.
[7] Q: Same species the entire time you worked
[8] on board? Is that all you —
[9] A: Those are the main species.
[10] Q: What else did you drag for?
[11] A: Monkfish, lobsters.
[12] Q: You said you were hurt just the end of
[13] August. Did you miss any work on the Melissa
[14] Jayne because of the accident?
[15] A: No.
[16] Q: Why did you leave Mr. Lamb's employ at
[17] the end of November?
[18] A: I went to jail.
[19] Q: Is that when you were arrested for the
[20] DUI?
[21] A: Yes.
[22] Q: So from — actually, I don't think we
[23] actually asked that question.
[24] When — oh, sometime in November that you
[25] were arrested for the DUI?

Page 31

*Benjamin Schober*

[1] [2] A: Yes.
[3] Q: And how soon after your arrest did you
[4] go to jail?
[5] A: Immediately.
[6] Q: So you were in jail from the time you
[7] were arrested until the trial?
[8] A: Yes.
[9] Q: And then after the trial, you went
[10] immediately back to jail. Correct?
[11] A: Yes.
[12] Q: So when was the trial?
[13] A: There was no trial. There was a
[14] sentencing date.
[15] Q: So that means you pled guilty?
[16] A: Yes.
[17] Q: So you were released from the halfway
[18] house sometime around Thanksgiving in 2005?
[19] A: Yes.
[20] Q: What did you do after you were released
[21] from the halfway house?
[22] A: I had a job cooking in New Haven.
[23] Q: Where was the halfway house?
[24] A: New Haven, Connecticut.
[25] Q: And "halfway house" implies that you

Page 32

*Benjamin Schober*

[1] [2] were allowed to go out and do things out in the
[3] community and had to come back every night or
[4] periodically. Is that correct?
[5] A: Yes.
[6] Q: Did you work while you were in this
[7] halfway house?
[8] A: Yes.
[9] Q: What did you do — what employment did
[10] you have in the halfway house?
[11] A: I was a cook.
[12] Q: Did you just continue the same job that
[13] you had as a cook in New Haven after you left the
[14] halfway house?
[15] A: Yes.
[16] Q: How long did you work as a cook in New
[17] Haven?
[18] A: About a year and a half.
[19] Q: What did you do after that?
[20] A: I moved back to Uncasville and started
[21] fishing again.
[22] Q: Who did you start fishing with?
[23] A: Gary Yerman.
[24] Q: Spell his last name.
[25] A: Y-e-r-m-a-n.

Min-U-Script®     FINK & CARNEY (800) NYC-FINK

**MICHAEL STEPSKI   v.**
**THE M/V NORASIA ALYA**

**BENJAMIN SCHOBER**
**March 29, 2007**

Page 33

**Benjamin Schober**

[1]
[2] Q: What kind of boat does Mr. Yerman own?
[3] A: 100-foot steel dragger.
[4] Q: Where does it fish out of?
[5] A: New London.
[6] Q: When did you approximately start working
[7] for Mr. Yerman?
[8] A: December of last year, '06.
[9] Q: Do you still work for Mr. Yerman?
[10] A: Yes, I do.
[11] MR. HEALEY: December?
[12] THE WITNESS: Yes.
[13] Q: Where does the — what's the name of the
[14] vessel?
[15] A: "Mystic Way."
[16] Q: Where does the Mystic Way fish?
[17] A: Where do we fish? Different canyons,
[18] Georgia Bank, Hudson Canyon.
[19] Q: How long is a typical trip on the Mystic
[20] Way?
[21] A: One week.
[22] Q: What are your duties on the Mystic Way?
[23] A: I'm a deck hand. All sorts of cooking
[24] responsibilities, fishing responsibilities. I
[25] also cook on the boat.

Page 34

**Benjamin Schober**

[1]
[2] Q: That would be obvious. Right? You
[3] would be the cook.
[4] So he has a Culinary Institute graduate as
[5] his cook?
[6] A: One of the cooks.
[7] Q: One of the cooks. Okay.
[8] Does the crew prefer your cooking or the
[9] other cook's cooking?
[10] A: Mine.
[11] Q: I would hope so, after all of your
[12] education and experience.
[13] So when you work as a deck hand, describe
[14] what some of those — you said all kinds of
[15] duties. Describe what some of those duties are.
[16] A: Setting nets, mending the nets,
[17] processing the fish that comes out of the nets —
[18] and we take shifts on watches — rides in and out,
[19] maintenance of the boat.
[20] Q: Do you stand a watch at the wheel?
[21] A: Yes.
[22] Q: Do you operate the radar?
[23] A: I don't operate the radar. I watch the
[24] radar.
[25] Q: Have you been given instruction on how

Page 35

**Benjamin Schober**

[1]
[2] to operate or how to — what to watch for on the
[3] radar?
[4] A: Yes.
[5] Q: When you made your first trip on the Eva
[6] Claire, did Mike Stepski give you any instruction
[7] on how to operate or watch the radar?
[8] A: Yes.
[9] Q: So the first trip he gave you those
[10] instructions?
[11] A: Yes.
[12] Q: Do you recall what it is he told you or
[13] how he instructed you to operate the radar?
[14] A: Watching for blips on the radar,
[15] anything that comes within a couple-of-mile
[16] radius.
[17] Q: And had you had that kind of experience
[18] using a radar like that before, before you were on
[19] the Eva Claire?
[20] A: No.
[21] Q: How long did Mr. Stepski spend
[22] instructing you on how to use the radar?
[23] A: About six hours.
[24] Q: So he and you sat down in front of the
[25] radar for approximately six hours and —

Page 36

**Benjamin Schober**

[1]
[2] A: Yes.
[3] Q: — he discussed all the features of the
[4] radar with you?
[5] A: Yes.
[6] Q: Was that on the first — that was on the
[7] first trip?
[8] A: Right.
[9] Q: Where was the Eva Claire when this
[10] instruction was going on?
[11] A: On the way out to Montauk to go fishing.
[12] Q: I'm going to jump ahead a little bit.
[13] After the accident you were in a life raft?
[14] A: Yes.
[15] Q: And then you were rescued by the Coast
[16] Guard?
[17] A: That's right.
[18] Q: Did the Coast Guard take you to their
[19] air station on Cape Cod?
[20] A: Yes.
[21] Q: Were you interviewed by a Coast Guard
[22] investigator when you were at the air station?
[23] A: Yes.
[24] Q: Do you know the name of that
[25] investigator? Did he tell you his name?

Page 37

[1]                     *Benjamin Schober*
[2]    A: I don't remember his name.
[3]    Q: Did he introduce himself to you?
[4]    A: Yes.
[5]    Q: Did he give you a business card?
[6]    A: Yes.
[7]    Q: Do you still have that business card?
[8]    A: No. One of the names something like
[9] Alan Blume.
[10]   Q: Well, when you first arrived at Coast
[11] Guard air station in Cape Cod, got off the
[12] helicopter, what did you do?
[13]   A: Put dry clothes on, got out of my
[14] survival suit.
[15]   Q: And at what point did you — were you
[16] introduced to this investigator?
[17]   A: Probably a couple of hours later.
[18]   Q: And was he the only investigator that
[19] was with you asking you questions at the time —
[20] at that first time?
[21]   A: Yes, I believe so.
[22]   Q: Who else — were you taken to some kind
[23] of a room at Coast Guard air station in Cape Cod
[24] to be interviewed?
[25]   A: Yes.

Page 38

[1]                     *Benjamin Schober*
[2]    Q: Was there anybody else in the room
[3] besides you and the investigator?
[4]    A: I believe there was a couple of Coast
[5] Guard officials asking questions.
[6]    Q: So besides this investigator who you
[7] were introduced to, there might have been other
[8] Coast Guard officials in the room?
[9]    A: Yes.
[10]   Q: Do you know the names of any of the
[11] other officials?
[12]   A: No.
[13]   Q: You mentioned a Lieutenant Commander
[14] Blume?
[15]   A: Yes.
[16]   Q: Was Lieutenant Commander Blume one of
[17] the people that was in the room when you were
[18] first interviewed at Coast Guard air station in
[19] Cape Cod?
[20]   A: No.
[21]   Q: Were either Mike Stepski or Gael
[22] Roderick in the room at the same time you were
[23] being questioned?
[24]   A: No.
[25]   Q: How long did that first interview at the

Page 39

[1]                     *Benjamin Schober*
[2] air station last?
[3]    A: About two hours.
[4]    Q: Did the investigator make notes? Was he
[5] writing on a piece of paper as he was talking to
[6] you or asking questions?
[7]    A: Yes.
[8]    Q: Have you ever been shown a copy of those
[9] notes that he made?
[10]   A: No.
[11]   Q: Were you over shown a copy of any
[12] typed-up notes? I'm assuming he was — you say he
[13] was writing on a piece of paper when he was asking
[14] questions. Correct?
[15]   A: Yes.
[16]   Q: Did he later show you a set of notes
[17] that he had typed up?
[18]   A.
[19]   MR. WEIGEL: No.
[20]   Q: I'm going to ask that this document be
[21] marked as the next exhibit, which is 30.
[22]   (Coast Guard document entitled
[23] Conversation Record is marked as Schober
[24] Exhibit 30 for Identification.)
[25]   Q: I'm putting in front of a document that

Page 40

[1]                     *Benjamin Schober*
[2] we've marked at Exhibit 30. Have you ever seen
[3] that document before?
[4]    MR. HEALEY: Before you go on, this is
[5] just lawyer stuff. What's that marked as?
[6] Exhibit?
[7]    THE WITNESS: Thirty.
[8]    MR. HEALEY: Thirty. Exhibit 30 appears
[9] to me, from what I know, as part of the Coast
[10] Guard investigating report. I need not go into
[11] great length. Earlier on I stated the basis for
[12] my objections to using this in any form, and I
[13] object to the use of this in any form.
[14]   MR. WEIGEL: Your objection is noted.
[15]   Q: So you can actually answer all these
[16] questions. That objection is just for the record.
[17] It doesn't affect your — unless Mr. —
[18]   MR. HEALEY: Doesn't —
[19]   Q: Unless Mr. Healey tells you not to
[20] answer, you can continue here.
[21]   MR. HEALEY: Off the record.
[22]   (Off-record discussion.)
[23]   Q: Have you ever seen this document before?
[24]   A: I've not seen this document, no.
[25]   Q: When you told us earlier that you had

Page 41

Benjamin Schober

[1]
[2] reviewed the entire Coast Guard report, you don't
[3] remember seeing this as part of the Coast Guard
[4] report?

[5]    A: I may have. It was a very long report.

[6] What I do remember, though, is when I did —

[7]    MR. HEALEY: Just answer the question.

[8] He asked you: Do you remember seeing this?

[9]    A: No, I don't remember seeing this. But I

[10] said that I didn't —

[11]    MR. HEALEY: Don't volunteer. You

[12] just — I don't know whether you're going to put

[13] your foot in your mouth, see? There's no question

[14] in front of you. And also, if you start wandering

[15] all around, we'll be here until the day after

[16] Easter. So give him a full answer to the question

[17] he asks you.

[18]    Q: I'd like you to take a look at the

[19] document, which is entitled "Conversation Record,"

[20] which we've marked as Exhibit 30. Take a moment

[21] and tell me if, to the best of your recollection,

[22] that reflects what you told the Coast Guard

[23] investigator at the air station in Cape Cod.

[24]    A: Yeah.

[25]    Q: To the best of your recollection, can

Page 42

Benjamin Schober

[1]
[2] you determine, from your initial reading of this

[3] document, that there are any errors that the Coast

[4] Guard investigator made recording what you told

[5] him?

[6]    A: I don't see any mistakes.

[7]    Q: Okay. Now, during your interview with

[8] the Coast Guard investigator and the Coast Guard

[9] officials at the air station in Cape Cod, were you

[10] asked to write down, make a written statement in

[11] your own handwriting as to what happened?

[12]    A: I don't recall if I actually wrote it

[13] myself or not. I believe somebody took down my

[14] statement, and I had to sign it.

[15]    Q: I'm going to show you a document which

[16] has been previously marked as Exhibit 14 and ask

[17] you if you've ever seen that document or you

[18] remember seeing that document before.

[19]    MR. HEALEY: Look at it. Same objection

[20] that I've already stated.

[21]    MR. WEIGEL: Noted.

[22]    Q: Do you recognize that document?

[23]    A: Yes.

[24]    Q: Is that your handwriting?

[25]    A: Yes.

Page 43

Benjamin Schober

[1]
[2]    Q: So does that document refresh your

[3] recollection that you actually made a statement in

[4] your own handwriting —

[5]    A: Yes.

[6]    Q: — on the day of the accident? Do you

[7] recall about what time you arrived at the air

[8] station on the helicopter that day?

[9]    A: I don't know what time it was. It was

[10] late afternoon.

[11]    Q: It was still daylight?

[12]    A: Yes.

[13]    Q: And you said it was maybe two or three

[14] hours after you arrived that you had the first

[15] conversation with — about the incident with the

[16] Coast Guard. Is that correct? In other words,

[17] you were at the Coast Guard air station in Cape

[18] Cod for a couple of hours getting, dry clothes,

[19] etc., before they took you into this office and

[20] started interviewing you?.

[21]    A: Yes, that's right.

[22]    Q: Was it before or after that interview

[23] that you wrote down this statement? Do you

[24] recall?

[25]    A: During the interview, I believe.

Page 44

Benjamin Schober

[1]
[2]    Q: Okay. Now, after you were interviewed

[3] at Cape Cod, were you ever interviewed again by

[4] the Coast Guard?

[5]    A: Yes.

[6]    Q: Where did that interview take place?

[7]    A: Coast Guard base in New London.

[8]    Q: In New London?

[9]    A: Yes.

[10]    Q: Okay. And who was present for that

[11] interview?

[12]    A: Alan Blume.

[13]    Q: Was it just you and Mr. Blume together?

[14]    A: No.

[15]    Q: Who else was there?

[16]    A: There was a couple of Coast Guard

[17] officers that came up from New York, I believe,

[18] and one or two officers from the base at New

[19] London.

[20]    Q: Was it — what there anybody else

[21] besides the Coast Guard officers and yourself?

[22]    A: There was just us that were in the

[23] office at the same time.

[24]    Q: Was Mr. — was Mr. Stepski or

[25] Mr. Roderick there at the same time?

Page 45

*Benjamin Schober*

[1]
[2] **A:** Not in the room.
[3] **Q:** Did you have an attorney present at the
[4] time?
[5] **A:** No.
[6] **Q:** Do you recall how many days after the
[7] incident that that interview took place?
[8] **A:** I believe it was two days.
[9] **Q:** So if the incident took place on
[10] Saturday, May — was it Saturday?
[11] **A:** 22nd.
[12] **Q:** May 22? It was Saturday?
[13] **A:** Yes.
[14] **Q:** So this was either Monday or Tuesday of
[15] the following week?
[16] **A:** Right.
[17] **Q:** And how long did — the interview with
[18] Lieutenant Commander Blume and the other Coast
[19] Guard officials, how long did that last?
[20] **A:** About two hours.
[21] **Q:** And did Mr. Blume make notes during the
[22] interview?
[23] **A:** Yes.
[24] **Q:** Did he ever show you his notes from the
[25] interview?

Page 46

*Benjamin Schober*

[1]
[2] **A:** I saw them in the Coast Guard report.
[3] **Q:** So you saw his write-up in the Coast
[4] Guard report?
[5] **A:** Yes.
[6] **Q:** And what he had written in the Coast
[7] Guard report, to the best of your recollection,
[8] did it accurately reflect what you told him during
[9] the interview that you had a couple of days after
[10] the accident?
[11] **A:** Yes.
[12] **Q:** Are there any other times that you met
[13] with the Coast Guard besides the two days after
[14] the accident?
[15] **A:** No.
[16] **Q:** So you — after you met with Mr. Blume
[17] two days after the accident, that's the last time
[18] you've spoken to the Coast Guard about this
[19] incident. Is that correct?
[20] **A:** Yes.
[21] **Q:** You looked at the Coast Guard report.
[22] Had anyone given you a copy of the Coast Guard
[23] report?
[24] **A:** Yes.
[25] **Q:** So you have your own copy of the Coast

Page 47

*Benjamin Schober*

[1]
[2] Guard report?
[3] **A:** Yes.
[4] **Q:** Where is that copy now?
[5] **A:** At my home.
[6] **Q:** When you reviewed the report, did you
[7] make any marks or notes on the report as you were
[8] reviewing it?
[9] **A:** No.
[10] **Q:** Now, on the day of the event, what time
[11] did you arrive at the dock?
[12] **MR. HEALEY:** Which event?
[13] **Q:** I'm sorry. The accident, May 22.
[14] **A:** Yes.
[15] **Q:** What time did you report to the dock to
[16] board the Eva Claire to go out on the trip?
[17] **A:** About 2:30 in the morning.
[18] **Q:** Did you — what did you do the night
[19] before this fishing trip?
[20] **A:** The night before? Got a lot of sleep.
[21] **Q:** About what time did you go to bed? Do
[22] you remember?
[23] **A:** Probably about six o'clock.
[24] **Q:** What had you doing the day before?
[25] **A:** Probably working on my house.

Page 48

*Benjamin Schober*

[1]
[2] **Q:** Did you have anything to drink the night
[3] before?
[4] **A:** Possibly.
[5] **Q:** What could you have had to drink the
[6] night before? You said "possibly" you had
[7] something to drink. What could that have been?
[8] I'll be specific. Did you drink any alcoholic
[9] beverages the night before the trip?
[10] **A:** I'm not sure. If I did, it wasn't much.
[11] **Q:** Well, if you did, how much is not very
[12] much in your definition?
[13] **A:** Three or four beers.
[14] **Q:** Three or four beers.
[15] So you think you maybe got seven or eight
[16] hours sleep before you —
[17] **A:** Yes.
[18] **Q:** Again, let me finish asking the
[19] question.
[20] You probably got seven or eight hours sleep
[21] before you got up to go to the Eva Claire.
[22] Correct?
[23] **A:** Yes.
[24] **Q:** And am I correct in understanding that
[25] you brought beer with you to the Eva Claire?

Page 49

**Benjamin Schober**

[1]

[2] A: Yes.

[3] Q: How much did you bring?

[4] A: I believe it was a 12 pack.

[5] Q: How long after you got to the dock did

[6] the boat leave?

[7] A: About half an hour.

[8] Q: Was Mr. Stepski there when you got

[9] there?

[10] A: Yes.

[11] Q: Was Mr. Roderick there when you got

[12] there?

[13] A: Yes.

[14] Q: And how long from the time you left the

[15] dock to the time — did it take you to get to the

[16] fishing grounds?

[17] A: About six hours.

[18] Q: What were you going out to fish for?

[19] A: Monkfish.

[20] Q: What was the weather like when you left

[21] the dock?

[22] A: It was foggy.

[23] Q: Do you recall if the Eva Claire was

[24] sounding fog signals?

[25] A: I don't recall.

Page 50

**Benjamin Schober**

[1]

[2] Q: Now, the first time you had gone out on

[3] the Eva Claire with Mr. Stepski, what was the

[4] weather like during that trip?

[5] A: It was a much more — clearer day.

[6] Q: Did you encounter any fog during that

[7] first trip?

[8] A: A little bit, not much.

[9] Q: Did Eva Claire sound fog signals when

[10] you encountered fog on the first trip?

[11] A: I don't believe so.

[12] Q: And when you say you don't recall, is

[13] that you don't recall that they sounded fog

[14] signals, or you just don't recall the situation at

[15] all?

[16] A: I don't recall it sounding fog signals.

[17] Q: So you don't ever remember hearing fog

[18] signals when you were on the Eva Claire the second

[19] trip. Correct?

[20] A: Right.

[21] Q: What duties were you assigned during the

[22] trip out to the fishing grounds?

[23] MR. HEALEY: May 22?

[24] Q: On May 22.

[25] A: On the trip out?

Page 51

**Benjamin Schober**

[1]

[2] Q: Yes.

[3] A: I didn't have any duties.

[4] Q: What did you do during that six-hour

[5] period?

[6] A: Slept.

[7] Q: Did you drink any beer during that trip

[8] out?

[9] A: No.

[10] Q: So if I understand your testimony, you

[11] left the dock about 3:30?

[12] A: It was about three o'clock.

[13] Q: You said you got there about three?

[14] A: Like 2:30.

[15] Q: 2:30. I see. And you left about three?

[16] A: Right.

[17] Q: So you got to the — where you were

[18] going to fish at about nine o'clock. Is that

[19] correct?

[20] A: Right.

[21] Q: What did you do — where was it that you

[22] were going exactly? Do you know?

[23] A: Thirty miles south of Montauk.

[24] Q: And were there already nets in place

[25] that you were going to pick up?

Page 52

**Benjamin Schober**

[1]

[2] A: Yes.

[3] Q: So you get to the first net at about

[4] nine o'clock in the morning?

[5] A: Yeah.

[6] Q: What did you and the crew do when you

[7] got to the net?

[8] A: Made breakfast.

[9] Q: So you had breakfast before you started

[10] working the first net?

[11] A: That's right.

[12] Q: Do you know how many nets the Eva Claire

[13] had set in the water that you were going to work

[14] that day?

[15] A: I believe it was three.

[16] Q: So before you started working the first

[17] net, you had breakfast. Who cooked breakfast?

[18] A: Mike did.

[19] Q: And what — how long did it take to cook

[20] and eat breakfast?

[21] A: About half an hour.

[22] Q: And after breakfast what did you do?

[23] A: Started working on the nets.

[24] Q: Did you drink any beer with breakfast?

[25] A: No.

Page 53

**Benjamin Schober**

[1]
[2] Q: So you started working the first net at
[3] about 9:30?
[4] A: Right.
[5] Q: What are your duties as you were working
[6] the nets?
[7] A: Taking the fish out of the nets.
[8] MR. HEALEY: You never asked him — off
[9] the record.
[10] (There is an off-the-record discussion.)
[11] Q: So let me see if I understand what you
[12] were doing. Your job was just to pick the fish
[13] out of the nets. Is that correct?
[14] A: Right.
[15] Q: Where were you standing on the boat
[16] while the net was being pulled and you were
[17] picking fish?
[18] A: Right next to a stainless steel table.
[19] The fish come in off of a crane, the winch that
[20] brings the net in.
[21] Q: I'm going to show you a document which
[22] has been marked as Exhibit 1. I'd like you to
[23] look through it. It's a set of photographs. And
[24] I'd like you to look through those photographs and
[25] tell me if you recognize where those photographs

Page 54

**Benjamin Schober**

[1]
[2] were taken.
[3] MR. HEALEY: What I'm suggesting is:
[4] Look at all of them before you answer.
[5] A: I'm not sure about this very last one.
[6] Most of these are the Eva Claire.
[7] Q: Okay. Are the photographs in Exhibit 1
[8] marked A and B, are those of you at the stern area
[9] of the Eva Claire, the best that you can tell?
[10] A: Yes.
[11] Q: Now, there's an individual in an orange
[12] overcoat, raincoat standing at the aft end of the
[13] Eva Claire in the photographs marked A and B. Is
[14] that where you were standing when you were taking
[15] the fish off the net?
[16] A: No.
[17] Q: Where in relationship to where he was
[18] standing were you standing?
[19] A: More in the middle of the boat, like
[20] right next to this table.
[21] Q: So the table that you can see in
[22] Exhibit — photograph A — 1A at the bottom of the
[23] photograph, you were standing next to that table?
[24] A: Yes.
[25] Q: Were you standing on the port or the

Page 55

**Benjamin Schober**

[1]
[2] starboard side of Eva Claire to pick up the fish?
[3] A: Port.
[4] Q: How long do you recall that it took to
[5] pull and pick the fish out of that first net?
[6] A: About two hours.
[7] Q: What did you do after the net had been
[8] completely pulled?
[9] A: We set it back in the water.
[10] Q: About how long did that take?
[11] A: About a half hour, 45 minutes.
[12] Q: Now, when you were pulling the net, what
[13] was Mr. Stepski doing?
[14] MR. HEALEY: "Pulling"? Just explain.
[15] Q: You said you were pulling the first net,
[16] picking the fish out of it. During that two-hour
[17] period what was Mr. Stepski doing?
[18] MR. HEALEY: Just so you know what I was
[19] thinking, we haul the fish in, and then reset the
[20] net. Right? You're talking about —
[21] Q: When he's hauling the net in, what was
[22] Mr. Stepski doing?
[23] A: Helping work on the net.
[24] Q: When you say "helping," what
[25] specifically was he doing?

Page 56

**Benjamin Schober**

[1]
[2] A: Standing next to the winch, working on
[3] the nets, looking over his shoulder on the radar.
[4] Q: And what was Mr. Roderick doing during
[5] that period of time?
[6] A: Just working on the nets.
[7] Q: When you say "working on the nets," you
[8] mean pulling the fish out of the nets?
[9] A: Yes.
[10] Q: When you pull the fish out of the nets,
[11] where do they go?
[12] A: They go into pens in the back of the
[13] boat.
[14] Q: And how much — that first net that you
[15] pulled, how much fish did you pull out of that
[16] net?
[17] A: Enough to fill up at least one of the
[18] pens.
[19] Q: One of the fish pens is almost full or
[20] full by the time you were done pulling that first
[21] net?
[22] A: Right.
[23] Q: So you said you had breakfast — you
[24] arrived at the first net about nine, had breakfast
[25] about a half an hour, started working at 9:30. It

Page 57

**Benjamin Schober**

[1]
[2] took about two hours?
[3] A: Right.
[4] Q: So you finish working it about 11:30.
[5] Is that correct?
[6] A: Yeah.
[7] Q: And then about half an hour to 45
[8] minutes to reset the net?
[9] A: Right.
[10] Q: So we're talking somewhere around —
[11] between 12 and 12:30 when you finished setting the
[12] net?
[13] A: Right.
[14] Q: What happened after you set the net?
[15] A: We went to the next net and started
[16] pulling that one in.
[17] Q: Okay. How far along hauling that net
[18] did you get before the accident happened?
[19] A: About halfway.
[20] Q: How much fish had you filled the next
[21] pen with by the time you got to the — halfway
[22] through that net?
[23] A: It was pretty full.
[24] Q: So there was actually more fish in the
[25] second net than there were in the first net?

