# EXHIBIT F

```
                                                                 SkyFile 1/2
From:     <owner.Renata@SkyFile.com> "NORASIA ALYA - owner acc"
To:       Menzel.PDS@doehle.de, rsingelton@healy.com, rpalma@csavgroup.com,
          rvalenzuela@csavgroup.com, operaciones@csav.com, Brueck.PDS@Doehle.de
Date:     Monday, 31 May 2004 15:50:30
Subject:  AVA Claire
```

to: PD Inspection / Mr. R. Menzel
fm: Norasia Alya

Dear Mr. Menzel, good day

Please find information published by USCG on the web:
Quote

COAST GUARD HELICOPTER CARRIES 3 MEN TO SAFETY AFTER FISHING VESSEL SINKS

BOSTON - A Coast Guard flight crew rescued three Connecticut men today after their fishing boat sank 30 miles southeast of Montauk, N.Y.

The Coast Guard Command Center in Boston was alerted to the vessel's plight by an emergency position indicating radio beacon (EPIRB) at 1 p.m. and immediately dispatched a Jayhawk rescue helicopter from Coast Guard Air Station Cape Cod.

The Jayhawk arrived on scene at 3:20 p.m. and spotted the three men in a life raft. Their fishing vessel, the 45-foot Ava Claire homeported in Niantic, Conn., was completely submerged.

A rescue swimmer deployed into the water, and assisted the three men one by one into the hoist basket. Once everyone was safely inside the Jayhawk's cabin, they returned to Coast Guard Air Station Cape Cod.

None of the three men were injured.

Weather conditions at the time of the incident were three to five-foot seas, foggy and 56 degrees.

The ages and hometowns of the three men are not known at this time.

When activated, an EPIRB uses weather satellites to home in on a radio signal that gives the beacon's position and, if the EPIRB is properly registered, the owner's name and contact information.

The cause of the incident is under investigation.
2) Release No: 041-04
May 23, 2004

COAST GUARD INVESTIGATING CAUSE OF VESSEL SINKING

BOSTON - Investigators from Coast Guard Marine Safety Office Long Island Sound are looking into the cause of the incident that resulted in the sinking of the Connecticut-based fishing vessel Ava Claire 30 miles southeast of Montauk, N.Y. Saturday afternoon.

The Ava Claire's three crewmembers are Michael Stepski of Old Lyme, Conn.; Benjamin Schober of Uncasville, Conn.; and Geal Roderick of Mystic, Conn. Their ages are not available.

Coast Guard investigators interviewd Stepski, Schober and Roderick as to the nature of the incident, and all three men stated that the Ava Claire was struck at about 11 a.m. by a large, dark-colored merchant vessel. The men stated the other vessel appeared to be traveling westbound in the Ambrose-Nantucket shipping lane.

In their statements, Stepski, Schober and Roderick reported that the Ava Claire sank almost immediately. Their life raft deployed automatically, as it was designed to do.

Coast Guard investigators are attempting to verify the survivors' statements. Anyone with information about the incident is asked to contact Coast Guard Marine Safety Office Long Island Sound at 203-468-4444.

Exhibit Kowalewski #13

SkyFile 2/2

The Coast Guard Command Center in Boston was alerted to the vessel's plight by an emergency position indicating radio beacon (EPIRB) at 1 p.m. Saturday and immediately dispatched a Jayhawk rescue helicopter from Coast Guard Air Station Cape Cod.

The Jayhawk located the Ava Claire's three uninjured crewmembers in their life raft at about 2 p.m. and hoisted them to safety.

Unquote

BRGDS, Master M. Kowalewski