# EXHIBIT G

Blume, Alan LCDR/D1

UNCLAS


SUBJ: DEALERT - 406 EPIRB - F/V AVA CLAIRE - 32NM SSE MONTAUK - SITE-ID:72155 (UCN 333-04)
1. 406 EPIRB ALERT FROM F/V AVA CLAIRE (DOC 547315). 03 PIW RECOVERED FROM LIFE RAFT IN POSIT 40-32N 071-39W. ALL UNITS RELEASED.
2. CASE CLOSED.
3. CANCEL UMIB.
4. D1 CASE NUMBER: 333-043
5. MISLE NUMBER 175822 APPLIES.

P 221949Z MAY 04 CCGDONE BOSTON MA ▮

Page 1 of 1

UNCLAS