# EXHIBIT H (PART 2)

Page 180

M. Kowalewski

[1]
[2] they were plotted by me.
[3]   If I missed a plot, for sure
[4] automatic acquisition zone was picking up the
[5] target and the trails as well as they were shown
[6] on the radar.
[7]   Q: Between 12 noon and 1300, did you
[8] keep your eye on the radar screen constantly?
[9]   A: Constantly.
[10]   Q: Okay.
[11] So from 12 noon to 1 p.m., you were
[12] completely involved in watching the radar screen?
[13]   A: Yes.
[14]   Q: You did nothing else?
[15]   A: Excuse me?
[16]   Q: You didn't do anything else. You
[17] said that was the only thing were you doing?
[18]   A: Also hearing the fog signal from the
[19] other ships.
[20]   Q: Did you hear fog signals from other
[21] ships?
[22]   A: No.
[23] I hear the —
[24]   Q: Just stick with the fog signal.
[25]   A: No, I never hear any fog signal.

Page 181

M. Kowalewski

[1]
[2] But I was doing anticollision watch, navigation
[3] watch, hearing the signal, and when the visibility
[4] is clearing up, taking the binocular to identify
[5] the other ships to see how visibility is.
[6]   Q: Okay. So were you doing all those
[7] things at once?
[8]   A: Yes.
[9]   Q: Okay.
[10] And the officer on watch, while you
[11] were navigating and looking at the radar and using
[12] the binoculars and all this stuff, what was he
[13] doing?
[14]   A: As I told before —
[15]   Q: Tell me again what was he doing.
[16]   A: The vessel has a beam 32 meters.
[17] And the officer on watch was monitoring the port
[18] side of the wing trying to hear the signals coming
[19] from the port wing when it was not any visibility,
[20] because he cannot watch anything so he was
[21] concentrating on the hearing.
[22]   When visibility was clearing, he was
[23] looking with the binocular to see the target, and
[24] before he used to come to the radar to see the
[25] target, if any target, he was taking the bearing

Page 182

M. Kowalewski

[1]
[2] where the target is supposed to be and looking on
[3] the binocular.
[4]   But when we cannot see the crane
[5] No. 3, that it will be the waste of the — our
[6] concentration looking with the binocular when we
[7] cannot see 80 meters. Our concentration was on
[8] the hearing the signals. I mean, the officer's
[9] concentration was hearing the signals.
[10]   Q: You followed a completely different
[11] procedure when you were in bad weather after this
[12] occurrence; didn't you?
[13]   A: I don't know what you mean now.
[14]   Q: I'm going to tell you. Do you not
[15] remember at other times after May 22nd, 2004, you
[16] had this Coast Guard investigation and everything,
[17] you followed a completely different system when
[18] you were in restricted visibility then you just
[19] described to us?
[20]   MR. WIEGEL: Note my
[21] objection.
[22]   Go ahead. But you answer it.
[23]   A: Actually, I don't know what you
[24] mean. Maybe more precise.
[25]   Q: I'll be more precisely.

Page 183

M. Kowalewski

[1]
[2] On another occasion your log shows
[3] visibility less than zero point, which to my
[4] recollection it's either 1 or 4 nautical miles.
[5] Captain was informed, started sounding fog
[6] signals.
[7]   You never sounded the fog signal on
[8] May 22nd; did you?
[9]   A: Sounded.
[10]   Q: You say you did sound the fog signal
[11] on May 22nd?
[12]   A: Yes.
[13]   Q: You're sure of that now?
[14]   A: Yes.
[15]   Q: You read the Coast Guard review. Do
[16] you see that — where they said you didn't sound
[17] the fog signal?
[18]   A: I never told the Coast Guard I was
[19] not sounding the fog signal.
[20]   Q: I didn't ask you what you told the
[21] Coast Guard. I said: Did you see the Coast Guard
[22] report?
[23]   A: I never see any —
[24]   Q: Hold it.
[25]   MR. WIEGEL: He's answering

Page 184

M. Kowalewski

[1]
[2] your question. Let him answer it.
[3]      MR. HEALEY: I did not finish
[4] my question.
[5]      MR. WIEGEL: You did.
[6]      MR. HEALEY: No, I said —
[7]      Q: Are you telling me that you did
[8] sound a fog signal on NORASIA ALYA on May 22nd?
[9]      A: Yes.
[10]     Q: All right.
[11] And I said to you, now, did you see
[12] any Coast Guard materials that said the NORASIA
[13] ALYA did not sound their fog signal on May 22nd?
[14]     A: No.
[15]     MR. HEALEY: Okay. That's all
[16] you were asked.
[17]     MR. WIEGEL: That's what he
[18] was trying to answer.
[19]     Q: Now, again, in looking at your log
[20] and this page 17, I guess book No. II, you have an
[21] entry in the log, "sounding fog signal". See?
[22]     All right. And I'm not going to
[23] review it with you now, you may do it at your
[24] leisure.
[25]     But I'm telling you, Captain, there

Page 185

M. Kowalewski

[1]
[2] are a number of entries, also on page 27, there's
[3] an entry again about bad visibility and it says,
[4] "Fog signal automatic, more one long blast every
[5] two minutes."
[6]     On May 22nd you never made any entry
[7] about sounding the fog signals; did you?
[8]     Look at your entry.
[9]     A: Yes, I see that.
[10]    Q: Did you make any entry on May 22nd
[11] about sounding the fog signals?
[12]    A: I was never doing any entries in
[13] the —
[14]    Q: Now —
[15]    A: — only the officers on watch.
[16]    Q: Do you want to answer my question?
[17] Is there any entry on May 22nd, 2004
[18] like there is on these other pages, see, that the
[19] vessel is sounding fog signals?
[20]    A: It is different entry and different
[21] days.
[22]    Q: You won't answer the question?
[23]    A: No.
[24]    Q: It's "no". Isn't that the answer,
[25] "no"? There's no entry that you sounded a fog

Page 186

M. Kowalewski

[1]
[2] signal on May 22nd?
[3]     A: I answer negative to your question
[4] because —
[5]     Q: You can answer any way you want
[6] because the logbook will be in evidence.
[7]     A: Yes, of course.
[8]     Q: If you want to try to say you got an
[9] entry in there — is that what you're trying to
[10] tell me? On May 22nd, 2004 you got an entry that
[11] you —
[12]    MR. WIEGEL: Stop. Stop.
[13] Note my objection.
[14]    Q: You have an entry in there somewhere
[15] that you sounded a fog signal?
[16]    MR. WIEGEL: Note my
[17] objection.
[18]    MR. HEALEY: Go ahead, answer
[19] the question.
[20]    MR. WIEGEL: You can answer.
[21]    A: May I give the explanation?
[22]    Q: No, no, you may answer the question.
[23]    A: I don't know.
[24]    Q: And then give an explanation.
[25] You don't know.

Page 187

M. Kowalewski

[1]
[2] Go read page — the two pages for
[3] 22 May, 2004 and now answer my question whether
[4] there is an entry any where in there to the effect
[5] of sounding fog signal?
[6]     (Pause.)
[7]     A: I don't see any entries done by
[8] officers regarding the fog signal.
[9]     Q: Is there an entry by somebody else?
[10] Is that what you're trying to tell me?
[11]    A: Excuse me.
[12]    MR. WIEGEL: Note my
[13] objection.
[14]    Q: Captain, you said I don't see any
[15] entries by officers. I mean, I'm wondering, are
[16] you trying to tell me there is an entry by
[17] somebody else?
[18]    A: Well —
[19]    Q: Captain, on the 22nd of May it seems
[20] to me so simple. Is there or is there not an
[21] entry made by anybody in that logbook that you
[22] were — that the NORASIA ALYA was sounding a fog
[23] signal?
[24]    A: I don't see such entry.
[25]    Q: Okay. All right.

Page 188

*M. Kowalewski*

[1]
[2] Now, you've already described to us
[3] the lookout procedures that you employed on the
[4] 22nd of May.
[5]     You assumed that; didn't you, right?
[6]     **A:** Yes.
[7]     **Q:** After this accident, didn't you
[8] employ a completely different system for lookouts
[9] in restricted visibility?
[10]    **A:** I don't understand the question.
[11]    **Q:** I'll help you understand.
[12] There's an entry in your logbook,
[13] page 17, see, visibility less, as I've already
[14] told you, an zero point —
[15]    **A:** Maybe —
[16]    **Q:** I'll finish it. It says, "Duty
[17] ordinary seaman," O/S, "was sent to keep lookout
[18] on the forward — on the forward. Contact by UHF
[19] with him."
[20]    So on that date you sent a human
[21] being, a live person up to the fo'c'sle to act as
[22] your lookout, right?
[23]    **A:** Yes.
[24]    **Q:** And again, the conditions were the
[25] same as on the 22nd. You couldn't see because of

Page 189

*M. Kowalewski*

[1]
[2] the fog, right?
[3]    **A:** Yes.
[4]    **Q:** But you still sent a man up there,
[5] you sent a man up there because he is better
[6] positioned maybe to hear, he's closer to the
[7] front, right?
[8]    **A:** Yes.
[9]    **Q:** He's near your fo'c'sle. He can
[10] look right out a hole, a window in the front?
[11]    **A:** Yes.
[12]    **Q:** There's nothing — working on the
[13] bridge at times you're within a closed space,
[14] right? Hearing is better up there on the open
[15] space in the fo'c'sle; isn't it?
[16]    **A:** It's the same good as hearing
[17] through the talk back system.
[18]    **Q:** I understand that, but that wasn't
[19] the question.
[20]    MR. WIEGEL: No.
[21]    **Q:** The question was, for a man, anyone,
[22] officer, master on the bridge, all the doors are
[23] closed and everything, his hearing is a little
[24] more difficult than the man standing up there free
[25] on the fo'c'sle?

Page 190

*M. Kowalewski*

[1]
[2]    MR. WIEGEL: Note my
[3] objection.
[4]    MR. HEALEY: Okay.
[5]    **A:** Well, I don't know this.
[6]    **Q:** Okay, if you don't know it, then
[7] doesn't even guess, please.
[8]    Oh, again, I was just telling you
[9] what's an entry of what you did here. I said on
[10] one day when the visibility record shows you kept
[11] sounding the fog signal, you sent the ordinary up
[12] to the fo'c'sle to act as a lookout. You had a
[13] second lookout on the bridge.
[14]    So afterwards, see, you had two of
[15] your seamen acting as human lookouts, correct?
[16]    **A:** Correct.
[17]    **Q:** That was good safe practice; wasn't
[18] it?
[19]    **A:** Yes.
[20]    **Q:** I mean, you were taking — that's
[21] good seamanship when you can hardly see to
[22] position your men where they are best able to spot
[23] and to hear; isn't that correct? That's good
[24] seamanship?
[25]    **A:** Well, I cannot say the other one

Page 191

*M. Kowalewski*

[1]
[2] was —
[3]    **Q:** I didn't ask you about the other
[4] one. There you go jumping ahead of me.
[5]    **A:** Yes. Yes. Yes.
[6]    **Q:** You also have page 27. If you want
[7] to look in the log, once again the ship gets into
[8] visibility, this time it's below 0.1 nautical
[9] miles.
[10]    Now, your log notes on this time,
[11] "fog signal automatic." There is such an entry
[12] confirming that you were using your fog signal,
[13] right?
[14]    **A:** Yes.
[15]    **Q:** And again, it says in here, "lookout
[16] on the forecastle, fo'c'sle deck," so once again,
[17] you sent a fellow up there, the very front of the
[18] vessel, correct?
[19]    **A:** Correct.
[20]    **Q:** Now, you did say, Captain, that this
[21] fog at times you didn't even see the crane closest
[22] to the bridge, and other times it would clear, you
[23] had some vision, right?
[24]    **A:** Can you —
[25]    **Q:** Yes, I'll repeat it.

Page 192

M. Kowalewski

[1]
[2] You did describe this fog on the
[3] 22nd of May at the time being almost completely
[4] obscuring vision. You could hardly see the rear
[5] crane, remember?
[6]    A: Yes.
[7]    Q: But you did say other times you
[8] could run into little specs where it would open
[9] and you could have this vision up to maybe 80,
[10] 90 meters, right?
[11]    A: Well —
[12]    Q: It was patchy is what we're saying
[13] in spots.
[14]    A: Yes, but still I don't understand
[15] your question at this point.
[16]    Q: The question is: If, in fact, a man
[17] is in the fo'c'sle looking ahead, and he hits a
[18] clear spot, he is now able with his eyes to
[19] actually see, he could be of some use to you up
[20] there?
[21]    A: Depends of his education.
[22]    Q: Depends on what?
[23]    A: Education.
[24]    Q: Did you send a dope up there to act
[25] as your —

Page 193

M. Kowalewski

[1]
[2]    A: No.
[3]    Q: You sent an experienced seaman?
[4]    A: Yes.
[5]    Q: You gave him a UHF radio?
[6]    A: Yes.
[7]    Q: You had every reason to believe that
[8] if you put a man up there and he spotted
[9] something, he would call you?
[10]    A: I hope so he will do this.
[11]    Q: Yes. Yes.
[12] But you didn't do that on the 22nd
[13] of May; did you?
[14]    A: No.
[15]    Q: You sent nobody to the fo'c'sle?
[16]    A: The crew working.
[17]    Q: I mean, you told us that the crew is
[18] working so they're not acting as a lookout if they
[19] are working.
[20]    A: Yes, correct.
[21]    Q: This is the crew that you told us
[22] about that if you hit the ship they would have
[23] seen it. If you hit the AVA CLAIRE, this crew
[24] would have seen it?
[25]    A: Yes.

Page 194

M. Kowalewski

[1]
[2]    Q: And there's something else I want to
[3] ask yon about about what you did after the
[4] accident.
[5]       This is the same day you were
[6] talking about?
[7]       A: 22nd?
[8]    Q: No, no, no, I was going to tell you
[9] the chart on page 27. This is you going towards
[10] Shanghai. We already went over this. You said
[11] you had the fog signal on automatic, right? You
[12] had a man on the fo'c'sle, you had a man on the
[13] bridge.
[14]       There's also an entry deck cadet,
[15] D/C, that same guy who had been your lookout S.
[16] Voelchner, A-R-P-A X-N-S bands on scanning various
[17] ranges.
[18]       Was this guy assigned to monitor
[19] your radar equipment?
[20]    MR. HEALEY: Does he have the
[21] right page?
[22]    MR. WIEGEL: Do you have
[23] page 27?
[24]    THE WITNESS: Yes.
[25]    MR. WIEGEL: Yes, he's on

Page 195

M. Kowalewski

[1]
[2] page 27.
[3]    A: Yes.
[4]    Q: So if you remember the question, all
[5] I'm saying is, that this shows that you assigned a
[6] particular man, and you said it yourself,
[7] multitasking, you assigned a deck cadet to
[8] monitor —
[9]    A: But I don't see this written.
[10]    MR. HEALEY: Do you want to
[11] him, Alan? Do you want to point it
[12] out to him?
[13]    MR. WIEGEL: First in the
[14] 000400 entry.
[15]    Q: Yes, it is. 0400 entry, one, two —
[16] in the third space, on the bridge D/C S.
[17] Voelchner.
[18]       Do you got it now?
[19]    A: Yes. Yes.
[20]    Q: All time saying to you, you were on
[21] the bridge, correct?
[22]       So you had taken over control
[23] because this a dangerous situation, right?
[24]       Now, are you listening to me?
[25]    A: Yes, I listen. I listen.

Page 196

[1]                           M. Kowalewski
[2]    Q: All right.
[3] You put the two lookouts in position
[4] and then you assigned the deck cadet to monitor
[5] the radar, correct?
[6]    MR. WIEGEL: Note my
[7] objection.
[8]    A: I not decided this. I don't know
[9] the reason the second officer make that entry.
[10]   Q: That's okay. Then somebody, maybe
[11] it wasn't you, because on May 22nd you didn't do
[12] any of this stuff; did you? You didn't post
[13] lookouts and you didn't assign anybody to the
[14] radar; did you?
[15]   MR. WIEGEL: Note my
[16] objection.
[17]   A: No.
[18]   Q: Now you're telling me on this one
[19] where somebody takes all this care, fog signal,
[20] two lookouts on —
[21]   MR. WIEGEL: Note my
[22] objection.
[23]   Q: This might have been you —
[24]   MR. WIEGEL: Mr. Healey,
[25] you're mischaracterizing what this

Page 197

[1]                           M. Kowalewski
[2] logbook says. Please be careful.
[3]    MR. HEALEY: I shall.
[4] But answer the question.
[5]    A: Well actually, you said that it was
[6] not 22nd lookout posted.
[7]       The lookout 22nd was posted.
[8]    Q: That was you?
[9]    A: No. No.
[10] 22nd there were two persons on the
[11] bridge.
[12]   Q: All right. All right. Okay, fine.
[13] Are you finished with your
[14] statement, because I have no question in front of
[15] you.
[16]   A: I finish.
[17]   Q: We can just continue with what I'm
[18] asking you.
[19]      Now, back to May 22nd, and we now
[20] know you had described for us the circumstances
[21] that — under which the NORASIA ALYA was being
[22] navigated; zero visibility at times, right,
[23] 22 knots — is that top speed?
[24]   A: Yes.
[25]   Q: You have a full load of containers

Page 198

[1]                           M. Kowalewski
[2] on deck; didn't you?
[3]    A: Please ask me more specific.
[4]    MR. WIEGEL: Object to the
[5] form.
[6]    Q: You had containers stacked on the
[7] deck in front of the housing; didn't you?
[8]    A: Yes.
[9]    Q: Where is that radar blind spot?
[10] There was a blind spot in front of
[11] your vessel, was there not, because of the
[12] configuration where the radar antenna was,
[13] containers in the front of the ship, that the
[14] radar would not be able to pick up targets?
[15]   A: Dead sectors.
[16]   Q: Is that what you call it?
[17]   A: Dead sectors.
[18]   Q: So am correct when we say dead
[19] sectors, the radar was infective? It couldn't get
[20] the signal down in that area, right?
[21]   A: Yes. Yes.
[22]   Q: Now, all right.
[23] And as we're going along the
[24] circumstances, do you have that — you do have in
[25] the front of you passage planning checklist.

Page 199

[1]                           M. Kowalewski
[2] That's what I want to refer you to.
[3]    A: May I see, I don't have one.
[4]    Q: Yes. That's going to make it easier
[5] because on mine I've highlighted something so your
[6] eye will catch it right away.
[7]       Who prepared that document?
[8]    A: May I read the document?
[9]    Q: Oh, sure.
[10]      (Pause.)
[11]   MR. HEALEY: Let's take a
[12] break now while he's reading it.
[13]      (Recess taken.)
[14]                 BY MR. HEALEY:
[15]   Q: The question was:
[16] You're looking at that plan, who
[17] prepared that document; do you know?
[18]   A: I don't understand the question.
[19]   MR. WIEGEL: Who prepared
[20] this?
[21]      Who prepared it?
[22]   THE WITNESS: Riner Brigg
[23] (phonetic).
[24]   MR. WIEGEL: No, no, that's
[25] who prepared the form.

Page 200

M. Kowalewski

[1]
[2] Who filled out the document?
[3] THE WITNESS: Who filled out
[4] the document?
[5] MR. WIEGEL: Yes.
[6] THE WITNESS: Second officer.
[7] MR. HEALEY: Okay. All right.
[8] MR. WIEGEL: Do you understand
[9] what I mean now? Okay.
[10] MR. HEALEY: Let me see it
[11] again.
[12]                              BY MR. HEALEY:
[13] Q: Now we're getting around May 22nd,
[14] '04, and now I want to get to the right entry
[15] about 1230.
[16]      At that time, you were still in
[17] east/west safety fairway running into New York,
[18] right?
[19] A: Yes.
[20] Q: And I had showed you a document
[21] which you have read it, and again, I was looking
[22] at item 28 and I'm throwing that back to you.
[23] Would you read that allowed since
[24] you got it? Read it to me again, item 28.
[25] A: "Heavy traffic in the brackets

Page 201

M. Kowalewski

[1]
[2] including fishing boat areas marked."
[3] Q: Had you ever been in this fairway
[4] before?
[5] A: Yes.
[6] Q: Were you aware that at certain
[7] points along that fairway there was fishing areas?
[8] A: No.
[9] MR. WIEGEL: Note my
[10] objection.
[11] Q: I'm just asking.
[12] You were not aware of that?
[13] A: No.
[14] Q: Do you see that, again, item 28.
[15] Did anybody mark or tell you in reference to this
[16] voyage preparation plan about fishing areas you
[17] might be passing by?
[18] A: No.
[19] Q: Just — you just went through all
[20] your records and you've got a long sea-going
[21] history.
[22]      How many times before this have you
[23] been in the Port of New York?
[24] A: I don't remember.
[25] Q: Lots of times?

Page 202

M. Kowalewski

[1]
[2] A: Many times.
[3] Q: And you're still not aware that
[4] there are any fishing grounds around; is that
[5] correct?
[6] MR. WIEGEL: Note my
[7] objection.
[8] A: The fishing grounds are marked on
[9] the charts.
[10] Q: Again, you're telling me —
[11] A: But —
[12] Q: I said are you aware?
[13] A: I don't know the fishing ground is
[14] on the safety fairway. I don't know this.
[15] Q: Do you know how close to the safety
[16] fairway fishing grounds are in these waters that
[17] was southeast of Montauk Point?
[18] MR. WIEGEL: Objection to the
[19] form.
[20] Q: There are fishing grounds there;
[21] aren't there?
[22] A: Yes, there are.
[23] Q: Before you made this trip, did you
[24] take any trouble to familiarize yourself with
[25] where the fishing grounds are?

Page 203

M. Kowalewski

[1]
[2] A: Yes.
[3] Q: Oh, good.
[4] A: I was looking on the chart.
[5] Q: Yes.
[6] A: And this is what was on the chart.
[7] Q: And this what?
[8] A: What I seen.
[9] Q: Did you see any fishing grounds on
[10] the charts you looked at?
[11] A: I don't remember now this.
[12] Q: What charts —
[13] A: I need to take a look at the chart.
[14] Q: Before you do, tell me what charts
[15] you looked at?
[16] A: British Admiralty chart.
[17] Q: All right. I didn't ask any
[18] questions about that, don't start reading that
[19] now, we'll get all confused.
[20]      Because I just am trying to get to
[21] the point where the NORASIA ALYA intentionally
[22] left the safety fairway.
[23]      You had stated earlier on — are you
[24] listening? If you're reading that, it's no wonder
[25] you're not understanding the question because

Page 204

**M. Kowalewski**

[2] you're not listening to me?

[3]     MR. WIEGEL: Note my

[4] objection.

[5]     MR. HEALEY: You can object,

[6] but you're standing next to him

[7] talking about the chart.

[8]     MR. WIEGEL: I didn't say a

[9] word to him, Mr. Healey.

[10]     MR. HEALEY: Well, your

[11] presence is imposing.

[12]     MR. WIEGEL: My presence is

[13] impose just sitting here.

[14]     MR. HEALEY: When you're

[15] standing —

[16]     MR. WIEGEL: I'm not going to

[17] leave the room, so you're going to

[18] have to deal with it.

[19]     MR. HEALEY: I don't want you

[20] to leave the room, you're a friend of

[21] mine, but even friends can make a

[22] mistake.

[23]     Q: At 1238, on 22 May, you said looking

[24] at your documents you said the NORASIA ALYA left

[25] the safety fairway?

Page 205

**M. Kowalewski**

[2]     A: Yes.

[3]     Q: Okay.

[4]     Now, this was intentional; was it

[5] not?

[6]     A: Yes.

[7]     Q: And this wasn't a drift or anything,

[8] correct?

[9]     A: Overtaking the vessel ahead of me.

[10]     Q: I'm saying this was something that

[11] was a determination made aboard the NORASIA ALYA,

[12] we're going to alter course?

[13]     A: To overtake the other vessel.

[14]     Q: We're going to alter course. I'm

[15] trying to get it.

[16]     Generally towards the north limits

[17] of the safety freeway, right?

[18]     A: Yes.

[19]     Q: Eventually you altered it?

[20]     A: Yes.

[21]     Q: And you altered it in two segments;

[22] didn't you?

[23]     A: You must take a look. I don't

[24] remember.

[25]     Q: Where is that?

Page 206

**M. Kowalewski**

[1]

[2]     A: Yes.

[3]     MR. WIEGEL: 1227.

[4]     A: 1227.

[5]     Q: Captain, look at your 1227, does

[6] that indicate — what are you looking at again?

[7]     A: 1227.

[8]     Q: What's the page?

[9]     A: The number?

[10]     Q: No. What is the this called?

[11]     MR. WIEGEL: ECDIS printout.

[12]     Q: That's all.

[13]     A: Shall I take a look? 1227.

[14]     Q: What you're going to do is,

[15] reviewing those records, tell us when the NORASIA

[16] ALYA made her first deliberate turn to the north

[17] to accomplish what you said was passing another

[18] vessel?

[19]     (Pause.)

[20]     A: That is the beginning of the

[21] maneuver overtaking maneuver.

[22]     Q: What time?

[23]     A: 1227.

[24]     MR. GARGAN: And then look at

[25] 1233.

Page 207

**M. Kowalewski**

[1]

[2]     THE WITNESS: Yes.

[3]         BY MR. HEALEY:

[4]     Q: All right. Another alteration to

[5] the north?

[6]     A: Still continuation that maneuver

[7] because you can see on the vector.

[8]     Q: I understand it. It's a

[9] continuation of the maneuver.

[10]     A: That is not another alteration.

[11]     Q: But at some point —

[12]     A: Beginning of the maneuver was here

[13] (indicating), here the overtaking occurs

[14] (indicating), was already stabilized, you can see

[15] the vector over the ground.

[16]     Q: That's fine. All I want to get from

[17] is, at some point in this maneuver, to overtake

[18] and pass, you took the NORASIA ALYA out of the

[19] safety freeway, correct?

[20]     A: Yes.

[21]     Q: All right. And now we'll get a

[22] little detail.

[23]     You said that was to overtake and

[24] pass. Who were you overtaking and passing?

[25]     A: The vessel which is here.

Page 208

M. Kowalewski

[1]
[2] **Q:** Do you have any idea, can yon
[3] identify the vessel for me?
[4] **A:** I see MMSI number.
[5] **Q:** Okay. Fine.
[6] **A:** And when the vessel has AIS —
[7] **Q:** I know the name —
[8] **A:** I remember it was a tanker vessel.
[9] **Q:** And the name we had was PODRAVINA.
[10] **A:** Was making 12, 17, 18 knots, if I
[11] remember.
[12] **Q:** Past your speed. No, you were going
[13] 22, going less. The difference is it was going
[14] slower.
[15] **A:** Also full speed.
[16] **Q:** You're going full speed?
[17] **A:** And the other vessel as well.
[18] **Q:** Before you started this maneuver,
[19] did you try to raise anybody by radio? Did you
[20] try to get on the phone, talk to anybody? Did you
[21] tell the guy on the PODRAVINA, I'm passing you?
[22] **A:** No.
[23] **Q:** Did you take — do anything —
[24] **A:** It was —
[25] **Q:** Hold it a minute.

