# EXHIBIT I

Page 1

[1]
[2] UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
[3]
MICHAEL STEPSKI, KIRSTEN STEPSKI,
[4] his Wife; GEAL RODERICK and
BENJAMIN SCHOBER,
[5]                    Case No
        Plaintiffs,    06 CV 01695 (CM)
[6]
        - vs -
[7]
        THE M/V NORASIA ALYA, her owners,
[8] operators, etc., and MS "ALENA"
SCHIFFAHRTSGESELLSCHAFT mbH & CO.,
[9] KG, PETER DOEHLE SCHIFFAHARTS-KG,
[10]    Defendants.
[11]
[12]
[13]
[14]        Deposition of ADRIAN CALIMANESCU,
[15] taken by Plaintiffs, pursuant to Notice, at the
[16] offices of Blank Rome, LLP, The Chrysler Building,
[17] 405 Lexington Avenue, New York, New York, on
[18] Wednesday, September, 12, 2007 commencing at 10:06
[19] a.m., before Linda D. Danetczyk, a Certified
[20] Shorthand Reporter, Registered Professional
[21] Reporter and a Notary Public of the State of New
[22] York.
[23]
[24]
[25]

Page 2

[1]
[2] Appearances:
[3]
        THOMAS H. HEALEY, ESQUIRE
[4]     Attorney for Plaintiffs
        17 Battery Place, Suite 605
[5]     New York, New York 10004
[6]
[7]
        BLANK ROME, LLP
[8]     Attorneys for Defendants
        The Chrysler Building
[9]     405 Lexington Avenue
        New York, New York 10174-0208
[10]
        BY: ALAN M. WEIGEL, ESQ.
[11]
[12]
    ALSO PRESENT:
[13]
[14]    NADIA SHARON-SCHWARTZ, Interpreter
[15]
        TERRENCE GARGAN
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 3

[1]
[2]
[3]    IT IS HEREBY STIPULATED AND
[4] AGREED that the filing and sealing of
[5] the within deposition be, and the
[6] same are hereby waived;
[7]    IT IS FURTHER STIPULATED AND
[8] AGREED that all objections, except as
[9] to the form of the question, be and
[10] the same are hereby reserved to the
[11] time of the trial;
[12]    IT IS FURTHER STIPULATED AND
[13] AGREED that the within deposition may
[14] be sworn to before any Notary Public
[15] with the same force and effect as if
[16] sworn to before a Judge of this
[17] Court;
[18]    IT IS FURTHER STIPULATED that
[19] the transcript is to be certified by
[20] the reporter.
[21]
[22]
[23]
[24]
[25]

Page 4

[1]
[2] ADIA SHARON- SCHWARTZ,
[3] called asthe official interpreter in this
[4] matter, was duly sworn by a Notary Public of
[5] the State of New York, (Linda D. Danelczyk),
[6] to translate accurately and faithfully the
[7] questions propounded to the witness from
[8] English into Rumanian and the answers given by
[9] the witness from Rumanian into English.
[10]
[11] A D R I A N C A L I M A N E S C U, having
[12] been first duly sworn by a Notary Public of
[13] the State of New York, (Linda D. Danelczyk),
[14] according to law, was examined and testified
[15] as follows:
[16] **EXAMINATION**
[17] **BY MR. HEALEY:**
[18] Q: All right. I introduced myself,
[19] right? Tom Healey.
[20] A: Yes.
[21] Q: And you're captain. Do you have
[22] captain's paper?
[23] A: No.
[24] Q: Do you have a captain's license?
[25] A: No.

Page 5

[1] *A. Calimanescu*
[2] Q: Tell me your name?
[3] A: Adrian Calimanescu.
[4] Q: Say it again.
[5] MR. WIEGEL: Calimanescu.
[6] THE INTERPRETER: Calimanescu.
[7] MR. HEALEY: I got it. I just
[8] want politeness. My pronunciation.
[9] Q: Calimanescu is close enough?
[10] A: Yes. Yes.
[11] Q: I'm here to ask you some questions
[12] about a voyage of the NORASIA ALYA in May of
[13] 2002 —
[14] MR. GARGAN: '4 '4.
[15] Q: I mean 2004.
[16] Now hold on a minute, please. I
[17] don't speak — Rumanian is your native tongue?
[18] A: Right.
[19] Q: I could hardly pronounce your name.
[20] You could only speak English.
[21] Do you understand me when I'm
[22] speaking to you?
[23] A: I understand you.
[24] Q: Am I correct that at least on the
[25] NORASIA ALYA it's — there's a big sign on the

Page 6

[1] *A. Calimanescu*
[2] bridge that says "The Language On The Ship Is To
[3] Be English"?
[4] A: English.
[5] Q: Are you comfortable listening to me
[6] and speaking in English?
[7] A: Yes.
[8] Q: You understand, because we have an
[9] interpreter here, if we can — I'm going to try to
[10] do this simply in English and you answers in
[11] English.
[12] All right?
[13] A: Yes.
[14] Q: Look, if you don't understand, see,
[15] since English is your second language, if you
[16] don't understand, tell us or make sure it's clear
[17] and only then, if necessary, will we use the
[18] interpreter. But we're going to try this in
[19] English, correct?
[20] A: Okay.
[21] Q: Give me a little background. What's
[22] your birth date?
[23] A: 30 September '71, 1971.
[24] Q: And your citizenship, still
[25] Rumanian?

Page 7

[1] *A. Calimanescu*
[2] A: Still Rumanian.
[3] Q: At present, what is your occupation?
[4] A: Seaman. Third mate.
[5] Q: And do you have any licenses?
[6] A: Third mate license.
[7] Q: Who issued that?
[8] A: Rumanian authority. National
[9] Rumanian Authority.
[10] Q: When was the third mate's license
[11] issued to you?
[12] A: 1996.
[13] Q: And now this was — you got your
[14] third mate's license in 1996 and it's a Rumanian
[15] license?
[16] A: Yes.
[17] Q: Do you have any other licenses from
[18] any other government?
[19] A: Liberia make it under.
[20] Q: The Liberian endorsement, is that
[21] what he was telling us?
[22] MR. WIEGEL: Yes.
[23] MR. HEALEY: Okay. Got you.
[24] All right.
[25] Q: Now, that's a third mate's license,

Page 8

**A. Calimanescu**

[1]
[2] all right.
[3]  A: Right.
[4]  Q: And so you have sailed as a third
[5] mate?
[6]  A: Yes.
[7]  Q: Does that license entitle you to
[8] sail in any other rating; second mate, chief
[9] officer?
[10]  A: Only second mate. According to the
[11] new regulations.
[12]  Q: So the present license, the present
[13] licenses, you can sail in the second or third
[14] officer?
[15]  A: Yes. The license, it's on this
[16] moment, it's watch officer. It's not third mate
[17] or second mate. Watch officer.
[18]  Q: Thank you. Thank you.
[19] Now, before you got the license, I
[20] want you to tell me a little bit about your
[21] schooling. You don't have to go into great
[22] detail.
[23]     You went to grammar school and what
[24] other schooling?
[25]  A: Five years. My time now Maritime

Page 9

**A. Calimanescu**

[1]
[2] Academy.
[3]  Q: What five years?
[4]  A: Of school.
[5]  Q: Yes, 19 what?
[6]  A: '91 to '96.
[7]  Q: Okay.
[8] And have you had any more schooling
[9] or training since 1996?
[10]  A: I take courses on the — under the
[11] National Maritime Authority. I take courses to
[12] extend the license and the seaman book.
[13]  Q: All right.
[14] When was your first ship?
[15]  A: First ship in 1996.
[16]  Q: And what was your rating? Third
[17] officer?
[18]  A: Third officer.
[19]  Q: What was the name of the ship?
[20]  A: SAMMARINA II.
[21]  Q: What kind of ship?
[22]  A: Cargo ship. Bulk carrier.
[23]  MR. HEALEY: Is his sea record
[24] in there?
[25]  MR. WIEGEL: Yes. Yes.

Page 10

**A. Calimanescu**

[1]
[2]  MR. HEALEY: Although it's
[3] primarily in —
[4]  MR. WIEGEL: Another language?
[5] The names of the ships will be easily
[6] identified, but just, you know, the
[7] rest of it is — most of it's in
[8] Rumanian. You can identify the ships
[9] from it.
[10]     The last two or three pages.
[11]     (Discussion off the record.)
[12]  Q: I want you to tell me about your sea
[13] history, and this will help me follow. Let's do
[14] it this way.
[15]     Is this two pages —
[16]  MR. WIEGEL: Two-page
[17] document, yes.
[18]  Q: I'm showing you — I want you to
[19] look at that and tell me if that's an accurate
[20] record of all your ships?
[21]  A: Yes.
[22]  Q: I mean, that's your whole sea
[23] history on there?
[24]  A: Yes.
[25]  MR. HEALEY: Now we better

Page 11

**A. Calimanescu**

[1]
[2] mark that.
[3]  MR. WIEGEL: Well you started,
[4] by your choice, you did Kowalewski and
[5] No. 1 so probably do Calimanescu
[6] No. 1.
[7]     (Whereupon, Document issued by
[8] Authoritatea Navala, the Rumanian
[9] Naval Authority, was marked as
[10] Calimanescu Exhibit 1 for
[11] identification, as of this date.)
[12]  Q: Is this something that the Rumanian
[13] Maritime Authority has issued?
[14]  A: Yes.
[15]  Q: I see it says "Authoritatea Navala."
[16] That means the Rumanian Naval Authority; is that
[17] right?
[18]  A: Yes.
[19]  Q: This is accurate, all the ships —
[20]  A: Yes, ship's registry.
[21]  Q: And now, what kind of ship was the
[22] NORASIA ALYA?
[23]  A: Container vessel.
[24]  Q: All right.
[25] And when was the first time that you

Page 12

[1]                    A. Calimanescu
[2] sailed as an officer on a container vessel?
[3]   A: In 2002.
[4]   Q: Is that this the name COLUMBUS
[5] CHILE?
[6]   A: COLUMBUS, yes.
[7]   Q: And did you continue to serve on
[8] container vessels after that?
[9]   A: Still am.
[10]   Q: Again, I'm still looking at Rumanian
[11] document which we marked as No. 1. You can simply
[12] explain.
[13]   I can see the name of the vessel.
[14] It says what I believe would be your function on
[15] board; is that what that means in English?
[16]   A: Yes.
[17] Which number?
[18]   Q: And you're going to have to just
[19] tell me, I assume this is Rumanian, "Ofiter De
[20] Punte Maritim."
[21]   What does that mean in English?
[22]   A: Deck officer.
[23]   Q: Okay. All right.
[24] And still looking at this exhibit
[25] No. 1, we do list your service on the NORASIA

Page 13

[1]                    A. Calimanescu
[2] ALYA, right?
[3]   A: Yes.
[4]   Q: So you made — I'm looking. There
[5] was the one time on board from looks like
[6] February 17th, 2004 until what is that
[7] September 25th, 2004?
[8]   A: Yes.
[9]   Q: That was your whole time on board
[10] the NORASIA ALYA?
[11]   A: Yes.
[12]   Q: Who was the master?
[13]   A: Captain Kowalewski.
[14]   Q: Had you sailed with him at any other
[15] time before this?
[16]   A: COLUMBUS CHILE.
[17]   Q: And did you ever sail with the
[18] captain after the NORASIA ALYA?
[19]   A: Yes, on CSAV RIO TRANCURA.
[20]   Q: Okay.
[21] And now you said the CSAV RIO
[22] TRANCURA I see that.
[23]   Who was the company that you — who
[24] owned the NORASIA ALYA?
[25]   A: Peter Doehle.

Page 14

[1]                    A. Calimanescu
[2]   Q: And these other vessels after the
[3] NORASIA ALYA, the CSAV RIO TRANCURA, you have the
[4] ANTILLANCA, ARIANA.
[5]   Are those Peter Doehle ships?
[6]   A: Yes.
[7]   Q: You're still working for Peter?
[8]   A: Yes.
[9]   Q: So you're steady with that company?
[10]   A: Yes.
[11]   Q: I can't get this one. PETROHUE?
[12]   A: Yes. PETROHUE.
[13]   Q: Okay.
[14] And as you said, you were also the
[15] deck officer on all those vessels?
[16]   A: Yes.
[17]   Q: That's a watch standing —
[18]   A: Watch standing, yes.
[19]   Q: — position?
[20]   A: Yes. Watch officer.
[21]   Q: I'm going to be referring to the
[22] NORASIA ALYA logbook, so we'll wait and give you a
[23] copy to look at.
[24]   MR. WIEGEL: Which one?
[25]   MR. HEALEY: May 22nd, 2004.

Page 15

[1]                    A. Calimanescu
[2]   MR. WIEGEL: Just so the
[3] record is clear, that particular entry
[4] is located in Logbook No. II, which
[5] was previously marked as Kowalewski
[6] Exhibit No. 2, and we have the
[7] original logbooks here available.
[8]   MR. HEALEY: That's right.
[9] But we know the copies are accurate.
[10] We can work —
[11]   MR. WIEGEL: Just in case he
[12] can't read the reduced one.
[13]   MR. HEALEY: All right.
[14]   Q: Now leave it there, but before we —
[15] now this — this May 22nd, 2004 segment of the
[16] vowage, that started in Hamburg, right?
[17]   A: Yes.
[18]   Q: And you were heading for Port
[19] Elizabeth in New York; is that correct?
[20]   A: Yes.
[21]   Q: Before sailing, before the vessel
[22] left Hamburg, did you, see, at all make an
[23] inspection of the outside of the vessel, the hull,
[24] walk around the ship?
[25]   A: No.

Page 16

                    *A. Calimanescu*

[1]
[2]  **Q:** Do you know if anybody did?
[3]  **A:** I don't know.
[4]  **Q:** All right. All right.
[5]  In leaving Hamburg, were there tugs
[6]  used? Do you know? I mean, if you have a
[7]  recollection, tell me; if you don't, let's not
[8]  guess.
[9]  **A:** I don't know.
[10] **Q:** Okay. All right.
[11] Now, the vessel -- and you can now
[12] refer in the logbook, arrived — you checked at
[13] Port Elizabeth on the 23rd of May, 2004; is that
[14] correct?
[15] **A:** Yes.
[16] **Q:** All right.
[17] And are you aware, see, of an
[18] investigation being conducted aboard the vessel on
[19] that date? US Coast Guard?
[20] **A:** Yes.
[21] **Q:** Coast Guard people came aboard; is
[22] that correct?
[23] **A:** Correct.
[24] **Q:** All right.
[25] Did they speak to you, the Coast

Page 17

                    *A. Calimanescu*

[1]
[2]  Guard people?
[3]  **A:** After talking with the captain.
[4]  **Q:** All right.
[5]  And no big talk with you, the Coast
[6]  Guard dealt with the captain is your recollection;
[7]  is that correct?
[8]  **A:** Yes.
[9]  **Q:** Now are you aware — were there
[10] lawyers on board also, May 23rd at Port Elizabeth
[11] as part of the investigation?
[12] **A:** Yes.
[13] **Q:** Can you name these lawyers? Did you
[14] get their names, or is it entered any place?
[15] **A:** It's Singleton.
[16] **Q:** Did you speak to Mr. Singleton at
[17] this time at Port Elizabeth?
[18] **A:** After talking with the captain, all
[19] the people, all the deck officers.
[20] **Q:** We'll cut right through this,
[21] Mr. Calimanescu. I want to know if whether or not
[22] there was anything written down about — you know,
[23] did you give a statement, did you give a writing
[24] to Mr. Singleton?
[25] **A:** I don't remember. I think, no.

