**Page 109**

[1] MR. HEALEY: Who asked you?

[2] MR. HEALEY: Off the record.

[3]     (Whereupon, there was a discussion

[4] off the record.)

[5]     Q: Underneath the $770 for Dr. Small you have

[6] listed medication, the antidepressants for yourself in

[7] the amount of $450, 9 months' supply?

[8]     A: Yes.

[9]     Q: Is that medication that you were taking,

[10] that's the Zoloft and the Wellbutrin?

[11]     A: Yes.

[12]     Q: Why only 9 months do you have down?

[13]     A: I believe I took it from the date of the

[14] accident until the end of the year or till — there

[15] must have been a time period that I needed to compile

[16] my receipts. I'm not sure, but it was for, you know

[17] — I believe I started at the date of the accident and

[18]

[19]     Q: That's May, '04; 9 months takes us into

[20] the early part of '05.

[21]     A: I stopped it April, '05 so maybe that's

[22] why.

[23]     Q: You stopped April, '05 not April, '06?

[24]     A: No. It must have been mistaken. It must

[25] be April, '05; sorry.

**Page 110**

[1]     (Whereupon, there was a

[2] luncheon recess.)

[3]     MR. UNGER: Just going back to the

[4] Exhibit 38 for a minute.

[5]     MR. HEALEY: Which one is that?

[6]     Q: That's the medical expenses. I'll show it

[7] to you in a second. You put down for a 9-month supply

[8] here, okay, but you were taking Wellbutrin at least —

[9] I'll sorry. You switched from Zoloft to Wellbutrin in

[10] March of 2006. You remember that?

[11]     A: I got one thing of it, and I only used it

[12] for less than a week, and then I didn't use the rest

[13] of the bottle.

[14]     Q: But you were continuously on

[15] antidepressants from April of '04 until at least

[16] March or April of '06.

[17]     A: So I was right with '06.

[18]     Q: Is that correct?

[19]     A: Yeah, I think I was right with '06.

[20]     Q: Okay. So just I'm just a little bit

[21] confused as to why you only put down for 9 months on

[22] your medical expenses form.

[23]     A: It must have been that's what I had

[24] receipts, you know, up till a certain date for. I'm

[25] not sure. That may have been all the receipts I have,

**Page 111**

[1] because like I said, I cut them in half so maybe that

[2] the 9 months stretched to 18 months or something like

[3] that.

[4]     Q: And just to finish up on this, you

[5] indicate that there is a balance owed to Dr. Small in

[6] the amount of $660?

[7]     A: Yes.

[8]     Q: Has that been paid since this form was

[9] created?

[10]     A: No.

[11]     Q: We were talking a little bit about

[12] Michael's meetings with Dr. Small, and you said he

[13] didn't tell you very much about them. Initially on

[14] his first meeting did he tell you what Dr. Small and

[15] he discussed?

[16]     A: No.

[17]     Q: Did he ever tell you what he and Dr. Small

[18] discussed?

[19]     A: One time he mentioned stuff about the boat

[20] accident. Another time he mentioned bringing up his

[21] brother, and that's pretty much all I ever got for

[22] information, you know.

[23]     Q: What about his brother?

[24]     A: He just mentioned that he talked about him

[25] in one of the sessions.

**Page 112**

[1]     Q: How did you come to learn of the accident

[2] involving the Ava Claire?

[3]     A: That's really weird. I actually called

[4] Michael's cell phone, and when he didn't answer, I hit

[5] the code to hear messages, because he's told me before

[6] that he never checks his messages, and if I get a

[7] chance to check his messages for him — it's all

[8] around secretarial. I listened to the message, and

[9] there was one from a Coast Guard official saying

[10] basically this is officer so-and-so, US Coast Guard,

[11] and the phone number. That was it; no information.

[12] It kind of bothered me. I hung up and I didn't think

[13] anything — well, I thought about it for about 10 or

[14] 15 minutes, and then I said, well, maybe they want to

[15] board him or maybe they are looking for him to board

[16] or to go over some reports or something, so I'll just

[17] let him know that he's out fishing until tomorrow. So

[18] I called back again, listened to the message again

[19] just to get the number, and I called back, and, you

[20] know, I spoke to him, and he was the one who told me.

[21] Basically he said, "We know he's out fishing. We're

[22] wondering if you had an idea where his location was."

[23] He said, "We received an EPIRB signal from him, and

[24] that was pretty much after that I think I froze, you

[25] know. I didn't really move.



Page 113

[1] **Q:** What time of day was this?

[2] **A:** It was around 1:30, I think, because I had

[3] been coming home from around 12:52 or something on my

[4] car, and I was in Niantic coming home, and I was

[5] stopped at the bridge, and I noticed the fog really,

[6] really bad, and there was a boat that bridge was

[7] opened for, and you couldn't even see the mast as it

[8] went by it was a sailboat. I remember thinking, oh my

[9] God, it's really foggy, and I had this awful just like

[10] pit in my stomach, and that's actually why I called

[11] him when I got home. I didn't have a cell phone at

[12] the time so I used the house phone, so it wasn't long

[13] after that, maybe about 1:30, that I called him and

[14] retrieved the message and called the official.

[15] **MR. HEALEY:** I think you asked —

[16] **Q:** 1:30 p.m.?

[17] **A:** P.m.

[18] **Q:** What did the Coast Guard official tell

[19] you?

[20] **A:** He said that they received an EPIRB

[21] signal, and they were trying to better pinpoint his

[22] location. Looking back that kind of surprises me. I

[23] thought they would have a direct ...

[24] **Q:** Did you have one or more than one

[25] conversation with the Coast Guard?

Page 114

[1] **A:** Then he called back when he found them.

[2] **Q:** What time was that?

[3] **A:** A good hour to an hour — I'm not really

[4] sure of the exact time frame. Maybe an hour to 2

[5] hours after that. He called back to say they had been

[6] found. They had been rescued by their helicopter, and

[7] that they were on their way to the air station base in

[8] Cape Cod, and I just left the house. I still had no

[9] idea what had happened or why he had been rescued or

[10] anything.

[11] **Q:** So you left the house to go to Cape Cod?

[12] **A:** Yeah. I grabbed clothes. I grabbed

[13] clothes for — I asked them if all three had survived.

[14] That was my first question and he said, yes, so I

[15] grabbed warm clothes for everybody and boots for Mike,

[16] and then I just drove like hell.

[17] **Q:** When did you first speak to Michael?

[18] **A:** At the Coast Guard air station.

[19] **Q:** What time did you arrive there?

[20] **A:** It was close to 7. It may have been 7:30.

[21] I'm not sure. I got lost and I got pulled over so I

[22] was delayed a bit.

[23] **Q:** Pulled over because you were speeding?

[24] **A:** Yeah.

[25] **Q:** When you saw Michael, did you have a

Page 115

[1] conversation?

[2] **A:** We pretty much just hugged and cried, and

[3] then I was like, "What happened? Did the boat blow up

[4] or something?" He said, "No. We were hit." You

[5] know, I gave Geal and Ben hugs, and then kind of their

[6] family came up, you know, and we kind of just all sat

[7] around and just like — I mean, the air was really

[8] heavy. They were very shaken, and I wasn't going to

[9] like grill them with questions, you know. I just —

[10] whatever they wanted to tell me it was like, wow.

[11] **Q:** What did they tell you?

[12] **A:** They said they were hit by a big ship.

[13] They said that — he told me what side of the boat it

[14] came through, and obviously he told me he lost Joey,

[15] which I hadn't thought about Joey.

[16] **Q:** That's the dog?

[17] **A:** The dog, yeah. In my rushing I didn't

[18] even remember that he had brought him, and I felt

[19] awful at that point, and they just, you know, just

[20] described what they had been through, to be rescued

[21] going up in the basket, and they laughed about how

[22] Geal didn't want to go. The guy said, "Do you want to

[23] go home or not? You know, you want to stay here?"

[24] They talked a little bit about finding stuff in the

[25] water. Mike told me when he found the compass, he

Page 116

[1] thought that was a sign he was going to be okay, you

[2] know, what the helicopter was like. I spoke with both

[3] the pilots who were really nice guys. It was kind of

[4] a little bit of a good mood there, because apparently

[5] they hadn't rescued people or found all surviving

[6] people very often or in a while from these calls, so

[7] they were waiting for a hot meal, and they had already

[8] given them clothes. Then they had to take statements

[9] from them, so I just waited outside the rooms, and

[10] they told us we had to go for the drug and alcohol

[11] testing, the urine tests. So after we left we went

[12] straight to New Bedford Hospital.

[13] **Q:** Before you left after you first

[14] communicated with the Coast Guard, did you contact Ben

[15] or Geal's family to let them know?

[16] **A:** No. I tried to call Geal's parents, and

[17] the line was busy, and then I didn't have a cell

[18] phone, so once I left, I couldn't, and Ben, I remember

[19] thinking I know nothing about Ben. I don't know who

[20] to call. I don't know if he has a girlfriend or a

[21] wife. I don't know. I remember thinking I guess I'll

[22] just bring them home and ...There's nothing more I

[23] can do.

[24] **Q:** You were not present when the Coast Guard

[25] personnel interviewed any of the three?

STEPSKI   v.
THE M/V NORASIA

KIRSTEN STEPSKI
April 12, 2007

Page 117

[1] A: No.

[2] Q: After the interviews did any of the three
[3] talk to you about what had been discussed with the
[4] Coast Guard?

[5] A: No. They just said they wrote out what
[6] had happened, and just left it at that.

[7] Q: Anybody talk about the incident further
[8] after you left the Coast Guard station until you got
[9] home?

[10] A: Yeah. I think they talked about it, you
[11] know. I don't remember exactly what was said; just
[12] what they had been through and ...

[13] Q: The drug and alcohol testing was done at
[14] New Bedford Hospital. That's the $150 that you're
[15] claiming on Exhibit 38?

[16] A: Yes.

[17] Q: What time did you arrive home?

[18] A: It was after midnight. I think it was
[19] maybe 1 a.m.

[20] Q: What did you do when you got home?

[21] A: We went straight down to Mike's dad,
[22] because I had briefly told him that the Coast Guard
[23] had rescued him at sea, and I was leaving to go get
[24] him. He was literally — he was on the toilet when I
[25] told him. I flew in, I burst into his apartment,

Page 118

[1] and —

[2] MR. HEALEY: Drop that detail.

[3] A: Sorry. It was urgent so he didn't get
[4] much information, and I think he had talked to Mike on
[5] his cell phone, so he actually knew more than I did
[6] when I arrived on Cape Cod. He had already spoken to
[7] him, and he had heard what had happened, but we went
[8] straight downstairs, and hung out with him for about
[9] an hour, you know. His dad wanted to hear about it,
[10] and give us sympathy, and, you know, give him hugs and
[11] stuff.

[12] Q: Did Mike discuss with his dad the details
[13] of what had happened in terms of the accident?

[14] A: Yeah, the same way he had with me, you
[15] know, about the ship, and about sitting in the life
[16] raft and being rescued.

[17] Q: And after that?

[18] A: Went to bed and slept until noon or so the
[19] next day.

[20] Q: Did you have any further discussions the
[21] next day with Mike in terms of how the accident
[22] happened?

[23] A: Probably. I mean, I think it was pretty
[24] much all we talked about for several weeks. He had —
[25] sorry.

Page 119

[1] Q: Did you discuss within the following
[2] couple of days what to do about the boat and financial
[3] situation?

[4] A: No. I think we called the insurance
[5] company, informed them, but it wasn't time yet to talk
[6] about what to do, you know. He actually had his first
[7] cry about the dog, you know, like 3 days later and
[8] that was hard. We actually had Geal and his
[9] girlfriend over for dinner that week, you know, and
[10] just tried to, you know, get through it, support each
[11] other through it.

[12] Q: Did Mike, to your knowledge, discuss the
[13] details of how the accident happened with anyone else
[14] besides yourself, his father and of course Ben and
[15] Geal?

[16] A: My parents and his mom, his brother, you
[17] know, the closest family members, and then there was
[18] newspaper reporters that came, so it pretty much got
[19] out from there.

[20] Q: How did the newspaper come to contact you
[21] or did you contact them?

[22] A: No. They contacted us and the television
[23] and it was — it was very fast, like 2 days later. It
[24] was Saturday.

[25] Q: Did you and Mike save copies of the

Page 120

[1] newspaper clippings?

[2] A: Yes.

[3] Q: Have you given copies to Mr. Healey?

[4] A: Yes.

[5] Q: Did you get a copy of the TV interview?

[6] A: No. I missed it. We never even saw it.

[7] Q: Was Mike having discussions with anybody
[8] else within the month or so following the accident
[9] that you haven't told us about already?

[10] A: Not that I know. I think some fishermen
[11] heard the distress calls, and, you know, it got pretty
[12] big around the docks, but I don't think he went into a
[13] lot of detail with, you know, people that weren't
[14] close to him.

[15] Q: What channel was the TV interview?

[16] A: It was like three. I had to leave,
[17] because my Godfather passed away. It was his funeral,
[18] and then that night we had to go to my
[19] brother-in-law's graduation, so it was a crazy day,
[20] and I think Channel 8 and Channel 3, but I'm not sure
[21] about that, I know Channel 8.

[22] Q: What did Mike do?

[23] MR. HEALEY: I thought you were
[24] going to say what did Mike wear for the TV show. I
[25] was like wait a minute; go ahead.

**KIRSTEN STEPSKI**
April 12, 2007

**STEPSKI** v.
**THE M/V NORASIA**

---

Page 121

[1]  Q: How did Mike occupy himself during the
[2] first month after the incident when he was not having
[3] TV interviews and speaking —
[4]  A: Local celebrity.
[5]  Q: — with the press and family members,
[6] etc?
[7]  A: He started fishing the dragger, the
[8] inshore boat in the bay, because that usually picks up
[9] at the end of May, beginning of June, and the same way
[10] Mike always occupies himself, various parts that need
[11] welding and lots of hard work, mending nets and
[12] fiberglassing holes and that kind of thing.
[13]  Q: So he was doing maintenance and repairs on
[14] his other boat and the fishing equipment?
[15]  A: He keeps himself busy, yeah. He's not an
[16] idle guy.
[17]  Q: Where does he keep that other boat?
[18]  A: In Niantic right down the road.
[19]  Q: When did he start with the dragger?
[20]  A: He was 16.
[21]  Q: I'm sorry, following the accident.
[22]  A: Oh. If I were to guess, I would say by —
[23]  MR. HEALEY: Don't guess. If you
[24] can estimate, that's okay.
[25]  A: Estimate?

Page 122

[1]  Q: Yeah.
[2]  A: Within a month; within 3 weeks.
[3]  Q: He was fishing for what?
[4]  A: Fluke and flounder, skate.
[5]  Q: By himself or with somebody else?
[6]  A: By himself.
[7]  Q: And when he went back to fishing, was he
[8] doing it on a daily basis?
[9]  A: Yes, weather permitting.
[10]  Q: And that's inshore Long Island Sound area?
[11]  A: Right here you can see it.
[12]  Q: In the bay?
[13]  A: I can stand on the side of the road and
[14] see it.
[15]  Q: Niantic Bay?
[16]  A: Yes, Niantic Bay; not The Sound.
[17]  Q: Was he doing well catching —
[18]  A: I don't remember.
[19]  Q: Did Dr. Small ever give Mike any kind of
[20] papers or anything other than maybe a bill?
[21]  A: No.
[22]  Q: Do you know if Mike ever underwent any
[23] kind of tests with Dr. Small or anybody else?
[24]  A: I don't believe so. She's a social
[25] worker, Master's of social work. She is not a

Page 123

[1] psychiatrist.
[2]  Q: Why did Mike stop seeing Dr. Small?
[3]  MR. HEALEY: If you know.
[4]  A: Financially it was getting difficult, and
[5] he was more involved with fishing, and I don't know
[6] after that.
[7]  Q: Well, he saw Dr. Small starting on July 8,
[8] according to your medical expense sheet, and he
[9] continued up until the end of December of 2004. By
[10] that time he had bought the new boat?
[11]  A: Well, every January he fishes out of Point
[12] Pleasant, New Jersey so he probably was out of town.
[13]  MR. HEALEY: What was the question?
[14]  A: I'm sorry, what was the question?
[15]  MR. HEALEY: I think by that time
[16] did he buy the new boat?
[17]  A: Buy the new boat, yes.
[18]  Q: And was he fishing with the new boat out
[19] of Point Pleasant?
[20]  A: Yes.
[21]  Q: What's he fish for in January?
[22]  A: Monkfish.
[23]  Q: Did you have any discussions with Mike
[24] about going back to see Dr. Small at any time after
[25] December of 2004?