Page 58

**Benjamin Schober**

[1]
[2] A: I think so.
[3] Q: Was the second net longer than the first
[4] net?
[5] A: No.
[6] Q: So they were both the same length, as
[7] far as you know?
[8] A: Right.
[9] Q: Which — go back and look at Exhibit 1.
[10] Which pen — I assume that — I'm going to ask you
[11] this, and tell me if I'm correct. I'm assuming
[12] the person that we see in that picture 1A and 1B
[13] is actually standing either next to or in the fish
[14] pens. Is that correct?
[15] A: Right.
[16] Q: Okay. When you pulled the first —
[17] pulled the first net and picked the fish out of
[18] the first net, which of the three pens did the
[19] fish go into?
[20] A: I believe it was the pen right — in the
[21] aft of the boat.
[22] Q: Okay. That pen, did it stretch across
[23] the entire aft end of the boat? It took the
[24] entire width of the boat?
[25] A: Yes, it did.

Page 59

**Benjamin Schober**

[1]
[2] Q: And that's the one that was pretty much
[3] filled up to the top by the time you finished
[4] pulling the first net?
[5] A: Right.
[6] Q: And as you're pulling the second net,
[7] where did the fish go? Which pen did the fish go
[8] into as you were pulling the second net?
[9] A: The one on the port side of the boat.
[10] Q: And it was, you said, almost full by the
[11] time you got halfway down the net. Correct?
[12] A: Yes.
[13] Q: Now, can you describe how the
[14] orientation of these nets was in terms of compass
[15] direction?
[16] A: I'm not sure what direction the nets
[17] were in.
[18] Q: And you said there were a total of three
[19] strings of nets, three separate strings of nets
[20] that you were planning on working that day?
[21] A: Right.
[22] Q: Do you know about how far apart the nets
[23] were?
[24] A: I'm not sure how far. It wasn't very
[25] far.

Page 60

**Benjamin Schober**

[1]
[2] Q: Now, what was the weather conditions?
[3] What was the visibility when you were working the
[4] nets?
[5] A: Not good, probably zero visibility.
[6] Q: So you couldn't see — in other words,
[7] when you came — at the beginning of one net, you
[8] couldn't see the other end of the net, could you?
[9] A: No.
[10] Q: Where the floats were for the net?
[11] A: No.
[12] Q: When you finished resetting the first
[13] net after you pulled the fish out — you said it
[14] took about 30 to 45 minutes — how long did it
[15] take you to get to the second net? Do you recall?
[16] A: Probably five minutes.
[17] Q: And that was using — was Mr. Stepski
[18] driving the boat from the first net to the second
[19] net?
[20] A: Yes.
[21] Q: And did he use full RPMs that you
[22] recall?
[23] A: I believe so.
[24] Q: Now, you said you were about halfway
[25] through the second string of — second net when

Page 61

[1] **Benjamin Schober**
[2] the accident occurred. Correct?
[3] **A:** Yes.
[4] **Q:** Okay. If you go look back at
[5] Exhibit 30 -- and there's a fourth bullet point
[6] down from the top of that. It says, "Contact
[7] stated that they had just completed hauling first
[8] string of gear when they were struck by ship."
[9] That's not an accurate statement, according to
[10] what you're saying to us now. Is that correct?
[11] **A:** Right. We were into the second set of
[12] nets then.
[13] **Q:** Now, describe for us the sequence of
[14] events that happened when you were hit by the
[15] other ship. You were standing in the same place,
[16] picking fish off the net. Is that correct?
[17] **A:** Yes.
[18] **Q:** Did you hear any conversations between
[19] Mr. Stepski and Mr. Roderick about radar contacts?
[20] **A:** Yes.
[21] **Q:** Do you recall what they were saying to
[22] each other about radar contacts?
[23] **A:** Mike was watching a blip on the radar.
[24] **Q:** And do you recall how soon after you
[25] started working the second net that you first

Page 62

[1] **Benjamin Schober**
[2] heard Mr. Stepski mention that he was watching a
[3] blip on the radar?
[4] **A:** I don't remember how far into the net it
[5] was, no.
[6] **Q:** Was it before you started working the
[7] net, or you had already started working the net?
[8] **A:** We had already started working the net.
[9] **Q:** And what do you recall Mr. Stepski
[10] saying about the blip that he was watching on the
[11] radar?
[12] **A:** He was saying that they're known fishing
[13] grounds, and there's some lobster draggers that
[14] generally work in the same area, and that's what
[15] he was assuming he was watching on the radar.
[16] **Q:** Did Mr. Roderick have any conversations
[17] with Mr. Stepski about the blip that was on the
[18] radar?
[19] **A:** No.
[20] **Q:** Do you recall if Mr. Stepski — was he
[21] having these conversations about the radar — was
[22] he standing at the net hauler, or was he inside
[23] the pilot house?
[24] **A:** He was at the net hauler looking into
[25] the wheel house.

Page 63

[1] **Benjamin Schober**
[2] **Q:** Do you recall if Mr. Stepski ever went
[3] into the wheel house during this period of time to
[4] look — to get a closer look at the radar?
[5] **A:** He did go into the wheel house, yes.
[6] **Q:** Do you recall how many times, as you
[7] were hauling the second net, Mr. Stepski went into
[8] the wheel house?
[9] **A:** Probably three or four.
[10] **Q:** Do you know if Mr. Roderick was also
[11] watching the radar and watching this blip?
[12] **A:** I don't believe he was, no. He was on
[13] the back of the boat.
[14] **Q:** So could you see the radar from where
[15] you were picking fish?
[16] **A:** No.
[17] **Q:** And do you think that Mr. Roderick could
[18] have seen the radar from where he was picking
[19] fish?
[20] **A:** Probably not.
[21] **Q:** Do you recall Mr. Roderick ever going
[22] into the pilot house to look at the radar?
[23] **A:** No.
[24] **Q:** So as far as you know, the only person
[25] that went into the pilot house to look at the

Page 64

[1] **Benjamin Schober**
[2] radar or do anything was Mr. Stepski. Right?
[3] **A:** Right.
[4] **Q:** Did there come a time that Mr. Stepski
[5] expressed any concern about this blip that he was
[6] watching on the radar?
[7] **A:** No, not until shortly before the
[8] collision.
[9] **Q:** What happened shortly before the
[10] collision?
[11] **A:** Mike ran into the wheel house and put
[12] the boat in gear and tried getting out of the way.
[13] **Q:** Before he ran into the wheel house to
[14] put the boat in gear, do you recall him saying to
[15] anybody to untie the bridle?
[16] **A:** Not until it was too late.
[17] **Q:** When — so he did say, "Untie the
[18] bridle" at some point. Is that correct?
[19] **A:** Yeah.
[20] **Q:** Do you recall when he said, "Untie the
[21] bridle"?
[22] **A:** As he was throwing the boat into gear.
[23] **Q:** Did he ever say, "Cut the bridle"?
[24] **A:** I believe that's what he said, yes.
[25] **Q:** So rather than, "Untie the bridle," he

Page 65

**Benjamin Schober**

[1]
[2] said, "Cut the bridle"?
[3]  **A:** I believe it was, "Cut it," yes.
[4]  **Q:** Did he tell anybody to get a knife or an
[5] ax out to get ready to cut the bridle?
[6]  **A:** I don't think there was specific
[7] instructions. It was just more, "Cut the bridle.
[8] Cut the nets."
[9]  **Q:** How soon after — what happened after he
[10] put the boat in gear and said, "Cut the nets"?
[11]  **A:** It was only a matter of seconds until
[12] the collision. And I was getting to the back of
[13] the boat because it was pretty obvious there was
[14] about to be a collision.
[15]  **Q:** Besides, "Cut the nets," did Mr. Stepski
[16] say anything else?
[17]  **A:** "Oh, shit."
[18]  **Q:** Do you remember him saying that?
[19]  **A:** Yes.
[20]  **Q:** How soon before the collision did he say
[21] that?
[22]  **A:** Couple of seconds maybe.
[23]  **Q:** When he said, "Cut the bridle" and he
[24] put the boat in gear, did you know why he had
[25] given that order or why he was putting the boat

Page 66

**Benjamin Schober**

[1]
[2] into gear?
[3]  **A:** Yes.
[4]  **Q:** What did you understand — at that point
[5] what did you understand was the reason for that
[6] order?
[7]  **A:** Because there was a big ship coming down
[8] on top of us.
[9]  **Q:** How did you know there was a big ship
[10] coming down on top of you?
[11]  **A:** You could see it.
[12]  **Q:** So when Mr. Stepski said, "Cut the
[13] bridle" and put the boat into gear and he went to
[14] go put the boat into gear, at that point you could
[15] see the large ship bearing down on you?
[16]  **A:** Yes.
[17]  **Q:** Before you could see the large ship
[18] bearing down on you, did anyone have any concern
[19] that they needed to get out of the way of this
[20] blip coming —
[21]   **MR. HEALEY:** Object to the form. You
[22] can answer it. That's just an objection to the
[23] form for lawyers.
[24]  **A:** No. Just kept watching the radar.
[25] Didn't bring anything to my immediate attention,

Page 67

**Benjamin Schober**

[1]
[2] no.
[3]  **Q:** So did you see the ship, the large ship
[4] that was bearing down on you —
[5]  **A:** Yes.
[6]  **Q:** -- before the collision?
[7]  **A:** Yes.
[8]  **Q:** Did you see it before or after
[9] Mr. Stepski said, "Cut the bridle" and he went to
[10] put the boat into gear?
[11]  **A:** Right about the same time.
[12]  **Q:** How far away would you estimate the ship
[13] was when you first saw it?
[14]  **A:** It was pretty close. 50 feet, 100 feet.
[15]  **Q:** Do you recall hearing the Eva Claire's
[16] engine RPMs increase?
[17]  **A:** Yes.
[18]  **Q:** Did it look to you like the Eva Claire
[19] was starting to make some headway?
[20]  **A:** A little bit.
[21]  **Q:** Do you recall if Mr. Stepski turned the
[22] Eva Claire in one direction or another when he put
[23] the boat in gear?
[24]  **A:** No.
[25]  **Q:** He didn't turn, or you don't recall?

Page 68

**Benjamin Schober**

[1]
[2]  **A:** I don't know if he turned or not.
[3]  **Q:** How soon after you saw the ship appear
[4] did the collision happen?
[5]  **A:** A couple of seconds.
[6]  **Q:** What happened when the collision
[7] occurred? Where did the large ship hit the Eva
[8] Claire?
[9]  **A:** Right in the wheel house.
[10]  **Q:** Where were you standing?
[11]  **A:** Rear of the wheel house.
[12]  **Q:** Were you standing in the same place that
[13] you had been when you were picking fish, or had
[14] you moved when you saw the big ship coming?
[15]  **A:** I moved to the back of the boat.
[16]  **Q:** Where was Mr. Roderick when the
[17] collision occurred?
[18]  **A:** In the back of the boat.
[19]  **Q:** Where was Mr. Stepski when the collision
[20] occurred?
[21]  **A:** Coming out of the wheel house.
[22]  **Q:** So he had moved away from where the
[23] point of collision was? Mr. Stepski moved away
[24] from the point of collision?
[25]  **A:** Yes.

Page 69

**Benjamin Schober**

[1]
[2] **Q:** Did you — did — the large ship that
[3] hit you — do you know what a "bulbous bow" is?
[4] **A:** Yes.
[5] **Q:** Did it have a bulbous bow?
[6] **A:** Yes.
[7] **Q:** Could you see the bulbous bow?
[8] **A:** Yeah.
[9] **Q:** Was there a bow wave on the ship that
[10] hit you?
[11] **A:** Yes.
[12] **Q:** Standing on the deck of the Eva Claire,
[13] was the bow wave higher than your head or below
[14] your head?
[15] **A:** Below.
[16] **Q:** When you're standing on the Eva Claire,
[17] the deck, your feet are about where the water line
[18] is on the Eva Claire. Correct?
[19] **A:** Pretty close.
[20] **Q:** So this bow wave on the ship that hit
[21] you was less than 6 feet high?
[22] **A:** I believe so, yes.
[23] **Q:** Do you remember what color the hull of
[24] the ship that hit you was?
[25] **A:** Blue.

Page 71

**Benjamin Schober**

[1] **A:** No, I don't recall seeing anything.
[2] **Q:** Now, do I understand correctly the ship
[3] that hit you and hit the Eva Claire on the Eva
[4] Claire starboard side?
[5] **A:** That's correct.
[6] **Q:** All three of you were on the stern. So
[7] the ship is now going by and you're looking up at
[8] the port side of the ship that hit you. Correct?
[9] **A:** That would be the port side, yes.
[10] **Q:** Is there anything that you remember that
[11] you could tell us to describe the port side of the
[12] ship that you saw that was going by?
[13] **A:** It was big and blue.
[14] **Q:** Could you see any up on the deck of the
[15] ship?
[16] **MR. HEALEY:** Did you say by?
[17] **Q:** Could you see up on the deck of the ship
[18] as it was going by?
[19] **A:** Some containers.
[20] **Q:** What kind of containers did you see?
[21] **A:** I don't know. It was big boxes on the
[22] deck of the boat.
[23] **Q:** That's all you saw, were containers?
[24] **A:** Yes.

Page 70

**Benjamin Schober**

[1]
[2] **Q:** What color — was it a light blue or a
[3] dark blue?
[4] **A:** Dark.
[5] **Q:** Could you see any other markings on the
[6] bow of the — or could you see any markings on the
[7] bow of the ship that hit you?
[8] **A:** Well, just around the water line. It
[9] was, like, a reddish colored bottom.
[10] **Q:** You want to take a second to take a
[11] break?
[12] **A:** Yeah.
[13] **MR. WEIGEL:** We'll take five minutes.
[14] (There is a recess taken.)
[15]                 **BY MR. WEIGEL:**
[16] **Q:** So besides the red bottom color that you
[17] saw, could you see any markings up high on the
[18] bow?
[19] **A:** Just the bridge, the white bridge on the
[20] back of the boat.
[21] **Q:** Well, you're a little bit ahead of me.
[22] We're still at the moment of impact, and you're
[23] looking up at the bow of the ship that hit you.
[24] Did you see anything like a name or any other
[25] markings up at the top of the bow?

Page 72

**Benjamin Schober**

[1]
[2] **Q:** And as the ship went by, describe what
[3] you saw on the back end of the ship.
[4] **A:** It's all white in the bridge of the
[5] boat.
[6] **Q:** The containers that you saw on the deck,
[7] do you recall what colors they were?
[8] **A:** No, I don't.
[9] **Q:** Did you see any markings on any of the
[10] containers?
[11] **A:** No.
[12] **Q:** Did you see any markings on the side of
[13] the ship?
[14] **A:** Not that I recall.
[15] **Q:** Did you see any markings on the stern of
[16] the ship?
[17] **A:** No.
[18] **Q:** Do you recall telling the Coast Guard
[19] that you saw the ship's home port on the stern of
[20] the ship?
[21] **A:** I told them I may have seen it, but ...
[22] **Q:** But what?
[23] **A:** It was a thought. It wasn't
[24] definitely — wasn't anything definite.
[25] **Q:** Well, do you recall at the time you were

Page 73

**Benjamin Schober**

[1]
[2] being interviewed that the name on the back of the
[3] ship was "Port Elizabeth"?
[4]   **A:** I said it may be. I thought I may have
[5] seen that on the back of the boat. It was nothing
[6] I could verify.
[7]   **Q:** Who did you tell that you saw "Port
[8] Elizabeth" on the back of the boat?
[9]   **A:** I believe Mr. Blume.
[10]   **Q:** Can you describe the superstructure of
[11] the ship that hit you to us?
[12]   **A:** You mean the hull?
[13]   **Q:** No. The part of the — the deck house,
[14] the part of the ship above the deck.
[15]   **A:** As I recall, it was white on the very
[16] back of the boat.
[17]   **Q:** Could you see the bridge? Could you see
[18] the bridge?
[19]   **A:** From behind perhaps.
[20]   **Q:** Could you see the port bridge wing?
[21]   **A:** I could see a wing on it.
[22]   **Q:** Did you see anybody standing on the
[23] wing?
[24]   **A:** No.
[25]   **Q:** Did you see anybody standing on the deck

Page 74

**Benjamin Schober**

[1]
[2] as the ship went by?
[3]   **A:** No.
[4]   **Q:** What else did you see on the after part
[5] of the ship? Anything in particular that you
[6] recall?
[7]   **A:** A raised transom on the thing. Nothing,
[8] really. There was a life raft on the back of the
[9] boat.
[10]   **Q:** Where was the life raft?
[11]   **A:** Up on the stern.
[12]   **Q:** What color was the life raft?
[13]   **A:** Not sure. I'm not sure what color it
[14] was.
[15]   **Q:** Now, where was this life raft mounted on
[16] the stern of the ship? Do you recall: Was it in
[17] the center of the superstructure, on the port
[18] side?
[19]   **A:** I think it was more on the starboard
[20] side. I believe it was, like, centered.
[21]   **Q:** When you say "life raft," do you mean it
[22] was a life boat, or it was a big circular,
[23] doughnut-shaped raft?
[24]   **A:** A boat.
[25]   **Q:** A life boat. I see.

Page 75

**Benjamin Schober**

[1]
[2]   **Q:** Now, before the collision occurred, when you
[3] first looked up and saw this ship looming out of
[4] the fog, did you hear anything other than the
[5] noises on board the Eva Claire?
[6]   **A:** No.
[7]   **Q:** Could you hear the engines of the ship
[8] that was looming out of the fog?
[9]   **A:** I don't recall hearing the engines
[10] before the actual collision.
[11]   **Q:** Do you remember hearing the engines
[12] after the collision?
[13]   **A:** Yes.
[14]   **Q:** At what point do you remember hearing
[15] the engines of the ship that hit you?
[16]   **A:** By the time the ship had already passed.
[17] Don't get me wrong. It was shortly after the
[18] collision. I mean, it's kind of hard not to hear
[19] it when you're right along the side of it.
[20] That's — really, I mostly heard it as it was
[21] going away.
[22]   **Q:** Do you remember seeing the exhaust
[23] stack —
[24]   **A:** Yes.
[25]   **Q:** — the stack of the ship that hit you?

Page 76

**Benjamin Schober**

[1]
[2]   **A:** Yes.
[3]   **Q:** Where was that located with respect to
[4] the bridge of the ship?
[5]   **A:** It was in front of it, I believe.
[6]   **Q:** So you saw an exhaust stack that was in
[7] front of the bridge. Is that correct?
[8]   **A:** I believe so.
[9]   **Q:** What happened after the collision?
[10]   **A:** What happened after the collision?
[11]   **Q:** You were standing on the stern of the
[12] Eva Claire.
[13]   **A:** Right.
[14]   **Q:** The ship that hit you had gone by. Tell
[15] me what happened next.
[16]   **A:** After the ship had already gone by?
[17]   **Q:** Yes, the ship had gone by.
[18]   **A:** We were hanging onto the boat, trying to
[19] float, you know, and —
[20]   **Q:** When you say you were "hanging onto the
[21] boat, trying to float," you were hanging onto the
[22] stern section of the Eva Claire. Is that correct?
[23]   **A:** For a little while. It sank pretty
[24] quick.
[25]   **Q:** How soon after the collision do you

Page 77

**Benjamin Schober**

[2] recall that it sank?

[3] A: Matter of minutes.

[4] Q: Okay. What did you do after the stern

[5] section sank?

[6] A: Got onto the front half.

[7] Q: And what happened then?

[8] A: We had to retrieve survival suits out of

[9] the boat.

[10] Q: Who did that?

[11] A: Mike.

[12] Q: What did you have to do to get the

[13] survival suits?

[14] A: There was, like, a forward hatch on the

[15] boat. They had to swim under the — about half of

[16] the boat and pull them out of the boat.

[17] Q: Did you — all three of you get into the

[18] survival suits while you were still in the water?

[19] A: I believe we put them on in the raft.

[20] Q: At what point did you spot the life raft

[21] from the Eva Claire?

[22] A: It was — it took a while for it to pop

[23] up. I'm real not sure how long. But it

[24] self-inflated, so ...

[25] Q: Where was the life raft mounted, or

Page 78

**Benjamin Schober**

[2] where was it kept on the Eva Claire?

[3] A: I believe it was down below, like the

[4] forward half of the boat.

[5] Q: And is it your recollection that the

[6] life raft inflated automatically and came out of

[7] the forward half of the boat, or is that something

[8] that Mr. Stepski went down and pulled out —

[9] A: It inflated on its own.

[10] Q: Inflated on its own. Where — tell me

[11] again where in the forward half of the boat the

[12] life raft was stowed? Was it stowed below deck?

[13] A: Down below, yes, in the forward bow

[14] section.

[15] Q: And you don't think Mr. Stepski pulled

[16] the life raft out?

[17] A: No.

[18] Q: So the life raft came to the surface.

[19] You had the survival suits. You got into the life

[20] raft and put on the survival suits. Right?

[21] A: Yes.

[22] Q: What happened then?

[23] A: Started paddling around for wreckage,

[24] trying to find the EPIRB.

[25] Q: Did you ever find the EPIRB?

Page 79

**Benjamin Schober**

[2] A: Yes.

[3] Q: Describe the condition of the EPIRB when

[4] you found it.

[5] A: The antenna on it was exposed, and it

[6] was a little beat-up looking.

[7] Q: Did Mr. Stepski do anything with the

[8] EPIRB when he found it?

[9] A: Yeah. We brought it in the life raft.

[10] Q: Did you do anything else with it that

[11] you know?

[12] A: We were holding it above our heads. We

[13] took turns holding it.

[14] Q: Did you find anything else while you

[15] were paddling through the debris?

[16] A: Yes.

[17] Q: What?

[18] A: Beers, compass, pancake syrup, mustard,

[19] soda, flares.

[20] Q: What did you do with that material that

[21] you came across as you were paddling through the

[22] debris?

[23] A: Drank the beers, lit the flares.

[24] Q: How many beers did you drink?

[25] A: At least six.

Page 80

**Benjamin Schober**

[2] Q: I may have asked you this, but just let

[3] me make sure and go back and see.

[4] You say you did not drink any beer with

[5] breakfast. Correct?

[6] A: No.

[7] Q: How about from the time you finished

[8] working the first net and reset it and were

[9] repositioning the boat for the second net? Did

[10] you stay on the stern the whole time, or did you

[11] go up into the pilot house?

[12] A: When we were working the nets, I was

[13] always on the deck of the boat.

[14] Q: How about when you were repositioning

[15] from one net, from the first net to the second

[16] net?

[17] A: I sat on the deck.

[18] Q: Did you drink a beer during that period

[19] of time?

[20] A: No.

[21] Q: How long would you say you were in

[22] the — how long would you say you were in the life

[23] raft before you were rescued by the helicopter?

[24] A: I guess a few hours.

[25] Q: Was anyone else in the life raft — did

Page 81

**Benjamin Schober**

[1]
[2] anyone else drink any beer?
[3]    A: No.
[4]    Q: Just you?
[5]    A: Just me.
[6]    Q: Did the beer come up as — did the whole
[7] 12 pack come to the surface or individual cans?
[8]    A: Individual cans.
[9]    Q: Where was the beer stowed on the Eva
[10] Claire before the accident?
[11]    A: It was in the — we have, like, an ice
[12] cooler and — not a cooler, like, a holding tank
[13] for ice we put on the fish, and it was probably
[14] just aft the wheel house.
[15]    Q: So it was on deck?
[16]    A: No. Below the deck.
[17]    Q: It was below deck?
[18]    A: Yes.
[19]    Q: So the beer was below deck in the ice
[20] holding tank?
[21]    A: Yes.
[22]    Q: The 12 pack was just in that holding
[23] tank all by itself?
[24]    A: Yes.
[25]    Q: Was it wrapped in anything else?