Page 209

M. Kowalewski

[1]
[2] Did you do anything to try to get
[3] into contact with the ship that you were going to
[4] pass?
[5] **A:** I don't understand your question
[6] now.
[7] **Q:** Okay. You don't understand it.
[8] You were going to pass the
[9] PODRAVINA, and what I want to know is, if you sent
[10] a carrier pigeon, you got on the phone, you waived
[11] so that you would be able to have a communication
[12] with them?
[13] **MR. WIEGEL:** Objection to the
[14] form.
[15] **A:** It was not a communication —
[16] **Q:** So that's it. There's no
[17] communication —
[18] **A:** — on the radio, but it was
[19] interrogation by AIS.
[20] **Q:** Okay. But you did not have any
[21] conversation with the captain of the PODRAVINA,
[22] I'm going to pass you, he said, okay, go ahead
[23] pass me on my starboard, nothing like that, right?
[24] **A:** No.
[25] **Q:** So without slacking off, still at

Page 210

M. Kowalewski

[1]
[2] 22 knots, you already described the conditions,
[3] whatever you had in the way of lookout and all
[4] this stuff, you headed out into — outside of the
[5] fairway?
[6] **A:** Yes.
[7] **Q:** Now why — was there any
[8] compelling — we won't use the word.
[9]     Later on you when you got to —
[10] right outside Ambrose, you dropped the anchor and
[11] sat there for hours.
[12] **A:** Yes.
[13] **Q:** You didn't enter the port, Port
[14] Elizabeth 'til the next morning.
[15] **A:** Yes.
[16] **Q:** What caused you to make this
[17] high-speed passing of the PODRAVINA outside the
[18] safety freeway? Why did you do that?
[19] **A:** To meet the parameters of the main
[20] engine.
[21] **Q:** You wanted to keep the engine going
[22] the whole time; is that right?
[23] **A:** No, the engine has some certain
[24] parameters.
[25] **Q:** What does that mean, parameters?

Page 211

M. Kowalewski

[1]
[2] What do you mean when you tell me?
[3] **A:** I have a document, I can show you.
[4] **Q:** Don't show me because I won't
[5] understand it. You explain it to me.
[6]     You used the term, you kept going at
[7] 22 plus nautical miles outside the freeway to pass
[8] this ship because of the engine parameters.
[9] **MR. WIEGEL:** Object to the
[10] form.
[11] **Q:** What do you mean?
[12] **A:** I mean, that the running engine for
[13] prolonged time on the — on the power below
[14] 70 percent is not recommended, and in that case,
[15] when we will go, for example to the 96
[16] revolutions, we will reach already 70 percent, and
[17] 96 revolutions will reduce our speed maybe to
[18] 20.5.
[19] **Q:** It's most economical to keep going
[20] at that speed?
[21] **A:** That is not the question of the
[22] economics.
[23] **Q:** What is it a question of?
[24] **A:** Of the safety of the main engine.
[25] **Q:** Safety of main engine?

Page 212

M. Kowalewski

[1]
[2] **A:** Own safety.
[3] **Q:** If that engine isn't going at
[4] 22-plus knots, it's compromising the safety?
[5] **A:** Engine not supposed to be run below
[6] 70 percent of the NCR.
[7] **Q:** I'm just asking you, are you telling
[8] me that it is your understanding that you must
[9] maintain this engine at high speed or the engine
[10] will be damaged?
[11] **A:** The engine is designed to run on the
[12] full speed for the long time.
[13] **Q:** Do you — when you enter the Port of
[14] New York and head into Port Elizabeth, do you
[15] steam up to those great big cranes at 22 knots?
[16] **A:** No.
[17] **Q:** You do slow down at times?
[18] **A:** Yes.
[19] **Q:** You slow down when safety requires
[20] it, correct?
[21] **A:** But then —
[22] **Q:** Wait a minute, is that correct, you
[23] slow down when safety requires it?
[24] **A:** When safety or navigation requires.
[25] **Q:** You're not going to steam into Port

Page 213

M. Kowalewski

[1]
[2] Elizabeth and try to bring this big containership
[3] up against the pier at 22 knots; are you?
[4] **A:** No.
[5] **Q:** No. You take into account the
[6] circumstances that you're navigating in and adjust
[7] your speed to it; don't you?
[8] **A:** I operate the main engine as she's
[9] designed.
[10] **Q:** Well, you — that's very nice. Do
[11] you want to try me question for a change?
[12]      I said to you, you will operate that
[13] vessel's speed in accordance with circumstances
[14] and safety, right?
[15] **A:** Yes.
[16] **Q:** Yes.
[17] In other words, despite all this
[18] stuff about the engine having to be operated at
[19] 70 percent, the overriding concern for a master on
[20] a ship is to make that vessel's navigation safe;
[21] isn't that right?
[22] **A:** Yes.
[23] **Q:** And if that requires slowing down,
[24] the master should slow down; shouldn't he?
[25] Safety, safety requires?

Page 214

M. Kowalewski

[1]
[2] **A:** Yes.
[3] **Q:** Yes, of course. I mean, that's
[4] common sense; isn't it? One, whether you're in a
[5] car, or a bicycle, or a boat, slow down if you're
[6] in a crowded area?
[7] **A:** Yes.
[8] **Q:** Slow down if you can't see, right?
[9] Slow down if you can't see when you're driving
[10] your car, isn't that common sense?
[11] **A:** Yes.
[12] **Q:** Slow down when you're driving your
[13] boat if you can't see; isn't that common sense?
[14] **MR. WIEGEL:** Note my
[15] objection.
[16] **MR. HEALEY:** I got it.
[17] **Q:** But isn't that common sense?
[18] **A:** I don't understand the question.
[19] **Q:** You understood the one when I said
[20] to you it makes common sense to slow down when
[21] you're driving your car and you can't see. You
[22] understood that? Did you?
[23] **A:** I cannot compare the car with the
[24] ship.
[25] **Q:** You understood that question I'm

Page 215

M. Kowalewski

[1]
[2] saying; didn't you?
[3] **A:** No.
[4] **Q:** Okay, no. Okay that's...
[5] Do you say "no" to my questions when
[6] you don't want to answer them?
[7] **MR. WIEGEL:** Note my
[8] objection.
[9] **A:** Can you —
[10] **Q:** Are you refusing to answer my
[11] questions —
[12] **A:** No —
[13] **Q:** — by saying "no"?
[14] **A:** — no. I'm not refusing.
[15] **MR. WIEGEL:** Are you going to
[16] give the court reporter a break?
[17] **MR. HEALEY:** Okay.
[18] (Recess taken.)
[19] (Record read.)
[20]      **BY MR. HEALEY:**
[21] **Q:** I think we just go back to, you
[22] know, the time which we have at around 1230. Just
[23] approximately when the NORASIA ALYA is starting to
[24] make the move to pass the PODRAVINA, all right?
[25] **A:** Yes.

Page 216

M. Kowalewski

[1]

[2] Q: This is what we were talking about.

[3] Now, you don't have to look at it,

[4] I'll give it to you quickly, see if you agree.

[5]    When the NORASIA ALYA departed

[6] Newport News, this is three days later, you say,

[7] four days later, May 26, and I am looking at that

[8] statement which you have labeled "Statement of

[9] Facts". When you get to that. It's the second

[10] page I'm looking at.

[11]    Okay, the second page, Captain,

[12] there is — well, what I'm asking you, you can

[13] look at this thing, when NORASIA ALYA was

[14] departing Newport News, you noticed fishing boats

[15] similar to the AVA CLAIRE, right?

[16]    MR. WIEGEL: Note my

[17] objection.

[18]    Q: I'm not asking you now to read

[19] something, I'm asking, do you remember in looking

[20] at your notes, do you now remember departing

[21] Newport News and noticing fishing boats similar to

[22] the AVA CLAIRE?

[23]    A: Yes.

[24]    Q: Okay. All right.

[25]    Now, in order to make this judgment

Page 217

M. Kowalewski

[1]

[2] they were similar to the AVA CLAIRE, at this time

[3] you had gotten some information about what the AVA

[4] CLAIRE was like, correct?

[5]    A: I meant the same size —

[6]    Q: I —

[7]    A: — forty-three feet.

[8]    Q: I'm not trying to lead you some

[9] place, I'm just saying when you say that boat's

[10] the same as the AVA CLAIRE, that means you had to

[11] know something about the general size of the AVA

[12] CLAIRE, right?

[13]    A: Yes.

[14]    Q: Sure.

[15] All I'm trying to get is: Where did

[16] you get your information as to —

[17]    A: The internet. From internet.

[18]    Q: Okay. All right.

[19]    A: US Coast Guard web page.

[20]    Q: All right.

[21] Now, these boats, never mind the AVA

[22] CLAIRE, these other fishing boats that were

[23] similar, you notice some had radar reflected, some

[24] had not, correct?

[25]    A: Yes.

Page 218

M. Kowalewski

[1]

[2]    Q: All right.

[3] But you wanted to test your — your

[4] radars as to targets this size on the way out,

[5] right?

[6]    A: Yes.

[7]    Q: You did test them?

[8]    A: Yes.

[9]    Q: You found out that your radar did

[10] pick up these 42-foot boats similar to the AVA

[11] CLAIRE?

[12]    A: Yes.

[13]    Q: On May 22nd, at the time you were

[14] making that turn out of the fairway, radar

[15] reception was good; wasn't it?

[16]    A: Yes.

[17]    Q: I mean, we know there was fog, but

[18] the fog doesn't affect radar.

[19]    A: The weather conditions —

[20]    Q: Were good for radar.

[21]    A: According to the manual, they were

[22] good for the radar reception.

[23]    Q: All right.

[24] Now, we now know two things: The

[25] NORASIA ALYA, of course, if properly used by an

Page 219

M. Kowalewski

[1]

[2] intelligent person, had the capacity to pick up

[3] vessels the size and configuration of the AVA

[4] CLAIRE, right?

[5]    A: Yes.

[6]    Q: All right.

[7] On May 22nd, the conditions,

[8] according to the radar manuals, were very good to

[9] pick up targets?

[10]    A: Yes.

[11]    Q: All right.

[12] Before or while you were making this

[13] turn to the north out of the fairway, was anybody

[14] watching your radar to see if there was anything

[15] in front of you?

[16]    All right, you look puzzled. Let's

[17] go back.

[18]    I'm now taking you back, 22 May,

[19] just at the time, remember around 1230, when you

[20] started to go a little bit north to pass the

[21] PODRAVINA, right?

[22]    At that point, you were going to

[23] leave the safety fairway, right?

[24]    A: Correct.

[25]    Q: All right. And we've already spoken

Page 220

*M. Kowalewski*

[1]
[2] about your radar had the capacity to pick up
[3] fishing boats like the AVA CLAIRE.
[4]    Was anybody watching that radar as
[5] the NORASIA ALYA started to head north out of the
[6] fairway?
[7]    A: I don't understand the question.
[8]    MR. WIEGEL: Could you read
[9] back the question, please.
[10]    (Record read.)
[11]    A: I was watching the radar.
[12]    Q: Okay. Did you see any targets in
[13] the area where you were going?
[14]    A: Those which they are on the ECDIS
[15] recorded. I mean, by radar.
[16]    Q: This is what we're talking about,
[17] what you said. I don't want to know anything
[18] else. I asked if anybody was watching. You said
[19] you were watching the screen.
[20]    A: The screen.
[21]    Q: And as you were making this turn,
[22] aside from watching the screen, what else were you
[23] doing, if anything?
[24]    Somebody had to change the course of
[25] this vessel because you had been on automatic

Page 221

*M. Kowalewski*

[1]
[2] pilot, right?
[3]    A: The automatic pilot is — here's the
[4] radar (indicating), here's the automatic pilot
[5] (indicating). That is one-man operation console.
[6]    Q: I understand it's not a big deal
[7] that somebody has to run down to the engine room
[8] and start turning things. It's almost a button;
[9] isn't it?
[10]    A: No.
[11]    Q: What is it to change your automatic
[12] pilot? Wait a minute, let me put this — I'm
[13] wrong, I'll go back.
[14]    When you started this maneuver, the
[15] NORASIA ALYA was on automatic pilot.
[16]    A: Yes.
[17]    Q: Is it correct, even while on
[18] automatic pilot, adjustments can be made without
[19] going to hand steering to alter the course?
[20]    A: I can make a hand steering and —
[21]    MR. WIEGEL: Let him answer
[22] the question.
[23]    Q: Go ahead. What I'm saying is: You
[24] can do it by hand steering. But if you are on
[25] automatic pilot, the automatic pilot has the

Page 222

*M. Kowalewski*

[1]
[2] capacity that you can put something into it to
[3] change the course of the automatic pilot, correct?
[4]    A: I don't understand the question.
[5]    Q: If you're on automatic pilot, as you
[6] were —
[7]    A: Yes.
[8]    Q: — at that time, if you wanted to
[9] change course, did you have to take it off
[10] automatic pilot and go to hand steering?
[11]    A: I don't need.
[12]    Q: What did you do?
[13]    A: I can use the override, or I can use
[14] the course adjustment knob.
[15]    Q: So you did one of those two things?
[16]    A: I don't remember which option I
[17] used.
[18]    Q: I didn't say that. I said you did
[19] one of those two things?
[20]    A: Yes. Yes.
[21]    Q: That's what time asking you.
[22]    A: Yes.
[23]    Q: Okay.
[24] So it was you who did one of those
[25] two things to alter the course.

Page 223

*M. Kowalewski*

[1]
[2]    A: Yes.
[3]    Q: All right. Okay.
[4] As you sit here, while you're doing
[5] that, altering the course by doing one of two
[6] things, can you recall whether you were picking up
[7] any targets on your radar while you were moving
[8] outside?
[9]    A: You mean in the time of the
[10] alternation if any targets were picked up?
[11]    Q: That's exactly what I want to know.
[12]    A: I see only those which were picked
[13] up before in the past. And I don't see any new
[14] targets at this particular moment.
[15]    Q: All right.
[16] And again, as we said, there's a
[17] dead sector in front where the radar doesn't show
[18] you anything, right?
[19]    A: Yes.
[20]    Q: Okay.
[21]    A: Yes.
[22]    Q: I just want to finish off this —
[23] this maneuvering.
[24]    You moved out of fairway. At some
[25] point did you return to the fairway?

Page 224

M. Kowalewski

[1]
[2] A: Can you ask again?
[3] Q: Yeah, about 1237, you know, not
[4] exact, we've just been talking about it, how using
[5] whatever it is, the override or something, you
[6] altered course so the NORASIA ALYA went out the
[7] north limit of the safety fairway.
[8] You don't have to look at that,
[9] listen to me. All I want to know is, did you come
[10] back into the safety fairway at some point?
[11] A: Later.
[12] Q: Okay, that's all I'm asking.
[13] A: Yes.
[14] Q: Did you complete the passing of the
[15] PODRAVINA?
[16] You were trying to pass a ship
[17] called the PODRAVINA.
[18] A: Overtake.
[19] Q: Overtake.
[20] And did you — you overtook it, and
[21] did you keep going in front of it?
[22] A: Yes.
[23] Q: And then did you come back into the
[24] fairway. That's all I'm trying to figure out.
[25] A: Yes. Yes.

Page 225

M. Kowalewski

[1]
[2] Q: Captain, are you aware of some
[3] general rules governing, you know, navigation
[4] usually referred to as the rules of the road?
[5] A: Inland rules?
[6] Q: Not inland. You weren't inland;
[7] were you?
[8] A: Oh, you mean co-regs.
[9] Q: I just used another term, are they
[10] also referred to as the rules of the road,
[11] co-regs?
[12] A: Yes.
[13] Q: Same thing?
[14] A: Yes.
[15] Q: You're familiar with them?
[16] A: Yes.
[17] Q: Now, I'm not talking about just
[18] doing what they say every time, but good
[19] seamanship requires that a master try to
[20] reasonably follow those rules; doesn't it?
[21] A: Well —
[22] Q: Listen to the question carefully. I
[23] didn't say every time. I said good seamanship
[24] would require that a master — let's put it this
[25] way — try his reasonable best to follow those

Page 226

M. Kowalewski

[1]
[2] rules?
[3] A: Correct.
[4] Q: All right. You've already spoken
[5] about the lookout.
[6] There is a co-regs about safe speed;
[7] isn't there?
[8] A: Yes.
[9] Q: All right. And just tell me your
[10] understanding.
[11] Does that rule require that the
[12] speed should be adjusted to the circumstances in
[13] which the vessel is proceeding?
[14] A: Yes.
[15] Q: That rule does not make allowance
[16] for trying to keep up to 70 percent efficiency on
[17] your engine; doesn't it?
[18] Look at the rule, if you got it from
[19] front of you. And I want to highlight.
[20] Captain, some of the things that
[21] should be considered in determining safe speed are
[22] the state of visibility; am I right?
[23] A: But maybe we can take a break I will
[24] find my notes.
[25] Q: No, no, the best way to start with

Page 227

M. Kowalewski

[1]
[2] is — you can find anything you want -- look at —
[3] A: Yes, I have already my notes.
[4] Q: It's Rule 5 is what I'm referring
[5] to.
[6] A: Safe speed is Rule 6.
[7] Q: 6. All right.
[8] Now, I said Rule 6 generally would
[9] require a master to look at all the circumstances
[10] around him and decide what is a safe speed at this
[11] time, right?
[12] A: Yes.
[13] Q: And Rule 6 says the things the
[14] master should consider, among other things, is the
[15] state of the visibility.
[16] A: Yes.
[17] Q: And you told us on May 22nd when you
[18] were coming along at 22 knots the visibility was
[19] at times zero.
[20] A: Yes.
[21] Q: And yon also told us, am I correct,
[22] that at no time while proceeding — listen to me,
[23] I'm not finished — at no time while proceeding,
[24] this is May 22nd in the fairway and running at
[25] zero visibility at no time did you reduce speed.

Page 228

*M. Kowalewski*

[1]
[2] A: No.
[3] Q: And were you on automatic pilot this
[4] entire time?
[5] A: Yes.
[6] Q: Were you on — all right.
[7] There's another consideration in
[8] Rule 6, see, master should weigh the determining
[9] speed and its traffic density, right?
[10] Where you're reading, first place,
[11] are you aware of these rules? Are you just
[12] looking at them now for the first time?
[13] A: No, no, I aware, yeah.
[14] Q: I mean, you told me ---
[15] A: I make some certain notes studying
[16] the rules and I want to properly answer to you.
[17] Q: All right, but I appreciate that.
[18] Do that.
[19] But if you can answer it simply,
[20] just answer it. Wait for the dynamite question
[21] before you start looking at your notes, see?
[22] Now, all I was saying to you, and
[23] you do agree, that consideration is traffic
[24] density?
[25] A: Yes?

Page 229

*M. Kowalewski*

[1]
[2] Q: In New York Harbor you have to be
[3] more careful then if you're down in the reaches of
[4] the Pacific, right?
[5] A: Yes.
[6] Q: Oh, sure.
[7] In the — this — do you call it
[8] safety fairway, that is something set up, and you
[9] already explained it Coast Guard regulation, that
[10] most incoming traffic should be using the fairway,
[11] right?
[12] A: Yes.
[13] Q: Also under Rule 6, among things that
[14] a master should consider, is the concentration of
[15] fishing vessels.
[16] A: Yes.
[17] Q: Okay.
[18] You already told us what you did
[19] know or did not know about fishing areas and
[20] fishing vessels in this area, right, so I won't go
[21] over that again.
[22] But in — in — I'm going to tell
[23] you take another look. Rule 18, they're talking
[24] about fishing vessels, now.
[25] A: I don't have Rule 18.

Page 230

*M. Kowalewski*

[1]
[2] Q: Follow me on Rule 18.
[3] Is it correct, Rule 18 is — you
[4] tell me when you got it.
[5] A: Responsibility between the vessels.
[6] Q: Yes, sir. Okay.
[7] Now I'm going to quote to you
[8] part — under A. "A power-driven vessel
[9] underway," first of all, that's the NORASIA ALYA;
[10] isn't it?
[11] A: Yes.
[12] Q: That's a power-driven vessel
[13] underway.
[14] Now, you follow, I'm going to skip
[15] down, it says: "Shall keep out of the way of,"
[16] and then subparagraph iii, it says, "Shall keep
[17] out of way of a vessel engaged in fishing."
[18] Do you see that?
[19] A: Yes.
[20] MR. WIEGEL: Note my
[21] objection.
[22] Q: Now, you can look through that
[23] thing. There's no exceptions. It simply says the
[24] power vessel should stay out of the way of the
[25] fishing vessel?

Page 231

*M. Kowalewski*

[1]
[2] A: Correct.
[3] MR. WIEGEL: Note my
[4] objection.
[5] Mr. Healey is
[6] mischaracterizing the rule.
[7] MR. HEALEY: All right.
[8] Now, I didn't mischaracterize
[9] anything.
[10] MR. WIEGEL: No.
[11] MR. HEALEY: Wait a minute. I
[12] didn't mischaracterize anything, I
[13] just read the rule.
[14] MR. WIEGEL: Mr. Healey, the
[15] record will be clear —
[16] MR. HEALEY: Make an
[17] objection.
[18] MR. WIEGEL: — the record
[19] will be clear.
[20] MR. HEALEY: I'm happy with
[21] the record.
[22] Q: Now, as you said you went online, I
[23] think you said, any way got some information about
[24] what the AVA CLAIRE was, right?
[25] You got some information as to the

Page 232

**M. Kowalewski**

[1]
[2] AVA CLAIRE after this accident?
[3]   **A:** Yes.
[4]   **Q:** Okay.
[5] It was a fishing vessel; was it not?
[6]   **A:** Yes.
[7]   **Q:** Now, again we're sticking with
[8] Rule 18, responsibility between vessels.
[9]   And you've already said you agree it
[10] was read correctly, "A power-driven vessel," the
[11] NORASIA ALYA, it says, "shall keep out of the way
[12] of a vessel engaged in fishing."
[13]   Now, that was you're responsibility,
[14] wasn't it, to follow Rule 18?
[15]   **MR. WIEGEL:** Note my
[16] objection.
[17]   **A:** No.
[18]   **Q:** Oh, you didn't have to?
[19] NORASIA ALYA could just run down any
[20] fishing vessel they wanted? Was that what you
[21] thought the rule was?
[22]   **MR. WIEGEL:** Note my
[23] objection.
[24]   **A:** It was no visibility so I cannot —
[25]   **Q:** Wait a minute. Wait a minute.

Page 233

**M. Kowalewski**

[1]
[2]   **MR. WIEGEL:** No, he's
[3] explaining his answer. Let him
[4] explain his answer.
[5]   **MR. HEALEY:** He is making a
[6] speech. I withdraw that question.
[7] Here's another question.
[8]   **Q:** You can look at him all you want,
[9] but I'm still going to ask you the question.
[10]   **A:** Please.
[11]   **Q:** All I said to you was, under
[12] Rule 18, you did agree that it was your
[13] responsibility — and remember we said when
[14] reasonable — to the avoid the fishing vessel —
[15]   **MR. WIEGEL:** Note my
[16] objection.
[17]   **Q:** — do you agree?
[18]   **MR. WIEGEL:** Note my
[19] objection.
[20]   **Q:** That's not a signal, don't look at
[21] him.
[22]   Do you agree that Rule 18 put the
[23] burden on you as the master of a powered-driven
[24] vessel to avoid a vessel engaged in fishing?
[25]   **MR. WIEGEL:** Note my

Page 234

**M. Kowalewski**

[1]
[2] objection.
[3]   **A:** I don't understand the question.
[4]   **MR. WIEGEL:** Stop. Stop.
[5] Please read the question back.
[6]   **Q:** Don't you understand?
[7]   **MR. HEALEY:** No, no, he didn't
[8] understand it.
[9]   **Q:** Let's try and figure out what you
[10] didn't understand.
[11]   **A:** I don't understand what you're
[12] asking about the vessels in the visibility when
[13] this day was no visibility.
[14]   **Q:** I agree with you. We're going to
[15] talk about that, believe me, I'm going to let you
[16] answer. I'm trying to set, see, as they say the
[17] general rule, and then I promise you I will let
[18] you explain.
[19]   The general rule doesn't say
[20] anything about visibility; does it?
[21]   **MR. WIEGEL:** Note my objection
[22] to that question.
[23]   You're mischaracterizing the
[24] rule.
[25]   **MR. HEALEY:** You made it.

Page 235

**M. Kowalewski**

[1]
[2]   **Q:** What I'm just saying to you, Rule 18
[3] simply says — now you look at this and tell me if
[4] I'm mischaracterizing it. It says, "A
[5] powered-driven vessel underway shall keep out of
[6] way of a vessel engaged in fishing."
[7]   **A:** I can read in the inland rules that
[8] this written —
[9]   **Q:** Are you looking at the inland rules?
[10]   **MR. WIEGEL:** They're the same.
[11]   **MR. HEALEY:** I know, but he's
[12] smart enough to say it.
[13]   **A:** I read in the inland rules that it
[14] is like this: "A power-driven vessel underway
[15] shall keep out of the way," the point three, "a
[16] vessel engaged in the fishing."
[17]   **Q:** And we agree. Now look at it, and
[18] so you don't think I'm leaving you hanging.
[19]   If a master knows that that vessel
[20] over there is engaged in fishing, the master of
[21] the power-driven vessel, if he knows that's a
[22] vessel engaged in fishing, then the master of the
[23] power-driven vessel has an obligation to avoid it;
[24] isn't that correct?
[25]   **A:** If the master see the vessel.