Page 18

                    *A. Calimanescu*

[1]
[2]  **Q:** All right. All right.
[3]  Now, do you know, did you see during
[4]  this investigation the Coast Guard and some other
[5]  people in the ship, including the captain, went in
[6]  a boat around the vessel?
[7]  **A:** No. I see the Coast Guard boat only
[8]  around the...
[9]  **Q:** All right. All right.
[10] One of these small Coast Guard
[11] boats; is that what you're talking about?
[12] **A:** Yes. I saw on the pier going
[13] forward.
[14] **Q:** All right. I don't have a
[15] picture — do you — did you observe — never mind
[16] the boat now. Did you observe the condition of
[17] the hull of the NORASIA ALYA at this time during
[18] the investigation?
[19] **A:** After everybody was going forward, I
[20] go to look why is going forward. Everybody go
[21] forward.
[22] **Q:** Let me see what I'm looking at here,
[23] it may make it hopefully clearer.
[24] Now these are pictures and this was
[25] marked Kowalewski No. 1. We used these with the

Page 19

                    *A. Calimanescu*

[1]
[2]  captain when we took his deposition.
[3]  First of all, take a look at that.
[4]  Do you see the picture?
[5]  **A:** Yes.
[6]  **Q:** Can you identify that?
[7]  **A:** Yes, hull.
[8]  **Q:** Is that the NORASIA ALYA, the big
[9]  ship there sitting there?
[10] **A:** Can be.
[11] **Q:** Do you know who's that in the
[12] picture, the man with his back to you? If you
[13] know; don't guess.
[14] **A:** I don't know.
[15] **Q:** Okay. Now, Kowalewski No. 2, take a
[16] look at this. All right.
[17] Can you identify that as the forward
[18] section of the hull of the NORASIA ALYA?
[19] **A:** Can be.
[20] **Q:** Color's the same?
[21] **A:** Color is the same.
[22] **Q:** Look at that.
[23] **A:** Yes.
[24] **Q:** And No. 3, take a look at that,
[25] Chief. Now do you see that one?

Case 7:06-cv-01694-JSG   Document 39-12   Filed 05/01/09   Page 7 of 31

ADRIAN CALMANESCU
September 12, 2007

ADRIAN CALMANESCU v.
STEPSKI v.
THE M/V NORASIA

Page 20

A. Calimanescu

[1]
[2] A: Yes.
[3] Q: Again, does that look like the front
[4] of the NORASIA ALYA?
[5] A: Color's the same.
[6] Q: Now here's the question:
[7] Do you see on that picture, I know
[8] the colors the same and all that, there seems to
[9] be kind of a — for lack of a better word —
[10] A: Pointing.
[11] Q: Yes, you got your finger on it.
[12] A: A scrapping.
[13] Q: A scraping, a scratch.
[14] Now, do you recall if the NORASIA
[15] ALYA had scratches on her hull like that at Port
[16] Elizabeth?
[17] A: I don't remember.
[18] Q: If you know, at Hamburg, did the
[19] NORASIA ALYA have scratches on the hull like shown
[20] on picture No. 3?
[21] A: I don't know.
[22] Q: You don't know. All right.
[23] At Port Elizabeth when you docked,
[24] the NORASIA ALYA has bow thrusters; doesn't it?
[25] A: Yes.

Page 21

A. Calimanescu

[1]
[2] Q: At Port Elizabeth on the 23rd, were
[3] the bow thrusters used to come alongside?
[4] A: I don't remember.
[5] Q: Do you remember whether or not there
[6] were tugboats assisting the docking?
[7] A: I don't.
[8] Q: Go ahead, take a look at the
[9] logbook.
[10] Does that show us anything?
[11] A: If it's —
[12] Q: I understand that.
[13] A: But I see nothing. No writing.
[14] Q: Now, on the voyage from Hamburg to
[15] Port Elizabeth, see, are you aware of any
[16] incidents where the NORASIA ALYA struck something
[17] in the water?
[18] A: No.
[19] Q: Now, I want to get some idea of your
[20] general duties, not May 22nd, general duties on
[21] the NORASIA ALYA.
[22] As you said, under your license you
[23] were a watch officer. And that was your position
[24] on the NORASIA ALYA; was it not?
[25] A: Yes, correct.

Page 22

A. Calimanescu

[1]
[2] Q: Now, were you assigned to specific —
[3] hours for your watch?
[4] A: Yes, 8 to 12.
[5] Q: And that would be what, I mean just
[6] in the morning?
[7] A: In the morning, 8 to 12
[8] Q: To noon?
[9] A: To noon, and 2000 to 2400.
[10] Q: Which is eight at night to midnight?
[11] A: Yes.
[12] Q: Now, during your watch hours
[13] where would you be positioned?
[14] A: On the bridge.
[15] Q: Always on the bridge?
[16] A: Always on the bridge.
[17] Q: And your watch, 8 to 12, what were
[18] was in it besides yourself? Were there other
[19] people regularly assigned?
[20] A: Helmsman.
[21] Q: A helmsman?
[22] A: Right.
[23] Q: He's a seaman?
[24] A: Seaman. AB. AB seaman
[25] Q: So under normal functions, from 800

Page 23

A. Calimanescu

[1]
[2] to 1200 would be the watch officer and that's you?
[3] A: Yes.
[4] Q: And a helmsman?
[5] A: Yes.
[6] Q: And what's the helmsn an regular job?
[7] A: Lookout.
[8] Q: Okay.
[9] On the voyage from Hamburg to New
[10] York — I don't know whether this is a good
[11] question — but did you run on automatic pilot the
[12] whole time?
[13] A: Yes.
[14] Q: So what — when we say "the
[15] helmsman," he's not engaged actually in steering
[16] the vessel, correct?
[17] A: No.
[18] Q: You got her on automatic pilot?
[19] A: Automatic pilot.
[20] Q: And if an adjustment is going to be
[21] made to the automatic pilot to alter course —
[22] A: Yes.
[23] Q: — do you know how that is done?
[24] A: Yes.
[25] Q: Would you do that if it was required

Page 24

*A. Calimanescu*

[1]
[2] during your watch?
[3]     **A:** Yes.
[4]     **Q:** Tell me how that's done?
[5]     **A:** Have automatic pilot, have the — in
[6] case of emergency, use the tiller, what have
[7] automatic knob, automatic knob.
[8]     **Q:** I mean, we're talking and you're
[9] gesturing.
[10]     **A:** Adjusting.
[11]     **Q:** Something that you're showing that
[12] fits in your hand?
[13]     **A:** Yes.
[14]     **Q:** Small like?
[15]     **A:** No, one wheel. Small knob. You
[16] turn to the left or the right.
[17]     **Q:** So it can be done by hand, not
[18] talking about the great big wheel that we used to
[19] see?
[20]     **A:** Right.
[21]     **Q:** So to make the adjustment, you will
[22] handle that knob, that wheel, turn it.
[23]     Now, how — is there a read out some
[24] place there in the area that's showing you your
[25] course?

Page 25

*A. Calimanescu*

[1]
[2]     **A:** Yes.
[3]     **Q:** And that will show it in numbers,
[4] right?
[5]     **A:** Yes.
[6]     **Q:** Now, to alter course as we're
[7] talking about, the vessel remains on automatic
[8] pilot?
[9]     **A:** Yes.
[10]     **Q:** But with this device you've
[11] described to us, see, the watch officer, see, can
[12] just move this, and I assume you wait until the
[13] numbers comes up that you want you look at your
[14] screen?
[15]     **A:** No.
[16]     **Q:** How do you tell when you get to —
[17]     **A:** The automatic pilot have two
[18] screens; one to set, and one to show the heading.
[19] You set a new course and automatic — the vessel
[20] is turning automatic to the new sailing on the new
[21] course.
[22]     **Q:** That's all I'm trying to get: Is
[23] you have to — you're going to decide that you're
[24] going to alter course a few points, right?
[25]     **A:** It's on the voyage planning.

Page 26

*A. Calimanescu*

[1]
[2]     **Q:** Oh, it's on the voyage planning?
[3]     **A:** When need to alter, the course has
[4] the waypoint to alter the course to the new
[5] course, and this point we alter the course to the
[6] new setting.
[7]     **Q:** That's done, the altering of the
[8] course, see, is done, as you've already explained,
[9] with this — just this wheel. Watch officer on
[10] deck does something?
[11]     **A:** Yes.
[12]     **Q:** All I'm saying is, you turn the
[13] wheel somewhat, right?
[14]     **A:** Yes.
[15]     **Q:** All I'm trying to say, is there
[16] something on the wheel or some kind of read out in
[17] front of you that you can see when you've gotten
[18] to the course you want?
[19]     If you're on heading, just pick an
[20] easy one, on a heading of a hundred degrees —
[21]     **A:** Yes.
[22]     **Q:** — you want to go to a hundred
[23] ten —
[24]     **A:** Yes.
[25]     **Q:** — you're going to change the wheel?

Page 27

*A. Calimanescu*

[1]
[2]     **A:** Yes.
[3]     **Q:** How do you know when you got to the
[4] hundred ten?
[5]     **A:** The finger is coming to a hundred
[6] ten. You alter the course, the setting, the new
[7] course 110, and the rudder is moving and coming to
[8] the new course and the rudder is responding the
[9] midship.
[10]     **Q:** And I'm just trying to say —
[11]     **A:** It's indicated.
[12]     **Q:** So you watch the indicator, you get
[13] where you want to go and then you just keep going?
[14]     **A:** Yes.
[15]     **Q:** And that ship will remain on that
[16] new course until you make another adjustment?
[17]     **A:** Yes.
[18]     **Q:** And as you've said, if I understand
[19] you correctly, this is all done by the watch
[20] officer, you don't have to have the helmsman
[21] involved or anything; is that right?
[22]     **A:** For the lookout.
[23]     **Q:** No, no, in altering the course.
[24]     **A:** No.
[25]     **Q:** You, the watch officer, by just

ADRIAN CALMANESCU
September 12, 2007

STEP... v.
THE M/V NORASIA

---

Page 28

[1] A. Calimanescu
[2] making the turn and seeing when you got on your
[3] heading, you do that by yourself with this simple
[4] maneuver?
[5] A: Yes.
[6] Q: Now, you mentioned the — the
[7] helmsman, see, and you keep saying also he's the
[8] lookout.
[9] A: Lookout.
[10] Q: Does he have any other functions?
[11] A: Case of emergency, hand steering.
[12] In emergency, hand steering.
[13] Q: So he is the man, if you go to hand
[14] steering —
[15] A: Take the hand steering.
[16] Q: You will not, the watch officer will
[17] not take the hand steering, you got the helmsman
[18] for that purpose?
[19] A: For this purpose, yes,.
[20] Q: So we got during at least the 0800
[21] to 1200 watch, normal make up on the bridge on
[22] this ship would be you, third officer —
[23] A: Yes.
[24] Q: — and an AB.
[25] Who was the AB; do you remember,

Page 29

[1] A. Calimanescu
[2] A: Same guy all the time. Monthly it's
[3] changed.
[4] Q: It changes?
[5] A: Monthly.
[6] Q: But 0800 — 0800 to 1200 you were
[7] always the watch officer?
[8] A: Correct.
[9] Q: And you have an AB up there but he
[10] could be a different fellow?
[11] A: Yes.
[12] Q: Now from — let me ask you this:
[13] You're heading into New York, had
[14] you been been in New York, the Port of New York
[15] before this?
[16] A: Yes.
[17] Q: And you can check the logbook if you
[18] need. On the 22nd of May, all right, say from
[19] about — we'll just pick when you came on — at
[20] 0800 was the vessel in a safety free way —
[21] fairway?
[22] A: Yes.
[23] Q: What is that safety fairway?
[24] A: It's a traffic separation special to
[25] reach Ambrose light house.

Page 30

[1] A. Calimanescu
[2] Q: I mean by coordinates it's marked?
[3] A: It's marked.
[4] Q: So that a vessel sailing by checking
[5] the coordinates you stay in the inbound lane when
[6] you're heading for Ambrose, right?
[7] A: Yes
[8] Q: When you say it's a safety fairway,
[9] all inbound traffic is in one lane, correct?
[10] A: In and out another lane.
[11] Q: All right. But what I'm saying,
[12] there is a lane for inbound and there's another
[13] lane for outbound?
[14] A: Outbound.
[15] Q: You don't have one lane with ships
[16] just going around —
[17] A: No
[18] Q: — all the same way?
[19] Now, normally, is there any
[20] requirement for a vessel to use the safety fairway
[21] coming into New York?
[22] A: I don't remember.
[23] Q: I mean, Coast Guard regulation,
[24] that's what I want to know first of all.
[25] Do you know if there are any US

Page 31

[1] A. Calimanescu
[2] regulations —
[3] A: Yes.
[4] Q: — requiring a vessel under ordinary
[5] circumstances — I'm not talking about emergency,
[6] under ordinary circumstances — to use the safety
[7] fairway to enter the port to go to Ambrose?
[8] A: I don't know. Don't remember.
[9] A: All right.
[10] Now, how many times before this were
[11] you in the Port of New York?
[12] A: For one time.
[13] A: Just one time.
[14] Were you familiar at all with the
[15] volume of traffic, you know, how many ships use
[16] these fairways into New York?
[17] A: No.
[18] Q: Were you familiar with whether or
[19] not there were any fishing grounds alongside of
[20] the fairway at certain spots? I'm not saying all
[21] the way, I'm saying at certain spots would you
[22] pass through fishing grounds?
[23] A: No.
[24] Q: No, or you don't know?
[25] A: I don't know.

Page 32

A. Calimanescu

[2] Q: I have here, I'm not going to go
[3] through it, just kind of give you what I'm talking
[4] about, a book that Mr. Gargan gave me, because I
[5] didn't know what I was talking about, he said
[6] there's a book called "The Coast Pilot," he showed
[7] me. I'm just showing it to you.
[8]     Are you familiar with this kind of
[9] information book?
[10] A: Not of this, no.
[11] Q: Not this one, but I said are you
[12] familiar with this type of book that supplies
[13] mariners with —
[14] A: Yes, we have.
[15] Q: — local information?
[16] A: Yes.
[17] Q: What book are you familiar with?
[18] A: Have on board a list of radio signals. I have all the books and the public —
[20] US publication.
[21] Q: Can you identify? Do you know, does
[22] that identify for you? Can you give me the name?
[23] Can you identify this publication, this book I
[24] guess we call it, that you had on the NORASIA ALYA
[25] that would give you local information?

Page 33

A. Calimanescu (NORASIA ALYA)

[2] A: By name, no I
[3] Q: Sailing —
[4] A: Sailing direction, Pilot Book.
[5] Sailing Direction.
[6] Q: Sailing Direction, Pilot Book —
[7] That's all I'm trying to get, generally speaking
[8] now.
[9]     On the NORASIA ALYA, on this voyage
[10] then, there was some kind of Sailing Directions
[11] Pilot Book?
[12] A: Yes.
[13] Q: And there was a Sailing Direction
[14] Pilot Book for information about entering the Port
[15] of New York?
[16] A: What?
[17] Q: And was that kept on the bridge? Do
[18] you know? Where was it? Was it available?
[19] A: What?
[20] Q: Let me withdraw the question.
[21]     We're talking about — we'll just
[22] call it the sailing directions book. Now, you
[23] told me there was one on the NORASIA ALYA.
[24]     Was it available to the —
[25] A: Yes.