Page 124

[1]  A: Yes.
[2]  Q: When did you first discuss that?
[3]  A: I don't know when, but I know it had came
[4] up many times that maybe he should go back.
[5]  Q: Did you have those discussions in 2005?
[6]  A: Yes.
[7]  Q: 2006?
[8]  A: Yes.
[9]  Q: Have you suggested recently that Mike
[10] should go back to Dr. Small?
[11]  A: No, because Dr. Aron agreed to see him
[12] separately, and was encouraging him to see him
[13] separately, and we thought that sounded great till we
[14] realized how expensive it was, and I think he felt
[15] more comfortable with Dr. Aron after having been to
[16] somebody different.
[17]  Q: What does Dr. Aron charge?
[18]  A: He charges $150 for both, when we both go
[19] per session.
[20]  Q: For a single person?
[21]  A: $80.
[22]  Q: Has Mike seen Dr. Aron separately?
[23]  A: No.
[24]  Q: Is there an intention that he has to see
[25] Dr. Aron?

---

Page 125

[1] A: Yes.

[2] Q: And he's told you that?

[3] A: Yes.

[4] Q: Does he have an appointment to see Dr.

[5] Aron?

[6] A: No.

[7] Q: When you and Mike met with Dr. Aron, did

[8] you discuss the accident?

[9] A: We mentioned that he had been in one, and

[10] that it was an ongoing thing in our lives, but not in

[11] any kind of detail.

[12] Q: Did Mike ever discuss with you having

[13] nightmares or dreams following the accident?

[14] A: Usually I had to tell him he had a

[15] nightmare or a dream. He is a very deep sleeper, and

[16] he wouldn't always remember, but I would tell him what

[17] he said last night in his sleep.

[18] Q: He wouldn't wake up typically?

[19] A: Not normally. He probably would say, hmm,

[20] I didn't know about though so — he didn't mention

[21] them all that much, and lots of times he said he

[22] didn't remember.

[23] Q: He talks in his sleep?

[24] A: Uh-huh.

[25] Q: Snores, too, right?

Page 126

[1] A: Yeah, and he hugs the bed.

[2] Q: When you could tell he was having a

[3] nightmare or a dream, what types of things do you

[4] remember him saying while he was asleep?

[5] A: I remember him shouting out boat terms

[6] like shouting out "grab the line" and, you know, he

[7] just says a lot — giving orders. It's a different

[8] tone than what I'm used to. "Did you check the

[9] bilge?" You know, I mean, just like where he just

[10] says something like, "No, no, no, no, no, no" and

[11] rolls over, you know, just agitated and tossing and

[12] sometimes speaking sharply, you know, but it's almost

[13] always giving directions to somebody specifically.

[14] Other than that I can't ...

[15] Q: Take the month following the accident.

[16] How often do you recall him having been talking in his

[17] sleep?

[18] A: Probably almost every night.

[19] Q: Before the accident did Mike talk in his

[20] sleep?

[21] A: Yes. I don't think this is something you

[22] start doing.

[23] Q: Did he ever say anything to get him into

[24] trouble?

[25] A: No, no. Usually I couldn't understand

Page 127

[1] him. He would mumble and mutter.

[2] Q: From say the end of the first month to say

[3] up to 6 months after the accident did you continue to

[4] observe Mike to talk in his sleep?

[5] A: Yes.

[6] Q: Was it with the same frequency or had it

[7] changed in any way?

[8] A: I think it decreased a little by then. I

[9] remember he started remembering more, talked about it

[10] more. It seemed when he talked about it more, it was

[11] a little less.

[12] Q: When you say he talked about it a little

[13] more, what do you mean?

[14] A: Like the next morning he could actually

[15] tell me more about his dream or about something he

[16] had. He had one about a fire and another about the

[17] kids, running them over with his truck, and it started

[18] to be more about big catastrophes, you know, than I

[19] think what he had at first. He said it was more about

[20] the accident at first.

[21] Q: Did these dreams involve him ever dying?

[22] A: No, and I pointed that out to him. I

[23] remember saying that it's always happening to people

[24] you love, and I asked him was he ever afraid that he

[25] was dying, and he said his only thought was that his

Page 128

[1] girls were going to grow up without a dad. He's never

[2] had that fear for himself. It's really an odd

[3] quality. It's really — it's interesting to me.

[4] Q: What other types of incidents did Mike

[5] tell you he dreamt about besides fires and running

[6] over the children?

[7] A: Really out there. There's weird ones;

[8] Chinese torture. I don't know where that came from,

[9] some form of Chinese torture where you drop a drop of

[10] water on someone's forehead over a period of time. I

[11] remember being like sick to my stomach for a couple

[12] days after that; a lot with the girls being unsafe,

[13] and I remember having to reassure him about me

[14] watching them and that kind of thing, and he called

[15] out Geal's name a lot, so I know a lot of it was

[16] someone else running his boat when he's not on watch,

[17] so it was things like that.

[18] Q: Anything else you can remember?

[19] A: He did have a thing with fire. That kind

[20] of was reoccurring. That's about all I can remember.

[21] Q: Following the first 6 months after the

[22] accident did the number of occasions where Mike would

[23] talk in his sleep or tell you about his dreams, did

[24] that change in any way?

[25] A: I think it lessened with time, but I'm not

**KIRSTEN STEPSKI**
**April 12, 2007**

STEPSKI   v.
THE M/V NORASIA

Page 129

[1] — then he tells in his deposition that he still has
[2] them more often than what I hear him talking in his
[3] sleep so I can't speak for him, I guess.
[4]   Q: Does Mike still tell you about his dreams?
[5]   A: Yes, sometimes.
[6]   Q: How frequently does he tell you that he
[7] has one of these bad dreams presently?
[8]   A: Presently? Maybe three times a month or
[9] so.
[10]   Q: Same types of incidents?
[11]   A: He actually had a lot after he was
[12] arrested, and he told me about them a lot.
[13]   Q: What types of incidents?
[14]   A: In the dreams?
[15]   Q: In the dreams, yes.
[16]   A: The jail cell and getting into an argument
[17] with me, and it getting out of hand and getting
[18] arrested again, my father coming after him and that
[19] kind of thing. I think just being just — just
[20] arguing with me was a big thing.
[21]   Q: Has Mike's sleep patterns changed since
[22] the time of the accident?
[23]   A: Yes. He definitely requires a lot more
[24] sleep. He seems to fall asleep on the couch a lot
[25] more. Especially that year I remember him being,

Page 130

[1] needing a lot more sleep than usual, and seemingly not
[2] have the energy. Before 8 o'clock at night he would
[3] be asleep. Depending on if he's fishing, it's
[4] understandable, but it was on more like the days
[5] in-between, and just in general definitely more sleep
[6] than ever.
[7]   Q: On the days when Mike is not fishing he's
[8] usually tending to his equipment or his boats or
[9] something along those lines?
[10]   A: Yeah, or the house.
[11]   Q: Is he out fishing now?
[12]   A: No; he's downstairs.
[13]   Q: Oh.
[14]   MR. HEALEY: He's the baby-sitter.
[15]   A: In this weather? Have you been out there?
[16]   Q: Would Mike wake up in the middle of the
[17] night prior to the accident?
[18]   A: No.
[19]   Q: How about after the accident?
[20]   A: He's a very deep sleeper; almost never.
[21]   Q: What kind of activities does Mike engage
[22] in outside of work?
[23]   A: That's a tough one. Wow. We like to go
[24] out to eat. He likes to take hikes with the dog and
[25] playing with the kids; sometimes just hanging out on

Page 131

[1] other people's boats, you know, talking with them,
[2] getting together with family for dinners, that kind of
[3] thing. He doesn't really have hobbies. He plays
[4] basketball sometimes.
[5]   Q: Not in a league or anything; just pick up?
[6]   A: In the driveway by himself.
[7]   Q: Aside from hikes, do you guys do things
[8] together as a family?
[9]   A: Yeah, we do a lot of stuff together as a
[10] family.
[11]   Q: What types of things?
[12]   A: The kids tend to follow him taking care of
[13] things in the garage or we have a couple of animals,
[14] and he goes around to feed and/or just playing, taking
[15] them to the park. We go canoeing in the summertime.
[16] We do a lot. In the summertime we try to get a few
[17] pleasure, you know, trips in and go clamming, and that
[18] kind of thing with the kids.
[19]   Q: You ever take the kids on the boat with
[20] you?
[21]   A: Yeah, a lot; since they were
[22] one-month-old. We have child seats on the backs of
[23] our bikes. We go bike riding sometimes.
[24]   Q: Aside from having these bad dreams and
[25] nightmares that Mike's told you about, has he also

Page 132

[1] talked to you about having thoughts of bad things
[2] happening during the day?
[3]   A: Yes, yeah, he's mentioned that.
[4]   Q: What types of things did he talk to you
[5] about?
[6]   A: Well, it's like that catastrophe thing
[7] he's big on, the big fires and explosions, and bad
[8] things happening to the girls. He doesn't go into a
[9] lot of details; whatever he's comfortable talking
[10] about. Basically it's running somebody over or any
[11] kind of bad thing I guess is kind of on his mind a
[12] lot.
[13]   Q: Do you have any idea what triggers Mike to
[14] have these bad thoughts?
[15]   A: No, because I didn't realize he was having
[16] them as often as I think he is or he doesn't talk
[17] about them as often as he is.
[18]   Q: How often does he tell you that he has
[19] these bad thoughts?
[20]   A: Right now or since —
[21]   Q: Presently.
[22]   A: A couple times a month he'll mention
[23] something that is bothering him, he had been thinking
[24] about. It used to be a lot more.
[25]   Q: It was more frequent following the

STEPSKI   v.
THE M/V NORASIA

KIRSTEN STEPSKI
April 12, 2007

Page 133

[1] accident?

[2]   A: Uh-huh.

[3]   Q: When did Mike first discuss having these

[4] bad thoughts with you?

[5]   A: Pretty much right away. I think that

[6] first night and day that he slept I think he woke up,

[7] and said he had dreamt about it all, you know.

[8]   Q: But bad thoughts during the day.

[9]   A: Oh, during the day or just thinking? I

[10] think that came out after he had been seeing Dr.

[11] Small. I think he mentioned that to me.

[12]   Q: By way of education, do you have any

[13] training in mental health or psychology or anything

[14] along those lines?

[15]   A: No.

[16]   Q: Were you ever told by Mike or anyone else

[17] that Dr. Small had suggested that he suffers from

[18] posttraumatic stress disorder?

[19]   A: Yes.

[20]   Q: When were you told that?

[21]   A: I don't know.

[22]   Q: Have you done anything to educate yourself

[23] as to what posttraumatic stress disorder is?

[24]   A: No, not really.

[25]   Q: Or what causes it or what types of

Page 134

[1] treatments can help someone with PTSD?

[2]   A: Only from what I received as support from

[3] other people, you know, I found that out. Other

[4] people have helpful suggestions and mentioned — as

[5] far as the posttraumatic stress, his father suffered

[6] from that from Vietnam, and had some good input also.

[7] I think he talks with his father a lot more about it.

[8]   Q: What types of things have you been told

[9] you should do to try and help Mike?

[10]   A: Not press until he's ready to talk about

[11] it, and not treat his concerns like belittle them no

[12] matter how small or weird they seem; try to address to

[13] help him feel comfortable and safe. You know, I think

[14] helping him to open up and feel comfortable talking

[15] about it or helping him find someone he is comfortable

[16] talking to.

[17]   Q: Anything else?

[18]   A: That's all I can think of right now.

[19]   Q: Okay. You were pregnant on the date of

[20] the accident, correct?

[21]   A: Yes.

[22]   Q: Did you have any complications following

[23] the accident with your pregnancy?

[24]   A: No.

[25]   Q: Any complications with the birth or post

Page 135

[1] birth?

[2]   A: No.

[3]   Q: Had Mike had any prior accidents that you

[4] are aware of?

[5]   A: Yes. He had been in a really serious car

[6] accident as a teenager, 17 or 18, where he actually

[7] had amnesia for a period and there was also — he

[8] wasn't in an accident, but there was a boat accident

[9] that his best friend died on, two of his friends died

[10] on that he was supposed to be on, and he talked about

[11] that. I call him nine lives, because he's actually

[12] had a lot of near misses. I don't know why. We were

[13] in a bad car accident together.

[14]   Q: Is that the one where you were driving on

[15] the ice?

[16]   A: Yeah, yeah, and he wasn't buckled and he

[17] survived that so ... He's been in a few accidents,

[18] some stupid teenage things he's done and survived.

[19]   MR. HEALEY: I think you've covered

[20] it all.

[21]   Q: I'm striking a lot of the questions.

[22] Since the accident has Mike taken any kind of formal

[23] training in terms of boating safety or the rules of

[24] the road or radar or anything along those lines in

[25] connection with the boating?

Page 136

[1]   A: The Coast Guard gave him a DVD to watch,

[2] and to have his crew watch, especially new crew every

[3] time on I believe it's safety and emergency procedures

[4] and that kind of thing. They made sure he left with

[5] it when we left the Coast Guard; other than that, no.

[6]   Q: Did Mike ever talk with you about going

[7] back to the area where the accident happened when they

[8] went to retrieve the nets?

[9]   A: Yes.

[10]   Q: What did he tell you about that?

[11]   A: It was extremely difficult. He was

[12] sticking his head out the window most of the time,

[13] because he wouldn't trust the radar and couldn't eat,

[14] couldn't sleep, and they pulled his nets in that had

[15] been left there, and then he said that he felt Joey's

[16] presence, and he kind of said a little good-bye to

[17] him. He kind of stepped to the back of the boat, and

[18] took a moment to say good-bye, and basically said, you

[19] know, that he's taking the summer off for sure after

[20] that.

[21]   Q: And did he say anything else?

[22]   A: Not that I can remember.

[23]   Q: Did he talk about also the trip he took

[24] about a year later to go and try to retrieve the one

[25] net from the bottom and the other debris?

**KIRSTEN STEPSKI**
April 12, 2007

STEPSKI   v.
THE M/V NORASIA

Page 137

[1] A: Yes.

[2] Q: What did he —

[3] A: Although I don't believe he went to go

[4] retrieve the net. I think they happened to pass by

[5] the wreck as he was coming in from a trip. He saw it

[6] on his bottom finder, and thought that was the spot,

[7] and they grappled and pulled up part of the net and

[8] some — that was really weird, because it was the

[9] first time Geal had been fishing with him since the

[10] accident. It was really weird, but it was really kind

[11] of neat too actually. It was like finding an old

[12] sweatshirt or something you love. I mean, it was

[13] like, "Wow, there's the air horn you used, and look.

[14] This is the part of the boat." I actually recognized

[15] the fiberglass, and what part of the boat it was from.

[16] He pointed it out. He found a couple of old rods or

[17] maybe I think it was one rod, and he just thought the

[18] whole thing was kind of ironic. It was one of those

[19] like weird ironic things that you talk about, you

[20] know, especially being so close to the anniversary.

[21] Q: Did he say anything else about that

[22] incident?

[23] A: That Megan was there, and he had to show

[24] the pieces to the Coast Guard.

[25] Q: Who is Megan?

Page 138

[1] A: Megan was the observer. The National

[2] Marine Fisheries observer was there, and I can't

[3] remember him saying much more about it other than what

[4] he found, and he wrote down the numbers of where he

[5] was, so it's kind of like the boat's grave site.

[6] Q: Have you ever been a plaintiff in a

[7] lawsuit before?

[8] A: No. Well, I'm sorry, except does a

[9] divorce count?

[10] Q: Other than the divorce.

[11] A: No.

[12] Q: Did you know Ben Schober was an alcoholic

[13] before the accident?

[14] A: No.

[15] Q: Did you know — did Mike ever tell you

[16] that Ben had brought beer on board?

[17] A: No.

[18] Q: Is Mike fishing now on his permit or is he

[19] still fishing for the boat in Shinnecock?

[20] A: The other boat in Shinnecock.

[21] Q: How does he get to Shinnecock?

[22] A: Well, he has the boat right here now in

[23] Niantic, and he's going in and out from here now.

[24] Q: That's a hell of a commute.

[25] A: He just came back from Glouchester. He's

Page 139

[1] taking the boat where it needs to go. It doesn't have

[2] to go out of Shinnecock; just where the owner lives.

[3] Q: But he gets his days back in May?

[4] A: Yes.

[5] Q: And then he'll fish on his own permit?

[6] A: Yes.

[7] Q: Is Geal still fishing with Mike?

[8] A: Actually, he did in Glouchester a couple

[9] trips randomly; not on a regular basis.

[10] Q: Mike ever tell you he has any kind of

[11] guilt about the accident?

[12] A: Yes, he mentioned that.

[13] Q: When did he do that?

[14] A: I think within the first short time period

[15] immediately after, and I think most everyone,

[16] including myself, tried to reassure him, you know, not

[17] to feel guilty.

[18] Q: Did Mike say that anybody had blamed him

[19] for the accident?

[20] A: I think there was a letter to the editor

[21] after the article that was printed blaming him or

[22] something like that, and that got him upset, but it

[23] passed.

[24] Q: When did you get the new dog?

[25] A: 2 weeks after Mattie was born so that

Page 140

[1] would be August 15 or so, 20th.

[2] Q: Does Mike ever avoid fishing now?

[3] A: Oh yes, definitely.

[4] Q: How? What are the circumstances?

[5] A: He gets very indecisive with the weather,

[6] and kind of obsessive over listening to the weather.