Page 82

**Benjamin Schober**

[1]
[2]    A: No.
[3]    Q: The 12 pack, did that come, like,
[4] wrapped in a cardboard box?
[5]    A: It's cardboard, yes.
[6]    Q: Did you put the whole cardboard box in
[7] the holding tank, or did you take all the beers
[8] out?
[9]    A: It was in the box, original packaging.
[10]    Q: And they popped to the surface in
[11] individual cans?
[12]    A: Yes.
[13]    MR. WEIGEL: I would like to mark this
[14] document as the next exhibit.
[15]    (11-page document entitled Occupational
[16] Medicine Services Drug Screen Report is marked as
[17] Schober Exhibit 31 for Identification.)
[18]    Q: Mr. Schober, I put before you a document
[19] which we've marked as Exhibit 31. And the
[20] first — it's an 11-page document. The first page
[21] is a fax cover sheet entitled "US Coast Guard
[22] Sector, Long Island Sound."
[23]    Have you ever seen this document before?
[24]    A: No.
[25]    Q: After being rescued by the Coast Guard

Page 83

**Benjamin Schober**

[1]
[2] and sometime, either on the aircraft or when you
[3] arrived at the Coast Guard air station in Cape
[4] Cod, being given a breathalyzer test?
[5]    A: Yes.
[6]    Q: And what was your blood alcohol content
[7] after the breathalyzer?
[8]    A: I'm not sure.
[9]    Q: You were told what it was?
[10]    A: I believe so.
[11]    Q: Sitting here today, you don't have any
[12] recollection of what you were told it was?
[13]    A: Not exactly. I think I was just over
[14] .1.
[15]    Q: You believe it was over .1?
[16]    A: I think so.
[17]    Q: After you were at Coast Guard air
[18] station in Cape Cod, did you go to a hospital to
[19] be tested for drugs?
[20]    A: Yes.
[21]    Q: Where was that hospital?
[22]    A: New Bedford.
[23]    Q: And when were you — did you go to the
[24] hospital in New Bedford?
[25]    A: It was that night after they were done

Page 84

**Benjamin Schober**

[1]
[2] questioning us on Cape Cod. I think they said we
[3] had 24 hours to submit a drug test.
[4]    Q: So you went from the air station at Cape
[5] Cod to the hospital in New Bedford. Is that
[6] correct?
[7]    A: Yes.
[8]    Q: Now, if you look at page 5 of this
[9] document — are you there?
[10]    A: Yes.
[11]    Q: Now, that's got your name, "Ben
[12] Schober." It says — actually, it has
[13] "S-c-h-o-l-b-e-r." But is that actually your date
[14] of birth and your name?
[15]    A: Yeah, birth date is right.
[16]    Q: On the right-hand side it has a Social
[17] Security number. Is that your Social Security
[18] number?
[19]    A: Yes.
[20]    Q: This says that the collection date was
[21] May 23 at about 12:15 in the morning. Is that
[22] when you recall arriving at the hospital in New
[23] Bedford?
[24]    A: I think it was a little earlier than
[25] that. I don't think it was quite midnight. It

Page 85

**Benjamin Schober**

[1]
[2] was late. It was night.
[3]    Q: How did you get from Cape Cod to New
[4] Bedford?
[5]    A: Mike's wife Kirsten picked us up.
[6]    Q: Were you told by the Coast Guard
[7] investigators that you were required by Coast
[8] Guard regulations to provide a sample for a drug
[9] and alcohol test?
[10]   A: Yes.
[11]   Q: Now, this "Occupational Medicine
[12] Services Drug Screen Report" indicates that the
[13] drugs tested for were marijuana, cocaine,
[14] phenylcyclidine, opiates, and amphetamines.
[15]   A: Right.
[16]   Q: It indicates you tested positive for
[17] marijuana.
[18]   A: That's right.
[19]   Q: Do you dispute that result?
[20]   A: No.
[21]   Q: Before the accident — how long before
[22] the accident had you last smoked marijuana?
[23]   A: Probably close to two weeks.
[24]   Q: So in the two weeks prior to going out
[25] fishing on the Eva Claire, you didn't smoke

Page 86

**Benjamin Schober**

[1]
[2] marijuana at all. Is that your testimony?
[3]    A: That's right.
[4]    Q: You didn't smoke marijuana the night
[5] before the accident?
[6]    A: No.
[7]    MR. HEALEY: You're getting
[8] argumentative. He answered that. You just said:
[9] So in the two weeks beforehand you didn't smoke
[10] marijuana? He says yes. Doesn't that uncover
[11] what you were just asking?
[12]   MR. WEIGEL: I'm just trying to make
[13] sure that his recollection is accurate.
[14]   MR. HEALEY: Okay.
[15]   Q: So it's your testimony that you did not
[16] smoke marijuana the night before the accident?
[17]   A: No.
[18]   Q: And you did not smoke marijuana the day
[19] of the accident.
[20]   A: No.
[21]   Q: Is that also your testimony?
[22]   A: That's right.
[23]   Q: When did you first begin using illegal
[24] drugs?
[25]   MR. HEALEY: I object to the form.

Page 87

**Benjamin Schober**

[1]
[2] Object to the form. You're assuming something
[3] beyond marijuana, I guess, here, and I wish you'd
[4] be specific.
[5]    Q: I'll be specific. When did you begin
[6] using marijuana?
[7]    A: Probably when I was, like, 15.
[8]    Q: And from the time you were 15 until the
[9] last time you smoked marijuana before the
[10] accident, how often did you use marijuana on a
[11] weekly basis?
[12]   A: Not even, probably once every couple of
[13] weeks.
[14]   Q: So for approximately ten years time,
[15] from the time you were 15 until — even more than
[16] that. How old were you when this accident
[17] happened?
[18]   A: Thirty-one.
[19]   Q: So for over 15 years you regularly
[20] smoked marijuana every couple of weeks?
[21]   A: No.
[22]   Q: Tell me: How often did you smoke
[23] marijuana during that 15-year period of time?
[24]   A: I've gone four or five years without
[25] smoking.

Page 88

**Benjamin Schober**

[1]
[2]    Q: In the — all right.
[3] So let's say in the six months prior to the
[4] accident, how often did you smoke marijuana?
[5]    A: Once every couple of weeks.
[6]    Q: How much marijuana would you smoke once
[7] every couple of weeks?
[8]    A: A joint or two.
[9]    Q: Did — Mr. Stepski or Mr. Roderick, did
[10] you ever smoke marijuana with either one of them?
[11]   A: No.
[12]   Q: Did Mr. Stepski know that you were a
[13] regular user of marijuana?
[14]   A: I don't think so.
[15]   Q: How about Mr. Schober?
[16]   A: Mr. Roderick?
[17]   Q: I'm sorry. You're Mr. Schober.
[18] Mr. Roderick?
[19]   A: No.
[20]   Q: Any members of your family know that you
[21] regularly smoke marijuana?
[22]   A: My brother.
[23]   Q: So if Mr. Stepski had inquired about
[24] your background from members of your family, he
[25] could have found out that you regularly used

MICHAEL STEPSKI  v.
THE M/V NORASIA ALYA

BENJAMIN SCHOBER
March 29, 2007

Page 89

**Benjamin Schober**

[1]
[2] marijuana. Is that correct?
[3]     MR. HEALEY: It's a guess, but I object
[4] to the form. You can guess with him.
[5]     A: Yes. There's no secrets.
[6]     MR. WEIGEL: I have no further questions
[7] for now. I reserve the right to ask a follow-up
[8] after — actually, no. Actually, let me do one
[9] thing. Let me do one thing before he takes over.
[10]     MR. HEALEY: Off the record.
[11]     (There is a recess taken.)
[12]             BY MR. WEIGEL:
[13]     Q: Mr. Schober, besides marijuana, have you
[14] ever used any other illegal drugs?
[15]     A: Illegal?
[16]     Q: Illegal drugs, yes.
[17]     A: No.
[18]     Q: Now, what was your agreement with
[19] Mr. Stepski regarding how you would be paid for
[20] your work on board the Eva Claire?
[21]     A: I get paid a share.
[22]     Q: And what share were you — was the
[23] agreement to get paid?
[24]     A: I don't know exactly what my share was.
[25] Seeing how I was just starting, I'm sure it wasn't

Page 90

**Benjamin Schober**

[1]
[2] a full share.
[3]     Q: Well, were you paid for your — you made
[4] a trip about two weeks, you said, before the
[5] incident — before the accident. Did you go to
[6] the same set of nets during that trip as you had
[7] done — the first trip, did it go to the same set
[8] of nets as you went to during the accident?
[9]     A: Yes.
[10]     Q: And did you pull the nets and pick fish
[11] out of the nets?
[12]     A: Yes.
[13]     Q: And did you fill up all the fishing
[14] pens, the fish pens on that trip?
[15]     A: Not quite.
[16]     Q: And took that fish back to New London?
[17]     A: Yes.
[18]     Q: And off-loaded it?
[19]     A: Yes.
[20]     Q: And did you get paid for that trip?
[21]     A: Yes.
[22]     Q: Do you recall how much you got paid for
[23] that trip?
[24]     A: Around $400.
[25]     Q: And did you have any — did Mike Stepski

Page 91

**Benjamin Schober**

[1]
[2] explain to you how he came up with the figure of
[3] $400 for your — as your salary for that trip?
[4]     A: No.
[5]     Q: Did you ever inquire from Mr. Stepski
[6] about how your payment for your services on board
[7] the Eva Claire would be calculated?
[8]     A: Not exactly.
[9]     Q: Well, how about: Did you ever ask him
[10] inexactly?
[11]     A: Yes.
[12]     Q: All right. What conversation did you
[13] have with him about how you would be paid for your
[14] services on the Eva Claire?
[15]     A: Well, you work for a percentage of the
[16] catch. It varies on the price of the fish.
[17]     Q: And he never told you what the
[18] percentage was?
[19]     A: No.
[20]     Q: And you never asked him?
[21]     A: No.
[22]     Q: And do you know if that percentage was
[23] based on the gross income from the fish, or were
[24] other expenses taken out first, and you were paid
[25] out of the net income?

Page 92

**Benjamin Schober**

[1]
[2]     A: Yeah, other expenses are taken out.
[3]     Q: They were taken out first?
[4]     A: Yes.
[5]     Q: And then your share was calculated?
[6]     A: Yes.
[7]     Q: Describe for me, please, what you are
[8] claiming in a general way, not specifically, but
[9] in a general way what you're claiming as your
[10] losses for this incident.
[11]     A: Feeling — feeling of not being able to
[12] go out on the sea safely.
[13]     MR. HEALEY: I don't think that's what
[14] you asked. Maybe I misunderstood. I thought you
[15] were still talking about money.
[16]     Q: Well, among other things, I'm talking
[17] about money. You're claiming an emotional loss?
[18]     A: Yes.
[19]     Q: How about financial losses? What
[20] financial losses are you claiming?
[21]     A: My financial losses are minimal.
[22]     Q: Well, are you making any claim for
[23] financial losses at all?
[24]     MR. HEALEY: Yes, he is. And they're
[25] minimal. Off the record a minute.

Page 93

Benjamin Schober

[1]
[2] MR. WEIGEL: No. Let's stay on the
[3] record. I would appreciate it, Mr. Healey, if
[4] you'd not testify.
[5] MR. HEALEY: I'm staying on the record.
[6] You don't have to explain about it.
[7] MR. WEIGEL: I would appreciate it if
[8] you would not testify on behalf of your client.
[9] MR. HEALEY: I don't appreciate you
[10] making that insinuation. That has never occurred
[11] between the three of us.
[12] MR. WEIGEL: Well, you just did. I
[13] asked him if he was claiming a loss, and you
[14] answered for him, so let's get his answer.
[15] MR. HEALEY: However you read that,
[16] Alan, that's how you read it. I'm sorry you did.
[17] Q: So are you claiming a loss, financial
[18] loss as a result of this incident?
[19] A: Yes.
[20] Q: And how much of a financial loss are you
[21] claiming as a result of this incident?
[22] A: Probably 500 bucks, clothing, gear.
[23] Q: Have you ever prepared a financial loss
[24] statement that outlines in detail how much your
[25] loss is for this incident?

Page 94

Benjamin Schober

[1]
[2] A: No.
[3] Q: Your answer is no?
[4] A: No.
[5] Q: Are you planning on preparing one in the
[6] future?
[7] A: I wasn't really — I don't know.
[8] Q: Well, are you willing to stipulate today
[9] that your financial losses are only $500 from the
[10] incident?
[11] MR. HEALEY: That's an improper
[12] question. Stipulations are between attorneys.
[13] Q: Is it your testimony here today that
[14] your sole financial losses as a result of this
[15] incident were $500?
[16] A: I don't think I'm prepared to testify to
[17] that today.
[18] Q: What would you have to do to be able to
[19] determine what your financial losses were from
[20] this incident?
[21] A: I'd write them down, figure it out.
[22] Q: Are you planning on doing that sometime
[23] in the future?
[24] A: Yes, probably.
[25] MR. WEIGEL: Well, we ask Mr. Healey

Page 95

Benjamin Schober

[1]
[2] that he please produce for us a statement of
[3] financial loss for Mr. Schober, as has been done
[4] for Mr. Stepski and Mr. Roderick.
[5] MR. HEALEY: I will make no such
[6] agreement. I will, of course, as we go along,
[7] prepare a pretrial order. The papers set forth
[8] the legal basis. That is my job as an attorney to
[9] formulate. And you will get a detailed basis of
[10] what claims are being made by Mr. Schober.
[11] Q: Besides the loss of your personal gear,
[12] which you said amounts to about $500 — is that
[13] your estimate?
[14] A: Probably.
[15] Q: — did you have any loss of income as a
[16] result of this incident?
[17] A: I was out of work for couple of months.
[18] Q: You were out of work for two months.
[19] Correct?
[20] A: Right.
[21] Q: You had been out of work for five months
[22] prior to starting work with Mr. Stepski. Correct?
[23] A: Right, about that, yeah.
[24] Q: And you did two trips on the Eva Claire,
[25] and then you were out of work for two months.

Page 96

Benjamin Schober

[1]
[2] Right?
[3] A: Correct.
[4] Q: What do you estimate your loss of income
[5] was for the two months that you were out of work?
[6] A: Probably 4 or 5,000.
[7] Q: And what's the basis for you claiming
[8] that you lost 4 or $5,000 of income for being out
[9] of work for two months?
[10] A: Well, 400 bucks a couple times a week
[11] over the course of two months.
[12] Q: So let me see if I understand this. You
[13] said that you expected to make $400 a couple times
[14] a week?
[15] A: That's right.
[16] Q: What was — what's your basis for
[17] thinking you could have earned $400 a couple of
[18] times a week?·
[19] A: He said that's about average that time
[20] of the year.
[21] Q: So when you say a "couple times a week,"
[22] are you saying maybe two times a week?
[23] A: Yes.
[24] Q: So that's $800 a week?
[25] A: Right.

Page 97

**Benjamin Schober**

[1]
[2] **Q:** When you started working on the lobster
[3] boat for Dick Sawyer, how much — what were you
[4] earning per week with him?
[5] **A:** About 400 a week.
[6] **Q:** So you were earning 400 a week with him?
[7] **A:** Right.
[8] **Q:** And when you started on the Melissa
[9] Jayne, how much were you earning per week on the
[10] Melissa Jayne?
[11] **A:** About a thousand dollars.
[12] **Q:** Per week?
[13] **A:** Yes.
[14] **Q:** When you were fishing on the Mystic Way,
[15] what were you earning per week on the Mystic Way?
[16] **A:** About 2500.
[17] **Q:** Per week?
[18] **A:** Yes.
[19] **Q:** Did you file an income tax return in
[20] 2004?
[21] **A:** No.
[22] **Q:** Why not?
[23] **A:** I was incarcerated.
[24] **Q:** Well, you were only incarcerated for
[25] part of 2004. Correct?

Page 98

**Benjamin Schober**

[1]
[2] **A:** Right.
[3] **Q:** So you did earn income in 2004.
[4] Correct?
[5] **A:** Yes.
[6] **Q:** Do you have any idea today what your
[7] total income was for 2004?
[8] **A:** No.
[9] **Q:** And you never went back after you were
[10] released from prison and filed your 2004 income
[11] tax return?
[12] **A:** No, I don't think so.
[13] **Q:** Did you file an income tax return in —
[14] how much income do you recall having in 2005?
[15] **A:** Probably about 35,000.
[16] **Q:** You were only —
[17] **A:** No, that's not correct.
[18] **Q:** 2005 you were only out of jail for about
[19] a little less than two months. Correct?
[20] **A:** Yeah. I didn't have an income in 2005.
[21] **Q:** How about last year? How much was your
[22] income?
[23] **A:** About 35,000.
[24] **Q:** Have you filed your income tax returns_
[25] for 2006 yet?

Page 99

**Benjamin Schober**

[1]
[2] **A:** Not yet.
[3] MR. WEIGEL: Mr. Healey, we'll make a
[4] request that when Mr. Schober files his income tax
[5] return for 2006, that we be provided a copy.
[6] MR. HEALEY: Yes, Federal income tax,
[7] we'll get them and produce them.
[8] **Q:** Do you have — since you didn't file an
[9] income tax return in 2004, do you have records of
[10] your earnings in 2004? Do you still have them?
[11] **A:** No.
[12] **Q:** What happened to your record of earnings
[13] for 2004?
[14] **A:** I don't know. Lost them.
[15] **Q:** When you got paid by Mr. Stepski for the
[16] first trip that you made on the Eva Claire, did he
[17] just hand you $400 in cash, or did he write a
[18] check?
[19] **A:** It was a check.
[20] **Q:** And how about Melissa Jayne when you
[21] were making a thousand dollars a week — I'm
[22] sorry. The lobster — let's start with the
[23] lobster fisherman.
[24] When you were making $400 a week with
[25] Mr. Sawyer, how were you paid? Cash or check?

Page 100

**Benjamin Schober**

[1]
[2] **A:** Check.
[3] **Q:** Did Mr. Sawyer provide you with any
[4] other kind of documentation, such as a pay
[5] statement showing how much he paid you?
[6] **A:** No.
[7] **Q:** Just a check? That was the sole record
[8] that you had of being paid?
[9] **A:** Yes.
[10] **Q:** What did you do with that check?
[11] **A:** Cashed it.
[12] **Q:** Did you cash it for cash, or did you
[13] deposit it into some kind of a bank account?
[14] **A:** Cashed it for cash.
[15] **Q:** How about for the Melissa Jayne? You
[16] were paid in cash or check?
[17] **A:** Check.
[18] **Q:** And what did you do with the checks when
[19] you received them?
[20] **A:** Deposited them into a bank account.
[21] **Q:** So you would have bank records showing
[22] the deposits of a thousand dollars a week for
[23] the — from about July through the end of November
[24] on Melissa Jayne for 2004?
[25] **A:** I could probably get them.

**MICHAEL STEPSKI v.**
**THE M/V NORASIA ALYA**

Page 101

[1]  Benjamin Schober
[2]  MR. WEIGEL: Mr. Healey, we're going to
[3]  call for the production of Mr. — I would not
[4]  normally ask for someone's bank records, but under
[5]  the circumstances, there's no other way to prove
[6]  his income for 2004, and we'd like a copy of his
[7]  bank records from 2004 showing his income.
[8]  MR. HEALEY: If there's nothing peculiar
[9]  about them, yes. Otherwise, I agree with you.
[10] We'll get all these records that we can to put
[11] together his earning history.
[12] MR. WEIGEL: Okay.
[13] Q: I think 2004 is apparently the year
[14] that — he said he had no income in 2005, so 2004
[15] is the year we'd like to see his income records
[16] for.
[17] MR. HEALEY: No. We're in agreement,
[18] Mr. Weigel. While you're asking me that, I'll
[19] give it to you broader. Anything that we can get
[20] that will help all of us to see some kind of
[21] reasonable basis, I'll get it for you.
[22] MR. WEIGEL: It's 12:30. We'll go off
[23] the record. I'm done.
[24] (There is a recess taken.)
[25]

Page 102

[1]  Benjamin Schober
[2]  CROSS-EXAMINATION
[3]  BY MR. UNGER:
[4]  Q: Good afternoon, Mr. Schober. My name is
[5]  Mike Unger. We met before, earlier this morning
[6]  up in the lobby. I'm going to ask you some
[7]  questions now, hopefully not repeating anything
[8]  that Mr. Weigel asked you, but there are a couple
[9]  of gaps that I want to fill in just to make the
[10] record clear. Same ground rules. Mr. Weigel told
[11] you about, I'll ask you to follow with me. Okay?
[12] A: Okay.
[13] Q: In terms of your employment, you were at
[14] Mohican Sun for about a year?
[15] A: Yes.
[16] Q: That was around 2002. Correct?
[17] A: I believe it was the year 2001 I worked
[18] there.
[19] Q: Around 2000. Okay. What did you do
[20] after you left Mohican Sun?
[21] A: I went to work for a local sports bar.
[22] Q: What was that called?
[23] A: Pin Stripes Sports Cafe.
[24] Q: Where is that?
[25] A: Norwich.

Page 103

[1]  A: No.
[2]  Q: How long were you at Pin Stripes?
[3]  A: About a year.
[4]  Q: Okay. And where did you go after Pin
[5]  Stripes?
[6]  A: I was unemployed for a few months. They
[7]  went out of business. And then I started working
[8]  for Mike Strepski.
[9]  Q: Were you fired from any of the jobs as a
[10] cook, bartender?
[11] A: No. I was actually laid off from the
[12] Norwich Inn. Things were terminated.
[13] Q: How long were you unemployed before you
[14] started working with Mike Strepski?
[15] A: Four months.
[16] Q: How much were you making a year at Pin
[17] Stripes?
[18] A: Around 40,000 per annum.
[19] Q: The suit you filed up in Boston, how
[20] much did you settle that for? a suit.
[21] A: It was, like, 2800.
[22] Q: Is that how much a total settlement
[23] settlement?

Page 104

[1]  Q: Is that how Benjamin Schober
[2]  A: I think, like, 3800.
[3]  Q: And you settled that for a third?
[4]  A: Yes, but you had up in Boston was
[5]  Q: Have you ever been married?
[6]  A: Yes.
[7]  Q: What was your wife's name?
[8]  A: Jill Mournia.
[9]  Q: And how was that the name of your wife?
[10] A: Jill Mournia, you unemployed before you
[11] Q: And are you still married?
[12] A: No.
[13] Q: And are you still married?
[14] A: No, divorced.
[15] Q: When did you get divorced?
[16] A: August of last year, '06.
[17] Q: Were you just married the one time?
[18] A: Yes.
[19] Q: Did the accident aboard the Eva Claire
[20] have anything to do with the dissolution of your
[21] marriage?
[22] A: No.
[23] Q: When did you file the suit against
[24] Mr. Lamb in connection with the accident you had
[25] on the Melissa Jayne?

MICHAEL STEPSKI v.
THE M/V NORASIA ALYA

BENJAMIN SCHOBER
March 29, 2007

Page 105

**Benjamin Schober**

[1]
[2] A: Last fall sometime, late September.
[3] Q: September of '06?
[4] A: Yes.
[5] Q: And the boat you're working on now, what
[6] is the name of it?
[7] A: The Mystic Way.
[8] Q: W-a-y?
[9] A: Yes.
[10] Q: Did Mr. Stepski know you were bringing
[11] beer on board the Eva Claire the day of the
[12] accident?
[13] A: I believe so, yes. Yes, he knew.
[14] Q: Did you have his permission to do that?
[15] A: Yes.
[16] Q: After the accident, you said that some
[17] of the beer cans floated to the surface?
[18] A: Yes.
[19] Q: How many did you pick up and bring into
[20] the raft?
[21] A: Six or eight.
[22] Q: Was that all that you were able to find?
[23] A: Yes.
[24] Q: What is the name of your brother?
[25] A: Robert Schober.

Page 106

**Benjamin Schober**

[1]
[2] Q: Your middle initial is "P." Is that
[3] correct?
[4] A: Yes.
[5] Q: What does that stand for?
[6] A: Philip.
[7] Q: P-h-i-l-i-p?
[8] A: Yes.
[9] Q: Have you — you've had several DUI
[10] arrests. Correct?
[11] A: Yes.
[12] Q: Okay. Have you ever had any counseling
[13] for alcohol abuse?
[14] A: Yes.
[15] Q: When was the first time you had
[16] counseling for alcohol?
[17] A: '95, my first DUI.
[18] Q: Was that mandated as part of your court
[19] process?
[20] A: Yes.
[21] Q: And where did you have that?
[22] A: New Haven.
[23] Q: How long did that last?
[24] A: Twelve weeks.
[25] Q: Was that an Alcoholics Anonymous type of

Page 107

**Benjamin Schober**

[1]
[2] program?
[3] A: An alcohol education class.
[4] Q: When was the next time that you had
[5] alcohol counseling?
[6] A: '99.
[7] Q: Where was that?
[8] A: Norwich.
[9] Q: Court ordered again?
[10] A: Yes.
[11] Q: How long did that last?
[12] A: About three or four months.
[13] Q: Same type of program you went through
[14] before in '95?
[15] A: No. That was more — that was
[16] out-patient counseling.
[17] Q: Which was out-patient? '95 or '99?
[18] A: '99. It was later than '99. It was,
[19] like, 2003.
[20] Q: What was the name of the place that you
[21] went to?
[22] A: SCADD, S-C-A-D-D.
[23] Q: I take it that stands for something?
[24] A: Yeah, Southeastern Counseling on Alcohol
[25] Drug something.

Page 108

**Benjamin Schober**

[1]
[2] Q: Was — the '95, was that an inpatient
[3] class or an out-patient?
[4] A: Out-patient.
[5] Q: What was the next time that you received
[6] counseling for alcohol?
[7] A: It was in the halfway house I was in. I
[8] had to take drug and alcohol classes, just part of,
[9] being there.
[10] Q: Do you consider yourself to be an
[11] alcoholic?
[12] A: Yeah.
[13] Q: Do you still drink alcohol today?
[14] A: Not today, but I do, yes.
[15] Q: Not necessarily: Did you have a drink
[16] today?, but up —
[17] A: In this period of time, yes.
[18] Q: Okay. Have you had any other counseling
[19] for alcohol besides in '95 and 2003 and through
[20] the halfway house program?
[21] A: No.
[22] Q: And the halfway house, just so we're
[23] clear, was in 2005?
[24] A: Right.
[25] Q: When did you complete your 2003 alcohol

Page 109

*Benjamin Schober*

[1]
[2] program?
[3] A: It was in the spring of '04.
[4] Q: Do you remember when?
[5] A: I believe it was April.
[6] Q: Were you given any kind of
[7] documentation?
[8] A: Yes, I have a certificate.
[9] Q: Were you given any written materials in
[10] the course of that 2003/2004 program?
[11] A: Yeah, yes.
[12] Q: Do you still have those?
[13] A: Yes.
[14] Q: I would ask that you provide that to
[15] Mr. Healey so that he can make those available to
[16] us.
[17] A: Okay.
[18] MR. HEALEY: Yeah. Let me look at them
[19] before I make a blanket statement. You'll supply
[20] them to me, and then we'll do what is proper.
[21] MR. UNGER: Okay.
[22] Q: In terms of the 2005 alcohol counseling,
[23] were you given any kind of written materials in
[24] connection with that?
[25] A: Yes, I was.

Page 110

*Benjamin Schober*

[1]
[2] Q: Do you still have those materials?
[3] A: I don't believe so. It's just a
[4] certificate.
[5] Q: You got a certificate in 2005 as well.
[6] Right?
[7] A: Yes.
[8] Q: I'll ask you to give Mr. Healey —
[9] MR. HEALEY: Same thing, yes. Why don't
[10] we make it a blanket?
[11] MR. UNGER: That's fine.
[12] MR. HEALEY: Any papers that you have
[13] obtained about an alcohol — alcohol program and
[14] the like, look for them and give them to me.
[15] THE WITNESS: Okay.
[16] Q: You're not presently involved in any
[17] alcohol counseling programs. Correct?
[18] A: Correct.
[19] Q: Do you have an intention to enroll in
[20] any such programs?
[21] A: No.
[22] Q: Did you sustain any physical injuries as
[23] a result of the accident aboard the Eva Claire?
[24] A: No.
[25] Q: Am I correct that the only damages that

Page 111

*Benjamin Schober*

[1]
[2] you're claiming for noneconomic loss, meaning lost
[3] wages and for the loss of your gear, is in respect
[4] of some kind of emotional damages?
[5] A: Yes.
[6] Q: Who is your family doctor?
[7] A: Dr. Hong.
[8] Q: Spell it.
[9] A: H-o-n-g.
[10] Q: First name?
[11] A: I don't know.
[12] Q: Where is Dr. Hong located?
[13] A: Norwich.
[14] Q: How long has Dr. Hong been your family
[15] doctor?
[16] A: He's been seeing me for about six years
[17] or so, maybe seven years. He's been our family's
[18] doctor for as long as I can remember.
[19] Q: Have you seen any other doctors besides
[20] Dr. Hong in the last six or seven years?
[21] A: Not as general practice, no.
[22] Q: And Dr. Hong is a medical doctor.
[23] Correct?
[24] A: Yes.
[25] Q: General practitioner?