Page 236

*M. Kowalewski*

[1]
[2] **Q:** That's what I just said. If he
[3] knows.
[4]    **A:** If he knows.
[5] But if it's a fishing vessel, he has
[6] to give the way for her.
[7]    **Q:** Absolutely.
[8] Now, you were, as you told us,
[9] you're not quite clear exactly where there were
[10] fishing grounds.
[11]    Before you left the safety
[12] freeway —
[13]    **A:** Fairway.
[14]    **Q:** I understand the visibility. You
[15] don't have to repeat that.
[16]    Did you take any steps to determine
[17] whether there were any fishing vessels out there?
[18]    **MR. WIEGEL:** Would you repeat
[19] that question, please I didn't hear
[20] it?
[21]    (Record read.)
[22]    **A:** Still I don't understand the
[23] question.
[24]    **Q:** All right.
[25]    **A:** If I cannot see anything, how can I

Page 237

*M. Kowalewski*

[1]
[2] know who is the fishing boat?
[3]    **Q:** Wait a minute.
[4] If you had somebody here — if you
[5] posted somebody up on the fo'c'sle and the fishing
[6] boat suddenly became clear in a gap in the fog,
[7] and as you said you would expect a guy to call
[8] you, that was a step that you could take to help
[9] to tell you if it was a fishing boat, right?
[10]    **A:** So you mean that suddenly the vessel
[11] was seen on the distance of, let's say, about
[12] 100 meters, yes?
[13]    **Q:** I'm just saying, Captain, that's an
[14] example, I'm not the captain, you are.
[15]    You can't think of anything that you
[16] could have done in this bad visibility to tell us
[17] there was a fishing boat out there; is that what
[18] you're telling me?
[19]    **MR. WIEGEL:** Note my
[20] objection.
[21]    **A:** Well, if somebody see the vessel on
[22] the distance 100 meters, in the collision
[23] situation, that is already too late regardless to
[24] take the action.
[25]    However, if the vessel see another

Page 238

*M. Kowalewski*

[1]
[2] one, the other one is obliged by Rule No. 17 to
[3] take the action.
[4]    **Q:** You're all loaded to do that, but I
[5] just want these answers.
[6]    What you just said, under these
[7] circumstances at the distance you just quoted,
[8] right, the NORASIA ALYA, given a speed, her size,
[9] her load, and her turning capacity could not avoid
[10] the fishing boat; is that correct?
[11]    **A:** Could avoid the fishing boat.
[12]    **Q:** That's what you just said to me.
[13] If the guy on the fo'c'sle spotted
[14] the fishing boat in the gap in the fog, it was too
[15] late for the NORASIA ALYA to be able to alter the
[16] course; it was a done deal?
[17]    **A:** Regardless of the speed of the
[18] vessel — regardless the speed of the NORASIA
[19] ALYA, even if it was 6 knots, the distance of a
[20] hundred meters for a such a ship is too small
[21] distance to the avoid the collision.
[22]    But if it is visible contact —
[23]    **Q:** Wait a minute. Wait a minute. I
[24] got you. Let me pursue that. I understand what
[25] you're saying. You say even at that slower speed,

Page 239

*M. Kowalewski*

[1]
[2] see.
[3]    Does the speed of the NORASIA ALYA,
[4] let's concentrate on 6 knots and 22 knots, have
[5] any effect on her maneuverability?
[6]    **A:** Yes.
[7]    **Q:** At 6 knots can you make a turn a
[8] little quicker — can you make the ship turn a
[9] little quicker?
[10]    **A:** No.
[11]    **Q:** Tell me what's the difference?
[12]    **A:** We can refer to the maneuvering
[13] characteristic, and we can refer to the Rule
[14] No. 19.
[15]    **Q:** I don't want you to the refer to a
[16] rule. Are you referring to the rules on the road?
[17]    **A:** The most efficient —
[18]    **Q:** Are you — don't refer to the rules
[19] on the road. I'm just asking about, as you know,
[20] the characteristics, the turning characteristic —
[21]    **A:** The best is full speed.
[22]    **Q:** --- of the NORASIA ALYA?
[23]    **A:** With the full speed the best.
[24]    **Q:** Okay. That's all. That's all I was
[25] asking you.

Page 240

M. Kowalewski

[1]
[2] A: By course alteration.
[3] Q: That's all you asked. You don't
[4] have to go any place else.
[5] Now, if you had a — a lookout right
[6] up there in the fo'c'sle, and if he saw you hit
[7] some ship, he'd give you a call on the UHF the
[8] radio, right?
[9] A: Yes.
[10] Q: And you would have immediately
[11] rendered assistance to any ship that was in
[12] trouble?
[13] A: Of course.
[14] Q: So let's move to a general question.
[15] How do you identify a ship as a
[16] fishing vessel? Let's say you can see it. How do
[17] you know it's a fishing vessel?
[18] A: You mean in restricted visibility or
[19] in normal visibility?
[20] Q: The normal visibility tell me first.
[21] How do you know it's a fishing boat?
[22] A: Well, it will have a green and white
[23] light at night.
[24] Q: Okay. There are —
[25] A: Lights.

Page 241

M. Kowalewski

[1]
[2] Q: — signals?
[3] A: Or signals.
[4] Q: All right.
[5] A: Or I can identify also the fishing
[6] boat by speed what the fishing boat is making and
[7] how on the screen the fishing boat is behaving.
[8] Q: I got you. All right.
[9] A: Actually, from the radar in some
[10] certain areas, I can know that it is a fishing
[11] boat, even if there's no visibility.
[12] Q: How do you know?
[13] A: Because a lot of course alternations
[14] and the speed is never exceeding, let's say,
[15] 7 knots. For a big trawler this is 7 knots, but
[16] small ships they are fishing sometimes one and a
[17] half, 2 knots, 3 knots.
[18] Q: I follow you.
[19] A: But the default — the default
[20] course and speed of the fishing boat on the radar
[21] in case there is no visibility.
[22] Q: I think I understand what you're
[23] saying. It's obvious if there's visibility, a
[24] fishing boat will; one, be flying some kind of
[25] signal or sign; lights or something else?

Page 242

M. Kowalewski

[1]
[2] You also can see, if you see the
[3] boat, I mean you can see it's fishing, you can see
[4] nets and everything.
[5] A: Yes.
[6] Q: That's seeing.
[7] But you said even in bad visibility
[8] there are ways that you can identify a fishing
[9] boat.
[10] A: Yes.
[11] Q: And one is by targeting the course
[12] on —
[13] A: Plotting target.
[14] Q: Plotting on your radar, right?
[15] A: Yes.
[16] Q: Because I think —
[17] A: It will never be a hundred percent
[18] sure, but I will suspect such a vessel is a
[19] fishing vessel.
[20] I will classify the vessel as a
[21] fishing vessel.
[22] Q: I got you.
[23] In other words, you will act on the
[24] safe side if you're not sure.
[25] A: Always.

Page 243

M. Kowalewski

[1]
[2] Q: You will be very cautious?
[3] A: Always.
[4] Q: And just tell me now, we're getting
[5] near the end, I think, unless he wants me to move
[6] on.
[7] What cautions did you take, if any,
[8] when you started the northward variation of the
[9] NORASIA ALYA's course out of the freeway — I got
[10] it.
[11] THE COURT REPORTER: Fairway.
[12] (Discussion off the record.)
[13] MR. WIEGEL: Do you remember
[14] it, or do you want it read to you
[15] again?
[16] Read the question back again.
[17] (Record read.)
[18] A: Continuously observing the targets
[19] with who I was maneuvering. That means —
[20] Q: I got you, you don't have to
[21] explain.
[22] A: — plotter, CPA, VCR, VCT.
[23] Q: Go ahead. Is that it? That's it,
[24] right?
[25] A: Yes.

Page 244

*M. Kowalewski*

[1]
[2] I was maneuvering, overtaking the
[3] vessel, and then I was observing the parameters.
[4]   Q: You were paying attention also to
[5] the —
[6]   A: To everything that was around.
[7]   Q: Including watching the vessel you
[8] were overtaking?
[9]   A: Yes. The main —
[10]   Q: Captain, you were doing an awful lot
[11] of things; weren't you? You were bringing your
[12] vessel at full speed outside the freeway —
[13]   A: Fairway.
[14]   Q: Outside of the fairway, going to
[15] pass a tanker in deep fog with two guys on the
[16] bridge and no lookout; isn't that correct? You
[17] had taken over a lot of responsibility.
[18]   MR. WIEGEL: Note my
[19] objection.
[20]   A: It was a lookout.
[21]   Q: Now, I don't want to call it a — a
[22] sound signal. You had a sound signal?
[23]   A: Yes.
[24]   Q: What was the capacity? How far did
[25] that carry on the NORASIA ALYA?

Page 245

*M. Kowalewski*

[1]
[2]   A: Two miles.
[3]   MR. HEALEY: You know,
[4] Captain, I think I'm running out, so
[5] what I'm going to do is grab another
[6] cup of tea and I'll make sure he
[7] doesn't have some.
[8]   (Discussion off the record.)
[9]   MR. WIEGEL: The next exhibit
[10] is?
[11]   THE COURT REPORTER: 14.
[12]   MR. WIEGEL: We're going to
[13] mark a couple things.
[14]   MR. HEALEY: I don't think we
[15] have any more questions. I'm pretty
[16] certain.
[17]   MR. WIEGEL: We're going to
[18] mark —
[19]   MR. HEALEY: Don't run off
[20] yet, but I don't think I have anything
[21] else to ask you, so you can stay right
[22] there.
[23]   MR. WIEGEL: The statement of
[24] facts that we've been referring to,
[25] we'll mark this as 14.

Page 246

*M. Kowalewski*

[1]
[2]   (Whereupon, Statement of
[3] facts, was marked as Kowalewski
[4] Exhibit 14 for identification, as of
[5] this date.)
[6]   MR. WIEGEL: The chart will be
[7] 15.
[8]   (Whereupon, Chart, was marked
[9] as Kowalewski Exhibit 15 for
[10] identification, as of this date.)
[11]   MR. WIEGEL: Passage planning
[12] is 16.
[13]   (Whereupon, Passage planning,
[14] was marked as Kowalewski Exhibit 16
[15] for identification, as of this date.)
[16]   MR. WIEGEL: ECDIS printouts.
[17]   (Whereupon, ECDIS printouts,
[18] was marked as Kowalewski Exhibit 17
[19] for identification, as of this date.)
[20]   MR. WIEGEL: Radar ECDIS
[21] sector.
[22]   (Whereupon, Radar ECDIS
[23] sector, was marked as Kowalewski
[24] Exhibit 18 for identification, as of
[25] this date.)

Page 247

*M. Kowalewski*

[1]
[2]   MR. WIEGEL: Exhibit 19
[3] maneuvering characteristics.
[4]   (Whereupon, Maneuvering
[5] characteristics, was marked as
[6] Kowalewski Exhibit 19 for
[7] identification, as of this date.)
[8]   MR. WIEGEL: We're on the
[9] record doing this, right?
[10]   THE COURT REPORTER: Yes.
[11]   MR. WIEGEL: I want to —
[12] Mr. Healey, we're going to reserve our
[13] direct examination of the Captain
[14] until the time of trial.
[15]   MR. HEALEY: Agreed.
[16]   MR. WIEGEL: He is employed by
[17] one of the — employed by the
[18] owners/managers, or managers for the
[19] vessel, and so we intend to call him
[20] as a live witness at the time of
[21] trial, and — to the best of our
[22] ability, if, in fact, the situation
[23] changes such that he can't be
[24] available for trial, then we'll — if
[25] necessary, we'll make arrangements to

Page 248

*M. Kowalewski*

[1]

[2] take it take a de bene esse deposition

[3] so we can preserve his direct

[4] testimony that way. But our intention

[5] is to call him as a witness at trial

[6] and reserve our direct questions 'til

[7] then.

[8]     MR. HEALEY: Not only do I

[9] have no objection, I'll agree.

[10]    MR. WIEGEL: With one small

[11] exception. I'm going to mark this

[12] next question — next document as

[13] Exhibit 20.

[14]    MR. HEALEY: No problem.

[15]    MR. WIEGEL: If you could show

[16] the — mark it and I'll show it to the

[17] witness.

[18]    (Whereupon, Standing orders

[19] dated 30 June 2004, was marked as

[20] Kowalewski Exhibit 20 for

[21] identification, as of this date.)

[22]             **EXAMINATION**

[23]           **BY MR. WIEGEL:**

[24]    **Q:** Captain, do you recognize that

[25] document which we marked as Exhibit 20?

Page 249

*M. Kowalewski*

[1]

[2]    **A:** Yes, I recognize.

[3]    **Q:** This document is dated 30 June 04,

[4] correct?

[5]    **A:** Yes.

[6]    **Q:** And can you tell me why this

[7] document — why you prepared this document?

[8]    **A:** On this list is the new chief

[9] officer. It is the reason that I prepared the new

[10] list, because every one of the officers who is on

[11] board has to endorse with signature understanding.

[12]    **Q:** Are the standing orders 1 through 16

[13] which are listed in Exhibit 20, the same standing

[14] orders that were in effect on May 22nd?

[15]    **A:** One to 15. One to 15 exactly the

[16] same.

[17]

[18]    (Continued next page; no

[19] deletions.)

[20]

[21]

[22]

[23]

[24]

[25]

Page 250

*M. Kowalewski*

[1]

[2]    MR. WIEGEL: Thank you. I

[3] have no further questions.

[4]    Pilot card will be 21.

[5]    (Whereupon, Pilot card, was

[6] marked as Kowalewski Exhibit 21 for

[7] identification, as of this date.)

[8]    (Whereupon, at 3:44 p.m., the

[9] deposition was concluded.)

[10]

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

Page 251

[1]

[2]               **CAPTION**

[3]

[4] The deposition of MACIEJ KOWALEWSKI, taken in the

[5] matter, on the date, and at the time and place set

[6] out on the title page hereof.

[7]

[8]

[9] It was requested that the deposition be taken by

[10] the reporter and that same be reduced to

[11] typewritten form.

[12]

[13]

[14] It was agreed by and between counsel and the

[15] parties that the Deponent will read and sign the

[16] transcript of said deposition.

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

Page 252

[1]
[2]          CERTIFICATE
[3]
[4] STATE OF_____ :
[5] COUNTY/CITY OF_____ :
[6]
[7] Before me, this day, personally appeared MACIEJ
[8] KOWALEWSKI, who, being duly sworn, states that the
[9] foregoing transcript of his/her deposition, taken
[10] in the matter, on the date, and at the time and
[11] place set out on the title page hereof,
[12] constitutes a true and accurate transcript of said
[13] deposition.
[14]
[15]
[16]
          MACIEJ KOWALEWSKI
[17]
[18]
[19] SUBSCRIBED and SWORN to before me this _____
      day of _____, _____, in the
[20] jurisdiction aforesaid.
[21]
[22]
[23]
[24] My Commission Expires          Notary Public
[25]

Page 253

[1]
[2]          DEPOSITION ERRATA SHEET
[3] RE:
      FILE NO.
[4] CASE CAPTION:   MICHAEL STEPSKI, et al.,   vs.
[5] THE M/V NORASIA ALYA, et al.,
[6] DEPONENT:  MACIEJ KOWALEWSKI
      DEPOSITION DATE: September 12, 2007
[7]
      To the Reporter:
[8] I have read the entire transcript of my Deposition
      taken in the captioned matter or the same has been
[9] read to me. I request for the following changes
      be entered upon the record for the reasons
[10] indicated.
      I have signed my name to the Errata Sheet and the
[11] appropriate Certificate and authorize you to
      attach both to the original transcript.
[12]
[13]
[14]                  .
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24] SIGNATURE:_____ DATE:_____
[25]        MACIEJ KOWALEWSKI

Page 254

[1]
[2] September 12, 2007
[3]          INDEX
[4] WITNESS                          PAGE
[5] MACIEJ KOWALEWSKI
[6] By Mr. Healey                4
[7] By Mr. Wiegel               248
[8]
[9]          EXHIBITS
[10] Kowalewski
      FOR IDENT.        DESCRIPTION        PAGE
[11]
   1      Photograph              93
[12]
   2      Photograph              96
[13]
   3      Picture of the bow of the      99
[14]    NORASIA ALYA
[15] 4    Picture of the NORASIA ALYA    108
[16] 5    Picture of the NORASIA ALYA    108
[17] 6    Picture of the bulbous bow of  110
         the NORASIA ALYA
[18]
   7      Picture of the bulbous bow of  110
[19]    the NORASIA ALYA
[20] 8    List of navigational gear     123
[21] 9    Crew list              127
[22] 10   Crew list              127
[23] 11   Logbook                134
[24] 12   Logbook                135
[25] 13   Document               154

Page 255

[1]
[2]          EXHIBITS(Continued)
[3] Kowalewski
      FOR IDENT.      DESCRIPTION         PAGE
[4]
      14     Statement of facts      246
[5]
      15     Chart               246
[6]
      16     Passage planning        246
[7]
      17     ECDIS printouts        246
[6]
      18     Radar ECDIS sector      246
[9]
      19     Maneuvering characteristics   247
[10]
      20     Standing orders dated 30 June  248
[11]         2004
[12] 21     Pilot card            250
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 256

[1]
[2]          CERTIFICATE
[3] STATE OF NEW YORK              )
[4] COUNTY OF NEW YORK            )
[5]          I, LINDA D. DANELCZYK, a Certified
[6]    Shorthand Reporter, Registered
[7]    Professional Reporter and Notary Public
[8]    within and for the States of New York and
[9]    New Jersey, do hereby certify:
[10]         I reported the proceedings in the
[11]   within entitled matter, and that the
[12]   within transcript is a true record of such
[13]   proceedings.
[14]         I further certify that I am not
[15]   related, by blood or marriage, to any of
[16]   the parties in this matter and that I am
[17]   in no way interested in the outcome of
[18]   this matter.
[19]         IN WITNESS WHEREOF, I have hereunto
[20]   set my hand this 24th day of September,
[21]   2007.
[22]
              LINDA D. DANELCZYK, C.S.R., R.P.R.
[23]   License No. 001002 - N.Y.
              My Commission Expires:
[24]   9/20/2010 - No. 01DA4952883
[25]

**Lawyer's Notes**

## 0

**0** 
**0.1** 160:21; 161:7, 8, 12, 14, 17; 191:8 
**0.1NM** 154:23 
**0.4** 161:6 
**0.5** 168:21 
**00** 133:22 
**0000** 137:16, 19; 156:18 
**000400** 195:14 
**0198** 179:2 
**0218** 56:23 
**0247** 77:8 
**04** 20:17; 42:23; 133:22, 23; 154:15; 200:14; 249:3 
**0400** 195:15 
**0430** 29:4, 12; 154:22; 155:25; 160:25; 162:8; 163:14, 18; 166:9; 167:12; 169:14, 25; 170:22; 171:11 
**0630** 138:19, 24; 139:10, 16, 21; 140:5 
**07140** 21:2 
**072** 43:17 
**08** 133:20, 23 
**0812** 20:7 
**0820** 18:10 
**0901** 18:10

## 1

**1** 10:17; 93:9, 11, 15; 94:5; 180:11; 183:4; 249:12 
**1.5** 168:17, 23 
**10** 127:20, 24; 174:18 
**100** 237:12, 22 
**11** 134:24; 138:18; 149:15; 150:13, 14 
**1100** 141:13, 15; 142:8; 149:15, 17 
**1131** 150:18 
**11:00** 143:7, 14, 20, 22; 145:7, 12; 149:13, 15, 23; 150:3, 7, 9; 151:16, 19 
**12** 133:20, 20; 135:3; 137:12; 149:18; 172:20; 173:12, 16, 174:2; 178:15; 180:7, 11; 208:10 
**120** 114:14, 14, 16 
**1200** 172:20 
**1227** 206:3, 4, 5, 7, 13, 23 
**1228** 178:12, 15 
**1230** 154:13, 13; 200:15; 215:22; 219:19 
**1233** 206:25 
**1237** 224:3 
**1238** 70:16, 18; 71:5, 7, 19; 72:10; 141:12; 151:12, 19; 153:2; 204:23 
**1239** 149:17 
**1240** 141:11; 149:18

**1245** 150:3 
**12:00** 65:14; 151:9; 170:23 
**12:45** 153:14 
**13** 154:5 
**1300** 141:10; 167:13; 169:14, 25; 171:11; 180:7 
**1318** 10:2, 3, 4 
**13th** 112:5 
**14** 245:11, 25; 246:4 
**1400** 38:14, 19, 25; 42:11; 43:15; 44:4, 16, 23; 45:2, 4, 19; 46:5; 49:13; 141:9; 172:20 
**15** 32:23; 246:7, 9; 249:15, 15 
**16** 6:9, 10; 12:21; 20:19; 22:16; 38:13; 56:2; 57:5; 133:21, 21; 246:12, 14; 249:12 
**1600** 89:13 
**17** 27:21; 28:14; 30:12; 48:4; 52:9; 58:13, 18; 59:22; 61:14; 78:10; 79:3; 184:20; 188:13; 208:10; 238:2; 246:18 
**1742** 56:23; 77:3 
**18** 208:10; 229:23, 25; 230:2, 3; 232:8, 14; 233:12, 22; 235:2; 246:24 
**19** 239:14; 247:2, 6 
**1904** 84:13 
**1955** 111:24 
**1970** 119:5 
**1974** 124:10 
**1982** 125:12 
**1983** 125:12 
**1987** 124:13, 17, 21 
**1988** 125:7 
**1993** 113:7, 9; 114:6 
**1997** 119:5, 7, 9 
**1:18** 10:4, 9; 13:18 
**1:25** 154:3

## 2

**2** 43:23; 96:3, 5, 9; 168:21; 173:12, 16; 174:2; 241:17 
**20** 65:13; 248:13, 20, 25; 249:13 
**20.5** 211:18 
**200** 168:15 
**2000** 133:21, 21 
**2004** 5:14, 18; 10:2, 16; 28:18; 43:25; 84:13; 85:16; 101:4; 103:16; 106:10; 126:19; 128:19; 132:21; 133:16; 134:8; 135:7, 24; 137:15, 19, 25; 182:15; 185:17; 186:10; 187:3; 248:19 
**21** 250:4, 6 
**21.3** 43:17 
**22** 42:23; 43:25; 54:3, 19;

154:20; 160:18; 170:2; 172:21; 173:14; 187:3; 197:23; 204:23; 208:13; 210:2; 211:7; 212:15; 213:3; 219:18; 227:18; 239:4 
**22-plus** 212:4 
**22.5** 53:21; 54:12; 56:13 
**22nd** 5:18; 6:23; 7:2; 10:2, 16; 13:18; 22:4, 13, 20, 21; 23:2, 5; 27:7; 28:18; 29:3, 13; 35:2; 39:8; 41:7, 18; 56:22; 65:11; 71:18; 72:10; 82:25; 83:2, 18; 84:13; 126:19; 128:19; 132:21; 134:8; 135:7, 24; 137:11, 15, 19, 25; 138:20, 25; 139:16; 154:15; 177:3; 182:15; 183:8, 11; 184:8, 13; 185:6, 10, 17; 186:2, 10; 187:19; 188:4, 25; 192:3; 193:12; 194:7; 196:11; 197:6, 7, 10, 19; 200:13; 218:13; 219:7; 227:17, 24; 249:14 
**23rd** 7:8; 9:19; 22:11; 36:13; 37:12; 56:23; 77:12; 85:16; 88:22; 89:6; 96:14; 105:24; 106:5, 10; 109:9, 23 
**24** 12:15; 133:22 
**24th** 12:3, 14 
**25** 15:14; 16:13; 20:17; 38:9; 39:9, 16; 84:11 
**25th** 21:9; 33:19 
**26** 216:7 
**27** 185:2; 191:6; 194:9, 23; 195:2 
**28** 113:7; 200:22, 24; 201:14 
**2:47a.m** 77:10

## 3

**3** 43:24; 44:4; 99:17, 20, 22; 104:9; 105:13; 135:10; 154:19; 156:19; 161:15; 173:9; 174:17; 182:5; 241:17 
**30** 112:2; 115:21; 116:6, 7; 248:19; 249:3 
**30th** 112:4, 6 
**32** 181:10 
**33** 122:19; 146:15 
**34** 122:9, 10 
**38.9** 43:16 
**3:44** 250:8

## 4

**4** 27:25; 28:13; 30:12; 48:4; 58:12, 18; 78:12; 108:12, 16, 22, 23; 183:4 
**40** 43:16 
**40-32.ON** 11:8

**4032** 21:2 
**406MHZ** 11:2 
**42-foot** 73:13; 218:10 
**43** 116:11; 121:2, 5, 6; 122:10 
**47** 116:8; 121:3, 6 
**4:30** 156:11; 165:11; 166:16, 25

## 5

**5** 108:12, 20; 109:18, 21; 227:4 
**5/22/04** 178:13

## 6

**6** 110:12, 15; 111:7, 9; 227:6, 7, 8, 13; 228:8; 229:13; 238:19; 239:4, 7 
**642** 77:15 
**6:30** 138:24

## 7

**7** 110:17, 20, 23; 111:3, 18; 241:15, 15 
**70** 211:14, 16; 212:6; 213:19; 226:16 
**75** 124:6 
**7:00** 138:16

## 8

**8** 111:2; 123:11, 15 
**80** 158:12; 161:12; 182:7; 192:9 
**800** 73:15 
**81** 124:6 
**87** 124:16

## 9

**9** 123:19; 127:13, 15 
**90** 158:12; 160:21; 161:9, 12; 192:10 
**96** 47:12; 211:15, 17 
**97** 124:14

## A

**A-R-P-A** 194:16 
**a.m** 149:15 
**AB** 156:20; 157:2 
**abilities** 128:19 
**ability** 47:17; 168:23; 247:22 
**able** 31:3; 48:6; 49:23; 51:23; 79:17; 88:15; 155:14; 157:3; 159:23; 173:20; 190:22; 192:18;

198:14; 209:11; 238:15 
**aboard** 7:7; 36:8, 22; 128:23; 205:11 
**absolutely** 95:14; 143:3; 236:7 
**academy** 114:3; 124:6, 24; 126:10 
**accept** 18:22; 143:12 
**accepting** 147:22, 23 
**access** 107:12 
**accessible** 108:4 
**accident** 31:20; 188:7; 194:4; 232:2 
**accomplish** 206:17 
**accordance** 213:13 
**according** 4:14; 17:14; 34:24; 162:7; 168:22; 218:21; 219:8 
**accordingly** 60:5; 78:18; 79:5; 80:8; 81:17 
**account** 60:2; 213:5 
**accurate** 34:21; 152:6; 153:9 
**accurately** 4:6 
**acknowledge** 79:12 
**acquisition** 174:25; 175:5, 7, 14; 176:17; 179:18, 25; 180:4 
**act** 162:13; 188:21; 190:12; 192:24; 242:23 
**acting** 164:22; 173:17, 24; 174:2, 19; 190:15; 193:18 
**action** 36:5; 57:9, 11; 58:6, 8; 81:9; 97:11; 144:8; 145:24; 237:24; 238:3 
**Activate** 82:21 
**activated** 5:19; 6:6; 31:20 
**Active** 147:22; 170:25; 171:9 
**Actually** 8:8; 14:8; 16:25; 29:6; 34:3; 37:14; 38:23; 46:15, 16; 60:16; 68:16; 81:10; 85:12; 120:10; 148:21; 158:11, 17; 166:20; 170:20; 182:23; 192:19; 197:5; 241:9 
**adjust** 213:6 
**adjusted** 226:12 
**adjustment** 222:14 
**adjustments** 221:18 
**Admiralty** 203:16 
**Adrian** 131:13 
**affect** 218:18 
**afraid** 18:14; 92:10 
**aft** 168:11; 173:9 
**afternoon** 10:7, 17; 36:14; 89:14; 154:2; 161:17; 172:21; 173:13 
**afterwards** 190:14 
**again** 12:20, 20; 19:7; 22:25; 26:2; 29:20; 46:2; 49:8; 58:17; 59:21; 60:20; 70:19; 72:3; 75:8; 76:18, 22; 78:24; 94:5; 96:9, 17,