Page 34

A. Calimanescu

[2] Q: — for the watch officer?
[3] A: Yes, you may use,
[4] you may use, periodically now, at any time,
[5] you can on there everytime from everything, look at the
[6] sailing direction book for information as to
[7] local conditions entering the Port of New York?
[8]
[9]     you can look
[10]
[11] information in there about areas where fishing
[12] vessels could be found?
[13]
[14] A: I don't remember.
[15] Q: You don't remember.
[16]     Did anybody tell you — let me
[17] withdraw that.
[18] specifically that at certain points you would be
[19] going through fishing areas?
[20] Q: Did the captain ever tell you?
[21] A: Yes.
[22] Q: He did tell you that?
[23] A: Yes.
[24] Q: That's all I'm asking about.
[25] So as far as you know, the captain

Page 35

A. Calimanescu

[2] was aware that in approaching Ambrose you might be
[3] going past fishing areas?
[4] A: Yes.
[5] Q: Did he give you any specific
[6] instructions as to what you should do when you
[7] were in the safety fairway near fishing areas?
[8] A: To confirm him to come on bridge on the
[9] entrance of the safety fairway.
[10]     Did anybody tell you — let me
[11] Now, as — now, I'm still jumping
[12] around about general stuff now so...
[13]     The logbook that you and I are now
[14] looking at together, if you look at — and this is
[15] just for the — I want you to tell me the general
[16] procedure for keeping the logbook, and we can look
[17] at the May 23rd date, if I can find it. That's at
[18] the beginning; isn't it?
[19]     MR. WIEGEL: The May 23rd is
[20] daily pages starting with page 4.
[21]     MR. HEALEY: All right.
[22] Q: Are you with me?
[23] A: Yes.
[24] Q: What I'm looking at is the deck
[25] logbook, and it normally is two pages. And I've

Page 36

A. Calimanescu

[1]
[2] got the one that has the date Saturday 22 May,
[3] 2004.
[4]   Are you with me?
[5]   A: Yes.
[6]   Q: Now again, just generally speaking,
[7] see, there is — oh, here — on what is numbered
[8] page 3, there is a section, as I check the time,
[9] that covers 0800 to noon.
[10]   A: 800, yes.
[11]   Q: That would be when you were on?
[12]   A: Yes.
[13]   Q: Okay.
[14] Now, there was some entries in
[15] there. Who made those entries on the 0800 to 12?
[16]   A: Me.
[17]   Q: You.
[18] Now, is that the normal practice —
[19]   A: Yes.
[20]   Q: — that the watch officer would make
[21] the entries for events during his duty time?
[22]   A: Only the watch officer.
[23]   Q: Only the watch officer.
[24]   Q: Now, you told me again generally, so
[25] don't look at page 22 at this time.

Page 37

A. Calimanescu

[1]
[2]   But were there any standing orders,
[3] captain's orders, ship's orders, as to certain
[4] entries that should be made if the vessel is in
[5] restricted visibility, fog? Should — was it to
[6] be noted by the watch officer — first of all, the
[7] visibility?
[8]   A: Visibility.
[9]   Q: And was it also required, see, if
[10] the visibility dropped to a very low point?
[11]   A: Yes, 4 miles to call the captain.
[12]   Q: And I note in here, and was it also
[13] required that the watch officer should log bad
[14] visibility, and he should log master notified, all
[15] right?
[16]   Those were standing orders?
[17]   A: Yes.
[18]   Q: And is it correct and I have — you
[19] don't have to go on this, I'm just helping myself.
[20]   I note during area and times of bad
[21] visibility that the watch officer would note the
[22] lookout situation. There are entries made, see,
[23] there is a lookout posted at the fo'c'sle.
[24]   MR. WIEGEL: Object to form.
[25]   MR. HEALEY: What?

Page 38

A. Calimanescu

[1]
[2]   MR. WIEGEL: Object to form.
[3]   Q: At times there are entries in your
[4] logbook as to where lookouts are posted; are you
[5] aware of that?
[6]   If you don't understand, tell me.
[7]   MR. WIEGEL: Object to the
[8] form.
[9]   Which question would you like
[10] him to answer? There's two questions.
[11] You asked him — he hasn't given an
[12] answer to either one.
[13]   MR. HEALEY: Maybe I should
[14] withdraw them both and start again.
[15]   MR. WIEGEL: Okay.
[16]   Q: Go to the logbook for 16 June, and
[17] again, I believe it's your watch 0800?
[18]   A: Yes.
[19]   Q: Those are your entries?
[20]   A: Yes.
[21]   Q: You have here "restricted
[22] visibility," correct?
[23]   A: Yes.
[24]   Q: Master on the bridge?
[25]   A: Yes.

Page 39

A. Calimanescu

[1]
[2]   Q: You've already told me, see, your
[3] regular standard practice for keeping the logbook
[4] you were supposed to enter those things —
[5]   A: Yes.
[6]   Q: — and you did.
[7] That's what you're supposed to do.
[8] And you also have noted in here,
[9] see, something about your fog signal automatic
[10] set.
[11]   Do you see that?
[12]   A: Yes.
[13]   Q: Read it to me?
[14]   A: Yes. Sound fog signal on automatic
[15] mode.
[16]   Q: All right. And all I'm getting at,
[17] see, this was the standard practice for keeping
[18] the log. That you're going to put your automatic
[19] fog signal on. The watch officer would note it;
[20] is that correct?
[21]   A: It's not in the standing order.
[22]   MR. WIEGEL: Object to the
[23] form.
[24]   Go ahead, you can answer.
[25]   A: It's not in the standing order.

Page 40

A. Calimanescu

[1]
[2]   Q: Was it the regular practice that
[3]   you, keeping the logbook, see, to note if the
[4]   automatic fog signal was activated?
[5]   A: Can be normal.
[6]   Q: Well, let's say your practice. If
[7]   during your watch, see, bad visibility, master
[8]   comes up, master tells you, activate the fog
[9]   signal, right?
[10]  A: Yes.
[11]  Q: Was it your regular practice to
[12]  enter that in the logbook?
[13]  A: It is normal procedure in the
[14]  restricted visibility, start the fog signal,
[15]  inform the master and additional lookout. This is
[16]  normal procedure.
[17]  Q: All right, I understand.
[18]  A: No need to write.
[19]  Q: I think I understand you.
[20]  What you're saying, your procedure
[21]  in restricted visibility, your regular procedure,
[22]  notify the master —
[23]  A: Yes.
[24]  Q: — activate the fog signal —
[25]  A: Signal.

Page 41

A. Calimanescu

[1]
[2]   Q: — and post —
[3]   A: Lookout.
[4]   Q: — post appropriate lookout.
[5]   A: Change the radar range. It's normal
[6]   procedure.
[7]   Q: I understand that in restricted
[8]   visibility you tell me when it's normal procedure.
[9]   And if you understand what I'm
[10]  saying, and was it also normal procedure to note
[11]  in the logbook that you had done these things?
[12]  And we're looking still just, if you know what I'm
[13]  talking about, 16 June entries?
[14]  A: Yes.
[15]  Q: In there, see Mr. Calimanescu, you
[16]  have noted all those things. You've noted the
[17]  master notified, right? You had noted that the
[18]  fog signal is activated. You have noted that
[19]  lookouts are posted. You've told me that's the —
[20]  your normal procedure in restricted visibility to
[21]  do those things. I understand you.
[22]  Now, you understand what I'm saying,
[23]  one more thing, and was it also normal procedure
[24]  on the NORASIA ALYA to make entries in the logbook
[25]  that you had done what you're supposed to do?

Page 42

A. Calimanescu

[1]
[2]   A: It's not right to be compulsory to
[3]   write it.
[4]   Q: I understand that. I didn't say
[5]   compulsion. I'm saying was it your normal
[6]   procedure, I mean would you usually put it in the
[7]   logbook that those things were done?
[8]   A: Usually, yes,.
[9]   Q: Do you know whether other watch
[10]  standers would follow the same — let me withdraw
[11]  that.
[12]  This procedure that you just told us
[13]  about, notify the captain, fog horn, lookouts,
[14]  see, that wasn't just you, that was the standing
[15]  orders on the ship; wasn't it?
[16]  A: Yes. This is —
[17]  Q: Every watch officer was required to
[18]  do the same thing?
[19]  A: Yes.
[20]  Q: So every watch officer would be
[21]  required to tell the captain, right?
[22]  A: Yes.
[23]  Q: Automate the fog horn?
[24]  A: Yes.
[25]  Q: Get proper lookouts?

Page 43

A. Calimanescu

[1]
[2]   A: Yes.
[3]   Q: See, and again I know it's not
[4]   compulsory, but I'm saying do you know whether the
[5]   other watch standers would also make, you know, as
[6]   part of their regular practice, entries in the
[7]   logbook that it was done?
[8]   A: I don't know.
[9]   Q: Okay. Okay.
[10]  Now, we'll look again May 23rd. I'm
[11]  going back to that date again.
[12]  MR. WIEGEL: You said May 23?
[13]  Did I hear you correctly.
[14]  MR. HEALEY: Yes, you did and
[15]  I was wrong. So go to May 22nd.
[16]  MR. WIEGEL: May 22. Okay.
[17]  Q: Now, again, on that date there's an
[18]  entry in there at 0430 concerning second officer
[19]  Jankowski. Do you see that? 0430?
[20]  A: Yes.
[21]  Q: See what I'm getting, that's 0430,
[22]  that's not your watch.
[23]  A: No.
[24]  Q: Were you on the bridge at all during
[25]  this incident?

Page 44

A. Calimanescu

[1]
[2] A: I was not on the bridge.
[3] Q: Okay.
[4] There's an 0430 entry that says,
[5] "Second officer Jankowski during the watch was
[6] facing restricted visibility," et cetera, et
[7] cetera.
[8] Who put that entry in there; do you
[9] know?
[10] A: Captain.
[11] Q: Okay. That's the captain's entry.
[12] And you you came on at 0800?
[13] A: Yes.
[14] Q: With a helmsman?
[15] A: I was on the bridge. Was on the
[16] bridge helmsman.
[17] Q: You came with the helmsman?
[18] A: Yes.
[19] Q: Now, when you came on the bridge at
[20] 0800, see, was the captain there?
[21] A: Yes.
[22] Q: Was the helmsman —
[23] A: Yes.
[24] Q: — discharged at some point while
[25] the captain was there?

Page 45

A. Calimanescu

[1]
[2] A: Captain?
[3] Q: Captain Kowalewski's testimony, as
[4] best I recall, we can check it, was that from 0800
[5] on there were only two people on the bridge, see,
[6] the watch officer and himself.
[7] Is that your recollection that from
[8] 0800 to 1200 the helmsman had been discharged and
[9] it was just you and the captain?
[10] A: I don't remember.
[11] Q: Okay.
[12] Again, looking at May 22nd, see,
[13] there are — there's a heading, see?
[14] A: Yes.
[15] Q: Printed in the logbook says
[16] "Lookout". Do you see it?
[17] A: Lookout, yes.
[18] MR. WIEGEL: For the record,
[19] Mr. Healey is referring to column 21
[20] in the logbook that says "Lookout" so
[21] it's clear.
[22] MR. HEALEY: Yeah, you're
[23] right. I couldn't read that number,
[24] frankly, until you told me about it.
[25] Q: Column 21 says "Lookout".

Page 46

A. Calimanescu

[1]
[2] Okay, now in column 21, see, from
[3] the midnight to four, there's a name there. It
[4] says it looks likes AB —
[5] A: Felias.
[6] MR. WIEGEL: F-E-L-I-A-S.
[7] Q: He was the lookout.
[8] You see also the helmsman during
[9] that watch, midnight to four in the morning?
[10] A: Helmsman.
[11] Q: That's what I said. He was —
[12] A: Helmsman.
[13] Q: He was the helmsman and the lookout.
[14] Now, I see then again now under
[15] column 21, in fact, it spreads over into column 22
[16] there's another name for a lookout, it says "DC,"
[17] is that deck cadet?
[18] A: Yes.
[19] Q: And that's that German name?
[20] MR. WIEGEL: I'll spell it,
[21] V-O-E-L-C-H-N-E-R.
[22] Q: So he is listed in there as the
[23] watch officer and that's from 4 to 8. He writes
[24] in the lookout.
[25] Who is that watch officer; do you

Page 47

A. Calimanescu

[1]
[2] know?
[3] A: Chief mate.
[4] Q: And the next — and the next bit of
[5] entries here are your watch?
[6] A: Yes.
[7] Q: No lookout is listed?
[8] A: That means no lookout.
[9] Q: So there wasn't any lookout assigned
[10] at this point.
[11] A: Yes, correct.
[12] Q: Now, what I'm asking, if you don't
[13] remember, I don't want you to guess.
[14] After we've gone all over this, is
[15] it — do you remember that the only two people on
[16] the bridge from 0800 to noon, 1200, were you, the
[17] watch officer, and Captain Kowalewski?
[18] A: I don't remember.
[19] Q: You don't remember.
[20] Now, the captain logged second
[21] officer Jankowski for failing to call him to the
[22] bridge, correct?
[23] A: Correct.
[24] Q: The general procedure on this
[25] NORASIA ALYA when you got into bad visibility you

Page 48

A. Calimanescu

[1]
[2] had to call the captain?
[3]     A: Correct.
[4]     Q: And the reason was because bad
[5] visibility can create certain dangers?
[6]     A: Correct.
[7]     Q: And you need the captain there, see,
[8] to tell you what to do in a dangerous situation,
[9] correct?
[10]     A: Correct.
[11]     Q: And when you came up on your watch
[12] at 0800, see, and it's noted in here, there was
[13] still a dangerous situation, correct?
[14]     A: Correct.
[15]     Q: The visibility was, and I have
[16] trouble reading the numbers, but it just says
[17] "restricted visibility." You take a look.
[18]     Did you ever estimate how far the
[19] visibility was?
[20]     A: Less 0.1 nautical miles.
[21]     Q: 0.1. And that is very restricted
[22] visibility; isn't it?
[23]     A: Of course.
[24]     Q: And proceeding through visibility,
[25] if you don't know now, listen, I'm not asking you

Page 49

A. Calimanescu

[1]
[2] to guess, but as a mariner with a license, you
[3] sail, proceeding in that kind of visibility
[4] creates certain dangers that have be to be taken
[5] care of; don't they?
[6]     A: Correct.
[7]     Q: When the captain came up, what was
[8] the speed of the vessel, the NORASIA ALYA?
[9]     MR. WIEGEL: Object to form.
[10]     MR. HEALEY: Let me correct
[11] it.
[12]     MR. WIEGEL: He wasn't on the
[13] bridge.
[14]     Go off the record.
[15]     MR. HEALEY: Fair enough.
[16]     (Discussion off the record.)
[17]     BY MR. HEALEY:
[18]     Q: At 0800 when you came on your watch,
[19] see, what was the speed of the NORASIA ALYA?
[20]     A: According to the IS, 22 knots.
[21]     Q: And — what is generally the top
[22] speed of the NORASIA ALYA?
[23]     A: Twenty-four knots.
[24]     Q: All right.
[25] And did the captain issue — first

Page 50

A. Calimanescu

[1]
[2] of all, did the captain while he was there do
[3] anything to alter the speed of the NORASIA ALYA?
[4]     A: Not with a reason.
[5]     Q: Well, did he or did he not? Did he
[6] go faster or did you slow down?
[7]     A: Not alteration. Maintain the speed.
[8]     Q: Just kept going at 22 knots?
[9]     A: Yes.
[10]     Q: That's all I'm asking.
[11] So you understand, I'm not asking
[12] you to tell me why or what, we're just trying to
[13] find out the simple facts.
[14]     A: Yes.
[15]     Q: You came on at 0800, the vessel's
[16] going 22 knots?
[17]     A: Correct.
[18]     Q: For four hours it kept going at
[19] 22 knots?
[20]     A: Correct.
[21]     Q: All right. I'm not asking you to
[22] second guess the captain, all I'm trying to say is
[23] for your entire watch the vessel continued at
[24] 22 knots?
[25]     A: Correct.