[7] It has become kind of a little joke between us,

[8] because I said to him the other day, I said I could

[9] hear the wind chimes outside, and tell you about it

[10] than that computer. He constantly has to check and

[11] he'll plan it, get his crew ready, and then he won't

[12] go, and then he'll kick himself for not going, because

[13] it could have been a good day. He just procrastinates

[14] and he's very indecisive, seems very unsure.

[15] Q: Was he making — in 2005 he used up his

[16] full allotment of days —

[17] A: Yes.

[18] Q: — under his permit, and he worked for

[19] somebody else as well, correct?

[20] A: He did one or two trips with someone else,

[21] yes; not on a regular basis.

[22] Q: And in 2006 he used his full allotment of

[23] days, correct?

[24] A: Yes.

[25] Q: Then he worked for someone else again?

Page 141

[1] **A:** Yes.

[2] **Q:** On a consistent basis this time, right?

[3] **A:** Well, actually for 2006 he ended up doing

[4] three different fisheries he had never done before to

[5] get by, because the days had been, you know, cut

[6] and —

[7] **Q:** The days on the permit?

[8] **A:** Yeah, had been cut this year, last year,

[9] and so he still tried to work for himself as much as

[10] he could even if it was to do different fisheries he

[11] hadn't done before.

[12] **Q:** Different fisheries meaning different

[13] types of species?

[14] **A:** Yes, yeah.

[15] **Q:** Mike's intention is to keep fishing?

[16] **A:** I think Mike's intention is to keep

[17] fishing in the bay, and as a family and as recreation.

[18] I think Mike's hope is to not have to fish offshore

[19] ever again. I think he's doing it because he still

[20] has to, and as soon as he won't have to anymore, he

[21] won't.

[22] **Q:** Is it possible to make the same amount of

[23] money fishing in the bay as fishing offshore?

[24] **A:** No way.

[25] **Q:** I think you had one question, Alan, while

Page 142

[1] I check my notes here?

[2] **MR. WEIGEL:** I want to clarify

[3] something.

[4] **MR. HEALEY:** Remember, one question.

[5] This better be a honey.

[6]                 **RE-DIRECT EXAMINATION**

[7]                 **BY MR. WEIGEL:**

[8] **Q:** Well, take a look at Exhibit 34. Now, the

[9] second page of Exhibit 34 there's two separate

[10] licenses. One is the commercial fin fish license, and

[11] one is the commercial fishing license?

[12] **A:** Yes.

[13] **Q:** Do you know what the differences are

[14] between those two?

[15] **A:** I have no idea.

[16] **Q:** Well, the reason I ask is because if you

[17] look at Exhibit 36, when you go to the third page

[18] where you can actually see the header on Exhibit 36,

[19] you see this is for plate 4891, and that's only one of

[20] the two Connecticut fishing licenses that we've been

[21] provided. In other words, what we have here is for

[22] the license on the bottom of page 2 of Exhibit 34 —

[23] **A:** I know the 4891 is the inshore dragger

[24] that he has. That's the plate number. This may be

[25] him personally.

Page 143

[1] **MR. HEALEY:** Do you know?

[2] **A:** But I don't know for sure.

[3] **MR. HEALEY:** I mean, it doesn't help

[4] anybody to speculate.

[5] **Q:** Well, when you went to — when you went to

[6] the Connecticut Department of Environmental Protection

[7] to get these fishing statistics, did you just ask them

[8] for the statistics on 4891 or did you ask them for the

[9] statistics on boat licenses?

[10] **A:** No. I asked them for the statistics on

[11] the fishing vessel, Phyllis Anne. I don't believe I

[12] provided a plate number, but you would have to ask

[13] Michael, because there's a reason why there's another

[14] license.

[15] **Q:** You said you asked for the Phyllis Anne

[16] statistics, but this is more than just the Phyllis

[17] Anne's catches landed, correct, meaning this, meaning

[18] Exhibit 36.

[19] **A:** Oh, I did ask for the Phyllis Anne and the

[20] Madelyn Ruth. I may have asked all landings for

[21] Michael Stepski. I would have to look at the fax that

[22] I sent them, see what I requested, and you already

[23] asked for that so ...

[24] **Q:** That's why we want to see it to figure out

[25] what this represents. And just so — I don't know if

Page 144

[1] I asked it or —

[2] **MR. HEALEY:** I'm sure you did,

[3] whatever it is.

[4] **MR. WEIGEL:** No, this is to you.

[5] **MR. HEALEY:** Oh.

[6] **MR. WEIGEL:** We were asking for

[7] invoices. Just to be clear, we want all the

[8] monkfishing invoices, but also for the period of time

[9] that Mike Stepski fished inshore in 2004 from between

[10] the time of the accident until he started fishing

[11] offshore on the new boat in November so that would be

[12] 7 months.

[13] **MR. HEALEY:** What are we looking

[14] for? The period you want is inshore fishing?

[15] **MR. WEIGEL:** Right.

[16] **MR. HEALEY:** This kind of stuff?

[17] **MR. WEIGEL:** No, no; the actual

[18] invoices.

[19] **MR. HEALEY:** Oh, oh, okay.

[20] **MR. WEIGEL:** From the first one is

[21] July 13, 2004 through November 5, 2004, and that's

[22] apparently all the inshore stuff, and then all of the

[23] monkfishing invoices for the rest of 2004, 2005 and 2006.

[24] Inshore stuff and for later years I won't ask for

[25] right now. If it looks like it becomes relevant later

---

Page 145

[1] as we go through this, I'll ask for it, but for right
[2] now I don't want it, okay?
[3]    MR. HEALEY: All right. Anything
[4] else, Mike?
[5]         RE-CROSS-EXAMINATION
[6]           BY MR. UNGER:
[7]    Q: You have never been a patient of Dr.
[8] Small?
[9]    A: No, I've never met her.
[10]    Q: Never spoken to her?
[11]    A: I've spoken to her, but never met her.
[12]    Q: Okay. When did you speak to her?
[13]    A: I made a few appointments for him just
[14] briefly over the phone within that time period that he
[15] was seeing her.
[16]    Q: Okay. You ever talk about the accident
[17] with her?
[18]    A: No.
[19]    Q: You ever talk about Michael with her at
[20] all?
[21]    A: Well, I remember mentioning something
[22] about how he was doing, because she asked me how he
[23] was doing or she asked me a specific question, but I
[24] would never ask her for — I know about
[25] confidentiality and all that.

Page 146

[1]    Q: That's all I have. Thank you very much.
[2]    (Whereupon, this deposition was
[3] concluded at 2:49.)
[4]
[5]
[6]
[7]
[8]
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 147

[1]    I, KIRSTEN STEPSKI, have read the
foregoing transcript of the testimony given at my
[2] deposition on April 12, 2007, and it is true and
accurate to the best of my knowledge and belief as
[3] originally transcribed and/or with the changes as
noted on the attached Correction Sheet.
[4]
[5]
[6]            KIRSTEN STEPSKI
[6]
[7]
[8]    SUBSCRIBED AND SWORN TO BEFORE ME,
[9] the undersigned authority, on this
[10] the day of , 2007.
[11]
[12]
[13]
[14] My commission expires:
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 148

[1]         CERTIFICATE
[2]
[3] I hereby certify that I am a Notary Public, in
[4] and for the State of Connecticut, duly commissioned
[5] and qualified to administer oaths.
[6] I further certify that the deponent named in
[7] the foregoing deposition was by me duly sworn and
[8] thereupon testified as appears in the foregoing
[9] deposition; that said deposition was taken by me
[10] stenographically in the presence of counsel and
[11] reduced to print under my direction, and the foregoing
[12] is a true and accurate transcript of the testimony.
[13] I further certify that I am neither of counsel
[14] nor related to either of the parties to said suit, nor
[15] am I interested in the outcome of said cause.
[16]    Witness my hand and seal as Notary Public
[17] this __ day of _____, 2007.
[18]
[19]
[20]         NOTARY PUBLIC
[21]         JACQUELINE McCAULEY
[22]
[23] My Commission Expires:
[24] MAY/2010
[25]
[N22]

**Lawyer's Notes**

## $

$1,400 72:7, 8
$1,787 62:8, 2
$1,800 104:17
$10 69:11; 70:2
$100,000 83:21
$108,892 68:13
$130,000 68:21
$150 117:14; 124:18
$180,507 68:16
$189 75:4
$200 72:7; 73:15; 75:1
$200,000 83:21, 22
$224 75:4
$250 75:18
$362,337 68:24
$450 109:7
$660 111:6
$770 109:5
$8,000 104:16
$80 124:21

## 0

03 35:10; 85:15; 93:19
04 75:19; 86:3; 109:19;
110:15
05 52:24; 54:23; 81:19;
109:20, 21, 23, 25
06 54:23; 109:23; 110:16,
17, 19
07 55:20

## 1

1 35:14, 21; 43:21, 23, 23;
44:8, 9, 16; 45:10; 52:24;
53:4; 56:14, 15, 20; 61:11,
12; 64:20, 21; 117:19
1,003 60:6
1,792 60:11; 61:3
1.6 56:6
10 77:1, 19; 90:17; 112:13
11 36:18; 52:8, 22, 22;
53:3, 4; 57:14; 66:11, 12,
13
11/11/2004 52:10
12 34:23; 147:2
12-pack 101:21
12/27/04 108:6
12:52 113:3
13 61:23; 62:3; 144:21
14 58:8; 79:10; 108:3
140 33:2
15 77:17; 112:14; 140:1
15-hour 47:25
16 79:10; 121:20
17 135:6
18 39:13; 82:8; 111:2;

135:6
180 35:6
1994 84:15
1999 54:1
1:30 113:2, 13, 16

## 2

2 48:1, 7; 62:8; 79:23;
81:1; 87:6; 102:8; 103:19;
114:4; 119:23; 139:25;
142:22
2,000 48:9
20 52:20, 21; 56:6; 91:25
2000 37:14; 38:20; 59:18;
60:6; 65:7
2001 89:21
2002 53:19, 23; 60:7; 96:6
2003 34:10; 38:21; 46:25;
54:6; 67:25; 68:1; 79:20
2004 35:4; 46:14; 47:1;
51:19; 52:8, 8, 18; 53:4;
54:7; 56:15, 18, 21; 57:15,
23; 58:14; 60:12, 16, 17,
20; 61:4, 23; 62:3, 3;
64:18, 19, 20, 21; 65:9, 10,
10; 66:17, 25; 68:10, 12;
73:17, 23; 75:22; 83:16;
86:7; 87:4; 96:3; 97:1;
123:9, 25; 144:9, 21, 21,
23
2004/2005 52:19; 56:25
2005 43:21; 45:10; 51:19;
52:18; 53:4, 4, 7; 54:7, 14;
55:12, 14; 56:15, 18;
58:14; 61:1, 5, 7, 12;
62:19; 64:18; 65:3; 68:15,
15; 124:5; 140:15; 144:23
2006 35:4; 38:21; 54:7,
13; 57:1; 58:14; 61:1, 5, 8;
68:17, 20; 87:5; 88:3;
102:8; 110:10; 124:7;
140:22; 141:3; 144:23
2007 35:14, 14; 36:18;
39:13; 147:2, 10
20th 140:1
22 46:24; 52:17, 23; 54:1;
56:6; 65:9, 10; 86:3, 7
23 47:1; 58:1
24 47:25; 48:6, 6; 67:21
24-hour 47:24
25 68:11; 77:22; 78:2
27 43:6; 66:10; 67:13;
68:22; 69:6
28 48:10
29 71:23
2:49 146:3

## 3

3 38:24; 42:3; 59:18; 62:8;
92:5; 97:13; 119:7;
120:20; 122:2
3,300 47:20; 48:4

30 78:11; 99:15
31 34:9
32 33:7, 20
33 34:2; 44:24; 50:9
34 34:17; 142:8, 9, 22
35 36:2, 12; 40:21; 41:15;
59:16, 17
36 33:7; 38:13; 40:22;
52:5, 6; 57:15; 61:19, 24;
63:4; 142:17, 18; 143:18
37 71:6, 8, 10, 12; 73:5, 5
38 71:20; 107:24; 110:4;
117:15

## 4

4 35:13, 14, 15; 42:3; 68:5;
79:19, 23
4,000 48:11
4,000-pound 47:23
4-day-old 97:7
4-page 36:13
40 44:25; 52:3; 64:17
400 58:19; 76:23
4891 142:19, 23; 143:8

## 5

5 59:6, 9; 62:3; 74:9, 10;
144:21
5/10/2005 63:11, 18, 23
500 58:19

## 6

6 52:10; 59:12; 85:23;
88:25; 100:22; 102:7;
103:20; 127:3; 128:21
6-month 101:15, 16

## 7

7 114:20; 144:12
7:30 114:20

## 8

8 120:20, 21; 123:7; 130:2
860 35:7
897 60:7
8:49 39:13

## 9

9 109:7, 12, 19; 110:21;
111:2
9-month 110:7
911 90:18
96 84:21
97 79:16

99 84:22

## A

A-R-O-N 88:7
a.m 117:19
able 40:22; 48:15; 50:13;
57:2; 94:20; 99:4; 103:5
Absolutely 84:3
abusive 90:12
accepted 49:19
accident 43:21; 44:22;
45:10; 51:15, 16, 18;
52:15; 56:20; 61:12, 21;
65:4; 66:9, 10; 83:24; 84:1;
85:25; 86:1, 7; 94:8; 97:1,
13, 21; 98:2; 100:7, 17, 25;
101:14; 102:10; 103:3;
104:13; 106:5; 107:12;
109:14, 17; 111:20; 112:1;
118:13, 21; 119:13; 120:8;
121:21; 125:8, 13; 126:15,
19; 127:3, 20; 128:22;
129:22; 130:17, 19; 133:1;
134:20, 23; 135:6, 8, 8, 13,
22; 136:7; 137:10; 138:13;
139:11, 19; 144:10;
145:16
accidents 135:3, 17
according 123:8
account 67:17
accurate 147:2
activities 130:21
actual 43:16; 45:2; 46:21;
73:20; 75:16; 144:17
actually 37:22; 39:2, 11;
46:7; 48:10; 50:19; 54:1;
56:7; 62:20, 21; 73:24;
74:8; 76:13; 82:12; 85:18,
24; 94:3; 98:12; 102:22;
103:19; 105:11; 107:1;
112:3; 113:10; 118:5;
119:6, 8; 127:14; 129:11;
135:6, 11; 137:11, 14;
139:8; 141:3; 142:18
adding 105:25
additional 45:16, 22;
93:25
address 98:6; 134:12
admissible 57:10
adopted 95:11
adult 82:8
advise 49:3
affecting 103:4
affects 87:22
afraid 127:24
afternoon 78:17; 101:9
again 39:10; 47:24;
55:19; 61:2, 22; 68:22;
79:24; 85:23, 24; 86:6, 7,
9; 112:18, 18; 129:18;
140:25; 141:19
agencies 40:14; 42:12
Agency 42:16; 84:25;
85:6, 6, 8

agent 40:9
agitated 126:11
ago 84:25
agree 97:17
agreed 124:11
ahead 54:12; 120:25
air 114:7, 18; 115:7;
137:13
AI 55:4
Alan 50:1; 57:12; 141:25
alcohol 100:7, 10;
116:10; 117:13
alcoholic 138:12
allotment 140:16, 22
allotted 44:25
allowable 47:7; 55:19, 25
allowed 47:7, 8, 8; 56:1
almost 62:8; 87:6;
126:12, 18; 130:20
along 130:9; 133:14;
135:24
alternative 105:12
Although 57:25; 137:3
always 50:23; 75:17, 18;
121:10; 125:16; 126:13;
127:23
amnesia 135:7
amongst 77:23
amount 70:23; 73:14, 20;
75:12; 76:23; 77:8, 10, 22;
78:10; 109:7; 111:6;
141:22
amounts 58:2
and/or 80:8; 131:14;
147:3
angry 92:21, 21
animals 131:13
Anne 59:17; 143:11, 15,
19
Anne's 143:17
anniversary 137:20
anticipate 104:24
antidepressant 87:16
antidepressants 88:2;
102:6, 9, 16; 103:13;
109:6; 110:15
anxiety 97:15; 103:1
anxious 102:17
anymore 75:21; 141:20
apartment 94:25; 117:25
apparent 38:25
apparently 116:4;
144:22
apply 41:3; 44:1, 10
appointment 99:5; 125:4
appointments 81:24;
85:20; 145:13
approach 67:11
appropriate 75:23, 24
appropriately 90:6, 7;
99:22
April 35:14, 19, 20, 21;
56:18; 85:15; 87:5; 88:3;