Page 112

*Benjamin Schober*

[1]
[2] A: Yes.
[3] Q: Have you seen any other medical doctors
[4] besides Dr. Hong in the last six or seven years?
[5] A: I went to see a doctor for my finger I
[6] got injured.
[7] Q: Where was that doctor located?
[8] A: New Bedford.
[9] Q: What was that doctor's name?
[10] A: I don't know. It was New Bedford
[11] Medical Clinic.
[12] Q: Have you seen any other medical doctors?
[13] A: No.
[14] Q: Have you seen any mental health
[15] professionals in the last six or seven years?
[16] A: No.
[17] Q: Have you been recommended to see any
[18] mental health professionals in the last six or
[19] seven years?
[20] A: Yes.
[21] Q: Who made that recommendation?
[22] A: My attorney, family, friends.
[23] Q: When you say "my attorney," are you
[24] speaking of Mr. Healey or Mr. Stevens or both?
[25] A: Both.

Page 113

**Benjamin Schober**

[1]

[2] Q: Have they given you a name of somebody

[3] to see?

[4] A: No.

[5] Q: When did Mr. Healey or Mr. Stevens make

[6] that recommendation to you?

[7] A: When I started meeting with him.

[8] Q: When was that?

[9] A: I don't exactly know.

[10] THE WITNESS: Was it a year ago?

[11] MR. HEALEY: Don't know. Don't ask me.

[12] Off the record.

[13]     (Off-record discussion.)

[14] A: A year and a half, let's say a year and

[15] a half.

[16] Q: Okay, a year and a half is your best

[17] estimate?

[18] A: Yes.

[19] Q: Was there a reason that there was a

[20] recommendation made for you to see a mental health

[21] professional?

[22] A: Just to deal with the problems that I

[23] have.

[24] Q: Was there a particular type of mental

[25] health professional which Mr. Healey or

Page 114

**Benjamin Schober**

[1]

[2] Mr. Stevens recommended you to see?

[3] A: It was recommended to see someone who

[4] specializes in PTSD.

[5] Q: What is PTSD?

[6] A: Post-traumatic stress disorder.

[7] Q: Were you recommended to see a

[8] psychiatrist, a psychologist, a therapist, any —

[9] A: Counselor.

[10] Q: But you've not seen any type of mental

[11] health professional. Correct?

[12] A: No, I have not.

[13] Q: Do you have health insurance?

[14] A: No.

[15] Q: You mentioned that family have suggested

[16] that you see a mental health professional. What

[17] family members have told you that?

[18] A: My parents, my brother.

[19] Q: What are your parents' names?

[20] A: Maren —

[21] Q: Can you spell it?

[22] A: M-a-r-e-n. And Albert. Same last name.

[23] Q: When did your parents make the

[24] suggestion that you see a mental health

[25] professional?

Page 115

**Benjamin Schober**

[1]

[2] A: Shortly after the accident.

[3] Q: Within how many days or weeks? Can you

[4] estimate it?

[5] A: Within a couple of weeks.

[6] Q: Have you had one or more than one

[7] discussion with your parents about seeing a mental

[8] health professional?

[9] A: More than one.

[10] Q: About how many times have you discussed

[11] it?

[12] A: Five or six.

[13] Q: When was the last time that you

[14] discussed it?

[15] A: Probably about a year ago.

[16] Q: Did they recommend anybody in particular

[17] for you to go see?

[18] A: No.

[19] Q: Has anybody in your family ever been

[20] treated by a mental health professional?

[21] A: No.

[22] Q: Your brother also recommended that you

[23] see somebody?

[24] A: Yes.

[25] Q: When was that recommendation made?

Page 116

**Benjamin Schober**

[1]

[2] A: About all the time. He mentioned

[3] something a couple weeks ago about it.

[4] Q: What did he say a couple of weeks to

[5] you?

[6] A: Asking me why I don't go see a doctor

[7] and talk to him about my problems.

[8] Q: Where does your brother live?

[9] A: Montville, Connecticut.

[10] Q: You mentioned friends have also

[11] suggested that you see someone?

[12] A: Yes.

[13] Q: Can you give me their names, please?

[14] A: Yes. Cherylynn, C-h-e-r-y-l-y-n-n

[15] Lombardo, L-o-m-b-a-r-d-o.

[16] Q: Okay. Who else?

[17] A: That's about it.

[18] Q: Where does Ms. Lombardo live?

[19] A: Montville, Connecticut.

[20] Q: How long have you known Ms. Lombardo?

[21] A: About 28 years.

[22] Q: Did she mention anybody in particular to

[23] go see?

[24] A: No.

[25] Q: Do you know if she's ever seen a mental

BENJAMIN SCHOBER
March 29, 2007

[16] Q: What have they told you?

[17] A: They just told me who they see and

[18] recommend that I give them a try.

[19] Q: Well, why have you not seen a mental

[20] health professional?

[21] A: I've always been working, and since

[22] the year in jail.

[23] Q: Did you have any type of counseling for

[24] PTSD while you were in jail or at the halfway

[25] house.

[16] for the PTSD because of economics, meaning because

[17] you're not able to afford them?

[18] A: Yes.

[19] Q: Yes, you are not claiming that?

[20] A: I have not — there are economic reasons

[21] why I haven't taken counseling, yes.

[22] Q: So is it your testimony that you can't

[23] afford to go see a mental health professional?

[24] A: Yes.

[25] Q: Have you looked into going to a mental

Page 121

[1] **Benjamin Schober**
[2] health professional and found out how much it
[3] costs?
[4] A: Yes, I've priced that.
[5] Q: Okay. What did you do to price what it
[6] would cost to go see a mental health professional
[7] for PTSD?
[8] A: Basically I asked the guys that I know
[9] that are going to see the counselor what they pay
[10] for their classes.
[11] Q: The "guys" being Mr. Stepski and
[12] Mr. Roderick?
[13] A: Yes.
[14] Q: Did they tell you as well that they were
[15] going to see a Dr. Small who offered to collect
[16] only half her normal fee and await for the end of
[17] this litigation?
[18] A: I remember something about that.
[19] Q: Okay.
[20] A: I think that was an option, anyways.
[21] Q: Okay. So that was about $50 each
[22] session?
[23] A: About that.
[24] Q: But the $50 a session is not affordable
[25] for you. Is that correct?

Page 122

[1] **Benjamin Schober**
[2] A: It was more so I couldn't miss the time
[3] from work. Especially working for a week at a
[4] time, it gets impossible to schedule appointments
[5] like that on a regular basis.
[6] Q: What else have Mr. Roderick and
[7] Mr. Stepski told you about their own mental health
[8] counseling?
[9] A: It was tough for them to go, too, but
[10] these guys fished — they were day trips. They're
[11] home in their own beds every night, so it's easier
[12] for them to schedule appointments. But the
[13] classes that they did take were very helpful to
[14] them.
[15] Q: Did they go into detail about what the
[16] classes did or what they discussed, those kinds of
[17] things?
[18] A: No.
[19] Q: Dod you ever do any studying on your own
[20] concerning PTSD?
[21] A: No.
[22] Q: Have you read any articles or books or
[23] magazines or seen any kind of videos concerning
[24] PTSD?
[25] A: I've read a couple of articles on it,

Page 123

[1] **Benjamin Schober**
[2] yes.
[3] Q: Where were those articles?
[4] A: Newspaper.
[5] Q: Which newspaper do you read?
[6] A: New London Day.
[7] Q: Anywhere else?
[8] A: No. That's it.
[9] Q: The New London Day is your only source
[10] for anything you've ever read about PTSD?
[11] A: I think I read something on line.
[12] Q: Where was that, what web site?
[13] A: I don't know. I Googled "PTSD," and
[14] whatever came up.
[15] Q: When was that?
[16] A: Shortly after the accident.
[17] Q: How did you know to Google "PTSD"?
[18] A: Well, that's what I was being
[19] recommended to see counseling in, so that's what I
[20] Googled.
[21] Q: Who was recommending at this point in
[22] time?
[23] A: My parents.
[24] Q: Had you ever heard of PTSD before the
[25] Eva Claire incident?

Page 124

[1] **Benjamin Schober**
[2] A: No.
[3] Q: Did you print out any of the information
[4] that you saw on the computer?
[5] A: No.
[6] Q: Did you save any of the New London Day
[7] articles?
[8] A: No.
[9] Q: Have you had any discussions with any
[10] nonmental health professionals as to what the
[11] signs and symptoms of PTSD are?
[12] A: No.
[13] Q: Now, you mentioned that you have some
[14] problems that you believe relate to the incident
[15] aboard the Eva Claire. Correct?
[16] A: Yes.
[17] Q: Okay. Can you tell me what those
[18] problems are?
[19] A: Problems sleeping, fear, anxiety.
[20] Q: When did you first know that you were
[21] having problems sleeping?
[22] A: Immediately.
[23] Q: Have you ever had problems sleeping
[24] before?
[25] A: No.

Page 125

*Benjamin Schober*

[1]
[2] **Q:** Tell me more particularly in terms of
[3] what type of problem you were having sleeping.
[4] Would you wake up in the middle of the night?
[5] **A:** Yes.
[6] **Q:** Could you not fall asleep? Something
[7] else?
[8] **A:** Both. I had problems falling asleep and
[9] staying asleep.
[10] **Q:** Did you take any kind of medication to
[11] help you sleep?
[12] **A:** No. Yeah, I did. I had — at first I
[13] was taking Xanax.
[14] **Q:** When did you start taking the Xanax?
[15] **A:** A couple of weeks after the accident.
[16] **Q:** Where did you get the Xanax?
[17] **A:** Dr. Hong prescribed it for me.
[18] **Q:** Did you discuss the accident with
[19] Dr. Hong?
[20] **A:** Yes.
[21] **Q:** What did you tell Dr. Hong?
[22] **A:** A brief description of the accident and
[23] that I had problems sleeping.
[24] **Q:** Did you tell him anything else?
[25] **A:** That's about it.

Page 126

*Benjamin Schober*

[1]
[2] **Q:** So problems sleeping was the only — was
[3] the only complaint that you had when you saw
[4] Dr. Hong?
[5] **A:** Yes.
[6] **Q:** Okay. When was that, that you first saw
[7] Dr. Hong after the accident?
[8] **A:** About two weeks afterwards.
[9] **Q:** Have you been back to Dr. Hong since?
[10] **A:** No.
[11] **Q:** The last time you saw Dr. Hong was
[12] sometime in or about June of 2004?
[13] **A:** Yes.
[14] **Q:** Okay. Did Dr. Hong give you a
[15] prescription for the Xanax?
[16] **A:** Yes.
[17] **Q:** Where did you have that prescription
[18] filled?
[19] **A:** I believe it was at Brooks Pharmacy.
[20] **Q:** Where is that located?
[21] **A:** Montville, Connecticut.
[22] **Q:** Was there a refill on the prescription?
[23] **A:** No.
[24] **Q:** So how long did you take the Xanax for?
[25] **A:** A couple of months.

Page 127

*Benjamin Schober*

[1]
[2] **Q:** Did you take it every day?
[3] **A:** Yes.
[4] **Q:** One pill or more than one pill?
[5] **A:** I believe it was two.
[6] **Q:** Did it help you sleep?
[7] **A:** Yes.
[8] **Q:** Did you have any problems sleeping after
[9] you finished your prescription of the Xanax?
[10] **A:** Mostly when I was in jail.
[11] **Q:** Did the problems sleeping when you were
[12] in jail have anything to do with the accident, or
[13] was that a by-product of the fact that you were in
[14] jail?
[15] **A:** Both.
[16] **Q:** I would imagine it's not easy to sleep
[17] in jail, in any event.
[18] **A:** Right, of course not.
[19] **Q:** Even if you had never had the accident
[20] on the Eva Claire, do you think you would have had
[21] the same issue in terms of trying to sleep in
[22] jail?
[23] **A:** Yeah.
[24] **Q:** After you got out of jail, did the
[25] problems with having difficulty sleeping go away?

Page 128

*Benjamin Schober*

[1]
[2] **A:** Somewhat, somewhat.
[3] **Q:** When you say "somewhat," can you
[4] describe what you mean?
[5] **A:** It wasn't as bad.
[6] **Q:** When you say, "It wasn't as bad," do you
[7] mean it wasn't as frequent, or it didn't keep you
[8] up as long or as much?
[9] **A:** Both.
[10] **Q:** Do you still have trouble sleeping now?
[11] **A:** Sometimes.
[12] **Q:** Have you considered going back to
[13] Dr. Hong and asking for some more Xanax?
[14] **A:** Yes, I considered it.
[15] **Q:** Why is it that you have not gone back to
[16] Dr. Hong?
[17] **A:** No particular reason.
[18] **Q:** Do you intend to go back to Dr. Hong and
[19] talk to him about perhaps getting some more
[20] Xanax —
[21] **A:** Yes.
[22] **Q:** — because that helped you before?
[23] **A:** Yes.
[24] **Q:** How often do you have trouble sleeping
[25] now?

Page 129

**Benjamin Schober**

[1]
[2] A: A few times a week.
[3] Q: Few times. Two, three?
[4] A: Three or four.
[5] Q: Do you wake up in the middle of the
[6] night, or do you have trouble going to sleep, or
[7] both?
[8] A: Both.
[9] Q: Do you do anything to help yourself try
[10] and sleep?
[11] A: No.
[12] Q: Warm milk, tea, something over the
[13] counter?
[14] A: No. I can't. I'm usually fishing. I
[15] can't really take anything that would knock myself
[16] out.
[17] Q: What about smoke a joint? Do you smoke?
[18] Does that help you to go to sleep?
[19] A: No.
[20] Q: Okay. You mentioned before another one
[21] of the problems that you had as a result of —
[22] what you say is a result of this accident is fear?
[23] A: Yes.
[24] Q: Can you tell me what you mean by that?
[25] A: When I get near the water.

Page 130

**Benjamin Schober**

[1]
[2] Q: When you get near the water, what
[3] happens?
[4] A: In general I get nervous, I get tense, I
[5] shake, go down below in the boat and hide, sweat.
[6] Q: When was the first time after the
[7] accident that you went back down toward the water?
[8] A: Probably about three weeks after the
[9] accident.
[10] Q: Did you go on a boat then?
[11] A: No. Just taking a car down to Jersey.
[12] Q: And tell me what happened.
[13] A: Basically I was going through Newark and
[14] going through the container port there and — I
[15] don't know. I was a mess. That's what happened.
[16] I swore I saw the boat that hit us.
[17] Q: You saw the boat that hit you?
[18] A: I thought I did.
[19] Q: Was it the same boat?
[20] A: I don't know. It looked similar, is all
[21] I can say.
[22] Q: Were you driving?
[23] A: No.
[24] Q: Who was with you?
[25] A: My brother.

Page 131

**Benjamin Schober**

[1]
[2] Q: Was your brother driving?
[3] A: Yes.
[4] Q: Anybody else in the car?
[5] A: His wife.
[6] Q: What's his wife's name?
[7] A: Deborah.
[8] Q: D-e-b-o-r-a-h?
[9] A: Yes.
[10] Q: Did you have any discussions with your
[11] brother or Deborah at that time?
[12] A: Yes.
[13] Q: What did you say to them and they say to
[14] you?
[15] A: I told him I thought that was the boat
[16] that hit us. And I don't think he really
[17] understood the size that these boats are, and he
[18] said, "Oh, crap," basically. I don't know. I did
[19] most of the talking.
[20] Q: What were you telling them?
[21] A: About the accident, really. I started
[22] living the accident again, is what I did.
[23] Q: Had you discussed the accident with your
[24] brother before?
[25] A: Yes.

Page 132

**Benjamin Schober**

[1]
[2] Q: Had you discussed it with Deborah
[3] before?
[4] A: Yes.
[5] Q: Had you discussed the accident before
[6] with your parents?
[7] A: Yes.
[8] Q: Anybody else?
[9] A: Cherylynn Lombardo.
[10] THE WITNESS: He already has her name
[11] written down.
[12] A: Mike and Geal, of course, and Kirsten.
[13] Q: Anybody else?
[14] A: Dr. Hong.
[15] Q: Anyone else?
[16] A: That's about it.
[17] Q: How many times had you talked about the
[18] accident from the time that you got home from
[19] Coast Guard air station until the trip down to New
[20] Jersey?
[21] A: Or today, for that matter. Every day.
[22] Q: You talk about it every day?
[23] A: Pretty much.
[24] Q: The guys on your current boat, have you
[25] talked to them about the accident?

Page 133

*Benjamin Schober*

[1]
[2] A: Yes.
[3] Q: The other boats you worked on before?
[4] A: Yes.
[5] Q: People in jail?
[6] A: Yes.
[7] Q: People in the halfway house?
[8] A: Yes.
[9] Q: Okay. The lobster boat?
[10] A: Yes.
[11] Q: Now, you said, as you were driving past
[12] the container, you were reliving the accident?
[13] A: Pretty much, yeah.
[14] Q: When you say "pretty much," I'm not sure
[15] what you mean.
[16] A: Well, yeah, it was running through my
[17] mind like it was only yesterday.
[18] Q: Was that the first time that you relived
[19] the accident?
[20] A: No.
[21] Q: How often had you relived the accident
[22] before that incident?
[23] A: Twice a week.
[24] Q: Do you still relive the accident now?
[25] A: Yes.

Page 134

*Benjamin Schober*

[1]
[2] Q: What circumstances trigger you to relive
[3] the accident?
[4] A: Shipping lanes, seeing a big boat on the
[5] horizon, a blip on the radar, fog.
[6] Q: Anything else?
[7] A: Going to work, coming home from work.
[8] Q: Anything else?
[9] A: Yeah. Sudden noises. You know, a
[10] little jumpy.
[11] Q: Where are you most often when you relive
[12] the accident?
[13] A: On the boat.
[14] Q: Does it impact you in your ability to do
[15] your job?
[16] A: Yes.
[17] Q: How so?
[18] A: Well, it makes me scared, you know. It
[19] makes my head all out of sorts. And sometimes I
[20] have problems concentrating, lose focus pretty
[21] quickly.
[22] Q: Any other way it impacts your job?
[23] A: You know, if I can't get to sleep or
[24] something because I'm having a problem, of course
[25] I'm going to be tired and I'm going to barely do

Page 135

*Benjamin Schober*

[1]
[2] the job.
[3] Q: Currently you're working both as a cook
[4] and a deck hand?
[5] A: I'm a deck hand. Someone's got to cook.
[6] It's not my job. I don't have to cook. We eat
[7] Hot Pockets or peanut butter and jelly sandwiches.
[8] Q: So you volunteer to do the cooking?
[9] A: Yeah.
[10] Q: The boat crew doesn't consist of
[11] someone's whose job is solely as a cook?
[12] A: No.
[13] Q: Okay. Have you considered going back to
[14] working in a restaurant?
[15] A: Yes.
[16] Q: And do you plan to do that?
[17] A: Not right away, not as long as I keep
[18] fishing.
[19] Q: Why is that?
[20] A: Money is a lot better.
[21] Q: Have you investigated shore-side jobs in
[22] a restaurant or something else?
[23] A: Yes.
[24] Q: Okay. And what kind of jobs have you
[25] looked at?

Page 136

*Benjamin Schober*

[1]
[2] A: Mostly cooking. It's about all I do,
[3] cook or fish. But during the winter months
[4] there's not much available in New London County.
[5] Q: Not much available in terms of cooking?
[6] A: Right.
[7] Q: But you could fish all year long?
[8] A: Yes.
[9] Q: How has the incident affected your
[10] social life?
[11] A: I don't know. That's a tough one. Just
[12] other than if I'm out, you know, go near the
[13] water, you know, I'm a mess again, and they say
[14] I'm a little nutty, you know.
[15] Q: When you say a "little nutty," what do
[16] you mean by that?
[17] A: Basically I start acting weird when I go
[18] near the water. I don't think that's exactly
[19] normal behavior. I'm not too keen on going to the
[20] beach, you know.
[21] Q: Do your parents still own a boat?
[22] A: Yes.
[23] Q: Have you been out on your parents' boat
[24] since the accident?
[25] A: Once.

MICHAEL STEPSKI   v.
THE M/V NORASIA ALYA

BENJAMIN SCHOBER
March 29, 2007

Page 137

*Benjamin Schober*

[1]
[2] Q: And when was that?
[3] A: About three months after the accident.
[4] Q: Was that a day trip, an overnight?
[5] A: Day trip.
[6] Q: Where did you go?
[7] A: We went to Fisher's Island and back.
[8] Q: Did you help sail the boat?
[9] A: Yes.
[10] Q: Still a sailboat. Right?
[11] A: Yes.
[12] Q: Once a sailor, always a sailor.
[13] But you helped run it and sail it?
[14] A: Yes.
[15] Q: Why haven't you been back on the boat?
[16] A: I didn't enjoy it very much.
[17] Q: How long were you out?
[18] A: Four hours.
[19] Q: Have you been on any other
[20] privately-owned boats other than your parents'
[21] since the accident?
[22] A: No.
[23] Q: The only other boats have been the boats
[24] you've worked on?
[25] A: I've been on a ferry.

Page 138

*Benjamin Schober*

[1]
[2] Q: Okay. What ferry?
[3] A: Orient Point.
[4] Q: When was that?
[5] A: About two months ago.
[6] Q: Anybody go with you?
[7] A: My father.
[8] Q: Anybody else?
[9] A: No. That's it, except all the
[10] passengers on the boat, but they didn't go with
[11] us.
[12] Q: Anybody else you knew?
[13] A: No.
[14] Q: When you went on your parents' boat to
[15] Fisher's Island, who was on board?
[16] A: Just my father.
[17] Q: Have you been on any other boats?
[18] A: No.
[19] Q: Did you have any issues when you were on
[20] the Orient Point ferry?
[21] A: No.
[22] Q: Is there anything else in terms of your
[23] social life which has been affected as a result of
[24] the accident aboard the Eva Claire that you
[25] haven't already told us about?

Page 139

*Benjamin Schober*

[1]
[2] A: No.
[3] Q: Have you been on board any fishing boats
[4] that have gone to the same general area where the
[5] Eva Claire was involved in the collision?
[6] A: Yes.
[7] Q: When was the first time you returned to
[8] that general area?
[9] A: September of '04.
[10] Q: Was that on the lobster boat?
[11] A: No. Melissa Jayne.
[12] Q: Did being in that general area cause you
[13] any difficulties?
[14] A: Yes.
[15] Q: Tell me about that.
[16] A: I started to shake and get overwhelmed
[17] with fear.
[18] Q: What was the weather that day?
[19] A: Clear.
[20] Q: Daylight?
[21] A: Yes.
[22] Q: Any boat traffic?
[23] A: Yes.
[24] Q: Were you fishing in that area?
[25] A: No.

Page 140

*Benjamin Schober*

[1]
[2] Q: Just transiting through?
[3] A: Yes.
[4] Q: How do you know you were in the general
[5] area of the accident site?
[6] A: Because we went the same way on the Eva
[7] Claire. I could see it on the chart. It was
[8] about 30 miles south of Montauk.
[9] Q: Did you take any readings on the chart?
[10] A: Yeah, I looked at it on the chart.
[11] Q: Did you have a GPS on board of Loran?
[12] A: Yes.
[13] Q: And did you use the Loran or the GPS to
[14] actually plot your position?
[15] A: I didn't plot the position. I could see
[16] it on the plotter.
[17] Q: You had an electronic chart?
[18] A: Yes.
[19] Q: If you had not gone to jail, your
[20] intention was to work that year as a commercial
[21] fisherman?
[22] A: Yes.
[23] Q: And you would have stayed aboard the
[24] same boat?
[25] A: Yes.

Page 141

**Benjamin Schober**

[1]

[2] **Q:** Did you see any articles or

[3] television — coverage in the paper or on TV

[4] concerning the Eva Claire?

[5] **A:** Yes.

[6] **Q:** Did you keep copies of any of that

[7] stuff?

[8] **A:** Yes.

[9] **Q:** Could you provide that to Mr. Healey so

[10] he could make it available to us?

[11] **A:** Yes.

[12] **Q:** Did you personally go looking for —

[13] MR. HEALEY: Off the record.

[14] (Off-record discussion.)

[15] **Q:** Did you go looking in the paper with the

[16] specific intent of trying to find a story about

[17] the accident, or did you just stumble upon it?

[18] **A:** The day after the accident I kind of

[19] went looking for it, and a couple of weeks later I

[20] couldn't miss it. It was on the front page of the

[21] paper. Other than that, I kind of went looking to

[22] see me on the news.

[23] MR. HEALEY: How did you look?

[24] THE WITNESS: Not too good.

[25] **Q:** Were you interviewed on television?

Page 142

**Benjamin Schober**

[1]

[2] **A:** Yes.

[3] **Q:** How many times?

[4] **A:** Once.

[5] **Q:** With anybody?

[6] **A:** They were just interviewing me.

[7] **Q:** All right. Did you talk with Mike or

[8] Geal about the television interviews?

[9] **A:** Yes.

[10] **Q:** They were interviewed as well?

[11] **A:** Yes.

[12] **Q:** Did the television come looking for you,

[13] or did you go looking for them?

[14] **A:** They came looking for me.

[15] **Q:** Did you ever attend any meetings with

[16] Mr. Healey and/or Mr. Stevens where Mike and Geal

[17] and Kirsten were there as well?

[18] **A:** Yes.

[19] **Q:** How many meetings?

[20] **A:** Like, three or four.

[21] **Q:** When was the first one?

[22] **A:** When was the first one?