20; 97:8; 99:25; 100:6;
108:11; 109:18, 21;
125:10, 23; 131:15;
133:15; 150:17; 156:16;
157:18; 163:17; 172:19;
175:4; 178:15; 181:15;
184:19; 185:3; 188:24;
190:8; 191:7, 15, 16;
200:11, 21, 24; 201:14;
202:10; 206:6; 223:16;
224:2; 229:21; 232:7;
243:15, 16
**against** 95:22; 97:18;
100:18; 103:13; 104:17;
106:15; 107:20; 213:3
**age** 154:12
**agent** 118:11
**agree** 15:2, 4; 38:21;
51:22; 52:4; 53:6; 67:8;
97:23; 216:4; 228:23;
232:9; 233:12, 17, 22;
234:14; 235:17; 248:9
**agreed** 52:2; 67:18;
68:25; 247:15; 251:14
**ahead** 25:5; 27:17; 55:12;
92:7; 94:21; 141:7, 7;
143:12; 144:5; 149:15, 16,
17; 150:8; 182:22; 186:18;
191:4; 192:17; 205:9;
209:22; 221:23; 243:23
**AIS** 47:11; 179:20, 21, 22,
23, 25; 208:6; 209:19
**Alan** 24:9; 195:11
**ALENA** 116:23
**alert** 48:16, 20, 21; 49:4,
11, 12, 18; 155:7
**allegation** 16:2
**allowance** 226:15
**allowed** 200:23
**Almost** 32:10; 192:3;
221:8
**along** 46:4; 49:18; 86:10;
97:14; 98:3; 125:16;
198:23; 201:7; 227:18
**alongside** 73:14
**alter** 143:23; 205:12, 14;
221:19; 222:25; 238:15
**alteration** 207:4, 10;
240:2
**altered** 205:19, 21; 224:6
**altering** 19:17; 223:5
**alternation** 18:21;
223:10
**alternations** 241:13
**always** 14:10; 20:14;
30:19, 20; 50:18; 115:13;
116:8; 242:25; 243:3
**ALYA** 5:16; 7:8, 15, 24;
9:7; 15:23; 24:6, 16; 27:11;
34:7, 11; 35:24; 36:9;
41:19, 25; 42:4, 9, 14, 22;
43:9, 23; 44:16; 45:4;
48:21; 49:20, 21; 51:2, 23;
53:21, 25; 54:9; 55:7, 9,
17, 19; 60:12, 25; 66:8;
69:9, 19; 70:7, 12; 71:19;
73:12, 14, 24; 74:5; 85:11;

86:2, 11, 25; 87:11; 94:3;
95:22; 96:11, 21; 98:11,
17; 99:19; 100:2; 108:15,
19; 109:3, 5, 7, 23; 110:14,
19, 24; 116:12, 16; 117:2,
5, 14, 15, 25; 118:3, 9, 24;
119:2, 18; 120:3, 8, 22;
121:5, 23; 122:9, 15, 18,
23; 129:8; 130:8, 19;
131:2; 133:16; 135:8;
136:15; 137:20; 138:2;
139:10, 22; 140:5, 11, 13,
20; 143:7, 23; 149:18;
151:19; 152:17, 24;
154:14; 157:15; 160:18;
162:2; 164:10; 167:25;
171:8, 25; 174:13; 184:8,
13; 187:22; 197:21;
203:21; 204:24; 205:11;
206:16; 207:18; 215:23;
216:5, 13; 218:25; 220:5;
221:15; 224:6; 230:9;
232:11, 19; 238:8, 15, 19;
239:3, 22; 244:25
**ALYA's** 243:9
**Ambrose** 56:14, 16;
57:13, 20, 21; 58:9; 77:4;
139:5, 7, 9, 16, 22; 140:5;
210:10
**among** 78:15; 227:14;
229:13
**amplified** 167:16
**Amver** 47:19; 65:3, 4, 6,
9, 14, 17; 66:5, 9; 67:4
**anchor** 56:14, 17, 22;
100:10, 19, 20; 105:21, 25;
210:10
**anchored** 77:3
**anchoring** 139:6, 6, 16,
22
**answered** 59:19; 68:15
**antenna** 198:12
**anticollision** 144:8;
181:2
**Antifouling** 96:23;
104:14
**appear** 177:21
**Application** 99:4;
100:11, 21, 22; 105:21
**applied** 27:14
**applies** 81:19
**apply** 30:15
**applying** 98:25
**appreciate** 228:17
**appropriate** 60:4; 78:17;
79:4; 80:7; 81:9, 16; 82:2,
3; 134:13
**approved** 167:5, 8;
169:13
**approximately** 54:3;
70:16; 138:18; 215:23
**AQUILLA** 115:24
**area** 47:7; 96:23; 177:12,
14; 198:20; 214:6; 220:13;
229:20
**areas** 201:2, 7, 16;
229:19; 241:10

**arguing** 146:22
**argument** 97:13
**around** 4:22; 6:21; 7:24;
38:13, 19, 20, 22, 25;
46:13; 49:13; 70:19;
84:21; 85:8, 12; 86:25, 25;
89:7; 96:15; 100:9;
133:24, 25; 158:12;
165:11; 172:7; 200:13;
202:4; 215:22; 219:19;
227:10; 244:6
**ARPA** 124:13, 21; 126:2;
130:3, 20
**arrangements** 247:25
**arranging** 165:5
**arrival** 57:14
**arrive** 57:13
**aside** 165:9; 174:7;
179:4; 220:22
**assign** 196:13
**assigned** 162:13;
174:21; 194:18; 195:5, 7;
196:4
**assignment** 162:15
**assist** 50:20; 52:16; 59:8;
65:19; 66:19; 67:2, 5, 19;
68:4, 12; 69:9; 76:15;
83:19
**assistance** 31:3, 6; 44:5;
48:6, 9; 49:24; 59:10, 25;
61:5; 65:16, 21; 78:15;
79:4, 17; 80:5, 10; 81:3;
83:14; 240:11
**assisted** 69:13
**assume** 64:15
**assumed** 188:5
**attached** 122:24
**attempt** 47:5, 17; 57:2, 22
**attend** 33:4; 45:13;
125:22
**attended** 35:19, 23;
124:13; 170:24
**attending** 125:7
**attention** 147:11; 244:4
**attorney** 40:22; 44:6;
148:25
**attorneys** 91:17
**authorities** 81:8
**authority** 81:2
**automatic** 170:9; 174:25;
175:3, 5, 7, 11, 14; 176:17;
179:18; 180:4; 185:4;
191:11; 194:11; 220:25;
221:3, 4, 11, 15, 18, 25,
25; 222:3, 5, 10; 228:3
**automatically** 162:23;
179:23
**AVA** 4:21; 11:3; 16:3;
74:6, 13, 15; 75:9, 23;
193:23; 216:15, 22; 217:2,
3, 10, 11, 21; 218:10;
219:3; 220:3; 231:24;
232:2
**available** 17:4; 21:22;
24:5; 82:10; 247:24
**avoid** 145:9, 13; 146:4;

233:14, 24; 235:23; 238:9,
11, 21
**aware** 48:3, 10, 12; 60:11,
13, 14; 161:3; 201:6, 12;
202:3, 12; 225:2; 228:11,
13
**away** 53:21; 54:25; 59:14;
199:6
**awful** 244:10

# B

B 82:16
**back** 5:14; 9:16; 20:16;
30:11; 41:6, 17; 51:3, 24;
52:9; 58:13; 64:13; 67:25;
71:11; 73:14; 74:20;
77:20; 78:6; 79:22; 84:10;
85:6; 90:8, 18; 92:9, 17;
127:11; 145:7; 158:5;
167:16, 20; 189:17;
197:19; 200:22; 215:21;
219:17, 18; 220:9; 221:13;
224:10, 23; 234:5; 243:16
**background** 111:22; .
128:2
**backward** 149:16
**bad** 173:3; 182:11; 185:3;
237:16; 242:7
**bands** 194:16
**based** 14:11; 73:10
**basis** 65:5
**Bates** 134:19; 178:16, 25
**bathroom** 171:18
**beacon** 5:23; 11:3
**beam** 181:16
**bear** 156:12
**bearing** 181:25
**became** 17:4; 162:17;
237:6
**beforehand** 130:11
**begin** 137:5
**beginning** 36:6; 60:20;
68:21; 151:12; 206:20;
207:12
**behaving** 241:7
**behind** 46:22; 66:5
**beings** 171:5, 8
**below** 77:7; 154:23;
157:17; 191:8; 211:13;
212:5
**bene** 248:2
**best** 34:24; 146:3;
148:13; 190:22; 225:25;
226:25; 239:21, 23;
247:21
**better** 74:22; 189:5, 14
**beyond** 93:21
**bicycle** 214:5
**big** 87:4; 93:22; 212:15;
213:2; 221:6; 241:15
**binder** 15:19
**binocular** 181:4, 23;
182:3, 6

**binoculars** 181:12
**birthday** 112:8
**bit** 117:7; 124:2; 141:4;
219:20
**bite** 171:19
**blast** 185:4
**blind** 198:9, 10
**blue** 96:21; 100:7, 15;
105:5
**board** 9:5, 6, 19; 17:12;
35:24; 37:3, 12; 41:18;
45:2; 85:18, 20; 118:8;
123:16; 128:15; 160:18;
171:23; 174:13; 249:11
**boat** 4:21; 7:24; 8:2;
31:25; 73:13, 14; 85:23;
86:4, 25; 88:21; 89:6, 18;
90:13; 96:15; 109:10;
111:15; 201:2; 214:5, 13;
237:2, 6, 9, 17; 238:10, 11,
14; 240:21; 241:6, 6, 7, 11,
20, 24; 242:3, 9
**boat's** 217:9
**boats** 126:4, 4; 216:14,
21; 217:21, 22; 218:10;
220:3
**bodied** 157:3; 173:20
**book** 15:19; 30:3; 184:20
**booklet** 15:15
**born** 111:24; 112:9, 10
**bosun** 75:3
**both** 127:23; 159:20, 22;
165:6
**bounced** 73:14; 74:7
**bound** 31:5; 48:8
**boundaries** 142:5;
149:19
**boundary** 141:13, 16, 19,
22; 142:9, 10, 12, 15, 17;
143:7, 15, 24; 144:8
**bow** 89:8, 22; 90:9, 14;
91:6, 15; 96:10, 11; 99:6,
15, 15, 18; 100:2; 104:6,
22; 105:5; 110:14, 19, 24,
25; 111:4, 14, 19
**brackets** 200:25
**brand** 102:7; 119:23
**break** 78:3; 199:12;
215:16; 226:23
**bridge** 125:7, 10; 126:7,
8; 138:7, 9; 155:17; 156:2,
6, 10; 157:8, 11, 14; 158:5,
10; 160:25; 161:21;
162:16, 19, 23, 24; 163:4,
14, 16, 19, 21, 24, 25;
164:3, 5, 11; 165:20;
166:10, 19; 167:14;
168:16; 169:17; 170:7, 17,
24; 171:9, 12, 13; 173:19;
177:6; 189:13, 22; 190:13;
191:22; 194:13; 195:16,
21; 197:11; 244:16
**Brigg** 199:22
**bring** 90:7; 92:17; 213:2
**bringing** 244:11
**British** 203:16

<table>
<tr><td>

**broadcast** 10:22, 23
**broken** 133:17
**brought** 133:24
**BUBINGA** 115:17
**building** 101:6
**built** 101:5
**bulbous** 89:8, 22; 90:8,
14; 91:6; 96:11; 110:14,
19, 24, 25; 111:4, 14, 19
**bulleted** 72:20
**bump** 94:13
**burden** 233:23
**button** 82:16, 17; 221:8

# C

**C** 4:11; 154:7
**C-H-A-P-T** 27:20
**cable** 168:17, 24
**cadet** 157:24; 162:9;
164:13, 15, 22; 165:12;
166:13, 17, 25; 167:8;
169:13; 173:20; 194:14;
195:7; 196:4
**calculation** 71:3
**call** 5:10; 34:19; 39:9;
47:14, 14, 23; 55:22; 56:3,
7; 57:11, 25; 80:10, 17;
81:24; 84:21; 94:6; 96:22;
118:20; 132:12; 135:18;
172:10; 193:9; 198:16;
229:7; 237:7; 240:7;
244:21; 247:19; 248:5
**called** 4:2; 5:15; 33:20;
35:14; 206:10; 224:17
**calling** 55:25; 56:4;
132:16
**came** 7:7; 9:19; 36:22;
37:12; 68:10; 74:21;
85:17, 20; 128:15; 160:25;
161:20; 163:4; 166:10;
167:12
**can** 5:25; 13:16; 21:21;
24:25; 26:12, 14; 27:18,
22; 28:22; 32:16, 25; 33:2,
7, 9, 10; 35:5, 6; 40:6, 24;
44:20; 46:2; 48:25; 49:3;
51:13, 19, 20; 53:13; 58:2;
62:4; 65:19; 66:6; 68:16,
18; 70:14, 22, 24, 25;
72:17, 18; 73:19; 81:3, 8;
82:7, 11, 12, 12, 15; 83:19;
90:10; 93:16, 18, 24;
94:18, 20, 22; 95:6; 99:9,
25; 104:14; 105:12, 13, 15,
17; 109:2; 114:9, 20;
116:14; 117:9; 121:2;
122:9, 20, 24; 124:20;
126:14; 132:11, 23;
134:18; 137:23; 138:12;
141:20, 24; 142:16, 18, 18,
19; 144:7; 145:8, 11, 16,
19, 22; 146:3; 148:24;
152:19; 153:4, 8; 159:5,
18, 19, 22; 161:17; 166:4;
168:16, 20; 170:20; 171:5;
175:25; 176:2, 13; 177:18;

</td><td>

178:19; 186:5, 20; 189:9;
190:21; 191:24; 197:17;
204:5, 21; 207:7, 14;
208:2; 211:3; 215:9;
216:12; 221:18, 20, 24;
222:2, 13, 13; 223:6;
224:2; 226:23; 227:2;
228:19; 230:22; 233:8;
235:7; 236:25; 239:7, 8,
12, 13; 240:16; 241:5, 10;
242:2, 3, 3, 8; 245:21;
248:3; 249:6
**capabilities** 175:23
**capability** 51:24; 176:6
**capacity** 99:10; 219:2;
220:2; 222:2; 238:9;
244:24
**Captain** 4:18; 6:21; 10:4;
13:14; 22:18; 23:2; 28:5,
25; 40:12, 20; 41:14; 44:2;
53:15; 55:11; 57:17;
65:22; 72:21; 75:5; 76:23;
80:13; 83:25; 91:20; 92:7;
93:14, 17; 96:17; 99:23;
107:12, 13; 115:6; 118:7;
126:25; 141:7; 143:4;
145:15; 147:15; 148:9;
149:22; 150:23; 154:21,
24; 159:9; 164:3; 166:9,
12; 167:18; 171:3; 178:24;
183:5; 184:25; 187:14, 19;
191:20; 206:5; 209:21;
216:11; 225:2; 226:20;
237:13, 14; 244:10; 245:4;
247:13; 248:24
**Captain's** 112:21
**CAPTION** 251:2
**car** 214:5, 10, 21, 23
**card** 250:4, 5
**cards** 36:23, 25
**care** 35:4; 92:25; 196:19
**careful** 197:2; 229:3
**carefully** 225:22
**carrier** 209:10
**carry** 132:13; 155:18;
244:25
**case** 16:2; 35:19; 38:23;
39:5, 25; 80:14; 168:10,
22; 211:14; 241:21
**catch** 28:12; 199:6
**cause** 97:14
**caused** 95:9; 97:5, 17,
20; 98:16; 210:16
**cautions** 243:7
**cautious** 243:2
**center** 82:8, 22; 94:7, 8, 8
**centimeter** 174:18
**centimeters** 174:17
**certain** 27:14; 33:8; 36:5;
58:22, 25; 61:22; 82:4;
83:12; 95:14; 155:14;
201:6; 210:23; 228:15;
241:10; 245:16
**certainly** 18:13; 51:23;
52:5; 74:12; 75:11
**certificate** 125:25;
130:20; 168:3

</td><td>

**Certification** 25:12;
130:4
**certified** 125:8
**CH16** 38:12
**chain** 68:19; 100:11, 19,
20; 102:22; 105:21
**chains** 97:12; 106:2
**chance** 40:22; 73:3, 16
**change** 20:5; 40:4; 47:11;
137:13; 143:16; 162:16;
213:11; 220:24; 221:11;
222:3, 9
**changed** 20:12; 68:8
**changes** 247:23
**Channel** 6:9, 10; 12:21;
20:19; 22:16; 38:13; 56:2,
3, 5; 57:5
**Chapter** 28:13; 30:12;
48:4; 58:12, 18
**characteristic** 239:13,
20
**characteristics** 239:20;
247:3, 5
**charge** 160:9; 162:17,
19; 163:22; 165:3
**chart** 8:23, 25; 9:4; 44:18;
45:17; 138:12, 15, 16;
194:9; 203:4, 6, 13, 16;
204:7; 246:6, 8
**charts** 202:9; 203:10, 12,
14
**check** 45:17; 63:25;
69:18; 70:15; 72:3; 84:21,
25; 85:25; 129:14; 130:6;
138:21; 144:16
**checked** 42:2; 69:21;
70:3, 7; 85:12; 128:22
**checking** 53:17
**checklist** 198:25
**checks** 117:20
**chief** 34:19; 115:12;
125:5; 128:3, 11; 129:5,
16; 130:10; 131:3; 132:8;
133:11, 21, 23; 164:13, 16;
165:5, 8, 10; 166:13, 17;
167:2, 3, 15; 169:18; 249:8
**circumstances** 4:22;
31:24; 58:23, 25; 81:19,
23; 197:20; 198:24; 213:6,
13; 226:12; 227:9; 238:7
**cited** 13:4
**citizen** 112:11, 12
**claim** 101:11, 13, 15, 19,
22, 25; 102:2, 8, 20, 21,
23, 24; 103:5, 8, 13, 22;
104:3, 17; 106:6, 8, 9, 14,
17, 20; 107:14, 20
**claims** 102:4; 103:6
**CLAIRE** 4:21; 11:3; 16:3;
74:6, 14, 15; 75:9, 23;
193:23; 216:15, 22; 217:2,
4, 10, 12, 22; 218:11;
219:4; 220:3; 231:24;
232:2
**class** 168:3, 8
**classification** 168:2

</td><td>

**classified** 168:2
**classify** 242:20
**clean** 178:3
**clear** 35:2; 43:7, 22;
92:17; 106:25; 117:9;
122:14; 141:25; 142:24;
143:5; 191:22; 192:18;
231:15, 19; 236:9; 237:6
**clearing** 160:21; 181:4,
22
**clearly** 105:13
**clock** 133:25
**close** 87:2; 139:5;
142:16; 143:7; 202:15
**closed** 189:13, 23
**closer** 111:5; 189:6
**closest** 173:10; 191:21
**Club** 36:4, 4
**co-regs** 225:8, 11; 226:6
**Coast** 7:3, 5, 7, 22; 8:7,
18, 20; 9:13, 18, 21, 25;
10:10, 25; 11:9; 12:21;
13:9, 17; 14:4, 24; 15:6, 7;
21:18; 22:3; 23:3; 31:15;
36:2; 41:7, 19; 42:5, 9, 15;
43:2, 10; 47:14, 23; 49:13;
53:8, 16; 55:22, 25; 56:4,
7; 57:11, 18, 18, 25; 58:5;
66:15, 17, 21; 67:14, 17;
68:2; 69:2, 17; 70:2; 76:12;
85:20; 136:11; 182:16;
183:15, 18, 21, 21; 184:12;
217:19; 229:9
**coat** 95:2, 5, 6, 16
**Code** 146:14, 17; 148:20
**coffee** 171:19
**collected** 16:7, 9
**college** 114:2; 124:9
**collision** 7:14; 8:7, 15;
16:2; 145:9, 13; 146:4;
176:18; 237:22; 238:21
**coming** 45:24; 46:9;
181:18; 227:18
**comma** 11:9
**command** 17:13
**commanded** 114:8
**common** 214:4, 10, 13,
17, 20
**communication** 82:21,
22; 209:11, 15, 17
**company** 24:21; 25:7, 8,
14, 18; 26:20; 34:23;
107:12; 116:14, 15, 25;
117:6, 25; 118:3
**compare** 214:23
**compelling** 210:8
**complete** 101:7; 115:2;
224:14
**completely** 180:12;
182:10, 17; 188:8; 192:3
**complicated** 129:3
**complying** 110:11
**Composition** 127:7;
169:16
**compromising** 212:4

</td><td>

**computation** 45:9, 10
**computations** 45:2
**computers** 9:2; 17:4
**concentrate** 239:4
**concentrating** 181:21
**concentration** 182:6, 7,
9; 229:14
**concern** 92:22; 213:19
**concerning** 5:19; 26:10;
29:4, 14; 57:22; 132:22;
133:8
**concluded** 250:9
**condition** 85:13
**conditions** 33:8; 101:6;
161:23, 25; 188:24; 210:2;
218:19; 219:7
**conduct** 132:22
**configuration** 162:14;
198:12; 219:3
**confirm** 166:21
**confirmed** 65:12
**confirming** 191:12
**confused** 203:19
**connected** 17:22
**connection** 86:21; 168:8
**consider** 50:8, 10; 51:9;
227:14; 229:14
**consideration** 45:12;
144:9; 228:7, 23
**considered** 50:7; 51:7;
155:21; 160:16; 226:21
**considers** 52:10
**consist** 122:23; 124:22
**consistent** 161:11
**console** 221:5
**constantly** 180:8, 9
**constructing** 168:4
**construction** 128:17
**contact** 98:8, 12, 16;
188:18; 209:3; 238:22
**contain** 17:21
**container** 5:15; 115:17;
119:18
**containers** 197:25;
198:6, 13
**containership** 213:2
**contents** 6:13, 22; 11:19;
12:24; 14:17; 23:10;
61:21; 67:22; 68:5, 9;
92:21
**continuation** 207:6, 9
**continue** 48:13; 124:20;
125:4; 197:17
**CONTINUED** 154:9;
249:18
**Continuously** 243:18
**contract** 101:8
**control** 150:11; 195:22
**controlling** 150:19
**Convention** 25:11;
160:7; 168:9
**conventions** 168:6
**conversation** 165:19,

</td></tr>
</table>

MACIEJ KOWALEWSKI
September 12, 2007

MICHAEL STEPSKI   v.
THE M/V NORASIA ALYA

21, 23; 209:21
**conversations** 166:15
**coordinate** 82:7
**coordinates** 11:12, 14, 16; 12:5; 13:5, 9; 14:5, 9, 13, 25; 21:3, 19, 23; 44:17; 45:7; 70:3, 13; 136:24; 137:4, 8; 140:20
**coordination** 82:8
**copies** 106:13
**copy** 114:20; 134:19
**corner** 178:11
**corrected** 146:7; 150:12
**correcting** 145:17, 20, 24; 146:4
**correction** 88:25; 89:5
**correctly** 31:7; 151:15; 232:10
**counsel** 251:14
**count** 72:17; 76:22, 23
**couple** 125:2; 245:13
**course** 13:2; 18:20; 19:17; 20:6, 12; 26:21; 35:17; 38:2; 45:9; 50:15; 65:6, 13; 69:19; 103:25; 109:22; 124:8, 11, 13, 25; 125:5, 9, 13, 18, 20; 126:3, 7, 10; 129:18; 140:4, 10; 143:16, 23; 144:12; 145:9, 14, 20, 24; 146:5, 24; 150:11, 19; 151:9; 154:13; 159:13; 160:5; 162:18, 18; 186:7; 205:12, 14; 214:3; 218:25; 220:24; 221:19; 222:3, 9, 14, 25; 223:5; 224:6; 238:16; 240:2, 13; 241:13, 20; 242:11; 243:9
**courses** 33:3, 4; 123:22; 126:3
**COURT** 112:6; 120:15; 215:16; 243:11; 245:11; 247:10
**covered** 27:13; 125:22
**covers** 134:8; 135:7
**CPA** 243:22
**crane** 161:15; 173:8, 8, 9; 182:4; 191:21; 192:5
**cranes** 173:7; 212:15
**created** 9:2
**crew** 35:5, 12; 71:8, 23; 72:8, 11; 73:2, t5; 74:7, 10, 15, 21; 75:9, 9; 76:6; 126:13, 13, 17; 127:2, 7, 14, 18, 19, 24; 164:10; 193:16, 17, 21, 23
**crowded** 214:6
**cup** 245:6
**curve** 96:25
**cut** 57:17; 73:13; 117:23; 127:4

# D

**D** 4:5, 13
**D/C** 157:19, 22; 194:15;

195:16
**daily** 43:24; 65:5
**damage** 104:7, 8, 9, 10, 11. 13; 105:6, 15, 20
**damaged** 212:10
**Danelczyk** 4:5, 13
**danger** 146:13; 148:11
**dangerous** 195:23
**date** 10:14; 17:22, 22; 20:6; 93:12; 96:6; 99:21; 108:17, 21; 110:16, 21; 123:12; 127:16, 21; 134:25; 135:4; 154:6; 188:20; 246:5, 10, 15, 19, 25; 247:7; 248:21; 250:7; 251:5
**dated** 248:19; 249:3
**dates** 125:16, 23; 135:11; day 12:7; 17:16, 23; 21:16; 22:10; 45:21; 60:25; 65:11; 72:11; 111:25; 137:13, 15; 160:15, 17; 179:11, 15; 190:10; 194:5; 234:13
**daylight** 160:11
**days** 12:3; 32:17; 125:3; 135:13; 185:21; 216:6, 7
**de** 248:2
**Dead** 198:15, 17, 18; 223:17
**deal** 204:18; 221:6; 238:16
**decide** 227:10
**decided** 78:20; 165:5, 8, 11; 166:17, 22, 23; 196:8
**decides** 148:11
**decision** 167:4; 169:13
**decisions** 155:15
**deck** 17:11; 26:12, 15; 61:16, 20, 23; 62:24; 64:6; 71:8, 23, 23; 72:11, 12; 73:2; 76:6; 132:20; 134:3; 157:24; 161:21; 162:9; 163:14, 16; 164:15, 22; 165:12; 166:13, 17, 25; 167:8; 169:13; 173:20; 174:19; 191:16; 194:14; 195:7; 196:4; 198:2, 7
**Deep** 114:2; 244:15
**default** 241:19, 19
**defensive** 166:8
**defines** 58:24
**defining** 60:22
**definitely** 104:13; 158:10; 165:19
**degrees** 43:16
**delay** 33:10
**deletions** 239:19
**deliberate** 206:16
**delivered** 101:3; 102:7
**demand** 34:23
**demanding** 34:10
**demonstrating** 107:7
**density** 228:9, 24
**departed** 216:5

**departing** 216:14, 20
**departure** 65:2, 9
**depends** 32:19, 20; 61:21; 168:20; 192:21, 22
**Deponent** 251:15
**deposition** 248:2; 250:9; 251:4, 9, 16
**describe** 192:2
**described** 81:7; 97:9; 104:17; 161:4; 172:23; 175:12; 182:19; 188:2; 197:20; 210:2
**designated** 162:21
**designed** 212:11; 213:9
**despite** 213:17
**destination** 54:4, 21
**detail** 124:22; 132:19; 155:5; 207:22
**detailed** 153:7
**details** 90:25; 91:3, 5, 12, 13; 92:24
**detection** 179:20
**determination** 205:11
**determine** 236:16
**determining** 226:21; 228:8
**developed** 8:25
**deviation** 65:8
**deviations** 65:7, 8
**device** 31:19; 172:12
**difference** 105:16; 109:12; 121:12; 208:13; 239:11
**different** 122:5, 21; 145:19; 170:20; 182:10, 17; 185:20, 20; 188:8
**difficult** 189:24
**direct** 247:13; 248:3, 6
**direction** 45:21; 56:9
**directly** 80:23
**Disagree** 46:18
**discharged** 169:12
**discoloration** 105:14
**discussed** 150:9
**Discussion** 25:3; 41:12; 63:17; 76:4; 77:25; 92:12; 93:7; 126:23; 127:10; 165:4; 243:12; 245:8
**display** 47:10
**displayed** 175:16, 19
**distance** 44:15; 45:3, 14; 55:8, 18; 237:11, 22; 238:7, 19, 21
**distract** 51:16
**distress** 6:2; 31:5, 16; 48:8, 15, 21; 49:4, 7, 11, 12, 18; 50:13, 21; 51:2, 10, 22; 52:6; 53:9; 57:3; 60:2; 61:5; 62:17; 63:20; 64:23; 66:19; 69:5; 74:20; 79:19, 25; 80:14, 15, 16, 20, 23; 81:3
**distressed** 48:20
**document** 125:19;