Page 51

A. Calimanescu

[1]
[2]     Q: During your entire watch, 0800 to
[3] noon, see, the visibility remained restricted
[4] almost one point whatever you had here?
[5]     MR. GARGAN: .1 nautical
[6] miles.
[7]     Q: .1 nautical miles; is that correct?
[8]     A: Correct.
[9]     Q: Is there any entry in your logbook,
[10] your watch 0800 to noon, that the automatic fog
[11] signal was activated?
[12]     A: When I come on bridge, it was
[13] already activated.
[14]     Q: Is there any entry any where in the
[15] log for 22 May, see, that it —
[16]     A: No.
[17]     Q: — the automatic fog signal had been
[18] activated?
[19]     A: No.
[20]     Q: Was the automatic — listen, was the
[21] automatic fog signal just constantly going?
[22]     When the vessel is sailing normally
[23] and you're not in restricted weather, this fog
[24] signal, you don't activate it; do you?
[25]     A: We activate it on the restricted

Page 52

A. Calimanescu

[1]
[2] visibility.
[3]     Q: And aside from yourself and the
[4] captain then, nobody had been assigned 8 to 12, by
[5] either yourself or the master to act as a lookout
[6] throughout on the bridge wing; is that correct?
[7]     MR. WIEGEL: Asked and
[8] answered.
[9]     A: Bridge?
[10]    Q: Let me withdraw it.
[11] Was there a lookout during your
[12] watch, 0800 to noon on the 22nd of May, posted up
[13] in the fo'c'sle?
[14]    A: I don't remember.
[15]    Q: Look through your logbook and see if
[16] there's anything.
[17]    A: No.
[18]    Q: There's no indication?
[19]    A: No.
[20]    Q: Now, was there access to radar on
[21] the bridge?
[22]    A: Yes.
[23]    Q: During your watch, the morning
[24] watch, 8 to 12, was anybody monitoring the NORASIA
[25] ALYA's radar?

Page 53

A. Calimanescu

[1]
[2]    A: Captain one, me one.
[3]    Q: There were two sets you're telling
[4] me?
[5]    A: Two radar.
[6]    Q: Two radar.
[7] And you said you monitored one and
[8] the captain monitored one. Okay.
[9]    Tell me your procedure, your
[10] procedure in monitoring; what would you do to
[11] monitor your set?
[12]    MR. WIEGEL: You mean the
[13] radar?
[14]    MR. HEALEY: Yes.
[15]    MR. WIEGEL: Okay.
[16]    A: Okay. Change the — change the
[17] range to 30-mile to check if it's something on the
[18] 12 miles in front of us, and after that you reduce
[19] it from 3 to 6 miles to see closer to us.
[20] Plotting the vessels around us, the target, which
[21] is around the vessel, not behind.
[22]    And all the time discussing with the
[23] captain the situation which I have on the radar
[24] and compare with his radar. He's monitoring his
[25] radar, I'm monitoring mine.

Page 54

A. Calimanescu

[1]
[2]    Q: At some — your 8 to 12, during that
[3] period of time, there was no change of course; was
[4] that correct?
[5]    A: There was one change to 22 degrees.
[6] Was in the traffic — in the traffic separation
[7] only two degrees, 270 to 268.
[8]    Q: You have it on there?
[9]    A: Yes.
[10]    Q: What time was that change made?
[11]    A: 0843.
[12]    Q: All right.
[13] And what was the reason for that?
[14]    A: This is was on the voyage planning.
[15]    Q: It was on the voyage planning?
[16]    A: On the voyage planning, yes,.
[17]    Q: Now at noon, your — you finished
[18] your morning watch; is that correct?
[19]    A: Correct.
[20]    Q: And you were relieved?
[21]    A: Yes.
[22]    Q: All right. Who took over as watch
[23] officer?
[24]    A: Second officer.
[25]    Q: Second officer. Okay.

Page 55

A. Calimanescu

[1]
[2] And you left the bridge?
[3]    A: Yes, I go home.
[4]    Q: That's what I was trying to find
[5] out.
[6]    At some point you left the bridge?
[7]    A: It was time to go off the bridge,
[8] take over, I go down.
[9]    Q: All right. All right.
[10] When the second officer came over to
[11] take over, the captain is still on the bridge?
[12]    A: Yes.
[13]    Q: Anybody else then except at the time
[14] of the change of the watch, you the second officer
[15] and the master; anybody else?
[16]    A: I don't remember.
[17]    Q: All right.
[18] What did you do then from after
[19] being relieved?
[20]    A: I go down to lunch, change, and
[21] lunch, and starting some normal procedures.
[22]    Q: All right. So you go to lunch.
[23] Now, is that the regular meal time?
[24]    A: Yes.
[25]    Q: From 1130 to?

Page 56

A. Callmanescu

[1]
[2] A: To 1:00.
[3] Q: When you went to lunch, all right,
[4] you had a regular officer's mess hall there?
[6] A: Yes.
[8] Q: Who else was there when you had
[7] lunch; do you know?
[8] A: The officers.
[9] Q: All the officers?
[10] A: I don't remember.
[11] MR. WIEGEL: Object to form.
[12] MR. HEALEY: I'm not going to
[13] leave it hanging.
[14] Q: All the officers?
[16] A: I don't — which officers.
[16] Q: That's all.
[17] Because I wanted to know, see, look,
[18] you're down there, there were other officers down
[19] there —
[20] A: Yes.
[21] Q: — and are you able to tell me the
[22] names of the others?
[23] A: I don't remember how many.
[24] Q: Now, let me jump back a minute.
[26] During your watch, you know, 8 to

Page 57

A. Callmanescu

[1]
[2] noon, were the deck department, anybody from the
[3] deck department, seaman, working on the deck?
[4] A: Yes. On the deck. The main deck.
[6] Q: On the open deck, the main deck.
[6] A: Yes.
[7] Q: Who?
[8] A: All the deck crew.
[9] Q: How many? You had a bosun out with
[10] them?
[11] A: Bosun and all the deck crew, six.
[12] Q: Six guys.
[13] What were they doing?
[14] A: Probably on all. All the people.
[16] Q: You do know the bosun and some of
[16] the deck crew were working on the deck in front of
[17] the bridge.
[18] A: The bridge is on the fifth floor.
[19] Q: No, no, I'm saying they were on the
[20] main deck forward of you.
[21] A: I don't know. Normal procedure,
[22] 6:00 is going to work on the deck.
[23] Q: Okay. All right. All right.
[24] So you don't have any specific
[26] recollection, you're telling me what is the normal

Page 58

A. Callmanescu

[1]
[2] procedure?
[3] A: Chief mate have the schedule for the
[4] guy where he's working and what he's working.
[6] Q: All right.
[8] And you see the — the claim that
[7] we're making is that something occurred during the
[8] watch after yours, okay? And I just want to know,
[9] that's why I'm asking you, where you were and what
[10] you were doing, see, after noon.
[11] A: Yes.
[12] Q: And you told me you went and you had
[13] your lunch, your meal, right?
[14] A: Yes.
[16] Q: Were you on the deck — that's what
[16] I'm trying to find out. Were you on the deck
[17] during this period of time? Let's just make it
[18] short. From noon 'til 3, can you tell me where
[19] you were and what you were doing on the 22nd of
[20] May?
[21] A: I cannot. Exactly. I cannot
[22] exactly.
[23] Q: All right.
[24] Do you remember where you were?
[26] A: 'Til 1:00 I was in my cabin.

Page 59

A. Callmanescu

[1]
[2] Q: Okay. Okay.
[3] A: After 1:00, I was going to make some
[4] safety inspection or preparing for the audit, this
[6] time some audit.
[8] Q: Is it fair to say from about noon
[7] when your watch was over 'til about 1 —
[8] A: All the time —
[9] Q: — you had your meal and then you
[10] went to your cabin?
[11] A: Yes.
[12] Q: And after that you said you would —
[13] about some other duties, the safety inspection?
[14] A: Yes.
[16] Q: Now, at any time on the 22nd of May,
[16] see, did you get any information or hear anything
[17] about an urgent Coast Guard message being received
[18] by the NORASIA ALYA?
[19] A: I don't remember on 22nd what
[20] urgency message I saw.
[21] Q: Are you aware of the fact that —
[22] A: In the night. But in the night.
[23] Q: Okay. I'm not clear. Let me
[24] suggest this to you:
[26] That Captain Kowalewski has

Page 60

A. Callmanescu

[2] testified that at some point in the afternoon —
[3] I'm not going to guess the time — he did receive
[4] an urgent message from the Coast Guard concerning
[5] their receipt of an EPIRB. You know what an EPIRB
[6] is; don't you?
[7]   A: Yes.
[8]   Q: Did you learn anything about the
[9] receipt of that urgent message on the afternoon of
[10] May 22nd?
[11]   A: No. I was free.
[12]   Q: At any point on the 22nd of May,
[13] this is after noon, did you learn anything at all,
[14] did anybody speak to you at all —
[15]   A: No.
[16]   Q: — about the — let me finish now —
[17] about this urgent Coast Guard message concerning
[18] an EPIRB?
[19]   A: No.
[20]   Q: At some point, see, did you learn
[21] anything that the vessel had received this Coast
[22] Guard message?
[23]   A: We received one AGC message —
[24]   Q: That's —
[25]   A: — on the Sat C.

Page 61

A. Callmanescu

[2]   Q: This is the next day?
[3]   A: I don't — sometime in the night. I
[4] don't remember.
[5]   Q: Sometime in the night.
[6]   A: Yes.
[7]   Q: Now, say that again for me, what
[8] kind of message?
[9]   A: AGC on the Sat C.
[10]   MR. WIEGEL: I'll clarify.
[11] AGC, alpha, golf, Charlie, on the sat
[12] S-A-T letter C.
[13]   A: From the telex and the —
[14]   Q: Sat C we'll call it.
[15] This message you say sometime in the
[16] night; is that correct?
[17]   A: Yes. Darkness. Night.
[18]   Q: Do you know whether it was still on
[19] the 22nd, the night of the 22nd, if you know?
[20]   A: I don't know.
[21]   Q: Did you actually see — well, let me
[22] withdraw that.
[23]   Was this message copied down? Was
[24] it in some form that it could be read?
[25]   A: Correct. Correct.

Page 62

A. Callmanoscu

[2]   Q: And on board the NORASIA ALYA at
[3] this time, is a record made of all messages
[4] received by the vessel, by Sat C, or even by UHF
[5] radio, is a record made?
[6]   A: Second mate job.
[7]   Q: Okay.
[8]   A: All the message have to be recorded.
[9]   Q: I see. That's the second mate's
[10] job.
[11]   So if he receives a radio message,
[12] such as an urgent Coast Guard message it's his
[13] job — what is his job, to write it down?
[14]   A: Radio logbook. Have the radio
[15] logbook.
[16]   Q: Radio logbook. All right.
[17] So did you ever look any time at the
[18] NORASIA ALYA's radio logbook to see whether the —
[19] an urgent message from the Coast Guard was entered
[20] in there?
[21]   A: Sometime. Yes.
[22]   Q: All right.
[23] So in the NORASIA ALYA's radio
[24] logbook — be clear, I don't want to confuse
[25] you — are you telling us that you did see the

Page 63

A. Callmanescu

[2] second officer had noted —
[3]   A: No.
[4]   Q: Okay. You're saying that's the
[5] normal procedure?
[6]   A: Normal.
[7]   Q: Do I understand — but you didn't go
[8] check?
[9]   A: No. His job.
[10]   Q: You're just telling me, right, about
[11] normal procedure. All right.
[12]   And the same goes for the Sat C —
[13]   A: Sat C.
[14]   Q: — that would be recorded some
[15] place?
[16]   A: And filed.
[17]   Q: Is that the second officer's job?
[18]   A: Yes.
[19]   Q: In the file, I'm trying to find out
[20] If we wanted to look for these, where do we look?
[21] What kind of file are we talking about? Vessel
[22] file?
[23]   A: The AGC — AGC file. It's some
[24] file. I don't know the name.
[25]   Q: But it's —

Page 64

A. Callmanescu

[1]
[2] A: It's collected all the AGC messages
[3] we receive.
[4] Q: That file is part of ship's regular
[5] documents?
[6] A: Yes.
[7] Q: I'm going back to about the second
[8] mate's responsibility. You just told me, and I
[9] asked him.
[10] If the second mate, see, is not on
[11] duty, who keeps or does he always have to keep the
[12] record?
[13] A: He always must keep the record.
[14] Q: He always —
[15] A: We are writing on the paper if it's
[16] received by VHF or UHF radio, all the radio
[17] communications, writing who sent, time, who send
[18] and the message.
[19] Q: That's fine. Can you tell me
[20] that — that's the normal procedure?
[21] A: Yes.
[22] Q: So a record is made, as you're
[23] indicating, something is written down?
[24] A: Yes.
[25] Q: And that is kept in the vessel's

Page 65

A. Callmanescu

[1]
[2] regular file?
[3] A: Ship's file.
[4] Q: Ship's file.
[5] Is there a difference between —
[6] you've got the file you're telling me about that
[7] it's kept in. You also mentioned radio log.
[8] Those two different —
[9] A: The ship's file, it's in the...
[10] Q: I think I'm happy enough.
[11] The messages received on the various
[12] radio channels, or the Sat C, et cetera, it is
[13] written down somewhere by the ship's officers and
[14] kept in the ship — the vessel's file?
[15] A: Yes.
[16] Q: All right.
[17] Again, to be specific, May 22nd
[18] during your 8 to 12 watch, all right, you and the
[19] captain are on the bridge?
[20] A: Correct.
[21] Q: And as you've indicated you —
[22] things to do including each is watching a radar
[23] screen.
[24] A: Correct.
[25] Q: This is inside, you're not out on

Page 66

A. Callmanescu

[1]
[2] the wings; is that correct?
[3] A: Door was open. Door for the...
[4] Q: You know, I didn't ask you if the
[5] doors open or windows open. I'm just trying to
[6] get where you guys are situated.
[7] Most of the time you were inside the
[8] bridge?
[9] A: Of course.
[10] Q: Now what you said to me is the doors
[11] are open.
[12] A: Yes.
[13] Q: I didn't ask you. Why are you
[14] telling me the doors are open?
[15] A: Because usually I go to smoke and I
[16] keep the door open and to — on the restricted
[17] visibility to hear the other fog signal.
[18] Q: All right. All right.
[19] So under these restricted visibility
[20] circumstances, am I correct that in your
[21] experience, your practice, it's important to have
[22] somebody around to try to listen?
[23] A: Correct.
[24] Q: All right. And the only guys on the
[25] bridge are you and Captain Kowalewski, right?

Page 67

A. Callmanescu

[1]
[2] A: Yes.
[3] Q: As far as you know, you were the
[4] only two who were in any position to try to
[5] listen; is that correct?
[6] A: We can hear.
[7] Q: There were no other watch officers
[8] working at this time; is that correct?
[9] A: No other watch officers.
[10] Q: You had no lookouts posted?
[11] A: No.
[12] Q: All right. Now, put it this way.
[13] This is your general experience:
[14] You've sailed, you've been schooled,
[15] are you familiar with what we would call the rules
[16] of the road or SOLAS, Safety Life At Sea,
[17] regulations?
[18] A: Yes.
[19] Q: Are you aware, are you familiar with
[20] the responsibility of mariners to, if they know,
[21] to assist other mariners in distress?
[22] A: Yes.
[23] Q: Is it your understanding, see, that
[24] the mariner's duty is that if he hears — if he's
[25] advised by an urgent message of somebody in peril,

Page 68

A. Callmanescu

[1]
[2] he should take action to help?
[3] A: Yes.
[4] Q: It is not good seamanship to ignore
[5] a message —
[6] A: Of course.
[7] Q: — and just run from the scene; is
[8] it?
[9] A: Correct.
[10] Q: I mean, proper seamanship, see,
[11] would require, if I hear somebody is in distress,
[12] I don't mean on the other side of the world, no,
[13] within — within 30 miles, if I hear that, I have
[14] an obligation to help?
[15] A: Correct.
[16] Q: And the least I should do is to try
[17] to call somebody, tell the Coast Guard I'm here,
[18] if you need me; isn't that correct?
[19] A: Correct.
[20] Q: You don't just sit and ignore it?
[21] A: Correct.
[22] Q: That's very bad seamanship; isn't
[23] it?
[24] A: Yes.
[25] Q: Now, all right. On the afternoon of

Page 69

A. Callmanescu

[1]
[2] May 22nd, the NORASIA ALYA before proceeding into
[3] Port Elizabeth dropped the anchor out at Ambrose,
[4] right?
[5] A: Correct.
[6] Q: Do you know whether or not the
[7] NORASIA ALYA had a scheduled time to unload over
[8] at Port Elizabeth?
[9] A: I don't know.
[10] Q: Cargo officer is what the chief;
[11] isn't he?
[12] A: Yes.
[13] Q: I don't want to beat this, but I
[14] want to ask you again. Going back to — remember
[15] reference to an urgent message from the Coast
[16] Guard?
[17] Am I correct nobody consulted with
[18] you, nobody, captain, other officers, nobody
[19] consulted with you as to receiving a message?
[20] A: No.
[21] Q: Or what we should do?
[22] A: No.
[23] MR. WIEGEL: If you have a
[24] spot when you can take a break.
[25] MR. HEALEY: Sure.