93:19; 99:15; 102:8;
109:21, 23, 23, 25; 110:15,
16; 147:2
**area** 35:7; 56:2, 3;
122:10; 136:7
**argue** 95:23; 96:1, 4, 20,
21, 22; 98:1; 100:2
**argued** 102:23
**arguing** 90:7; 99:22;
129:20
**argument** 90:18, 23;
96:5, 10, 23, 24; 97:10;
129:16
**arguments** 94:16, 16;
95:13; 96:7, 9, 16; 97:2,
18, 23
**arm** 105:3, 4
**Aron** 88:7, 7, 10, 15, 18;
89:22, 23; 90:4; 98:6, 25;
107:18; 124:11, 15, 17, 22,
25; 125:5, 7
**around** 45:19; 73:18;
75:20; 76:20; 85:15;
112:8; 113:2, 3; 115:7;
120:12; 131:14,
**arraignment** 99:17
**arrangements** 16:19, 25
**arrest** 91:12; 99:14;
100:5
**arrested** 90:16; 129:12,
18
**arrive** 72:11; 114:19;
117:17
**arrived** 118:6
**article** 139:21
**Aside** 131:7, 24
**asleep** 126:4; 129:24;
130:3
**assault** 91:10; 99:14
**assistance** 98:9
**assume** 35:15; 53:21, 22;
58:24; 108:6, 14
**assumed** 44:20
**asterisk** 72:1, 17
**asterisked** 72:14
**astrisked** 72:25
**attached** 147:3
**attendance** 80:15, 17
**attended** 80:11; 81:2
**attorney** 37:20; 38:11;
39:6; 49:3; 66:4; 80:8, 8;
81:11, 14, 17; 107:4
**attorneys** 80:3; 81:23:3
**attribute** 102:9, 15
**August** 63:15; 64:13;
89:2; 140:1
**authority** 147:9
**Ava** 34:13; 45:19, 21;
52:15; 60:9, 23, 24; 64:24;
66:17; 79:25; 83:23;
88:23; 93:7, 24; 96:5;
102:10, 16; 112:2
**Ava's** 85:14
**available** 74:25
**average** 46:15, 21; 47:3;

55:12, 13; 64:7; 70:5;
73:11, 14, 17; 74:10, 12,
14, 17; 75:2, 11
**averaged** 73:18; 75:5
**avoid** 140:2
**aware** 41:24; 86:25;
135:4
**away** 55:22; 120:17;
133:5
**awful** 113:9; 115:19

# B

**baby** 97:7
**baby-sitter** 130:14
**back** 37:6, 9, 23; 48:14;
49:2, 15; 53:17; 55:8;
63:19; 73:17; 75:19;
84:15; 85:22; 87:14;
89:22; 100:15; 102:22, 24;
105:18; 107:17; 108:23;
110:3; 112:8, 19; 113:22;
114:1, 5; 122:7; 123:24;
124:4, 10; 136:7, 17;
138:25; 139:3
**backs** 131:22
**bad** 64:10; 106:6; 113:6;
129:7; 131:24; 132:1, 7,
11, 14, 19; 133:4, 8;
135:13
**balance** 111:5
**base** 114:7
**based** 66:12; 77:5
**basically** 14:5; 76:21;
95:22; 112:10, 21; 132:10;
136:18
**basis** 76:7, 11; 80:5;
103:23; 122:8; 139:9;
140:21; 141:2
**basket** 115:21
**basketball** 131:4
**bay** 121:8; 122:12, 15, 16;
141:17, 23
**become** 97:4; 140:7
**becomes** 144:25
**bed** 90:24; 118:18; 126:1
**Bedford** 65:17, 19; 66:6,
21, 22; 116:12; 117:14
**beer** 138:16
**beers** 101:1
**beforehand** 74:23, 23
**began** 65:11
**begin** 97:1
**beginning** 90:17; 121:9
**behalf** 96:21
**belief** 147:2
**belittle** 134:11
**Ben** 115:5; 116:14, 18,
19; 119:14; 138:12, 16
**benefits** 93:23
**Benjamin** 78:6
**besides** 42:13; 66:16, 17;
86:11; 119:14; 128:5
**best** 49:25; 65:18; 72:18;

77:9; 135:9; 147:2
**Bethany** 50:23; 51:1;
52:4
**better** 98:25; 113:21;
142:5
**Beyond** 82:17, 25
**BFT** 60:3; 69:21
**big** 115:12; 120:12;
127:18; 129:20; 132:7, 7
**bigger** 48:2; 97:11
**bike** 131:23
**bikes** 131:23
**bilge** 126:9
**bill** 122:20
**bills** 97:11; 102:19
**Birth** 82:17, 25; 84:16;
85:14; 134:25; 135:1
**bit** 43:12; 97:17; 110:20;
111:11; 114:22; 115:24;
116:4
**bitching** 95:19
**black** 63:19
**blamed** 139:18
**blaming** 139:21
**blank** 85:1
**blind** 89:6, 16
**block** 99:24
**blowup** 115:3
**bluefin** 44:6; 59:18, 22,
25; 60:2, 3, 7, 8, 8, 12, 17,
23; 61:3, 5, 8; 67:14; 69:7,
8, 9, 11, 18, 20
**board** 42:19; 103:6;
112:15, 15; 138:16
**boat** 45:3, 12, 17; 46:1, 7,
8; 54:3; 60:21; 61:14, 17;
63:6; 64:6, 22, 25; 65:6,
12, 13, 15, 19; 66:6, 16,
18, 23; 67:1; 72:12, 17;
74:22, 24; 97:6, 7; 104:18;
105:21, 22; 107:21;
111:19; 113:6; 115:3, 13;
119:2; 121:8, 14, 17;
123:10, 16, 17, 18; 126:5;
128:16; 131:19; 135:8;
136:17; 137:14, 15;
138:19, 20, 22; 139:1;
143:9; 144:11
**boat's** 138:5
**boating** 135:23, 25
**boats** 35:1, 3; 37:14;
65:2; 67:5, 12; 77:21, 22;
80:1; 130:8; 131:1
**boots** 114:15
**born** 88:24; 93:24; 96:5;
102:7; 139:25
**borrow** 104:12, 15
**borrowed** 104:16
**both** 40:15, 25; 62:13;
75:3; 77:7; 83:13; 88:16;
90:9; 116:2; 124:18, 18
**bother** 92:8
**bothered** 112:12
**bothering** 132:23
**bottle** 110:13

**bottom** 102:21; 136:25;
137:6; 142:22
**bought** 97:13; 123:10
**Bowl** 100:9; 102:1
**boy** 94:8
**breach** 91:13
**break** 71:17
**bridge** 113:5, 6
**brief** 71:18
**Briefly** 106:17; 117:22;
145:14
**bring** 37:12; 58:19;
95:16; 116:22
**bringing** 111:20
**brings** 98:15
**broken-down** 70:24
**brother** 94:25; 95:4;
111:21, 23; 119:16
**brother-in-law's** 120:19
**brought** 90:3; 91:2;
115:18; 138:16
**buckled** 135:16
**buddy** 101:21
**builder** 105:7
**building** 105:7
**bumped** 78:10
**bundle** 34:21; 36:13;
37:8; 38:6
**burn** 75:8
**burst** 117:25
**busy** 116:17; 121:15
**butcher** 70:8
**butting** 95:24
**buy** 70:9; 123:16, 17
**buyer** 70:11
**buyers** 70:17
**buying** 45:12; 97:6
**by-catch** 58:18, 23, 24;
59:4, 8

# C

**C** 68:6
**calculate** 41:15; 45:16;
46:15; 47:3, 6; 48:17; 49:4;
74:21; 75:15, 17; 76:10
**calculated** 43:20; 74:2;
75:13
**Calendar** 53:12
**call** 50:14, 22; 51:8, 11;
95:5; 101:23; 103:21;
116:16, 20; 135:11
**called** 33:3; 36:25; 50:10,
12; 51:20; 90:18; 112:3,
18, 19; 113:10, 13, 14;
114:1, 5; 119:4; 128:14
**calling** 100:2
**calls** 116:6; 120:11
**came** 76:22; 77:10;
115:6, 14; 119:18; 124:3;
128:8; 133:10; 138:25
**Can** 34:5; 36:21; 37:20;
38:11; 49:5; 59:24; 62:12;

63:3, 9; 67:10, 24; 69:3;
70:5; 72:22; 74:8; 82:18;
85:2; 90:2; 92:20; 95:2, 5;
106:24; 116:23; 121:24;
122:11, 13; 128:18, 20;
134:1, 18; 136:22; 142:18
**canoeing** 131:15
**capacity** 75:3
**Cape** 114:8, 11; 118:6
**captain** 105:23
**car** 113:4; 135:5, 13
**card** 82:24
**care** 81:23; 82:9; 131:12
**case** 81:11; 91:14
**catastrophe** 132:6
**catastrophes** 127:18
**catch** 55:19, 25; 58:23;
59:5; 60:24; 61:5, 18, 23;
62:9, 15; 63:6; 64:1
**catches** 40:13; 69:12;
70:4; 143:17
**catching** 69:22; 122:17
**categories** 44:2; 70:25
**category** 50:8
**caught** 58:18; 59:2;
60:25; 61:9; 63:25; 69:7, 8,
9
**caused** 93:23
**causes** 133:25
**celebrity** 121:4
**cell** 112:4; 113:11;
116:17; 118:5; 129:16
**central** 40:13
**cents** 74:9, 10; 77:1
**certain** 50:15; 51:23, 24;
70:8; 76:24; 78:13; 110:24
**certainly** 57:2
**chance** 112:7
**change** 55:19; 83:15;
84:2; 92:3; 128:24
**changed** 47:13; 54:17;
96:19; 97:24; 104:8;
127:7; 129:21
**changes** 47:13, 18; 56:1,
1; 147:3
**changing** 55:19; 93:8;
96:25
**channel** 120:15, 20, 20,
21
**charge** 124:17
**charges** 91:2, 4; 99:14;
124:18
**charter** 77:21
**cheaper** 103:17
**check** 34:7, 9; 72:3;
108:14; 112:7; 126:8;
140:10; 142:1
**checks** 66:8; 72:7, 11;
108:12; 112:6
**child** 78:21, 22; 131:22
**Childhood** 85:6, 8
**children** 79:4, 21; 81:24;
83:2; 93:4; 94:17; 96:18;
128:6

chimes 140:9
Chinese 128:8, 9
circumstances 140:4
claim 46:7; 69:10
claiming 117:15
Claire 34:13; 45:19, 21;
52:15; 60:9, 23, 24; 64:25;
66:17; 83:23; 102:10, 16;
112:2
clamming 131:17
clarify 69:5; 142:2
clean 92:18, 19
cleaned 92:17, 17
clear 67:8; 144:7
clergy 86:17; 106:5
clippings 120:1
close 86:24; 94:25;
98:19; 99:24; 114:20;
120:14; 137:20
closest 119:17
clothes 114:12, 13, 15;
116:8
Coast 112:9, 10; 113:18,
25; 114:18; 116:14, 24;
117:4, 8, 22; 136:1, 5;
137:24
cod 55:23; 114:8, 11;
118:6
code 35:7; 60:1; 112:5
coerced 89:12, 13
collected 40:14
combined 92:24
comfortable 59:19;
106:21, 24; 124:15; 132:9;
134:13, 14, 15
coming 55:20; 99:5;
113:3, 4; 129:18; 137:5
commercial 142:10, 11
commission 147:14
communicate 90:11
communicated 116:14
communication 98:16
commute 138:24
company 119:5
compare 40:21; 57:2
compass 115:25
compensate 45:25; 46:6
compensation 46:5
compile 77:8; 109:15
complaining 95:15, 18
complete 37:11, 13
completely 54:17
complicated 55:18;
56:23
complications 134:22,
25
comply 42:19
computer 140:10
concerning 106:5
concerns 134:11
concession 50:2, 2
conch 64:5
concisely 43:13

concluded 146:3
confidentiality 145:25
confuse 56:10
confused 57:6; 110:21
confusing 55:11, 13, 21,
24; 56:8
Connecticut 33:2, 5;
38:18; 39:15; 40:11; 41:3,
6, 16; 42:6, 13, 25; 50:11;
83:1, 8; 85:9; 88:8; 142:20;
143:6
connection 81:11;
87:25; 102:16; 135:25
considers 95:19
consistent 141:2
constantly 140:10
consumption 100:7, 11
contact 104:2, 2, 6;
116:14; 119:20, 21
contacted 104:4; 119:22
continuation 33:10
continue 87:3, 8, 23;
127:3
CONTINUED 33:15;
123:9
continuously 110:14
conversation 113:25;
115:1
cooked 92:17
cooperative 100:11
copies 39:19; 66:3, 7;
72:10; 108:12, 17; 119:25;
120:3
copy 34:7; 37:16, 19;
40:5; 71:24; 72:3; 120:5
corner 99:25
Correction 147:3
correctly 43:22; 72:1;
107:4
cost 72:19
couch 90:25; 129:24
councilor 85:7
counseling 85:19
counselor 84:14, 15, 19,
20; 86:18; 88:4, 8
count 62:18; 138:9
counted 62:7
counting 52:21; 53:1
couple 38:22; 43:10;
63:6; 65:21; 86:24; 119:2;
128:11; 131:13; 132:22;
137:16; 139:8
course 119:14
court 91:14, 14; 99:13, 19
cover 38:8, 10; 39:8;
40:2, 3; 49:22
covered 43:11; 135:19
covers 67:5, 6
crazy 120:19
create 93:6, 20, 24
created 94:1; 111:9
crew 75:5; 77:11, 23, 24;
78:1; 136:2, 2; 140:11

crewman 77:18
crewmen 67:18
cried 115:2
criticism 95:18
CROSS-EXAMINATION
78:16
cry 119:7
curious 82:22
custody 79:14; 96:19, 25
cut 103:17, 18; 111:1;
141:5, 8
cutoff 38:23
cutting 100:15

# D

dad 89:17; 117:21; 118:9,
12; 128:1
daily 122:8
data 36:6, 8; 38:19; 40:12;
42:5
date 34:9; 35:13; 36:19;
39:10, 12; 49:23; 51:23,
24; 56:20; 61:12, 21; 65:8;
84:9; 89:6, 17; 99:13, 15;
109:13, 17; 110:24;
134:19
dated 36:18; 48:21
dates 52:7
dating 105:2
Dave 91:23
Davis 82:15; 83:3, 6;
85:18; 86:9; 87:8, 11;
103:8, 12, 22
day 48:9; 55:22, 22; 56:6;
59:8; 62:23, 23; 63:5; 64:3;
74:23; 100:19; 101:1, 5,
12; 113:1; 118:19, 21;
120:19; 132:2; 133:6, 8, 9;
140:8, 13; 147:10
days 39:18; 42:9; 48:1, 7;
50:25; 52:3; 55:18, 24;
56:1, 5, 7, 8; 58:17; 59:12,
14; 60:19; 62:12, 22, 23;
63:6; 64:17; 65:20; 74:22;
79:14; 108:20; 119:2, 7,
23; 128:12; 130:4, 7;
139:3; 140:16, 23; 141:5, 7
dealt 83:2
debris 136:25
deceased 95:3
December 123:9, 25
decided 73:14
decimal 50:19
decimals 56:4
decks 105:8
decreased 127:8
dedicated 58:22
deduct 45:1, 9; 74:1
deem 49:19
deep 125:15; 130:20
Defendant's 33:7; 53:24;
71:6, 20
defiant 94:17

definitely 35:19, 20, 21;
56:24; 97:3, 11; 98:16;
99:3; 100:16; 102:25;
129:23; 130:5; 140:3
degree 91:10, 11; 92:21,
25; 93:1
degrees 35:6
delayed 114:22
demonstrated 92:2
DEP 40:10, 16; 41:3, 15;
50:12
department 36:23, 24;
38:18; 39:15; 40:11; 143:6
depend 101:3
depending 64:12; 130:3
depends 56:2; 77:19
deposition 43:5; 46:12;
71:25; 80:7; 81:5, 6; 107:2;
129:1; 146:2; 147:2
depositions 43:4
depressed 102:18
depression 84:17;
85:16; 86:19; 87:20;
96:15, 17; 102:25
DEPs 42:11
described 115:20
detail 106:17; 118:2;
120:13; 125:11
details 118:12; 119:13;
132:9
determine 50:13; 73:9,
14
died 135:9, 9
differ 46:21
differences 142:13
different 35:1; 37:14;
54:18; 67:11; 70:24;
77:11; 92:6, 11; 124:16;
126:7; 141:4, 10, 12, 12
difficult 123:4; 136:11
difficulty 94:15
dinner 58:5; 119:9
dinners 131:2
DIRECT 33:15; 96:23;
113:23
directions 126:13
discovery 57:10
discuss 55:3; 103:7;
118:12; 119:1, 12; 124:2;
125:8, 12; 133:3
discussed 111:15, 18;
117:3
discussion 38:4; 50:6;
69:24; 76:22; 78:19;
94:13; 106:11; 109:3
discussions 118:20;
120:7; 123:22; 124:5
disorder 133:18, 23
dispute 90:21
distance 75:9
distress 120:11
division 78:11
divorce 84:21; 138:9, 10
divorced 95:10

dock 70:8
dockage 73:25; 74:3, 10,
12; 76:22
docks 120:12
doctor 82:2; 84:5
doctor's 82:14
doctors 87:24; 107:20
document 33:21, 22, 25;
34:1, 3, 5, 16, 18, 21; 35:5;
36:1, 3, 5, 12, 22; 38:13,
14, 16, 25; 39:3, 4, 14;
43:4, 8, 17; 46:2; 48:20;
51:13, 13; 53:18; 55:16;
62:19; 67:20, 21, 24; 71:2,
22, 24; 72:1; 73:13
documents 35:16, 18;
36:13; 37:8; 53:24, 25;
57:10; 76:1, 2; 77:7
dog 97:9; 115:16, 17;
119:7; 130:24; 139:24
dollar 73:20
domestic 90:21
dominant 100:1
Done 49:20; 51:8; 53:3;
65:1; 68:17; 78:14; 102:3,
4; 117:13; 133:22; 135:18;
141:4, 11
dosage 103:14
dose 87:23; 103:18
down 39:9; 64:4; 109:12;
110:7, 21; 117:21; 121:18;
138:4
downstairs 94:24; 118:8;
130:12
Dr 82:3, 7; 83:2, 4, 6; 86:9;
87:8, 11; 88:7, 10, 15, 18;
89:22, 23; 90:4; 98:6, 25;
103:7, 12, 22; 106:13, 16,
19; 107:5, 8, 18; 108:3, 8,
18; 109:5; 111:5, 12, 14,
17; 122:19, 23; 123:2, 7,
24; 124:10, 11, 15, 17, 22,
25; 125:4, 7; 133:10, 17;
145:7
drabs 106:1
dragger 121:7, 19;
142:23
dragging 65:20
dream 125:15; 126:3;
127:15
dreams 125:13; 127:21;
128:23; 129:4, 7, 14, 15;
131:24
dreamt 128:5; 133:7
dredge 58:19; 76:19
dredging 58:22
drink 91:1; 100:6
drinking 100:14, 14, 23;
101:5, 8, 24
drinks 101:11
drips 106:1
drive 39:20
driveway 131:6
driving 39:17; 135:14
Drop 118:2; 128:9, 9