[23] **Q:** Uh-huh.

[24] **A:** About a year and a half ago.

[25] MR. HEALEY: If you don't know, you

Page 143

**Benjamin Schober**

[1]

[2] don't know. We could find it out. No sense

[3] stumbling around. If you can tell him the date,

[4] tell him; otherwise, tell him you can't.

[5] **A:** That was my best guess.

[6] **Q:** Okay. And how long did that meeting

[7] last?

[8] **A:** Couple of hours.

[9] **Q:** When was the next meeting?

[10] **A:** Six months after that.

[11] **Q:** How long did that meeting last?

[12] **A:** Couple of hours. I'd say two hours.

[13] **Q:** Okay. And the next meeting after that?

[14] **A:** Roughly six months after that.

[15] **Q:** How long?

[16] **A:** About two hours.

[17] **Q:** Any other meetings?

[18] **A:** Pretty much every six months we'd meet

[19] for a couple of hours.

[20] **Q:** Anybody else besides the two attorneys

[21] and the four of you who attended any of these

[22] meetings?

[23] **A:** Yeah. There is another gentleman. I'm

[24] not sure what his name is.

[25] **Q:** What is his role?

Page 144

**Benjamin Schober**

[1]

[2] **A:** What is his role?

[3] MR. HEALEY: You're getting close to —

[4] we're talking about Terry Gargin. I mean, I agree

[5] that's the other fellow who was there. I don't

[6] think there was anybody else. There's no mystery

[7] there, but I don't think we should get into

[8] substance on this. It's — Terry Gargin is the

[9] other fellow who attends.

[10] MR. UNGER: I just wanted to make sure

[11] it was garage begin and not somebody else.

[12] MR. HEALEY: There's nobody else. No,

[13] there isn't.

[14] **Q:** Mr. Gargin was introduced to you as the

[15] expert?

[16] **A:** Yes.

[17] **Q:** And he had been retained by Attorney

[18] Stevens and Attorney Healey?

[19] **A:** Yes.

[20] **Q:** Without the specifics, did you generally

[21] discuss the depositions that were going to happen?

[22] **A:** We talked about the case in general.

[23] **Q:** Did you ever have any close calls other

[24] than the Eva Claire incident or the —

[25] MR. HEALEY: That wasn't a close call.

Page 145

Benjamin Schober

[1]
[2] That was a direct hit.
[3]   A: I've been a half a mile from pretty big
[4] ships. It's not that they're close calls. It's
[5] about an average distance to keep between a boat
[6] when you're traveling.
[7]   Q: Do you ever have any situations when you
[8] were fishing prior — I'm sorry — after the Eva
[9] Claire where a large ship has come within close
[10] proximity of your vessel?
[11]   A: Yes.
[12]   Q: Something that happens reasonably often?
[13]   A: Yes.
[14]   Q: And did that have any — cause you any
[15] particular problems?
[16]   MR. HEALEY: This is afterwards, when
[17] the ship — right? Is that what you're talking
[18] about?
[19]   MR. UNGER: Yes.
[20]   A: Yes. It makes me very uncomfortable.
[21]   Q: How so?
[22]   A: How so? I shake. I'm afraid.
[23]   Q: Go ahead. I don't mean to cut you off.
[24]   A: I won't take watch on a boat when we're
[25] within 5 miles of something big. I can't.

Page 146

Benjamin Schober

[1]
[2]   Q: The first trip that you took with
[3] Stepski and Roderick, were there any large ships
[4] that you saw on that trip?
[5]   A: Like, on the horizon.
[6]   Q: Nothing within a mile or two?
[7]   A: No.
[8]   Q: Did you ever discuss the accident with
[9] your wife, your former wife?
[10]   A: Yes.
[11]   Q: Were you separated at all before the
[12] divorce?
[13]   A: Yes.
[14]   Q: When did you start the separation?
[15]   A: May of '04.
[16]   Q: Before or after the accident?
[17]   A: Before.
[18]   Q: What have you told your wife about the
[19] incident?
[20]   A: It was a brief description of the day.
[21]   Q: Did you get into any of the details?
[22]   A: Some, yes.
[23]   Q: Okay. Have you seen her since you've
[24] been divorced?
[25]   A: Yes.

Page 147

Benjamin Schober

[1]
[2]   Q: Any kids?
[3]   A: Yes.
[4]   Q: How many children?
[5]   A: Three.
[6]   Q: They live with their mother?
[7]   A: Yes.
[8]   Q: How old are the children?
[9]   A: Twelve, eleven, and eight.
[10]   Q: And where does your former wife live?
[11]   A: Norwich.
[12]   Q: Do you attend a church?
[13]   A: Sometimes.
[14]   Q: What church is that?
[15]   A: St. David's Episcopal Church.
[16]   Q: Where is that located?
[17]   A: Gales Ferry, Connecticut.
[18]   Q: Other than the Xanax, have you taken any
[19] medication since May of 2004?
[20]   A: Not due to the accident.
[21]   Q: What —
[22]   A: After I injured my finger, I was on a
[23] painkiller and antibiotics. That's about it.
[24]   Q: What did you do between May 22 and
[25] starting work on the lobster boat?

Page 148

Benjamin Schober

[1]
[2]   A: What did I do?
[3]   Q: Uh-huh.
[4]   A: A lot of yard work, drank a lot.
[5]   Q: Yard work at your parents' house?
[6]   A: Neighbors' houses. I was doing odd jobs
[7] for money.
[8]   Q: When did you start looking for full-time
[9] employment again?
[10]   A: I think it was July.
[11]   Q: And you started shortly thereafter —
[12]   A: Yeah.
[13]   Q: — on the lobster boat?
[14]   A: Yes.
[15]   Q: You said you drank a lot —
[16]   A: Yes.
[17]   Q: — in the couple of months between?
[18]   A: Yes.
[19]   Q: How much would you drink on a daily
[20] basis?
[21]   A: Twelve, 15 beers.
[22]   Q: Anything else?
[23]   A: Yeah, some hard alcohol, sure, drinking
[24] vodka. I was hitting the sauce pretty good.
[25]   Q: What about smoking marijuana in that

Page 149

*Benjamin Schober*

[2] time?

[3]   A: Once every couple of weeks.

[4]   Q: Your alcohol consumption now, how

[5] much —

[6]   A: Very minimal. One day a week I'm having

[7] four or five beers. There's no drug or alcohol on

[8] the boats.

[9]   Q: I'm sorry. What was the last thing?

[10]   A: I said there's no alcohol or drugs

[11] allowed on any of the boats.

[12]   Q: Is that all the boats you've worked on

[13] since Stepski?

[14]   A: Yes.

[15]   Q: The lobster boat, the Melissa Jayne?

[16]   A: Yes.

[17]   Q: Is that the captain's rule?

[18]   A: Yes.

[19]   Q: Can you explain to me why, if you had

[20] just completed an alcohol program very shortly

[21] before starting to work with Mike Stepski, that

[22] you brought a 12 pack of beer on board?

[23]   A: Because I had it under control.

[24]   Q: Have you ever not gone out on one of the

[25] fishing boats or any other boat because of fear or

Page 150

*Benjamin Schober*

[2] anxiety that you claim relates to the Eva Claire?

[3]   A: Yes.

[4]   Q: How often does that happen?

[5]   A: I'd say twice every six months.

[6]   Q: And that's not working or not going out

[7] on a pleasure boat or —

[8]   A: That's not working. Both.

[9]   Q: Working and a pleasure boat?

[10]   A: I won't go working or on a pleasure

[11] boat.

[12]   Q: Okay. And when you were on the lobster

[13] dragger — okay? — did you miss any work?

[14]   A: No.

[15]   Q: On the Melissa Jayne did you ever miss

[16] any trips?

[17]   A: Yes.

[18]   Q: How many trips did you miss on that?

[19]   A: Three or four.

[20]   Q: Those three or four trips that you

[21] missed, you put down due to fear and anxiety

[22] stemming from the Eva Claire collision?

[23]   A: Yes.

[24]   Q: Did you ever tell anybody on board the

[25] Melissa Jayne that the reason you were missing

Page 151

*Benjamin Schober*

[2] those trips was because you were afraid to go out?

[3]   A: Yes.

[4]   Q: Who did you tell?

[5]   A: Captain.

[6]   Q: His name again?

[7]   A: Lynn, L-y-n-n, Gurchik, G-u-r-c-h-i-k.

[8]   Q: Because I have a poor memory, where does

[9] the Melissa Jayne go out of?

[10]   A: New Bedford.

[11]   Q: Did you tell anybody else besides

[12] Mr. Gurchik?

[13]   A: Yes.

[14]   Q: Who?

[15]   A: The guy on the boat. His name is Chris

[16] Sullivan.

[17]   Q: Where does he live?

[18]   A: Bozrah, Connecticut, B-o-z-r-a-h.

[19]   Q: Anybody else?

[20]   A: No. That's about it.

[21]   Q: How many crew on the Melissa Jayne?

[22]   A: Four.

[23]   Q: Who were the other two crew members?

[24]   A: They weren't always the same. I

[25] couldn't provide you the last names. Just Chris.

Page 152

*Benjamin Schober*

[2]   Q: The Mystic Way — did you miss any trips

[3] on the Mystic Way because of fear that you

[4] attribute to the Norasia — I'm sorry — the Eva

[5] Claire?

[6]   A: I've missed one or two trips, yes. I

[7] had to miss a couple more to come down here.

[8]   Q: Well, we're talking about missing a trip

[9] because you were afraid to go out, and the fear

[10] stems from the Eva Claire.

[11]   A: One or two, yes.

[12]   Q: When did you miss those trips?

[13]   A: I missed one about two months ago and

[14] probably about 2 1/2 months ago.

[15]   Q: Who on board did you tell that you were

[16] missing the trip because you were afraid?

[17]   A: I told the captain, Scott Yerman.

[18]   Q: Spell his last name again.

[19]   A: Y-e-r-m-a-n.

[20]   A: Steven Steigler.

[21]   Q: How do you spell his name?

[22]   A: S-t-e-i-g-l-e-r.

[23]   Q: Where does he live?

[24]   A: New Haven.

[25]   Q: Where does Scott Yerman live?



Page 153

Benjamin Schober

[1]
[2] A: Clinton, Connecticut.
[3] Q: Anybody else you tell?
[4] A: Yeah, Gary Yerman.
[5] Q: Does Gary go out on the boat as well?
[6] A: Yes.
[7] Q: Scott is the captain. What's Gary's
[8] job?
[9] A: He captains, too. Sometimes Gary takes
[10] the boat out and gives Scott a break.
[11] Q: Anybody else?
[12] A: I think that's it.
[13] Q: Do you do on these boats life boat
[14] drills?
[15] A: We have not done a life boat drill.
[16] Q: On the Mystic Way?
[17] A: No.
[18] Q: What about the Melissa Jayne?
[19] A: No.
[20] Q: And on the lobster dragger?
[21] A: No.
[22] Q: Do you practice getting into your
[23] emergency suits on any of those?
[24] A: Yes, on the Mystic Way.
[25] Q: Did that cause you any problems?

Page 154

Benjamin Schober

[1]
[2] A: I didn't actually put it on. Everybody
[3] else on the boat has to put one on in a minute, or
[4] else they can't leave the dock. The captains know
[5] me, and they're well aware that I can put a
[6] survival suit on. I don't know how often they
[7] have to update, do the test.
[8] MR. UNGER: Thank very much for your
[9] time, Mr. Schober.
[10] MR. HEALEY: What I was going to say:
[11] Let me talk to Ben for a couple of minutes.
[12] (Time noted: 2:13 p.m.)
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 155

[1]
[2]
[3]                    CERTIFICATE
[4]
[5]
[6]          I, MARK IUZZOLINO, a Certified Shorthand
[7] Reporter and Notary Public certify that the
[8] foregoing is a true and accurate transcript of the
[9] testimony of the aforementioned first duly sworn
[10] by me.
[11]        I further certify that I am neither
[12] attorney or counsel for, nor related to or
[13] employed by, any of the parties to the action in
[14] which the deposition is taken, and further that I
[15] am not a relative or employee of any attorney or
[16] counsel employed in this case, nor am I
[17] financially interested in the action.
[18]
[19]
[20]                                              —
[21]            CERTIFIED SHORTHAND REPORTER
[22]            NOTARY PUBLIC OF NEW JERSEY
[23]            LICENSE NO. X101103
[24]
[25]

Page 156

[1]
[2]
[3]                  INDEX
[4]
[5] WITNESS        EXAMINED BY          PAGE
[6] BENJAMIN SCHOBER
[7]        Mr. Weigel            4
[8]        Mr. Unger            102
[9]
[10]
[11]             EXHIBITS
[12]
[13] NUMBER         DESCRIPTION          PAGE
[14] Schober-30  Coast Guard document     39
[15]             entitled Conversation
[16]             Record
[17] Schober-31  11-page document entitled   82
[18]             Occupational Medicine
[19]             Services Drug Screen
[20]             Report
[21]
[22]
[23]
[24]
[25]

**Lawyer's Notes**

MICHAEL STEPSKI   v.
THE M/V NORASIA ALYA

BENJAMIN SCHOBER
March 29, 2007

**$**

$400 90:24; 91:3; 96:13, 17; 99:17, 21
$5,000 96:8
$50 121:21, 24
$500 94:9, 15; 95:12
$800 96:24

**0**

04 8:14; 27:9; 109:3; 139:9; 146:15
06 33:8; 104:16; 105:3
06382 4:3

**1**

1 53:22; 54:7; 58:9; 83:14, 15
1/2 103:3; 152:14
100 8:20; 67:14
100-foot 33:3
11-page 82:15, 20
11:30 57:4
12 49:4; 57:11; 81:7, 22; 82:3; 149:22
12:15 84:21
12:30 57:11; 101:22
14 42:16
15 87:7, 8, 15, 19; 148:21
15-year 87:23
168 12:10
1991 9:24
1993 9:22; 10:12, 25; 11:11; 18:12
1995 8:19
1997 8:22
1A 54:22; 58:12
1B 58:12

**2**

2 152:14
20/20 26:10
2000 12:2; 102:17, 19
2002 102:16
2003 107:19; 108:19, 25
2003/2004 109:10
2004 20:18; 23:14; 26:25; 29:6; 97:20, 25; 98:3, 7, 10; 99:9, 10, 13; 100:24; 101:6, 7, 13, 14; 126:12; 147:19
2005 31:18; 98:14, 18, 20; 101:14; 108:23; 109:22; 110:5
2006 98:25; 99:5
22 45:12; 47:13; 50:23, 24; 147:24

22nd 45.11
23 84:21
24 84:3
2500 97:16
28 116:21
2800 103:21
2:13 154:12
2:30 47:17, 51:14, 15

**3**

3 103:3
30 39:21, 24; 40:2, 8; 41:20; 60:14; 61:5; 140:8
31 82:17, 19
35,000 98:15, 23
3:30 51:11

**4**

4 96:6, 8
40,000 103:18
400 96:10; 97:5, 6
42 4:3, 15
45 55:11; 57:7; 60:14
4th 29:11

**5**

5 84:8; 145:25
5,000 96:6
50 67:14
500 93:22

**6**

6 69:21

**9**

90-foot 30:2
91 17:17; 18:2
92 9:22; 10:13; 11:12
93 10:13; 11:13; 18:2
95 8:17; 106:17; 107:14, 17; 108:2, 19
97 8:17
99 104:8; 107:6, 17, 18, 18
9:30 53:3; 56:25

**A**

ability 134:14
able 92:11; 94:18; 105:22; 120:17
aboard 104:19; 110:23; 117:13; 124:15; 138:24; 140:23

above 73:14; 79:12
abuse 106:13
accident 15:16, 17; 22:11; 23:6, 10; 27:11, 12, 14; 28:11, 15, 19; 29:2, 22; 30:14; 36:13; 43:6; 46:10, 14, 17; 47:13; 57:18; 61:2; 81:10; 85:21, 22; 86:5, 16, 19; 87:10, 16; 88:4; 90:5, 8; 104:19, 24; 105:12, 16; 110:23; 115:2; 123:16; 125:15, 18, 22; 126:7; 127:12, 19; 129:22; 130:7, 9; 131:21, 22, 23; 132:5, 18, 25; 133:12, 19, 21, 24; 134:3, 12; 136:24; 137:3, 21; 138:24; 140:5; 141:17, 18; 146:8, 16; 147:20
according 61:9
account 100:13, 20
accurate 7:12; 61:9; 86:13
accurately 46:8
across 58:22; 79:21
acting 136:17
actual 75:10
actually 30:22, 23; 40:15; 42:12; 43:3; 57:24; 58:13; 84:12, 13; 89:8, 8; 103:11; 140:14; 154:2
address 4:14
affect 40:17
affected 136:9; 138:23
afford 120:17, 23
affordable 121:24
afraid 145:22; 151:2; 152:9, 16
aft 54:12; 58:21, 23; 81:14
afternoon 43:10; 102:4
afterwards 126:8; 145:16
again 32:21; 44:3; 48:18; 78:11; 107:9; 131:22; 136:13; 148:9; 151:6; 152:18
against 21:17, 23; 22:13, 13; 104:23
ago 14:7; 113:10; 115:15; 116:3; 117:4, 5; 138:5; 142:24; 152:13, 14
agree 5:22; 101:9; 144:4
agreement 89:18, 23; 95:6; 101:17
ahead 36:12; 70:21; 145:23
air 36:19, 22; 37:11, 23; 38:18; 39:2; 41:23; 42:9; 43:7, 17; 83:3, 17; 84:4; 132:19
aircraft 83:2
Alan 37:9; 44:12; 93:16
Albert 114:22
alcohol 7:20; 83:6; 85:9; 106:13, 16; 107:3, 5, 24; 108:6, 8, 13, 19, 25; 109:22; 110:13, 13, 17;

above 73:14; 79:12
120:5, 7; 148:23; 149:4, 7, 10, 20
alcoholic 48:8, 108:11
Alcoholics 106:25
Alley 19:7
allowed 32:2; 149:11
almost 56:19; 59:10
alone 5:2
along 57:17; 75:19; 95:6
always 80:13; 118:21; 137:12; 151:24
Alya 15:10, 20, 23; 16:2
America 17:23, 25; 18:6, 10, 13; 20:12
among 92:16
amounts 95:12
amphetamines 85:14
and/or 142:16
Anderson 22:9
Anger 12:24
Anonymous 106:25
answered 86:8; 93:14
antenna 79:5
antibiotics 147:23
anxiety 117:8, 9; 124:19; 150:2, 21
anyways 121:20
apart 59:22
apartment 12:12, 13, 14, 14, 16
apparently 101:13
appear 7:4; 68:3
appearance 15:9
appears 40:8
appointments 122:4, 12
appreciate 93:3, 7, 9
approximately 33:6; 35:25; 87:14
April 109:5
area 54:8; 62:14; 139:4, 8, 12, 24; 140:5
argumentative 86:8
around 10:17; 11:18; 31:18; 41:15; 57:10; 70:8; 78:23; 90:24; 102:16, 19; 103:18; 143:3
arrest 8:11, 18; 11:16; 12:20; 31:3
arrested 7:22; 8:2; 10:15; 11:6, 18, 19, 25; 12:6; 13:4; 30:19, 25; 31:7
arrests 8:6; 9:15; 10:20; 12:25; 106:10
arrive 47:11
arrived 37:10; 43:7, 14; 56:24; 83:3
arriving 84:22
articles 122:22, 25; 123:3; 124:7; 141:2
aside 15:5
asleep 125:6, 8, 9
assault 12:2
assigned 50:21

assume 58:10
assuming 39:12; 58:11; 62:15; 87:2
attend 17:14; 18:3; 142:15; 147:12
attended 143:21
attends 144:9
attention 66:25
Attorney 17:12; 22:7; 45:3; 95:8; 112:22, 23; 144:17, 18
attorneys 94:12; 143:20
attribute 154:2
August 29:24; 30:13; 104:16
automatically 78:6
available 109:15; 119:22; 136:4, 5; 141:10
average 96:19; 145:5
await 121:16
aware 154:5
away 67:12; 68:22, 23; 75:21; 127:25; 135:17
ax 65:5

**B**

B 54:8, 13
B-o-z-r-a-h 151:18
back 23:12; 27:22; 31:10; 32:3, 20; 55:9; 56:12; 58:9; 61:4; 63:13; 65:12; 68:15, 18; 70:20; 72:3; 73:2, 5, 8, 16; 74:8; 80:3; 90:16; 98:9; 117:25; 118:2, 2; 120:9; 126:9; 128:12, 15, 18; 130:7; 135:13; 137:7, 15
background 17:14; 88:24
bad 128:5, 6
Bank 33:18; 100:13, 20, 21; 101:4, 7
bar 102:21
barely 134:25
base 44:7, 18
based 91:23
basic 12:4
Basically 121:8; 130:13; 131:18; 136:17
basis 24:12; 40:11; 87:11; 95:8, 9; 96:7, 16; 101:21; 122:5; 148:20
beach 136:20
bearing 66:15, 18; 67:4
beat-up 79:6
became 20:13
bed 47:21
Bedford 21:13; 30:4; 83:22, 24; 84:5, 23; 85:4; 112:8, 10; 115:10
beds 122:11
beer 48:25; 51:7; 52:24; 80:4, 18; 81:2, 6, 9, 19; 105:11, 17; 149:22

BENJAMIN SCHOBER
March 29, 2007

MICHAEL STEPSKI    v.
THE M/V NORASIA ALYA

**beers** 48.13, 14; 79:18, 23, 24; 82.7; 148.21; 149:7
**beforehand** 86:9
**begin** 86:23; 87:5, 144:11
**beginning** 29:8; 60:7
**behalf** 93:8
**behavior** 136:19
**behind** 73:19
**below** 69:13, 15; 78:3, 12, 13; 81:16, 17, 19; 130:5
**Ben** 84:11; 154:11
**BENJAMIN** 4:2, 11
**besides** 9:15; 11:5; 14:8; 18:5; 20:23; 21:6; 25:20, 22; 28:3; 38:3, 6; 44:21; 46:13; 65:15; 70:16; 89:13; 95:11; 108:19; 111:19; 112:4; 120:6; 143:20; 151:11
**best** 41:21, 25; 46:7; 54:9; 113:16; 143:5
**better** 135:20
**beverages** 48:9
**beyond** 87:3
**big** 66:7, 9; 68:14; 71:14, 22; 74:22; 134:4; 145:3, 25
**birth** 84:14, 15
**bit** 23:12; 25:13; 36:12; 50:8; 67:20; 70:21
**blanket** 109:19; 110:10
**blip** 61:23; 62:3, 10, 17; 63:11; 64:5; 66:20; 134:5
**blips** 35:14
**blood** 23:24; 83:6
**Blue** 69:25; 70:2, 3; 71:14
**Blume** 37:9; 38:14, 16; 44:12, 13; 45:18, 21; 46:16; 73:9
**board** 28:3; 30:8; 47:16; 75:5; 89:20; 91:6; 105:11; 138:15; 139:3; 140:11; 149:22; 150:24; 152:15
**boat** 16:7, 8, 9, 9, 11, 25; 21:11; 23:20; 25:16, 17; 27:2, 5, 13; 28:5, 17, 18, 21; 29:15, 25; 33:2, 25; 34:19; 49:6; 53:15; 54:19; 56:13; 58:21, 23, 24; 59:9; 60:18; 63:13; 64:12, 14, 22; 65:10, 13, 24, 25; 66:13, 14; 67:10, 23; 68:15, 18; 70:20; 71:23; 72:5; 73:5, 8, 16; 74:9, 22, 24, 25; 76:18, 21; 77:9, 15, 16, 16; 78:4, 7, 11; 80:9, 13; 97:3; 105:5; 130:5, 10, 16, 17, 19; 131:15; 132:24; 133:9; 134:4, 13; 135:10; 136:21, 23; 137:8, 15; 138:10, 14; 139:10, 22; 140:24; 145:5, 24; 147:25; 148:13; 149:15, 25; 150:7, 9, 11; 151:15; 153:5, 10, 13, 15; 154:3
**boater** 20:19
**boats** 16:21; 24:8, 13, 19;

26:23; 131:17; 133:3; 137:20, 23, 23; 138:17, 139:3; 149:8, 11, 12, 25; 153:13
**books** 122:22
**born** 24:18
**boss** 18:23
**Boston** 22:3, 7; 103:19
**both** 16:19; 58:6; 112:24, 25; 125:8; 127:15; 128:9; 129:7, 8; 135:3; 150:8
**bottom** 54:22; 70:9, 16
**bow** 69:3, 5, 7, 9, 13, 20; 70:6, 7, 18, 23, 25; 78:13
**box** 82:4, 6, 9
**boxes** 71:22
**Bozrah** 151:18
**break** 70:11; 153:10
**breakfast** 52:8, 9, 17, 17, 20, 22, 24; 56:23, 24; 80:5
**breathalyzer** 83:4, 7
**bridge** 70:19, 19; 72:4; 73:17, 18, 20; 76:4, 7
**bridle** 64:15, 18, 21, 23, 25; 65:2, 5, 7, 23; 66:13; 67:9
**brief** 125:22; 146:20
**bring** 49:3; 66:25; 105:19
**bringing** 105:10
**brings** 53:20
**broader** 101:19
**broke** 10:18
**Brooks** 126:19
**brother** 88:22; 105:24; 114:18; 115:22; 116:8; 130:25; 131:2, 11, 24
**brought** 22:12; 48:25; 79:9; 149:22
**bucks** 93:22; 96:10
**building** 12:12, 13, 14, 16
**bulbous** 69:3, 5, 7
**bullet** 61:5
**business** 37:5, 7; 103:7
**butter** 135:7
**by-product** 127:13

**C**

**C-h-e-r-y-l-y-n-n** 116:14
**Cafe** 102:23
**calculated** 91:7; 92:5
**call** 101:3; 144:25
**called** 19:7; 102:22
**calling** 12:5
**calls** 144:23; 145:4
**came** 44:17; 60:7; 78:6, 18; 79:21; 91:2; 123:14; 142:14
**can** 6:10; 20:10; 40:15, 20; 41:25; 54:9, 21; 59:13; 66:22; 73:10; 89:4; 101:10, 19; 104:11; 109:15; 111:18; 114:21;