136:14; 154:4; 178:25; 199:7, 8, 17; 200:2, 4, 20; 211:3; 248:12, 25; 249:3, 7, 7
**documentation** 141:23; 142:21; 143:6; 159:4; 176:2
**documents** 18:24; 118:11; 204:24
**Doehle** 118:19, 20, 23; 119:2, 3, 4, 8, 10
**done** 45:2; 106:9, 19; 125:6, 13, 17, 19; 126:8; 150:10; 187:7; 237:16; 238:16
**doors** 189:22
**dope** 192:24
**dots** 76:23
**down** 12:14; 16:16; 18:9, 9; 19:20; 39:22; 74:7; 76:23; 83:17; 84:25; 85:11; 90:20, 23; 99:21; 141:5; 156:8; 171:17, 18; 198:20; 212:17, 19, 23; 213:23, 24; 214:5, 8, 9, 12, 20; 221:7; 229:3; 230:15; 232:19
**draft** 85:2, 4, 4; 96:23
**drift** 144:9; 145:10, 13; 146:8; 147:23, 24; 148:11; 149:24; 151:17; 205:7
**drifted** 145:21
**drifting** 57:18; 146:25; 150:11
**driving** 214:9, 12, 21
**dropped** 56:13; 210:10
**due** 100:17; 105:6, 14, 15, 20, 25; 106:2
**duly** 4:4, 12
**during** 9:10; 55:23; 72:9; 109:16; 124:5; 125:5; 128:16; 133:16; 154:22; 157:4
**duties** 132:14; 155:18; 162:15, 21, 25; 163:8; 165:5
**duty** 58:22, 24; 59:7; 60:15, 18, 22; 81:15; 170:3; 188:16
**dynamite** 228:20

# E

**E** 4:11, 11; 154:7, 7
**E-C-D-I-S** 151:6
**earlier** 70:8; 119:21; 131:6; 173:21; 203:23
**ears** 168:14; 169:22
**earth** 32:6
**easier** 92:15; 199:4
**Easiest** 77:2
**east** 45:20, 25; 46:9; 53:18; 54:11; 55:7, 17; 59:17; 64:23; 71:19; 136:3; 142:3

**east/west** 148:10; 149:20; 200:17
**easy** 120:18
**eat** 171:19
**ECDIS** 8:20; 42:2, 12; 47:10; 126:7, 10; 145:20; 151:5; 152:4; 153:8; 175:16, 20; 176:2; 177:8, 11; 178:3; 206:11; 220:14; 246:16, 17, 20, 22
**economical** 211:19
**economics** 211:22
**education** 113:23; 192:21, 23
**effect** 187:4; 239:5; 249:14
**efficiency** 226:16
**efficient** 239:17
**EGC** 77:15
**eight** 113:25
**Eighteen** 114:13
**Eighty** 161:9
**either** 129:5; 140:18; 183:4
**Electromagnetic** 172:5
**Electronic** 5:22; 8:23; 152:14
**electronics** 177:4
**elephant** 168:14; 169:22
**Elizabeth** 56:10; 84:15, 16; 85:17; 87:18; 88:11; 109:24; 135:9, 18, 21; 210:14; 212:14; 213:2
**else** 37:23; 45:3; 64:10; 78:9; 86:7; 93:6; 95:10; 100:5; 110:3, 5; 115:6; 162:12; 163:14; 167:15; 169:22; 170:7; 174:9; 180:14, 16; 187:9, 17; 194:2; 220:18, 22; 240:4; 241:25; 245:21
**emergency** 11:2
**emergent** 10:25
**emitted** 168:19
**employ** 188:8
**employed** 118:8; 188:3; 247:16, 17
**employer** 116:13
**employs** 117:11; 119:4
**encoded** 146:18
**encompasses** 135:14
**end** 243:5
**endorse** 249:11
**engaged** 230:17; 232:12; 233:24; 235:6, 16, 20, 22
**engine** 26:13; 210:20, 21, 23; 211:8, 12, 24, 25; 212:3, 5, 9, 9, 11; 213:8, 18; 221:7; 226:17
**English** 4:7, 9; 5:3
**enough** 70:18; 87:2; 120:18; 235:12
**enter** 19:8, 10; 59:24; 61:11; 62:2; 64:6, 7, 8; 135:25, 25; 210:13;

212:13
entered 19:12; 43:17; 63:5; 64:11, 16; 136:8, 15, 18, 21; 138:15, 25
entering 138:8, 17
entire 55:23; 228:4
entries 17:15, 25; 19:25; 24:20; 33:14; 38:5; 61:16; 185:2, 12; 187:7, 15
entry 17:20; 19:17; 29:4, 13; 30:7; 42:25; 43:9; 44:3, 23; 62:11; 63:22; 64:4; 77:3; 132:20, 21, 24; 133:2, 3, 6; 135:5; 136:14, 21; 139:9; 154:20; 155:21; 163:18; 164:2; 184:21; 185:3, 6, 8, 10, 17, 20, 25; 186:9, 10, 14; 187:4, 9, 16, 21, 24; 188:12; 190:9; 191:11; 194:14; 195:14, 15; 196:9; 200:14
environment 160:8
EPIRB 5:19, 21; 6:6; 13:25; 14:5, 24; 15:6, 6; 21:4; 31:16, 18, 23, 25; 32:4, 15, 22; 41:19; 44:16; 45:7, 15; 53:10, 17, 22; 55:6, 9, 17, 19; 57:3, 23; 59:10, 16; 68:2; 69:5, 16, 18; 70:4, 13; 74:18; 75:13; 76:13, 15; 78:21; 81:2
equip 8:24
equipment 129:11; 131:23; 194:19
esse 248:2
even 83:6; 149:18; 161:15; 170:23; 173:6; 190:7; 191:21; 204:21; 221:17; 238:19, 25; 241:11; 242:7
Evening 36:14
events 17:16; 38:5; 168:14
Eventually 205:19
everybody 35:14
Everyone 130:3
evidence 16:7, 9; 125:24; 186:6
exact 18:7, 11; 19:20, 25; 20:8; 21:8, 19, 23; 33:15; 38:16, 18, 24; 39:2, 20; 68:8; 70:20, 21; 71:2; 140:24; 164:19; 167:12; 224:4
exactly 18:4; 27:19; 33:15; 56:18; 71:4; 95:9; 121:17; 124:7; 145:5; 223:11; 236:9; 249:15
EXAMINATION 4:16; 154:9; 247:13; 248:22
examined 4:14
example 18:9, 20; 19:3; 20:5, 7; 80:16; 211:15; 237:14
exceeding 241:14
except 170:14
exception 248:11

exceptions 230:23
Excuse 25:22; 43:6; 83:9; 88:23; 101:20; 109:4; 117:7; 129:20; 168:7; 176:13; 180:15; 187:11
excused 164:22; 165:2
excuses 55:13
exercising 139:7
Exhibit 93:11; 94:5; 96:5; 99:20, 22; 108:16, 20; 110:15, 20; 123:6, 11, 15, 19; 127:13, 15, 20, 24; 134:24; 135:3; 154:5; 245:9; 246:4, 9, 14, 18, 24; 247:2, 6; 248:13, 20, 25; 249:13; 250:6
exist 107:14
exists 176:6
exit 139:3, 4
expect 237:7
experience 14:12; 73:11; 130:7, 18, 25
experienced 131:16, 19; 193:3
explain 23:7; 51:15; 77:8; 80:20; 84:4; 88:8; 141:17, 22, 24; 159:25; 160:4; 167:19; 211:5; 233:4; 234:18; 243:21
explained 19:8; 26:3, 18; 58:21; 81:18, 23; 82:24; 83:11; 149:24; 151:17; 229:9
explaining 104:20; 233:3
explanation 40:6; 83:22, 24; 84:6; 100:25; 105:23; 117:8; 144:4; 148:24; 167:22; 176:14; 186:21, 24
extent 149:25
extract 25:13
eye 180:8; 199:6
eyes 192:18

# F

F 82:16
F-A-C-T 19:16
faces 37:17
facing 154:23
fact 18:21; 19:9, 16, 18; 20:5; 33:13; 50:12; 52:13, 15; 53:15; 74:5, 13, 14; 75:24; 83:14; 90:21, 24; 95:5; 102:7; 136:25; 152:9; 166:24; 192:16; 247:22
facts 8:10, 15; 12:16, 19; 18:18; 19:8, 10, 12, 14; 22:17; 23:10; 33:20; 34:15, 24; 35:7; 38:5; 39:9; 40:8; 81:6; 91:11, 19; 92:8, 16; 102:22; 166:21; 216:9; 245:24; 246:3
factual 19:24

failing 28.19; 59:24
failure 132:13
fair 32.14; 70:18; 73:22; 95:8, 11; 109:3
fairly 95:4
fairway 136:2, 2, 5, 8, 10, 15, 18; 137:5, 9, 13, 20; 138:2, 9, 15, 17, 25; 139:4, 8, 11, 15, 23; 140:8, 11, 14, 21; 142:2; 145:22; 146:9, 12; 147:7, 10; 148:10, 16, 18; 149:8, 20, 25; 150:6, 16, 18; 151:20; 152:25; 154:14; 200:17; 201:3, 7; 202:14, 16; 203:22; 204:25; 210:5; 218:14; 219:13, 23; 220:6; 223:24, 25; 224:7, 10, 24; 227:24; 229:8, 10; 236:13; 243:11; 244:13, 14
faithfully 4:6
familiar 123:17; 225:15
familiarize 202:24
far 5:5; 72:25; 98:8; 113:23; 152:19; 244:24
fast 5:9; 76:14; 126:4
fault 19:13; 84:7
February 101:3
Federal 146:14, 17, 18
feed 65:18
feet 73:15; 217:7
fellow 117:20; 191:17
fellows 171:18
felt 76:13
fender 95:2; 97:12, 15, 25; 98:6
fenders 97:12
few 81:14, 15
fiberglass 90:14; 91:6, 16
figure 224:24; 234:9
figures 21:8
file 107:7, 24; 108:5, 8
files 154:24; 160:21
filing 106:16, 22
Filitas 156:22, 23; 157:2
filled 200:2, 3
finally 139:3, 4
find 27:22; 47:5; 57:22, 24; 99:12; 139:20; 144:19; 157:18; 166:2; 171:5, 7; 226:24; 227:2
finding 90:8; 91:16
fine 24:2; 39:6; 113:3; 115:9; 120:19; 147:13; 160:14; 197:12; 207:16; 208:5
finish 12:10; 80:18; 82:25; 83:4, 7; 92:6; 113:23, 25; 141:3; 184:3; 188:16; 197:16; 223:22
finished 100:13; 110:7; 197:13; 227:23
first 4:12; 9:17; 18:23; 60:21; 76:24, 25; 93:16;

109:21; 110:22; 115:11, 19, 23; 116:2, 7; 119:2; 128:3, 6; 135:17, 18; 136:17; 162:16; 169:11; 195:13; 206:16; 228:10. 12; 239:9; 240:20
fishery 114:2; 124:9
fishing 4:20; 7:15; 11:3; 16:2; 73:13; 74:6; 201:2, 7, 16; 202:4, 8, 13, 16, 20, 25; 203:9; 216:14, 21; 217:22; 220:3; 229:15, 19, 20, 24; 230:17, 25; 232:5, 12, 20; 233:14, 24; 235:6, 16, 20, 22; 236:5, 10, 17; 237:2, 5, 9, 17; 238:10, 11, 14; 240:16, 17, 21; 241:5, 6, 7, 10, 16, 20, 24; 242:3, 8, 19, 21
five 32:23; 114:2, 3
fix 41:24
fixing 71:23, 24
flag 34:11
flew 34:11
flying 241:24
fo'c'sle 188:21; 189:9, 15, 25; 190:12; 191:16; 192:17; 193:15; 194:12; 237:5; 238:13; 240:6
fog 155:22; 163:2; 167:16, 21; 168:17, 19; 171:22, 23, 24; 172:8, 15, 23, 24; 180:18, 20, 24, 25; 183:5, 7, 10, 17, 19; 184:8, 13, 21; 185:4, 7, 11, 19, 25; 186:15; 187:5, 8, 22; 189:2; 190:11; 191:11, 12, 21; 192:2; 194:11; 196:19; 218:17, 18; 237:6; 238:14; 244:15
follow 30:18; 49:9; 120:19; 144:10; 225:20, 25; 230:2, 14; 232:14; 241:18
followed 26:5; 182:10, 17
following 9:24; 10:22; 20:21
follows 4:15; 154:8
forecastle 191:16
foreign 89:7, 22
forget 84:9
form 67:10; 94:16; 95:18; 106:24; 129:23; 173:2; 198:5; 199:25; 202:19; 209:14; 211:10; 251:11
forth 12:20; 58:22; 79:24; 81:15
forty-three 217:7
forward 75:3; 99:7, 8; 168:11; 173:6, 8; 188:18, 18
found 28:6; 29:25; 70:6; 89:8; 90:13; 91:6; 218:9
four 89:14; 132:5, 7; 216:7
free 189:24
freeway 147:6; 148:12,

15; 205:17; 207:19; 210:18; 211:7; 236:12; 243:9; 244:12
friend 34:19; 204:20
friends 204:21
front 15:19; 24:5, 22; 26:3, 16; 61:14; 71:8; 72:2; 76:19; 88:21; 96:10; 99:14; 100:6; 107:7, 25; 110:23; 127:2; 159:6; 175:20; 177:18; 178:18; 189:7, 10; 191:17; 197:14; 198:7, 10, 13, 25; 219:15; 223:17; 224:21; 226:19
fulfill 168:6, 7
full 24:7, 8; 52:19; 53:21; 78:21; 197:25; 208:15, 16; 212:12; 239:21, 23; 244:12
fully 123:17; 128:22; 131:16, 18; 151:16
further 130:7; 250:3
future 9:3

# G

gap 237:6; 238:14
GARGAN 143:3; 206:24
gave 11:12; 12:5; 14:4; 21:19; 28:2; 36:25; 39:20; 70:20; 114:22; 117:4, 6; 144:4; 153:10; 169:14; 193:5
GC 125:15
gear 122:22; 123:10, 14, 16, 18, 24
general 17:19; 24:15; 113:22; 125:14; 133:11; 144:12, 12; 176:25; 217:11; 225:3; 234:17, 19; 240:14
generally 69:19; 91:14; 111:22; 131:15; 142:2; 161:14; 205:16; 227:8
German 157:21
gets 191:7
given 4:8; 13:9; 81:6; 123:14; 137:4; 153:9; 161:23; 162:16; 238:8
giving 36:23; 65:3; 73:22; 91:16; 175:23
Global 63:20
GMDSS 62:10; 63:10, 13, 19, 24; 125:14, 15; 126:2
goes 111:18; 149:19
good 5:3; 18:22; 30:17; 33:13; 37:25; 68:23; 71:2, 6; 78:2; 84:7; 108:9, 10; 114:11; 129:18; 131:23; 146:11, 19, 23; 149:10; 176:21; 189:16; 190:17, 21, 23; 203:3; 218:15, 20, 22; 219:8; 225:18, 23
govern 25:20; 26:23; 27:6
governing 158:24; 225:3

**government** 12:6; 21:10;
34:2, 4; 38:9; 112:19
**grab** 171:19; 245:5
**Grabsztunowicz** 128:5,
8
**Grabsztuowicz** 129:10;
164:13
**great** 132:19; 146.13;
155:5; 212:15
**greater** 55:8, 18
**green** 240:22
**ground** 145:17; 202:13;
207:15
**grounds** 202:4, 8, 16, 20,
25; 203:9; 236:10
**Guard** 7:3, 5, 7, 22; 8:7,
18, 20; 9:13, 18, 21, 25;
10:10, 25; 11:10; 12:22;
13:10, 17; 14:4, 24; 15:6,
7; 21:18; 22:3; 23:3; 31:15;
36:2; 41:8, 19; 42:5, 10,
15; 43:2, 10; 47:15, 23;
49:13; 53:8, 16; 55:23, 25;
56:4, 7; 57:11, 18, 19, 25;
58:5; 66:16, 17, 21; 67:14,
17; 68:2; 69:2, 17; 70:2;
76:12; 85:20; 182:16;
183:15, 18, 21, 21; 184:12;
217:19; 229:9
**guess** 132:11; 157:8;
184:20; 190:7
**guy** 159:20; 194:15, 18;
208:21; 237:7; 238:13
**guys** 73:15; 169:19;
244:15

## H

**half** 73:13; 170:19;
241:17
**Hamburg** 47:18; 65:2,
10; 84:16, 20; 85:7, 12;
87:9, 12, 17; 88:11;
126:11; 135:8, 15, 17, 21;
136:9
**hand** 221:19, 20, 24;
222:10
**Hang** 141:24
**hanging** 235:18
**happened** 21:11, 16;
29:7; 33:16; 35:2, 4; 94:13;
138:17; 166:21
**happening** 57:12; 91:8
**happy** 231:20
**Harbor** 136:3; 139:5;
229:2
**hard** 62:15; 105:8; 118:5;
148:21; 149:3
**hardly** 190:21; 192:4
**head** 212:14; 220:5
**headed** 210:4
**heading** 26:8; 56:9,
71:20
**headlight** 145:23
**headline** 145:18; 151:10

**HEALEY** 4:17, 19; 10:16;
12:11; 22:24; 23:25; 24:9,
12; 25:4; 28:2, 16; 41:3, 4,
16; 43:19, 20; 48:25;
51:14; 52:22, 25; 63:14,
18. 65:25; 71:14; 72:17,
22; 74:4; 75:17, 21; 76:5;
77:22; 78:4, 6, 8; 83:6;
91:23; 92:4; 93:5, 8; 94:17;
96:2; 99:17; 108:11;
110:12, 17; 114:23;
120:17; 123:7; 126:24;
127:8, 11, 17, 22; 134:14,
21; 141:3; 142:25; 145:4;
153:4, 11; 154:10; 166:5,
7; 168:25; 169:6, 9; 178:8,
12; 184:3, 6, 15; 186:18;
190:4; 194:20; 195:10;
196:24; 197:3; 199:11, 14;
200:7, 10, 12; 204:5, 9, 10,
14, 19; 207:3; 214:16;
215:17, 20; 231:5, 7, 11,
14, 16, 20; 233:5; 234:7,
25; 235:11; 245:3, 14, 19;
247:12, 15; 248:8, 14
**hear** 6:11; 47:20; 57:6;
121:10; 159:19, 24;
168:16, 20; 172:16;
180:20, 23, 25; 181:18;
189:6; 190:23; 236:19
**heard** 127:4
**hearing** 158:13; 159:11;
167:20; 168:13; 180:18;
181:3, 21; 182:8, 9;
189:14, 16, 23
**heavy** 45:24; 46:6; 47:4;
96:23; 101:4; 172:24;
200:25
**held** 31:25
**help** 25:20; 35:21; 50:9,
11, 13; 51:10; 52:6; 58:3;
64:23; 66:6, 12; 149:2;
188:11; 237:8
**helping** 62:17
**helps** 72:8; 89:12
**Here's** 93:13; 109:18;
221:3, 4; 233:7
**hereof** 251:6
**hi-tech** 152:16
**high** 50:14; 101:7;
113:23; 212:9
**high-speed** 210:17
**highlight** 40:10; 226:19
**highlighted** 199:5
**history** 201:21
**hit** 73:12, 24; 74:6, 13, 15,
21; 75:9, 23; 76:7; 87:17;
88:3, 4, 10, 16, 18; 193:22,
23; 240:6
**hits** 192:17
**Hold** 15:13; 29:8; 38:3;
52:14; 106:21; 112:13, 15,
20; 183:24; 208:25
**holding** 125:25; 130:3
**hole** 189:10
**honestly** 143:8
**Hong** 82:11; 83:13

**hook** 174:13
**hope** 193:10
**horizontal** 96:25
**horn** 171:22, 23, 25
**hour** 32:24
**hours** 32:17; 57:21;
89:14; 210:11
**housing** 157:14; 198:7
**hull** 73:4, 19; 76:7; 84:22;
85:8; 86:11; 87:2, 3, 4, 19;
89:17, 96:21; 97:18; 100:8
**human** 171:5, 8; 174:2;
188:20; 190:15
**hundred** 84:14; 114:15;
238:20; 242:17
**hypothetical** 75:19, 22

## I

**idea** 66:5; 208:2
**identification** 93:12;
96:6; 99:21; 108:16, 20;
110:16, 21; 123:12;
127:16, 21; 134:25; 135:4;
136:22, 23; 154:6; 246:4,
10, 15, 19, 24; 247:7;
248:21; 250:7
**identify** 93:16, 18, 24;
99:25; 109:2; 150:21;
181:4; 208:3; 240:15;
241:5; 242:8
**ignored** 155:2
**Il** 134:22; 154:19; 184:20
**iii** 230:16
**immediately** 46:14;
240:10
**IMO** 25:10
**impediment** 160:8
**impending** 148:11
**important** 18:5; 75:7;
92:21, 21, 24; 102:6;
155:6, 10, 12
**impose** 204:13
**imposing** 204:11
**improper** 101:22
**incident** 7:2; 18:7, 17;
19:16; 53:5; 146:3
**incidents** 4:22; 18:16
**include** 35:6
**included** 14:11; 18:25
**including** 72:10; 163:8;
201:2; 244:7
**incoming** 229:10
**incorporated** 21:8
**independently** 16:5
**indicate** 206:6
**indicated** 31:15; 50:25;
119:21; 122:12, 20
**indicates** 20:18
**indicating** 11:2; 39:16;
100:7; 178:21; 207:13, 14;
221:4, 5
**indicator** 5:22

**infective** 198:19
**inform** 60:3; 78:17, 22;
79:4; 80:7; 81:2, 8, 16;
82:2
**information** 6:5; 7:18;
10:21, 23; 14:10; 18:24;
20:18; 25:21; 26:4; 34:21;
35:6, 11; 43:17; 47:16;
159:6; 176:18; 179:24;
217:3, 16; 231:23, 25
**informed** 29:15; 36:3, 4;
82:5, 15; 155:3, 25; 183:5
**Informing** 20:25; 65:14
**initiated** 10:23
**Inland** 225:5, 6, 6; 235:7,
9, 13
**inline** 151:11
**input** 106:8
**inquire** 7:13, 17, 18
**inquiries** 8:15
**inside** 69:22; 140:11;
142:18; 150:18
**inspect** 7:24
**inspected** 8:2
**inspection** 72:13; 89:17;
90:13; 109:16
**installed** 9:2; 131:23;
168:11
**installing** 72:12
**instant** 146:2
**instantaneous** 32:11
**instructions** 24:21
**intelligent** 140:19; 219:2
**intend** 247:19
**intended** 65:4, 9
**intention** 40:5; 248:4
**intentional** 205:4
**intentionally** 143:19, 22;
203:21
**International** 25:11;
127:6
**internet** 217:17, 17
**interpretator** 39:25
**interpreted** 41:14
**interpreter** 4:3, 25;
25:25; 40:13
**interpreting** 23:24
**interrogation** 209:19
**interrupt** 10:2; 12:8;
18:12; 124:19
**interrupting** 150:21
**into** 4:7, 9; 7:13; 8:15;
21:9; 32:4; 45:25; 60:2;
61:23; 64:16; 71:20;
132:19; 136:3; 144:9;
146:12; 155:5; 191:7;
192:8; 200:17; 209:3;
210:4; 212:14, 25; 213:5;
222:2; 224:10, 23
**introduced** 4:19
**introduction** 125:8
**investigated** 7:6
**investigation** 6:25; 7:10;
8:14; 36:3, 6; 182:16

**investigators** 8:9
**invitation** 66:25
**involved** 50:18; 101:18,
24; 172:23; 180:12
**issue** 92:10
**issued** 8:8; 101:10;
112:18; 125:19
**issuing** 101:13, 18
**item** 200:22, 24; 201:14
**items** 92:9
**IV** 27:21; 48:17; 58:13;
78:13

## J

**J** 4:11; 154:7
**JAKUB** 4:2
**Jankowski** 130:15, 16;
132:15; 133:8
**Jankowski's** 132:22
**January** 113:7
**job** 113:13; 116:2
**joined** 120:4; 121:22
**joining** 118:3
**joint** 89:17
**judge** 128:19
**judgment** 8:10; 73:23;
74:3, 23; 105:25; 216:25
**jump** 55:12; 83:8
**jumping** 191:4
**June** 248:19; 249:3

## K

**K** 4:11, 11; 154:7, 7
**Kalmineski** 131:11, 13;
132:2
**keel** 84:21
**keep** 16:23; 17:5, 8;
66:18; 67:2, 19; 68:3, 23;
91:25; 92:12; 141:4;
151:8; 180:8; 188:17;
210:21; 211:19; 224:21;
226:16; 230:15, 16;
232:11; 235:5, 15
**Keeping** 25:12; 160:9
**kept** 26:9; 36:24; 190:10;
211:6
**kind** 75:6; 82:18; 91:5;
94:7, 9; 96:24; 102:6;
112:16; 129:17; 143:15;
171:21; 174:12; 241:24
**knew** 46:13; 75:12, 13;
76:7; 130:11
**knob** 222:14
**knots** 53:21; 54:3, 12, 19;
56:13; 162:3, 6; 173:14;
197:23; 208:10; 210:2;
212:4, 15; 213:3; 227:18;
238:19; 239:4, 4, 7;
241:15, 15, 17, 17
**knowledge** 34:25; 35:10;
46:21; 87:20, 23; 88:2, 8,

14; 90:3; 98:8; 130:22;
131:9, 24
known 74:16; 75:13
knows 32:18; 235:19, 21;
236:3, 4
Kong 82:11; 83:13
Kowalewski 4:18; 93:9,
11, 15; 96:3, 5, 9; 99:17,
20; 105:13; 107:12, 13;
108:12, 15, 19, 23; 110:15,
20; 123:11; 127:15, 20;
134:24; 135:3; 154:5;
164:4; 246:3, 9, 14, 18, 23;
247:6; 248:20; 250:6;
251:4