Page 70

A. Callmanescu

[1]
[2] (Recess taken.)
[3] MR. HEALEY: All right.
[4] BY MR. HEALEY:
[5] Q: Now, I'd like you to tell me
[6] something about the general duties when you're on
[7] watch. All right? When you're — because I'm not
[8] talking about any particular day, general duties
[9] if you're on watch, see.
[10] You've already indicated how, you
[11] know, you watch the radar, you fix it at different
[12] settings, that's part of your general procedure;
[13] you always do that, right?
[14] A: Yes.
[15] Q: The logbook, we were just going over
[16] that, and as you indicated, that during your
[17] watch, or any officer's watch, you make those
[18] entries —
[19] A: Yes.
[20] Q: — they're made while you're on
[21] watch?
[22] A: Yes.
[23] Q: So that's another regular — that's
[24] another routine for the watch?
[25] A: Routine.

Page 71

A. Callmanescu

[1]
[2] Q: Now, I don't know, but we were
[3] mentioning about, I think you said UHF and VHF.
[4] This is a radio?
[5] A: Radio.
[6] Q: Okay. Now, is there a speaker —
[7] the watch officer on the bridge —
[8] A: Yes.
[9] Q: — do you hear the messages coming
[10] in?
[11] A: Yes.
[12] Q: That's what I'm getting at.
[13] In other words, you don't have
[14] someone sitting —
[15] A: Like one telephone, normal is the
[16] speaker.
[17] Q: Okay. That's all —
[18] A: Loud speaker.
[19] Q: So the watch officer, the —
[20] (Interruption.)
[21] Just again the routine, talking
[22] about the radio, you hear the speaker, the watch
[23] officer, would he make notes, will he keep a
[24] record of, you know, certain messages that come
[25] in?

Page 72

A. Callmanescu

[1]
[2] A: Yes.
[3] Q: All right.
[4] See, all I'm trying to get clear,
[5] there are a number of duties that the watch
[6] officer carries out as a routine while he's
[7] standing his watch, correct?
[8] A: Correct.
[9] Q: And we're going through them.
[10] Now charts, do you have to make
[11] entries in charts during your —
[12] A: The position?
[13] Q: Yes.
[14] A: Yes, the position.
[15] Q: That's all I'm saying. By law
[16] aren't you required to make —
[17] A: Noting the position, to find the
[18] vessel, or the ship's position. You don't to
[19] run...
[20] Q: That's exactly what I'm talking
[21] about. So this is just a routine.
[22] So the watch officer has to plot and
[23] chart the vessel's position.
[24] A: Position.
[25] Q: Now, on the NORASIA ALYA, see,

Page 73

A. Callmanescu

[1]
[2] there's a chart room; isn't there?
[3] A: Yes.
[4] Q: That's right up there on the bridge
[5] but, you know, it's aft of where the steering
[6] controls and the radio, right?
[7] A: Yes.
[8] Q: Is there any other paperwork, we
[9] talked about the log, we've talked about you might
[10] make a note on a UHF radio message, you've got to
[11] make some entries on the chart.
[12] Any other paperwork that routinely
[13] the watch officer keeps during his standing, his
[14] watch?
[15] A: No, paperwork. Paperwork
[16] afterwards.
[17] Q: No, see I don't know, I'm just —
[18] see, what I'm trying to find out, and you're
[19] telling me, is that as a matter of routine, the
[20] watch standing officer has a number of duties and
[21] things he has to do while up on the bridge, right?
[22] A: Yes.
[23] Q: And we've spoken about log entries,
[24] charts, listening to messages.
[25] Anything else that's normally

Page 74

A. Callmanoscu

[1]
[2] routine that you have to do? I don't know, tell
[3] me. Do you have to read, do you have to make
[4] inspections of anything?
[5] A: No, only on the bridge to assure the
[6] vessel its safety. Not going into danger or to
[7] danger to other vessels.
[8] MR. HEALEY: Do you have a
[9] copy of this?
[10] MR. WIEGEL: What's that, the
[11] statement of facts?
[12] BY MR. HEALEY:
[13] Q: Just a little detail. Is it
[14] correct — you've got to make log entries?
[15] A: Yes.
[16] Q: And as was pointed out to me, when
[17] you're looking at your log entry you've got —
[18] your logbook, you have a right-hand page and a
[19] left-hand page.
[20] A: That's right.
[21] Q: The right-hand page is where you
[22] make various commentaries about events that
[23] happened, correct?
[24] A: Correct.
[25] Q: On the left-hand page these are all

Page 75

A. Callmanescu

[1]
[2] kinds of headings, and speeds, and weather; is
[3] that correct?
[4] A: Yes.
[5] Q: Now those also, during your watch,
[6] you're the man who makes those?
[7] A: Yes.
[8] Q: So what we're trying to get at is,
[9] that is another duty, you have to check all these
[10] things?
[11] A: Barometer, thermometer.
[12] Q: I understand that. Because I'm
[13] looking at it with you now.
[14] There are columns, barometer?
[15] A: Yes.
[16] Q: No, I didn't think you went out with
[17] a wind stock.
[18] A: No, they're a device, automatic
[19] device.
[20] Q: All you do is read it?
[21] A: Look at the device and you have
[22] correctly the true wind.
[23] Q: That's what I'm saying. You just
[24] look at the device, you take the reading and you
[25] put it in your book?

Page 76

A. Calimanescu

[2] A: Yes.

[3] Q: That's all I'm getting at. Because

[4] then you — same goes, I assume, because you got

[5] stuff here on temperature. All you do is go look

[6] at a —

[7] A: Thermometer.

[8] Q: — and read it. And you've got wind

[9] direction and force.

[10] You got something that you go out

[11] and look at?

[12] A: Yes.

[13] Q: Or is that something that you judge?

[14] A: No, it has the device. I look into

[15] the device and it show the direction and the

[16] force, and the speed. In the front of the logbook

[17] you have the scale.

[18] Q: That's what I'm getting at, because

[19] in your wind you have direction, that's easy

[20] enough; southwest, SW, right?

[21] A: Uh-huh.

[22] Q: And 7, that relates to the voltage

[23] scale?

[24] Look in the logbook —

[25] MR. WIEGEL: Referring to

Page 77

A. Calimanescu

[2] column number 7, correct?

[3] MR. HEALEY: No, no, not at

[4] this point. I now moved over to 8.

[5] Q: Column 8?

[6] MR. WIEGEL: Okay.

[7] Q: You got a number, right? And the

[8] number I think you — is seven.

[9] Whatever the number is, that relates

[10] the Beaufort scale?

[11] A: Beaufort scale.

[12] Q: What I'm doing, I'm not going to

[13] beat this to death, I'm going to stop.

[14] This is the watch officer's duty to

[15] make these entries, and you do it during your

[16] watch, and you just explained to us how you go

[17] read the various gauges, right?

[18] A: Yes.

[19] Q: I'm going to ask you to take a look

[20] at this, it's says "Statement of Facts," it's

[21] Kowalewski Exhibit 14. Take a look at that.

[22] Now we'll go — I'm just counting...

[23] about the eighth paragraph down, see, it refers to

[24] the Coast Guard broadcast on channel CH16, right?

[25] MR. WIEGEL: Just — you're

Page 78

A. Calimanescu

[2] referring to the paragraph that begins

[3] around 1400 LP master?

[4] MR. HEALEY: That's correct.

[5] MR. WIEGEL: Okay.

[6] Do you see that?

[7] THE WITNESS: Yes.

[8] MR. WIEGEL: Okay.

[9] Q: Now, I think we've covered this.

[10] You might have said you know nothing about it.

[11] Why I'm asking you to take a look at this, see —

[12] A: Yes.

[13] Q: — this is dated Newport News

[14] May 25th. You see that in the upper right hand?

[15] A: Yes.

[16] Q: Turn the page with me a minute.

[17] There is — just follow this, there is a

[18] statement: "All above information is certified by

[19] master and deck officers as true."

[20] Do you see that?

[21] A: Yes.

[22] Q: Again, going back to that paragraph,

[23] just going to — that started, you know, around

[24] 1400 and relates to the EPIRB.

[25] A: Yes.

Page 79

A. Calimanescu

[2] Q: You told me you knew nothing about

[3] this EPIRB?

[4] A: No.

[5] Q: When this statement was prepared —

[6] let me withdraw that.

[7] You didn't prepare this statement,

[8] the master did, right?

[9] A: Yes. On the 25th May.

[10] Q: That's correct.

[11] But I'm saying you didn't prepare

[12] this?

[13] A: No.

[14] Q: Somebody else did. The master did?

[15] A: Right.

[16] Q: But it says, "All information is

[17] certified."

[18] There are certain things you don't

[19] know about. You didn't know about the EPIRB; did

[20] you?

[21] A: Yes, I know the EPIRB from the AGC.

[22] Q: You learned later from this

[23] information. All right.

[24] Just tell me, I'm not going to go

[25] over all this.

Page 80

A. Calimanescu

[1]
[2] The master prepared it. Did he
[3] discuss with you all of this information before he
[4] asked you to put your signature here?
[5]    A: About everything what is here?
[6]    Q: Yes.
[7]    A: We discuss it.
[8]    Q: You did discuss this, okay.
[9] Were all the officers present during
[10] the discussion?
[11]    A: We discussing during the watch.
[12]    Q: Oh, okay, I think you answered.
[13] But I wanted to know whether the
[14] captain sat down, see, with the chief, the second,
[15] and yourself. Did you have a — did he have a
[16] discussion with the four of you together?
[17]    A: Not together.
[18]    Q: Okay. See, then —
[19]    A: I don't remember if all together.
[20]    Q: Well — well, the question was going
[21] to be, and I don't think you answered, I was going
[22] to ask you: What did the other people say?
[23]    A: I don't remember.
[24]    Q: You don't remember?
[25]    A: I don't remember.

Page 81

A. Calimanescu

[1]
[2]    Q: You don't remember meeting together.
[3] And I just — there is some mention
[4] in there as to — this is at Newport News, as to
[5] the master checking his radar as against fishing
[6] boats. Turn the page and you'll see what I'm
[7] talking about.
[8]    Do you know what I'm talking about?
[9]    A: Yes.
[10]    Q: Now, were you involved at all in —
[11] I guess what we could call it, testing the NORASIA
[12] ALYA's radars to pick up fishing boats on the 25th
[13] of May?
[14]    A: No.
[15]    Q: No.
[16]    A: Maybe the midship mate.
[17]    Q: You see what I'm talking about, the
[18] captain refers to the fact leaving Newport News,
[19] see, and then he makes some reference to testing
[20] the radar.
[21]    All I want to know is, were you
[22] involved at all in the testing of the radar?
[23]    A: No.
[24]    Q: On the 22nd of May, how were your
[25] radars operating?

Page 82

A. Calimanescu

[1]
[2]    A: Very good.
[3]    Q: They were good?
[4]    A: Good.
[5]    Q: And we know it was foggy on the
[6] 22nd, but there was hardly any seas; is that
[7] correct? It was flat?
[8]    A: Yes.
[9]    Q: It was a good day for radar
[10] reception, right?
[11]    A: Yes.
[12]    Q: And you had those radars what, set
[13] on — this is on the 22nd, during the time you
[14] were on watch, you could vary the scale, right?
[15]    A: Yes.
[16]    Q: Were you picking up targets, no
[17] matter what the scale was?
[18]    A: Yes.
[19]    Q: What I'm trying to say is, it worked
[20] well?
[21]    A: Yes.
[22]    Q: The radar was returning some targets
[23] out in front of you, correct?
[24]    A: Yes. Picked up the targets.
[25]    Q: So somebody was watching the radar.

Page 83

A. Calimanescu

[1]
[2] The radar's operating, and if somebody knew what
[3] he was doing, he certainly would have been able to
[4] pick up the targets and know what they are?
[5]    A: Yes.
[6]    Q: Have you been trained in radar?
[7]    A: Training?
[8]    Q: On the 22nd of May when you were
[9] there, 0800 to 1200, you told me you were involved
[10] in looking at the radar?
[11]    A: Yes.
[12]    Q: Did you know what you were doing?
[13]    A: Yes.
[14]    Q: You knew what this return on the
[15] screen was?
[16]    A: Yes.
[17]    Q: You knew when you saw a target,
[18] correct?
[19]    A: Yes.
[20]
[21]    (Continued next page; no
[22] deletions.)
[23]
[24]
[25]

Page 84

[1]                A. Calimanescu
[2]    MR. HEALEY: We're done.
[3]    MR. WIEGEL: We're done.
[4] Thank you very much.
[5]
[6]      (Whereupon, at 11:57 a.m., the
[7] deposition was concluded.)
[6]
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 85

[1]
[2]               CAPTION
[3]
[4] The deposition of ADRIAN CALIMANESCU, taken in the
[5] matter, on the date, and at the time and place set
[8] out on the title page hereof.
[7]
[8]
[9] It was requested that the deposition be taken by
[10] the reporter and that same be reduced to
[11] typewritten form.
[12]
[13]
[14] It was agreed by and between counsel and the
[15] parties that the Deponent will read and sign the
[18] transcript of said deposition.
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 86

[1]
[2]               CERTIFICATE
[3]
[4] STATE OF_____ :
[5] COUNTY/CITY OF_____ :
[6]
[7] Before me, this day, personally appeared ADRIAN
[8] CALIMANESCU, who, being duly sworn, states that
[9] the foregoing transcript of his/her deposition,
[10] taken in the matter, on the date, and at the time
[11] and place set out on the title page hereof,
[12] constitutes a true and accurate transcript of said
[13] deposition.
[14]
[15]
[16]
                   ADRIAN CALIMANESCU
[17]
[18]
[19] SUBSCRIBED and SWORN to before me this _____
     day of _____, _____, in the
[20] jurisdiction aforesaid.
[21]
[22]
[23]
[24] My Commission Expires         Notary Public
[25]

Page 87

[1]
[2]            DEPOSITION ERRATA SHEET
[3] RE:
     FILE NO.
[4] CASE CAPTION:  MICHAEL STEPSKI, et al.  vs.
[5] THE M/V NORASIA ALYA, et al.
[6] DEPONENT: ADRIAN CALIMANESCU
     DEPOSITION DATE: September 12, 2007
[7]
     To the Reporter:
[8] I have read the entire transcript of my Deposition
     taken in the captioned matter or the same has been
[9] read to me.  I request for the following changes
     be entered upon the record for the reasons
[10] Indicated.
     I have signed my name to the Errata Sheet and the
[11] appropriate Certificate and authorize you to
     attach both to the original transcript.
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24] SIGNATURE:_____ DATE:_____
[25]     ADRIAN CALIMANESCU

Page 88

[1]

[2] September 12, 2007

[3]          INDEX

[4] WITNESS          PAGE

[5] ADRIAN CALIMANESCU

[6] By Mr. Healey          4

[7]

[8]          EXHIBITS

[9] Calimanescu

FOR IDENT.     DESCRIPTION     PAGE

[10]

    1     Document issued by     11

[11]     Authoritatea Navala, the

         Rumanian Naval Authority

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

Page 89

[1]

[2]          CERTIFICATE

[3] STATE OF NEW YORK          )

[4] COUNTY OF NEW YORK          )

[5]          I, LINDA D. DANELCZYK, a Certified

[6] Shorthand Reporter, Registered

[7] Professional Reporter and Notary Public

[8] within and for the States of New York and

[9] New Jersey, do hereby certify:

[10]          I reported the proceedings in the

[11] within entitled matter, and that the

[12] within transcript is a true record of such

[13] proceedings.