**drove** 114:16
**drug** 116:10; 117:13
**drunk** 101:8, 19
**due** 39:1; 46:5
**duly** 33:3
**during** 46:11; 52:19; 61:10, 13, 15; 63:4; 87:8; 91:22; 121:1; 132:2; 133:8, 9
**DVD** 136:1
**dying** 127:21, 25

**E**

**early** 92:24, 24; 93:3; 109:20
**earn** 45:2; 66:13; 77:15
**earned** 67:4; 68:23
**easiest** 54:20
**easily** 92:10, 22
**easy** 92:19
**eat** 130:24; 136:13
**editor** 139:20
**educate** 133:22
**education** 133:12
**effect** 56:14, 20
**either** 49:9; 62:12; 83:16; 100:14
**else** 45:17; 64:20; 86:11; 105:6; 106:25; 119:13; 120:8; 122:5, 23; 128:16, 18; 133:16; 134:17; 136:21; 137:21; 140:19, 20, 25; 145:4
**else's** 64:22, 25; 65:12, 13; 66:18
**emergency** 136:3
**emotional** 106:2
**emotions** 87:22
**employed** 50:24; 93:10, 12
**employment** 105:12
**encouraging** 124:12
**end** 79:15; 81:5; 88:11; 90:16; 109:14; 121:9; 123:9; 127:2
**ended** 39:17, 19; 141:3
**energy** 130:2
**engage** 130:21
**enjoy** 98:3
**enough** 67:9
**entire** 37:8; 56:14
**entitled** 48:7, 10
**entries** 57:16; 58:21
**entry** 52:10; 57:15, 16; 59:6, 9; 63:18, 20, 23
**Environmental** 38:19; 39:15; 40:11; 42:11, 12, 16; 143:6
**EPIRB** 112:23; 113:20
**equipment** 121:14; 130:8
**error** 35:11
**escalating** 90:7

**Especially** 129:25; 136:2; 137:20
**estimate** 68:19, 21; 70:11; 72:18; 74:15, 18; 77:5; 121:24, 25
**estimates** 77:4, 8
**etc** 121:6
**even** 45:19; 48:21; 92:8, 22; 97:9; 99:24; 101:19; 103:23; 105:20; 113:7; 115:18; 120:6; 141:10
**evening** 101:9
**everybody** 114:15
**everyone** 95:6; 139:15
**ex-husband** 96:21
**exact** 46:19; 47:10; 114:4
**exacting** 77:9
**exactly** 44:14; 48:4; 117:11
**EXAMINATION** 33:15; 142:6
**examine** 63:17
**examined** 33:6
**example** 41:6; 55:23; 72:6
**Except** 41:2; 72:14; 99:1; 138:8
**Excuse** 61:15
**exhibit** 33:19; 34:17; 36:2, 12; 38:13; 40:21, 22; 41:15; 43:6; 46:24; 47:1; 52:5, 6; 57:15; 58:1; 59:16, 17; 61:19, 24; 63:4; 66:10; 67:13, 21; 68:11, 22; 71:3, 6, 8, 10, 12, 20, 23; 73:4, 5; 107:24; 110:4; 117:15; 142:8, 9, 17, 18, 22; 143:18
**Exhibits** 33:7, 18; 53:6
**exist** 54:3
**expected** 66:13
**expense** 45:11, 16; 123:8
**expenses** 45:22, 25; 46:2, 6, 7; 67:17; 72:12, 21; 73:2, 10; 74:21; 75:16, 16; 76:14; 104:18; 107:25; 110:6, 22
**expensive** 124:14
**experience** 77:20; 106:6
**experienced** 77:24
**expired** 51:20
**expires** 147:14
**explain** 69:3
**explained** 55:1
**explore** 55:14; 105:12
**explosions** 132:7
**explosive** 90:5; 92:2
**extremely** 50:24; 55:17, 21; 136:11

**F**

**fact** 36:13; 47:8; 55:2; 102:22

**factor** 84:1
**factors** 94:6
**fair** 49:12; 50:2; 75:5; 98:24
**fall** 129:24
**familiar** 70:19, 21
**Family** 85:6, 8; 86:17, 23; 93:8; 94:19, 22; 115:6; 116:15; 119:17; 121:5; 131:2, 8, 10; 141:17
**far** 58:12; 59:13; 78:5, 8; 86:13; 134:5
**farm** 35:9
**fast** 119:23
**father** 89:10; 94:24; 95:8; 96:18; 104:16, 17; 119:14; 129:18; 134:5, 7
**fault** 79:1
**fax** 35:6, 11, 12; 36:25; 37:16, 23; 39:1, 2, 24; 143:21
**faxed** 39:4, 6
**fear** 128:2
**February** 42:2; 88:12; 90:16, 17, 17
**federal** 40:18; 42:21
**feed** 131:14
**feel** 87:1; 106:22, 23, 24; 134:13, 14; 139:17
**feeling** 98:19; 103:1
**feels** 100:15
**felt** 75:24; 87:18, 23; 88:16; 90:5; 104:7, 9; 106:20; 115:18; 124:14; 136:15
**few** 50:20; 78:6, 9; 80:21; 98:20; 105:14; 131:16; 135:17; 145:13
**fiberglass** 137:15
**fiberglassing** 121:12
**fifth** 78:23, 24
**fight** 100:3
**fighting** 90:6
**figure** 47:21; 52:3; 68:3; 70:2; 72:3, 4, 5; 75:22; 143:24
**figures** 72:12
**fill** 37:23; 40:1; 75:10; 85:3
**fin** 142:10
**financial** 98:17; 119:2
**Financially** 94:15; 95:1; 123:4
**find** 62:21; 68:3; 134:15
**finder** 137:6
**finding** 49:6; 115:24; 137:11
**fine** 38:1
**finish** 111:4
**fire** 127:16; 128:19
**fires** 128:5; 132:7
**first** 33:3; 38:22; 46:11; 52:14; 55:8; 59:16; 60:20; 61:22; 71:24; 72:2, 16; 137:16; 138:4

78:17; 81:10, 16; 82:4; 83:2; 84:13; 92:3, 6, 13, 14; 96:5; 97:12, 14; 111:14; 114:14, 17; 116:13; 119:6; 121:2; 124:2; 127:2, 19, 20; 128:21; 133:3, 6; 137:9; 139:14; 144:20
**Fish** 35:8; 41:19, 21, 24; 42:7; 44:5; 60:23; 61:4, 5, 7, 8; 62:10, 14; 63:5; 64:12; 68:23; 70:11, 12; 71:1; 102:22; 105:4; 123:21; 139:5; 141:18; 142:10
**fished** 52:14; 60:16, 22; 61:22; 62:2, 4; 144:9
**Fisheries** 36:9, 15, 24; 37:3, 10, 17; 38:7; 40:15; 41:10, 13; 42:5; 47:17; 50:11; 51:2; 55:17; 138:2; 141:4, 10, 12
**fisherman** 47:15; 64:17
**fishermen** 120:10
**fishes** 41:24; 48:6, 10; 55:21, 23; 61:16; 123:11
**fishing** 44:2; 53:19; 54:2; 56:3, 13; 58:13; 61:13; 63:10; 66:12, 14; 67:4; 68:24; 76:15; 77:21; 90:2; 104:24, 25; 105:2; 107:17; 112:17, 21; 121:7, 14; 122:3, 7; 123:5, 18; 130:3, 7, 11; 137:9; 138:18, 19; 139:7; 140:2; 141:15, 17, 23, 23; 142:11, 20; 143:7, 11; 144:10, 14
**five** 52:2; 64:11; 80:24; 96:7; 101:2, 17, 20
**fix** 35:12
**flat** 73:19
**flew** 117:25
**flip** 35:5
**flounder** 62:9; 63:11, 12, 19, 19; 64:5; 122:4
**fluke** 62:9; 63:19; 64:1; 122:4
**focusing** 98:11
**fog** 113:5
**foggy** 113:9
**follow** 49:13; 131:12
**following** 83:16; 104:13; 119:1; 120:8; 121:21; 125:13; 126:15; 128:21; 132:25; 134:22
**follows** 33:6
**food** 73:21; 74:13, 16, 21; 75:17, 20; 76:6
**foregoing** 147:1
**forehead** 128:10
**form** 37:22; 40:1; 58:16; 102:14; 110:22; 111:8; 128:9
**formal** 135:22
**found** 107:1; 114:1, 6; 115:25; 116:5; 134:3; 137:16; 138:4

**Four** 33:2; 37:5, 9, 14; 38:6; 64:11; 96:7; 101:2, 6
**fourth** 39:10, 12
**frame** 46:19; 59:1; 114:4
**frequency** 97:23; 127:6
**frequent** 97:2, 3, 5; 132:25
**frequently** 129:6
**friend** 91:23; 135:9
**friends** 86:24; 96:12, 13; 105:14; 135:9
**front** 34:1
**froze** 112:24
**fuel** 73:15, 16, 24; 74:14, 16, 21; 75:1, 6, 8, 14, 18, 20; 76:6, 18, 20
**fueled** 74:22; 75:2
**full** 50:4; 108:10; 140:16, 22
**funeral** 120:17
**further** 44:22; 56:10; 62:18; 64:3; 76:17; 97:2; 117:7; 118:20

**G**

**gain** 89:3
**gallon** 75:3
**garage** 131:13
**Gargan** 81:7
**gave** 53:8; 58:5; 78:11; 107:5; 115:5; 136:1
**Geal** 75:6; 77:16; 80:17; 115:5, 22; 119:8, 15; 137:9; 139:7
**Geal's** 74:2; 77:11, 17; 116:15, 16; 128:15
**gear** 45:17; 72:12, 17; 73:1
**general** 80:25; 94:16; 96:24; 130:5
**Generally** 63:15; 95:13
**gets** 57:24; 139:3; 140:5
**girlfriend** 116:20; 119:9
**girls** 128:1, 12; 132:8
**given** 98:8; 116:8; 120:3; 147:1
**giving** 50:25; 126:7, 13
**Gloucester** 37:4
**Glouchester** 51:4; 138:25; 139:8
**God** 113:9
**Godfather** 120:17
**goes** 47:25; 48:5; 65:20; 131:14
**good** 64:10; 78:17; 85:5; 94:2; 100:13; 105:19; 114:3; 116:4; 134:6; 140:13
**good-bye** 136:16, 18
**government** 40:9, 14; 42:22
**grab** 126:6

grabbed 74:23; 114:12, 12, 15
gracious 50:2
graduation 120:19
grappled 137:7
grave 138:5
great 105:7; 106:17; 124:13
grill 115:9
groceries 73:25; 74:24
grocery 73:18
gross 67:15; 68:1, 6, 11, 15, 19; 74:1, 12
grow 128:1
Guard 112:9, 10; 113:18, 25; 114:18; 116:14, 24; 117:4, 8, 22; 136:1, 5; 137:24
guess 91:9; 116:21; 121:22, 23; 129:3; 132:11
guessing 91:8
guilt 139:11
guilty 139:17
guy 75:7, 10; 77:14; 115:22; 121:16
guys 55:2, 16; 77:14; 116:3; 131:7

**H**

half 62:8; 72:16; 75:10; 79:23; 103:17, 19; 108:11; 111:1
hand 90:8; 94:18; 129:17
handle 86:19, 20, 21; 95:18
handling 90:9
hanging 130:25
happen 51:6
happened 97:13; 114:9; 115:3; 117:6; 118:7, 13, 22; 119:13; 136:7; 137:4
happening 127:23; 132:2, 8
happy 94:3; 95:17
hard 44:15; 48:3; 93:3; 95:24; 107:20; 119:8; 121:11
hauled 78:10
head 81:20; 136:12
header 39:2; 142:18
heads 95:24
HEALEY 33:9, 12; 34:22; 36:7; 37:21, 24; 38:2; 39:6; 40:8; 48:23; 49:12, 15, 20, 24; 52:20; 53:10, 14, 21; 54:5, 9, 12, 15, 19, 25; 55:7; 57:4, 9, 12; 58:7; 63:2; 65:8, 18; 66:5; 67:3, 7; 69:4, 18, 21; 71:4; 73:3; 78:15, 25; 80:8; 81:22; 82:20, 22; 84:8, 11; 85:5; 86:2; 88:13, 21; 89:13; 91:6; 94:11; 98:3; 101:13, 23; 102:13; 105:25; 106:3,

8, 10; 108:16, 18; 109:1, 2; 110:5; 113:15; 118:2; 120:3, 23; 121:23; 123:3, 13, 15; 130:14; 135:19; 142:4; 143:1, 3; 144:2, 5, 13, 16, 19; 145:3
health 83:9; 84:5, 14; 85:13, 21; 87:25; 99:10; 133:13
hear 95:17; 112:5; 118:9; 129:2; 140:9
heard 118:7; 120:11
heavy 115:8
helicopter 114:6; 116:2
hell 114:16; 138:24
help 55:12; 90:9; 91:8; 95:1; 98:16, 19; 134:1, 9, 13; 143:3
helpful 50:25; 63:1; 98:10; 134:4
helping 104:9; 106:24; 134:14, 15
helps 86:25; 98:18
here's 48:13; 49:1; 68:10
higher 41:14; 77:24; 103:18
hikes 130:24; 131:7
Hiking 86:24
himself 121:1, 10, 15; 122:5, 6; 128:2; 131:6; 140:12; 141:9
historical 51:23
history 37:13
hit 112:4; 115:4, 12
hmm 125:19
hobbies 131:3
hold 35:1; 63:13, 17
holds 35:1; 92:11
holdup 39:16
holes 121:12
home 90:19; 98:22; 113:3, 4, 11; 115:23; 116:22; 117:9, 17, 20
honey 142:5
hope 46:16; 141:18
hoping 102:24; 104:23; 105:18, 21
hormonal 87:21
horn 137:13
Hospital 93:16; 116:12; 117:14
hot 116:7
hour 114:3, 3, 4; 118:9
hours 47:25; 48:6, 6, 10; 50:20; 56:6, 7; 81:1; 114:5
house 35:9; 91:17, 24; 97:12, 13; 113:12; 114:8, 11; 130:10
household 81:20; 96:14
huge 78:10
hugged 115:2
hugs 115:5; 118:10; 126:1
huh 92:16

hung 112:12; 118:8

**I**

ice 135:15
idea 47:5; 89:16; 112:22; 114:9; 132:13; 142:15
identification 33:8; 71:7, 21; 107:24
identify 33:18; 34:5, 20; 36:5; 47:2; 67:24
idle 121:16
idles 76:21
imagine 105:2
imbalance 87:21
immediately 60:18; 74:25; 139:15
important 81:22; 87:15
impossible 49:9
in-between 62:13; 63:14; 64:15; 130:5
in-depth 105:15
in-law 94:24
incident 117:7; 121:2; 137:22
incidents 128:4; 129:10, 13
include 42:8; 58:8; 69:16
included 53:5; 57:21
includes 41:16; 42:5
including 139:16
income 43:20; 44:1, 3, 21; 45:2, 2, 9, 25; 46:5, 16; 47:4; 48:17; 49:4; 61:11; 65:13; 66:11; 67:4, 9, 13, 15; 68:1, 6, 10, 12, 14, 15, 20; 71:15; 73:7; 74:2; 76:15; 93:20, 22; 94:5
inconsistent 43:15
increase 78:12; 83:20
increased 83:18; 97:19; 100:6, 10; 101:5
incur 46:1
incurred 46:8; 72:13, 21; 73:2
indecisive 140:5, 14
indicate 111:5
indicates 108:2
indirect 96:23
information 35:6; 36:14; 40:20, 25; 41:13, 15, 16; 57:11; 111:22; 112:11; 118:4
informed 119:5
Initially 111:13
input 134:6
inquiring 54:22
inshore 61:13, 17; 62:2, 9, 11; 63:7; 64:6, 8, 11, 14; 121:8; 122:10; 142:23; 144:9, 14, 22, 24
instead 67:9
insurance 83:9, 11, 15;