115:3; 116.13; 124:17; 128:3; 129:24; 130:21; 143:3; 149:19; 154:5
**cans** 81:7, 8; 82:11; 105:17
**Canyon** 33:18
**canyons** 33:17
**Cape** 36:19; 37:11, 23; 38:19; 41:23; 42:9; 43:17; 44:3; 83:3, 18; 84:2, 4; 85:3
**Captain** 151:5; 152:17; 153:7
**captain's** 149:17
**captains** 153:9; 154:4
**car** 130:11; 131:4
**card** 37:5, 7
**cardboard** 82:4, 5, 6
**career** 23:17
**case** 22:5; 27:11; 144:22
**cash** 99:17, 25; 100:12, 12, 14, 16
**Cashed** 100:11, 14
**casualty** 21:6, 8, 9, 10
**catch** 91:16
**caught** 21:15
**cause** 139:12; 145:14; 153:25
**center** 74:17
**centered** 74:20
**certificate** 20:20; 109:8; 110:4, 5; 119:19
**challenge** 7:8
**chance** 7:8
**change** 23:16
**changed** 7:8
**charge** 12:2
**chart** 140:7, 9, 10, 17
**check** 99:18, 19, 25; 100:2, 7, 10, 16, 17
**checks** 100:18
**chef** 23:17, 18
**Cherylynn** 116:14; 132:9
**children** 147:4, 8
**Chris** 151:15, 25
**church** 147:12, 14, 15
**circular** 74:22
**circumstances** 7:24; 10:14; 11:15; 25:10; 101:5; 134:2
**claim** 21:17, 20, 22; 22:13; 92:22; 150:2
**claiming** 92:8, 9, 17, 20; 93:13, 17, 21; 96:7; 111:2; 120:14, 19
**claims** 95:10
**Claire** 13:13; 27:6, 8, 18; 28:14; 35:6, 19; 36:9; 47:16; 48:21, 25; 49:23; 50:3, 9, 18; 52:12; 54:6, 9, 13; 55:2; 67:18, 22; 68:8; 69:12, 16, 18; 71:4, 5; 75:5; 76:12, 22; 77:21; 78:2; 81:10; 85:25; 89:20;

91:7, 14; 95:24; 99:16; 104:19; 105:11; 110:23; 123:25; 124:15; 127:20; 138:24; 139:5; 140:7; 141:4; 144:24; 145:9; 150:2, 22; 152.5, 10
**Claire's** 67:15
**clarify** 6:17
**clarifying** 26:20
**class** 107:3; 108:3
**classes** 12:21, 23; 18:3; 108:8; 119:25; 120:4, 13; 121:10; 122:13, 16
**clear** 102:10; 108:23; 139:19
**clearer** 50:5
**client** 93:8
**Clinic** 112:11
**Clinton** 153:2
**close** 67:14; 69:19; 85:23; 144:3, 23, 25; 145:4, 9
**closer** 63:4
**clothes** 37:13; 43:18
**clothing** 93:22
**Coast** 14:10, 11, 16, 17, 19; 15:3, 6, 13, 15; 16:3, 13, 18, 20; 26:15; 36:15, 18, 21; 37:10, 23; 38:4, 8, 18; 39:22; 40:9; 41:2, 3, 22; 42:3, 8, 8; 43:16, 17; 44:4, 7, 16, 21; 45:18; 46:2, 3, 6, 13, 18, 21, 22, 25; 72:18; 82:21, 25; 83:3, 17; 85:6, 7; 132:19
**cocaine** 85:13
**Cod** 36:19; 37:11, 23; 38:19; 41:23; 42:9; 43:18; 44:3; 83:4, 18; 84:2, 5; 85:3
**collect** 121:15
**collection** 84:20
**collision** 64:8, 10; 65:12, 14, 20; 67:6; 68:4, 6, 17, 19, 23, 24; 75:2, 10, 12, 18; 76:9, 10, 25; 139:5; 150:22
**color** 16:7; 69:23; 70:2, 16; 74:12, 13
**colored** 70:9
**colors** 72:7
**coming** 66:7, 10, 20; 68:14, 21; 134:7
**Commander** 38:13, 16; 45:18
**Commercial** 5:8; 20:13, 17; 21:2; 23:13, 18; 24:5; 25:21; 28:15; 140:20
**community** 8:20; 32:3; 120:12
**company** 22:19
**compass** 59:14; 79:18
**complaint** 126:3
**complete** 108:25
**completed** 61:7; 149:20

**completely** 55:8
**computer** 124:4
**concentrating** 134:20
**concern** 64:5; 66:18
**concerning** 122:20, 23; 141.4
**condition** 79:3
**conditions** 60:2
**conduct** 10:3, 15, 24; 11:7, 16
**conducts** 9:17, 20
**confused** 26:21
**Connecticut** 4:15; 9:5; 17:16; 19:9; 26:22; 31:24; 116:9, 19; 126:21; 147:17; 151:18; 153:2
**connection** 104:24; 109:24
**consider** 108:10
**considered** 128:12, 14; 135:13
**consist** 135:10
**consumption** 149:4
**Contact** 61:6
**contacts** 61:19, 22
**container** 130:14; 133:12
**containers** 71:20, 21, 24; 72:6, 10
**content** 83:6
**continue** 32:12; 40:20
**continued** 23:9
**continuously** 25:9
**control** 149:23
**Conversation** 39:23; 41:19; 43:15; 91:12
**conversations** 61:18; 62:16, 21
**convictions** 13:2
**cook** 18:16, 25; 23:17; 32:11, 13, 16; 33:25; 34:3, 5; 52:19; 103:10; 135:3, 5, 6, 11; 136:3
**cook's** 34:9
**cooked** 52:17
**cooking** 31:22; 33:23; 34:8, 9; 135:8; 136:2, 5
**cooks** 34:6, 7
**cooler** 81:12, 12
**Copies** 13:18; 17:10; 141:6
**copy** 39:8, 11; 46:22, 25; 47:4; 99:5; 101:6
**corrections** 7:2
**correctly** 71:3
**cost** 121:6
**costs** 121:3
**counseling** 106:12, 16; 107:5, 16, 24; 108:6, 18; 109:22, 110:17; 118:23; 119:3, 21; 120:15, 21; 122:8; 123:19
**Counselor** 114:9; 119:9; 121:9
**counter** 129:13

beers - counter   (2)

**Min-U-Script®**

FINK & CARNEY (800) NYC-FINK

county 9:3, 7, 8, 9, 10;
136:4
couple 9:17; 14:7; 15:16;
25:12; 37:17; 38:4; 43:18;
44:16; 46:9; 65:22; 68:5;
87:12, 20; 88:5. 7; 95:17,
96:10, 13, 17, 21; 102:8;
115:5; 116:3, 4; 117:17;
122:25; 125:15; 126:25;
141:19; 143:8, 12, 19;
148:17; 149:3; 152:7;
154:11
couple-of-mile 35:15
course 6:25; 95:6; 96:11;
109:10; 127:18; 132:12;
134:24
court 5:20; 6:2; 106:18;
107:9
courtroom 5:17
cousin 23:19, 21, 23, 24,
24
cover 82:21; 120:3, 6
coverage 141:3
crane 53:19
crap 131:18
crew 13:18; 34:8; 52:6;
135:10; 151:21, 23
CROSS-EXAMINATION
102:2
cruise 24:19
cruising 24:15; 26:5
CT 4:3
Culinary 17:23, 24; 18:6,
9, 13; 20:12; 34:4
current 5:7; 132:24
currently 4:24; 7:14;
135:3
Cut 64:23; 65:2, 3, 5, 7, 8,
10, 15, 23; 66:12; 67:9;
145:23

**D**

D-e-b-o-r-a-h 131:8
daily 148:19
damages 110:25; 111:4
dark 70:3, 4
date 15:17; 31:14; 84:13,
15, 20; 143:3
David's 147:15
day 15:16; 25:12; 28:15;
41:15; 43:6, 8; 47:10, 24;
50:5; 52:14; 59:20; 86:18;
105:11; 118:5, 6, 9, 9;
122:10; 123:6, 9; 124:6;
127:2; 132:21, 22; 137:4,
5; 139:18; 141:18; 146:20;
149:6
daylight 43:11; 139:20
days 8:23; 15:17; 45:6, 8;
46:9, 13, 17; 115:3;
117:17; 118:11
deal 113:22
Deborah 131:7, 11; 132:2
debris 79:15, 22

December 33:8, 11
decide 23:16
decided 17:17
deck 27:25; 33:23; 34:13;
69:12, 17; 71:15, 18, 23;
72:6; 73:13, 14, 25; 78:12;
80:13, 17; 81:15, 16, 17,
19; 135:4, 5
definite 72:24
definitely 29:11; 72:24
definition 48:12
Deidra 119:12
Deidra's 119:20
deposit 100:13
Deposited 100:20
deposition 5:10; 13:8,
11, 23; 14:3, 8; 17:8, 11
depositions 13:19;
144:21
deposits 100:22
describe 25:10; 34:13,
15; 59:13; 61:13; 71:12;
72:2; 73:10; 79:3; 92:7;
128:4
described 16:2, 4
describing 16:5, 6
description 125:22;
146:20
detail 93:24; 122:15
detailed 95:9
details 146:21
determine 42:2; 94:19
Dick 28:22; 97:3
different 16:18; 24:25;
25:3, 16; 33:17
difficulties 139:13
difficulty 127:25
DIRECT 4:7; 145:2
direction 59:15, 16;
67:22
discuss 15:12; 125:18;
144:21; 146:8
discussed 15:9; 36:3;
115:10, 14; 122:16;
131:23; 132:2, 5
discussing 15:19; 16:14
discussion 15:14; 40:22;
53:10; 113:13; 115:7;
141:14
discussions 118:12;
124:9; 131:10
dismissed 12:21, 22
disorder 114:6
disorderly 9:17, 19; 10:2,
2, 15, 24; 11:6, 16
dispute 85:19
dissolution 104:20
distance 145:5
divorce 146:12
divorced 104:14, 15;
146:24
dock 47:11, 15; 49:5, 15;
21; 51:11; 154:4
doctor 111:6, 15, 18, 22;

112:5, 7; 116:6; 117:8
doctor's 112:9
doctors 111:19; 112:3,
12
document 39:20, 22, 25;
40:3, 23, 24; 41:19; 42:3,
15, 17, 18, 22; 43:2; 53:21;
82:14, 15, 18, 20, 23; 84:9
documentation 100:4;
109:7
documents 13:7, 15, 17;
14:9, 15; 26:15
Dod 122:19
dollars 97:11; 99:21;
100:22
done 56:20; 83:25; 90:7;
95:3; 101:23; 153:15
doughnut-shaped
74:23
down 5:21; 6:3, 10, 23;
35:24; 42:10, 13; 43:23;
59:11; 61:6; 66:7, 10, 15,
18; 67:4; 78:3, 8, 13;
94:21; 130:5, 7, 11;
132:11, 19; 150:21; 152:7
Dr 111:7, 12, 14, 20, 22;
112:4; 121:15; 125:17, 19,
21; 126:4, 7, 9, 11, 14;
128:13, 16, 18; 132:14
drag 30:10
dragger 30:2; 33:3;
150:13; 153:20
draggers 62:13
Drank 79:23; 148:4, 15
drill 153:14
drills 153:14
drink 48:2, 5, 7, 8; 51:7;
52:24; 79:24; 80:4, 18;
81:2; 108:13, 15; 148:19
drinking 10:19, 25; 11:2,
17; 12:18; 148:23
Drive 4:3, 15
driving 60:18; 130:22;
131:2; 133:11
Drug 82:16; 84:3; 85:8,
12; 107:25; 108:8; 149:7
drugs 7:18; 13:5; 83:19;
85:13; 86:24; 89:14, 16;
120:5, 6; 149:10
dry 37:13; 43:18
due 147:20; 150:21
DUI 7:25; 8:3, 8, 10, 19,
22; 30:20, 25; 106:9, 17
DUIs 8:15; 9:16
duly 4:4
During 10:24; 11:2;
12:18; 16:19; 20:25;
22:11; 25:5; 42:7; 43:25;
45:21; 46:8; 50:4, 6, 21;
51:4, 7; 55:16; 56:4; 63:3;
80:18; 87:23; 90:6, 8;
136:3
duties 33:22; 34:15, 15;
50:21; 51:3; 53:5
Dydo 4:3, 15

**E**

Earlier 40:11, 25; 84:24;
102:5
earn 98:3
earned 96:17
earning 97:4, 6, 9, 15;
101:11
earnings 99:10, 12
easier 6:4; 122:11
easiest 23:23
Easter 41:16
easy 127:16
eat 52:20; 135:6
economic 120:20
economics 120:16
education 17:20; 18:5;
34:12; 107:3
educational 17:13
effect 5:16
eight 48:15, 20; 105:21;
147:9
either 16:19; 38:21;
45:14; 58:13; 83:2; 88:10;
103:12
electronic 140:17
eleven 147:9
Elizabeth 73:3, 8
else 14:19; 17:20; 28:3;
30:10; 37:22; 38:2; 44:15,
20; 65:16; 74:4; 79:10, 14;
80:25; 81:2, 25; 116:16;
120:6; 122:6; 123:7;
125:7, 24; 131:4; 132:8,
13, 15; 134:6, 8; 135:22;
138:8, 12, 22; 143:20;
144:6, 11, 12; 148:22;
151:11, 19; 153:3, 11;
154:3, 4
emergency 153:23
emotional 92:17; 111:4
employ 30:16
employees 19:3
employer 21:18, 23;
22:10
employment 5:7; 20:11;
23:6; 24:2; 32:9; 102:13;
120:8; 148:9
encounter 50:6
encountered 50:10
end 23:6; 29:9, 20, 24;
30:12, 17; 54:12; 58:23;
60:8; 72:3; 100:23; 121:16
ended 12:5
engine 67:16
engines 75:7, 9, 11, 15
enjoy 137:16
Enough 56:17
enroll 110:19
entire 24:22; 25:6; 30:7;
41:2; 58:23, 24
entitled 39:22; 41:19;
82:15, 21

EPIRB 78:24, 25; 79:3, 8
Episcopal 147:15
errors 42:3
Especially 122:3
estimate 67:12; 95:13;
96:4; 113:17; 115:4
etc 43:19
Eva 13:13; 27:6, 8, 18;
28:14; 35:5, 19; 36:9;
47:16; 48:21, 25; 49:23;
50:3, 9, 18; 52:12; 54:6, 9,
13; 55:2; 67:15, 18, 22;
68:7; 69:12, 16, 18; 71:4,
4; 75:5; 76:12, 22; 77:21;
78:2; 81:9; 85:25; 89:20;
91:7, 14; 95:24; 99:16;
104:19; 105:11; 110:23;
123:25; 124:15; 127:20;
138:24; 139:5; 140:6;
141:4; 144:24; 145:8;
150:2, 22; 152:4, 10
Even 5:12; 87:12, 15;
127:19
event 47:10, 12; 127:17
events 61:14
Everybody 154:2
exact 9:21
exactly 10:16; 51:22;
83:13; 89:24; 91:8; 113:9;
117:19; 136:18
EXAMINATION 4:7
examined 4:4
example 10:21
except 138:9
exhaust 75:22; 76:6
exhibit 39:21, 24; 40:2, 6,
8; 41:20; 42:16; 53:22;
54:7, 22; 58:9; 61:5; 82:14,
17, 19
expected 17:7; 96:13
expenses 91:24; 92:2
experience 24:4, 8, 12;
25:19, 20, 22, 25; 34:12;
35:17
expert 144:15
explain 55:14; 91:2; 93:6;
149:19
exposed 79:5
expressed 64:5
eyesight 26:9

**F**

fact 127:13
fairly 118:4
fall 105:2; 125:6
falling 125:8
family 88:20, 24; 111:6,
14; 112:22; 114:15, 17;
115:19
family's 111:17
far 6:7; 57:17; 58:7;
59:22, 24, 25; 62:4; 63:24;
67:12

father 138:7, 16
fax 82.21
fear 124:19; 129:22;
139:17; 149:25; 150:21;
152:3, 9
features 36:3
Federal 99:6
fee 121:16
Feeling 92:11, 11
feet 67:14, 14; 69:17, 21
fellow 144:5, 9
ferry 137:25; 138:2, 20;
147:17
few 80:24; 103:6; 117:5;
129:2, 3
fight 11:25; 12:4, 7
figure 91:2; 94:21
file 21:23; 97:19; 98:13;
99:8; 104:23
filed 22:2; 98:10, 24;
103:19
files 99:4
fill 56:17; 90:13; 102:9;
119:16
filled 57:20; 59:3; 126:18
finally 24:2
financial 92:19, 20, 21,
23; 93:17, 20, 23; 94:9, 14,
19; 95:3
find 78:24, 25; 79:14;
105:22; 141:16; 143:2
fine 8:21; 110:11
finger 21:15; 112:5;
147:22
finish 10:22; 48:18; 57:4
finished 6:12, 13; 18:8,
13; 57:11; 59:3; 60:12;
80:7; 127:9
fired 103:9
first 4:4; 10:11, 24; 11:10,
12; 27:7, 10, 15, 17, 24;
28:18; 35:5, 9; 36:6, 7;
37:10, 20; 38:18, 25;
43:14; 50:2, 7, 10; 52:3,
10, 16; 53:2; 55:5, 15;
56:14, 20, 24; 57:25; 58:3,
16, 17, 18; 59:4; 60:12, 18;
61:7, 25; 67:13; 75:3; 80:8,
15; 82:20, 20; 86:23; 90:7;
91:24; 92:3; 99:16;
106:15, 17; 111:10;
119:12; 124:20; 125:12;
126:6; 130:6; 133:18;
139:7; 142:21, 22; 146:2
fish 21:13, 14; 30:5, 5;
33:4, 16, 17; 34:17; 49:18;
51:18; 53:7, 12, 17, 19;
54:15; 55:2, 5, 16, 19;
56:8, 10, 15, 19; 57:20, 24;
58:13, 17, 19; 59:7, 7;
60:13; 61:16; 63:15, 19;
68:13; 81:13; 90:10, 14,
16; 91:16, 23; 136:3, 7
fished 122:10
Fisher's 137:7; 138:15
fisherman 5:8; 20:13, 17;

21:2; 23:14, 18; 24:5;
25:21, 99:23, 140:21
fishing 22:21; 27:3;
28:15; 32:21, 22, 33:24;
36.11; 47:19; 49:16;
50:22; 62:12; 85:25;
90:13; 97:14; 129:14;
135:18; 139:3, 24; 145:8;
149:25
five 11:19, 22; 24:3;
60:16; 70:13; 87:24;
95:21; 115:12; 118:11;
149:7
flares 79:19, 23
float 76:19, 21
floated 105:17
Floating 17:4
floats 60:10
focus 134:20
fog 49:24; 50:6, 9, 10, 13,
16, 17; 75:4, 8; 134:5
foggy 49:22
follow 102:11
follow-up 89:7
following 45:15
follows 4:5
fooling 10:17; 11:18
foot 41:13
force 5:16
form 40:12, 13; 66:21, 23;
86:25; 87:2; 89:4
former 18:23; 146:9;
147:10
formulate 95:9
forth 95:7
forward 77:14; 78:4, 7,
11, 13
found 79:4, 8; 88:25;
121:2
four 19:17; 48:13, 14;
63:9; 87:24; 103:15;
107:12; 129:4; 137:18;
142:20; 143:21; 149:7;
150:19, 20; 151:22
fourth 61:5
Foxwoods 18:14, 15, 17,
20, 22; 19:2
frequent 128:7
friend 10:17; 11:17
friends 112:22; 116:10
front 35:24; 39:25; 41:14;
76:5, 7; 77:6; 141:20
full 4:10; 41:16; 56:19, 20;
57:23; 59:10; 60:21; 90:2
full-time 148:8
further 89:6
future 94:6, 23

G

G-a-e-l 28:9
G-u-r-c-h-i-k 151:7
Gael 28:5; 38:21

gained 24:2; 25:24
Gales 147:17
gaming 19.3
gaps 102:9
garage 144:11
Gargin 144:4, 8, 14
Gary 32:23; 153:4, 5, 9
Gary's 153:7
gave 7:5; 35:9
Geal 132:12; 142:8, 16
gear 61:8; 64:12, 14, 22;
65:10; 24; 66:2, 13, 14;
67:10, 23; 93:22; 95:11;
111:3
general 24:9; 92:8, 9;
111:21, 25; 130:4; 139:4,
8, 12; 140:4; 144:22
generally 62:14; 117:7;
144:20
gentleman 143:23
Georgia 33:18
gets 122:4
given 34:25; 46:22;
65:25; 83:4; 109:6, 9, 23;
113:2
gives 7:2; 153:10
good 60:5; 102:4; 141:24;
148:24
Google 123:17
Googled 123:13, 20
GPS 140:11, 13
graduate 34:4
graduated 9:23; 10:8;
17:17; 20:11
graduating 17:19; 18:10
Grasso 17:15, 19
great 40:11
gross 91:23
Groton 17:15; 28:17
ground 6:4; 102:10
grounds 49:16; 50:22;
62:13
growing 24:23
Guard 14:10, 11, 16, 17,
19; 15:3, 6, 13, 15; 16:3,
13, 18, 20; 26:15; 36:16,
18, 21; 37:11, 23; 38:5, 8,
18; 39:22; 40:10; 41:2, 3,
22; 42:4, 8, 8; 43:16, 17;
44:4, 7, 16, 21; 45:19;
46:2, 4, 7, 13, 18, 21, 22;
47:2; 72:18; 82:21, 25;
83:3, 17; 85:6, 8; 132:19
guess 21:2; 80:24; 87:3;
89:3, 4; 143:5
guessing 11:11
Guilford 19:9
guilty 31:15
Gurchik 151:7, 12
guy 151:15
guys 120:10; 121:8, 11;
122:10; 132:24

H

H-i-n-e 104:12
H-o-n-g 111:9
half 32:18; 49:7; 52:21;
55:11; 56:25; 57:7; 77:6,
15; 78:4, 7, 11; 113:14, 15,
16; 121:16; 142:24; 145:3
halfway 9:6; 31:17, 21,
23, 25; 32:7, 10, 14; 57:19,
21; 59:11; 60:24; 108:7,
20, 22; 118:24; 119:9;
133:7
hand 27:25; 33:23; 34:13;
99:17; 135:4, 5
handed 14:14
handwriting 42:11, 24;
43:4
hanging 76:18, 20, 21
happen 8:13; 29:22;
68:4; 144:21; 150:4
happened 8:18; 18:19;
19:12; 28:12; 42:11;
57:14, 18; 61:14; 64:9; .
65:9; 68:6; 76:9, 10, 15;
77:7; 78:22; 87:17; 99:12;
130:12, 15
happens 130:3; 145:12
hard 75:18; 148:23
hatch 77:14
haul 55:19
hauler 62:22, 24
hauling 55:21; 57:17;
61:7; 63:7
Haven 31:22, 24; 32:13,
17; 106:22; 152:24
head 6:8; 69:13, 14;
134:19
heads 79:12
headway 67:19
Healey 17:12; 19:23;
22:25; 26:17; 28:9; 33:11;
40:4, 8, 18, 19, 21; 41:7,
11; 42:19; 47:12; 50:23;
53:8; 54:3; 55:14, 18;
66:21; 71:17; 86:7, 14, 25;
89:3, 10; 92:13, 24; 93:3,
5, 9, 15; 94:11, 25; 95:5;
99:3, 6; 101:2, 8, 17;
109:15, 18; 110:8, 9, 12;
112:24; 113:5, 11, 25;
119:17; 141:9, 13, 23;
142:16, 25; 144:3, 12, 18,
25; 145:16; 154:10
health 112:14, 18;
113:20, 25; 114:11, 13, 16,
24; 115:8, 20; 117:2;
118:14, 20; 120:15, 23;
121:2, 6; 122:7; 124:10
hear 61:18; 75:4, 7, 18
heard 62:2; 75:20; 123:24
hearing 50:17; 67:15;
75:9, 11, 14
helicopter 37:12; 43:8;
80:23

help 101:20; 125:11;
127:6; 129:9, 18; 137:8
helped 128:22; 137:13
helpful 122:13
Helping 55:23, 24
hide 130:5
high 9:24; 10:6, 7, 8;
17:14; 18:10; 69:21; 70:17
higher 69:13
himself 37:3
Hine 104:10
history 101:11
hit 16:11; 61:14; 68:7;
69:3, 10, 20, 24; 70:7, 23;
71:4, 4, 9; 73:11; 75:15,
25; 76:14; 130:16, 17;
131:16; 145:2
hitting 148:24
hold 20:22
holding 79:12, 13; 81:12,
20, 22; 82:7
holiday 29:12
home 4:14; 12:11; 25:8;
47:5; 72:19; 117:17, 20;
122:11; 132:18; 134:7
Hong 111:7, 12, 14, 20,
22; 112:4; 125:17, 19, 21;
126:4, 7, 9, 11, 14; 128:13,
16, 18; 132:14
hope 34:11
hopefully 102:7
horizon 134:5; 146:5
hospital 83:18, 21, 24;
84:5, 22
Hot 135:7
hour 49:7; 52:21; 55:11;
56:25; 57:7
hours 8:20; 27:19; 35:23,
25; 37:17; 39:3; 43:14, 18;
45:20; 48:16, 20; 49:17;
55:6; 57:2; 80:24; 84:3;
137:18; 143:8, 12, 12, 16,
19
house 9:6; 31:18, 21, 23,
25; 32:7, 10, 14; 47:25;
62:23, 25; 63:3, 5, 8, 22,
25; 64:11, 13; 68:9, 11, 21;
73:13; 80:11; 81:14;
108:7, 20, 22; 118:25;
119:9; 133:7; 148:5
houses 148:6
Hudson 33:18
hull 69:23; 73:12
hurt 30:12
Hyde 18:4