**L**

L 4:11; 154:7
labeled 216:8
ladder's 168:12
lane 147:2
language 20:13
large 93:17
last 17:6; 78:14; 79:2, 23;
81:14, 15; 84:15
LAT 20:25
late 237:23; 238:15
later 12:3; 51:16; 124:12;
125:10, 13, 20; 153:12;
171:6; 210:9; 216:6, 7;
224:11
latitude 13:4, 8; 39:21;
43:15; 65:12
latter 44:4
law 4:14; 17:14; 25:19;
125:21
lawyer 49:2; 75:6
lawyers 7:23; 34:18;
35:18, 19, 20, 23, 24; 36:5,
8, 16, 25; 37:8, 11; 51:15;
85:17
layers 104:15
lead 217:8
learn 57:2
least 103:12; 169:25;
176:5
leave 139:10, 15, 23;
165:13; 204:17, 20;
219:23
leaving 235:18
left 37:3; 47:17; 85:6;.
140:20; 150:6; 166:18;
167:9; 171:16; 203:22;
204:24; 236:11
left-hand 93:19
legal 25:15; 26:5, 22; 27:5
legislation 125:18
leisure 184:24
length 86:11
less 168:18; 183:3;
188:13; 208:13
Liberian 12:6; 21:9; 34:2,
4, 11; 38:9; 72:4

license 112:21, 22, 25;
113:6; 114:7; 125:11, 14,
15, 24
licenses 112:14
light 32:10; 47:4; 77:4;
96:24; 109:20; 240:23
lighting 72:12
lights 71:24; 240:25;
241:25
likely 74:7
limit 224:7
limited 35:10
limits 205:16
Linda 4:5, 13
line 55:15; 69:23; 94:8;
96:24; 98:11, 16; 142:16,
19, 23; 143:8, 19; 149:14,
14; 151:18; 160:24
lines 71:24; 95:22; 98:7
list 114:11; 122:24; 123:9,
14; 126:13, 13, 17; 127:2,
14, 18, 19, 24; 134:2;
144:16; 249:8, 10
listed 249:13
listen 10:11, 19; 45:6;
55:11; 67:11, 13; 80:5;
102:13; 159:8; 171:24;
195:25, 25; 224:9; 225:22;
227:22
listening 45:5; 95:20;
163:2; 195:24; 203:24;
204:2
lists 127:5
little 117:7; 124:2, 21;
129:13; 141:4; 143:18;
189:23; 192:8; 207:22;
219:20; 239:8, 9
live 188:21; 247:20
living 113:18
load 197:25; 238:9
loaded 238:4
local 65:14
location 53:10; 69:16
locations 65:18
log 17:8, 11; 26:4; 61:11,
13, 16, 16, 20, 23; 62:3, 4,
6, 8, 9, 10, 12, 16, 24, 25;
64:6, 8, 16; 132:13, 20, 21;
133:6; 134:3; 154:17;
155:21; 162:8; 183:2;
184:19, 21; 191:7, 10
logbook 18:15, 16, 18,
23, 25; 19:9, 11; 24:22, 23;
25:6, 9; 26:9, 12, 12, 13,
13, 15; 27:23; 29:4, 14, 17,
18; 30:8; 42:20, 22; 43:17,
23; 56:19, 20; 59:24; 63:6,
6, 7, 10, 24; 134:10, 11,
23; 135:2, 5, 10; 154:19;
156:13, 16; 159:6; 161:5;
186:6; 187:21; 188:12;
197:2
logbooks 16:5, 24; 24:5,
8, 8, 11, 15; 26:10
logged 28:18
LON 21:2

long 11:20; 16:19, 20.
21:14; 37:15; 56:16;
84:13; 113:5; 118:2;
124:25; 168:15; 185:4;
201:20; 212.12
longer 117:8, 22; 162:9
longitude 13:4, 8; 39:21;
43:16; 65:13
look 15:11, 13; 24:23;
27:17; 28:22; 30:12;
33:18; 44:18; 56:19;
59:21; 60:20; 72:7, 14;
73:6; 74:22; 78:24; 85:8;
87:4; 89:10, 23; 99:22;
100:4; 109:5; 110:22;
114:10, 20, 24; 126:14, 25;
132:23; 137:7; 140:22;
153:7; 154:18; 157:17;
159:5, 5; 162:12; 166:9;
185:8; 189:10; 191:7;
203:13; 205:23; 206:5, 13,
24; 216:3, 13; 219:16;
224:8; 226:18; 227:2, 9;
229:23; 230:22; 233:8, 20;
235:3, 17
looked 86:24; 96:13;
109:3, 9; 111:14; 154:17;
203:10, 15
looking 24:13; 27:25;
58:17; 69:22; 72:3, 20;
90:7; 94:5, 8; 116:11;
125:21; 126:18; 127:23;
129:4; 137:22; 145:5;
148:25; 149:23; 150:25;
152:9, 13, 23; 154:19;
165:11; 178:5, 9; 181:11,
23; 182:2, 6; 184:19;
192:17; 199:16; 200:21;
203:4; 204:23; 206:6;
216:7, 10, 19; 228:12, 21;
235:9
lookout 66:18; 67:2, 19;
68:4; 156:24; 157:5, 25;
159:3, 9, 11, 17; 160:9, 10,
16; 162:9, 10, 13; 163:2, 8;
164:22; 165:12; 173:17,
22, 25, 25; 174:2, 5, 8, 20;
188:3, 17, 22; 190:12, 13;
191:15; 193:18; 194:15;
197:6, 7; 210:3; 226:5;
240:5; 244:16, 20
lookouts 156:14; 157:18;
158:16; 159:2; 188:8;
190:15; 196:3, 13, 20
looks 156:17, 21; 157:20
lot 15:19; 26:14; 46:9, 13;
87:7, 8; 114:19; 241:13;
244:10, 17
Lots 201:25
low 159:19
lunch 153:5, 7
Luncheon 153:14

**M**

M 4:11; 154:7
M/V 115:17, 24

machine 171:22
machinery 171:6
MACIEJ 251:4
main 210:19; 211:24, 25;
213:8; 244:9
maintain 145:22; 159:10;
212.9
maintained 17:12
maintaining 47:4; 57:4;
151:9
makes 84:6; 92:14;
214:20
making 7:10; 8:10; 13:3;
19:5, 24; 61:20; 73:22;
103:20; 125:11; 129:2;
152:13; 176:11; 208:10;
218:14; 219:12; 220:21;
233:5; 241:6
man 31:24; 159:22;
163:7; 166:3; 170:17;
189:4, 5, 21, 24; 192:16;
193:8; 194:12, 12; 195:6
management 25:20;
118:19; 126:7, 8
managers 247:18
maneuver 151:13;
152:25; 206:21, 21; 207:6,
9, 12, 17; 208:18; 221:14
maneuverability 239:5
maneuvering 97:22, 24;
223:23; 239:12; 243:19;
244:2; 247:3, 4
Manual 179:19; 218:21
manuals 219:8
many 36:16; 92:9; 114:7;
161:5; 201:22; 202:2
March 101:11; 103:15,
16, 16
marine 10:21, 22
mariner 27:8; 30:15;
112:17; 113:15; 148:9;
149:4
mariner's 112:22, 24
mariners 26:23; 27:6;
66:17
Maritime 63:20; 112:14
mark 42:14; 86:14; 93:8;
108:13; 123:6, 15; 127:13,
17; 134:10, 10, 11, 13, 16,
19; 152:16; 201:15;
245:13, 18, 25; 248:11, 16
marked 93:11, 15; 96:5,
8; 99:19; 108:15, 19;
110:15, 20; 123:10;
127:15, 20; 134:24; 135:3;
154:5; 201:2; 202:8;
246:3, 8, 14, 18, 23; 247:5;
248:19, 25; 250:6
market 17:5
marks 86:10; 87:6, 10,
18; 94:9; 100:10, 14
master 5:15; 16:19;
17:10; 27:10, 14; 29:14,
23; 30:15; 31:2; 35:4; 48:5;
50:7, 51:6; 52:10; 59:7, 23;
60:12, 18, 21, 24; 61:15;

78:16, 20; 79:3, 16; 80:6;
112:17, 22, 24; 113:15;
115:13, 16, 23; 116:7, 8,
11; 132:16; 148:9; 155:3,
8, 14; 156:6; 162:22, 22;
163:4, 19, 20, 25; 164:2;
167:2, 14; 169:17; 170:13;
189:22; 213:19, 24;
225:19, 24; 227:9, 14;
228:8; 229:14; 233:23;
235:19, 20, 22, 25
master's 58:22, 24;
60:22; 79:24; 81:15;
113:5; 114:7; 116:2;
125:11; 155:2; 162:18, 19;
163:22
materials 184:12
matter 4:3; 53:15; 152:9;
166:24; 251:5
May 5:14, 18; 6:23; 7:2, 8;
9:19; 10:2, 16; 12:4, 14,
15; 13:18; 15:14; 16:13;
18:12, 13; 20:17; 21:9;
22:4, 11, 13, 20, 21; 23:2,
5; 27:7; 28:18; 29:3, 13;
33:19; 35:2; 36:13; 37:12;
38:9; 39:8, 9, 16; 41:7, 18;
42:23; 43:25; 56:23, 23;
71:11, 18; 72:10; 77:12;
82:25; 83:2, 18; 84:11, 13;
85:16; 88:22; 96:14;
100:25; 105:20, 24; 106:5,
10; 109:9, 23; 117:7, 22;
126:19; 128:19; 132:20,
21; 133:16; 134:8; 135:7,
24; 137:11, 15, 19, 25;
138:20, 25; 143:14; 144:4;
148:5; 151:17; 154:15, 20;
160:10, 16, 18; 167:22;
170:2; 172:21; 177:3;
182:15; 183:8, 11; 184:8,
13, 23; 185:6, 10, 17;
186:2, 10, 21, 22; 187:3,
19; 188:4; 192:3; 193:13;
196:11; 197:19; 199:3, 8;
200:13; 204:23; 216:7;
218:13; 219:7, 18; 227:17,
24; 249:14
Maybe 25:25; 35:3;
39:24; 40:8; 118:5;
149:21; 170:17; 176:16;
182:24; 188:15; 189:6;
192:9; 196:10; 211:17;
226:23
mayday 80:17
meals 170:15
mean 18:11; 20:2; 21:24;
23:7, 13; 34:16; 37:16;
46:16; 57:10, 17, 24; 59:2;
78:20; 79:8; 80:9, 13, 21;
82:17; 88:2; 100:22;
102:2; 106:25; 107:3;
108:8; 113:12, 15; 118:15;
125:25; 139:21; 145:18;
147:21; 160:12; 163:20;
164:3; 182:8, 13, 24;
187:15; 190:20; 193:17;
200:9; 210:25; 211:2, 11,
12; 214:3; 218:17; 220:15;
223:9; 225:8; 228:14;

237:10; 240:18; 242:3

**meaning** 23:11; 40:7;
79:13, 14; 86:18; 168:12

**means** 10:24; 23:9;
30:18; 34:17; 46:8; 73:6;
79:15; 80:14; 81:4; 82:20;
88:9; 141:20; 145:21;
162:20; 163:22, 23;
217:10; 243:19

**meant** 66:12; 107:4;
217:5

**meet** 37:11, 15, 19, 21;
210:19

**meeting** 29:7

**member** 35:5; 66:9; 67:4

**members** 35:13; 65:17;
164:10

**memory** 39:22; 42:12;
63:25; 64:12, 15; 90:8;
92:11

**men** 127:6; 128:2;
129:15; 165:19; 171:12;
190:22

**mentioned** 95:13

**Merchant** 114:3; 124:5,
24; 126:9

**message** 5:19; 6:14, 22;
10:11, 15; 11:5, 17, 19, 20;
12:22; 13:10, 13, 17, 22;
14:3, 4, 9, 17, 18, 23, 24;
15:5; 19:12; 21:19; 22:3, 5,
14, 16, 17; 23:3, 6, 19;
38:12, 17; 41:8, 18, 24;
42:5, 10, 15; 43:2, 10;
46:12; 49:7; 53:8, 16; 58:4;
61:12, 21; 66:15, 20; 67:4,
14, 18, 21, 23, 25; 68:6,
10; 69:2, 4, 8, 11, 17; 70:3;
74:18; 76:12; 77:16, 18;
80:15, 20, 22; 81:20

**messages** 14:10; 22:7;
61:23

**meters** 158:12; 160:21;
161:9, 9, 12; 168:15;
181:16; 182:7; 192:10;
237:12, 22; 238:20

**method** 147:21; 179:20

**methods** 147:25

**middle** 83:8

**midnight** 137:12

**might** 31:25; 64:11, 16;
87:22; 95:13; 108:12;
171:12, 17; 172:16;
196:23; 201:17

**miles** 47:12; 138:18;
160:22, 23; 161:6, 12;
168:21; 183:4; 191:9;
211:7; 245:2

**millions** 37:16

**mind** 43:21; 58:7; 91:4;
92:18; 117:5; 217:21

**mine** 199:5; 204:21

**minute** 13:14; 15:13;
16:18; 19:4; 25:2; 41:10;
55:6; 65:22; 76:3; 77:23;
82:25; 93:17; 106:21;
110:2; 126:22; 141:24;

144:21, 165:8; 170:19, 19;
171:2; 208:25; 212:22;
221:12; 231:11; 232:25,
25; 237:3; 238:23, 23

**minutes** 32:23, 24; 43:16;
65:13; 185:5

**mischaracterize** 231:8,
12

**mischaracterizing**
196:25; 231:6; 234:23;
235:4

**mislead** 142:14; 156:4

**missed** 180:3

**mistake** 204:22

**MMSI** 208:4

**moisture** 101:7

**moment** 90:3, 18; 158:9;
162:15; 164:12; 223:14

**money** 116:18, 21, 24;
117:10, 13

**monitor** 73:3; 174:22;
194:18; 195:8; 196:4

**monitoring** 181:17

**Montauk** 83:18; 202:17

**months** 114:14, 14, 15,
16

**more** 25:14; 35:6; 49:17;
57:2; 90:4; 105:23; 129:2,
13; 139:7; 153:7; 182:24,
25; 185:4; 189:24; 198:3;
229:3; 245:15

**morning** 77:10; 138:24;
149:16; 210:14

**most** 45:21; 62:13; 73:17,
20, 21; 74:7, 9; 76:9, 10;
90:2; 92:23; 94:24; 95:2,
19; 97:11, 21; 98:20;
100:10, 20; 106:7; 111:16;
125:6; 131:8, 10; 153:9;
157:10; 173:9; 211:19;
229:10; 239:17

**move** 75:6; 93:6; 165:9;
169:2, 24; 172:19; 215:24;
240:14; 243:5

**moved** 143:18; 223:24

**movement** 143:17; 179:5

**moving** 12:13; 41:17;
146:25; 149:15, 16, 17;
223:7

**much** 92:14, 25; 96:14;
109:8; 115:13; 121:16;
152:25

**multitasking** 195:7

**must** 25:10; 44:18; 59:24;
105:18, 18, 22; 140:22;
168:11; 205:23; 212:8

**myself** 4:19; 35:11;
175:2, 6; 179:7

# N

**N** 21:2

**name** 4:19; 93:15;
116:14; 117:5, 6, 19, 20;
128:4, 6; 130:15; 156:19;

157:19, 21; 208:7, 9

**named** 148:19

**names** 36:18, 20, 21;
37:10

**Nantucket** 136:2

**nautical** 129:11; 154:24;
160:21, 23; 161:6, 12;
168:21; 183:4; 191:8;
211:7

**Nav** 168:2

**Naval** 124:5; 126:10

**navigated** 197:22

**navigating** 136:4;
141:13, 15, 15, 17, 22;
181:11; 213:6

**navigation** 92:23; 126:5;
139:13, 20; 144:13;
147:20, 21, 25; 149:5, 6;
160:10; 162:25; 181:2;
212:24; 213:20; 225:3

**navigational** 122:22;
123:10, 14; 128:23

**navigator** 148:8

**Navy** 124:24

**NCR** 212:6

**near** 9:3; 136:10; 139:6;
168:12; 189:9; 243:5

**necessarily** 61:18

**necessary** 52:7, 8;
61:17; 247:25

**need** 10:25; 44:5, 12;
203:13; 222:11

**negative** 186:3

**nets** 242:4

**New** 4:5, 13; 37:13; 45:25;
54:22; 71:20; 86:16;
102:7; 119:23; 135:9;
136:3; 139:5; 146:12;
200:17; 201:23; 212:14;
223:13; 229:2; 249:8, 9

**Newport** 12:4, 14, 16;
15:14; 20:17; 33:19; 38:9;
39:16; 84:10; 216:6, 14, 21

**News** 12:14, 16; 15:14;
20:17; 33:19; 38:9; 39:16;
84:10; 216:6, 14, 21

**next** 204:6; 210:14;
245:9; 248:12, 12; 249:18

**nice** 213:10

**night** 160:8; 240:23

**Nineteen** 124:16

**NM** 154:24

**Nobody** 37:23; 167:15;
170:7; 174:2, 9; 193:15

**noise** 172:6

**none** 82:24; 83:2

**noon** 137:25; 172:20;
180:7, 11

**NORASIA** 5:16; 7:8, 15,
24; 9:7; 15:23; 24:6, 16;
27:10; 34:7, 11; 35:24;
36:8; 41:19, 25; 42:4, 9,
14, 22; 43:9, 23; 44:16;
45:4; 48:21; 49:20, 21;
51:2, 23; 53:21, 25; 54:9;

55:7, 9, 16, 19; 60:12, 25;
66:8, 69:8, 19; 70:7, 12;
71:19; 73:12, 14, 24; 74:5;
85:11; 86:2, 11, 25; 87:11;
94:3; 95:22; 96:11, 21;
98:11, 17; 99:19; 100:2;
108:15, 19; 109:3, 5, 7, 23;
110:14, 19, 24; 116:12, 16;
117:2, 5, 14, 15, 25; 118:3,
9, 24, 25; 119:18; 120:3, 8,
22; 121:5, 23; 122:8, 15,
18, 23; 129:8; 130:8, 18;
131:2; 133:16; 135:8;
136:15; 137:20; 138:2;
139:10, 22; 140:5, 11, 13,
20; 143:6, 23; 149:18;
151:19; 152:17, 24;
154:14; 157:15; 160:18;
161:25; 164:10; 167:25;
171:8, 25; 174:13; 179:2;
184:8, 12; 187:22; 197:21;
203:21; 204:24; 205:11;
206:15; 207:18; 215:23;
216:5, 13; 218:25; 220:5;
221:15; 224:6; 230:9;
232:11, 19; 238:8, 15, 18;
239:3, 22; 243:9; 244:25

**normal** 84:24; 85:5, 7;
99:14; 103:25; 143:17;
240:19, 20

**normally** 74:11; 100:13;
102:10, 17

**north** 43:16; 77:4; 142:5,
9, 11; 143:9, 24; 145:21;
148:12; 149:14, 24;
205:16; 206:16; 207:5;
219:13, 20; 220:5; 224:7

**Northern** 126:10; 143:7;
149:19; 151:18

**northward** 243:8

**Notary** 4:4, 12

**notation** 156:19; 168:5

**note** 6:13, 16; 11:22, 24;
27:24; 38:10; 39:7; 42:8;
46:5, 7; 48:23; 49:14;
51:11; 53:11; 54:13, 16;
55:3, 14; 61:6; 62:18;
64:24; 67:6, 9; 69:14; 72:5;
74:24; 116:5, 6; 129:22;
156:3; 158:18; 163:10;
182:20; 186:13, 16;
187:12; 190:2; 196:6, 15,
21; 201:9; 202:6; 204:3;
214:14; 215:7; 216:16;
230:20; 231:3; 232:15, 22;
233:15, 18, 25; 234:21;
237:19; 244:18

**noted** 18:2, 4; 149:13

**notes** 154:20; 191:10;
216:20; 226:24; 227:3;
228:15, 21

**notice** 68:3; 86:10;
217:23

**noticed** 216:14

**noticing** 216:21

**notified** 83:17

**notify** 29:23; 31:24; 83:13

**number** 122:19; 134:22,

22; 178:17; 185:2; 206:9,
208:4

**numbers** 85:2; 134:20

**numeral** 27:21, 25;
48:17; 58:13; 78:13

# O

**O** 4:11; 154:7; 168:2

**O/S** 188:17

**obey** 28:19; 30:2

**object** 89:8; 94:15;
106:24; 173:2; 198:4;
204:5; 211:9

**objection** 38:11; 48:24;
49:15; 51:12, 15; 53:12;
54:14, 17; 55:4, 14; 61:7;
62:19; 64:25; 67:7, 9;
69:15; 72:6; 74:25; 95:17;
129:22; 158:19; 163:11;
182:21; 186:13, 17;
187:13; 190:3; 196:7, 16,
22; 201:10; 202:7, 18;
204:4; 209:13; 214:15; –
215:8; 216:17; 230:21;
231:4, 17; 232:16, 23;
233:16, 19; 234:2, 21;
237:20; 244:19; 248:9

**obligation** 31:11; 48:10;
50:12, 18, 20; 52:3; 75:14;
76:14; 78:22; 79:25;
235:23

**obliged** 238:2

**obscuring** 192:4

**observer** 124:7

**observing** 243:18; 244:3

**obvious** 241:23

**occasion** 132:12;
160:11; 183:2

**occasionally** 124:19

**occupation** 113:12

**occur** 17:16

**occurrence** 18:2; 19:21;
182:12

**occurs** 207:13

**off** 24:25; 25:3; 41:11, 12;
57:18; 63:16, 17; 67:12;
76:2, 4; 77:22, 23, 25;
84:3; 89:22; 93:7; 95:16;
97:8, 10; 126:21, 23;
127:8, 10; 141:18, 20;
144:16; 165:12; 209:25;
222:9; 223:22; 243:12;
245:8, 19

**offer** 75:24

**officer** 29:5, 14, 15, 22,
25; 34:20; 43:18; 115:12;
128:4, 11; 129:5, 6, 6, 16,
16, 17; 130:10, 14; 131:3,
6, 11; 132:9, 9, 15; 133:19,
20, 21, 22, 23, 23; 154:22;
160:9, 15; 162:21, 24;
164:14, 16; 165:5, 8, 10;
166:13, 17; 167:2, 3, 15;
169:18, 18; 170:14; 174:6,
8, 19; 181:10, 17; 189:22;

**MICHAEL STEPSKI   v.**
**THE M/V NORASIA ALYA**

196:9; 200:6; 249:9
**officer's** 125:5; 182:8
**officers** 28:19; 35:15, 16;
57:10; 126:18; 129:4, 7,
25; 132:13; 133:11, 11, 18;
170:3; 185:15; 187:8, 15;
249:10
**official** 4:3
**often** 101:6
**old** 111:23
**older** 131:22
**once** 181:7; 191:7, 16
**one** 5:2; 9:4, 6; 17:3, 5;
20:18; 22:5, 13, 17; 26:9,
11, 15; 28:18, 19; 32:5, 24;
35:5, 14, 14; 65:8, 16;
82:10; 90:12; 96:7, 19;
97:9; 104:15; 110:2, 8, 22;
111:12, 15; 114:15;
116:10; 118:6; 122:14;
125:19; 133:9; 134:6, 15;
135:11, 12; 147:24;
155:10; 156:18; 158:9;
159:22; 165:9, 24; 170:17;
171:17, 17; 174:16; 178:4,
21; 179:19; 185:4; 190:10,
25; 191:4; 195:15; 196:18;
199:3; 214:4, 19; 222:15,
19, 24; 223:5; 238:2, 2;
241:16, 24; 242:11;
247:17; 248:10; 249:10,
15, 15
**one-man** 221:5
**ones** 120:7
**online** 231:22
**only** 8:24; 11:18; 13:11,
13; 14:17; 22:5, 13; 26:11,
15; 37:21; 65:8; 93:4; 98:9;
102:21, 24; 105:19; 113:2;
114:13; 116:16; 122:14;
129:5; 132:15; 133:6, 9;
157:5; 159:18; 160:12;
162:22; 171:11; 180:17;
185:15; 223:12; 248:8
**open** 73:3; 189:14; 192:8
**operate** 131:2; 213:8, 12
**operated** 213:18
**operating** 7:18; 142:8
**operation** 26:11; 45:13;
47:17; 123:18; 221:5
**operator** 65:21; 124:11;
125:15
**opinion** 38:25; 73:11;
74:2; 92:10
**opportunity** 128:18
**option** 98:22, 24, 25;
222:16
**order** 25:15; 155:9;
162:16; 216:25
**orders** 25:8, 8; 155:2, 11;
167:6; 248:18; 249:12, 14
**ordinary** 10:3, 5; 61:19;
188:17; 190:11
**organization** 60:3;
66:11; 119:4, 8, 11
**organizations** 83:12, 16

**original** 77:19
**ought** 150:20
**out** 31:21; 32:15; 44:22;
47:6; 56:14; 57:22, 24;
70:6; 71:8, 23; 73:2, 19;
84:14; 85:11; 87:11;
92:17; 99:12; 100:14;
101:10; 104:13, 21; 105:4;
110:9; 119:23; 128:22;
132:13; 139:20; 140:14;
143:16; 146:25; 148:12;
149:18; 155:18; 157:18;
159:20; 166:2; 171:5, 7,
21; 172:12; 175:12; 177:5;
189:10; 195:12; 200:2, 3;
207:18; 210:4; 218:4, 9,
14; 219:13; 220:5; 223:24;
224:6, 24; 230:15, 17, 24;
232:11; 234:9; 235:5, 15;
236:17; 237:17; 243:9;
245:4; 251:6
**outside** 73:7; 85:25;
97:14; 98:17; 142:18, 23;
149:7; 150:16; 158:6;
210:4, 10, 17; 211:7;
223:8; 244:12, 14
**Over** 56:25; 59:6; 73:6;
109:23; 114:14, 16, 25;
145:17; 149:19; 156:20;
163:8; 194:10; 195:22;
207:15; 229:21; 235:20;
244:17
**overground** 145:23;
151:11
**override** 222:13; 224:5
**overriding** 213:19
**overtake** 205:13; 207:17,
23; 224:18, 19
**overtaking** 151:12;
205:9; 206:21; 207:13, 24;
244:2, 8
**overtook** 224:20
**owe** 52:3
**own** 50:17; 212:2
**owner** 116:19, 22;
117:15; 168:4
**owner's** 107:20; 108:5, 8
**owners** 34:5, 10; 36:3, 4;
37:9; 38:8; 93:3; 104:2
**owners/managers**
247:18

# P

**P&I** 85:17
**P-I-O-T-R** 128:9
**p.m** 10:9, 17; 13:18;
153:14; 154:3; 180:11;
250:8
**Pacific** 229:4
**page** 18:23; 27:25; 28:4,
22; 43:8, 24; 44:4, 8, 13;
48:17; 58:14; 76:24, 24,
25; 78:11, 12; 115:11, 11, -
13, 22; 135:5, 10; 154:19;
156:19, 19; 178:15;
184:20; 185:2; 187:2;