[14]          I further certify that I am not

[15] related, by blood or marriage, to any of

[16] the parties in this matter and that I am

[17] in no way interested in the outcome of

[18] this matter.

[19]          IN WITNESS WHEREOF, I have hereunto

[20] set my hand this 9th day of October, 2007.

[21]

         LINDA D. DANELCZYK, C.S.R., R.P.R.

[22] License No. 30X100188700 - N.J.

         My Commission Expires:

[23] 11/24/2008 - No. 2048964

         License No. 001002 - N.Y.

[24] My Commission Expires:

         9/20/2010 - No. 01DA4952883

[25]

[1]

**Lawyer's Notes**

## 0

0.1 48:20, 21
0430 43:18, 19, 21; 44:4
0800 28:20; 29:6, 6, 20;
36:9, 15; 38:17; 44:12, 20;
45:4, 8; 47:16; 48:12;
49:18; 50:15; 51:2, 10;
52:12; 83:9
0843 54:11

## 1

1 11:5, 6, 10; 12:11, 25;
18:25; 51:5, 7; 59:7
110 27:7
1130 55:25
11:57 84:6
12 22:4, 7, 17; 36:15;
52:4, 24; 53:18; 54:2;
65:18
1200 23:2; 28:21; 29:6;
45:8; 47:16; 83:9
14 77:21
1400 78:3, 24
18 38:16; 41:13
17th 13:6
19 9:5
1971 6:23
1996 7:12, 14; 9:9, 15
1:00 56:2; 58:25; 59:3

## 2

2 15:6; 19:15
2000 22:9
2002 5:13; 12:3
2004 5:15; 13:6, 7; 14:25;
15:15; 16:13; 36:3
21 45:19, 25; 46:2, 15
22 36:2, 25; 43:16; 46:15;
49:20; 50:8, 16, 19, 24;
51:15; 54:5
22nd 14:25; 15:15; 21:20;
29:18; 43:15; 45:12;
52:12; 58:19; 59:15, 19;
60:10, 12; 61:19, 19;
65:17; 69:2; 81:24; 82:6,
13; 83:8
23 43:12
23rd 16:13; 17:10; 21:2;
35:17, 19; 43:10
2400 22:9
25th 13:7; 78:14; 79:9;
81:12
268 54:7
270 54:7

## 3

3 19:24; 20:20; 36:8;

53:19; 58:18
30 6:23; 68:13
30-mile 53:17

## 4

4 5:14, 14; 35:20; 37:11;
46:23

## 6

6 53:19
6:00 57:22

## 7

7 76:22; 77:2
71 6:23

## 8

8 22:4, 7, 17; 46:23; 52:4,
24; 54:2; 56:25; 65:18;
77:4, 5
800 22:25; 36:10

## 9

91 9:6
96 9:6

## A

a.m 84:6
AB 22:24, 24; 28:24, 25;
29:9; 46:4
able 56:21; 83:3
aboard 16:18, 21
above 78:18
Academy 9:2
access 52:20
according 4:14; 8:10;
49:20
accurate 10:19; 11:19;
15:9
accurately 4:6
act 52:5
action 68:2
activate 40:8, 24; 51:24,
25
activated 40:4; 41:18;
51:11, 13, 18
actually 23:15; 61:21
additional 40:15
ADIA 4:2
Adjusting 24:10
adjustment 23:20; 24:21;
27:16
Adrian 5:3; 85:4
advised 67:25

aft 73:5
afternoon 60:2, 9; 68:25
afterwards 73:16
again 5:4; 12:10; 20:3;
36:6, 24; 38:14, 17; 43:3,
10, 11, 17; 45:12; 46:14;
61:7; 65:17; 69:14; 71:21;
78:22
against 81:5
AGC 60:23; 61:9, 11;
63:23, 23; 64:2; 79:21
agreed 85:14
ahead 21:8; 39:24
almost 51:4
alongside 21:3; 31:19
alpha 61:11
alter 23:21; 25:6, 24;
26:3, 4, 5; 27:6; 50:3
alteration 50:7
altering 26:7; 27:23
Although 10:2
Always 22:15, 16; 29:7;
64:11, 13, 14; 70:13
ALYA 5:12, 25; 11:22;
13:2, 10, 18, 24; 14:3, 22;
18:17; 19:8, 18; 20:4, 15,
19, 24; 21:16, 21, 24;
32:24; 33:9, 23; 41:24;
47:25; 49:8, 19, 22; 50:3;
59:18; 62:2; 69:2, 7; 72:25
ALYA's 52:25; 62:18, 23;
81:12
Ambrose 29:25; 30:6;
31:7; 35:2; 69:3
anchor 69:3
answered 52:8; 80:12,
21
ANTILLANCA 14:4
approaching 35:2
appropriate 41:4
area 24:24; 37:20
areas 34:11, 19; 35:3, 7
ARIANA 14:4
around 15:24; 18:6, 8;
30:16; 35:12; 53:20, 21;
66:22; 78:3, 23
arrived 16:12
aside 52:3
assigned 22:2, 19; 47:9;
52:4
assist 67:21
assisting 21:6
assume 12:19; 25:12;
76:4
assure 74:5
asthe 4:3
audit 59:4, 5
Authoritates 11:8, 15
authority 7:8, 9; 9:11;
11:9, 13, 16
Automate 42:23
automatic 23:11, 18, 19,
21; 24:5, 7, 7; 25:7, 17, 19,
20; 39:9, 14, 18; 40:4;

51:10, 17, 20, 21; 75:18
available 15:7; 33:18, 24
aware 16:17; 17:9; 21:15;
35:2; 38:5; 59:21; 67:19

## B

back 19:12; 43:11; 56:24;
64:7; 69:14; 78:22
background 6:21
bad 37:13, 20; 40:7;
47:25; 48:4; 68:22
Barometer 75:11, 14
beat 69:13; 77:13
Beaufort 77:10, 11
beginning 35:18
begins 78:2
behind 53:21
besides 22:18
best 45:4
batter 10:25; 20:9
big 5:25; 17:5; 19:8; 24:18
birth 6:22
bit 8:20; 47:4 .
board 12:15; 13:5, 9;
17:10; 32:18; 62:2
boat 18:6, 7, 16
boats 18:11; 81:6, 12
book 9:12; 32:4, 6, 9, 12,
17, 23; 33:4, 6, 11, 14, 22;
34:6; 75:25
books 32:19
bosun 57:9, 11, 15
both 38:14
bow 20:24; 21:3
break 69:24
bridge 6:2; 22:14, 15, 16;
28:21; 33:17; 35:8; 38:24;
43:24; 44:2, 15, 16, 19;
45:5; 47:16, 22; 49:13;
51:12; 52:6, 9, 21; 55:2, 6,
7, 11; 57:17, 18; 65:19;
66:8, 25; 71:7; 73:4, 21;
74:5
broadcast 77:24
Bulk 9:22

## C

C 4:11, 11; 60:25; 61:9,
12, 14; 62:4; 63:12, 13;
65:12
cabin 58:25; 59:10
cadet 46:17
Calmanescu 5:3, 5, 6, 9;
11:5, 10; 17:21; 41:15;
85:4
call 32:24; 33:22; 35:8;
37:11; 47:21; 48:2; 61:14;
67:15; 68:17; 81:11
called 4:3; 32:6
came 16:21; 29:19;
44:12, 17, 19; 48:11; 49:7,

18; 50:15; 55:10
can 6:9; 8:13; 10:8; 12:11,
13; 15:10; 16:11; 17:13;
19:6, 10, 17, 19; 24:17;
25:11; 26:17; 29:17;
32:21, 22, 23; 35:16, 17;
39:24; 40:5; 45:4; 48:5;
58:18; 64:19; 67:6; 69:24
captain 4:21; 13:13, 18;
17:3, 6, 18; 18:5; 19:2;
34:17, 20, 25; 37:11;
42:13, 21; 44:10, 20, 25;
45:2, 3, 9; 47:17, 20; 48:2,
7; 49:7, 25; 50:2, 22; 52:4;
53:2, 8, 23; 55:11; 59:25;
65:19; 66:25; 69:18;
80:14; 81:18
captain's 4:22, 24; 37:3;
44:11
CAPTION 85:2
care 49:5
Cargo 9:22; 69:10
carrier 9:22
carries 72:6
case 15:11; 24:6; 28:11
certain 31:20, 21; 34:18;
37:3; 48:5; 49:4; 71:24;
79:18
certainly 83:3
certified 78:18; 79:17
cetera 44:6, 7; 65:12
CH16 77:24
change 26:25; 41:5;
53:16, 16; 54:3, 5, 10;
55:14, 20
changed 29:3
changes 29:4
channel 77:24
channels 65:12
Cherlla 61:11
chart 72:23; 73:2, 11
charts 72:10, 11; 73:24
check 29:17; 36:8; 45:4;
53:17; 63:8; 75:9
checked 16:12
checking 30:4; 81:5
chief 8:8; 19:25; 47:3;
58:3; 69:10; 80:14
CHILE 12:5; 13:16
choice 11:4
circumstances 31:5, 6;
66:20
citizenship 6:24
claim 58:6
clarify 61:10
clear 6:16; 15:3; 45:21;
59:23; 62:24; 72:4
clearer 18:23
close 5:9
closer 53:19
Coast 16:19, 21, 25; 17:5;
18:4, 7, 10; 30:23; 32:6;
59:17; 60:4, 17, 21; 62:12,
19; 68:17; 69:15; 77:24

collected 64:2
Color 19:21
Color's 19:20; 20:5
colors 20:8
COLUMBUS 12:4, 6; 13:16
column 45:19, 25; 46:2, 15, 15; 77:2, 5
columns 75:14
comfortable 6:5
coming 27:5, 7; 30:21; 71:9
commentaries 74:22
communications 64:17
company 13:23; 14:9
compare 53:24
compulsion 42:5
compulsory 42:2; 43:4
concerning 43:18; 60:4, 17
concluded 84:7
condition 18:16
conditions 34:7
conducted 16:18
confuse 62:24
constantly 51:21
consulted 69:17, 19
Container 11:23; 12:2, 8
continue 12:7
continued 50:23; 83:21
controls 73:6
coordinates 30:2, 5
copied 61:23
copies 15:9
copy 14:23; 74:9
correctly 27:19; 43:13; 75:22
counsel 85:14
counting 77:22
course 23:21; 24:25; 25:6, 19, 21, 24; 26:3, 4, 5, 5, 8, 18; 27:6, 7, 8, 16, 23; 48:23; 54:3; 66:9; 68:6
courses 9:10, 11
covered 78:9
covers 36:9
create 48:5
creates 49:4
crew 57:8, 11, 16
CSAV 13:19, 21; 14:3
cut 17:20

**D**

D 4:5, 11, 13
dally 35:20
Danelczyk 4:5, 13
danger 74:6, 7
dangerous 48:8, 13
dangers 48:5; 49:4
Darkness 61:17

date 6:22; 11:11; 16:19; 35:17; 36:2; 43:11, 17; 85:5
dated 78:13
day 61:2; 70:8; 82:9
DC 46:16
De 12:19
dealt 17:6
death 77:13
decide 25:23 .
Deck 12:22; 14:15; 17:19; 26:10; 35:24; 46:17; 57:2, 3, 3, 4, 4, 5, 5, 8, 11, 16, 16, 20, 22; 58:15, 16; 78:19
degrees 26:20; 54:5, 7
deletions 83:22
department 57:2, 3
Deponent 85:15
deposition 19:2; 84:7; 85:4, 9, 16
described 25:11
detail 8:22; 74:13
device 25:10; 75:18, 19, 21, 24; 76:14, 15
difference 65:5
different 29:10; 65:8; 70:11
direction 33:4, 5, 6; 76:9, 15, 19
Directions 33:10, 13, 22; 34:6
discharged 44:24; 45:8
discuss 80:3, 7, 8
discussing 53:22; 80:11
Discussion 10:11; 49:16; 80:10, 16
distress 67:21; 68:11
docked 20:23
docking 21:6
document 10:17; 11:7; 12:11
documents 64:5
Doehle 13:25; 14:5
done 23:23; 24:4, 17; 26:7, 8; 27:19; 41:11, 25; 42:7; 43:7; 84:2, 3
Door 66:3, 3, 16
doors 66:5, 10, 14
down 17:22; 50:6; 55:8, 20; 56:18, 18; 61:23; 62:13; 64:23; 65:13; 77:23; 80:14
dropped 37:10; 69:3
duly 4:4, 12
during 18:3, 17; 22:12; 24:2; 28:20; 36:21; 37:20; 40:7; 43:24; 44:5; 46:8; 51:2; 52:11, 23; 54:2; 56:25; 58:7, 17; 65:18; 70:16; 72:11; 73:13; 75:5; 77:15; 80:9, 11; 82:13
duties 21:20, 20; 59:13; 70:6, 8; 72:5; 73:20
duty 36:21; 64:11; 67:24;

75:9; 77:14

**E**

E 4:11
easily 10:5
easy 26:20; 76:19
eight 22:10
eighth 77:23
either 38:12; 52:5
Elizabeth 15:19; 16:13; 17:10, 17; 20:16, 23; 21:2, 15; 69:3, 8
else 55:13, 15; 56:6; 73:25; 79:14
emergency 24:6; 28:11, 12; 31:5
endorsement 7:20
engaged 23:15
English 4:8, 9; 5:20; 6:3, 4, 6, 10, 11, 15, 19; 12:15, 21
enough 5:9; 49:15; 65:10; 76:20
enter 31:7; 39:4; 40:12
entered 17:14; 62:19
entering 33:14; 34:7
entire 50:23; 51:2
entitle 8:7
entrance 35:9
entries 36:14, 15, 21; 37:4, 22; 38:3, 19; 41:13, 24; 43:6; 47:5; 70:18; 72:11; 73:11, 23; 74:14; 77:15
entry 15:3; 43:18; 44:4, 8, 11; 51:9, 14; 74:17
EPIRB 60:5, 5, 18; 78:24; 79:3, 19, 21
estimate 48:18
et 44:6, 6; 65:12
even 62:4
events 36:21; 74:22
everybody 18:19, 20
Exactly 58:21, 22; 72:20
EXAMINATION 4:16
examined 4:14
except 55:13
Exhibit 11:10; 12:24; 15:6; 77:21
experience 66:21; 67:13
explain 12:12
explained 26:8; 77:16
extend 9:12

**F**

F-E-L-I-A-S 46:6
facing 44:6
fact 46:15; 59:21; 81:18
facts 50:13; 74:11; 77:20
falling 47:21