84:2; 94:21; 98:17; 103:18; 119:4
intensity 97:25
intention 124:24; 141:15, 16
interested 49:6
interesting 128:3
interrogatory 49:18, 19; 50:3
interview 120:5, 15
interviewed 116:25
interviews 117:2; 121:3
into 54:22; 70:24; 89:12; 102:21; 105:9; 109:19; 117:25; 120:12; 126:23; 129:16; 132:8
invoice 64:3; 70:23, 24
invoices 46:14, 18, 23, 25, 25; 47:2, 10; 48:15, 16; 49:3, 4, 8, 11; 53:2, 7; 54:7, 10, 22; 56:17; 57:19, 23; 58:10; 59:13; 69:10, 12, 13, 19, 20; 70:2, 14, 19, 21; 144:7, 8, 18
involve 127:21
involved 55:1; 87:2; 123:5
involving 102:10; 112:2
Irish 101:25
ironic 137:18, 19
irritable 92:10
Island 41:19, 20; 122:10
issues 86:21; 87:25; 90:3; 98:5; 103:7

**J**

Jacqueline 33:4
jail 129:16
January 35:13, 14, 15, 16, 18; 36:18; 39:13; 42:2; 43:5; 81:6, 7; 123:11, 21
Jersey 41:25; 42:1, 6; 123:12
job 93:15; 104:25
jobs 93:8
Joey 115:14, 15
Joey's 136:15
Joint 79:14
joke 140:7
July 61:23; 62:2; 64:13; 123:7; 144:21
Jumping 89:22
June 64:4; 121:9

**K**

kabosh 107:18
keep 42:8; 43:18; 105:25; 106:25; 121:17; 141:15, 16
keeping 81:21
keeps 121:15

kept 45:21
kick 140:12
kids 97:16; 127:17; 130:25; 131:12, 18, 19
killer 102:2
kind 42:19, 20; 52:3; 76:19; 77:19; 87:25; 88:2; 93:9; 94:23; 95:17, 19, 25; 96:11, 23; 97:10, 16; 98:8, 18, 21; 99:9, 25; 101:3, 5; 102:24; 105:19, 21; 112:12; 113:22; 115:6; 116:3; 121:12; 122:19, 23; 125:11; 128:14, 19; 129:19; 130:21; 131:2, 18; 132:11, 11; 135:22; 136:4, 16, 17; 137:10, 18; 138:5; 139:10; 140:6, 7; 144:16
KIRSTEN 33:1; 54:25; 67:8; 147:1, 5
knew 76:16; 89:8; 105:16, 16, 24; 118:5
knowing 49:8; 92:3; 97:8; 102:20
knowledge 119:12; 147:2
known 102:3; 105:5

**L**

land 41:19, 21; 48:11; 63:5
landed 42:1; 56:18, 19; 57:20; 58:3; 59:8, 11, 17, 25; 60:8, 11; 61:3; 62:23, 24; 70:16; 74:4; 143:17
landing 55:25; 57:16; 59:7, 22; 70:23
landings 38:19; 56:25; 143:20
lands 41:2, 3, 4, 5, 24; 42:7; 63:18; 70:7, 22; 74:8
large 45:11
last 38:12; 42:3; 43:15; 51:6; 60:5; 81:2, 4, 5; 82:18, 18; 92:5; 108:5, 7; 125:17; 141:8
lasted 80:25
late 96:12; 102:19
later 62:24; 63:6; 119:7, 23; 136:24; 144:24, 25
laugh 98:13
laughed 115:21
Lawrence 93:16
lawsuit 138:7
lawyers 45:14
lead 57:10
leading 64:24
league 131:5
learn 112:1
least 51:17; 110:8, 15
leave 85:1; 90:2; 120:16
leaving 117:23
left 44:25; 50:9, 25; 51:24; 114:8, 11; 116:11, 13, 18;

117:6, 8; 136:4, 5, 15
**less** 64:15; 92:9; 98:3;
110:12; 127:11
**lessened** 128:25
**letter** 38:8, 10; 39:8; 40:2, 3, 5; 139:20
**level** 77:20
**Levine** 83:4, 6
**license** 142:10, 11, 22;
143:14
**licenses** 34:25; 142:10, 20; 143:9
**life** 82:8; 83:11, 15; 84:2;
90:9; 92:24; 94:7, 9, 18;
104:8; 118:15
**liked** 106:20
**likes** 130:24
**limit** 47:7, 12, 20, 23;
48:2, 7, 9
**limits** 54:18
**line** 35:7, 23; 116:17;
126:6
**lines** 54:17; 130:9;
133:14; 135:24
**list** 58:7
**listed** 109:6
**listened** 112:8, 18
**listening** 140:6
**listings** 72:23
**literally** 117:24
**little** 43:12, 17; 97:17;
106:1; 110:20; 111:11;
115:24; 116:4; 127:8, 11,
12; 136:16; 140:7
**live** 79:11; 91:22; 96:18
**lived** 35:10
**lives** 92:24; 94:24;
125:10; 135:11; 139:2
**living** 91:17; 96:25
**LLC** 35:8; 68:23
**loan** 104:18
**loans** 104:19
**local** 42:11; 121:4
**located** 83:6
**location** 40:13; 112:22;
113:22
**logs** 52:1
**London** 67:2; 83:7; 85:9,
10; 99:20
**long** 80:25; 82:6; 84:25;
87:3; 88:23; 91:20; 99:1;
100:18, 21; 104:10;
113:12; 122:10
**longer** 48:6
**Look** 34:22; 36:7; 47:1;
49:5; 51:22; 52:5; 55:7, 9;
56:24; 57:1, 23; 59:16;
68:22; 69:1, 6; 73:5, 13;
76:1; 137:13; 142:8, 17;
143:21
**looked** 48:14
**looking** 46:12; 52:10;
55:11, 14; 106:25;
112:15; 113:22; 144:13

**looks** 34:25; 35:3; 37:11,
12; 61:22; 62:1; 77:1;
144:25
**loss** 45:19, 21; 93:20;
94:1
**lost** 43:20; 44:1, 2, 21;
45:1, 20, 24; 46:5, 16;
47:3; 48:17; 49:4; 61:11;
66:11; 71:15; 72:2, 12, 17;
73:1, 7; 76:15; 105:3;
114:21; 115:14
**lot** 61:8; 64:14, 15; 76:20;
78:9; 86:23; 90:8; 92:9, 10;
94:1, 19; 100:23, 23;
102:17, 17; 120:13; 126:7;
128:12, 15, 15; 129:11, 12,
23, 24; 130:1; 131:9, 16,
21; 132:9, 12, 24; 134:7;
135:12, 21
**lots** 121:11; 125:21
**love** 127:24; 137:12
**low** 87:23
**lunch** 101:9
**luncheon** 102:1
**Lyme** 33:2; 39:21

# M

M 33:4
**machine** 35:11, 12; 39:11
**Madelyn** 60:11, 19; 61:3;
62:4; 65:4, 5, 11, 11;
79:25; 85:24; 102:7;
104:10; 143:20
**Madison** 83:1
**Mae** 65:17
**mail** 39:18
**mailed** 37:1
**maintenance** 121:13
**major** 94:17
**makes** 40:17; 70:11; 89:2
**making** 94:2; 140:15
**man** 54:21
**many** 50:14; 52:1, 2;
58:9; 62:11, 16, 17; 64:12,
24; 72:5, 5; 73:16; 76:9;
77:23; 80:22; 82:16;
89:23; 101:11; 107:8;
124:4
**March** 34:9; 88:11; 91:25;
110:10, 16
**marine** 34:8, 12, 13; 36:9,
15, 24; 37:3, 10, 16; 38:7;
40:15; 41:9, 13; 42:5;
47:17; 50:11; 51:2; 55:17;
138:2
**mark** 71:2; 88:7
**marked** 33:8, 20; 34:2,
16; 36:2, 12; 38:13; 43:4,
5; 46:24; 47:1; 67:21;
68:11; 71:3, 4, 6, 20, 23;
73:4, 5; 107:23
**marriage** 79:5, 15; 88:8;
93:5
**married** 79:2, 18; 89:3;

92:16; 93:7, 13
**Massachusetts** 37:4;
41:5, 17; 42:6, 16; 51:4
**mast** 113:7
**Master's** 122:25
**match** 40:23; 64:3
**mate** 105:19
**math** 49:10, 10
**matter** 43:16; 134:12
**Mattie** 139:25
**Maureen** 82:15; 85:18
**may** 43:11, 21, 23, 23;
44:8, 9, 16; 45:10; 46:14,
21; 47:9; 48:3; 52:24; 53:4;
54:1, 2; 56:5, 5, 6, 14, 15,
20; 58:2; 61:11, 12; 63:15;
64:20, 21; 65:1, 9, 9;
66:10; 67:1; 71:3; 72:4, 4;
75:4; 83:16; 86:3, 7; 87:4;
88:11; 96:3; 108:23;
109:19; 110:25; 114:20;
121:9; 139:3; 142:24;
143:20
**Maybe** 35:12; 53:25;
62:20, 22; 64:8; 80:24;
84:22; 95:21; 96:2, 7;
99:24; 101:1; 103:20;
105:7; 109:21; 111:1;
112:14, 15; 113:13; 114:4;
117:19; 122:20; 124:4;
129:8; 137:17
**McCauley** 33:4
**meal** 116:7
**mean** 91:6; 94:9; 98:18;
99:22; 101:19; 105:18;
115:7; 118:23; 126:9;
127:13; 137:12; 143:3
**meaning** 141:12; 143:17,
17
**means** 35:10
**meant** 45:25
**meat** 70:6
**medical** 81:23; 93:17, 23;
98:17; 107:24; 110:6, 22;
123:8
**medication** 80:2, 4;
85:19; 87:1; 104:8; 109:6,
9
**meet** 89:5, 20; 106:13
**meeting** 80:8; 81:3;
107:11; 111:14
**meetings** 80:11, 14, 18,
22; 81:8; 111:12
**Megan** 137:23, 25; 138:1
**Melinda** 65:17
**member** 77:24; 86:17
**members** 78:1; 106:5;
119:17; 121:5
**Memorial** 93:16
**mending** 121:11
**mental** 84:4, 14; 85:13,
21; 87:25; 99:9; 133:13
**mention** 125:20; 132:22
**mentioned** 92:1; 99:21;
100:5; 102:23; 111:19, 20,

24; 125:9; 132:3; 133:11;
134:4; 139:12
**mentioning** 145:21
**message** 112:8, 18;
113:14
**messages** 112:5, 6, 7
**met** 81:4, 10, 12, 16;
89:21; 92:6; 106:14;
125:7; 145:9, 11
**Michael** 34:14; 35:1;
40:14; 41:19; 42:10;
44:22; 50:15; 51:25;
52:14, 18; 58:13; 59:22,
24; 61:22; 62:11; 68:23;
69:8, 9; 71:15; 73:7, 19,
20, 24; 74:21; 76:13;
79:18, 21; 80:15; 81:12,
24; 82:6; 83:13, 17; 88:16;
89:5; 90:5, 12; 91:17; 92:1;
94:2; 95:11, 17; 98:12;
99:13, 21; 100:6; 103:2;
104:12, 23; 106:4, 15;
107:5, 8; 108:8; 114:17,
25; 143:13, 21; 145:19
**Michael's** 38:19; 39:24;
43:5; 77:5; 81:5; 82:2;
83:18, 20; 111:12; 112:4
**middle** 89:2; 130:16
**midnight** 117:18
**midwife** 82:12, 15; 85:20;
87:1
**might** 41:14; 72:7; 75:4;
77:5; 102:24
**Mike** 60:16, 22; 61:13;
90:1; 114:15; 115:25;
118:4, 12, 21; 119:12, 25;
120:7, 22, 24; 121:1, 10;
122:19, 22; 123:2, 23;
124:9, 22; 125:7, 12;
126:19; 127:4; 128:4, 22;
129:4; 130:7, 16, 21;
132:13; 133:3, 16; 134:9;
135:3, 22; 136:6; 138:15,
18; 139:7, 10, 18; 140:2;
144:9; 145:4
**Mike's** 117:21; 129:21;
131:25; 141:15, 16, 18
**Mile** 33:2
**mind** 45:24; 132:11
**mine** 83:21
**minimum** 43:18
**minute** 66:5; 69:2; 110:4;
120:25
**minutes** 112:14
**mis-spoke** 65:9
**mischaracterize** 43:7;
45:6
**missed** 80:21; 120:6
**misses** 135:12
**missing** 34:24
**mistaken** 46:13; 52:17;
53:16, 18; 63:25; 109:24
**misunderstood** 42:17;
84:12
**mom** 119:16
**moment** 136:18

**money** 61:8; 94:2; 97:9;
102:21; 104:12; 141:23
**monk** 44:15
**monkfish** 52:14; 55:22,
24; 56:17; 62:4, 23; 63:5,
14, 23; 64:21; 123:22
**monkfishing** 43:22;
44:3, 25; 46:12, 17; 47:4;
48:18; 49:5; 50:8; 52:18;
53:3; 62:10, 12, 20; 63:4,
22; 64:8; 65:2, 5, 11;
67:14; 76:9; 77:12, 13, 17;
78:2; 105:17; 144:8, 23
**monking** 64:1, 2, 15
**month** 85:25; 91:21;
103:11, 14, 16; 107:11;
120:8; 121:2; 122:2;
126:15; 127:2; 129:8;
132:22
**monthly** 103:22
**months** 66:11, 12, 13;
85:23; 88:25; 100:22;
102:7; 103:19, 20; 109:7,
12, 19; 110:21; 111:2, 2;
127:3; 128:21; 144:12
**mood** 116:4
**moods** 87:22
**more** 52:17, 20, 21, 23;
55:13; 57:4, 6, 6; 64:4, 13,
14; 74:17; 75:6, 10; 76:18,
20; 77:15, 24; 91:11;
92:10, 10, 11; 97:2, 3, 4,
11, 17; 98:1; 100:23;
102:17, 18; 107:1; 113:24;
116:22; 118:5; 123:5;
124:15; 127:9, 10, 10, 13,
15, 18, 19; 129:2, 23, 25;
130:1, 4, 5; 132:24, 25;
134:7; 138:3; 143:16
**morning** 127:14
**mortgage** 97:12
**most** 73:18; 80:21; 92:20;
101:18; 136:12; 139:15
**mother** 89:9; 94:25; 95:3,
4, 8
**motivating** 84:1
**move** 112:25
**moved** 35:10; 97:14
**Mrs** 43:3; 71:22; 78:17
**much** 47:14, 18; 51:23;
70:3, 10; 73:21; 75:8, 8,
19; 76:4; 83:20; 91:1;
93:22; 96:8, 17; 100:6, 12;
103:2; 104:15; 105:5;
106:23; 111:13, 21;
112:24; 115:2; 118:4, 24;
119:18; 125:21; 133:5;
138:3; 141:9; 146:1
**mumble** 127:1
**must** 35:22; 108:7;
109:15, 24, 24; 110:23
**mutter** 127:1
**myself** 83:19; 139:16

# N

nagging 95:20
name 51:6; 66:20; 82:2, 4, 14, 18, 18, 19, 20; 84:24; 85:7; 100:2; 107:5; 128:15
names 79:24, 25
National 36:9, 15, 24; 37:2, 9, 16; 38:7; 40:15; 41:9, 13; 42:5; 47:17; 50:11; 51:2; 55:17; 138:1
near 135:12
neat 137:11
necessarily 76:1
need 75:7; 77:13, 16; 90:9; 92:15; 94:4, 5; 95:1; 102:15; 103:23; 121:10
needed 75:6, 9; 87:18; 88:17; 104:7; 109:15
needing 130:1
needs 95:6; 100:15; 139:1
net 136:25; 137:4, 7
nets 76:21; 121:11; 136:8, 14
New 41:21, 22, 25; 42:1, 5; 45:3, 12, 16, 17; 46:1, 6, 8; 60:21; 65:17, 19; 66:6, 21, 22; 67:1; 72:22; 73:2; 83:7; 85:9, 10; 90:9; 99:20; 101:20; 116:12; 117:14; 123:10, 12, 16, 17, 18; 136:2; 139:24; 144:11
news 107:2
newspaper 119:18, 20; 120:1
next 55:20; 61:23; 63:23; 71:3; 75:7; 85:11, 12; 96:6; 99:7, 15; 118:19, 21; 127:14
Niantic 35:8; 68:23; 113:4; 121:18; 122:15, 16; 138:23
nice 105:22; 116:3
night 100:5; 120:18; 125:17; 126:18; 130:2, 17; 133:6
nightmare 125:15; 126:3
nightmares 125:13; 131:25
nine 135:11
Nobody 106:8
none 101:1; 104:21; 115:5
nonprofessional 86:17
noon 118:18
normally 82:8; 125:19
Notary 33:4
note 36:11
noted 147:3
notes 69:1; 142:1
noticed 113:5
November 52:8, 22, 22;