I

ice 81:11, 13, 19
idea 98:6
Identification 39:24;
82:17
illegal 7:18; 13:5; 86:23;
89:14, 15, 16

imagine 127:16
immediate 66:25
Immediately 31:5, 10;
124:22
impact 70:22; 134:14
impacts 134:22
implies 31:25
important 7:11
impossible 122:4
improper 94:11
incarcerated 9:7; 97:23,
24
incarceration 9:2
incident 10:24; 11:3, 24;
12:3, 18; 13:13, 15; 14:22,
24; 43:15; 45:7, 9; 46:19;
90:5; 92:10; 93:18, 21, 25;
94:10, 15, 20; 95:16;
123:25; 124:14; 133:22;
136:9; 144:24; 146:19
income 91:23, 25; 95:15;
96:4, 8; 97:19; 98:3, 7, 10,
13, 14, 20, 22, 24; 99:4, 6,
9; 101:6, 7, 14, 15
increase 67:16
indicates 85:12, 16
individual 54:11; 81:7, 8;
82:11
inexactly 91:10
inflated 78:6, 9, 10
influence 7:17, 20
informal 5:12
information 124:3
initial 42:2; 106:2
injured 21:11; 112:6;
147:22
injuries 110:22
injury 21:12
Inn 19:21, 24; 103:12
inpatient 108:2
inquire 91:5
inquired 88:23
INSERT 119:18
inside 62:22
insinuation 93:10
Instead 6:16
Institute 17:23, 25; 18:6,
9, 13; 20:12; 34:4
instructed 35:13
instructing 35:22
instruction 34:25; 35:6;
36:10
instructions 35:10; 65:7
insurance 22:19; 114:13
intend 128:18
intent 141:16
intention 110:19; 140:20
interview 38:25; 42:7;
43:22, 25; 44:6, 11; 45:7,
17, 22, 25; 46:9
interviewed 36:21;
37:24; 38:18; 44:2, 3; 73:2;
141:25; 142:10

interviewing 43:20;
142:6
interviews 142:8
into 40:10, 43:19; 56:12;
58:19; 59:8; 61:11; 62:4,
24; 63:3, 5, 7, 22, 25;
64:11, 13, 22; 66:2, 13, 14;
67:10; 77:17; 78:19;
80:11; 100:13, 20; 105:19;
117:6; 120:25; 122:15;
144:7; 146:21; 153:22
introduce 37:3
introduced 37:16; 38:7;
144:14
investigated 135:21
investigating 40:10
investigator 36:22, 25;
37:16, 18; 38:3, 6; 39:4;
41:23; 42:4, 8
investigators 85:7
involved 21:5; 110:16;
139:5
Island 24:15; 82:22;
137:7; 138:15
issue 7:9; 127:21
issues 138:19

J

J-a-y-n-e 23:2
jail 8:7, 23; 9:3, 5, 9, 13;
30:18; 31:4, 6, 10; 98:18;
118:22, 24; 120:9, 11;
127:10, 12, 14, 17, 22, 24;
133:5; 140:19
Jayne 22:24; 23:2; 29:17,
19, 23, 25; 30:14; 97:9, 10;
99:20; 100:15, 24; 104:25;
139:11; 149:15; 150:15,
25; 151:9, 21; 153:18
jelly 135:7
Jersey 130:11; 132:20
Jill 14:5
job 31:22; 32:12; 53:12;
95:8; 134:15, 22; 135:2, 6,
11; 153:8
jobs 103:9; 135:21, 24;
148:6
joint 88:8; 129:17
judge 5:17
July 29:5, 8, 9, 10, 11;
100:23; 148:10
jump 36:12
jumpy 134:10
June 126:12
jury 5:18

K

keen 136:19
keep 6:7; 20:6, 6; 128:7;
135:17; 141:6; 145:5
kept 66:24; 78:2
kids 147:2

kind 12:23; 20:22, 23;
21:6, 9; 29:25; 30:5; 33:2;
35:17; 37:22; 71:21;
75:18; 100:4, 13; 101:20;
109:6, 23; 111:4; 122:23;
125:10, 135:24, 141:18,
21
kinds 34:14; 122:16
Kirsten 85:5; 132:12;
142:17
Kirsten's 14:2
knew 105:13; 138:12
knife 65:4
knock 129:15
known 62:12; 116:20
Kristen 13:23

L

L-a-m-b 22:16, 17
L-o-m-b-a-r-d-o 116:15
L-y-n-n 151:7
laid 103:11
Lamb 22:14, 17, 20; 23:4;
104:24
Lamb's 30:16
lanes 134:4
large 66:15, 17; 67:3;
68:7; 69:2; 145:9; 146:3
last 4:12; 22:15; 32:24;
33:8; 39:2; 45:19; 46:17;
54:5; 85:22; 87:9; 98:21;
104:16; 105:2; 106:23;
107:11; 111:20; 112:4, 15,
18; 114:22; 115:13;
119:11, 13, 15; 126:11;
143:7, 11; 149:9; 151:25;
152:18
late 43:10; 64:16; 85:2;
105:2
later 6:21; 7:2, 6; 11:13;
26:21; 37:17; 39:16;
107:18; 141:19
Latti 22:9
Laura 104:10
lawsuit 21:23, 25; 22:2, 4,
13
lawyer 40:5; 103:25
lawyers 66:23
learn 26:6
least 56:17; 79:25
leave 18:22; 25:8; 27:20;
30:16; 49:6; 119:14; 154:4
leaves 118:5
left 32:13; 49:14, 20;
51:11, 15; 102:20
legal 95:8
length 40:11; 58:6
less 69:21; 98:19; 118:9
license 8:21; 19:3; 20:23
licenses 20:22; 26:14
Lieutenant 38:13, 16;
45:18
life 6:4; 11:20; 36:13;

74:8, 10, 12, 15, 21, 22,
25; 77:20, 25; 78:6, 12, 16,
18, 19; 79:9; 80:22, 25;
136:10; 138:23; 153:13,
15
light 70:2
line 69:17; 70:8; 123:11
lit 79:23
literally 120:12
litigation 121:17
little 23:12; 25:12; 36:12;
50:8; 67:20; 70:21; 76:23;
79:6; 84:24; 98:19;
134:10; 136:14, 15
live 4:18; 5:2, 2; 116:8,
18; 147:6, 10; 151:17;
152:23, 25
lived 4:16
living 131:22
lobby 102:6
lobster 28:17; 29:15;
62:13; 97:2; 99:22, 23;
133:9; 139:10; 147:25;
148:13; 149:15; 150:12;
153:20
lobsters 30:11
local 102:21
located 9:13; 19:8; 76:3;
111:12; 112:7; 126:20;
147:16
location 18:3
Lombardo 116:15, 18,
20; 117:11; 132:9
London 9:12; 19:15;
27:21, 22; 33:5; 44:7, 8,
19; 90:16; 123:6, 9; 124:6;
136:4
long 4:16; 18:17; 19:10,
16, 22, 25; 20:8; 23:4, 25;
24:15; 27:14, 17; 28:23;
29:18; 32:16; 33:19;
35:21; 38:25; 41:5; 45:17,
19; 49:5, 14; 52:19; 55:4,
10; 60:14; 77:23; 80:21,
22; 82:22; 85:21; 103:2,
13; 106:23; 107:11;
111:14, 18; 116:20; 117:4;
126:24; 128:8; 135:17;
136:7; 137:17; 143:6, 11,
15
longer 58:3; 120:11
look 13:10; 14:12; 41:18;
42:19; 53:23, 24; 54:4;
58:9; 61:4; 63:4, 4, 22, 25;
67:18; 84:8; 109:18;
110:14; 141:23
looked 14:9; 15:6; 17:11;
46:21; 75:3; 120:25;
130:20; 135:25; 140:10
looking 56:3; 62:24;
70:23; 71:8; 79:6; 141:12,
15, 19, 21; 142:12, 13, 14;
148:8
looks 13:21
looming 75:3, 8
Loran 140:11, 13
Lorelei 19:15

lose 134:20
loss 92:17; 93:13, 17, 18,
20, 23, 25; 95:3, 11, 15;
96:4; 111:2, 3
losses 92:10, 19, 20, 21,
23; 94:9, 14, 19
lost 96:8; 99:14; 111:2
lot 47:20; 120:10; 135:20;
148:4, 4, 15
Lynn 151:7

M

M-a-r-e-n 114:22
magazines 122:23
Main 12:10; 30:9
Maine 9:6
maintenance 34:19
major 12:5
makes 134:18, 19;
145:20
making 21:22; 92:22;
93:10; 99:21, 24; 103:16
management 12:24
mandated 106:18
many 8:2; 11:5; 27:15;
45:6; 52:12; 63:6; 79:24;
105:19; 115:3, 10; 132:17;
142:3, 19; 147:4; 150:18;
151:21
March 7:6
Maren 114:20
marijuana 85:13, 17, 22;
86:2, 4, 10, 16, 18; 87:3, 6,
9, 10, 20, 23; 88:4, 6, 10,
13, 21; 89:2, 13; 148:25
marine 21:6, 9; 26:14
maritime 25:19, 22
mark 82:13
marked 39:21, 23; 40:2,
5; 41:20; 42:16; 53:22;
54:8, 13; 82:16, 19
markings 70:5, 6, 17, 25;
72:9, 12, 15
marks 47:7
marriage 104:21
married 4:24; 104:5, 7,
13, 17
material 79:20
materials 109:9, 23;
110:2
math 9:23
matter 65:11; 77:3;
132:21
matters 17:7
May 27:9, 10; 41:5; 45:10,
12; 47:13; 50:23, 24;
72:21; 73:4, 4; 80:2; 84:21;
146:15; 147:19, 24
maybe 10:11; 43:13;
48:15; 65:22; 92:14;
96:22; 111:17
mean 6:22; 56:8; 73:12;
74:21; 75:18; 128:4, 7;

129:24; 133:15; 136:16; 144:4; 145:23
meaning 111:2; 120:16
means 31:15
medical 111:22; 112:3, 11, 12
medication 125:10; 147:19
medications 7:15
Medicine 82:16; 85:11
meet 143:18
meeting 113:7; 143:6, 9, 11, 13
meetings 142:15, 19; 143:17, 22
Melissa 22:24; 23:2; 29:17, 18, 23, 25; 30:13; 97:8, 10; 99:20; 100:15, 24; 104:25; 139:11; 149:15; 150:15, 25; 151:9, 21; 153:18
members 13:18; 88:20, 24; 114:17; 151:23
memory 151:8
mending 34:16
mental 112:14, 18; 113:20, 24; 114:10, 16, 24; 115:7, 20; 116:25; 118:4, 19; 120:15, 23, 25; 121:6; 122:7
mention 62:2; 116:22
mentioned 38:13; 114:15; 116:2, 10; 124:13; 129:20
merchant 26:14
mess 130:15; 136:13
met 46:12, 16; 102:5
Middle 29:10; 54:19; 106:2; 125:4; 129:5
midnight 84:25
might 11:12; 26:20; 38:7
Mike 14:5; 23:19, 21; 26:25; 35:6; 38:21; 52:18; 61:23; 64:11; 77:11; 90:25; 102:5; 103:8, 14; 132:12; 142:7, 16; 149:21
Mike's 85:5
mile 145:3; 146:6
miles 51:23; 140:8; 145:25
military 26:11
milk 129:12
mind 133:17
mine 18:23; 34:10
minimal 92:21, 25; 149:6
minute 92:25; 154:3
minutes 55:11; 57:8; 60:14, 16; 70:13; 77:3; 154:11
miss 30:13; 122:2; 141:20; 150:13, 15, 18; 152:2, 7, 12
missed 150:21; 152:6, 13
missing 150:25; 152:8, 16

mistakes 42:6
misunderstood 92:14
Mohican 20:7; 102:14, 20
moment 41:20; 70:22
Monday 45:14
money 92:15, 17; 135:20; 148:7
Monkfish 30:11; 49:19
Montauk 36:11; 51:23; 140:8
month 117:15, 22
months 9:3, 4, 5, 10; 14:7; 18:18; 20:2; 23:5; 24:3; 25:9; 28:24; 29:4, 15; 88:3; 95:17, 18, 21, 25; 96:5, 9, 11; 98:19; 103:6, 15; 107:12; 117:5; 126:25; 136:3; 137:3; 138:5; 143:10, 14, 18; 148:17; 150:5; 152:13, 14
Montville 9:14; 116:9, 19; 126:21
more 50:5; 54:19; 57:24; 65:7; 74:19; 87:15; 107:15; 115:6, 9; 118:9; 122:2; 125:2; 127:4; 128:13, 19; 152:7
morning 47:17; 52:4; 84:21; 102:5
most 7:11; 8:7, 10; 54:6; 131:19; 134:11
mostly 75:20; 120:5; 127:10; 136:2
mother 147:6
motor 15:10, 19; 20:23
mounted 74:15; 77:25
mouth 41:13
moved 32:20; 68:14, 15, 22, 23
Mrs 118:13
much 25:6; 48:10, 11, 12; 49:3; 50:5, 8; 56:14, 15; 57:20; 59:2; 88:6; 90:22; 93:20, 24; 97:3, 9; 98:14, 21; 100:5; 103:16, 20, 22; 117:7; 121:2; 128:8; 132:23; 133:13, 14; 136:4, 5; 137:16; 143:18; 148:19; 149:5; 154:8
mustard 79:18
myself 42:13; 129:15
mystery 144:6
Mystic 33:15, 16, 19, 22; 97:14, 15; 105:7; 117:14; 152:2, 3; 153:16, 24

# N

name 4:10, 12; 22:8, 15, 23; 32:24; 33:13; 36:24, 25; 37:2; 70:24; 73:2; 84:11, 14; 102:4; 104:9; 105:6, 24; 107:20; 111:10; 112:9; 113:2; 114:22; 119:10, 11, 12, 13, 15; 131:6; 132:10; 143:24;

151:6, 15; 152:18, 21
names 37:8; 38:10;
114:19; 116:13; 151:25
near 129:25; 130:2; 136:12, 18
necessarily 108:15
need 40:10
needed 66:19
Neighbors 148:6
nervous 130:4
net 52:3, 7, 10, 17; 53:2, 16, 20; 54:15; 55:5, 7, 12, 15, 20, 21, 23; 56:14, 16, 21, 24; 57:8, 12, 14, 15, 17, 22, 25, 25; 58:3, 4, 17, 18; 59:4, 6, 8, 11; 60:7, 8, 10, 13, 15, 18, 19, 25; 61:16, 25; 62:4, 7, 7, 8, 22, 24; 63:7; 80:8, 9, 15, 15, 16; 91:25
nets 27:25; 34:16, 16, 17; 51:24; 52:12, 23; 53:6, 7, 13; 56:3, 6, 7, 8, 10; 59:14, 16, 19, 19, 22; 60:4; 61:12; 65:8, 10, 15; 80:12; 90:6, 8, 10, 11
New 9:12; 19:15; 21:13; 27:21, 22; 30:4; 31:22, 24; 32:13, 16; 33:5; 44:7, 8, 17, 18; 83:22, 24; 84:5, 22; 85:3; 90:16; 106:22; 112:8, 10; 123:6, 9; 124:6; 132:19; 136:4; 151:10; 152:24
Newark 130:13
news 141:22
Newspaper 123:4, 5
Next 20:3; 29:16; 39:21; 53:18; 54:20, 23; 56:2; 57:15, 20; 58:13; 76:15; 82:14; 107:4; 108:5; 143:9, 13
night 32:3; 47:18, 20; 48:2, 6, 9; 83:25; 85:2; 86:4, 16; 122:11; 125:4; 129:6
nine 20:2; 23:5; 51:18; 52:4; 56:24
nobody 144:12
noises 75:5; 134:9
noneconomic 111:2
nonmental 124:10
Norasia 15:10, 20, 23; 16:2; 152:4
normal 121:16; 136:19
normally 101:4
Norwich 4:19, 20, 21; 12:8, 9; 19:21, 24; 102:25; 103:12; 107:8; 111:13; 147:11
noted 40:14; 42:21; 154:12
notes 39:4, 9, 12, 16; 45:21, 24; 47:7
November 8:14; 29:20; 30:17, 24; 100:23

number 84:17, 18
nutty 136:14, 15

# O

o'clock 47:23; 51:12, 18; 52:4
oath 5:13
object 40:13; 66:21; 86:25; 87:2; 89:3
objection 40:14, 16; 42:19, 66:22
objections 40:12
obtained 110:13
obvious 34:2; 65:13
Occupational 82:15; 85:11
occur 8:16; 9:20; 10:5
occurred 61:2; 68:7, 17, 20; 75:2; 93:10
odd 148:6
off 5:22; 37:11; 40:21; 53:8, 19; 54:15; 61:16; 89:10; 92:25; 101:22; 103:11; 113:12; 117:23, 24; 118:2; 141:13; 145:23
off-loaded 90:18
Off-record 40:22; 113:13; 141:14
off-the-record 53:10
offered 27:2; 121:15
office 43:19; 44:23
officers 44:17, 18, 21
officials 38:5, 8, 11; 42:9; 45:19
often 25:4; 87:10, 22; 88:4; 117:13; 128:24; 133:21; 134:11; 145:12; 150:4; 154:6
old 5:5; 87:16; 147:8
Once 11:8, 9; 87:12; 88:5, 6; 136:25; 137:12; 142:4; 149:3
one 6:11; 8:17; 10:11, 20; 11:5, 10, 12, 13, 23; 19:2, 14, 20, 23; 20:9; 21:6; 26:3; 33:21; 34:6, 7; 37:8; 38:16; 44:18; 54:5; 56:17, 19; 57:16; 59:2, 9; 60:7; 67:22; 80:15; 88:10; 89:8, 9; 94:5; 104:17; 115:6, 6, 9; 117:22; 120:8; 127:4, 4; 129:20; 136:11; 142:21, 22; 149:6, 24; 152:6, 11, 13; 154:3
one-year 8:25
ones 25:3
only 6:10; 37:18; 63:24; 65:11; 94:9; 97:24; 98:16, 18; 110:25; 121:16; 123:9; 126:2, 3; 133:17; 137:23
onto 76:18, 20, 21; 77:6
opened 18:23
operate 26:6; 34:22, 23; 35:2, 7, 13

operator's 26:22
opiates 85:14
opportunity 6:20; 7:3, 4
option 121:20
orange 54:11
order 65:25; 66:6; 95:7
ordered 107:9
Orient 138:3, 20
orientation 59:14
original 82:9
others 11:22
Otherwise 101:9; 143:4
out 23:25; 25:11; 27:7; 30:3; 32:2, 2; 33:4; 34:17, 18; 36:11; 37:13; 47:16; 49:18; 50:2, 22, 25; 51:8; 53:7, 13; 55:5, 16; 56:8, 10, 15; 58:17; 60:13; 64:12; 65:5; 66:19; 68:21; 75:3, 8; 77:8, 16; 78:6, 8, 16; 82:8; 85:24; 88:25; 90:11; 91:24, 25; 92:2, 3, 12; 94:21; 95:17, 18, 21, 25; 96:5, 8; 98:18; 103:7; 117:16, 17; 121:2; 124:3; 127:24; 129:16; 134:19; 136:12, 23; 137:17; 143:2; 149:24; 150:6; 151:2, 9; 152:9; 153:5, 10
out-patient 107:16, 17; 108:3, 4
outcome 12:20; 22:4
outcomes 8:5
outlines 93:24
Outside 12:15, 16
over 24:15; 39:11; 56:3; 83:13, 15; 87:19; 89:9; 96:11; 129:12
overcoat 54:12
overnight 137:4
overwhelmed 139:16
own 33:2; 42:11; 43:4; 46:25; 78:9, 10; 122:7, 11, 19; 136:21
owned 23:20; 24:21, 22; 28:21
owner 22:21

# P

P 106:2
P-h-i-i-i-p 106:7
p.m 154:12
pack 49:4; 81:7, 22; 82:3; 149:22
packaging 82:9
paddling 78:23; 79:15, 21
page 82:20; 84:8; 141:20
paid 8:21; 89:19, 21, 23; 90:3, 20, 22; 91:13, 24; 99:15, 25; 100:5, 8, 16
painkiller 147:23
pancake 79:18

**paper** 39:5, 13; 141:3, 15, 21

**papers** 95:7; 110:12

**Parents** 5:4; 24:20, 21; 25:17; 26:4; 114:18, 19, 23; 115:7; 123:23; 132:6; 136:21, 23; 137:20; 138:14; 148:5

**Park** 18:4

**part** 11:2; 14:11; 40:9; 41:3; 73:13, 14; 74:4; 97:25; 106:18; 108:8

**particular** 74:5; 113:24; 115:16; 116:22; 128:17; 145:15

**particularly** 125:2

**party** 11:17

**passed** 75:16

**passengers** 138:10

**past** 21:2; 133:11

**pay** 21:24; 100:4; 121:9

**payment** 91:6

**peanut** 135:7

**peculiar** 101:8

**pen** 57:21; 58:10, 20, 22; 59:7

**pens** 56:12, 18, 19; 58:14, 18; 90:14, 14

**people** 38:17; 133:5, 7

**per** 97:4, 9, 12, 15, 17

**percentage** 91:15, 18, 22

**perhaps** 73:19; 128:19

**period** 51:5; 55:17; 56:5; 63:3; 80:18; 87:23; 108:17

**periodically** 32:4

**periods** 120:11

**permission** 105:14

**permit** 26:23

**person** 6:11; 22:12; 58:12; 63:24

**personal** 95:11

**personally** 22:18; 141:12

**Pharmacy** 126:19

**phenylcyclidine** 85:14

**Philip** 106:6

**photograph** 54:22, 23

**photographs** 13:10; 14:23; 15:2, 5, 7; 16:13, 21, 23; 53:23, 24, 25; 54:7, 13

**photos** 16:24

**physical** 110:22

**pick** 51:25; 53:12; 55:2, 5; 90:10; 105:19

**picked** 58:17; 85:5

**picking** 53:17; 55:16; 61:16; 63:15, 18; 68:13

**picture** 58:12

**pictures** 16:25; 17:2

**piece** 39:5, 13; 104:3

**pill** 127:4, 4

**pilot** 62:23; 63:22, 25; 80:11

**Pin** 102:23; 103:2, 4, 16

**place** 12:7; 44:6; 45:7, 9; 51:24; 61:15; 68:12; 107:20; 120:10

**plan** 135:16

**planning** 59:20; 94:5, 22

**please** 4:9, 14; 6:5, 11, 16; 92:7; 95:2; 104:11; 116:13

**pleasure** 150:7, 9, 10

**pled** 31:15

**plot** 140:14, 15

**plotter** 140:16

**Pockets** 135:7

**point** 37:15; 61:5; 64:18; 66:4, 14; 68:23, 24; 75:14; 77:20; 123:21; 138:3, 20

**police** 12:6

**poor** 151:8

**pop** 77:22

**popped** 82:10

**port** 54:25; 55:3; 59:9; 71:9, 10, 12; 72:19; 73:3, 7, 20; 74:17; 130:14

**position** 27:2; 140:14, 15

**positive** 85:16

**possession** 13:5

**Possibly** 48:4, 6

**Post-traumatic** 114:6

**practice** 111:21; 153:22

**practitioner** 111:25

**prefer** 34:8

**prepare** 95:7

**prepared** 93:23; 94:16

**preparing** 13:8, 11; 94:5

**prescribed** 125:17

**prescription** 126:15, 17, 22; 127:9

**present** 5:18; 44:10; 45:3

**presently** 7:17; 110:16

**pretrial** 95:7

**pretty** 6:6; 25:6; 57:23; 59:2; 65:13; 67:14; 69:19; 76:23; 132:23; 133:13, 14; 134:20; 143:18; 145:3; 148:24

**previously** 42:16

**price** 91:16; 121:5

**priced** 121:4

**print** 124:3

**prior** 4:18; 8:15; 85:24; 88:3; 95:22; 145:8

**prison** 98:10

**privately-owned** 137:20

**probably** 9:24; 37:17; 47:23, 25; 48:20; 60:5, 16; 63:9, 20; 81:13; 85:23; 87:7, 12; 93:22; 94:24; 95:14; 96:6; 98:15; 100:25; 115:15; 117:5; 119:19; 130:8; 152:14

**problem** 125:3; 134:24

**problems** 113:22; 116:7; 124:14, 18, 19, 21, 23;

**125**:8, 23; 126:2; 127:8, 11, 25; 129:21; 134:20; 145:15, 153:25

**proceedings** 6:22

**process** 21:22; 106:19

**processing** 34:17

**produce** 95:2; 99:7

**production** 101:3

**professional** 113:21, 25; 114:11, 16, 25; 115:8, 20; 117:2; 118:14, 20; 120:23; 121:2, 6

**professionals** 112:15, 18; 124:10

**program** 107:2, 13; 108:20; 109:2, 10; 110:13; 149:20

**programs** 110:17, 20

**proper** 109:20

**prove** 101:5

**provide** 85:8; 100:3; 109:14; 119:16; 141:9; 151:25

**provided** 99:5

**proximity** 145:10

**psychiatrist** 114:8

**psychologist** 114:8

**PTSD** 114:4, 5; 118:24; 119:6, 21; 120:16; 121:7; 122:20, 24; 123:10, 13, 17, 24; 124:11

**pull** 55:5; 56:10, 15; 77:16; 90:10

**pulled** 53:16; 55:8; 56:15; 58:16, 17; 60:13; 78:8, 15

**pulling** 55:12, 14, 15; 56:8, 20; 57:16; 59:4, 6, 8

**put** 23:20; 37:13; 41:12; 64:11, 14; 65:10, 24; 66:13, 14; 67:10, 22; 77:19; 78:20; 81:13; 82:6, 18; 101:10; 150:21; 154:2, 3, 5

**putting** 13:22; 39:25; 65:25

## Q

**quick** 76:24

**quickly** 134:21

**quite** 84:25; 90:15

## R

**race** 25:15

**raced** 24:14

**radar** 26:3, 5, 7; 34:22, 23, 24; 35:3, 7, 13, 14, 18, 22, 25; 36:4; 56:3; 61:19, 22, 23; 62:3, 11, 15, 18, 21; 63:4, 11, 14, 18, 22; 64:2, 6; 66:24; 134:5