188:13; 191:6; 194:9, 21,
23; 195:2; 206:8; 216:10,
11; 217:19; 249:18; 251:6
**pages** 17:20; 25:7, 26:3;
43:24; 185:18; 187:2
**paid** 117:13, 21
**paint** 97:10; 99:2, 4;
100:11, 21, 23, 23; 101:9,
11, 13, 15, 22; 102:8;
104:6, 7, 10, 11; 105:20,
21
**painted** 100:15, 24; 105:5
**painting** 101:8
**paper** 6:17, 19; 8:24; 9:4;
11:23, 25; 39:7, 10, 12, 15;
104:2; 178:18
**paperwork** 102:11, 17;
106:6
**paragraph** 16:17; 72:21
**paragraphs** 72:18; 76:22
**parameters** 210:19, 24,
25; 211:8; 244:3
**Pardon** 158:21; 170:5
**Parliament** 125:21
**part** 44:4; 59:7; 94:12;
100:7; 101:25; 102:3;
103:4, 21; 104:17; 125:9;
135:8; 157:11; 230:8
**participating** 65:3
**particular** 39:5; 84:12;
165:14; 168:10; 195:6;
223:14
**particularly** 129:18
**particulars** 116:22;
117:16, 17; 165:6
**parties** 251:15
**pass** 90:10; 207:18, 24;
209:4, 8, 22, 23; 211:7;
215:24; 219:20; 224:16;
244:15
**passage** 135:8, 11, 11;
136:2; 144:24; 198:25;
246:11, 13
**passed** 70:8, 13
**passing** 201:17; 206:17;
207:24; 208:21; 210:17;
224:14
**passive** 147:22, 23;
149:5; 150:11
**past** 8:24; 11:20; 21:15;
37:15; 208:12; 223:13
**patches** 161:18
**patchy** 192:12
**patrol** 85:23; 86:4, 25;
89:6, 18; 90:13; 96:15;
109:10; 111:15
**Pause** 28:24; 42:16;
56:21; 72:23; 114:12;
138:22; 140:25; 187:6;
199:10; 206:19
**paycheck** 118:14
**paying** 116:18, 21;
118:23; 119:2; 147:10;
244:4
**pays** 116:24; 117:10

**pealing** 104:13
**pencil** 152:16
**people** 4:20; 31:24,
33:15; 37:16; 50:13;
51:10; 53:9; 55:2; 61:5;
62:17; 64:23; 65:19;
66:12; 72:4; 76:6; 78:22;
167:13
**per** 43:17; 122:24; 144:13
**percent** 211:14, 16;
212:6; 213:19; 226:16;
242:17
**performing** 162:20, 24
**peril** 54:11; 55:2; 65:19
**period** 21:2; 27:21;
56:25; 114:4; 116:16;
124:6; 125:14; 133:16;
156:14; 157:4; 158:2
**permit** 37:22
**permits** 30:22
**person** 37:22; 59:25;
80:23; 81:3; 93:19, 22;
116:18, 21, 24; 117:10, 11,
13; 188:21; 219:2
**personal** 15:20, 24, 25;
17:2; 107:7, 24; 118:19
**personally** 107:2, 3, 5
**persons** 31:4; 37:21;
48:7; 79:18; 197:10
**Peter** 128:7, 10
**phone** 47:13; 208:20;
209:10
**phonetic** 126:9, 9;
131:12; 156:22; 199:23
**photo** 105:18
**Photograph** 93:10, 15;
96:4
**physically** 163:23;
164:4; 166:10
**pick** 32:23, 24; 131:25;
179:25; 198:14; 218:10;
219:2, 9; 220:2
**picked** 32:5, 22; 33:8, 9;
223:10, 12
**picking** 89:21; 180:4;
223:6
**picture** 93:22; 96:7; 97:9;
99:18; 104:9; 105:13;
108:14, 18; 109:3, 13, 15,
22; 110:13, 18; 111:5;
152:10
**pictures** 119:23; 177:21,
25
**piece** 90:14; 178:18
**pier** 213:3
**pigeon** 209:10
**pile** 110:6
**pilot** 57:16; 168:12;
170:9; 221:2, 3, 4, 12, 15,
18, 25, 25; 222:3, 5, 10;
228:3; 250:4, 5
**Piotr** 128:5, 10; 164:13
**place** 19:11; 22:2; 39:23;
53:5; 72:16; 78:3; 81:23;
82:12; 101:5; 107:11;
113:13; 136:21; 158:8;

166:3; 217:9; 228:10;
240:4; 251:5
**places** 104:14
**plan** 99:10; 144:13, 14,
15, 18, 20, 22, 24, 24;
199:16; 201:16
**planning** 198:25; 246:11,
13
**Please** 15:8; 21:24; 23:7;
88:8; 92:4; 107:15; 141:8;
190:7; 197:2; 198:3;
220:9; 233:10; 234:5;
236:19
**plot** 41:24; 47:18; 174:22;
180:3
**plotted** 175:15; 180:2
**plotter** 243:22
**plotting** 179:5, 19;
242:13, 14
**plottings** 175:13
**plus** 211:7
**PODRAVINA** 208:9, 21;
209:9, 21; 210:17; 215:24;
219:21; 224:15, 17
**point** 5:9; 13:3; 24:19;
35:25; 40:7, 9; 41:23;
44:19; 45:11, 19, 23; 70:8,
25; 77:5, 15; 85:17; 86:12;
90:12; 92:12, 22; 135:23;
136:7; 139:15, 21; 140:14;
161:20; 162:7; 164:9, 21;
166:12, 16; 167:2; 170:12;
171:3, 17; 172:22; 177:10;
183:3; 188:14; 192:15;
195:11; 202:17; 203:21;
207:11, 17; 219:22;
223:25; 224:10; 235:15
**pointed** 44:22; 104:21;
105:4
**points** 40:17; 201:7
**Poland** 101:4; 112:9, 10,
19; 113:2
**police** 85:23; 89:18
**Polish** 4:8, 9; 103:13;
105:6, 14; 107:21; 112:11,
12; 119:23; 125:18, 20
**poor** 147:2, 11; 173:5
**popping** 179:23
**port** 54:21; 56:10; 71:20;
84:15, 15, 16; 85:16;
87:18; 88:11; 109:24;
135:9, 18, 21; 157:10, 11;
158:6, 7, 10; 181:17, 19;
201:23; 210:13, 13;
212:13, 14, 25
**position** 5:22; 11:2, 8;
20:25; 21:3; 31:2; 41:24;
42:2, 20; 46:25; 47:18;
48:6; 53:17; 65:6, 12;
69:21; 79:17; 115:21;
116:6, 11; 121:2, 3; 122:4;
136:22, 24; 137:3; 138:16;
190:22; 196:3
**positioned** 189:6
**positions** 39:20; 65:18;
116:7
**possibility** 7:14; 168:13

**possible** 8:7, 15; 54:10; 55:2; 66:19; 67:3, 5, 20; 68:4, 13; 69:9; 88:2, 18; 101:21

**possibly** 31:16

**post** 196:12

**posted** 156:14; 157:7; 158:5; 197:6, 7; 237:5

**power** 211:13; 230:24

**power-driven** 230:8, 12; 232:10; 235:14, 21, 23

**powered-driven** 233:23; 235:5

**practice** 14:23; 16:25; 17:3, 19; 33:3, 13; 37:25; 61:19; 84:24; 85:5, 7; 114:5; 190:17

**precise** 129:13; 182:24

**precisely** 92:9; 105:19; 125:23; 142:22; 182:25

**preparation** 201:16

**prepare** 103:4, 6; 107:19

**prepared** 12:16; 16:4; 34:14, 22; 39:16; 107:13; 108:4; 118:10; 125:18, 21; 199:7, 17, 19, 21, 25; 249:7, 9

**preparing** 35:21; 72:12; 101:24; 102:2; 103:8, 22

**Presailing** 144:18

**presence** 204:11, 12

**present** 16:12; 112:13

**Presently** 45:16

**preserve** 248:3

**preserved** 177:22

**Press** 82:17

**pretty** 96:14; 109:8; 115:13; 121:15; 152:5, 25; 245:15

**prevent** 51:3

**primary** 52:2; 104:15; 113:25

**primer** 94:25; 95:7; 104:12

**print** 156:7; 175:12

**printed** 26:4, 19; 27:18; 94:12; 159:7

**printing** 25:19

**printout** 8:21; 109:13; 152:3; 153:8; 175:8, 23, 25; 176:7; 206:11

**printouts** 246:16, 17

**prior** 84:16; 117:2; 128:19

**probably** 38:8; 62:13; 73:17, 20, 21; 74:9; 76:9, 10; 90:2; 92:23; 94:24; 95:2, 19; 97:11, 18, 21; 98:20; 100:10, 18, 20; 106:7; 111:16; 125:6; 131:8, 10; 157:10

**problem** 248:14

**procedure** 55:23; 65:20; 102:12; 182:11

**procedures** 188:3

**proceed** 31:5; 48:8; 49:22; 52:16; 53:9, 20; 59:7, 9, 25; 61:4; 65:4; 78:21; 80:16, 25; 160:24

**proceeded** 54:11; 56:8; 59:16; 164:4

**proceeding** 52:18; 53:4, 4; 54:2, 18; 55:7; 56:13; 71:19; 226:13; 227:22, 23

**process** 103:22

**produce** 9:14

**produced** 9:21

**proffering** 178:6

**prolonged** 211:13

**promise** 234:17

**pronounce** 128:6; 157:20

**proof** 75:22, 24

**proper** 82:6; 105:21; 159:10; 160:9

**properly** 218:25; 228:16

**propounded** 4:7

**provide** 31:3; 34:24; 35:5; 48:6; 79:17

**provided** 160:11

**provisions** 158:15, 22

**prudent** 35:4; 149:6, 7

**Public** 4:4, 12

**pulsing** 31:21

**purpose** 31:23

**pursue** 238:24

**pushing** 98:7; 99:14

**put** 18:8, 9, 11; 19:9, 20; 20:6, 8; 29:17, 18; 31:11; 61:23; 74:19; 87:18; 89:25; 90:15; 110:6, 9; 193:8; 196:3; 221:12; 222:2; 225:24; 233:22

**puts** 19:25; 164:7

**putting** 20:5

**puzzled** 219:16

## Q

**question's** 84:7

**quick** 100:4; 114:24

**quicker** 239:8, 9

**quickly** 33:8, 9; 114:25; 127:25; 216:4

**quite** 236:9

**quote** 10:23, 24; 30:25; 38:13; 59:22; 66:17; 78:16; 80:7; 81:16; 141:6; 230:7

**quoted** 66:16; 148:19; 238:7

**quoting** 146:20; 159:9

## R

**radar** 124:7; 128:25; 129:3, 7, 19; 130:7, 18; 131:2, 17; 151:13; 174:12,
15, 15, 17, 18, 22; 175:16; 176:11, 23; 177:4, 8, 10; 178:20; 179:5; 180:6, 8, 12; 181:11, 24; 194:19; 196:5, 14; 198:9, 12, 14, 19; 217:23; 218:9, 14, 18, 20, 22; 219:8, 14; 220:2, 4, 11, 15; 221:4; 223:7, 17; 241:9, 20; 242:14; 246:20, 22

**radars** 174:16; 218:4

**radio** 5:22; 6:8; 11:3; 26:13; 62:6, 8, 9, 11, 24; 64:8; 124:11; 175:16; 193:5; 208:19; 209:18; 240:8

**raise** 208:19

**ran** 53:20

**range** 47:11; 154:23

**ranges** 194:17

**reach** 64:12; 83:19; 211:16

**reaches** 229:3

**read** 10:20; 27:19; 30:23, 24; 31:7; 43:4, 13; 44:3, 8, 13; 48:14; 49:8; 59:22, 23; 60:6; 61:15; 80:5; 89:11; 90:6; 91:7; 122:24; 123:2; 159:15; 183:15; 187:2; 199:8; 200:21, 23, 24; 215:19; 216:18; 220:8, 10; 231:13; 232:10; 234:5; 235:7, 13; 236:21; 243:14, 16, 17; 251:15

**reading** 66:16; 77:5; 85:3, 4; 199:12; 203:18, 24; 228:10

**ready** 65:15, 19

**Really** 34:8

**rear** 85:2; 157:14; 192:4

**reason** 59:24; 133:2; 147:3; 149:8; 155:20; 193:7; 196:9; 249:9

**reasonable** 30:18, 21; 31:12; 50:19; 225:25; 233:14

**reasonably** 225:20

**reasons** 62:16; 144:7; 145:8

**recall** 89:7; 138:13; 223:6

**receive** 5:18; 31:14; 48:21; 49:4; 68:25; 80:14, 22; 113:21

**received** 6:22; 11:18; 12:7, 21; 13:19; 14:18; 20:18; 22:15; 23:2; 32:16; 41:23; 42:5, 9, 15, 25; 43:10; 49:6, 7; 58:4; 69:17; 76:12; 77:15; 80:17, 19

**receiving** 10:13, 25; 23:6; 31:3; 48:7, 15, 20; 49:10; 53:7, 8, 16; 79:18

**reception** 218:15, 22

**Recess** 78:5; 153:14; 199:13; 215:18

**recognize** 248:24; 249:2

**recollect** 8:9; 90:11

**recollection** 23:6, 8, 14, 18, 21; 64:3, 5; 72:11; 89:21, 24; 91:5, 8; 92:18; 111:13; 183:4

**recommendation** 146:18

**recommendations** 60:3

**Recommended** 146:14, 16; 211:14

**reconstruct** 146:3

**record** 6:21; 9:9, 25; 12:4; 15:20, 24, 24; 25:2, 3; 36:19, 21; 41:11, 12; 42:14; 43:22; 63:16, 17; 66:17; 76:2, 4, 7; 77:22, 23, 25; 78:7; 84:3, 4; 93:7; 104:2; 114:10, 17; 115:2, 3; 116:6; 126:21, 23; 127:9, 10, 12; 140:4, 7, 10; 152:9, 10; 175:9, 12; 178:24; 190:10; 215:19; 220:10; 231:15, 18, 21; 236:21; 243:12, 17; 245:8; 247:9

**recorded** 220:15

**records** 7:19; 9:20; 15:25; 16:24; 17:5; 70:7, 14; 115:7; 120:14; 140:3; 145:16; 150:3, 21, 23, 24; 151:23; 152:2, 14, 16, 23; 201:20; 206:15

**red** 82:16; 96:22; 100:8

**reduce** 211:17; 227:25

**reduced** 168:23; 251:10

**refer** 25:10; 76:21; 77:2; 115:24; 199:2; 239:12, 13, 15, 18

**reference** 13:25; 160:12, 14; 201:15

**referred** 13:18; 134:2; 154:21; 225:4, 10

**referring** 17:20, 23; 20:16; 28:7, 11; 72:15; 79:21; 129:5; 134:12; 156:16; 178:14, 24; 227:4; 239:16; 245:24

**reflect** 133:3

**reflected** 217:23

**reflection** 109:19

**refusing** 215:10, 14

**Reg** 27:21; 28:14; 48:4

**regarding** 15:25; 47:16; 92:11; 133:7; 187:8

**regardless** 237:23; 238:17, 18

**regards** 135:10

**registered** 116:19, 21; 117:15

**registry** 118:16

**regular** 94:11

**regulation** 28:11; 29:6; 30:2, 12, 25; 48:16; 52:9; 58:12, 18; 59:3; 78:10; 79:3; 123:25; 229:9

**regulations** 25:13, 15; 26:19; 29:21, 22; 146:15,

**recollection** 23:6, 8, 14, — *(continued)*

17, 18; 168:18, 19, 23

**related** 18:24

**reliable** 152:24

**relied** 152:20

**relieved** 166:18

**rely** 47:16

**relying** 152:8; 167:16

**remember** 10:12; 11:4, 6, 9, 13, 18, 19, 13:21, 24; 14:8, 16, 17; 15:12; 21:15, 20; 22:15; 33:12; 34:3, 8; 36:20; 37:14, 15, 17, 24; 39:18; 56:18; 57:7; 62:13, 21, 22; 63:5, 23; 64:9, 10, 16, 17; 66:16; 67:22; 68:5, 10; 69:10, 12; 70:16; 72:8; 73:2; 75:2; 84:23; 85:14; 86:8, 9; 87:13, 16; 89:9, 12, 20, 23; 90:3, 18, 25; 25; 95:24; 101:10; 103:8, 10, 17, 19, 21, 23; 106:19; 111:8, 19, 20; 114:9; 124:7, 9, 12; 125:2, 6, 23; 129:9; 130:21; 136:19; 138:8, 10; 145:12; 154:11; 164:25; 165:6, 16; 166:20; 172:20; 182:15; 192:5; 195:4; 201:24; 203:11; 205:24; 208:8, 11; 216:19, 20; 219:19; 222:16; 233:13; 243:13

**remembered** 11:15

**removed** 95:5, 6

**removing** 94:25

**render** 49:24; 65:15; 79:4; 80:5; 81:3; 83:14

**rendered** 240:11

**rendering** 65:20

**repeat** 46:2; 68:16; 191:25; 236:15, 18

**repeated** 12:20

**replace** 9:3

**report** 93:2, 4; 183:22

**reported** 33:18; 57:14; 65:6, 7

**REPORTER** 112:6; 120:15; 215:16; 243:11; 245:11; 247:10; 251:10

**representative** 162:22

**representing** 4:20; 7:23

**reprinted** 30:2

**requested** 8:5; 66:18; 67:18; 251:9

**require** 61:15; 225:24; 226:11; 227:9

**required** 123:25; 139:12; 162:25; 168:5, 18

**requirements** 168:6, 8

**requires** 212:19, 23, 24; 213:23, 25; 225:19

**rescue** 60:4; 78:17, 22; 79:5; 80:8, 11; 81:17; 82:3, 4, 6, 8, 22; 126:4, 4

**rescued** 58:2

**reserve** 70:22; 247:12;

248:6

respond 46:14

responsibility 17:11;
230:5; 232:8, 13, 233:13;
244:17

restricted 28:20; 29:16;
154:23; 155:6, 13; 156:4;
161:4; 163:19; 182:18;
188:9; 240:18

resulting 101:9

Resumed 154:7

return 52:14; 223:25

returns 177:5

review 6:25; 183:15;
184:23

reviewed 9:20

reviewing 206:15

revolutions 211:16, 17

Richard 37:19

right 5:12, 12; 6:4; 8:17;
9:12, 23; 10:9; 12:2, 20;
13:7; 14:14, 14, 19, 19;
15:22; 16:6, 8, 13, 15;
18:2, 3; 20:4, 15; 22:9;
24:18; 25:17; 27:5, 16;
30:10, 18; 31:6; 33:21;
34:6, 12; 35:8; 36:7, 13;
37:6, 18; 38:5; 40:11; 41:8,
17, 20; 42:7, 18, 21, 22,
23; 43:4, 7, 19; 44:2, 20;
46:20, 23, 23; 47:2; 48:2,
13, 16; 50:5, 16; 51:5;
52:8; 54:15; 55:19; 56:6,
10, 24; 58:11; 59:8, 23;
60:10; 61:3, 18, 24; 62:15,
22; 64:3, 21; 65:19; 66:23;
67:11; 68:7, 20, 21; 70:10,
25; 71:18; 72:4, 22; 73:8,
16; 74:20; 75:14; 77:7, 20;
78:19; 79:20; 80:2; 85:15;
86:20, 23; 87:14; 89:15,
18; 91:2, 24; 92:14, 18, 20;
93:5, 22; 94:8; 95:25; 97:3;
98:13; 99:3; 100:12, 12,
19; 104:5; 105:11; 106:12,
12; 107:8, 24; 108:25;
109:10, 17; 111:5; 112:8;
117:12; 118:21; 119:8, 13,
19; 120:13, 24; 121:4, 9, 9;
122:7, 10, 21; 123:21;
124:14, 18, 25; 128:11, 14,
21; 132:18, 22; 136:12;
140:16; 142:16; 143:23;
144:11; 146:7, 13, 16;
147:13; 151:14, 20; 152:6;
153:11; 154:15; 155:3, 15,
18; 156:14; 157:12, 15, 17;
158:24; 160:3, 25; 161:19,
23; 162:4, 10; 163:9, 13;
165:7, 13; 169:21; 170:3,
11; 171:14; 172:7, 16, 18;
173:7, 14; 176:4, 8; 177:2,
7, 9, 16, 19; 179:3; 184:10,
22; 187:25; 188:5, 22;
189:2, 7, 10, 14; 191:13,
23; 192:10; 194:11, 21;
195:23; 196:2; 197:12, 12,
22; 198:20, 22; 199:6;
200:7, 14, 18; 203:17;

205:17; 207:4, 21; 209:23;
210:10, 22; 213:14, 21;
214:8; 215:24; 216:15, 24;
217:12, 18, 20; 218:2, 5,
23; 219:4, 6, 11, 16, 21,
23, 25; 221:2; 223:3, 15,
18; 226:4, 9, 22; 227:7, 11;
228:6, 9, 17; 229:4, 11, 20;
231:7, 24; 236:24; 237:9;
238:8; 240:5, 8; 241:4, 8;
242:14; 243:24; 245:21;
247:9

right-hand 178:11

rights 70:22

Riner 199:22

risk 176:18

road 225:4, 10; 239:16,
19

Roman 27:21, 25; 48:17;
58:13; 78:13

room 204:17, 20; 221:7

roughly 31:18

route 65:4, 9

rub 94:14

rubbed 97:8, 10, 14; 98:3

rubbing 97:17; 100:18

rule 31:10, 11; 49:9, 10;
61:14; 155:6; 159:9, 15;
226:11, 15, 18; 227:4, 6, 8,
13; 228:8; 229:13, 23, 25;
230:2, 3; 231:6, 13; 232:8,
14, 21; 233:12, 22; 234:17,
19, 24; 235:2; 238:2;
239:13, 16

rules 25:19; 26:5, 19, 22;
27:6, 13, 18; 28:20; 30:14,
17; 158:15; 225:3, 4, 5, 10,
20; 226:2; 228:11, 16;
235:7, 9, 13; 239:16, 18

run 54:5; 192:8; 212:5,
11; 221:7; 232:19; 245:19

running 95:15, 21; 96:25;
200:17; 211:12; 227:24;
245:4

runs 142:2

---

# S

S 4:11; 154:7; 194:15;
195:16

S-band 175:15

S-O-L-A-S 27:20

safe 144:10; 155:15;
190:17; 213:20; 226:6, 21;
227:6, 10; 242:24

safety 30:21; 50:17;
63:20; 69:23; 135:25;
136:2, 5, 8, 10, 15, 18;
137:5, 9, 13, 20; 138:2, 9,
15, 17, 25; 139:4, 8, 10,
12, 15, 19, 23; 140:8, 11,
14, 21; 142:2; 145:9, 22;
146:8, 12; 147:2, 5, 9;
148:10; 149:8, 20, 25;
150:18; 152:25; 162:25;
200:17; 202:14, 15;

203:22; 204:25; 205:17;
207:19; 210:18; 211:24,
25; 212:2, 4, 19, 23, 24;
213:14, 25, 25; 219:23;
224:7, 10; 229:8; 236:11

sail 113:16; 144:22

sailed 84:20; 85:11;
87:11; 119:16; 120:2;
128:12; 132:2, 5, 8

sailing 17:6; 113:10;
115:12; 129:10; 130:21;
131:21; 144:13, 14, 15, 20,
24

sailors 171:8

same 65:14; 78:11;
111:4, 18; 118:3; 120:3, 7,
9; 121:8, 17, 22; 122:2, 6,
11, 19; 127:6, 7; 129:11;
131:4, 6; 146:20, 23;
161:13; 188:25; 189:16;
194:5, 15; 217:5, 10;
225:13; 235:10; 249:13,
16; 251:10

sample 17:21

sand 105:19

SAR 45:13; 47:17

sat 57:21; 210:11

satellites 32:5

satisfactory 102:8

Saturday 43:25

save 26:14; 114:19

saved 58:2

saw 105:24; 240:6

saying 11:16, 21; 13:16;
19:23; 21:18; 23:12; 33:7;
38:22; 49:11, 25; 57:20;
67:5; 68:9; 69:7; 73:18;
74:14; 75:8; 81:5; 87:24;
90:22; 96:9; 97:24;
102:13; 104:16; 108:3;
121:15; 129:12; 135:12;
136:6; 138:11; 142:17;
146:22; 149:23; 152:15,
22; 161:14; 167:7, 24;
171:15, 16; 175:18;
192:12; 195:5, 20; 205:10;
215:2, 13; 217:9; 221:23;
228:22; 235:2; 237:13;
238:25; 241:23

scanning 194:16

scatch 6:18

SCHIFFAHRTSGESE-
LLSCHAFT 116:23

school 113:24, 25; 114:4;
123:23

schools 147:21

scrap 11:22, 25; 39:7

scrape 39:10, 15; 94:7,
13

scratch 6:17; 86:10, 14,
19; 109:14

scratches 105:22

screen 42:11; 146:6;
151:2; 152:4; 175:19;
177:6, 18, 22; 180:8, 12;
220:19, 20, 22; 241:7

sea 10:4; 31:2, 5; 48:5;
66:6, 12; 79:16, 19; 114:5,
14, 16, 17; 115:2; 120:13;
133:12, 17; 167:14;
169:17; 170:2, 13

sea-going 201:20

Seafarers 25:12

sealing 94:25; 95:7;
104:12

seaman 16:20; 19:24;
33:13; 37:25; 50:13, 19,
20; 52:3, 6; 54:11; 70:21;
71:2; 173:16, 23; 188:17;
193:3

seaman's 16:23

seamanship 30:17;
146:11, 19, 23; 147:2, 11,
19; 148:13; 190:21, 24;
225:19, 23

seamen 173:19, 24;
190:15

search 60:4; 78:17, 22;
79:5; 80:7, 11; 81:16; 82:3

seas 50:14

second 29:5, 14, 25;
43:18; 76:24; 115:10, 12;
129:5, 16; 130:14; 131:5;
132:9, 15; 133:12, 20, 22;
154:22; 190:13; 196:9;
200:6; 216:9, 11

section 79:21, 24; 80:4;
105:5

sections 27:18

sector 223:17; 246:21, 23

sectors 198:15, 17, 19

seeing 91:15; 242:6

seem 109:14, 19

seems 187:19

segments 205:21

send 172:12; 192:24

sending 25:7, 8; 32:15;
36:5

sends 32:4; 177:5

sense 84:6; 214:4, 10, 13,
17, 20

sensors 85:3

sent 10:11; 22:3; 65:9;
188:17, 20; 189:4, 5;
190:11; 191:17; 193:3, 15;
209:9

sentence 46:19; 78:14

sentences 79:2

September 112:2, 4

Serious 30:5, 6; 155:22

seriously 155:21

serve 122:15

served 120:20, 21;
121:21

service 60:4; 78:18; 79:5;
80:8, 11; 81:17; 82:3, 4, 6;
114:14, 16; 116:6; 120:14

serving 122:19

SESSION 154:2

set 12:20; 81:6, 15; 229:8;
234:16; 251:5

sets 58:22

setting 79:24; 154:15

several 8:8; 14:20; 26:10;
75:2; 125:17

shall 159:10; 160:4;
197:3; 206:13; 230:15, 16;
232:11; 235:5, 15

Shanghai 194:10

sharp 66:18; 67:2, 19;
68:4

ship 5:25; 9:10; 12:13;
25:20; 27:3, 3; 31:2; 37:3,
4, 12; 48:5, 15, 19; 49:10,
19; 53:17; 55:18; 73:7;
79:16; 84:22; 87:4; 93:21,
22, 24; 94:12; 100:13;
102:7; 104:7; 117:6;
119:19; 128:16, 23;
130:11, 13; 143:17; 145:9;
152:14; 173:13; 174:15;
177:13; 191:7; 193:22;
198:13; 209:3; 211:8;
213:20; 214:24; 224:16;
238:20; 239:8; 240:7, 11,
15

ship's 16:5; 84:25;
116:22; 117:16, 17;
157:14

ships 9:2; 20:25; 46:9,
13; 47:6; 113:16; 114:7,
13; 115:3; 118:25; 119:13;
121:16; 131:2, 4, 7; 132:2,
5, 7; 172:7; 177:11, 14;
179:6, 20, 22, 24; 180:19,
21; 181:5; 241:16

shipyard 100:14; 101:7;
103:14; 104:18; 105:7, 15;
106:2, 15; 107:21; 119:24;
128:16

short 32:16; 127:4

shortly 135:24; 162:8

shot 42:11; 146:6

shots 151:2; 152:4; 178:3

show 27:20; 42:3; 43:4, 9,
14; 96:10; 123:3; 136:14;
138:15; 140:4, 7, 10, 13;
152:24; 153:12; 176:12;
178:4, 19; 211:3, 4;
223:17; 248:15, 16

showed 93:14; 107:6;
153:12; 200:20

showing 17:21; 33:3;
42:18, 19, 21; 69:5; 96:8,
20; 100:8; 108:22; 109:14;
151:24; 177:11, 14; 178:2,
20

shown 49:9; 104:9;
123:18; 175:13; 176:8;
180:5

shows 71:5; 98:11;
115:2, 11, 11; 126:18;
143:6; 150:5; 152:10;
156:13; 177:6; 183:2;
190:10; 195:5

side 73:7; 74:7; 93:19;
157:10, 11; 158:6, 7, 10;
168:20; 181:18; 242:24

sight 159:11

**sign** 103:7; 241:25; 251:15
**signal** 5:25; 11:2; 13:25; 31:4. 15, 21; 32:4, 15, 22; 48:7; 51:2, 22; 57:3; 79:18; 167:17, 21; 168:16, 17, 19; 177:5, 5; 180:18, 24, 25; 181:3; 183:7, 10, 17, 19; 184:8, 13, 21; 185:4; 186:2, 15; 187:5, 8, 23; 190:11; 191:11, 12; 194.11; 196:19; 198:20; 233:20, 241:25; 244:22, 22
**signals** 158:13; 163:2; 180:20; 181.18; 182:8, 9; 183:6; 185:7, 11, 19; 241:2, 3
**signature** 103:7; 249:11
**signed** 117:20
**signs** 94:25
**similar** 121:16; 130:12; 216:15, 21; 217:2, 23; 218:10
**simple** 36:7; 129:2; 187:20
**simply** 8:13; 25:18; 26:4; 147:10; 166:24; 176:22; 228:19; 230:23; 235:3
**simulator** 125:11
**simulators** 126:2
**Singapore** 82:12
**Singleton** 37:19
**sister** 120:11, 16, 20, 21; 121:8, 11, 12, 14, 15, 19; 122:13, 14, 15; 129:10; 130:13
**sit** 37:7; 56:16; 141:5; 223:4
**site** 59:10; 81:2
**sitting** 37:22; 175:19; 204:13
**situation** 8:11; 27:14; 29:7; 46:24; 57:22; 195:23; 237:23; 247:22
**sixth** 72:20
**size** 122:5; 217:5, 11; 218:4; 219:3; 238:8
**sizes** 122:21
**skip** 230:14
**slacking** 209:25
**sleep** 171:16
**slightly** 145:19
**sloppy** 19:25; 20:3, 11
**slow** 212:17, 19, 23; 213:24; 214:5, 8, 9, 12, 20
**slower** 63:11; 208:14; 238:25
**slowing** 213:23
**small** 92:24; 156:7; 176:13; 238:20; 241:16; 248:10
**smart** 235:12
**so-called** 168:14
**software** 9:3