Fair 49:15; 59:6
fairway 29:21, 23; 30:8, 20; 31:7, 20; 35:7, 9
fairways 31:16
faithfully 4:6
familiar 31:14, 18; 32:8, 12, 17; 67:15, 19
far 34:25; 48:18; 67:3
faster 50:6
February 13:6
Felles 46:5
fellow 29:10
few 25:24
fifth 57:18
file 63:19, 21, 22, 23, 24; 64:4; 65:2, 3, 4, 6, 9, 14
filed 63:16
find 35:17; 50:13; 55:4; 58:16; 63:19; 72:17; 73:18
fine 64:19
finger 20:11; 27:5
finish 60:16
finished 54:17
first 4:12; 9:14, 15; 11:25; 19:3; 30:24; 37:6; 49:25
fishing 31:19, 22; 34:10, 11, 19; 35:3, 7; 81:5, 12
fits 24:12
Five 8:25; 9:3
fix 70:11
flat 82:7
floor 57:18
fo'c'sle 37:23; 52:13
fog 37:5; 39:9, 14, 19; 40:4, 8, 14, 24; 41:18; 42:13, 23; 51:10, 17, 21, 23; 66:17
foggy 82:5
follow 10:13; 42:10; 78:17
follows 4:15
force 76:9, 16
form 37:24; 38:2, 8; 39:23; 49:9; 56:11; 61:24; 85:11
forward 18:13, 19, 20, 21; 19:17; 57:20
found 34:12
four 46:3, 9; 50:18; 80:16
frankly 45:24
free 60:11
freeway 29:20
front 20:3; 26:17; 53:18; 57:16; 76:16; 82:23
function 12:14
functions 22:25; 28:10

**G**

GARGAN 5:14; 32:4; 51:5
gauges 77:17

gave 32:4
general 21:20, 20; 35:12, 15; 47:24; 67:13; 70:6, 8, 12
generally 33:7; 36:6, 24; 49:21
German 46:19
gesturing 24:9
given 4:8; 38:11
goes 63:12; 76:4
golf 61:11
good 23:10; 68:4; 82:2, 3, 4, 9
government 7:18
grammer 8:23
great 8:21; 24:18
grounds 31:19, 22
Guard 16:19, 21; 17:2, 6; 18:4, 7, 10; 30:23; 59:17; 60:4, 17, 22; 62:12, 19; 68:17; 69:16; 77:24
guess 16:8; 19:13; 32:24; 47:13; 49:2; 50:22; 60:3; 81:11
guy 29:2; 58:4
guys 57:12; 66:6, 24

**H**

hall 56:4
Hamburg 15:16, 22; 16:5; 20:18; 21:14; 23:9; 34:5
hand 24:12, 17; 28:11, 12, 13, 15, 17; 78:14
handle 24:22
hanging 56:13
happened 74:23
happy 65:10
hardly 5:19; 82:6
heading 15:18; 25:18; 26:19, 20; 28:3; 29:13; 30:6; 45:13
headings 75:2
HEALEY 4:17, 19; 5:7; 7:23; 9:23; 10:2, 25; 14:25; 15:8, 13; 35:21; 37:25; 38:13; 43:14; 45:19, 22; 49:10, 15, 17; 53:14; 56:12; 69:25; 70:3, 4; 74:8, 12; 77:3; 78:4; 84:2
hear 43:13; 59:16; 66:17; 67:6; 68:11, 13; 71:9, 22
hears 67:24
Helmsman 22:20, 21; 23:4, 6, 15; 27:20; 28:7, 17; 44:14, 16, 17, 22; 45:8; 46:8, 10, 12, 13
help 10:13; 68:2, 14
helping 37:19
here's 20:6
hereof 85:6
himself 45:6
history 10:13, 23

hold 5:16
home 55:3
hopefully 18:23
horn 42:13, 23
hours 22:3, 12; 50:18
house 29:25
hull 15:23; 18:17; 19:7, 18; 20:15, 19
hundred 26:20, 22; 27:4, 5

## I

idea 21:19
identification 11:11
identified 10:6
identify 10:8; 19:6, 17; 32:21, 22, 23
ignore 68:4, 20
II 9:20; 15:4
important 66:21
inbound 30:5, 9, 12
incident 43:25
incidents 21:16
including 18:5; 65:22
indicated 27:11; 65:21; 70:10, 16
indicating 64:23
indication 52:18
indicator 27:12
inform 40:15
information 32:9, 15, 25; 33:14; 34:6, 11; 59:16; 78:18; 79:16, 23; 80:3
inside 65:25; 66:7
inspection 15:23; 59:4, 13
inspections 74:4
instructions 35:6
interpreter 4:3; 5:6; 6:9, 18
interruption 71:20
into 4:9; 8:21; 29:13; 30:21; 31:16; 46:15; 47:25; 69:2; 74:6; 76:14
introduced 4:18
investigation 16:18; 17:11; 18:4, 18
involved 27:21; 81:10, 22; 83:9
issue 49:25
issued 7:7, 11; 11:7, 13

## J

Jankowski 43:19; 44:5; 47:21
job 23:6; 62:6, 10, 13, 13; 63:9, 17
judge 76:13
jump 56:24
jumping 35:11

## K

keep 27:13; 28:7; 64:11, 13; 66:16; 71:23
keeping 35:16; 39:3, 17; 40:3
keeps 64:11; 73:13
kept 33:17; 50:8, 18; 64:25; 65:7, 14
kind 9:21; 11:21; 20:9; 26:16; 32:3, 8; 33:10; 49:3; 61:8; 63:21
kinds 75:2
knew 79:2; 83:2, 14, 17
knob 24:7, 7, 15, 22
knots 49:20, 23; 50:8, 16, 19, 24
Kowalewski 11:4; 13:13; 15:5; 18:25; 19:15; 47:17; 59:25; 66:25; 77:21
Kowalewski's 45:3

## L

L 4:11
lack 20:9
lane 30:5, 9, 10, 12, 13, 15
language 6:2, 15; 10:4
last 10:10
later 79:22
law 4:14; 72:15
lawyers 17:10, 13
learn 60:8, 13, 20
learned 79:22
least 5:24; 28:20; 68:16
leave 15:14; 56:13
leaving 16:5; 81:18
left 15:22; 24:16; 55:2, 6
left-hand 74:19, 25
Less 48:20
letter 61:12
Liberia 7:19
Liberian 7:20
license 4:24; 7:6, 10, 14, 15, 25; 8:7, 12, 15, 19; 9:12; 21:22; 49:2
licenses 7:5, 17; 8:13
Life 67:16
light 29:25
likes 46:4
Linda 4:5, 13
list 12:25; 32:18
listed 46:22; 47:7
listen 48:25; 51:20; 66:22; 67:5
listening 6:5; 73:24
little 6:21; 8:20; 74:13
local 32:15, 25; 34:7
located 15:4

log 37:13, 14; 39:18; 51:15; 65:7; 73:9, 23; 74:14, 17
logbook 14:22; 15:4; 16:12; 21:9; 29:17; 35:13, 16, 25; 38:4, 16; 39:3; 40:3, 12; 41:11, 24; 42:7; 43:7; 45:15, 20; 51:9; 52:15; 62:14, 15, 16, 18, 24; 70:15; 74:18; 76:16, 24
logbooks 15:7
logged 47:20
Look 6:14; 10:19; 14:23; 18:20; 19:3, 16, 22, 24; 20:3; 21:8; 25:13; 34:5; 35:14, 16; 36:25; 43:10; 48:17; 52:15; 56:17; 62:17; 63:20, 20; 75:21, 24; 76:5, 11, 14, 24; 77:19, 21; 78:11
looking 12:10, 24; 13:4; 18:22; 35:14, 24; 41:12; 45:12; 74:17; 75:13; 83:10
Lookout 23:7; 27:22; 28:8, 9; 37:22, 23; 40:15; 41:3, 4; 45:16, 17, 20, 25; 46:7, 13, 16, 24; 47:7, 8, 9; 52:5, 11
lookouts 38:4; 41:19; 42:13, 25; 67:10
looks 13:5; 46:4
Loud 71:18
low 37:10
LP 78:3
lunch 55:20, 21, 22; 56:3, 7; 58:13

## M

M 4:11
main 57:4, 5, 20
Maintain 50:7
makes 75:6; 81:19
making 28:2; 58:7
man 19:12; 28:13; 75:6
maneuver 28:4
many 31:10, 15; 56:23; 57:9
mariner 49:2
mariner's 67:24
mariners 32:13; 67:20, 21
Maritim 12:20
Maritime 8:25; 9:11; 11:13
mark 11:2
marked 11:9; 12:11; 15:5; 18:25; 30:2, 3
master 13:12; 37:14; 38:24; 40:7, 8, 15, 22; 41:17; 52:5; 55:15; 78:3, 19; 79:8, 14; 80:2; 81:5
mate 7:4, 6; 8:5, 8, 10, 16, 17; 47:3; 58:3; 62:6; 64:10; 81:16

mate's 7:10, 14, 25; 62:9; 64:8
matter 4:4; 73:19; 82:17; 85:5
May 5:12; 14:25; 15:15; 16:13; 17:10; 18:23; 21:20; 29:18; 35:17, 19; 36:2; 43:10, 12, 15, 16; 45:12; 51:15; 52:12; 58:20; 59:15; 60:10, 12; 65:17; 69:2; 78:14; 79:9; 81:13, 24; 83:8
Maybe 38:13; 81:16
meal 55:23; 58:13; 59:9
mean 5:15; 10:22; 12:21; 16:6; 22:5; 24:8; 30:2, 23; 42:6; 53:12; 68:10, 12
means 11:16; 12:15; 47:8
meeting 81:2
mention 81:3
mentioned 28:6; 65:7
mentioning 71:3
mess 56:4
message 59:17, 20; 60:4, 9, 17, 22, 23; 61:8, 15, 23; 62:8, 11, 12, 19; 64:18; 67:25; 68:5; 69:15, 19; 73:10
messages 62:3; 64:2; 65:11; 71:9, 24; 73:24
midnight 22:10; 46:3, 9
midship 27:9; 81:16
might 35:2; 73:9; 78:10
miles 37:11; 48:20; 51:6, 7; 53:18, 19; 68:13
mind 18:15
mine 53:25
minute 5:16; 56:24; 78:16
mode 39:15
moment 8:16
monitor 53:11
monitored 53:7, 8
monitoring 52:24; 53:10, 24, 25
Monthly 29:2, 5
more 9:8; 41:23
morning 22:6, 7; 46:9; 52:23; 54:18
most 10:7; 66:7
move 25:12
moved 77:4
moving 27:7
much 84:4
must 64:13
myself 4:18; 37:19

## N

N 4:11, 11
name 5:2, 19; 9:19; 12:4, 13; 17:13; 32:22; 33:2; 46:3, 16, 19; 63:24
names 10:5; 17:14; 56:22

National 7:8; 9:11
native 5:17
nautical 48:20; 51:5, 7
Naval 11:9, 16
Navaia 11:8, 15
near 35:7
necessary 6:17
need 26:3; 29:18; 40:18; 48:7; 68:18
New 4:5, 13; 8:11; 15:19; 23:9; 25:19, 20, 20; 26:4, 6; 27:6, 8, 16; 29:13, 14, 14; 30:21; 31:11, 16; 33:15; 34:7
Newport 78:13; 81:4, 18
News 78:13; 81:4, 18
next 47:4, 4; 61:2; 83:21
night 22:10; 59:22, 22; 61:3, 5, 16, 17, 19
nobody 52:4; 69:17, 18, 18
noon 22:8, 9; 36:9; 47:16; 51:3, 10; 52:12; 54:17; 57:2; 58:10, 18; 59:6; 60:13
NORASIA 5:12, 25; 11:22; 12:25; 13:10, 18, 24; 14:3, 22; 18:17; 19:8, 18; 20:4, 14, 19, 24; 21:16, 21, 24; 32:24; 33:9, 23; 41:24; 47:25; 49:8, 19, 22; 50:3; 52:24; 59:18; 62:2, 18, 23; 69:2, 7; 72:25; 81:13
normal 22:25; 28:21; 36:18; 40:5, 13, 16; 41:5, 8, 10, 20, 23; 42:5; 55:21; 57:21, 25; 63:5, 6, 11; 64:20; 71:15
normally 30:19; 35:25; 51:22; 73:25
Notary 4:4, 13
note 37:12, 20, 21; 39:19; 40:3; 41:10; 73:10
noted 37:6; 39:8; 41:16, 16, 17, 18; 48:12; 63:2
notes 71:23
notified 37:14; 41:17
notify 40:22; 42:13
Noting 72:17
number 12:17; 45:23; 72:5; 73:20; 77:2, 7, 8, 9
numbered 36:7
numbers 25:3, 13; 48:16

## O

Object 37:24; 38:2, 7; 39:22; 49:9; 56:11
obligation 68:14
observe 18:15, 16
occupation 7:3
occurred 58:7
off 10:11; 49:14, 16; 55:7

officer 8:9, 14, 16, 17;
9:17, 18; 12:2, 22; 14:15,
20; 21:23; 23:2; 25:11;
26:9; 27:20, 25; 28:16, 22;
29:7; 34:2; 36:20, 22, 23;
37:6, 13, 21; 39:19; 42:17,
20; 43:18; 44:5; 45:6;
46:23, 25; 47:17, 21;
54:23, 24, 25; 55:10, 14;
63:2; 69:10; 71:7, 19, 23;
72:6, 22; 73:13, 20
**officer's** 56:4; 63:17;
70:17; 77:14
**officers** 17:19; 56:8, 9,
14, 15, 18; 65:13; 67:7, 9;
69:18; 78:19; 80:9
**officiel** 4:3
**Ofiter** 12:19
**one** 13:5; 14:11, 24;
15:12; 18:10; 19:25;
24:15; 25:18, 18; 26:20;
30:9, 15; 31:12, 13; 32:11;
33:23; 36:2; 38:12; 41:23;
51:4; 53:2, 2, 7, 8; 54:5;
60:23; 71:15
**only** 5:20; 6:17; 8:10;
18:7; 36:22, 23; 45:5;
47:15; 54:7; 66:24; 67:4;
74:5
**open** 57:5; 66:3, 5, 5, 11,
14, 16
**operating** 81:25; 83:2
**order** 39:21, 25
**orders** 37:2, 3, 3, 16;
42:15
**ordinary** 31:4, 6
**original** 15:7
**others** 56:22
**out** 24:23; 26:16; 30:10;
50:13; 55:5; 57:9; 58:16;
63:19; 65:25; 69:3; 72:6;
73:18; 74:16; 75:16;
76:10; 82:23; 85:6
**outbound** 30:13, 14
**outside** 15:23
**over** 46:15; 47:14; 54:22;
55:8, 10, 11; 59:7; 69:7;
70:15; 77:4; 79:25
**owned** 13:24

**P**

**page** 35:20; 36:8, 25;
74:18, 19, 21, 25; 78:16;
81:6; 83:21; 85:6
**pages** 10:10, 15; 35:20,
25
**paper** 4:22; 64:15
**paperwork** 73:8, 12, 15,
15
**paragraph** 77:23; 78:2,
22
**part** 17:11; 43:6; 64:4;
70:12
**particular** 15:3; 70:8
**parties** 85:15

**pass** 31:22
**past** 35:3
**people** 16:21; 17:2, 19;
18:5; 22:19; 45:5; 47:15;
57:14; 80:22
**peril** 67:25
**period** 54:3; 58:17
**personally** 34:4
**Peter** 13:25; 14:5, 7
**PETROHUE** 14:11, 12
**pick** 26:19; 29:19; 81:12;
83:4
**Picked** 82:24
**picking** 82:16
**picture** 18:15; 19:4, 12;
20:7, 20
**pictures** 18:24
**plar** 18:12
**pilot** 23:11, 18, 19, 21;
24:5; 25:8, 17; 32:6; 33:4,
6, 11, 14
**place** 17:14; 24:24;
63:15; 85:5
**planning** 25:25; 26:2;
54:14, 15, 16
**please** 5:16
**plot** 72:22
**Plotting** 53:20
**point** 26:5; 37:10; 44:24;
47:10; 51:4; 55:6; 60:2, 12,
20; 77:4
**pointed** 74:16
**Pointing** 20:10
**points** 25:24; 34:18
**politeness** 5:8
**Port** 15:18; 16:13; 17:10,
17; 20:15, 23; 21:2, 15;
29:14; 31:7, 11; 33:14;
34:7; 69:3, 8
**position** 14:19; 21:23;
67:4; 72:12, 14, 17, 18, 23,
24
**positioned** 22:13
**post** 41:2, 4
**posted** 37:23; 38:4;
41:19; 52:12; 67:10
**practice** 36:18; 39:3, 17;
40:2, 6, 11; 43:6; 66:21
**prepare** 79:7, 11
**prepared** 79:5; 80:2
**preparing** 59:4
**present** 7:3; 8:12, 12;
80:9
**previously** 15:5
**primarily** 10:3
**Printed** 45:15
**probably** 11:5; 57:14
**procadure** 35:16; 40:13,
16, 20, 21; 41:6, 8, 10, 20,
23; 42:6, 12; 47:24; 53:9,
10; 57:21; 58:2; 63:5, 11;
64:20; 70:12
**procedures** 55:21
**proceeding** 48:24; 49:3;