53:3, 4; 56:18; 57:15; 59:6, 9; 62:3; 65:10; 79:16; 89:21; 96:6; 144:11, 21
number 35:7, 9, 22, 24, 25; 62:15; 69:14; 80:11; 97:18; 112:11, 19; 128:22; 142:24; 143:12
numbers 40:23; 49:5, 7; 52:6; 138:4

# O

o'clock 130:2
oath 33:11, 13
OB 104:11
OB-GYN 82:11, 13, 15; 83:7
object 54:13
observe 127:4
observer 138:1, 2
obsessive 140:6
obtain 46:16
obtained 49:8; 70:2
obtaining 49:7
obviously 115:14
occasions 128:22
occupies 121:10
occupy 121:1
occurred 66:10
ocean 102:21
October 60:20; 79:19; 89:4
odd 128:2
off 38:2, 5; 50:5, 7; 60:23, 24; 63:6; 65:11; 69:23, 25; 73:12; 78:18, 20; 94:12, 14; 106:10, 12; 109:2, 4; 136:19
offered 105:14
officer 42:20; 112:10
official 112:9; 113:14, 18
offshore 62:4; 141:18, 23; 144:11
often 62:13; 64:1; 89:25; 95:1, 5; 96:1, 3; 103:10, 21; 105:20; 116:6; 126:16; 129:2; 132:16, 17, 18
Old 33:2; 35:22; 39:21; 79:7, 22; 88:8; 89:1; 91:23; 137:11, 16
once 81:1; 90:1; 96:2; 103:11; 105:1; 107:16; 116:18
one 38:12; 40:13; 46:20; 48:1, 9; 55:23; 56:4, 6; 59:6; 62:12, 20, 23; 63:5; 65:16; 70:23, 23; 71:1; 77:15; 82:10; 83:19; 87:11, 14; 89:8; 94:17; 99:7, 16; 100:8; 101:1, 1; 102:23; 103:14, 16; 105:4, 21; 108:25; 110:5, 11; 111:19, 25; 112:9, 20; 113:24, 24; 125:9; 127:16; 129:7; 130:23; 135:14;

136:24; 137:17, 18; 140:20; 141:25; 142:4, 10, 11, 19; 144:20
one-month 103:14
one-month-old 131:22
ones 47:6; 57:21; 72:14, 25; 73:1; 128:7
ongoing 125:10
only 42:24; 43:12; 56:22; 58:12, 13; 59:5, 6, 21; 75:9; 77:16; 87:11; 89:1, 24; 109:12; 110:11, 21; 127:25; 134:2; 142:19
open 134:14
opened 113:7
opposed 104:25
orders 126:7
original 39:22; 53:18
originally 85:10; 108:10; 147:3
originals 37:12
originated 35:24
otherwise 95:2
out 35:10, 11; 37:23; 40:1; 41:4; 44:25; 49:6; 55:10; 62:25; 63:9, 16; 65:16, 19; 66:6, 18, 21, 23; 67:1; 73:19; 76:17; 89:19; 90:8; 94:16; 96:12; 98:14, 15; 101:4, 18; 104:18; 107:1, 16, 21; 112:17, 21; 117:5; 118:8; 119:19; 123:11, 12, 18; 126:5, 6; 127:22; 128:7, 15; 129:17; 130:11, 15, 24, 25; 133:10; 134:3; 136:12; 137:16; 138:23; 139:2; 143:24
out-of-state 41:2
outside 116:9; 130:22; 140:9
over 35:5; 43:10; 47:25; 48:5; 67:10; 69:1; 97:19; 112:16; 114:21, 23; 119:9; 126:11; 127:17; 128:6, 10; 132:10; 140:6; 145:14
overlap 40:24; 43:18, 18
overwhelmed 95:21
owe 104:17
owed 111:5
own 92:18; 139:5
owned 61:14; 67:5
owner 139:2
owners 105:21, 22

# P

p.m 113:16, 17
page 33:20; 39:9, 10, 11, 12; 52:9, 10; 57:14; 59:16; 60:1, 5; 61:24; 68:4, 5; 142:9, 17, 22
pages 34:23; 37:5, 9; 38:6, 22, 24; 62:8
paid 65:22, 23; 69:11; 70:4; 108:14; 111:8

papers 122:20
paraprofessionals 99:11
parents 89:7, 8, 9; 116:16; 119:16
park 131:15
part 42:2; 45:19; 46:11; 71:25; 72:2; 109:20; 137:7, 14, 15
Part-time 79:12, 13
particular 39:3; 58:20
parts 121:10
pass 137:4
passed 120:17; 139:23
passion 105:10
past 106:7
paths 76:19
patience 92:9
patient 82:6; 92:19; 145:7
pattern 63:9
patterns 98:10; 129:21
pay 102:18; 108:8, 20, 24
payment 97:12, 15
payments 108:18
peace 91:13
pending 91:15
people 100:13; 105:13; 116:5, 6; 120:13; 127:23; 134:3, 4
people's 65:2; 131:1
per 46:15; 47:3; 55:25; 71:15; 74:9, 10; 76:23; 77:1; 124:19
percent 77:18, 19, 22; 78:2, 11
percentage 74:3, 5, 6; 76:24; 77:25
period 43:25; 44:16; 51:19; 61:10, 13, 15, 16; 87:9; 99:2; 101:15, 16; 102:7, 8; 104:5; 109:15; 128:10; 135:7; 139:14; 144:8, 14; 145:14
periods 100:8, 9, 10
permit 42:9; 43:22, 22; 44:5, 8, 12; 51:19; 52:19; 53:13; 56:14, 25, 25; 64:20; 105:16; 138:18; 139:5; 140:18; 141:7
permits 34:25
permitting 122:9
person 47:17; 92:19; 124:20
personal 94:9, 10
personally 69:9; 142:25
personnel 116:25
phone 35:7, 22, 23, 24; 112:4, 11; 113:11, 12; 116:18; 118:5; 145:14
Phyllis 59:17; 143:11, 15, 16, 19
physically 90:12; 99:24; 100:1
physician 82:9

pick 131:5
picked 75:22
picking 39:17
picks 121:8
piece 70:9, 10
pieces 137:24
pills 103:16
pilots 116:3
pinpoint 113:21
pit 113:10
place 83:23; 92:18, 18
plaintiff 138:6
plan 107:14; 140:11
plate 142:19, 24; 143:12
playing 130:25; 131:14
plays 131:3
Pleasant 123:12, 19
please 34:6; 38:11; 66:3; 67:24; 79:24; 89:14; 108:23
pleasure 131:17
plus 51:25; 52:22
point 50:15, 20; 62:25; 63:9, 16; 87:14; 101:7; 115:19; 123:11, 19
pointed 127:22; 137:16
points 98:14
police 91:12
policy 83:16; 84:2
portions 70:9
possibility 41:8, 12
possible 62:15; 66:25; 141:22
post 49:17; 134:25
posting 49:18
postpartum 84:16; 85:15; 86:19; 87:19; 96:15, 17
posttraumatic 133:18, 23; 134:5
pound 69:11; 70:2; 74:9, 10; 77:1
pound-a-day 47:20
poundage 47:8; 55:25; 74:12
pounds 46:15; 47:3; 48:9, 11; 58:8, 19; 59:18; 60:7, 7, 12; 61:3; 74:3; 76:23
practice 83:5
pre-marked 33:17
prefer 55:10
pregnancy 134:23
pregnant 85:24; 104:10; 134:19
prepare 45:23; 71:8, 14; 76:2
prepared 43:8; 46:3; 48:20; 51:13; 71:12, 15; 73:6, 6; 107:25
preparing 34:14
prescribed 103:12
prescribing 87:12

prescription 103:13
presence 136:16
present 53:20, 23; 54:1;
116:24
presently 83:9; 129:7, 8;
132:21
press 121:5; 134:10
presume 82:11
pretty 73:11; 75:19; 94:3,
9; 100:11, 13; 105:5;
106:23; 111:21; 112:24;
115:2; 118:23; 119:18;
120:11; 133:5
previous 84:4
previously 43:11; 71:23;
79:2
price 70:23, 25; 71:1;
108:10, 11
primary 45:13; 82:9
print 52:7
printed 39:11, 12; 139:21
printing 35:11
prior 43:4, 6, 19; 44:19;
47:19; 57:16; 64:21; 70:4;
130:17; 135:3
probably 37:18; 39:1, 8;
43:5; 57:11; 58:4, 10; 64:2,
11, 14; 77:19; 81:18; 99:7;
102:2; 118:23; 123:12;
125:19; 126:18
problem 55:1; 57:5; 67:8
problems 103:4
procedures 136:3
process 70:17, 17
procrastinates 140:13
produce 37:20; 66:3
produced 38:12
product 59:4
production 57:9
professional 85:13, 21;
86:13; 99:10
profitable 105:17
progressing 92:5
projected 43:20; 44:1, 2,
21; 45:1, 20, 24; 48:17;
66:11; 71:15; 76:15
projecting 61:11; 67:14
Protection 38:19; 39:15;
40:12; 143:6
provide 37:19; 38:11;
72:15, 22; 108:16
provided 38:23; 56:23;
57:22; 142:21; 143:12
pry 107:1
psychiatrist 84:6, 14;
99:10; 123:1
psychologist 84:6, 14;
88:9
psychology 133:13
PTSD 134:1
Public 33:5
pulled 114:21, 23;
136:14; 137:7
pulling 76:18

pulls 76:21
purchase 34:14; 46:1, 8;
64:24; 72:22; 73:2
purchased 60:18; 65:4,
10; 72:13
purposes 44:21
put 33:19; 34:1; 57:13;
58:7; 102:20; 107:18;
110:7, 21

## Q

quality 70:6, 12; 128:3
quick 71:17
quickly 69:22
quiet 92:19
quite 39:16; 92:22

## R

R-A-B-I-N-O-V-I-C-H
82:3
Rabinovich 82:3, 7
radar 135:24; 136:13
raft 118:16
raising 97:16
randomly 139:9
rather 48:7; 98:11
ratio 55:18
RE-CROSS-
EXAMINATION 145:5
RE-DIRECT 142:6
reach 47:9, 10
reacted 92:22
reactions 93:2
Read 33:9; 55:16; 85:3;
147:1
ready 44:11; 134:10;
140:11
realize 132:15
realized 124:14
really 48:3; 56:2; 58:15;
62:21; 66:11; 70:15;
84:25; 86:25; 92:15;
95:24; 98:23, 23; 100:23;
101:19; 105:10; 112:3, 25;
113:5, 6, 9; 114:3; 115:7;
116:3; 128:2, 3, 7; 131:3;
133:24; 135:5; 137:8, 10,
10
reason 45:13; 58:25;
59:1; 74:20; 84:18;
142:16; 143:13
reasonable 55:4
reassure 123:18; 139:16
recall 39:14; 43:7; 44:19;
48:21; 50:12, 18, 21;
51:10, 14; 59:11; 64:22,
23, 25; 66:20; 126:16
receipt 72:3, 18; 73:24,
25, 25
receipts 72:5, 11, 22;
73:16, 18; 74:13; 109:16;
110:24, 25

receive 85:19
received 36:8, 14, 22;
39:5, 14; 85:19; 112:23;
113:20; 134:2
recent 65:17
recently 80:9; 82:16, 23;
85:25; 88:5; 90:6, 14; 92:2,
4; 124:9
receptive 103:2
recess 71:19; 110:2
recognize 38:14; 71:10;
100:16
recognized 137:14
recollection 35:17;
47:21; 48:16; 79:17
recommend 88:18
record 34:20; 36:11;
38:3, 5; 43:13; 50:5, 7, 14;
59:21; 61:23; 69:23, 25;
78:18, 20; 94:12, 14;
106:10, 12; 109:2, 4
records 42:15; 51:23;
53:19; 54:2; 61:18; 62:8;
65:24; 66:2, 3; 67:4; 69:7
recreation 141:17
refer 107:23
referring 63:20
refill 103:23
refills 103:20, 20, 21
reflected 61:19; 64:2
refresh 47:21; 48:16;
79:17
refused 90:25
regard 43:17
registrations 72:6
regular 80:4; 102:4;
139:9; 140:21
regularly 84:22; 100:24;
101:10; 107:15
regulations 56:13, 13, 19
related 87:19; 94:8, 9
relationship 93:21
relatives 58:5
relevant 55:15; 104:9;
144:25
relies 94:19, 22
religious 106:6
reluctant 89:15
remember 38:9; 47:16;
48:20; 50:9; 51:12; 53:7;
61:7; 78:5, 8; 85:2; 107:4;
110:10; 113:8; 115:18;
116:18, 21; 117:11;
122:18; 125:16, 22; 126:4,
5; 127:9, 23; 128:11, 13,
18, 20; 129:25; 136:22;
138:3; 142:4; 145:21
remembering 127:9
renewable 103:14
reoccurring 128:20
repaid 104:19
repairs 121:13
repeat 43:12
report 36:23; 40:15;

42:10
reported 40:13; 41:6, 9;
58:3
reporters 119:18
reports 36:10, 16; 40:17,
25; 42:15, 18, 21, 25;
112:16
represents 143:25
request 37:1, 2; 39:22;
53:13, 18, 24
requested 35:16; 36:25;
38:20; 53:9, 12; 143:22
requesting 39:25; 40:6;
45:14; 54:1
required 44:5, 13
requires 129:23
rescued 114:6, 9;
115:20; 116:5; 117:23;
118:16
resistant 91:12
resisting 99:14
response 37:5
responsibilities 97:11
responsibility 79:1
rest 45:9; 52:23; 54:13;
56:25; 110:12; 144:23
retrieve 136:8, 24; 137:4
retrieved 113:14
return 67:25; 68:10, 14;
76:3, 4; 91:24; 104:23
Rhode 41:19, 20
riding 131:23
right 38:2; 41:7, 11;
42:23; 43:2; 44:23; 48:8,
12; 49:10, 10, 11; 50:1, 17;
54:4, 4, 23, 24; 55:4;
56:22; 57:13; 59:1, 15;
63:21; 66:7; 72:23, 24;
74:11; 75:20; 77:2, 3, 7;
78:4, 15; 79:8; 85:25;
86:14; 88:13; 105:18;
107:12, 13, 15, 21, 22;
110:17, 19; 121:18;
122:11; 125:25; 132:20;
133:5; 134:18; 138:22;
141:2; 144:15, 25; 145:1, 3
River 33:2
Road 33:2; 121:18;
122:13; 135:24
rod 137:17
Roderick 80:17
rods 137:16
rolls 126:11
rooms 116:9
rounded 74:14
rules 135:23
run 44:8; 105:19
running 127:17; 128:5,
16; 132:10
runs 43:22; 44:16
rushing 115:17
Ruth 60:11, 19; 61:3;
62:5; 65:4, 5, 11, 12;
143:20