**radars** 35:25

**radius** 35:16

**raft** 36:13; 74:8, 10, 12, 15, 21, 23; 77:19, 20, 25; 78:6, 12, 16, 18, 20; 79:9; 80:23, 25; 105:20

**raincoat** 54:12

**raise** 7:9

**raised** 24:14; 74:7

**ran** 64:11, 13

**rather** 64:25

**read** 6:21; 14:16; 93:15, 16; 122:22, 25; 123:5, 10, 11

**reading** 42:2

**readings** 140:9

**ready** 65:5; 117:24

**real** 77:23

**realize** 5:13

**really** 74:8; 75:20; 94:7; 129:15; 131:16, 21

**Rear** 68:11

**reason** 66:5; 113:19; 128:17; 150:25

**reasonable** 101:21

**reasonably** 145:12

**reasons** 120:9, 20

**recall** 11:9; 35:12; 42:12; 43:7, 24; 45:6; 49:23, 25; 50:12, 13, 14, 16; 55:4; 60:15, 22; 61:21, 24; 62:9, 20; 63:2, 6, 21; 64:14, 20; 67:15, 21, 25; 71:2; 72:7, 14, 18, 25; 73:15; 74:6, 16; 75:9; 77:2; 84:22; 90:22; 98:14

**receive** 17:20

**received** 100:19; 108:5

**recent** 8:10

**recently** 8:7

**recess** 70:14; 89:11; 101:24

**recognize** 42:22; 53:25

**recollection** 41:21, 25; 43:3; 46:7; 78:5; 83:12; 86:13

**recommend** 115:16; 118:18

**recommendation** 112:21; 113:6, 20; 115:25

**recommended** 112:17; 114:2, 3, 7; 115:22; 123:19

**recommending** 123:21

**record** 4:10; 5:23; 6:7; 26:20; 39:23; 40:16, 21; 41:19; 53:9; 89:10; 92:25; 93:3, 5; 99:12; 100:7; 101:23; 102:10; 113:12; 141:13

**recorded** 5:24

**recording** 42:4

**records** 99:9; 100:21; 101:4, 7, 10, 15

**red** 70:16

**reddish** 70:9

**reentering** 120:12

**refer** 23:23

**referring** 16:10

**refill** 126:22

**reflect** 46:8

**reflects** 41:22

**refresh** 43:2

**regarding** 89:19

**regular** 88:13; 122:5

**regularly** 87:19; 88:21, 25

**regulations** 85:8

**relate** 124:14

**related** 14:23

**relates** 150:2

**relating** 13:15

**relationship** 54:17; 117:10

**released** 31:17, 20; 98:10

**relive** 133:24; 134:2, 11

**relived** 133:18, 21

**reliving** 133:12

**remember** 10:16; 37:2; 41:3, 6, 8, 9; 42:18; 47:22; 50:17; 62:4; 65:18; 69:23; 71:11; 75:11, 14; 22; 109:4; 111:18; 119:15; 121:18

**repeating** 102:7

**report** 14:10, 11, 16, 17, 20; 15:4, 6; 40:10; 41:2, 4, 5; 46:2, 4, 7, 21, 23; 47:2, 6, 7, 15; 82:16; 85:12

**reporter** 5:20; 6:2, 10

**repositioning** 80:9, 14

**represented** 22:7

**request** 99:4; 119:3, 8

**required** 18:25; 19:2, 3; 85:7

**rescued** 36:15; 80:23; 82:25

**reserve** 89:7

**reset** 55:19; 57:8; 80:8

**resetting** 60:12

**respect** 76:3; 111:3; 119:5

**response** 6:6; 119:20

**responsibilities** 33:24, 24

**restaurant** 18:21, 24; 19:5, 13, 19; 20:3, 4; 135:14, 22

**restaurants** 20:14

**result** 85:19; 93:18, 21; 94:14; 95:16; 110:23; 129:21, 22; 138:23

**retained** 144:17

**retrieve** 77:8

**return** 97:19; 98:11, 13; 99:5, 9

**returned** 139:7

**returns** 98:24; 118:5

**review** 13:7; 14:2, 4, 6

**reviewed** 14:14; 41:2; 47:6

reviewing 47:8
rides 34:18
Right 6:9, 23, 24; 10:10, 20; 11:14, 21; 18:9; 20:10; 23:15; 29:7; 34:2; 36:8, 17; 43:21; 45:16; 50:20; 51:16, 20; 52:11; 53:4, 14, 18; 54:20; 55:20; 56:22; 57:3, 9, 13; 58:8, 15, 20; 59:5, 21; 61:11; 64:2, 3; 67:11; 68:9; 75:19; 76:13; 78:20; 84:15; 85:15, 18; 86:3, 22; 88:2; 89:7; 91:12; 95:20, 23; 96:2, 15, 25; 97:7; 98:2; 108:24; 110:6; 118:11; 127:18; 135:17; 136:6; 137:10; 142:7; 145:17
right-hand 84:16
Robert 22:14; 105:25
Roderick 38:22; 44:25; 49:11; 56:4; 61:19; 62:16; 63:10, 17, 21; 68:16; 88:9, 16, 18; 95:4; 118:13; 121:12; 122:6; 146:3
Roderick's 14:5
role 143:25; 144:2
romantic 117:10
room 37:23; 38:2, 8, 17, 22; 45:2
rope 21:14
Roughly 143:14
RPMs 60:21; 67:16
rule 149:17
rules 6:4; 102:10
run 137:13
running 133:16

**S**

S-C-A-D-D 107:22
S-c-h-o-b-e-r 4:13
S-c-h-o-l-b-e-r 84:13
S-t-e-i-g-l-e-r 152:22
safe 20:19
safely 92:12
sail 25:4; 137:8, 13
sailboat 24:21, 22, 25; 25:9, 14; 137:10
sailboats 24:14, 15; 25:2, 15, 22, 24; 26:4
sailor 137:12, 12
salary 91:3
same 5:16; 24:25; 30:7; 32:12; 38:22; 42:19; 44:23, 25; 58:6; 61:15; 62:14; 67:11; 68:12; 90:6, 7; 102:10; 107:13; 110:9; 114:22; 118:5, 6; 127:21; 130:19; 139:4; 140:6, 24; 151:24
sample 85:8
sandwiches 135:7
sank 76:23; 77:2, 5
sat 35:24; 80:17

satellite 16:24
Saturday 45:10, 10, 12
sauce 148:24
save 124:6
saw 46:2, 3; 67:13; 68:3, 14; 70:17; 71:13, 24; 72:3, 6, 19; 73:7; 75:3; 76:6; 124:4; 126:3, 6, 11; 130:16, 17; 146:4
Sawyer 28:22; 29:3, 14; 97:3; 99:25; 100:3
saying 6:11; 61:10, 21; 62:10, 12; 64:14; 65:18; 96:22
SCADD 107:22
scared 134:18
scarred 21:16
schedule 118:4; 122:4, 12
SCHOBER 4:2, 9, 11; 39:23; 82:17, 18; 84:12; 88:15, 17; 89:13; 95:3, 10; 99:4; 102:4; 105:25; 154:9
school 9:24; 10:6, 7, 9; 17:14; 18:10
Scott 152:17, 25; 153:7, 10
Screen 82:16; 85:12
sea 92:12
second 11:16; 27:12; 28:10; 50:18; 57:25; 58:3; 59:6, 8; 60:15, 18, 25, 25; 61:11, 25; 63:7; 70:10; 80:9, 15
seconds 65:11, 22; 68:5
secrets 89:5
section 76:22; 77:5; 78:14
Sector 82:22
Security 84:17, 17
seeing 41:3, 8, 9; 42:18; 71:2; 75:22; 89:25; 111:16; 115:7; 134:4
seeking 120:8
sees 117:8
self-inflated 77:24
sense 143:2
sentenced 9:4
sentencing 31:14
separate 59:19
separated 146:11
separation 146:14
September 105:2, 3; 139:9
sequence 61:13
serve 8:25
served 8:7; 28:16
service 8:20
Services 82:16; 85:12; 91:6, 14
session 121:22, 24
set 39:16; 52:13; 53:23; 55:9; 57:14; 61:11; 90:6, 7; 95:7; 118:4

setting 5:12; 34:16; 57:11
settle 103:20
settled 21:20; 22:5
settlement 103:23
seven 48:15, 20; 111:17, 20; 112:4, 15, 19; 118:11
several 106:9
shake 6:8; 130:5; 139:16; 145:22
share 89:21, 22, 24; 90:2; 92:5
sheet 82:21
Sherman 4:21, 22
shifts 34:18
ship 61:8, 15; 66:7, 9, 15, 17; 67:3, 3, 12; 68:3, 7, 14; 69:2, 9, 20, 24; 70:7, 23; 71:3, 8, 9, 13, 16, 18; 72:2, 3, 13, 16, 20; 73:3, 11, 14; 74:2, 5, 16; 75:3, 7, 15, 16, 25; 76:4, 14, 16, 17; 145:9, 17
ship's 72:19
Shipping 134:4
ships 145:4; 146:3
shit 65:17
shore-side 135:21
shortly 64:7, 9; 75:17; 115:2; 123:16; 148:11; 149:20
shoulder 56:3
shoulders 6:8
show 16:13, 20, 23; 39:16; 42:15; 45:24; 53:21
showed 17:10
showing 100:5, 21; 101:7
shown 13:14, 20; 39:8, 11
shrug 6:8
side 55:2; 59:9; 71:5, 9, 10, 12; 72:12; 74:18, 20; 75:19; 84:16
sign 42:14
signals 49:24; 50:9, 14, 16, 18
signs 124:11
similar 130:20
sister-in-law's 23:22
site 123:12; 140:5
Sitting 83:11
situation 50:14
situations 145:7
six 12:25; 18:18; 35:23, 25; 47:23; 49:17; 79:25; 88:3; 105:21; 111:16, 20; 112:4, 15, 18; 115:12; 143:10, 14, 18; 150:5
six-hour 51:4
size 16:7; 131:17
sleep 47:20; 48:16, 20; 125:11; 127:6, 16, 21; 129:6, 10, 18; 134:23
sleeping 124:19, 21, 23; 125:3, 23; 126:2; 127:8,

11, 25; 128:10, 24
Slept 51:6
Small 121.15
smoke 85:25; 86:4, 9, 16, 18; 87:22; 88:4, 6, 10, 21; 129:17, 17
smoked 85:22; 87:9, 20
smoking 87:25; 148:25
snapped 21:15
Social 84:16, 17; 136:10; 138:23
soda 79:19
sole 94:14; 100:7
solely 135:11
somebody 42:13; 113:2; 115:23; 144:11
someone 5:3; 12:5; 15:18; 114:3; 116:11
someone's 101:4; 135:5, 11
sometime 29:5; 30:24; 31:18; 83:2; 94:22; 105:2; 126:12
Sometimes 25:11; 117:12; 118:8, 9; 128:11; 134:19; 147:13; 153:9
Somewhat 128:2, 2, 3
somewhere 57:10
soon 28:25; 31:3; 61:24; 65:9, 20; 68:3; 76:25
sorry 8:23; 47:13; 88:17; 93:16; 99:22; 145:8; 149:9; 152:4
sort 120:9, 13
sorts 33:23; 134:19
sought 120:15
Sound 24:16; 50:9; 82:22
sounded 50:13
sounding 49:24; 50:16
source 123:9
south 51:23; 140:8
Southeastern 107:24
Spa 19:21, 24
space 119:14
speak 6:5; 17:6
speaking 112:24
specializes 114:4
species 30:7, 9
specific 48:8; 65:6; 87:4, 5; 141:16
specifically 12:9; 55:25; 92:8; 119:5
specifics 144:20
spell 4:12; 22:15; 32:24; 104:11; 111:8; 114:21; 152:18, 21
spend 35:21
spoken 46:18
sports 102:21, 23
spot 77:20
spring 109:3
St 147:15
stack 14:15; 75:23, 25;

76:6
stainless 53:18
stand 34.20; 106:5
standing 53.15; 54:12, 14, 18, 18, 23, 25; 56:2; 58.13; 61:15; 62:22; 68·10, 12, 69:12, 16; 73:22, 25; 76:11
stands 107:23
starboard 55:2; 71:5; 74:19
start 19:5; 20:16; 28:25; 29.2; 32:22; 33:6; 41:14; 99:22; 125:14; 136:17; 146:14; 148:8
started 23:13; 24:5, 9; 25:20; 32:20; 43:20; 52:9, 16, 23; 53:2; 56:25; 57:15; 61:25; 62:6, 7, 8; 78:23; 97.2, 8; 103:7, 14; 113:7; 131:21; 139:16; 148:11
Starting 24:17; 67:19; 89:25; 95:22; 147:25; 149:21
state 4:9
stated 40:11; 42:20; 61:7
statement 42:10, 14; 43:3, 23; 61:9; 93:24; 95:2; 100:5; 109:19
station 36:19, 22; 37:11, 23; 38:18; 39:2; 41:23; 42:9; 43:8, 17; 83:3, 18; 84:4; 132:19
stay 80:10; 93:2
stayed 140:23
staying 93:5; 125:9
steel 30:2; 33:3; 53:18
Steigler 152:20
stemming 150:22
stems 152:10
Stepski 13:24; 23:20, 21; 24:2, 6, 10; 26:25; 28:4, 11; 35:6, 21; 38:21; 44:24; 49:8; 50:3; 55:13, 17, 22; 60:17; 61:19; 62:2, 9, 17, 20; 63:2, 7; 64:2, 4; 65:15; 66:12; 67:9, 21; 68:19, 23; 78:8, 15; 79:7; 88:9, 12, 23; 89:19; 90:25; 91:5; 95:4, 22; 99:15; 103:8, 14; 105:10; 118:13, 13; 121:11; 122:7; 146:3; 149:13, 21
Stepski's 14:5
stern 54:8; 71:7; 72:15, 19; 74:11, 16; 76:11, 22; 77:4; 80:10
Steven 152:20
Stevens 112:24; 113:5; 114:2; 142:16; 144:18
still 33:9; 37:7; 43:11; 70:22; 77:18; 92:15; 99:10; 104:13; 108:13; 109:12; 110:2; 128:10; 133:24; 136:21; 137:10
stipulate 94:8

MICHAEL STEPSKI  v.
THE M/V NORASIA ALYA

BENJAMIN SCHOBER
March 29, 2007

Stipulations 94:12
stopped 18:19
Storrs 9:5, 8
story 141:16
stowed 78:12, 12; 81:9
Street 4:21, 22; 12:10
stress 114:6
stretch 58:22
string 60:25; 61:18
strings 59:19, 19
Stripes 102:23, 103:2, 5, 17
strips 25:11
struck 61:8
studying 122:19
stuff 40:5; 141:7
stumble 141:17
stumbling 143:3
submit 84:3
substance 144:8
Sudden 134:9
sued 22:17
suggested 116:15; 116:11
suggesting 54:3
suggestion 114:24
suggestions 119:23
suit 37:14; 103:19; 104:23; 154:6
suits 77:8, 13, 18; 78:19, 20; 153:23
Sullivan 151:10
summer 25:6, 7; 29:5
Sun 20:7; 102:14, 20
superstructure 73:10; 74:17
supply 109:19
sure 48:10; 54:5; 59:16, 24; 74:13, 13; 77:23; 80:3; 83:8; 86:13; 89:25; 133:14; 143:24; 144:10; 148:23
surface 17:4; 78:18; 81:7; 82:10; 105:17
surrounding 11:16
survival 37:14; 77:8, 13, 18; 78:19, 20; 154:6
suspended 8:21
sustain 110:22
sweat 130:5
swim 77:15
swore 130:16
sworn 4:4
symptoms 124:11
syrup 79:18

## T

table 53:18; 54:20, 21, 23
talk 116:7; 128:19; 132:22; 142:7; 154:11
talked 16:18; 132:17, 25;

144.22
talking 39:5; 55:20; 57:10; 92:15, 16; 131:19; 144:4; 145:17; 152:8
tank 21:14; 81:12, 20, 23; 82:7
tax 97:19; 98:11, 13, 24; 99:4, 6, 9
tea 129:12
Tech 17:15, 19
television 141:3, 25; 142:8, 12
telling 7:6, 10; 20:6; 72:18; 131:20
tells 40:19
ten 8:24; 87:14
tense 130:4
terminated 103:12
terms 59:14; 102:13; 109:22; 125:2; 127:21; 136:5; 138:22
Terry 144:4, 8
test 83:4; 84:3; 85:9; 154:7
tested 83:19; 85:13, 16
testified 4:4; 5:9
testify 93:4, 8; 94:16
testimony 5:16; 6:3; 51:10; 86:2, 15, 21; 94:13; 120:22
Thanksgiving 29:21; 31:18
therapist 114:8
there're 117:23
thereafter 148:11
thinking 55:19; 96:17
Third 104:2, 3
third-degree 11:25
Thirty 40:7, 8; 51:23
Thirty-four 5:6
Thirty-one 87:18
though 5:12; 41:6
thought 72:23; 73:4; 92:14; 130:18; 131:15
thousand 97:11; 99:21; 100:22; 120:8
three 11:7; 8:4; 9:3, 4, 5, 10, 15; 12:25; 21:2; 25:9; 28:6, 24; 29:15; 43:13; 48:13, 14; 51:12, 13, 15; 52:15; 58:18; 59:18, 19; 63:9; 71:7; 77:17; 93:11; 107:12; 117:15, 23, 25; 129:3, 4; 130:8; 137:3; 142:20; 147:5; 150:19, 20
throwing 64:22
times 8:2, 4; 11:6, 19; 16:19, 19, 20; 46:12; 63:6; 96:10, 13, 18, 21, 22; 115:10; 129:2, 3; 132:17; 142:3
tired 134:25
today 7:12; 13:8, 11, 14; 14:23; 17:8; 21:7; 83:11; 94:8, 13, 17; 98:6; 108:13,

14, 16; 132:21
together 44:13; 101:11
told 7:7, 10; 14:15; 26:13; 35:12; 40:25; 41:22; 42:4; 46:8; 72:21; 83:9, 12; 85:6; 91:17; 102:10; 114:17; 118:16, 17; 122:7; 131:15; 138:25; 146:18; 152:17
took 12:21; 42:13, 43:19; 45:7, 9; 55:4; 57:2; 58:23; 60:14; 77:22; 79:13; 90:16; 104:3; 146:2
top 59:3; 61:6; 66:8, 10; 70:25
total 59:18; 98:7; 103:22, 24
tough 122:9; 136:11
toward 130:7
traffic 139:22
transcript 6:21, 22; 7:2; 13:20, 23; 119:15
transcripts 14:3, 8; 17:11
transiting 140:2
transom 74:7
traveling 145:6
treated 115:20
trial 5:9, 17; 7:3, 4; 9:10; 31:7, 9, 12, 13
tried 64:12
trigger 134:2
trip 27:12, 15, 17, 24; 28:10, 11; 33:19; 35:5, 9; 36:7; 47:16, 19; 48:9; 50:4, 7, 10, 19, 22, 25; 51:7; 90:4, 6, 7, 14, 20, 23; 91:3; 99:16; 117:22; 132:19; 137:4, 5; 146:2, 4; 152:8, 16
trips 25:12; 95:24; 117:23, 25; 118:8; 122:10; 150:16, 18, 20; 151:2; 152:2, 6, 12
trouble 128:10, 24; 129:6
truth 7:10, 11
truthful 7:12
try 6:13, 16, 17; 118:18; 119:24; 129:9
trying 6:3; 76:18, 21; 78:24; 86:12; 119:11; 127:21; 141:16
Tuesday 45:14
turn 67:25
turned 67:21; 68:2
turns 79:13
TV 141:3
Twelve 106:24; 147:9; 148:21
Twenty-four 27:19
Twice 133:23; 150:5
two 8:15, 23; 16:18; 19:11; 25:3, 9; 29:4; 39:3; 43:13; 44:18; 45:8, 20; 46:13, 17; 55:6; 57:2; 85:23, 24; 86:9; 88:8; 90:4;

95:18, 24, 25; 96:5, 9, 11, 22; 98:19; 118:9; 126:8; 127:5; 129:3; 138:5; 143:12, 16, 20; 146:6; 151:23; 152:6, 11, 13
two-hour 55:16
type 106:25; 107:13; 113:24; 114:10; 117:7; 118:23; 119:3; 125:3
typed 39:17
typed-up 39:12
types 120:3
typical 33:19

## U

Uncasville 4:3, 15; 32:20
uncomfortable 145:20
uncover 86:10
under 5:13; 7:17, 20; 77:15; 101:4; 149:23
understood 26:19; 131:17
unemployed 23:19; 103:6, 13
UNGER 102:3, 5; 109:21; 110:11; 144:10; 145:19; 154:8
unless 5:22; 40:17, 19
unload 21:14
unloading 21:13
untie 64:15, 17, 20, 25
up 6:5, 7; 12:5; 18:24; 24:23; 39:17; 44:17; 48:21; 51:25; 55:2; 56:17; 59:3; 70:17, 23, 25; 71:8, 15, 18; 74:11; 75:3; 77:23; 80:11; 81:6; 85:5; 90:13; 91:2; 102:6; 103:19; 105:19; 108:16; 123:14; 125:4; 128:8; 129:5
update 154:7
upon 141:17
use 35:22; 40:13; 60:21; 87:10; 140:13
used 21:14; 25:15; 88:25; 89:14
user 88:13
using 35:18; 40:12; 60:17; 86:23; 87:6
usually 129:14

## V

varies 91:16
vehicle 20:23
verbal 6:6
verbiage 6:23
verify 73:6
vessel 15:10, 20; 22:21, 23; 33:14; 145:10
vessels 28:16
videos 122:23

visibility 60:3, 5
vodka 148:24
volunteer 41:11; 135:8

## W

W-a-y 105:8
wages 111:3
wait 6:12, 13; 10:22; 16:17
wake 125:4; 129:5
wandering 41:14
Warm 129:12
watch 34:20, 23; 35:2, 7; 145:24
watches 34:18
Watching 35:14; 61:23; 62:2, 10, 15; 63:11, 11; 64:6; 66:24
water 52:13; 55:9; 69:17; 70:8; 77:18; 129:25; 130:2, 7; 136:13, 18
wave 69:9, 13, 20
way 14:24; 17:10; 33:15, 16, 20, 22; 36:11; 64:12; 66:19; 92:8, 9; 97:14, 15; 101:5; 103:12; 105:7; 117:14; 134:22; 140:6; 152:2, 3; 153:16, 24
weather 49:20; 50:4; 60:2; 139:18
web 123:12
week 27:16; 33:21; 45:15; 96:10, 14, 18, 21, 22, 24; 97:4, 5, 6, 9, 12, 15, 17; 99:21, 24; 100:22; 117:16, 18, 20, 22, 24; 118:2, 5, 6, 8; 122:3; 129:2; 133:23; 149:6
weekend 25:10, 11
weekly 87:11
weeks 25:12; 27:15; 85:23, 24; 86:9; 87:13, 20; 88:5, 7; 90:4; 106:24; 115:3, 5; 116:3, 4; 117:15; 125:15; 126:8; 130:8; 141:19; 149:3
WEIGEL 4:8; 13:22; 19:24; 39:19; 40:14; 42:21; 70:13, 15; 82:13; 86:12; 89:6, 12; 93:2, 7, 12; 94:25; 99:3; 101:2, 12, 18, 22; 102:8, 10
weird 136:17
weren't 151:24
West 12:10
What's 24:12; 33:13; 40:5; 96:7, 16; 131:6; 153:7
wheel 34:20; 62:25; 63:3, 5, 8; 64:11, 13; 68:9, 11, 21; 81:14
white 70:19; 72:4; 73:15
Whitfield 19:7
Whiting 30:6

whole 14:13; 80:10; 81:6;
82:6

whose 24:19; 135:11

width 58:24

wife 85:5; 104:9; 131:5,
146:9, 9, 18; 147:10

wife's 131:6

willing 94:8

winch 53:19; 56:2

Windham 9:8

wing 73:20, 21, 23

winter 136:3

wish 87:3

within 35:15; 115:3, 5;
145:9, 25; 146:6

without 87:24; 117:6;
144:20

witness 13:23; 33:12;
40:7; 110:15; 113:10;
132:10; 141:24

words 43:16; 60:6

work 18:14, 17, 21, 24;
19:10, 13, 16, 19, 25; 23:4,
20, 25; 28:23; 29:17, 18;
30:3, 13; 32:6, 16; 33:9;
34:13; 52:13; 55:23;
62:14; 89:20; 91:15;
95:17, 18, 21, 22, 25; 96:5,
9; 102:21; 119:24; 122:3;
134:7, 7; 140:20; 147:25;
148:4, 5; 149:21; 150:13

worked 20:25; 22:22;
27:25; 28:17, 19; 29:14;
30:7; 102:17; 133:3;
137:24; 149:12

working 18:20; 19:5;
20:16; 23:9, 13; 24:5, 9;
25:20; 28:14, 25; 29:2;
33:6; 47:25; 52:10, 16, 23;
53:2, 5; 56:2, 6, 7, 25;
57:4; 59:20; 60:3; 61:25;
62:6, 7, 8; 80:8, 12; 97:2;
103:7, 14; 105:5; 117:13;
118:21; 122:3; 135:3, 14;
150:6, 8, 9, 10

wrapped 81:25; 82:4

wreckage 16:25; 17:2;
78:23

write 6:10; 42:10; 94:21;
99:17

write-up 46:3

writing 39:5, 13

written 6:23; 42:10; 46:6;
109:9, 23; 132:11

wrong 7:7; 75:17

wrote 42:12; 43:23

## X

Xanax 125:13, 14, 16;
126:15, 24; 127:9; 128:13,
20; 147:18

## Y

Y 23:2, 3

Y-e-r-m-a-n 32:25;
152:19

yard 148:4, 5

year 8:7; 11:10, 13; 20:9;
32:18; 33:8; 96:20; 98:21;
101:13, 15; 102:14, 17;
103:16; 104:16; 113:10,
14, 14, 16; 115:15; 118:22;
136:7; 140:20; 142:24

years 4:17; 9:21; 19:11,
17; 21:3; 87:14, 19, 24;
103:3; 111:16, 17, 20;
112:4, 15, 19; 116:21

Yerman 32:23; 33:2, 7, 9;
152:17, 25; 153:4

yesterday 133:17

York 44:17

## Z

zero 60:5

**Lawyer's Notes**