**SOLAS** 27:20; 28:13; 29'20, 22; 30:11; 48:3; 126:3; 158:15; 168:6, 9
**sole** 160:10
**solid** 100:15
**somebody** 69:5; 74:19, 21; 81:24; 83:17, 18; 85:10; 91:14; 159:23; 172:16; 179:4; 187:9, 17; 196:10, 19; 220:24; 221:7; 237:4, 5, 21
**somebody's** 31:16; 79:25
**sometime** 18:8; 156:17; 165:11; 167:11, 12
**Sometimes** 32:22, 23, 24; 101:8; 162:8; 173:6; 241:16
**somewhat** 129:2
**somewhere** 139:5; 186:14
**sophisticated** 152:13
**sorry** 52:22; 91:23; 120:17; 126:6; 133:20; 175:10
**sound** 32:10; 171:25; 172:13; 183:10, 16; 184:8, 13; 244:22, 22
**sounded** 183:7, 9; 185:25; 186:15
**sounding** 183:5, 19; 184:21; 185:7, 11, 19; 187:5, 22; 190:11
**source** 21:22, 25; 22:2; 31:4; 48:7; 79:18; 112:25
**south** 83:18; 142:6, 9; 143:9
**southeast** 202:17
**space** 32:5; 189:13, 15; 195:16
**speak** 5:2; 34:15, 18, 19, 20; 35:12, 16, 18, 20
**speaking** 5:6; 31:19; 111:22
**special** 66:25; 123:23; 129:17
**specially** 129:7, 24, 25
**specific** 15:8; 18:14; 20:14, 24; 26:9; 27:3, 4; 38:4; 40:9; 72:16; 198:3
**specifically** 68:17; 134:7; 162:13
**specify** 21:24
**specs** 192:8
**speech** 19:5; 67:12; 233:6
**speeches** 40:17
**speed** 31:6; 32:9, 10; 48:8; 52:16, 19; 53:10, 21; 54:3, 18; 59:8, 9; 65:6, 13; 76:14; 78:21; 161:25; 197:23; 208:12, 15, 16; 211:17, 20; 212:9, 12; 213:7, 13; 226:6, 12, 21; 227:6, 10, 25; 228:9; 238:8, 17, 18, 25; 239:3,

21, 23; 241:6, 14, 20; 244:12
**spoken** 22:4; 219:25; 226:4
**spot** 190:22; 192:18; 198:9, 10
**spots** 192:13
**spotted** 151:13; 193:8; 238:13
**stabilized** 207:14
**stacked** 198:6
**stage** 36:5
**stamped** 178:25
**stand** 8:22; 133:12; 157:22
**standard** 14:9, 10, 22; 25:11
**standby** 66:24
**standing** 58:8; 73:19; 83:24; 155:9, 11; 189:24; 204:6, 15; 248:18; 249:12, 13
**starboard** 209:23
**start** 29:9; 104:20; 121:2; 122:9; 136:8; 203:18; 221:8; 226:25; 228:21
**started** 36:2; 115:16; 135:15; 183:5; 208:18; 219:20; 220:5; 221:14; 243:8
**starting** 44:4; 121:5; 122:4; 215:23
**starts** 16:17; 31:20; 32:15; 136:10; 137:16
**State** 4:4, 13; 88:15; 226:22; 227:15
**stated** 10:10; 45:23; 91:19; 92:8; 93:2; 170:12; 203:23
**statement** 12:5, 16, 19; 13:4; 15:11, 12, 14; 16:13; 20:17; 22:16; 33:20; 34:14, 22; 35:7, 21; 38:7; 39:9, 17, 21; 40:8; 72:2; 76:19; 84:11; 89:10, 25; 90:6, 7, 15, 16; 92:8, 16; 103:13; 146:19; 165:25; 197:14; 216:8, 8; 245:23; 246:2
**statements** 8:9; 9:20; 103:20
**States** 7:3
**station** 55:24; 57:16; 82:7; 168:11, 11, 12, 13
**stations** 32:6
**stay** 146:8, 11; 147:5, 9; 148:15, 17; 149:4; 230:24; 245:21
**stayed** 151:20
**stays** 152:24
**steam** 212:15, 25
**steering** 221:19, 20, 24; 222:10
**step** 237:8
**steps** 236:16

**stick** 14:4, 20; 22:18, 20; 75:7; 99:11; 142:13; 165:22; 169:23; 180:24
**sticking** 232:7
**still** 6:18; 25:22; 37:4; 48:16; 76:18, 25; 83:21; 94:5; 107:16; 112:11; 133:10; 139:24; 172:22, 24; 177:23; 189:4; 192:14; 200:16; 202:3; 207:6; 209:25; 233:9; 236:22
**stimulator** 125:7
**Stop** 19:4; 31:6; 83:25; 92:5; 103:19; 117:12; 124:14; 135:17; 143:13; 153:5; 186:12, 12; 234:4, 4
**stopped** 50:2; 53:2
**stopping** 91:25
**strike** 75:6; 169:2
**STSW95** 146:21; 158:20; 160:7
**studies** 124:4
**studying** 124:5; 228:15
**stuff** 15:19; 49:2; 100:8; 122:21; 181:12; 196:12; 210:4; 213:18
**stupid** 152:16
**sub** 82:16, 16
**Subject** 10:11, 19; 75:21; 124:4; 165:18
**submission** 21:9; 72:4; 101:25
**submit** 102:20; 106:6
**submitted** 33:19; 34:4, 5, 9, 9; 38:8; 103:12; 106:14
**submitting** 33:23
**subparagraph** 230:16
**substance** 67:20, 24, 24; 68:9, 10; 89:22
**suddenly** 237:6, 10
**sufficient** 130:22, 25; 131:9; 160:16
**suggest** 13:15
**supplied** 115:7
**support** 103:13; 106:14; 107:14, 20
**suppose** 43:6
**supposed** 29:23; 132:17; 133:4; 148:15, 17; 159:17; 182:2; 212:5
**sure** 5:11; 21:13, 18; 34:9; 71:16; 75:18; 95:3, 4; 103:18; 105:22; 108:6; 117:9; 134:11, 18; 144:5, 6; 153:8; 155:15; 180:3; 183:13; 199:9; 217:14; 229:6; 242:18, 24; 245:6
**surface** 101:9
**surprising** 113:3
**survival** 126:3
**suspect** 242:18
**sweep** 176:11
**sworn** 4:4, 12
**system** 47:19; 65:3, 17; 99:2, 4; 100:11, 21, 23;

101:11, 13, 22; 104:6, 11, 11; 105:20; 106:16, 22; 129:3; 130:7, 12, 23; 131:4, 6, 17; 168:22; 170:24; 175:11, 11, 22, 24; 176:6, 8, 23; 177:4, 22; 182:17; 188:8; 189:17
**systems** 128:23; 176:11; 179:12
**Szczecin** 124:24

## T

**talk** 26:15; 35:4; 82:22; 144:3; 167:16, 20; 189:17; 208:20; 234:15
**talking** 5:9; 14:11; 16:13; 17:7; 18:15, 16, 17, 18; 19:16; 23:11; 33:12; 37:24; 45:20; 46:24; 63:7, 9; 99:13; 101:21; 102:6; 104:8; 107:5; 119:22; 127:5; 133:15; 142:9, 11; 144:23; 145:6; 148:3; 154:12; 156:18; 157:13; 158:25; 165:17; 173:22, 25; 176:22; 177:2; 194:6; 204:7; 216:2; 220:16; 224:4; 225:17; 229:23
**tanker** 208:8; 244:15
**target** 151:13; 177:6; 178:19; 179:18; 180:5; 181:23, 25, 25; 182:2; 242:13
**targeting** 242:11
**targets** 174:22; 175:15, 24; 176:7, 12; 177:11, 19; 198:14; 218:4; 219:9; 220:12; 223:7, 10, 14; 243:18
**tea** 245:6
**techniques** 126:3
**technology** 8:25
**telling** 14:15; 68:23; 98:18; 143:10, 14; 152:12; 171:10; 179:13; 184:7, 25; 190:8; 196:18; 202:10; 212:7; 237:18
**ten** 17:6; 79:23
**term** 135:25; 176:11; 211:6; 225:9
**terms** 176:25
**test** 218:3, 7
**testified** 4:14
**testifying** 154:8
**testimony** 69:15; 248:4
**thereabouts** 173:14
**Therefore** 168:10
**thinking** 91:4
**third** 129:6, 17; 131:11; 133:12, 19, 22; 195:16
**Thirty-four** 122:8
**though** 61:19; 102:23
**thought** 52:25; 112:7; 232:21

three 64:12; 68:17;
129:16; 133:11; 160:22,
22; 164:17, 18, 19; 165:19,
166:12, 25; 179:10, 12, 14,
15, 216:6; 235:15
throwing 200:22
thrusters 99:6, 9, 15
til 113:9; 119:10; 170:23;
171:11; 210:14; 248:6
times 9:10; 14:20; 33:15;
71:2; 75:2; 125:17; 159:7,
10, 14, 18; 170:16; 182:15;
189:13; 191:21, 22; 192:7;
197:22; 201:22, 25; 202:2;
212:17; 227:19
timings 141:6
tire 97:12, 12, 15; 98:6
title 25:10; 251:6
today 14:17; 18:8; 37:20,
21; 85:5; 92:10
together 8:2; 74:19; 80:6;
131:22
toilet 170:15, 18, 23
told 5:8; 14:22; 31:14;
39:11, 13, 13; 58:7; 61:9;
63:3; 74:10, 16; 75:10;
76:11; 79:24; 119:9;
121:14, 19; 126:16;
130:10; 131:3; 145:7;
149:23; 161:24; 166:10,
11; 181:14; 183:18, 20;
188:14; 193:17, 21;
227:17, 21; 228:14;
229:18; 236:8
Tom 4:19
tomorrow 112:7
took 81:23; 84:15;
124:22; 163:8; 166:3;
171:16; 207:18
top 17:22; 89:8; 94:25;
95:5, 6, 15; 96:20; 197:23
total 114:13
touched 155:4; 159:2
tour 96:15
toward 149:17
towards 78:21; 93:17;
194:9; 205:16
traffic 45:24; 46:5; 47:3;
69:22; 200:25; 228:9, 23;
229:10
Trails 179:19; 180:5
trained 129:7, 24, 25
Training 25:11; 113:20;
123:23; 126:17; 129:18
transcript 251:16
translate 4:5
transmission 21:12
transversed 69:20
traveled 46:4
traveling 45:20
trawler 241:15
trial 247:14, 21, 24; 248:5
trick 166:2
trip 135:20, 23; 202:23
trouble 26:14; 31:25;

66:12; 202:24; 240:12
truth 90:23
try 22:25; 23:23; 26:2;
47:8; 50:9; 51:10; 52:6;
55:12; 57:11; 148:4, 6;
149:2; 154:16; 186:8;
208:19, 20; 209:2; 213:2,
11; 225.19, 25; 234:9
trying 22.22; 39:19; 41:2;
87:25; 90:23; 92:2; 99:12;
129:13; 133:5; 139:20;
142:13; 148:14; 157:18;
165:25; 166:2, 6, 169:5, 8;
171:5, 7; 181:18; 184:18;
186:9; 187:10, 16; 203:20;
205:15; 217:8, 15; 224:16,
24; 226:16; 234:16
tug 97:11, 15; 98:23
tugboat 95:2, 10, 13, 15,
21; 97:24; 98:5, 6, 13, 19;
99:13
tugboats 97:21; 98:9;
99:15
turn 93:17; 148:2; 206:16;
218:14; 219:13; 220:21;
239:7, 8
turned 171:21
turning 221:8; 238:9;
239:20
Twenty 36:12
Twenty-two 162:3, 6
twice 68:7, 15
two 12:3; 36:17; 68:17;
74:19, 19; 79:2; 127:5;
134:16; 144:7; 147:20;
169:18; 171:11; 172:2, 21;
174:16; 185:5; 187:2;
190:14; 195:15; 196:3, 20;
197:10; 205:21; 218:24;
222:15, 19, 25; 223:5;
244:15; 245:2
type 14:23; 19:18; 120:3,
9, 11; 121:12, 22; 122:3, 5,
11, 13, 19, 20; 130:7, 18;
131:17
typewritten 251:11
typhoons 172:3, 5

## U

UHF 188:18; 193:5; 240:7
ultimately 56:9
unable 37:17; 49:20, 21
uncontrolled 144:9
under 31:23; 33:8; 58:22,
24; 81:19; 197:21; 229:13;
230:8; 233:11; 238:6
understood 107:4;
151:15; 214:19, 22, 25
undertaken 153:2
underway 230:9, 13;
235:5, 14
underwriters 7:23
uninterrupted 135:20
United 7:2

Unless 50:17; 243:5
unlimited 112:21, 22;
124:10, 11
unnecessary 50:8; 51:9;
52:5, 11, 13
unreasonable 50:7, 8,
10; 51:7, 8; 52:11, 12
up 9:19; 25:19; 26:20;
32:23, 23, 24; 33:8, 9;
34:19; 89:21; 111:5;
113:9; 118:5; 119:9;
122:10; 133:17; 143:18;
152:13; 159:7; 160:21, 22,
25; 164.4; 165:3; 166:10;
167:13; 174:13; 177:6;
178:2, 10; 179:23, 25;
180:4; 181:4; 188:21;
189:4, 5, 14, 24; 190:11;
191:17; 192:9, 19, 24;
193:8; 198:14; 212:15;
213:3; 218:10; 219:2, 9;
220:2; 223:6, 10, 13;
226:16; 229:8; 237:5;
240:6
upon 73:10; 152:20
upper 100:7; 178:10
Urgent 10:21, 22; 12:22;
13:21; 14:23; 15:5
USCG 20:19
use 20:12; 25:25; 39:24;
53:23; 128:25; 129:3, 7,
19; 130:2; 179:11; 192:19;
210:8; 222:13, 13
used 18:15; 19:15; 47:10;
121:22; 176:10; 181:24;
211:6; 218:25; 222:17;
225:9
using 129:11; 148:9;
181:11; 191:12; 224:4;
229:10
usually 71:2; 102:4, 12;
152:5; 225:4
UTC 77:8

## V

Varderminder 126:8
variation 243:8
varied 160:20
various 9:10; 17:16;
32:6; 115:5; 119:13;
145:8; 175:13; 194:16
vary 32:25; 33:2; 101:6
VCR 243:22
VCT 243:22
vector 145:17, 18, 23;
151:11; 207:7, 15
version 131:22
ves 120:20
vessel 5:15; 7:15; 8:24;
11:3; 15:23; 16:3; 17:4, 6;
26:10, 11; 42:4, 25; 45:3;
49:23; 54:2; 56:22; 65:2, 4,
5, 7, 11, 15, 16; 66:18;
70:7; 72:12; 74:6; 77:3, 15;
80:15, 16; 95:22; 97:22,

25; 98:7; 99:6; 101:3, 5;
105:18, 23, 24; 115:17, 24;
120:16; 121:11, 13; 122:2,
8, 16, 18; 129:10; 130:21;
131:21; 135:24; 136:4;
137:8; 138:8; 142:22;
144:7; 145:21; 150:6;
154:14; 159:8, 10; 167:25;
168:5, 15, 17, 21; 170:9;
172:2; 181:16; 185:19;
191:18; 198:11; 205:9, 13;
206:18; 207:25; 208:3, 6,
8, 17; 220:25; 226:13;
230:8, 12, 17, 24, 25;
232:5, 10, 12, 20; 233:14,
24, 24; 235:5, 6, 14, 16,
19, 21, 22, 23, 25; 236:5;
237:10, 21, 25; 238:18;
240:16, 17; 242:18, 19, 20,
21; 244:3, 7, 12; 247:19
vessel's 17:8; 213:13, 20
vessels 17:12; 66:5;
67:19; 120:2, 8, 11, 11, 21,
25; 121:8, 20, 21; 122:11,
13, 14; 168:20; 219:3;
229:15, 20, 24; 230:5;
232:8; 234:12; 236:17
VHF 6:7; 21:12·
view 92:22
visibility 28:21; 29:16;
155:7, 13; 156:4; 158:12;
159:19; 160:17, 20; 161:4,
24; 163:19; 181:3, 5, 19,
22; 182:18; 183:3; 185:3;
188:9, 13; 190:10; 191:8;
197:22; 226:22; 227:15,
18, 25; 232:24; 234:12, 13,
20; 236:14; 237:16;
240:18, 19, 20; 241:11, 21,
23; 242:7
visible 47:11; 146:6;
151:10; 154:23; 238:22
vision 160:8; 173:3, 5;
191:23; 192:4, 9
visit 36:23; 37:13
ViSmart 126:9
visual 152:10; 177:17
Voelchner 157:21;
164:13; 194:16; 195:17
Volkshiner 157:20
voyage 9:10; 84:12, 14;
135:14; 201:16

## W

W 4:11, 11; 21:2; 154:7, 7
wages 118:18
Wait 13:14; 19:4; 55:6;
65:22; 66:24; 82:25;
144:21; 164:2, 2; 165:8;
170:19; 171:2; 212:22;
221:12; 228:20; 231:11;
232:25, 25; 237:3; 238:23,
23
waived 209:10
walk 85:8
walked 85:12

wants 243:5
warn 68:12
waste 182:5
Watch 25:12; 29:15, 22;
57:4; 154:22; 158:11;
160:10, 15; 162:21;
167:14; 169:17, 18; 170:2,
4, 5, 13, 14; 174:6, 8;
181:2, 3, 10, 17, 20;
185:15
watches 133:12, 17
watching 158:8, 10;
180:12; 219:14; 220:4, 11,
18, 19, 22; 244:7
water 31:20
waters 202:16
way 32:4; 59:13; 70:21;
77:2; 88:11; 100:24;
110:10; 137:22; 140:18,
19; 144:15; 186:5; 210:3;
218:4; 225:25; 226:25;
230:15, 17, 24; 231:23;
232:11; 235:6, 15; 236:6;
248:4
ways 161:5; 179:10, 14,
15; 242:8      –
weather 182:11; 218:19
web 217:19
weigh 228:8
welding 109:14, 19
weren't 100:14; 157:8;
225:6; 244:11
west 43:17; 45:21, 25;
46:10; 54:12, 20, 23; 55:8,
17; 59:16; 71:20; 136:3;
142:3
westbound 146:12
westerly 56:8
wet 101:9
What's 5:21; 6:8; 10:3,
14; 25:6; 62:4; 97:4; 98:24;
100:9; 117:19; 128:4;
135:25; 141:14; 149:3;
190:9; 206:8; 239:11
wheelhouse 158:7, 7
Where's 104:9
Whereupon 93:10; 96:4;
99:18; 108:14, 18; 110:13,
18; 123:9; 127:14, 19;
134:23; 135:2; 154:4;
246:2, 8, 13, 17, 22; 247:4;
248:18; 250:5, 8
wherever 83:13
whistle 172:10
whistles 172:2
white 240:22
Who's 82:3
whole 71:8; 73:15;
114:17; 133:6; 210:22
whose 31:25; 130:15
WIEGEL 10:14, 18; 12:9;
22:19, 22; 23:23; 24:7, 10,
24; 27:24; 28:3, 10, 15;
29:8; 32:18; 38:10; 41:2,
10, 13; 43:20; 44:7, 11;
48:23; 49:3, 14; 51:11, 18;

52:20, 23; 53:11; 54:13,
16, 55:3, 14; 59:18; 60:17;
61:6; 62:18; 63:16; 64:24;
65:23; 67:6, 9; 68:14;
69:14; 71:12; 72:5, 15, 19;
73:25; 74:24; 75:17, 25;
78:2; 79:10; 83:4; 91:21,
25; 92:6; 94:15, 18; 95:17;
101:16; 102:15; 106:23;
108:9; 114:21; 118:7, 12,
17; 123:5, 8; 124:17;
126:21; 127:5; 128:7;
129:22; 134:6, 9, 18;
141:2, 19; 144:5; 145:3;
147:15; 148:16; 151:4;
153:6; 158:18; 163:10;
166:5; 167:19; 169:4, 8;
173:2; 178:7, 10, 16, 23;
179:13; 182:20; 183:25;
184:5, 17; 186:12, 16, 20;
187:12; 189:20; 190:2;
194:22, 25; 195:13; 196:6,
15, 21, 24; 198:4; 199:19,
24; 200:5, 8; 201:9; 202:6,
18; 204:3, 8, 12, 16; 206:3,
11; 209:13; 211:9; 214:14;
215:7, 15; 216:16; 220:8;
221:21; 230:20; 231:3, 10,
14, 18; 232:15, 22; 233:2,
15, 18, 25; 234:4, 21;
235:10; 236:18; 237:19;
243:13; 244:18; 245:9, 12,
17, 23; 246:6, 11, 16, 20;
247:2, 8, 11, 16; 248:10,
15, 23; 250:2
**window** 189:10
**wing** 157:10; 158:5, 6, 11;
181:18, 19
**winter** 101:4
**wish** 28:23
**withdraw** 7:6, 21; 16:18;
22:24; 25:24; 32:13;
52:14; 65:25; 67:13;
70:11; 71:16; 113:21;
119:17; 233:6
**withdrawing** 71:13
**withdrawn** 41:15
**within** 189:13
**without** 209:25; 221:18
**witness** 4:7, 8; 28:13;
29:11; 44:10; 79:12; 83:9;
101:14, 20; 110:11;
118:10, 15; 147:18; 178:6;
194:24; 199:22; 200:3, 6;
207:2; 247:20; 248:5, 17
**wonder** 203:24
**wondering** 187:15
**word** 18:16; 19:15; 54:5,
10; 60:21; 86:18; 204:9;
210:8
**wording** 53:24
**words** 32:25; 68:17; 73:4;
79:6, 23; 81:14, 16; 87:15;
121:22; 170:14; 213:17;
242:23
**work** 71:9, 23
**worked** 116:25; 119:3;
131:6

**working** 72:11; 75:3;
98:7; 116:15; 117:24;
118:2; 119.8, 10; 131:4;
189:12; 193:16, 18, 19
**works** 32:4, 7, 9
**world** 82:7, 13; 158:15
**worse** 161:16
**write** 20:7; 90:16; 102:4
**writing** 106:14; 107:23
**writings** 107:13, 20;
108:4
**written** 26:8; 39:22;
102:20, 21, 23, 24; 103:4,
12, 22; 157:19; 195:9;
235:8
**wrong** 70:23, 25; 92:19;
149:11; 166:2; 221:13
**wrongly** 107:16; 168:7
**wrote** 90:20, 23; 92:17

# X

**X-N-S** 194:16

# Y

**years** 17:6; 64:13; 84:14;
114:2, 2, 3
**yesterday** 114:22
**York** 4:5, 13; 37:13;
45:25; 54:22; 71:20;
135:9; 136:3; 139:5;
146:12; 200:17; 201:23;
212:14; 229:2
**your's** 48:11

# Z

**ZAIC** 4:2
**Zbigniew** 130:16
**zero** 133:19; 183:3;
188:14; 197:22; 227:19,
25
**zone** 175:14; 176:17;
180:4
**zones** 174:25; 175:5, 7;
179:18, 25

**Lawyer's Notes**