69:2
**pronounce** 5:19
**pronunciation** 5:8
**proper** 42:25; 68:10
**propounded** 4:7
**Public** 4:4, 12; 32:19
**publication** 32:20, 23
**Punte** 12:20
**purpose** 28:18, 19
**put** 39:18; 42:6; 44:8;
67:12; 75:25; 80:4

**R**

**R** 4:11
**radar** 41:5; 52:20, 25;
53:5, 6, 13, 23, 24, 25;
65:22; 70:11; 81:5, 20, 22;
82:9, 22, 25; 83:6, 10
**radar's** 83:2
**radars** 81:12, 25; 82:12
**radio** 32:18; 62:5, 11, 14,
14, 16, 18, 23; 64:16, 16;
65:7, 12; 71:4, 5, 22; 73:6,
10
**range** 41:5; 53:17
**reting** 8:8; 9:16
**reach** 29:25
**read** 15:12; 24:23; 26:16;
39:13; 45:23; 61:24; 74:3;
75:20; 76:8; 77:17; 85:15
**reading** 48:16; 75:24
**reason** 48:4; 50:4; 54:13
**recall** 20:14; 45:4
**receipt** 60:5, 9
**receive** 60:3; 64:3
**received** 59:17; 60:21,
23; 62:4; 64:16; 65:11
**receives** 62:11
**receiving** 69:19
**reception** 82:10
**Recess** 70:2
**recollection** 16:7; 17:6;
45:7; 57:25
**record** 9:23; 10:11, 20;
15:3; 45:18; 49:14, 16;
62:3, 5; 64:12, 13, 22;
71:24
**recorded** 62:8; 63:14
**reduce** 53:18
**reduced** 15:12; 85:10
**refer** 16:12
**reference** 69:15; 81:19
**referring** 14:21; 45:19;
76:25; 78:2
**refers** 77:23; 81:18
**registry** 11:20
**regular** 23:6; 39:3; 40:2,
11, 21; 43:6; 55:23; 56:4;
64:4; 65:2; 70:23
**regularly** 22:19
**regulation** 30:23
**regulations** 8:11; 31:2;

67:17
**relates** 76:22; 77:9; 78:24
**relieved** 54:20; 55:19
**remain** 27:15
**ramained** 51:3
**remains** 25:7
**remember** 17:25; 20:17;
21:4, 5; 28:25; 30:22; 31:8;
34:13, 14; 45:10; 47:13,
15, 18, 19; 52:14; 55:16;
56:10, 23; 58:24; 59:19;
61:4; 69:14; 80:19, 23, 24,
25; 81:2
**reporter** 85:10
**requested** 85:9
**require** 68:11
**required** 23:25; 37:9, 13;
42:17, 21; 72:16
**requirement** 30:20
**requiring** 31:4
**responding** 27:8
**responsibility** 64:8;
67:20
**rest** 10:7
**restricted** 37:5; 38:21;
40:14, 21; 41:7, 20; 44:6;
48:17, 21; 51:3, 23, 25;
66:16, 19
**return** 83:14
**returning** 82:22
**right** 4:18, 19; 5:18; 6:12;
7:24; 8:2, 3; 9:13; 11:17,
24; 12:23; 13:2; 15:8, 13,
16; 16:4, 4, 10, 16, 24;
17:4, 20; 18:2, 2, 9, 9, 14;
19:16; 20:22; 22:22;
24:16, 20; 25:4, 24; 26:13;
27:21; 29:18; 30:6, 11;
31:9; 35:10, 21; 37:15;
39:16; 40:9, 17; 41:17;
42:2, 21; 45:23; 49:24;
50:21; 54:12, 22; 55:9, 9,
17, 22; 56:3; 57:23, 23;
58:5, 13, 23; 62:16, 22;
63:10, 11; 65:16, 18;
66:18, 18, 24, 25; 67:12;
68:25; 69:4; 70:3, 7, 13;
72:3; 73:4, 6, 21; 74:20;
76:20; 77:7, 17, 24; 78:14;
79:8, 15, 23; 82:10, 14
**right-hand** 74:18, 21
**RIO** 13:19, 21; 14:3
**road** 67:16
**room** 73:2
**routine** 70:24, 25; 71:21;
72:6, 21; 73:19; 74:2
**routinely** 73:12
**rudder** 27:7, 8
**rules** 67:15
**Rumanian** 4:8, 9; 5:17;
6:25; 7:2, 8, 9, 14; 10:8;
11:8, 12, 16; 12:10, 19
**run** 23:11; 68:7; 72:19

**S**

**S** 4:11
**S-A-T** 61:12
**safety** 29:20, 23; 30:8,
20; 31:6; 35:7, 9; 59:4, 13;
67:16; 74:6
**sail** 8:8, 13; 13:17; 49:3
**sailed** 8:4; 12:2; 13:14;
67:14
**sailing** 15:21; 25:20;
30:4; 33:3, 4, 5, 6, 10, 13,
22; 34:6; 51:22
**same** 19:20, 21; 20:5, 8;
29:2; 30:18; 42:10, 18;
63:12; 76:4; 85:10
**SAMMARINA** 9:20
**Sat** 60:25; 61:9, 11, 14;
62:4; 63:12, 13; 65:12;
80:14
**Saturday** 36:2
**saw** 18:12; 59:20; 83:17
**saying** 26:12; 28:7;
30:11; 31:20, 21; 40:20;
41:10, 22; 42:5; 43:4;
57:19; 63:4; 72:15; 75:23;
79:11
**scale** 76:17, 23; 77:10,
11; 82:14, 17
**scene** 68:7
**schedule** 58:3
**scheduled** 69:7
**school** 8:23; 9:4
**schooled** 67:14
**schooling** 8:21, 24; 9:8
**SCHWARTZ** 4:2
**scraping** 20:13
**scrapping** 20:12
**scretch** 20:13
**scratches** 20:15, 19
**screen** 25:14; 65:23;
83:15
**screens** 25:18
**sea** 9:23; 10:12, 22; 67:16
**Seaman** 7:4; 9:12; 22:23,
24, 24; 57:3
**seamanship** 68:4, 10, 22
**seas** 82:6
**second** 6:15; 8:8, 10, 13,
17; 43:18; 44:5; 47:20;
50:22; 54:24, 25; 55:10,
14; 62:6, 9; 63:2, 17; 64:7,
10; 80:14
**section** 19:18; 36:8
**seeing** 28:2
**seems** 20:8
**segment** 15:15
**send** 64:17
**sent** 64:17
**seperation** 29:24; 54:6
**September** 6:23; 13:7
**serve** 12:7
**service** 12:25

set 25:18, 19; 39:10; 53:11; 82:12; 85:5
sets 53:3
setting 26:6; 27:6
settings 70:12
seven 77:8
SHARON 4:2
Ship 6:2; 9:14, 15, 19, 21, 22; 11:21; 15:24; 18:5; 19:9; 27:15; 28:22; 42:15; 65:14
ship's 11:20; 37:3; 64:4; 65:3, 4, 9, 13; 72:18
ships 10:5, 8, 20; 11:19; 14:5; 30:15; 31:15
short 58:18
show 21:10; 25:3, 18; 76:15
showed 32:6
showing 10:18; 24:11, 24; 32:7
shown 20:19
side 68:12
sign 5:25; 85:15
signal 39:9, 14, 19; 40:4, 9, 14, 24, 25; 41:18; 51:11, 17, 21, 24; 66:17
signals 32:19
signature 80:4
simple 28:3; 50:13
simply 6:10; 12:11
Singleton 17:15, 16, 24
sit 68:20
sitting 19:9; 71:14
situated 66:6
situation 37:22; 48:8, 13; 53:23
six 57:11, 12
slow 50:6
small 18:10; 24:14, 15
smoke 66:15
SOLAS 67:16
somebody 66:22; 67:25; 68:11, 17; 79:14; 82:25; 83:2
someone 71:14
sometime 61:3, 5, 15; 62:21
somewhat 26:13
somewhere 65:13
Sound 39:14
southwest 76:20
speak 5:17, 20; 16:25; 17:16; 60:14
speaker 71:6, 16, 18, 22
speaking 5:22; 6:6; 33:7; 36:6
special 29:24
specific 22:2; 35:5; 57:24; 65:17
specifically 34:18
speed 49:8, 19, 22; 50:3, 7; 76:16

speeds 75:2
spell 46:20
spoken 73:23
spot 69:24
spots 31:20, 21
spreads 46:15
standard 39:3, 17
standers 42:10; 43:5
standing 14:17, 18; 37:2, 16; 39:21, 25; 42:14; 72:7; 73:13, 20
start 38:14; 40:14
started 11:3; 15:16; 78:23
starting 35:20; 55:21
State 4:5, 13
statement 17:23; 74:11; 77:20; 78:18; 79:5, 7
stay 30:5
steady 14:9
steering 23:15; 28:11, 12, 14, 15, 17; 73:5
still 6:24; 7:2; 12:9, 10, 24; 14:7; 35:11; 41:12; 48:13; 55:11; 61:18
stock 75:17
stop 77:13
struck 21:16
stuff 35:12; 76:5
suggest 59:24
supplies 32:12
supposed 39:4, 7; 41:25
sure 6:16; 69:25
SW 76:20
sworn 4:4, 12

T

talk 17:5
talked 73:9, 9
talking 17:3, 18; 18:11; 24:8, 18; 25:7; 31:5; 32:3, 5; 33:21; 41:13; 63:21; 70:8; 71:21; 72:20; 81:7, 8, 17
target 53:20; 83:17
targets 82:16, 22, 24; 83:4
telephone 71:15
telex 61:13
telling 7:21; 53:3; 57:25; 62:25; 63:10; 65:6; 66:14; 73:19
tells 40:8
temperature 76:5
ten 26:23; 27:4, 6
testified 4:14; 60:2
testimony 45:3
testing 81:11, 19, 22
thermometer 75:11; 76:7
Third 7:4, 6, 10, 14, 25; 8:4, 13, 16; 9:16, 18; 28:22

three 10:10
throughout 52:6
thrusters 20:24; 21:3
till 58:18, 25; 59:7
tiller 24:6
times 31:10; 37:20; 38:3
title 85:6
together 35:14; 80:16, 17, 19; 81:2
told 33:23; 36:24; 39:2; 41:19; 42:12; 45:24; 58:12; 64:8; 79:2; 83:9
Tom 4:19
tongue 5:17
took 19:2; 54:22
top 49:21
traffic 29:24; 30:9; 31:15; 54:6, 6
trained 83:6
training 9:9; 83:7
TRANCURA 13:19, 22; 14:3
transcript 85:16
translate 4:6
trouble 48:16
true 75:22; 78:19
try 6:9, 18; 66:22; 67:4; 68:16
trying 25:22; 26:15; 27:10; 33:7; 34:10; 50:12, 22; 55:4; 58:16; 63:19; 66:5; 72:4; 73:18; 75:8; 82:19
tugboats 21:6
tugs 16:5
turn 24:16, 22; 26:12; 28:2; 78:16; 81:6
turning 25:20
Twenty-four 49:23
two 10:10, 15; 25:17; 35:25; 38:10; 45:5; 47:15; 53:3, 5, 6; 54:7; 65:8; 67:4
Two-page 10:16
type 32:12
typewritten 85:11

U

U 4:11
UHF 62:4; 64:16; 71:3; 73:10
under 7:19; 9:10; 21:22; 22:25; 31:4, 6; 46:14; 66:19
unload 69:7
up 25:13; 28:21; 29:9; 40:8; 48:11; 49:7; 52:12; 73:4, 21; 81:12; 82:16, 24; 83:4
upper 78:14
urgency 59:20
urgent 59:17; 60:4, 9, 17; 62:12, 19; 67:25; 69:15

use 6:17; 24:6; 30:20; 31:6, 15
used 16:6; 18:25; 21:3; 24:18
usually 42:6, 8; 66:15

V

V-O-E-L-C-H-N-E-R 46:21
various 65:11; 74:22; 77:17
vary 82:14
vessel 11:23; 12:2, 13; 15:21, 23; 16:11, 18; 18:6; 23:16; 25:7, 19; 29:20; 30:4, 20; 31:4; 37:4; 49:8; 50:23; 51:22; 53:21; 60:21; 62:4; 63:21; 72:18; 74:6
vessel's 50:15; 64:25; 65:14; 72:23
vessels 12:8; 14:2, 15; 34:12; 53:20; 74:7
VHF 64:16; 71:3
visibility 37:5, 7, 8, 10, 14, 21; 38:22; 40:7, 14, 21; 41:8, 20; 44:6; 47:25; 48:5, 15, 17, 19, 22, 24; 49:3; 51:3; 52:2; 66:17, 19
voltage 76:22
volume 31:15
vowage 15:16
voyage 5:12; 21:14; 23:9; 25:25; 26:2; 33:9; 34:5; 54:14, 15, 16

W

wait 14:22; 25:12
walk 15:24
watch 8:16, 17; 14:17, 18, 20; 21:23; 22:3, 12, 17; 23:2; 24:2; 25:11; 26:9; 27:12, 19, 25; 28:16, 21; 29:7; 34:2; 36:20, 22, 23; 37:6, 13, 21; 38:17; 39:19; 40:7; 42:9, 17, 20; 43:5, 22; 44:5; 45:6; 46:9, 23, 25; 47:5, 17; 48:11; 49:18; 50:23; 51:2, 10; 52:12, 23, 24; 54:18, 22; 55:14; 56:25; 58:8; 59:7; 65:18; 67:7, 9; 70:7, 9, 11, 17, 17, 21, 24; 71:7, 19, 22; 72:5, 7, 22; 73:13, 14, 20; 75:5; 77:14, 16; 80:11; 82:14
watching 65:22; 82:25
water 21:17
way 10:14; 30:18; 31:21; 67:12
waypoint 26:4
weather 51:23; 75:2
What's 6:21; 23:6; 74:10
wheel 24:15, 18, 22; 26:9,

13, 16, 25
Whereupon 11:7; 84:6
who's 19:11
whole 10:22; 13:9; 23:12
WIEGEL 5:5; 7:22; 9:25; 10:4, 16; 11:3; 14:24; 15:2, 11; 35:19; 37:24; 38:2, 7, 15; 39:22; 43:12, 16; 45:18; 46:6, 20; 49:9, 12; 52:7; 53:12, 15; 56:11; 61:10; 69:23; 74:10; 76:25; 77:6, 25; 78:5, 8; 84:3
wind 75:17, 22; 76:8, 19
windows 66:5
wing 52:6
wings 66:2
withdraw 33:20; 34:16; 38:14; 42:10; 52:10; 61:22; 79:6
within 68:13, 13
witness 4:7, 9; 78:7
word 20:9
words 71:13
work 15:10; 57:22
worked 82:19
working 14:7; 57:3, 16; 58:4, 4; 67:8
world 68:12
write 40:18; 42:3; 62:13
writes 46:23
writing 17:23; 21:13; 64:15, 17
written 17:22; 64:23; 65:13
wrong 43:15

Y

years 8:25; 9:3
York 4:5, 13; 15:19; 23:10; 29:13, 14, 14; 30:21; 31:11, 16; 33:15; 34:7

**Lawyer's Notes**