## S

safe 87:23; 134:13
safety 135:23; 136:3
sailboat 113:8
same 40:25; 44:16;
56:13, 19; 57:14; 61:2;
71:14; 73:6; 75:12; 83:4;
118:14; 121:9; 127:6;
129:10; 141:22
sat 115:6
Saturday 119:24
Saturdays 88:20, 22
save 119:25
saw 33:25; 84:13, 15, 18,
20; 85:12; 114:25; 120:6;
123:7; 137:5
Saybrook 88:8; 91:23
saying 56:23; 112:9;
126:4; 127:23; 138:3
scale 59:14
scallop 58:13, 17; 76:15
scalloping 44:12, 13, 14;
58:17, 18; 67:15; 76:14,
17; 77:12, 15
scallops 57:17, 20; 58:8,
9, 21; 59:2, 7, 12, 14
Schedule 68:6; 107:20
scheduling 81:21
Schober 78:6; 80:20;
138:12
Scott's 67:1
sea 55:18; 57:16, 19;
58:21; 59:2, 7, 12, 14;
117:23
season 44:11; 52:19;
55:20; 57:1; 62:10, 14;
63:4; 64:21
seasonal 58:25
seasonally 59:1
seats 131:22
second 39:9, 11; 58:10;
60:1; 63:13; 89:22; 110:7;
142:9
secondarily 45:15
secretarial 112:8
secretary 93:17
seeing 53:7; 88:4, 10;
99:2; 104:11; 123:2;
133:10; 145:15
seem 134:12
seemed 127:10
seemingly 130:1
seems 100:11, 16;
129:24; 140:14
sees 42:19; 98:10
self-employed 105:14
sell 58:3, 4; 70:10
send 37:3; 42:18
sending 35:17
sends 42:21, 24
sent 37:2, 16; 39:18; 40:5;
49:23; 143:22

separate 40:17; 46:2, 7; 62:21, 22, 22; 142:9
separated 91:19, 20; 95:10
separately 124:12, 13, 22
September 60:19
serious 135:5
seriously 57:7
Service 36:9, 15, 24; 37:3, 10, 17; 38:7; 41:10, 14; 42:5; 50:11; 51:3
services 41:1
session 124:19
sessions 106:15, 18; 111:25
set 76:23; 104:5
sets 46:23
setup 89:6, 16
seven 58:21; 72:7
seventh 52:9
several 39:18; 63:14; 65:20; 70:24; 74:22; 118:24
shaken 115:8
share 40:20; 65:22, 23, 25; 66:6; 74:2; 75:13, 15, 17; 77:11, 17, 18; 78:3, 6, 12; 79:14
shares 67:18
sharply 126:12
sheet 49:22; 107:25; 123:8; 147:3
sheets 36:8
shell 58:9
Shinnecock 66:24; 138:19, 20, 21; 139:2
ship 115:12; 118:15
shmoozing 55:2
shopping 97:7
Shoreline 83:7
short 77:8, 10; 139:14
shorter 75:9
shortly 98:2
shots 102:1, 2, 3, 4
shouting 126:5, 6
show 36:1; 38:12; 63:3; 67:20; 68:14; 71:22; 76:4, 5; 110:6; 120:24; 137:23
showing 42:15; 59:6; 65:24; 69:7; 70:3
shown 71:24
shows 59:17; 62:19
sick 128:11
side 115:13; 122:13
sign 33:9; 85:4; 116:1
signal 112:23; 113:21
signature 39:25
single 33:20; 124:20
sit-down 67:8
site 138:5
sitting 118:15
situation 101:4; 119:3

six 46:18; 52:2; 57:16; 58:21; 80:24; 101:17, 20
sixth 52:9
size 75:3
skate 122:4
sleep 90:25; 94:1; 125:17, 23; 126:17, 20; 127:4; 128:23; 129:3, 21, 24; 130:1, 5; 136:14
sleeper 115:25; 130:20
sleeping 90:24
Slepski 78:17
slept 118:18; 133:6
small 58:2; 106:13, 16, 19; 107:9; 108:3, 8, 19; 109:5; 111:5, 12, 14, 17; 122:19, 23; 123:2, 7, 24; 124:10; 133:11, 17; 134:12; 145:8
Small's 107:15
smaller 61:14, 17; 63:6
smile 98:13
snaps 92:9
Snores 125:25
so-and-so 112:10
social 122:24, 25
socially 100:15
somebody 122:5; 124:16; 126:13; 132:10; 140:19
someone 35:18; 39:4; 50:10, 13; 64:19, 22, 25; 66:17; 84:24; 105:23; 106:25; 128:16; 134:1, 15; 140:20, 25
someone's 128:10
someplace 71:5
sometime 85:25
sometimes 55:21; 73:19; 75:6; 96:11; 99:24; 108:24; 126:12; 129:5; 130:25; 131:4, 23
son 84:16
soon 51:15; 141:20
sorry 35:5; 42:17; 53:4; 61:12; 69:8; 84:11; 88:7; 95:10; 106:9; 109:25; 110:9; 118:3, 25; 121:21; 123:14; 138:8
sort 86:18; 107:18
Sound 122:10, 16
sounded 124:13
sounding 103:5
sources 67:9; 105:12
speak 98:11; 114:17; 129:3; 145:12
speaking 121:3; 126:12
species 59:7, 9, 10; 60:1; 141:13
specific 145:23
specifically 126:13
speculate 143:4
speeding 114:23
spent 61:8

split 77:22; 78:2; 95:9
spoke 103:24; 112:20; 116:2
spoken 118:6; 145:10, 11
sporadically 84:22
spot 137:6
spread 101:18
spring 81:18
squid 64:5
stand 122:13
standard 57:9
start 33:19; 63:8; 64:20; 88:10; 97:4, 6; 121:19; 126:22
started 65:5; 83:19; 84:17; 85:24; 86:5, 5, 6; 88:4, 25; 92:3; 98:24; 107:11, 16; 109:17; 121:7; 127:9, 17; 144:10
starting 105:9; 123:7
State 33:5; 40:17; 41:4; 42:11, 24, 25
stated 43:13
statement 44:3, 21; 66:12; 73:7; 98:24
statements 116:8
states 41:23; 42:7, 12
station 39:21; 114:7, 18; 117:8
statistics 143:7, 8, 9, 10, 16
stay 57:14; 87:16; 115:23
stayed 96:12
stepped 136:17
steps 105:11
STEPSKI 33:1; 34:14; 43:3; 67:5; 68:23; 71:22; 143:21; 144:9; 147:1, 5
Stepski's 73:7
Stevens 80:8; 81:14, 17; 107:4
sticking 136:12
still 35:11; 45:21; 50:8, 24; 62:11, 14, 14; 66:9; 74:19; 91:14, 17; 92:20; 102:22; 114:8; 129:1, 4; 138:19; 139:7; 141:9, 19
stomach 113:10; 128:11
stop 93:18; 123:2
stopped 89:2; 109:21, 23; 113:5
straight 116:12; 117:21; 118:8
strengths 98:15
stress 90:8; 92:23; 93:1, 2, 8, 21, 23, 25; 94:2, 20; 96:24; 97:8; 133:18, 23; 134:5
stress-free 94:3
stressful 94:7; 95:2, 6; 96:20; 97:17
stressor 98:17, 17
stressors 94:18
stretched 111:2

strike 89:13
striking 135:21
stuff 81:21; 93:8; 100:3; 104:11; 111:19; 115:24; 118:11; 131:9; 144:16, 22, 24
stupid 135:18
SUBSCRIBED 147:8
subtract 45:18, 18; 73:21; 75:24
suffer 84:16
suffered 134:5
suffers 133:17
suggest 48:23
suggested 124:9; 133:17
suggestions 90:10; 134:4
summer 48:22; 62:9; 63:11, 19; 64:5; 136:19
summertime 131:15, 16
Sunday 100:9; 102:1
Super 100:9; 102:1
supply 109:7; 110:7
support 69:10, 14; 86:23; 95:1, 5; 105:24; 119:10; 134:2
supportive 87:2
supposed 46:6; 107:14; 135:10
sure 34:24; 37:18; 38:9; 40:7; 44:10; 46:19; 58:16; 81:12; 82:17; 91:5, 11; 107:10; 109:16; 110:25; 114:4, 21; 120:20; 136:4, 19; 143:2; 144:2
surprises 113:22
surveyor 34:8, 12, 13, 13
survived 114:13; 135:17, 18
surviving 116:5
swears 100:1
sweatshirt 137:12
switched 82:17, 23; 87:13; 110:9
sworn 33:4; 147:8
sympathy 118:10

# T

tag 35:22
talk 54:20; 103:1; 105:6, 8; 106:4, 15; 117:3, 7; 119:5; 126:19; 127:4; 128:23; 132:4, 16; 134:10; 136:6, 23; 137:19; 145:16, 19
talked 105:13; 107:2; 111:24; 115:24; 117:10; 118:4, 24; 127:9, 10, 12; 132:1; 135:10
talking 37:25; 86:2; 103:3, 3, 4; 106:21; 111:11; 126:16; 129:2; 131:1; 132:9; 134:14, 16

talks 125:23; 134:7
tax 67:25; 68:10, 14; 76:3, 4
taxes 68:17
teenage 135:18
teenager 135:6
teenagers 94:18; 95:11
telephone 50:14, 22; 51:8, 10; 103:25
television 119:22
tells 129:1
temper 90:6; 92:2
temporary 105:24
tend 84:16; 131:12
tending 130:8
tends 92:10; 99:23
terms 81:20; 118:13, 21; 126:5; 135:23
testified 33:6
testimony 43:6, 19; 44:20; 45:6, 8; 46:13; 47:19; 50:10; 70:1; 147:1
testing 116:11; 117:13
tests 116:11; 122:23
therapist 99:10
therapy 84:5
thinking 45:7; 46:4; 113:8; 116:19, 21; 132:23; 133:9
third 39:11; 61:24; 77:18; 78:21, 22; 142:17
though 40:22; 70:20; 103:23; 125:20
thought 47:19, 23; 53:19; 58:11; 76:16; 105:23; 112:13; 113:23; 115:15; 116:1; 120:23; 124:13; 127:25; 137:6, 17
thoughts 132:1, 14, 19; 133:4, 8
thousand 59:17
three 42:7; 44:1, 4; 77:14; 89:24; 101:2, 6; 102:3; 103:16; 114:13; 116:25; 117:2; 120:16; 129:8; 141:4
Thursday 39:13
tied 67:11
till 52:8; 109:14; 110:24; 124:13
times 50:9; 59:2, 24; 78:12; 89:23, 24; 93:3; 102:3; 107:8; 124:4; 125:21; 129:8; 132:22
title 38:24
today 48:15; 49:1; 80:2; 84:9
together 50:1, 4; 78:22; 89:9, 12; 98:15; 131:2, 8, 9; 135:13
toilet 117:24
told 52:1; 80:23; 106:18; 112:5, 20; 115:13, 14, 25; 116:10; 117:22, 25; 120:9; 125:2; 129:12; 131:25;

133:16, 20; 134:8
**tomorrow** 112:17
**tone** 126:8
**took** 73:12, 19; 74:14;
83:23; 87:6; 104:18;
109:13; 136:13, 23
**top** 38:23
**torture** 128:8, 9
**tossing** 126:11
**total** 47:7; 55:18, 24;
72:5, 6, 8; 73:25; 108:2
**totals** 41:14
**tough** 130:23
**toward** 90:13; 91:11
**town** 85:11; 123:12
**track** 42:9; 81:21
**training** 133:13; 135:23
**transcribed** 147:3
**transcript** 85:2, 3; 147:1
**treat** 134:11
**treatment** 86:6, 6
**treatments** 134:1
**tried** 77:8; 90:1; 105:6;
116:16; 119:10; 139:16;
141:9
**triggers** 132:13
**trip** 36:9, 15, 23; 46:15;
47:3, 7, 11, 24, 25; 48:1;
56:4; 63:22; 73:11; 74:1,
12, 16, 20, 25; 75:7, 16;
76:10, 23; 78:13; 136:23;
137:5
**trips** 44:22, 24; 45:9;
50:9, 14; 52:1, 18, 23;
56:4; 62:11, 20, 21, 22;
63:14; 64:4, 8, 9, 12, 14;
65:1, 21, 25; 76:9; 78:2, 6,
9; 131:17; 139:9; 140:20
**trouble** 126:24
**truck** 127:17
**true** 59:11; 147:2
**trust** 136:13
**truth** 43:16
**try** 75:10; 100:1, 3; 105:8;
131:16; 134:9, 12; 136:24
**trying** 43:12, 14, 14, 18;
73:23; 74:19; 98:6; 113:21
**tuna** 44:6; 59:18, 22, 25;
60:2, 3, 7, 8, 8, 12, 17, 23;
61:4, 8; 67:14; 69:8, 8, 9,
11, 19, 20; 70:4, 7, 8, 17,
18, 22, 23
**turn** 52:5; 68:4; 73:4;
76:20
**turned** 90:18
**TV** 120:5, 15, 24; 121:3
**twice** 81:12
**two** 39:19; 46:23; 51:15,
17; 62:12, 19, 24; 64:8, 8,
8; 78:1; 79:4, 21, 25; 83:2;
93:4; 96:1; 101:1; 108:24;
135:9; 140:20; 142:9, 14,
20
**type** 62:10
**types** 126:3; 128:4;

129:10, 13; 131:11; 132:4;
133:25; 134:8; 141:13
**typical** 62:10; 96:10;
101:11
**typically** 96:9; 125:18

**U**

**uncomfortable** 101:17
**under** 33:11, 12; 56:19;
140:18
**Underneath** 109:5
**undersigned** 147:9
**understandable** 130:4
**understood** 43:19, 21;
45:8, 14, 22
**underwent** 122:22
**unfortunately** 52:6
**Unger** 78:15, 16; 84:10;
110:3; 145:6
**unless** 101:19
**unreasonable** 54:21
**unsafe** 128:12
**unsure** 140:14
**unusual** 59:5
**up** 37:14; 39:17, 17, 19;
40:23; 50:15; 64:17, 24;
67:11; 74:1; 75:2; 76:14;
77:10; 78:10; 95:16, 23;
99:6; 102:7; 110:15, 24;
111:4, 20; 112:12; 115:6,
21; 121:8; 123:9; 124:4;
125:18; 127:3; 128:1;
130:16; 131:5; 133:6;
134:14; 137:7; 140:15;
141:3
**upon** 76:21; 106:21
**upset** 139:22
**upsetting** 92:23
**urgent** 118:3
**urine** 116:11
**use** 52:7; 73:9; 74:13;
75:12, 16; 110:12
**used** 42:9; 46:14, 18;
47:2, 6, 10; 48:17; 49:9,
11; 51:25; 52:1; 64:17;
72:11; 73:15; 75:25; 76:6;
82:16; 92:12; 110:11;
113:12; 126:8; 132:24;
137:13; 140:15, 22
**uses** 55:23; 76:18, 20
**using** 41:15; 48:1; 49:4;
56:5
**usual** 100:23, 25; 130:1
**usually** 58:18; 62:19;
74:9, 13; 77:14; 95:15;
97:16; 101:18; 104:4;
121:8; 125:14; 126:25;
130:8

**V**

**vague** 95:25
**valuable** 105:16

**value** 72:2, 12, 16; 73:1
**varied** 96:11; 97:10
**varies** 47:24
**various** 121:10
**vary** 70:6; 74:8
**verified** 52:4
**verify** 53:17, 25
**vessel** 36:9, 15; 72:13,
22; 73:2; 143:11
**vessels** 38:20
**Vickie** 82:17, 19
**Vietnam** 134:6
**violent** 90:18
**visit** 107:8; 108:5, 7
**visits** 84:5; 108:3, 21, 24

**W**

**Wait** 63:2; 66:5; 120:25
**waited** 116:9
**waiting** 33:17; 116:7
**wake** 125:18; 130:16
**wallet** 82:21
**warm** 114:15
**watch** 128:16; 136:1, 2
**watching** 128:14
**water** 115:25; 128:10
**Waterford** 85:11
**way** 45:8; 47:14; 49:25;
62:3; 67:6; 68:4; 74:24;
77:21, 22; 92:12; 98:11;
114:7; 118:14; 121:9;
127:7; 128:24; 133:12;
141:24
**wealthy** 105:22
**wear** 120:24
**weather** 64:10, 10; 122:9;
130:15; 140:5, 6
**week** 55:20; 62:13; 64:9,
10, 11; 90:1; 96:2; 99:8;
107:16; 110:12; 119:9
**weekend** 101:2
**weeks** 97:14; 118:24;
122:2; 139:25
**WEIGEL** 33:10, 16; 38:1;
48:25; 49:17; 50:5; 53:15,
23; 54:6, 24; 55:6; 57:8;
69:20, 23; 142:2, 7; 144:4,
6, 15, 17, 20
**weigh** 70:8
**weight** 89:3
**weird** 112:3; 128:7;
134:12; 137:8, 10, 19
**welding** 121:11
**welk** 64:5
**Wellbutrin** 87:13;
109:10; 110:8, 9
**weren't** 120:13
**what's** 65:16; 82:2;
84:24; 123:21
**whenever** 81:4
**Whereupon** 38:4; 50:6;
69:24; 71:18; 78:19;

94:13; 106:11; 109:3;
110:1; 146:2
**Wherever** 63:9
**whole** 46:22; 70:11; 71:1;
137:18
**Whose** 65:15
**wife** 116:21
**wind** 140:9
**window** 136:12
**winter** 63:11, 19
**wish** 55:16
**within** 60:19; 92:4; 119:1;
120:8; 122:2, 2; 139:14;
145:14
**without** 45:21; 49:8;
81:13; 99:2; 100:4; 128:1
**witness** 33:3
**woke** 133:6
**wondering** 112:22
**words** 44:24; 47:16; 59:6;
70:3; 75:15; 142:21
**work** 50:3; 64:16, 19;
65:6, 12, 15; 66:23; 78:9;
90:10; 94:4, 20; 98:22;
121:11; 122:25; 130:22;
141:9
**worked** 67:1; 89:9, 19;
93:16; 98:19; 140:18, 25
**worker** 122:25
**working** 63:6; 65:13;
66:17; 93:18; 94:16, 19;
95:22
**works** 51:2
**worried** 102:17
**worry** 102:25
**worse** 99:3
**worth** 48:7; 62:8; 64:13
**wow** 115:10; 130:23;
137:13
**wreck** 137:5
**writing** 36:25
**written** 37:1, 2
**wrong** 48:4; 53:25; 79:19
**wrote** 34:7; 117:5; 138:4

**Y**

**year** 37:14; 47:13; 51:15,
17; 52:2; 53:13; 55:20;
56:14; 59:3, 18; 65:1;
68:24; 72:2; 73:17, 22;
76:10; 88:13, 14; 94:4;
96:6; 109:14; 129:25;
136:24; 141:8, 8
**Year's** 101:20
**yearly** 76:6
**years** 42:3; 46:22; 53:9,
12; 64:24; 82:16; 87:6;
92:5; 102:8; 144:24
**yell** 92:10
**York** 41:21, 22

**Z**

Zoloft 85:22; 86:7, 12;
87:3, 12, 14, 17; 88:23;
109:10; 110:9

**Lawyer's Notes**