STEPSKI   v.
THE M/V NORASIA

ARNOLD MERRIAM
July 11, 2008

---

Page 105

**Merriam**

[1]
[2]  **A:** I am not sure of the duration of
[3] his treatment.
[4]  **Q:** Well, you saw Dr. Small's notes,
[5] right?
[6]  **A:** Yes, yes.
[7]  **Q:** And to your knowledge, is that the
[8] full extent of Mr. Roderick's visits with Dr.
[9] Small?
[10]  **A:** I would have to look at the notes
[11] to refresh my recollection.
[12]    She saw him twice and then there
[13] were no shows appointments.
[14]    Oh, okay. He was seen four times.
[15] Five — okay. There was a total of five
[16] appointments, she says.
[17]  **Q:** Do you know how Mr. Roderick and
[18] Mr. Stepski became patients of Dr. Small?
[19]  **A:** No, I don't.
[20]  **Q:** Do you have any thoughts in terms
[21] of Dr. Small's treatment of Mr. Roderick and
[22] Mr. Stepski?
[23]  **A:** Neither individual received
[24] medication, which is a mainstay of treatment,
[25] and she is a psychologist. So she is not

---

Page 106

**Merriam**

[1]
[2] capable of prescribing medication. The
[3] treatment with Mr. Roderick is mostly
[4] descriptive of what he is telling her, that
[5] there was really minimal contact with her, five
[6] visits spread over quite awhile.
[7]    The visits with Mr. Stepski were
[8]
[9]  **Q:** Now I got you saying his name
[10] wrong.
[11]  **A:** Mr. Stepski were, I think, a bit
[12] more extensive.
[13]  **Q:** Is it your belief Dr. Small should
[14] have referred these men to a psychiatrist so
[15] that they could have had medication prescribed
[16] early on?
[17]  **A:** Well, they had no way of paying
[18] for treatment, because I inquired. They had no
[19] way of paying for medication and they had no
[20] insurance to pay for medication. But I think —
[21]  **Q:** Do you know if they were eligible
[22] for Medicaid?
[23]  **A:** I think if they were eligible for
[24] Medicaid, they probably would have had Medicaid.
[25] But I don't specifically know that they were or

---

Page 107

**Merriam**

[1]
[2] were not eligible.
[3]  **Q:** There are doctors, psychiatrists
[4] who accept Medicaid, correct?
[5]  **A:** No. I don't know any. Medicaid
[6] pays so little for outpatient therapy that it's
[7]
[8]  **Q:** Okay. You don't know one way or
[9] the other if there were doctors available?
[10]  **A:** I don't know if they were eligible
[11] and I don't know if there was someone who was
[12] available to see them.
[13]  **Q:** But in terms of —
[14]  **A:** But I think it would have been
[15] indicated.
[16]  **Q:** Dr. Small's treatment of
[17] Mr. Stepski, do you have any other comments?
[18]  **A:** No.
[19]  **Q:** Was it appropriate otherwise?
[20]  **A:** It doesn't seem so much treatment,
[21] again, as him expressing what his feelings were.
[22] And historically. I don't really see very much
[23] in the way of therapy. But he had very little
[24] contact with her.
[25]  **Q:** Sounds like the beginnings of some

---

Page 108

**Merriam**

[1]
[2] kind of counseling?
[3]  **A:** That never went very far, yes.
[4]  **Q:** Okay. Your exam of Mr. Roderick,
[5] again, you noted no objective symptoms?
[6]  **A:** No signs, no objective signs.
[7]  **Q:** No objective signs of P.T.S.D.?
[8]  **A:** They — when you see a patient
[9] with P.T.S.D., they look just like a patient who
[10] doesn't have P.T.S.D. The difference is what
[11] they tell you their experiences and the
[12] evaluation is to elicit their history and their
[13] subjective experience.
[14]  **Q:** Did you discuss in detail any
[15] further with Mr. Roderick what other stressors
[16] he may have been experiencing in his life in
[17] connection with the time of the accident or
[18] shortly thereafter?
[19]  **A:** He told me that his ex-wife was
[20] living in his father's home and that that was an
[21] unusual thing for him. He didn't describe any
[22] other life stressors to me.
[23]  **Q:** Did he describe any other
[24] stressors which might be attributable to one or
[25] more of the symptoms which support the

---

Page 109

[1] **Merriam**
[2] diagnosis — your diagnosis of P.T.S.D.?
[3] **A:** No.
[4] **Q:** Mr. Schrober —
[5] **A:** Schober.
[6] **Q:** Schober, thank you. I believe
[7] that's Exhibit 9.
[8]     Can we agree basically his life
[9] was not all roses and songs before the incident?
[10] **A:** Can you repeat that question,
[11] please?
[12] **Q:** He had some serious problems
[13] before the incident, correct?
[14] **A:** Yes.
[15] **Q:** Including he was probably an
[16] alcoholic?
[17] **A:** Yes.
[18] **Q:** Including he was probably a drug
[19] addict or at least a frequent user of marijuana,
[20] cocaine?
[21] **A:** Frequent user, substance abuser.
[22] **Q:** Okay. Are you aware Mr. Schober
[23] had obtained a certificate for completing an
[24] outpatient alcohol program only two days before
[25] the accident?

Page 110

[1] **Merriam**
[2] **A:** I don't recall that offhand.
[3] **Q:** He didn't tell you that, did he?
[4] It's not in your report, Doctor?
[5] **A:** Then he didn't tell me.
[6] **Q:** Okay. Did he tell you that
[7] despite having obtained the certificate, he was
[8] drinking probably during the time that he was
[9] doing the outpatient program and certainly in
[10] the day or so after — I am sorry — day or so
[11] before going on the boat?
[12] **A:** We discussed his alcohol
[13] consumption and clearly he was a problem
[14] drinker. He had repeated DUIs. And was
[15] drinking excessively.
[16] **Q:** Were you aware that it was
[17] Mr. Schober who had brought the beer onboard the
[18] boat?
[19] **A:** No.
[20] **Q:** Were you aware that on the day of
[21] the accident, Mr. Schober tested positive for
[22] marijuana?
[23] **A:** No.
[24] **Q:** And that he had been drinking, he
[25] admits to having been drinking after the

Page 111

[1] **Merriam**
[2] collision?
[3] **A:** No.
[4] **Q:** Were you aware that Mr. Schober
[5] had separated from his wife before the accident,
[6] separated sometime in April of 2004?
[7] **A:** Yes. He told me that he separated
[8] from his wife before the accident, because they
[9] had been fighting constantly.
[10] **Q:** So it's fair to say that
[11] Mr. Schober's relationship with his now ex-wife,
[12] the accident was not the cause of that
[13] relationship going sour?
[14] **A:** His account to me was the accident
[15] put the nail in the coffin of the marriage. But
[16] it sounds like the marriage was already in a
[17] coffin.
[18] **Q:** Just waiting for the pallbearers
[19] to show up?
[20] **A:** Well, again, his statement was the
[21] accident put the nail in the coffin.
[22] **Q:** What did you —
[23] **A:** That things were bad and this was
[24] the final event.
[25] **Q:** Do you know enough to make any

Page 112

[1] **Merriam**
[2] professional judgment one way or the other as to
[3] whether the accident was causative of his
[4] marriage ending?
[5] **A:** I think that would be a hard
[6] statement to make.
[7] **Q:** Okay. Were you aware that
[8] Mr. Schober had been prescribed Xanax prior to
[9] the accident?
[10] **A:** No.
[11] **Q:** And that he was taking Xanax which
[12] was prescribed by a Dr. Hong, H-O-N-G, since the
[13] middle of May 2004, having been prescribed for
[14] anxiety in respect to his upcoming divorce?
[15] **A:** No, I did not know that.
[16] **Q:** Would that impact in any way upon
[17] your opinions that you have rendered in
[18] connection with Mr. Schober?
[19] **A:** Certainly if he had pre-existing
[20] anxiety, I would have to evaluate the extent to
[21] which any specific anxiety symptoms were the
[22] result of the accident.
[23]     But as I enumerated them in my
[24] conclusion, he had — the fact that he has
[25] recurrent recollections of the event is not

Page 113

**Merriam**

[1]
[2] related to his marital situation and that
[3] pre-existing anxiety. His efforts to avoid
[4] feelings associated with the trauma are not
[5] associated with the pre-existing anxiety. His
[6] markedly diminished interest in activities is
[7] not. His feelings of detachment from others is
[8] not. Restricted range of affect he attributed
[9] to the events. The trouble falling asleep and
[10] staying asleep and trouble concentrating and
[11] exaggerated startle, again, he attributed to the
[12] event.
[13]      For example, he told me when he
[14] tries to return to sea, he felt so nervous that
[15] he couldn't push himself. That he was jumpy
[16] when he heard noises and had nightmares. So I
[17] think he would have sufficient criteria for
[18] P.T.S.D. even without the general anxiety.
[19]      Q: You saw Mr. Schober without having
[20] had any records to review of any kind, right?
[21]      A: That's right.
[22]      Q: No depositions, no medicals?
[23]      A: That's right.
[24]      Q: Would it be important to you to
[25] have seen his deposition?

Page 114

**Merriam**

[1]
[2]      A: I don't know what's in it.
[3]      Q: Well, when you are asked to
[4] provide an expert opinion, is it important?
[5]      A: I rely on the referring attorneys
[6] to furnish whatever they think is valuable for
[7] me to form the opinion. In many cases there's
[8] enormous quantities of material.
[9]      Q: Do you find it valuable to be
[10] provided with the deposition of the person you
[11] are being asked to opine upon?
[12]      A: To the extent that it's relevant,
[13] yes. But I have no way of judging if it's
[14] relevant.
[15]      Q: Is it important also as an expert
[16] to obtain the most full and complete medical
[17] records concerning someone who you are being
[18] asked to evaluate?
[19]      A: To the extent that they are
[20] relevant, yes.
[21]      Q: Were you aware what Mr. Schober
[22] had changed careers a number of times and that
[23] he started out as a cook, went into commercial
[24] fishing?
[25]      A: Yes.

Page 115

**Merriam**

[1]
[2]      Q: And then went back to cooking?
[3]      A: Mowing lawns.
[4]      Q: He has done all kinds of stuff,
[5] right?
[6]      A: Yes.
[7]      Q: In terms of your observation that
[8] the fact that he — withdrawn.
[9]      You noted in responding to my
[10] question a little while ago the fact that he
[11] related to you difficulties in respect to sleep
[12] support the diagnosis of P.T.S.D., correct?
[13]      A: Yes.
[14]      Q: As one of the things that you
[15] relied on?
[16]      A: Yes.
[17]      Q: Okay. Do you agree that
[18] alcoholics and substance abusers often report
[19] difficulties in respect to sleeping?
[20]      A: Yes.
[21]      Q: In fact, there is literature that
[22] makes that point —
[23]      A: Yes.
[24]      Q: — abundantly clear?
[25]      A: Yes. But he described nightmares

Page 116

**Merriam**

[1]
[2] a few times a week often involving boating
[3] accidents in which he is about to get hurt. So
[4] that's specific to his own experience and not
[5] attributable to alcohol substance use.
[6]      Q: Did you inquire as to whether
[7] there had been any change in frequency in
[8] respect to the number of times that he
[9] experiences these nightmares?
[10]      A: Yes. He said the nightmares have
[11] not become less frequent or less intense.
[12]      Q: Is that typical in your experience
[13] of dealing with P.T.S.D. patients?
[14]      A: Some patients, they will become
[15] less frequent, less intense. Others will be
[16] persistent.
[17]      Q: Again, this is all subjective,
[18] right?
[19]      A: Yes.
[20]      Q: In terms of the flashbacks that he
[21] related to you —
[22]      A: Yes.
[23]      Q: — what part of the incident did
[24] he say that he experiences in his flashbacks?
[25]      A: He said he relived the experiences

ARNOLD MERRIAM
July 11, 2008

STEPSKI    v.
THE M/V NORASIA

Page 117

[1]                    **Merriam**
[2] of a collision and he didn't say which aspect of
[3] the accident was so vivid.
[4]    **Q:** Is there any significance
[5] clinically as to what portion of the experience
[6] one has in terms of flashbacks?
[7]    **A:** Not so much. Typically involves
[8] the most frightening portion of the event.
[9]    **Q:** But you don't know what portion of
[10] the event he —
[11]    **A:** No.
[12]    **Q:** — experienced flashbacks on?
[13]    **A:** No.
[14]    **Q:** He says he has them sometimes when
[15] doing completely unrelated things, like mowing
[16] the lawn?
[17]    **A:** Yes.
[18]    **Q:** Is that typical that one would
[19] have a flashback when — without some kind of
[20] indication?
[21]    **A:** Yes, it can — it's typical, it
[22] can happen.
[23]    **Q:** Okay.
[24]    **A:** Sometimes they are entirely out of
[25] the blue.

Page 118

[1]                    **Merriam**
[2]    **Q:** But he also said that he has these
[3] flashbacks when certain events remind him of the
[4] accident, such —
[5]    **A:** Yes.
[6]    **Q:** — as seeing a boat or something?
[7]    **A:** Yes.
[8]    **Q:** The flashbacks he said were now
[9] down to about once a month?
[10]    **A:** That's what he said.
[11]    **Q:** Okay. So they had become less
[12] persistent?
[13]    **A:** Yes.
[14]    **Q:** Now, his comment to you that it's
[15] hard for him to make commitments because he
[16] doesn't look far ahead, et cetera, is that also
[17] a typical statement of an alcoholic or drug
[18] abuser?
[19]    **A:** Yes, it is.
[20]    **Q:** Now, he has been drinking since he
[21] was 15?
[22]    **A:** Yes.
[23]    **Q:** He said that he drank heavily
[24] after he graduated from the culinary institute.
[25] And you have down he said he drank up to six to

Page 119

[1]                    **Merriam**
[2] 18 beers a day?
[3]    **A:** Yes.
[4]    **Q:** From a physiological standpoint,
[5] what would happen to someone who drinks six to
[6] 18 beers a day?
[7]    **A:** They would develop tolerance.
[8] They would become intoxicated, but they would
[9] have a high tolerance for alcohol.
[10]    **Q:** Also might potentially develop
[11] cirrhosis of the liver?
[12]    **A:** Yes.
[13]    **Q:** Other physical complications?
[14]    **A:** Potentially, yes.
[15]    **Q:** He had at least two DUI arrests
[16] before the incident?
[17]    **A:** He said a few. More than one. A
[18] few.
[19]    **Q:** But he claimed he had been sober
[20] for a year prior to the incident?
[21]    **A:** He said he resumed drinking a few
[22] months prior to the accident.
[23]    **Q:** Right. Which would have been when
[24] he was in the course of his outpatient program?
[25]    **A:** Yes.

Page 120

[1]                    **Merriam**
[2]    **Q:** Okay. But after the accident, he
[3] started drinking up to a quarter gallon of vodka
[4] a day?
[5]    **A:** That's what he said. It's a
[6] considerable amount.
[7]    **Q:** Is that a classic sign of
[8] alcoholism?
[9]    **A:** It's consistent with alcoholism.
[10]    **Q:** And he said he felt he had to
[11] drink and would get shaky and feel the need for
[12] alcohol constantly?
[13]    **A:** Which is another sign of
[14] alcoholism.
[15]    **Q:** Do you attribute his increased
[16] drinking after the accident to the collision?
[17]    **A:** As I said earlier, among the most
[18] common complications of P.T.S.D. are alcohol and
[19] substance abuse. We are seeing it now with
[20] the — as we did in the Vietnam War, we are
[21] seeing in the Iraq War that the guys are using
[22] drugs and alcohol to medicate themselves.
[23]    So it's difficult to say that —
[24] it's very difficult to predict the future path
[25] of an alcoholic, when someone is drinking

Page 121

**Merriam**

[1]
[2] excessively, it tends to relapse and remet. But
[3] from what he told me, he really went into a
[4] tailspin after the accident. So I would say
[5] it's partially a previous pattern of alcoholism
[6] and partly the stress of the accident.
[7]   **Q:** That's, again, accepting what he
[8] says as being truthful?
[9]   **A:** Yes.
[10]   **Q:** The DUI in November 2004 after the
[11] accident, is that related in your view to the
[12] collision?
[13]   **A:** I don't think I can say that. He
[14] said that he is of the opinion that the
[15] presumption of the problem drinking and the DUI
[16] wouldn't have happened if it hadn't been for the
[17] accident. It's a difficult attribution to make.
[18]   **Q:** You can't say one way or the
[19] other?
[20]   **A:** Not definitively.
[21]   **Q:** Basically after he got out of
[22] jail, he went on to a number of different jobs
[23] and he has bounced from place to place?
[24]   **A:** That's what he told me.
[25]   **Q:** Again, typical of someone who has

Page 122

**Merriam**

[1]
[2] been in jail, typical behavior of an alcoholic
[3] and a drug abuser?
[4]   **A:** Yes.
[5]   **Q:** You said he was nervous, anxious
[6] while he was undergoing his interview?
[7]   **A:** Yes.
[8]   **Q:** Okay. Did you believe that he was
[9] suffering from anxiety as causally related to
[10] the collision?
[11]   **A:** He describes many signs and
[12] symptoms of P.T.S.D. So, again, the recurrent
[13] recollections of the event and the images, all
[14] of the things that we have been talking about
[15] are typical of P.T.S.D. Because he had
[16] pre-existent — because he has a complicated
[17] history with pre-existent and then superimposed
[18] substance abuse. And because of what you told
[19] me before about having received Xanax before —
[20] that was him? I am sorry. I am starting to get
[21] a little tired.
[22]   **Q:** That was him.
[23]   **A:** Yeah. It's difficult to attribute
[24] the anxiety necessarily to the accident.
[25]   **Q:** Okay. Would you say the same in

Page 123

**Merriam**

[1]
[2] terms of his mood being somewhat depressed and
[3] showing — displaying a sad affect during the
[4] course of your exam?
[5]   **A:** I think there is enough going on
[6] that the P.T.S.D. is one factor impacting the
[7] trajectory of the man's life. But it's not the
[8] sole factor.
[9]   **Q:** Same you would say for his
[10] pessimistic attitude, lack of hope?
[11]   **A:** Yes.
[12]   **Q:** Were there any other symptoms that
[13] he related which you also find to be causally
[14] related to the incident?
[15]   **A:** Other than what I included in the
[16] report, no.
[17]   **Q:** So fair to say with respect to
[18] Mr. Schober it's difficult to
[19] say what is P.T.S.D. symptomatology and what is
[20] symptomatic of his alcohol and drug use?
[21]   **A:** Well, I think he does have
[22] P.T.S.D. That the — it's not the only thing
[23] that he has. He has P.T.S.D. and he has a
[24] pre-existent substance abuse and alcohol
[25] disorder. And that subsequent to his —

Page 124

**Merriam**

[1]
[2] subsequent to the accident, the symptoms become
[3] intertwined with each other, which is very
[4] typical of patients with alcohol substance use
[5] problems who develop P.T.S.D.
[6]   But this is envisioned in the
[7] Diagnostic and Statistical Manual. Substance
[8] abuse is described as a complicating clinical
[9] phenomena. And they even specifically make
[10] mention of the fact that people may have
[11] symptoms while intoxicated.
[12]   So that, for example, in the
[13] reexperiencing criteria, D —
[14]   **Q:** Can I just interrupt you one
[15] second and take a look at exactly what you are
[16] referring to?
[17]   **A:** Sure. Yes.
[18]   **Q:** Because I don't think I copied
[19] that before.
[20]   **A:** It's just DSM-IV.
[21]   **Q:** I want to make sure that I am
[22] working off the same version.
[23]   **A:** I will give you mine. Here.
[24] Just — I will read it and then I will give it
[25] to you.

Page 125

**Merriam**

[1]
[2]   MR. WEIGEL: Hold on. We
[3] have a copy. If you let us see
[4] that, we will see if it's the same
[5] page.
[6]   THE WITNESS: This is IV.
[7] That's IV-TR.
[8]   MR. GARGAN: What page are
[9] you reading from?
[10]   THE WITNESS: I will give
[11] you this. 428.
[12]   Q: 428, okay.
[13]   A: All right.
[14]   Q: Diagnostic criteria 309.81.
[15]   A: Yes. So criteria B-3 includes
[16] symptoms that occur when intoxicated. The
[17] reason that's there is because intoxication,
[18] substance use is such a frequent co-existent
[19] diagnosis with this disorder.
[20]   Q: Well, did he relate to you that —
[21]   A: No, no. I am just giving an
[22] example of the fact that the diagnostic criteria
[23] embrace the fact that there is frequently
[24] substance use, alcohol use problems with this
[25] disorder.

Page 126

**Merriam**

[1]
[2]   Q: The alcoholism is triggered, in
[3] effect, layman's terms, by the P.T.S.D.?
[4]   A: Or when there is pre-existent —
[5] certainly drug and alcoholism doesn't protect
[6] someone against P.T.S.D.
[7]   Q: Right.
[8]   A: So when someone is exposed to a
[9] stimulus competent of producing P.T.S.D.,
[10] whatever nature and history and adjustment level
[11] of that person, you know, the P.T.S.D. takes
[12] root in that setting. So someone who is a
[13] pre-existing substance or alcohol user is likely
[14] to have persistent problems and recurring
[15] problems. It's another complicating part of the
[16] picture.
[17]   Q: Okay. Were you aware in respect
[18] to Mr. Schober that he was also being treated by
[19] a psychiatrist named Dr. Friedman — I am
[20] sorry — psychologist named Dr. Friedman
[21] starting in May of 2007 as a condition of his
[22] probation? It's not in your report.
[23]   A: No, I wasn't aware of that. I saw
[24] him May 19, 2007.
[25]   Q: Okay. This is 2004, I am talking

Page 127

**Merriam**

[1]
[2] about.
[3]   A: No.
[4]   Q: I am sorry. 2007.
[5]   A: No.
[6]   Q: Is when he started with Dr.
[7] Friedman.
[8]   A: No, I am not aware of that.
[9]   Q: He didn't tell you about that?
[10]   A: No.
[11]   Q: He said that Dr. Friedman was
[12] treating him for P.T.S.D. And supposedly was
[13] trying to instruct him in terms of
[14] self-hypnosis. Would that be a typical —
[15]   A: No, he didn't tell me about that.
[16]   Q: Would self-hypnosis be a typical
[17] treatment course for P.T.S.D.?
[18]   A: Various forms of relaxation
[19] desensitization are. So that may be
[20] Mr. Schober's understanding of that.
[21]   Q: Because he also described Dr.
[22] Friedman as trying to hypnotize him and having
[23] him listen to subliminal tapes with messages
[24] such as, you need to love yourself and others,
[25] what he described as motivational tapes? Would

Page 128

**Merriam**

[1]
[2] that be typical treatment?
[3]   A: No.
[4]   Q: Okay. Would you agree or disagree
[5] that the three men that you saw experienced
[6] acute, horrendous, repeated and lengthy
[7] awareness of impending death, mutilation, et
[8] cetera?
[9]   A: Repeated?
[10]   Q: Yes.
[11]   A: No.
[12]   Q: Would you agree or disagree that
[13] the three men were plunged into a state of
[14] desperation, depression and despair as a result
[15] of this collision?
[16]   A: I am just trying to go back to the
[17] repeated, which I answered no. The sense in
[18] which it's repeated only that there was a
[19] sequence of events, each of which had its own
[20] traumatic aspect to it. So they saw the ship
[21] coming, it wasn't like being in a car and, boom,
[22] something happens. This was a played-out
[23] sequence of events. So that they see the ship
[24] coming, they prepare for it, they are hoping it
[25] misses them, and they get — they hear it and

Page 129

**Merriam**

[1]
[2] then the ship gets cut in half.
[3]      Then they are in the water and
[4] they think they can't escape the water. And
[5] then they are in the raft and they think the
[6] raft is going to go down with the ship. So
[7] there was a sequence of events that could be
[8] construed as repeated traumas within a larger
[9] trauma.
[10]      Could you read the second question
[11] again for me?
[12]      Q: Sure. Would you agree or disagree
[13] that these three men were plunged into a state
[14] of desperation, depression, and despair as a
[15] result of the collision?
[16]      A: Yes.
[17]      Q: Would you agree that these three
[18] men suffered continuously over — from the time
[19] of the incident relentlessly at first and now at
[20] some less frequency?
[21]      A: Yes.
[22]      Q: Would you agree that all of them
[23] still endure, among other things, sleeplessness,
[24] reliving the experience, nightmares, constant
[25] uncertainty and fear of mishap?

Page 130

**Merriam**

[1]
[2]      A: Yes.
[3]      Q: Inability to function as they did
[4] before the occurrence?
[5]      A: Yes.
[6]      Q: Lack of self-worth?
[7]      A: They all experienced depressive
[8] symptoms to varying degrees.
[9]      Q: Do you equate lack of self-worth
[10] with depression?
[11]      A: Yes.
[12]      Q: Okay. Would you agree Stepski and
[13] Roderick also experienced destructive effect on
[14] their familial life and relationships?
[15]      A: Stepski, yes. Roderick was
[16] already having marital problems. And he
[17] described this as being the nail in the coffin.
[18] So his perception was that there was not
[19] additive effect of a pre-existing problem.
[20]      Q: Okay. And Schober experienced a
[21] renewal of an earlier destructive drinking
[22] habit?
[23]      A: Yes.
[24]      Q: Now, would you also agree that if
[25] they have the financial wherewithal, they would

Page 131

**Merriam**

[1]
[2] require three to four years of intensive medical
[3] care and prescribed medication?
[4]      A: Yes.
[5]      Q: Do you also — what is your
[6] prognosis for these three if they do have
[7] treatment?
[8]      A: Better than if they are not
[9] treated. The disorder is one that tends to be
[10] indelible. People generally do not return to
[11] their former selves ever. And there is
[12] typically a pattern of recurrence during life
[13] stress. But I think each of them deserves a
[14] trial of therapy and medication treatment.
[15]      Q: And if they get medication and
[16] therapy, how do you expect Mr. Stepski will
[17] respond?
[18]      A: I think he probably would respond
[19] pretty well.
[20]      Q: What about Mr. Roderick?
[21]      A: Mr. Roderick, I think, is less
[22] symptomatic than Mr. Stepski, but still should
[23] be treated. For Mr. Schober, the alcohol
[24] substance abuse was exacerbation is central and
[25] he needs not only psychiatric treatment for the

Page 132

**Merriam**

[1]
[2] P.T.S.D., but he also needs to be in alcohol
[3] substance abuse counseling or he is going to be
[4] in long-term trouble.
[5]      Q: Okay. When you say the alcohol
[6] substance abuse for Schober is central, is that
[7] another way of saying that's his primary
[8] problem?
[9]      A: If you are asking which is more
[10] important, I can't say. Clearly, he had a
[11] pre-existing problem. Just like with a lot of
[12] vets, there is a pre-existing problem and then
[13] the problem becomes insurmountable once there is
[14] P.T.S.D. So he needs treatment for both.
[15]      I think the prognosis for his
[16] alcohol substance abuse issues, if the P.T.S.D.
[17] is not specifically addressed, the prognosis for
[18] the alcohol and substance abuse is poor.
[19]      Q: When you compare the three of them
[20]
[21]      A: Yes.
[22]      Q: — who is the worst off in terms
[23] of their P.T.S.D.?
[24]      A: I would say probably Stepski.
[25]      Q: By a factor of what over Roderick?

ARNOLD MERRIAM
July 11, 2008

STEPSKI   v.
THE M/V NORASIA

---

Page 133

**Merriam**

[1]
[2] **A:** I can't answer that.
[3] **Q:** Shades of gray?
[4] **A:** Yes.
[5] **Q:** In terms of the diagnostic
[6] criteria for P.T.S.D. —
[7] **A:** Uh-huh.
[8] **Q:** — one of the criteria, C, is the
[9] persistence avoidance of stimuli associated with
[10] the trauma?
[11] **A:** Yes.
[12] **Q:** Right?
[13] **A:** Yes.
[14] **Q:** Effectively, we are talking about
[15] avoiding putting yourself in the same situation
[16] that gave rise to the incident that affected
[17] you, right?
[18] **A:** People try to avoid thinking of
[19] the event, things that remind them of the event,
[20] yes.
[21] **Q:** So here we have Mr. Stepski and
[22] Mr. Roderick, both regularly and very shortly
[23] after the incident back on the horse, they are
[24] out at sea, they are fishing?
[25] **A:** Yes. With symptoms. So there are

---

Page 134

**Merriam**

[1]
[2] times, just like in Iraq right now, there are
[3] guys who are experience symptoms. But they
[4] don't have much of a choice about whether they
[5] have to go back into the field and —
[6] **Q:** Well, equating being in the
[7] military with —
[8] **A:** Fishing.
[9] **Q:** — commercial fishing is —
[10] **A:** No. I am just giving an example
[11] that there are — just because an individual has
[12] symptoms, there are other life factors that will
[13] force them.
[14] **Q:** Okay.
[15] **A:** So a guy may be in a car accident
[16] and be frightened to drive, but he has no
[17] choice. If he doesn't drive, he is not going to
[18] get to work. So has to grit his teeth and bear
[19] it and experience the symptoms and try to deal
[20] with them the best he can.
[21] **Q:** Okay.
[22] **A:** So I don't think these guys had
[23] much of a choice in terms of their livelihood
[24] and finding alternate employment.
[25] **Q:** Well, let's look at Mr. Roderick

---

Page 135

**Merriam**

[1]
[2] for a second. He doesn't just do commercial
[3] fishing, you are aware of that, right?
[4] **A:** I would have to look at my
[5] write-up again.
[6] **Q:** If I told you that Mr. Roderick
[7] also was a mechanic, how would that impact upon
[8] your thinking in terms of his non-avoidance of
[9] going back out on the boats?
[10] **A:** I would have to say there is —
[11] the extent to which a person had choices and
[12] what the economics were of the choices and what
[13] were the other factors associated with the
[14] choices would all have to be analyzed. For
[15] example, if he had other means of livelihood,
[16] but it was less ruminative for him or involved
[17] some other noxious quality that he didn't care
[18] for, they all would have to be weighed.
[19] **Q:** Okay.
[20] **A:** Just the fact that someone resumes
[21] an activity that they are frightened of
[22] resuming —
[23] **Q:** Okay. Did you —
[24] **A:** — doesn't weigh against the fact
[25] that they have P.T.S.D.

---

Page 136

**Merriam**

[1]
[2] **Q:** Did you conduct such an analysis
[3] in terms of your examination and subsequent
[4] opinion in respect to Mr. Roderick or
[5] Mr. Stepski or Mr. Schober?
[6] **A:** They all told me that returning to
[7] the ocean was something that was associated with
[8] anxiety for them and created hypervigilance.
[9] **Q:** But did you analyze whether these
[10] three men had choices in which they could avoid
[11] having to go back out on the boats?
[12] **A:** I don't recall specifically going
[13] into that.
[14] **Q:** All right. Now, you mention in
[15] your report concerning Mr. Stepski that at one
[16] time he considered changing a career. Do you
[17] think it would be a good idea for him to do
[18] something else besides fishing if that
[19] eliminates the stressors which trigger his
[20] anxiety and other problems?
[21] **A:** Well, first of all, he has
[22] symptoms of P.T.S.D. even when he is off the
[23] boat. It's not something that is exclusively
[24] when he is on the boat. And for any particular
[25] individual, the pros and cons of returning to a

---

---

Page 137

**Merriam**

situation that that reminds them of the events
that initiated the P.T.S.D. is an individual
decision that should be taken up during therapy.
    In other words, just because
someone — an attorney gets, God forbid, gets in
a car accident on the way to work, doesn't mean
they stop being an attorney or stop driving a
car. It's something that — it's a complex
choice that needs to be evaluated during
therapy.
    **Q:** Is there someway other than going
through the therapy process where one can come
to some consideration in terms of whether —
    **A:** Yes, I would say it's primarily a
task for therapy. My role in evaluating them
was to determine whether or not they met
diagnostic criteria for the disorder. Not to
counsel them as to what their future course of
action should be in regard to their profession
and choices that they had to make. That was not
the purpose of the meeting.
    **Q:** In terms of prescription drugs?
    **A:** Yes.
    **Q:** You believe it would be beneficial

---

Page 138

**Merriam**

for these three men to be on some kind of
medication; is that correct?
    **A:** Yes, yes.
    **Q:** Something like Paxil, for
instance?
    **A:** Yes.
    **Q:** And the purpose being to
ameliorate the symptomatology?
    **A:** Yes.
    **Q:** And once you ameliorate, it's
easier to hopefully get over the hump in terms
of these issues that cause anxiety and any other
problems; is that right?
    **A:** Yes.
    **Q:** You haven't done any investigation
in terms of whether these men could get the
proper medication prescribed to them?
    **A:** No.
    **Q:** Is that something that they should
be investigating either themselves or —
    **A:** They should be in treatment and
they should be on medication.
    **Q:** Okay. If they had the resource
and the ability to get medication and have

---

Page 139

**Merriam**

[1]
[2] treatment, but they haven't undertaken to do so,
[3] would that be a failure on their part to assist
[4] in their own healing process?
[5]    **A:** If they had the ability to avail
[6] themselves of treatment, they should do so.
[7]    **Q:** Okay. Someone who has the ability
[8] to get treatment and doesn't, what does that
[9] suggest to you as a psychiatrist concerning
[10] their motivation?
[11]    **A:** It's something I would have to
[12] explore. I can't say generically that that has
[13] a meaning. There are many people who were
[14] frightened of going into psychiatric treatment
[15] and be locked in for one reason or another,
[16] because of stigma, because of timing, because of
[17] many different reasons. So I can't give —
[18]    **Q:** So you look at it on a
[19] case-by-case basis?
[20]    **A:** Yes.
[21]    **Q:** Just give me a minute or two, if
[22] you would.
[23]    **A:** Sure.
[24]    (Recess taken 4:41 p.m. to 4:44
[25] p.m.)

---

Page 140

**Merriam**

[1]
[2]    **Q:** Going back a few minutes, we were
[3] talking about avoiding the stressors, right?
[4]    **A:** Uh-huh.
[5]    **Q:** Does the fact that these men did
[6] go back and continue to go back to sea, in your
[7] view, is that presenting obstacle to them in
[8] terms of them getting any better?
[9]    **A:** Not necessarily. It may be
[10] adaptive. One of the goals of treatment is to
[11] try to minimize the extent to which an
[12] individual's activities are limited by the
[13] disorder. So the fact that they are going back
[14] even with symptoms is actually a sign of
[15] strength that they are able to force themselves
[16] to do something, even though it distresses them.
[17] So from the P.T.S.D. diagnostic perspective, the
[18] fact that the activity is associated with
[19] emotional distress is important for the
[20] diagnosis in terms of treatment. Whether they
[21] should try to find another position, another way
[22] of life or whether they should continue this,
[23] that's an important decision that should be
[24] discussed in treatment.
[25]    But, again, if a person were in a

---

Page 141

[1]                    **Merriam**
[2] car accident and never drove a car again because
[3] it was so anxiety provoking for them, that would
[4] not at all be a desirable outcome of treatment.
[5] That is not — psychiatrists don't say, oh, we
[6] will fix you. Just don't drive a car anymore.
[7] The goal is that a person should be able to have
[8] as full and productive a life as they can,
[9] including all of their customary activities, but
[10] with symptom reduction.
[11]    **Q:** Fair statement that it would be
[12] better that these guys were in treatment and
[13] going back to work under a supervised type of
[14] scenario rather than just doing it on their own?
[15]    **A:** Yes.
[16]    **Q:** Okay. Is it also fair to say that
[17] in going back without getting any treatment at
[18] all, that they are potentially exacerbating the
[19] conditions of which they are complaining,
[20] exacerbating the anxiety and all of the other
[21] problems?
[22]    **A:** Probably not. In fact, it may
[23] even be good for them. It would have to be
[24] determined on an individual basis.
[25]    But P.T.S.D. existed before there

Page 142

[1]                    **Merriam**
[2] were psychiatrists, before there were
[3] psychotropic medications. And —
[4]    **Q:** People got on with their lives?
[5]    **A:** People got on with their lives and
[6] struggled with the symptoms and struggled to
[7] return to their customary activities.
[8]    **Q:** Okay. I am going to just review
[9] my notes. Mr. Weigel has a few questions for
[10] you as well.
[11]           **EXAMINATION BY MR. WEIGEL:**
[12]    **Q:** Doctor, if you could do us the
[13] favor of looking at your notes, your handwritten
[14] notes?
[15]    **A:** Uh-huh.
[16]    **Q:** Which I think we have marked as
[17] Exhibit 10. And I just want to make sure that
[18] we all have the same understanding of what you
[19] have written here. So I am going to ask you,
[20] start by telling us, there is a note written
[21] vertically in the margin on the first page of
[22] your notes, where you wrote Michael Stepski?
[23]    **A:** Stepski. Hold on. Yes. You want
[24] me to read that?
[25]    **Q:** Yes. Could you read that, please?

Page 143

[1]                    **Merriam**
[2]    **A:** Sure.
[3]    "Visually saw other boat coming
[4] out of fog, headed right toward him. So
[5] massive, less than a minute before collision.
[6] Visual and knowing he will die had such a strong
[7] effect on me."
[8]    **Q:** Okay. Thank you. Now —
[9]    **A:** You didn't think I could do that,
[10] did you?
[11]    **Q:** I couldn't do it.
[12]    **MR. UNGER:** It's your
[13] scroll, I hope you can read it.
[14]    **Q:** We marked as Exhibit 2 a letter
[15] which you received from Mr. Healey. Do you have
[16] that in front of you, please?
[17]    **A:** Yes.
[18]    **Q:** What use did you make of this
[19] letter in coming to your opinion about
[20] Mr. Stepski, Mr. Roderick and Mr. Schober?
[21]    **A:** Nothing.
[22]    **Q:** You received this letter in March
[23] of 2007. And remind me again, when did you see
[24] the three men?
[25]    **MR. GARGAN:** I think May 19,

Page 144

[1]                    **Merriam**
[2] 2007.
[3]    **A:** Yes.
[4]    **Q:** Did you review this letter just
[5] prior to them coming to see you?
[6]    **A:** I don't remember. I think I
[7] skimmed this. I didn't make any use out of it
[8] at all.
[9]    **Q:** So the facts that are stated in
[10] this letter by Mr. Healey, you didn't take them
[11] into consideration when you reached your
[12] opinion?
[13]    **A:** No.
[14]    **Q:** If you look at your notes now
[15] again for Mr. Stepski, starting with line ten,
[16] the first page?
[17]    **A:** Uh-huh.
[18]    **Q:** Through line 23, could you please
[19] read that to us so we understand exactly what
[20] you have written?
[21]    **A:** "Then other boat turned toward his
[22] boat, toward his."
[23]    **Q:** I am sorry. Starting with line
[24] ten.
[25]    **A:** Okay. Show me, sir.

Page 149

[1]                      *Merriam*
[2] at and your handwritten notes, it discusses that
[3] Mr. Stepski "heard a noise, looked up and saw
[4] the second boat coming directly toward his
[5] boat"?
[6]     **A:** Yes.
[7]     **Q:** Then a little further down, it
[8] says he estimated the time interval between his
[9] having heard the approach of the second boat and
[10] the actual collision as between 30 and 60
[11] seconds?
[12]     **A:** Yes, sir.
[13]     **Q:** Now, did Mr. Stepski describe the
[14] noise that he heard from the other boat?
[15]     **A:** No.
[16]     **Q:** Did you ask him any questions
[17] about the type of noise that he heard from the
[18] other boat?
[19]     **A:** No, sir.
[20]     **Q:** Now, in the second sentence that I
[21] read to you, it says he estimated the time
[22] interval between his having heard the approach
[23] of the second boat. Are we to imply from that
[24] that's the noise that he heard? You say he
[25] heard the noise, he turned around. And later

Page 150

[1]                      *Merriam*
[2] you said he heard the approach. I am not
[3] sure — I just want to make sure I understand
[4] that those are the same?
[5]     **A:** I think those are the same.
[6]     **Q:** Same idea?
[7]     **A:** Yes.
[8]     **Q:** He heard something and that's the
[9] approach, he heard the boat approaching?
[10]     **A:** I believe so.
[11]     **Q:** You believe so?
[12]     **A:** Yes.
[13]     **Q:** You didn't ask him in any more
[14] detail about this? This is what you believed
[15] Mr. Stepski was referring to; is that correct?
[16]     **A:** Yes.
[17]     **Q:** Now, you didn't — if I understand
[18] what you did in rendering your opinions, you did
[19] not go into any detail on the circumstances of
[20] the actual collision with Mr. Schober or
[21] Mr. Roderick; is that correct?
[22]     **A:** No. I reviewed the events with
[23] them as well.
[24]     **Q:** Well, I am looking at your notes
[25] that you made.

Page 151

[1]                      *Merriam*
[2]     **A:** Yes.
[3]     **Q:** With Mr. Schober and Mr. Roderick.
[4]     **A:** Yes.
[5]     **Q:** There really is not anything
[6] about — Mr. Stepski went into detail?
[7]     **A:** Yes.
[8]     **Q:** About what time they left?
[9]     **A:** Yes.
[10]     **Q:** What happened?
[11]     **A:** Yes.
[12]     **Q:** How they hauled their nets, et
[13] cetera?
[14]     **A:** Yes.
[15]     **Q:** Did you have discussions with
[16] Mr. Schober and Mr. Roderick about those same
[17] details and they are just not — you just didn't
[18] write them down?
[19]     **A:** No, no, not about that part.
[20]     **Q:** You did not have a discussion
[21] about that part?
[22]     **A:** No.
[23]     **MR. GARGAN:** We are
[24] approaching 5 o'clock.
[25]     **MR. WEIGEL:** Do you have any

Page 152

[1]                      *Merriam*
[2] more?
[3]     **MR. UNGER:** I have two more.
[4]     **MR. WEIGEL:** I am probably
[5] just about done.
[6]     **MR. GARGAN:** This is the
[7] $500 question.
[8]     **MR. WEIGEL:** I don't think
[9] so.
[10]     **MR. UNGER:** Let me ask real
[11] quick.
[12]     **MR. WEIGEL:** I am done.
[13]     **REDIRECT EXAMINATION BY MR. UNGER:**
[14]     **Q:** Doctor, what were — how much did
[15] you charge for your examination of these three
[16] men and rendering your report?
[17]     **A:** Four-fifty hourly and the bill
[18] came to 7,000 and change.
[19]     **Q:** Okay. And did you charge also for
[20] preparing for the deposition?
[21]     **A:** I haven't yet.
[22]     **Q:** Okay. It's your intention?
[23]     **A:** But I will, yes.
[24]     **Q:** What is your best estimate of the
[25] cost of the prescription drugs that you feel

STEPSKI   v.
THE M/V NORASIA

ARNOLD MERRIAM
July 11, 2008

---

Page 145

**Merriam**

[1]
[2]  **Q:** Line ten. There are lines —
[3]  **A:** "Fishing 30 miles south of
[4]  Montauk, outside shipping lanes. Foggy weather.
[5]  Left shore at 3:30 a.m. to tender nets. Hauling
[6]  nets. Saw another boat on the radar. On course
[7]  to pass right by. Kept checking course. His
[8]  boat moving slowly. Then other boat turned
[9]  toward his boat. Toward his."
[10]      I am taking this very rapidly as
[11]  he is talking.
[12]  **Q:** I understand.
[13]  **A:** "Instructed crew to untie nets to
[14]  enable his boat to get out of way. Felt this
[15]  was an emergency. Starting approaching on
[16]  radar. Instructed to cut nets. Felt state of
[17]  emergency. Then heard noise, looked up and saw
[18]  it coming toward him. Mike hit full throttle.
[19]  Boat barely started to move. Felt they were
[20]  going to die. Underscore. Knew they were going
[21]  to die. 'My poor daughter is going to grow up
[22]  without a father'."
[23]      It must have been daughters. I
[24]  just wrote DGT for daughter.
[25]  **Q:** Right.

---

Page 146

**Merriam**

[1]
[2]  **A:** Then the collision.
[3]      "Time interval collision from
[4]  hearing sound equals 30 to 60 seconds. Ship had
[5]  bulbous bow. Caught his boat on sharp edge and
[6]  divided it in two. All three on same portion.
[7]  Remembers looking on wall for EPIRB, but wall
[8]  was gone. Remain standing. Water entered boat.
[9]  Boat started sinking while the ship was going
[10]  by. By the time stern passed boat was hovering
[11]  below surface water. Men jumped backwards into
[12]  water. Water was flat calm. Three of them in
[13]  water in oil skins and boots. Mike's boot fell
[14]  off. Surprised to be alive."
[15]  **Q:** That's good enough for now. Let
[16]  me ask you a couple of questions about what you
[17]  just read. And if you would keep Exhibit 10,
[18]  those notes in front of you, and look at your
[19]  report on Mr. Stepski?
[20]  **A:** Okay.
[21]  **Q:** In the third paragraph, beginning
[22]  the third paragraph, you write in the second
[23]  sentence, "He and his crew of two men were
[24]  fishing 30 minutes south of Montauk"?
[25]  **A:** Uh-huh. Thirty — oh, it should

---

Page 147

**Merriam**

[1]
[2]  be miles.
[3]  **Q:** So which is correct, the notes
[4]  that you took or your report?
[5]  **A:** I think it's miles.
[6]  **Q:** Okay. This report talks about
[7]  outside the shipping lanes, both the report and
[8]  the notes that you read. Did Mr. —
[9]  **A:** Uh-huh.
[10]  **Q:** Did Mr. Stepski tell you or did
[11]  you ask him how far outside of the shipping
[12]  lanes he was?
[13]  **A:** No. I am not even familiar with
[14]  shipping lanes.
[15]  **Q:** You didn't discuss that concept
[16]  further with him?
[17]  **A:** No.
[18]  **Q:** How about, it says, in foggy
[19]  weather. Did you discuss in any more detail
[20]  what Mr. Stepski meant by "foggy weather"?
[21]  **A:** No.
[22]  **Q:** Continuing on that same paragraph
[23]  in your report, it says — I think it is down on
[24]  the fourth sentence — I will read it. "They
[25]  were hauling nets when they saw another boat on

---

Page 148

**Merriam**

[1]
[2]  their radar on course to pass right by them."
[3]      Did Mr. Stepski tell you how close
[4]  he thought the boat was — the other boat was
[5]  going to approach at that point?
[6]  **A:** If it's not written down, he
[7]  didn't.
[8]  **Q:** You are sure you wrote down
[9]  everything that he told you?
[10]  **A:** I did my best.
[11]  **Q:** That's why I am asking.
[12]  **A:** Yes, I would —
[13]  **Q:** Let me finish my question. That's
[14]  why I am asking if these questions I am asking
[15]  might refresh your recollection about something
[16]  that Mr. Stepski might have told you that you
[17]  didn't have an opportunity to write down.
[18]  Because, as you said, you were taking notes as
[19]  fast as you can.
[20]      Do you recall Mr. Stepski saying
[21]  anything to you about how close he thought the
[22]  other ship was going to pass by?
[23]  **A:** No, sir.
[24]  **Q:** Now, further down in that
[25]  paragraph, both in the paragraph that we looked

---

Page 157

[1]
[2]          CERTIFICATE
[3]
[4] STATE OF_____ :
[5] COUNTY/CITY OF_____ :
[6]
[7] Before me, this day, personally appeared
[8] ARNOLD EDWARD MERRIAM, M.D., who, being duly sworn,
[9] states that the foregoing transcript of his/her
[10] Deposition, taken in the matter, on the date, and
[11] at the time and place set out on the title page
[12] hereof, constitutes a true and accurate transcript
[13] of said deposition.
[14]
[15]
[16]           ARNOLD EDWARD MERRIAM, M.D.
[17]
[18]
     SUBSCRIBED and SWORN to before me this_____
[19]
[20] day of _____, 2008, in the
[21] jurisdiction aforesaid.
[22]
[23]
[24] My Commission Expires         Notary Public
[25]

Page 158

[1]
[2]        DEPOSITION ERRATA SHEET
     RE:
[3] FILE NO.
     CASE CAPTION:   Stepski  vs.  The M/V Norasia
[4] DEPONENT: Arnold Edward Merriam, M.D.
     DEPOSITION DATE: July 11, 20087
[5]
     To the Reporter:
[6] I have read the entire transcript of my Deposition
     taken in the captioned matter or the same has been
[7] read to me.  I request for the following changes
     be entered upon the record for the reasons
[8] indicated.
     I have signed my name to the Errata Sheet and the
[9] appropriate Certificate and authorize you to
     attach both to the original transcript.
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23] SIGNATURE:_____ DATE:_____
[24]     Arnold Edward Merriam, M.D.
[25]

Page 159

[1]
[2]              INDEX
[3] Witness:    Direct  Cross  Redirect  Recross
[4] Arnold E. Merriam, M.D. 4        152
[5]                 142
[6]
[7]

               EXHIBITS
[8]
[9] Merriam          Description        Page
     For Ident.
[10]
[11] 1         Dr. Merriam's C.V.        7
[12] 2         March 6, 2007 letter     15
[13] 3         Five pages of notes      19
[14] 4        Three pages of typewritten notes 19
[15] 5 Portion of deposition transcript (Roderick) 19
[16] 6 Portion of deposition transcript (Stepski) 19
[17] 7         Report (Stepski)         25
[18] 8         Report (Roderick)        25
[19] 9       Report (Schober)
[20] 10        Notes               25
[21]
[22]
[23]
[24]
[25]

Page 160

[1]
[2]           CERTIFICATE
[3] STATE OF NEW YORK                )
[4]                                  ) ss.
[5] COUNTY OF NEW YORK )
[6]        I, Leah Allbee, a Registered
[7]     Professional Reporter and Notary
[8]     Public of the State of New York, do
[9]     hereby certify that the foregoing
[10]     Deposition, of the witness, Arnold
[11]     Edward Merriam, M.D., taken at the
[12]     time and place aforesaid, is a true
[13]     and correct transcription of my
[14]     shorthand notes.
[15]        I further certify that I am
[16]     neither counsel for nor related to any
[17]     party to said action, nor in any way
[18]     interested in the result or outcome
[19]     thereof.
[20]        IN WITNESS WHEREOF, I have
[21]     hereunto set my hand this 21st day of
[22]     July, 2008.
[23]
[24]        Leah Allbee, RPR
[25]

Page 153

**Merriam**

[1]
[2] that these men should be on?
[3]    **A:** I have no idea.
[4]    **Q:** What is your best estimate in
[5] terms of the cost of the therapy that you
[6] believe that they should be getting?
[7]    **A:** I don't know what it's going to
[8] cost for that geographic area. What a
[9] psychiatrist charges an hour in that part of the
[10] world, I don't know.
[11]    **Q:** What are the general rates here?
[12]    **A:** Here for a psychiatrist, it would
[13] typically be 250 an hour or more.
[14]    **Q:** That's for a psychiatrist?
[15]    **A:** Yes.
[16]    **Q:** What about a psychologist?
[17]    **A:** Somewhat less.
[18]    **Q:** Here psychologist?
[19]    **A:** Maybe 175.
[20]    **Q:** And how often a week?
[21]    **A:** Once a week for two years.
[22]    **Q:** Once a week for two years and then
[23] thereafter?
[24]    **A:** And tapering.
[25]    **Q:** Tapering off?

Page 154

**Merriam**

[1]
[2]    **A:** To perhaps once a month, if
[3] symptoms were in good control.
[4]    **Q:** For another two years or so?
[5]    **A:** Or so, yes.
[6]    **MR. UNGER:** Okay. Well,
[7] thank you very much for your time.
[8]    **MR. WEIGEL:** Thank you very
[9] much, Doctor.
[10]    **MR. GARGAN:** I appreciate
[11] your time.
[12]    Can you note the time that
[13] the deposition ended?
[14]    **THE COURT REPORTER:** I have
[15] 5 p.m. Does anyone have a different
[16] time?
[17]    **MR. WEIGEL:** I also will
[18] note that it started at 1:15.
[19]    **THE WITNESS:** Not because of
[20] me. He was here well before. I got
[21] here at 12:30.
[22]    **MR. GARGAN:** We were here.
[23]    **MR. WEIGEL:** Okay. Your
[24] point is?
[25]

Page 155

**Merriam**

[1]
[2]    **MR. GARGAN:** That it's your
[3] fault that it started at 1:15.
[4]    **MR. UNGER:** That's okay. I
[5] am not complaining. Are we
[6] complaining? Just making a note.
[7]    **MR. WEIGEL:** Off the record.
[8]    (Time noted: 5:01 p.m.)
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 156

[1]
[2]    **CAPTION**
[3]
[4] The Deposition of ARNOLD EDWARD MERRIAM, M.D., taken
[5] in the matter, on the date, and at the time and place
[6] set out on the title page hereof.
[7]
[8]
[9] It was requested that the deposition be taken by
[10] the reporter and that same be reduced to
[11] typewritten form.
[12]
[13]
[14] The Deponent will read and sign the transcript
[15] of said deposition.
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

**Lawyer's Notes**

## $

**$500** 152:7

## 1

**1** 7:14, 25
**10** 25:12; 26:2; 39:7; 40:7; 98:12; 142:17; 146:17
**100** 34:20
**12:30** 154:21
**15** 118:21
**175** 153:19
**18** 119:2, 6
**19** 22:2, 22; 24:22; 26:22; 126:24; 143:25
**198** 20:5
**1996** 9:6
**1997** 8:22; 9:8
**1999** 11:21
**19th** 23:5
**1:15** 154:18; 155:3

## 2

**2** 14:25; 15:4, 6; 143:14
**20** 39:5
**2004** 34:12; 85:13; 111:6; 112:13; 121:10; 126:25
**2007** 14:19; 15:2, 7, 17; 18:7; 22:2, 22; 24:22; 26:22; 51:24; 126:21, 24; 127:4; 143:23; 144:2
**206** 20:5
**22** 34:12; 85:13
**23** 144:18
**250** 153:13
**2:08** 42:3
**2:11** 42:4

## 3

**3** 19:4, 8
**30** 38:19; 44:25; 56:11; 145:3; 146:4, 24; 149:10
**309.81** 125:14
**314** 20:12
**373** 20:11
**378** 20:11
**381** 20:11, 13, 14
**3:19** 88:25
**3:26** 88:25
**3:30** 145:5

## 4

**4** 19:4, 20
**40** 39:7
**413** 20:14

**416** 20:12, 16
**418** 20:12, 16
**428** 125:11, 12
**437** 20:18
**445** 20:20
**446** 20:22
**4:41** 139:24
**4:44** 139:24

## 5

**5** 19:4; 20:3; 151:24; 154:15
**50** 39:8, 23
**5:01** 155:8

## 6

**6** 14:18; 15:2, 7, 17; 18:6; 19:5; 20:9
**60** 38:19; 146:4; 149:10

## 7

**7** 25:12, 15; 34:7
**7,000** 152:18

## 8

**8** 25:12, 15; 98:3, 4

## 9

**9** 25:12, 15; 109:7

## A

**a.m** 145:5
**ability** 73:16; 138:25; 139:5, 7
**able** 14:8; 45:4, 9; 60:10; 102:10; 140:15; 141:7
**abnormal** 78:15; 86:14, 16
**aboard** 85:18
**absolutely** 58:10
**abundantly** 115:24
**abuse** 90:5; 93:7, 8; 94:8; 120:19; 122:18; 123:24; 124:8; 131:24; 132:3, 6, 16, 18
**abuser** 109:21; 118:18; 122:3
**abusers** 115:18
**academic** 10:19
**accentuated** 103:16
**accept** 34:19; 107:4
**acceptable** 92:22
**accepting** 121:7
**accident** 14:22; 16:6;

**accidents** 62:7; 116:3
**accompanied** 44:2; 77:17
**according** 13:8; 46:23
**account** 35:2, 4, 6; 85:5; 111:14
**acting** 6:7; 48:14
**action** 137:20
**actions** 48:4
**actively** 9:15; 12:13
**activities** 59:18; 60:23; 113:6; 140:12; 141:9; 142:7
**activity** 76:22; 135:21; 140:18
**actual** 38:19; 77:25; 78:5; 149:10; 150:20
**actually** 48:6, 25; 49:20; 53:4; 56:4; 59:12; 77:18; 80:7, 22; 88:18; 104:14; 140:14
**acute** 53:25; 128:6
**acutely** 52:13
**adaptive** 140:10
**add** 102:17
**addict** 109:19
**addition** 9:24; 18:11; 29:2
**additive** 130:19
**addressed** 132:17
**adjustment** 126:10
**administer** 29:3, 7; 30:15
**administered** 29:9; 30:24
**admits** 110:25
**admitted** 12:6
**advance** 33:18
**affect** 32:2; 66:18, 21, 23; 70:23; 94:25; 113:8; 123:3
**affected** 70:16; 133:16
**affects** 39:15
**afflicted** 78:14
**afternoon** 4:8, 12
**afterwards** 88:16
**Again** 13:20; 37:24; 42:15; 62:22; 64:2; 71:21; 81:21; 83:14; 88:18; 89:15; 102:6; 103:5, 11, 12, 13; 107:21; 108:5; 111:20; 113:11; 116:17;

**121:7, 25; 122:12; 129:11; 135:5; 140:25; 141:2; 143:23; 144:15**
**against** 126:6; 135:24
**aggressive** 65:12
**ago** 4:24; 9:23; 17:18; 79:8; 115:10
**agree** 14:4; 58:9; 61:19; 85:11; 87:5; 101:20; 109:8; 115:17; 128:4, 12; 129:12, 17, 22; 130:12, 24
**agreed** 16:8
**ahead** 96:5; 118:16
**Alan** 4:11
**Albert** 9:4, 11
**alcohol** 92:14; 93:10; 109:24; 110:12; 116:5; 119:9; 120:12, 18, 22; 123:20, 24; 124:4; 125:24; 126:13; 131:23; 132:2, 5, 16, 18
**alcoholic** 93:13; 94:14; 109:16; 118:17; 120:25; 122:2
**alcoholics** 115:18
**alcoholism** 93:8, 20; 94:3, 7, 8, 14; 120:8, 9, 14; 121:5; 126:2, 5
**alert** 13:9
**alive** 44:10, 22; 45:22; 146:14
**Allbee** 4:4
**Alliance** 8:11, 17, 21; 9:8
**almost** 77:25
**along** 79:9
**altered** 50:3; 71:18
**alternate** 134:24
**alternative** 58:5
**Although** 99:21
**ameliorate** 138:9, 11
**amended** 36:17, 18
**among** 53:10; 62:8; 91:3; 120:17; 129:23
**amount** 120:6
**analysis** 136:2
**analyze** 136:9
**analyzed** 135:14
**and/or** 97:5
**anger** 90:4, 9; 96:7
**angry** 90:10
**annuity** 104:20
**answered** 128:17
**anticipating** 44:20
**anxiety** 55:14; 59:4; 63:12; 68:21; 80:20, 20; 81:9, 14, 16; 82:11, 24; 88:2; 93:11; 95:4, 15; 101:22; 112:14, 20, 21; 113:3, 5, 18; 122:9, 24; 136:8, 20; 138:13; 141:3, 20
**anxious** 57:16; 63:18; 68:9; 83:5; 84:9, 22; 85:14; 97:16; 101:25; 102:4; 122:5

**anxiousness** 84:25; 85:3
**anymore** 63:25; 70:12; 72:13; 141:6
**apartment** 68:14
**appear** 19:11; 30:23
**appeared** 74:4, 10; 76:21
**appears** 95:15
**appetite** 90:24
**appointment** 23:10, 12
**appointments** 23:4; 105:13, 16
**appreciate** 11:15; 154:10
**apprehensive** 101:12
**approach** 33:8; 148:5; 149:9, 22; 150:2, 9
**approached** 36:7
**approaching** 35:19; 36:6, 15; 39:12, 17; 145:15; 150:9; 151:24
**appropriate** 69:25; 94:25; 107:19
**Approximately** 7:19; 12:3; 77:11
**approximating** 67:11
**April** 111:6
**area** 10:19; 11:17; 153:8
**areas** 10:17
**arguing** 90:19
**arise** 84:25
**ARNOLD** 156:4
**around** 14:4; 32:18; 44:25; 46:11, 16, 19; 47:20; 83:19; 149:25
**arrange** 23:10; 30:12
**arrests** 119:15
**arrival** 24:5
**arrive** 23:24
**articulate** 99:8
**asleep** 72:21; 73:12, 17, 19; 74:2, 11; 96:7; 102:10; 113:9, 10
**aspect** 117:2; 128:20
**aspects** 10:23
**assist** 139:3
**associated** 73:4; 78:8; 86:19; 113:4, 5; 133:9; 135:13; 136:7; 140:18
**assume** 90:14
**assumed** 50:25
**attached** 89:12
**attacks** 79:21, 25; 80:14, 17
**attempt** 59:9
**attend** 90:6
**attended** 90:12
**attitude** 123:10
**attorney** 6:20; 16:17; 22:25; 62:2; 137:6, 8
**attorneys** 4:9; 114:5
**attributable** 108:24; 116:5
**attribute** 36:20; 84:20; 93:21; 95:23; 104:3;

120:15; 122:23
attributed 91:22; 96:9;
113:8, 11
attributes 95:19
attribution 121:17
auto 97:7, 8, 12, 14, 21
avail 139:5
available 107:9, 12
avoid 92:6; 113:3;
133:18; 136:10
avoidance 133:9
avoiding 91:18; 133:15;
140:3
avoids 91:25; 96:3
awakening 75:10
awakens 74:23; 75:7;
102:13
aware 30:17; 31:12;
37:12; 56:3; 61:12; 62:5;
78:6; 109:22; 110:16, 20;
111:4; 112:7; 114:21;
126:17, 23; 127:8; 135:3
awareness 128:7
away 59:6; 75:25; 76:2
awhile 64:6; 106:6

**B**

B-3 125:15
baby 83:24; 91:13
back 11:25; 14:16; 25:19;
41:11; 44:6; 51:11, 24;
52:7; 54:10, 17, 20; 55:6,
24; 59:9; 60:11, 22; 65:22;
75:8; 76:23; 77:18, 22;
93:15; 97:7, 20; 98:18;
99:17, 24; 100:2, 12;
101:2; 115:2; 128:16;
133:23; 134:5; 135:9;
136:11; 140:2, 6, 6, 13;
141:13, 17
backwards 146:11
bad 48:3; 63:9, 10; 65:24;
66:9, 18, 25; 111:23
barely 145:19
based 78:15; 94:16
baseline 57:3
basically 109:8; 121:21
basis 12:6; 81:21;
139:19; 141:24
batteries 30:21
battery 30:15; 31:10
bear 134:18
bearing 41:4
became 102:24; 105:18
become 84:9; 103:16;
116:11, 14; 118:11; 119:8;
124:2
becomes 87:3; 132:13
becoming 87:23; 88:5,
17
beer 46:4, 21; 49:7, 11,
16; 110:17
beers 72:22, 24; 92:15,

16, 19, 19, 21; 119:2, 6
began 85:6
beginning 146:21
beginnings 107:25
behalf 6:8
behavior 56:7, 13; 87:12;
90:10, 11; 122:2
behaviors 75:17
belief 94:13; 104:12;
106:13
below 146:11
beneficial 137:25
Benjamin 4:15
besides 43:20; 136:18
best 5:6; 28:24; 48:15, 17;
134:20; 148:10; 152:24;
153:4
better 87:4; 88:21;
100:21; 103:5; 131:8;
140:8; 141:12
Betts 16:18, 18, 21, 25
big 40:25; 41:4, 8
bill 152:17
binoculars 55:7
bit 14:12; 73:22; 106:11
blame 89:5, 10, 14
blamed 89:12
blue 117:25
boat 14:22; 35:19; 36:15;
39:25; 40:2, 19, 25; 41:2,
3, 4, 8, 11, 16, 18, 21;
44:17, 18, 18; 45:2; 58:20;
59:6, 7, 11, 24; 60:4, 5, 6,
11; 65:17, 18; 85:19;
101:20; 110:11, 18; 118:6;
136:23, 24; 143:3; 144:21,
22; 145:6, 8, 8, 9, 14, 19;
146:5, 8, 9, 10; 147:25;
148:4, 4; 149:4, 5, 9, 14,
18, 23; 150:9
boater 41:22
boating 116:2
boats 40:4; 54:10, 14;
58:24; 61:15, 15; 99:18;
101:3; 135:9; 136:11
bobbing 44:24; 45:21;
46:11, 16, 18; 47:20
book 76:3
boom 28:21
boot 146:13
boots 146:13
both 6:11; 67:7; 132:14;
133:22; 147:7; 148:25
bother 100:18
bottom 44:13; 46:25;
54:21
bounced 121:23
bow 39:25; 146:5
break 42:2; 87:17; 88:24
brief 56:12
briefly 10:13; 12:7
bring 43:23
broken 104:15
Bronx 8:14, 16

brought 110:17
bulbous 39:25; 146:5
business 81:10, 25;
82:12

**C**

C 133:8
C.V 7:13; 8:3, 5
calendar 85:12
call 14:19; 15:13, 20, 24;
16:3
called 4:3; 68:8
calling 21:19
calm 146:12
calmly 63:11
came 152:18
can 4:24; 5:25; 8:2; 10:6;
14:15; 17:20; 24:2; 26:3,
21; 29:8; 38:2; 41:25; 53:8;
58:9; 61:3, 15; 64:17; 72:3,
4; 85:11, 12, 13; 86:21;
87:17; 100:13; 109:8, 10;
117:21, 22; 121:13;
124:14; 134:20; 137:13;
141:8; 143:13; 148:19;
154:12
cancer 11:21
capable 39:18; 48:11;
59:13; 106:2
Cape 51:17
CAPTION 156:2
car 87:9; 101:13; 128:21;
134:15; 137:7, 9; 141:2, 2,
6
care 11:17, 22; 12:7;
131:3; 135:17
cared 72:14
career 58:6; 70:23, 24;
136:16
careers 92:12; 114:22
careful 35:8
case 4:10, 25; 6:2, 5, 24;
7:2, 8; 11:9; 12:13; 13:25;
14:12; 16:5; 17:9, 25;
21:20; 22:7, 21; 32:13;
33:8, 12; 43:5; 53:16;
90:21; 91:24; 95:16; 104:7
case-by-case 139:19
cases 4:19; 5:3, 12, 20,
25; 7:5, 16, 21; 16:19;
17:4, 7, 11, 13, 23; 60:24;
114:7
catch 65:4, 20
category 79:15
cathartic 53:8
caught 87:7; 146:5
causally 122:9; 123:13
causative 112:3
cause 82:11; 83:4;
111:12; 138:13
caused 65:20; 91:6, 9,
10, 11; 92:7; 94:15, 16;
101:8

causing 96:19
Center 8:16; 9:2, 7
Central 8:16; 131:24;
132:6
certain 118:3
certainly 38:5; 110:9;
112:19; 126:5
certificate 109:23; 110:7
cetera 118:16; 128:8;
151:13
chairman 8:13
chance 5:15
chances 65:19
change 13:10; 36:21;
56:20, 21; 57:4, 7; 69:6,
22; 73:16; 75:17; 76:8, 19;
80:13; 88:10; 89:19;
92:25; 102:3, 16; 116:7;
152:18
changed 61:6; 71:15;
72:16; 74:16; 75:11;
84:14; 114:22
changing 92:11; 136:16
charge 152:15, 19
charges 153:9
check 56:9; 62:21
checked 62:23
checking 62:21, 24; 63:4,
5; 145:7
checks 61:13; 62:15
chief 80:21
chiefly 11:18
child 82:10; 83:9, 11
children 37:19, 21;
67:13, 18, 23; 71:4; 97:19
choice 134:4, 17, 23;
137:10
choices 65:17; 135:11,
12, 14; 136:10; 137:21
chronic 81:9, 14; 82:3, 4
chronically 82:18
cigarette 32:12
circumstances 18:8;
35:13; 48:16; 150:19
cirrhosis 119:19
claimed 69:22; 119:19
classes 10:3; 90:5, 13
classic 120:7
classified 47:17
clear 115:24
clearly 110:13; 132:10
clenched 55:10
clinical 14:8; 30:25;
124:8
clinically 117:5
clinician 29:14; 30:13
clinician's 34:22
clinicians 30:18
clip 56:12
close 58:20; 87:10;
89:23; 148:3, 21
closer 87:7
co-counsel 4:11

co-existent 125:18
Coast 45:10
cocaine 109:20
Cod 51:17
coffin 111:15, 17, 21;
130:17
coherent 48:12; 95:6
cold 45:5, 24
collaboration 12:18, 21
College 9:5, 13
collide 39:12
collision 38:19; 39:3;
41:12; 44:17; 46:18;
49:16; 58:25; 59:15, 19,
23; 90:17; 94:15; 97:22;
101:21; 111:2; 117:2;
120:16; 121:12; 122:10;
128:15; 129:15; 143:5;
146:2, 3; 149:10; 150:20
color 40:22
combination 94:17, 18
comfortable 101:17
coming 39:4, 6, 20, 22;
76:13; 83:19; 128:21, 24;
143:3, 19; 144:5; 145:18;
149:4
commensurate 31:4
comment 68:23; 118:14
comments 71:7; 107:17
commercial 61:20; 62:6;
65:10; 71:17; 114:23;
134:9; 135:2
commitments 118:15
common 90:11; 91:3, 4;
94:9; 120:18
compare 79:19; 132:19
compared 31:7; 79:18
comparing 32:25
comparison 73:23
compass 46:2; 48:8
compatible 69:17; 78:12;
79:5
competent 126:9
complain 80:7
complaining 141:19;
155:5, 6
complaints 57:20
complete 35:6; 114:16
completed 9:2; 17:25
completely 56:17;
117:15
completing 109:23
complex 137:9
complicated 122:16
complicating 124:8;
126:15
complications 93:9;
94:9; 119:13; 120:18
comprised 8:15
computer 17:16, 17, 19
concentrating 113:10
concept 147:15
concern 85:4

concerning 41:5; 51:5; 83:10; 84:9; 85:15
concerning 4:13, 14; 15:23; 18:8, 14; 19:16, 24; 22:6, 25; 24:23; 26:8; 31:18, 22; 32:21; 34:8; 35:9; 40:18; 59:18; 67:23; 69:22; 71:12; 77:7; 82:11; 85:22; 114:17; 136:15; 139:9
conclude 30:22
concluded 13:23
conclusion 50:3; 96:20; 112:24
conclusions 31:17, 20; 96:2
condition 89:11, 13; 126:21
conditions 141:19
conduct 26:16; 136:2
conducted 27:16; 30:25; 94:19
confidence 63:16
confident 16:13
Connecticut 22:25
connection 29:16; 108:17; 112:18
cons 136:25
conservative 65:20
consider 13:10; 30:3; 96:18
considerable 51:6; 120:6
consideration 137:14; 144:11
considered 57:8; 92:11; 136:16
considering 57:18
considers 61:5
consistent 44:21; 120:9
constant 55:7; 129:24
constantly 111:9; 120:12
construed 129:8
consultant 11:17; 13:12
consultations 11:19, 22
consulted 12:9, 11
consumed 49:11
consumption 92:25; 93:18; 110:13
contact 23:10; 106:5; 107:24
contacted 14:13
content 74:22; 99:16; 102:19
contents 74:19
context 5:9; 36:2; 52:12; 57:19; 81:23; 84:13; 86:18
continue 140:6, 22
continues 56:7; 57:22; 60:6, 17; 78:14; 100:17
Continuing 147:22
continuous 56:14; 75:14
continuously 129:18
contract 9:7, 9

contracted 11:21
contribute 69:15
control 154:3
conversation 22:8, 18; 95:13
conversations 13:6; 22:15
conviction 37:2
cook 114:23
cooking 115:2
cope 57:9
copied 124:18
copy 14:14; 125:3
corner 83:19
correctly 32:11
correspondence 27:13
cost 152:25; 153:5, 8
counsel 16:5; 21:2; 33:20, 25; 53:25; 137:19
counseling 108:2; 132:3
couple 27:2; 45:14; 99:18; 102:11; 104:25; 146:16
course 25:23; 74:17; 80:14; 119:24; 123:4; 127:17; 137:19; 145:6, 7; 148:2
courses 9:25
court 6:13, 14; 154:14
courts 6:17
crashed 17:17
created 136:8
crew 36:14; 41:16; 45:6; 48:21; 56:18; 145:13; 146:23
criteria 31:8; 42:13; 47:18; 69:18, 19; 78:13; 93:15; 113:17; 124:13; 125:14, 15, 22; 133:6, 8; 137:18
critical 39:19
culinary 118:24
current 17:19; 78:6; 89:11, 13; 92:14
currently 9:25; 10:24
curtail 87:12
curtailed 11:21
customary 141:9; 142:7
cut 41:16, 17; 44:18; 69:3; 93:15; 129:2; 145:16

D

D 4:2, 2, 2, 2; 124:13
daily 92:21; 93:25; 102:23
danger 39:16, 21; 61:12; 79:17; 85:20, 24; 86:10, 14
dangerous 48:25; 59:8; 61:20, 21, 25; 62:3
date 7:15; 15:5; 19:6; 25:4, 13; 26:20; 85:11, 14, 15; 156:5

dated 14:18
daughter 37:7, 9, 18, 24; 38:8, 11, 13; 145:21, 24
daughters 37:10, 13, 15, 24; 38:5, 6, 8, 11, 13, 14; 145:23
day 21:25; 23:13; 28:9; 52:14, 15; 57:23; 92:15, 17, 21; 93:3; 110:10, 10, 20; 119:2, 6; 120:4
days 14:4; 27:2; 52:16; 54:15; 93:2, 24; 99:19, 20; 109:24
deal 58:2; 134:19
dealing 30:19; 35:12; 116:13
dealt 11:10
death 46:22; 76:15; 128:7
decision 137:4; 140:23
decline 65:21
decrease 91:2
defendants 4:10, 12
defense 16:21
definitively 121:20
degree 86:17
degrees 130:8
demeanor 56:22, 23
depending 76:22
Deponent 156:14
deposed 4:16
deposition 4:13; 6:10, 23; 18:17; 20:4, 6, 10; 42:5, 12; 103:2, 3; 113:25; 114:10; 152:20; 154:13; 156:4, 9, 15
depositions 28:3; 113:22
depressed 123:4
depression 91:10; 128:14; 129:14; 130:10
depressive 130:7
describe 40:2; 62:12; 67:21; 79:24; 83:2; 84:8; 88:6; 96:21, 23; 97:3; 103:6; 104:20, 21; 108:21, 23; 149:13
described 44:16; 115:25; 124:8; 127:21, 25; 130:17
describes 122:11
describing 39:24; 79:6, 14; 82:25; 102:3
description 40:18; 84:12; 85:7
descriptive 106:4
desensitization 127:19
deserves 131:13
designed 31:2
desirable 141:4
desire 64:3
despair 128:14; 129:14
desperation 128:14; 129:14
despite 110:7
destructive 130:13, 21

detachment 69:19; 113:7
detail 59:3; 67:16; 69:21; 89:8; 98:6, 24; 103:7; 108:14; 147:19; 150:14, 19; 151:6
details 103:4; 151:17
determine 53:19, 21; 137:17
determined 141:24
develop 119:7, 10; 124:5
device 45:10
DGT 145:24
diagnose 14:8
diagnosed 11:12; 12:2; 13:18
diagnosis 12:16, 17; 13:12, 14, 24; 29:19; 31:22; 71:13; 78:11; 80:18; 88:9, 10, 12; 89:20, 22; 92:4; 93:5; 109:2, 2; 115:12; 125:19; 140:20
Diagnostic 124:7; 125:14, 22; 133:5; 137:18; 140:17
die 36:17, 19, 25; 37:2, 3; 44:21, 21; 71:6; 143:6; 145:20, 21
died 70:20
difference 47:22, 24; 108:10
different 53:10; 72:3, 4; 121:22; 139:17; 154:15
difficult 67:2; 72:9; 120:23, 24; 121:17; 122:23; 123:18
difficulties 115:11, 19
difficulty 72:21; 96:5
diminished 91:22; 113:6
DIRECT 4:7
directly 149:4
disagree 128:4, 12; 129:12
discuss 33:7, 12, 13, 20; 53:8; 66:8; 67:15; 69:6; 70:8; 74:19; 80:15; 82:5; 92:12; 97:8; 98:5, 19, 23; 100:25; 102:15; 108:14; 147:15, 19
discussed 28:15; 34:3; 72:17; 110:12; 140:24
discusses 149:2
discussing 53:18; 54:3; 73:25; 96:25
Discussion 40:16; 151:20
discussions 22:5, 24; 27:7; 32:21; 58:4; 151:15
disease 10:22
disorder 7:3, 22; 9:18; 11:4; 31:5, 6; 80:21; 103:14; 123:25; 125:19, 25; 131:9; 137:18; 140:13
disorders 10:10; 31:8, 9; 95:8

displaying 123:3
distasteful 78:23
distorted 73:9
distracted 99:22
distress 47:24; 140:19
distresses 96:9; 140:16
distressing 92:10
disturbing 66:24
dives 48:23
divided 146:6
divorce 112:14
Doctor 4:8; 5:22; 34:7; 62:2; 95:22; 110:4; 142:12; 152:14; 154:9
doctors 107:3, 9
document 34:10
documentation 20:25; 21:10
documents 42:8
dog 49:19, 21; 50:2
done 63:11, 12, 13; 115:4; 138:16; 152:5, 12
dove 48:23
down 28:15, 20; 37:24; 41:4; 49:14; 54:21; 56:5; 63:7; 98:21; 101:6; 118:9, 25; 129:6; 147:23; 148:6, 8, 17, 24; 149:7; 151:18
downstairs 68:14
dozen 7:20; 12:5; 13:20
Dr 7:12; 19:21; 31:12, 18, 22; 104:23; 105:4, 8, 18, 21; 106:13; 107:16; 112:12; 126:19, 20; 127:6, 11, 21
drank 93:2; 118:23, 25
draw 31:20; 40:3; 43:20
drawing 40:17
drawn 31:17; 40:11
dread 64:6, 9
dreads 64:7
drink 46:21; 120:11
drinker 110:14
drinking 49:16; 92:21, 23, 24; 93:3, 17, 24, 25; 94:10; 110:8, 15, 24, 25; 118:20; 119:21; 120:3, 16, 25; 121:15; 130:21
drinks 119:5
drive 17:16; 64:15; 91:3, 21, 22; 134:16, 17; 141:6
driveway 97:20
driving 79:9, 11; 101:12; 137:8
drove 141:2
drowned 49:19
drug 94:8; 109:18; 118:17; 123:2; 123:20; 126:5
drugs 120:22; 137:23; 152:25
DSM 42:13
DSM-IV 47:18; 124:20
DUI 119:15; 121:10, 15

**DUIs** 110:14
**duly** 4:3
**duration** 24:10; 47:15;
105:2
**during** 12:9; 16:2; 25:22;
26:14; 33:6; 54:10; 59:11;
69:25; 110:8; 123:3;
131:12; 137:4, 10
**dwell** 66:9
**dwells** 65:24; 66:6

**E**

E 4:2, 2
**Earlier** 42:22; 57:20;
71:4; 120:17; 130:21
**early** 75:21; 106:16
**easier** 101:2; 138:12
**easily** 46:17
**economics** 81:25;
135:12
**edge** 93:19; 146:5
**EDWARD** 156:4
**effect** 36:8; 126:3;
130:13, 19; 143:7
**effective** 56:14
**effectively** 56:10; 95:12;
123:18; 133:14
**efforts** 113:3
**eight** 44:12
**Einstein** 9:4, 11; 10:4
**either** 5:11; 10:21; 22:6,
18, 19; 27:8, 13; 31:19, 23;
33:7, 19, 24; 43:2; 51:11;
84:10; 97:23; 138:24
**elaborate** 35:22; 57:12;
75:5, 6
**elicit** 37:20; 108:12
**elicited** 31:6
**eligible** 106:21, 23;
107:2, 10
**eliminates** 136:19
**else** 18:13, 20; 21:9;
22:20; 42:11, 16; 50:18;
58:11; 59:17; 70:25;
101:14; 136:18
**embrace** 125:23
**emergency** 35:20; 36:4,
4; 45:11; 48:19; 49:2;
145:15, 17
**emergent** 45:6, 25;
46:13; 48:7
**emotion** 78:24
**Emotional** 49:21; 53:5;
57:19; 71:15; 76:14; 78:8;
83:7; 84:19; 140:19
**emotionally** 49:20;
57:10; 66:24; 69:13;
78:22; 84:14
**employed** 8:10, 24
**employment** 58:5; 62:8;
134:24
**enable** 145:14
**end** 41:11

**ended** 79:10; 154:13
**ending** 112:4
**endure** 129:23
**enjoyed** 70:11
**enormous** 114:8
**enough** 41:4; 48:3; 61:2,
24; 111:25; 123:5; 146:15
**entails** 11:19
**entered** 146:8
**enthusiasm** 64:15
**entire** 21:4
**entirely** 117:24
**enumerated** 57:20;
95:25; 112:23
**environment** 68:2
**envisioned** 124:6
**epilepsy** 10:12
**EPIRB** 45:10, 17; 46:2,
20; 48:7; 146:7
**equals** 146:4
**equate** 130:9
**equating** 134:6
**equivalent** 86:9
**escape** 129:4
**especially** 35:11; 83:9;
103:17
**essentials** 8:8
**establish** 29:19
**establishing** 12:17
**estimate** 26:21; 152:24;
153:4
**estimated** 38:17, 23;
149:8, 21
**estrangement** 69:20
**et** 118:16; 128:7; 151:12
**evaluate** 14:21; 16:7;
112:20; 114:18
**evaluated** 137:10
**evaluating** 137:16
**evaluation** 108:12
**even** 43:18; 46:21; 50:2;
56:5; 60:18; 72:13; 78:7;
101:12, 20; 113:18; 124:9;
136:22; 140:14, 16;
141:23; 147:13
**event** 46:15; 47:15, 16,
17; 52:18; 78:16; 79:16;
86:18; 96:3, 4; 97:10, 17;
111:24; 112:25; 113:12;
117:8, 10; 122:13; 133:19,
19
**events** 53:18; 72:16;
80:10; 97:3; 113:9; 118:3;
128:19, 23; 129:7; 137:2;
150:22
**eventually** 47:12
**everybody** 34:19
**ex-wife** 104:19; 108:19;
111:11
**exacerbating** 141:18, 20
**exacerbation** 131:24
**exact** 26:20; 73:14; 74:5
**exactly** 15:22; 69:19;
124:15; 144:19

**exaggerate** 88:20
**exaggerated** 113:11
**exaggeration** 67:25
**exam** 94:19; 108:4; 123:4
**EXAMINATION** 4:7;
26:17; 136:3; 142:11;
152:13, 15
**examinations** 4:13
**examined** 4:6; 13:23
**example** 10:6; 67:25;
72:15; 79:5, 13; 80:19;
113:13; 124:12; 125:22;
134:10; 135:15
**excellent** 34:13
**except** 56:12; 101:17
**excessive** 62:19, 20;
68:15, 17; 92:15, 16, 17,
20; 93:3; 95:4
**excessively** 61:14;
62:16, 18; 63:13, 14; 86:9;
93:17; 110:15; 121:12
**exclusively** 136:23
**Exhibit** 7:14, 25; 14:25;
15:4, 6; 19:8, 20; 20:3, 9;
26:2, 7; 34:7; 40:6; 98:2, 4,
12; 109:7; 142:17; 143:14;
146:17
**Exhibits** 19:4; 25:11, 15;
42:9
**existed** 141:25
**expect** 131:16
**experience** 10:15; 39:13,
16; 45:20; 46:21; 47:13;
51:16; 52:25; 60:17; 80:6;
96:13; 101:23; 108:13;
116:4, 12; 117:5; 129:24;
134:3, 19
**experienced** 74:13;
76:12; 79:20; 81:9;
117:12; 128:5; 130:7, 13,
20
**experiences** 64:14;
76:16; 78:15, 15; 103:4;
108:11; 116:9, 24, 25
**experiencing** 72:12;
77:3; 78:24; 108:16
**expert** 29:15; 114:4, 15
**explain** 11:13; 36:22
**explained** 65:16
**explore** 89:17; 139:12
**exposed** 35:14; 46:10;
126:8
**expressed** 94:22
**expressing** 107:21
**extensive** 106:12
**extent** 20:24; 30:8; 105:8;
112:20; 114:12, 19;
135:11; 140:11
**extinguishers** 68:4, 6,
13
**eye** 87:7

**F**

**facet** 74:11
**facilities** 11:18, 23; 12:7
**facing** 46:22
**fact** 31:25; 41:14; 48:14;
54:9; 60:9; 72:6, 10; 77:21;
78:9; 80:16; 82:6, 9; 83:21;
88:15, 16; 91:11; 96:13;
112:24; 115:8, 10, 21;
124:10; 125:22, 23;
135:20, 24; 140:5, 13, 18;
141:22
**factoid** 50:4
**factor** 123:6, 8; 132:25
**factors** 82:23; 91:7;
134:12; 135:13
**facts** 28:16; 35:9; 47:15;
144:9
**factual** 88:22
**failure** 5:19; 139:3
**fair** 21:12; 35:16; 90:23;
111:10; 123:17; 141:11,
16
**fall** 73:16; 100:12; 102:10
**falling** 72:21; 73:12, 19;
74:2, 11; 113:9
**familial** 130:14
**familiar** 147:13
**family** 52:18; 81:10; 82:2;
94:2, 6, 7, 16
**far** 41:5; 59:6; 83:3;
108:3; 118:16; 147:11
**fast** 148:19
**father** 99:18; 100:4, 9;
145:22
**father's** 108:20
**fault** 87:2; 155:3
**favor** 142:13
**fear** 36:6, 12; 41:8; 67:12,
16; 74:25; 75:2, 4, 7, 9, 11;
80:4; 100:19; 129:25
**fearing** 97:16
**federal** 5:20
**feel** 77:22; 85:14, 15;
120:11; 152:25
**feeling** 44:22; 77:17;
82:21
**Feelings** 69:19; 70:5, 16,
17; 87:16, 22, 25; 89:5;
91:23; 107:21; 113:4, 7
**feels** 61:12; 69:3; 82:19,
20; 85:19; 90:20
**fell** 146:13
**felt** 35:19; 36:3, 16, 23;
52:5; 54:3; 69:12; 71:3;
79:17; 80:3; 83:17;
113:14; 120:10; 145:14,
16, 19
**few** 11:5; 27:4; 46:6; 47:5;
56:5; 72:21, 25; 73:2, 5, 8;
76:17; 77:10, 12; 80:9;
116:2; 119:17, 18, 21;
140:2; 142:9

**field** 134:5
**fighting** 111:9
**Figuratively** 58:15
**figure** 5:24; 52:11; 87:24
**file** 14:15; 17:23; 18:2;
22:12, 15
**files** 17:12
**final** 111:24
**finances** 83:11
**financial** 96:23; 97:2;
130:25
**find** 5:3; 33:11; 36:23;
45:9; 51:3; 68:12; 69:10,
12; 114:9; 123:13; 140:21
**finding** 46:19; 48:7;
49:24; 134:24
**finds** 65:23; 67:2
**fine** 70:20, 21
**finish** 65:21; 87:20;
148:13
**finished** 32:14
**fire** 68:4, 6, 12
**fireplace** 68:13
**firm** 6:22
**first** 4:3; 14:13; 23:14;
24:18; 36:24; 39:9; 45:17;
46:17; 52:4; 55:2, 23;
62:23; 98:18; 102:23;
129:19; 136:21; 142:21;
144:16
**fish** 57:23; 59:5; 65:18
**fisherman** 70:11; 71:17
**fishermen** 16:5; 62:6;
65:10
**fishing** 14:22; 57:9, 19,
22; 58:11, 20; 59:14; 60:5,
6, 12; 61:19, 20; 91:19, 25;
96:4; 97:13; 114:24;
133:24; 134:8, 9; 135:3;
136:18; 145:3; 146:24
**five** 19:8; 24:11; 39:7, 22;
42:2; 58:19; 105:15, 15;
106:5
**fix** 141:6
**flashback** 117:19
**Flashbacks** 78:3; 98:19,
23; 99:5, 14, 16; 102:20,
20; 103:20, 23; 104:3;
116:20, 24; 117:6, 12;
118:3, 8
**flat** 146:12
**flexible** 11:23
**focus** 10:18
**fog** 76:13, 25; 101:18, 19;
102:5; 143:4
**foggy** 101:11; 145:4;
147:18, 20
**Foley** 6:18
**folks** 103:2
**follow-up** 30:12
**followed** 15:12
**following** 87:4, 10
**follows** 4:6; 14:19
**forbid** 137:6

force 134:13; 140:15
forced 58:2; 100:7
foreshortened 84:6
form 114:7; 156:11
former 109:19; 131:11
formerly 11:20
forms 127:18
forth 8:5; 18:8, 12
forward 63:23
found 11:23; 45:25; 46:2, 3; 47:12; 49:7, 9; 57:17; 82:15
four 4:20; 18:23; 19:10; 24:11; 37:15; 50:7; 58:18; 68:3, 5, 12; 73:6; 102:13; 105:14; 131:2
Four-fifty 152:17
fourth 147:24
frame 45:16; 85:3
frequency 73:14; 74:5, 9; 75:11; 76:19, 21; 80:13; 102:16; 103:13; 116:7; 129:20
frequent 74:5; 76:12; 81:21; 98:18; 99:3; 102:24; 109:19, 21; 116:11, 15; 125:18
frequently 73:9; 75:7; 93:8; 125:23
fresh 76:6
Friedman 126:19, 20; 127:7, 11, 22
friends 52:18, 25
frightened 51:3; 97:13; 134:16; 135:21; 139:14
frightening 59:4; 117:8
front 143:16; 146:18
fulfills 93:14
full 94:22; 105:8; 114:16; 141:8; 145:18
function 130:3
furnish 114:6
further 47:4; 57:14; 59:2; 68:23, 25; 69:21; 70:9; 108:15; 147:16; 148:24; 149:7
future 81:24; 82:12, 20; 83:18; 84:2, 6, 10, 25; 85:4, 16; 87:2; 120:24; 137:19

G

gallon 120:3
garage 68:14
Gargan 5:11; 14:20; 15:13, 15, 20; 16:2, 12, 16, 17; 19:17, 25; 22:6, 8, 19; 27:8, 14; 42:18, 20; 43:2, 8, 14; 98:2; 125:8; 151:23; 152:6; 154:10, 22; 155:2
gave 34:25; 133:16
Geal 4:15

gear 54:21
gears 89:3
general 82:13; 84:2; 113:18; 153:11
generally 14:12; 22:16; 29:9; 70:22; 131:10
generically 139:12
gentlemen 14:21; 22:21; 25:18
geographic 153:8
gets 56:8; 129:2; 137:6, 6
girlfriend 104:7, 8, 19
given 17:15; 64:17
giving 9:19, 22; 57:9, 18; 125:21; 134:10
Gloria 18:16, 19; 19:11, 21; 28:3
goal 141:7
goals 140:10
God 82:20; 137:6
goes 65:23; 76:2
Good 4:8; 53:5, 7; 87:5, 12; 136:17; 141:23; 146:15; 154:3
graduated 118:24
grain 34:23
gray 133:3
great 89:7
grit 134:18
Grounded 95:10
group 8:17; 24:13, 16
grow 145:21
Guard 45:11
guess 17:2; 103:2
gun 58:10, 14, 16
guy 134:15
guys 45:21; 46:11; 120:21; 134:3, 22; 141:12

H

H-O-N-G 112:12
habit 72:10; 130:22
half 12:5; 41:18; 43:15; 44:18; 129:2
hallucination 78:2
hallucinations 78:6
hand 42:7
handed 8:4
Handing 14:17; 25:20
hands 55:10
handwritten 18:25; 19:10; 25:10; 26:5, 7; 38:2; 84:17; 86:2; 142:13; 149:2
happened 67:20; 82:21; 117:22; 119:5
happening 80:9; 121:16; 151:10
happening 79:4
happens 66:5; 102:22; 128:22
happy 67:3; 72:4

hard 17:16; 73:8; 112:5; 118:15
harm 41:9
harming 39:18
hauled 151:12
Hauling 145:5; 147:25
head 41:15; 58:10, 14, 17
headed 55:9; 143:4
Healey 5:11; 15:10, 14, 17; 18:4, 7; 19:16, 25; 22:6, 19; 27:8, 14; 42:19; 43:2, 4, 7; 143:15; 144:10
healing 139:4
health 34:14; 53:11
Healthcare 8:14
healthy 104:9
hear 128:25
heard 38:18; 50:11; 113:16; 145:17; 149:3, 9, 14, 17, 22, 24, 25; 150:2, 8, 9
hearing 146:4
hears 65:24; 66:10, 18
heavily 118:23
helicopter 50:24; 51:3, 16
help 48:21, 24
helpful 53:13, 17; 54:3
hereof 156:6
high 119:9
highest 62:7
Hill 16:18, 18, 21, 25
himself 61:5; 68:10; 70:21; 93:7; 100:7, 24; 113:15
historically 107:22
history 94:2, 6, 7, 10, 17; 108:12; 122:17; 126:10
hit 40:19; 145:18
Hold 56:4; 125:2; 142:23
holding 58:10, 14, 16
home 12:8; 23:21; 52:8; 54:7; 68:6, 16; 81:10; 108:20
honest 80:23; 81:7; 88:19
Hong 112:12
hope 123:10; 143:13
hopefully 87:13; 138:12
hopeless 46:25
hoping 128:24
horizon 63:6, 8; 97:15
horrendous 128:6
horse 59:9; 100:12; 133:23
Hospital 8:16; 9:4
hospitals 8:15, 19
hour 39:5, 7, 7, 8, 8, 22, 23; 42:24; 43:15; 47:21; 56:9; 153:9, 13
hourly 152:17
hours 11:22; 24:11; 50:7; 56:11
house 68:4, 13

hovering 146:10
huh 63:9
hump 138:12
hung 32:18
hurt 116:3
hypervigilance 55:13; 85:21; 86:17, 23; 88:2, 4, 15; 136:8
hypervigilant 57:17; 85:19; 86:5, 6, 16; 96:8; 101:8; 102:6
hypnotize 127:22

I

ice 79:3, 9, 10
idea 49:3; 63:9, 10; 65:11; 136:17; 150:6; 153:3
identification 7:15, 25; 15:5; 19:5; 25:12
image 78:7
imagery 76:13; 102:21
images 76:20; 77:3, 16; 78:10, 18; 79:4, 11; 103:21; 122:13
immediate 54:14; 73:23
immediately 62:21; 73:20; 84:10
imminent 76:14
impact 39:13; 49:23; 52:21; 71:11; 72:8; 88:8; 93:4; 97:4, 11; 103:21; 104:13, 21; 112:16; 135:7
impacting 123:6
impending 128:7
imply 149:23
importance 75:21
important 35:12; 46:14; 71:5, 16; 113:24; 114:4, 15; 132:10; 140:19, 23
improved 73:22; 101:17
inability 130:3
inception 8:22
incident 18:9, 14; 34:12; 35:2; 50:19; 54:15; 56:17; 58:19; 75:12, 18, 18; 84:11; 85:2; 109:9, 13; 116:23; 119:16, 20; 123:14; 129:19; 133:16, 23
incidents 90:16
include 13:12, 14; 50:24
included 50:21; 123:15
includes 98:14; 125:15
Including 109:15, 18; 141:9
income 58:6; 65:4, 9; 82:12
increased 120:15
indelible 131:10
indicate 44:15; 56:16; 63:22; 66:3; 80:12; 81:18; 83:23
indicated 4:21; 29:11;

30:23; 31:13; 44:23; 73:13; 76:12; 89:4; 107:15
indicates 45:11
indicating 40:5
indication 88:18; 117:20
individual 13:4; 86:21; 99:8; 105:23; 134:11; 136:25; 137:3; 141:24
individual's 140:12
individuals 31:3; 53:4
inflate 45:5; 81:5
information 18:14; 33:23; 34:4; 99:6
initial 22:7; 45:20; 52:15
initially 45:20; 46:24; 101:4
initiated 137:3
inner 70:6
inquire 54:2, 5; 57:14; 73:14, 15; 116:6
inquired 81:4; 101:5; 106:18
inquiring 82:22
insecure 83:18; 84:2
instance 138:6
instead 38:13
institute 118:24
instruct 127:13
Instructed 145:13, 16
insurance 106:20
insurmountable 132:13
intending 29:20
intense 36:13; 75:20; 87:23; 88:5, 17; 116:11, 15
intensity 79:16, 17
intensive 131:2
intention 152:22
intentional 28:21
interaction 16:13
interactions 16:15
interest 10:20; 113:6
intermittently 103:6, 8
interpret 67:24
interrupt 124:14
intertwined 124:3
interval 146:3; 149:8, 22
interview 23:20; 26:14; 27:17; 28:14; 32:3, 7, 14, 22; 33:6; 34:16, 18; 41:5; 73:18; 122:6
interviewed 32:18
interviewing 33:2
interviews 24:23; 25:23; 26:8; 27:9, 17; 28:4; 29:2; 31:2, 12; 33:8, 13, 16, 18, 20; 34:2, 2; 43:24
into 31:11; 48:19, 23; 59:2; 68:25; 69:21, 25; 79:3, 10, 12, 18; 81:22; 83:22; 89:7; 114:23; 121:3; 128:13; 129:13; 134:5; 136:13; 139:14; 144:11; 146:11; 150:19; 151:6

intoxicated 119:8;
124:11; 125:16
intoxication 125:17
Intrinsically 61:21
intrusive 96:2
investigating 138:21
investigation 138:16
involve 7:21; 9:17; 10:20;
11:3; 13:2
involved 7:6; 8:20; 9:22;
12:13; 14:22; 16:6; 17:4,
24; 21:5; 22:9, 11; 86:12,
25; 97:6; 101:21; 135:16
involves 117:7
involving 116:2
Iraq 14:6; 120:21; 134:2
irritability 90:9
isolated 86:22
issued 30:6
issues 132:16; 138:13
IV 125:6
IV-TR 125:7

**J**

Jacobi 8:15, 25
jail 121:22; 122:2
job 64:18; 70:11
jobs 121:22
joy 71:25
judging 114:13
judgment 112:2
jumped 146:11
jumping 12:12, 12
jumpy 113:15

**K**

keep 22:12, 14; 56:8, 10,
14; 87:7; 146:17
keeping 63:4
kept 55:8, 10; 145:7
ketchup 49:9
kidnapped 67:13, 18
kill 70:21
killed 46:17
kind 29:3, 7, 14; 60:12;
62:8; 108:2; 113:20;
117:19; 138:2
kinds 115:4
kitchen 68:14
knew 36:19, 25; 68:6;
86:5; 145:20
knowing 143:6
knowledge 50:16; 51:9;
105:7
known 31:8, 9
knows 58:8; 82:20

**L**

L 4:2
lack 123:10; 130:6, 9
lane 51:11
lanes 145:4; 147:7, 12, 14
large 39:18
larger 40:20; 44:18;
129:8
last 4:20, 23; 5:14; 9:21;
11:10; 12:3; 13:17; 17:20;
27:17; 54:24; 56:6; 91:15
lasted 55:2; 80:9
later 37:13, 21; 47:5;
54:18, 19; 63:7; 73:21;
149:25
latter 34:24
laundry 81:2
lawn 117:16
lawns 115:3
layman's 126:3
Leah 4:4
learn 33:17
learned 5:14
least 31:13; 109:19;
119:15
leave 100:18
lectures 9:20, 22
Left 145:5; 151:8
length 46:9; 47:10
lengthy 128:6
less 7:20; 59:6, 8; 65:12,
19; 80:2, 9; 87:23; 88:5,
17; 99:7; 102:24; 116:11,
11, 15, 15; 118:11; 129:20;
131:21; 135:16; 143:5;
153:17
letter 14:15, 18, 25; 15:3,
7, 18; 18:6, 12; 143:14, 19,
22; 144:4, 10
letterhead 19:21
level 126:10
life 45:5, 19, 24; 46:12,
20; 47:11; 48:5; 49:12;
50:7; 51:6, 11; 71:4, 15,
19; 72:12, 15; 82:23; 96:6,
19; 97:4; 103:17, 17;
108:16, 22; 109:8; 123:7;
130:14; 131:12; 134:12;
140:22; 141:8
life-threatening 47:17;
86:18
likely 14:2; 38:13; 90:21;
126:13
limit 92:22
limited 70:24; 140:12
line 47:5; 144:15, 18, 23;
145:2
lines 44:12; 145:2
list 4:19, 22; 5:3, 12, 19,
23; 17:14; 81:2
listen 82:14; 127:23
literature 115:21

litigation 22:12; 29:16
little 11:4; 41:2, 3; 73:22;
107:6, 23; 115:10; 122:21;
149:7
lived 50:2
livelihood 134:23;
135:15
liver 119:11
lives 142:4, 5
living 108:20
located 45:13, 18
locked 139:15
long 8:20; 24:8; 26:22;
42:23; 43:13; 47:7; 49:6;
53:22; 54:24; 55:2, 4; 64:9;
66:6
long-term 11:17, 22;
12:7; 132:4
longer 27:3; 28:10;
45:18; 47:25; 63:23; 64:7;
72:14
look 17:20; 34:20, 21;
83:24; 85:12, 25; 105:10;
108:9; 118:16; 124:15;
134:25; 135:4; 139:18;
144:14; 146:18
looked 42:13; 101:10;
145:17; 148:25; 149:3
looking 10:14; 48:7;
50:25; 54:20; 86:10; 96:8;
101:15; 142:13; 146:7;
150:24
lookout 55:7; 56:10, 14;
63:4; 85:23; 86:13
looks 63:23
lose 81:9
loss 49:22; 90:24
lost 71:19
lot 14:4; 132:11
love 127:24
loved 89:23

**M**

M 4:2, 2, 2
M.D 156:4
mainstay 105:24
maintain 17:12, 14, 16,
22
major 79:21; 80:10
makes 47:22, 24; 101:25;
115:22
making 13:10; 87:3;
155:6
malignant 10:9
man 31:19, 23; 32:15, 25;
33:2; 55:16
man's 82:23; 123:7
management 90:4, 9
managing 12:15, 17
manifestations 10:22
Manual 124:7
many 7:19; 11:7; 12:4;
13:18; 16:24; 56:2; 68:7;

72:24; 74:2; 77:11; 89:22;
101:25; 114:7; 122:11;
139:13, 17
March 14:18; 15:2, 7, 17;
18:6; 143:22
margin 142:21
marijuana 109:19;
110:22
marital 113:2; 130:16
mark 7:10; 14:25; 18:23
marked 7:13, 25; 15:3, 6;
19:4, 8, 19; 20:3, 9; 25:7,
11, 15, 25; 26:6; 42:9;
98:12; 142:16; 143:14
markedly 113:6
market 59:23
marriage 111:15, 16;
112:4
massive 143:5
material 27:24; 28:22;
114:8
materials 28:7; 42:6, 7;
48:24
matter 23:2; 47:20; 156:5
matters 10:2; 39:21
max 88:21
may 5:8; 12:8; 22:2, 21;
23:4; 24:22; 26:22; 34:12;
38:6; 39:14; 51:24; 85:13;
92:8; 93:23; 96:19;
102:17; 104:7; 108:16;
112:13; 124:10; 126:21,
24; 127:19; 134:15; 140:9;
141:22; 143:25
maybe 4:24; 17:18;
43:15; 153:19
mean 36:11; 38:25;
65:15; 73:7; 78:21; 81:14;
137:7
Meaning 6:7; 77:10;
139:13
means 55:21; 62:20;
77:12; 82:4; 86:6; 135:15
meant 35:22; 62:12;
147:20
measure 64:2, 4, 18
measuring 71:25
mechanic 135:7
media 53:2
Medicaid 106:22, 24, 24;
107:4, 5
Medical 8:11, 15, 17, 17,
21, 25; 9:3, 6, 8; 10:5;
114:16; 131:2
medicals 113:22
medicate 93:7; 120:22
medication 13:10; 93:10;
105:24; 106:2, 15, 19, 20;
131:3, 14, 15; 138:3, 18,
23, 25
medications 12:16, 18;
142:3
Medicine 9:5, 13
meet 42:18
meeting 13:4; 24:9;

43:13, 17; 51:17; 137:22
meetings 33:11, 23;
42:25
meets 47:18
members 45:6; 56:18
men 23:9; 24:9; 26:8;
27:9; 28:4; 29:4, 12, 13,
25; 32:20; 33:18, 24, 25;
34:17; 43:20; 44:4; 49:11,
15; 106:14; 128:5, 13;
129:13, 18; 136:10; 138:2,
17; 140:5; 143:24; 146:11,
23; 152:16; 153:2
mental 34:14; 53:11;
76:13; 78:7; 79:16;
102:21; 103:21
mention 124:10; 136:14
mentioned 52:4; 61:4
merely 78:24
Merriam 7:14, 25; 15:4;
19:4; 25:11; 156:4
Merriam's 7:12
messages 127:23
met 21:13; 22:18, 21;
42:20; 43:4, 7, 8; 51:24;
137:17
Michael 4:14; 19:22;
20:10; 142:22
middle 112:13
might 51:5; 53:9; 55:9;
67:13, 18; 83:10; 108:24;
119:10; 148:15, 16
Mike 4:9; 145:18
Mike's 146:13
miles 39:5, 7, 7, 7, 8, 22,
23; 44:25; 145:3; 147:2, 5
military 134:7
mind 48:9; 65:24; 71:10
mine 62:18; 124:23
minimal 106:5
minimize 140:11
minute 47:21; 80:3, 10;
88:23; 139:21; 143:5
minutes 42:2; 45:14;
46:6, 8; 47:5; 140:2;
146:24
mishap 129:25
misses 128:25
mode 48:19; 49:2
Montauk 145:4; 146:24
Montefiore 9:6
month 27:2; 118:9; 154:2
Months 27:4, 4, 5; 58:19;
59:19; 104:15; 119:22
mood 94:23; 123:2
more 11:20, 23; 24:2;
27:18, 21, 24; 38:13;
47:16, 24; 48:2; 55:21;
61:11, 25; 62:3; 65:19;
66:24; 68:7; 70:18; 75:20;
76:23; 81:22; 87:3; 90:19,
20, 20; 92:23; 97:21;
101:17; 102:4; 103:7;
106:12; 108:25; 119:17;
132:9; 147:19; 150:13;

152:2, 3; 153:13
**morning** 23:25
**most** 46:14; 73:7; 90:23; 94:8; 114:16; 117:8; 120:17
**mostly** 106:3
**motivation** 139:10
**motivational** 127:25
**move** 145:19
**moved** 70:3
**moving** 145:8
**Mowing** 115:3; 117:15
**Mrs** 26:17; 51:20
**much** 14:5; 39:21; 48:2, 2, 2; 61:11; 62:3; 70:18; 80:8; 98:14; 107:20, 22; 117:7; 134:4, 23; 152:14; 154:7, 9
**multiple** 10:15
**must** 145:23
**mustard** 49:9
**mutilation** 128:7
**myself** 29:20

**N**

**N** 4:2
**nail** 111:15, 21; 130:17
**name** 4:8, 24, 25; 6:21; 106:9
**named** 126:19, 20
**namely** 71:17; 78:13
**names** 17:3
**naps** 56:12
**Nash** 16:18, 18, 21, 25
**nature** 11:13; 126:10
**near** 76:4
**necessarily** 53:3; 54:16; 55:5; 90:25; 122:24; 140:9
**necessary** 5:22; 91:5
**need** 31:9; 68:18, 19; 120:11; 127:24
**needed** 68:7
**needs** 131:25; 132:2, 14; 137:10
**negative** 70:6, 13
**Neither** 88:14; 105:23
**nervous** 61:13; 62:11, 14; 99:23; 101:16; 113:14; 122:5
**nets** 145:5, 6, 13, 16; 147:25; 151:12
**Network** 8:14
**neuroleptic** 10:9
**neurologic** 10:22
**neurological** 10:11, 23
**neurology** 9:11; 10:20
**neuropsychiatric** 10:4
**neurotoxicological** 10:8
**New** 4:5; 6:15; 8:11, 17, 21; 9:8; 23:22; 85:8
**news** 14:5; 52:18; 65:25;

66:10, 25
**next** 18:23; 24:20; 25:7; 32:15; 52:8; 55:16; 58:18; 82:21; 87:15
**night** 5:15; 74:8; 75:10; 102:11, 14
**nightmares** 74:14, 20; 75:16; 76:10; 102:12; 113:16; 115:25; 116:9, 10; 129:24
**nobody** 58:9
**noise** 145:17; 149:3, 14, 17, 24, 25
**noises** 113:16
**non-avoidance** 135:8
**Non-continuously** 103:9
**None** 71:10; 99:6
**Nor** 38:24; 88:14
**normal** 86:11, 15; 87:12; 92:15; 95:15
**North** 8:14, 16
**Notary** 4:4
**notation** 54:25
**note** 24:5; 35:18; 47:5; 55:15; 58:18; 76:11; 78:17; 81:8; 96:20; 98:17; 101:8; 142:20; 154:12, 18; 155:6
**noted** 31:25; 49:7; 50:6, 10; 70:2; 84:16; 91:18; 92:11; 94:22; 102:10; 108:5; 115:9; 155:8
**notes** 15:23; 18:18; 19:2, 2, 9, 15, 23; 22:14; 25:10, 22; 26:5, 7, 14; 28:3, 14, 24; 32:25; 35:5, 8; 38:2; 40:9; 59:21; 84:17; 86:2; 98:8; 105:4, 10; 142:9, 13, 14, 22; 144:14; 146:18; 147:3, 8; 148:18; 149:2; 150:24
**notoriously** 72:9
**November** 121:10
**noxious** 135:17
**Number** 19:20; 32:25; 33:2; 46:7; 73:4; 91:6; 114:22; 116:8; 121:22
**numbers** 73:9

**O**

**O** 4:2
**o'clock** 151:24
**object** 39:17
**objection** 5:18
**objective** 64:25; 71:24; 96:15; 108:5, 6, 7
**objects** 39:4, 6, 12
**observable** 95:3
**observation** 115:7
**observations** 28:17; 31:18; 55:12; 71:7
**obstacle** 140:7

**obtain** 114:16
**obtained** 109:23; 110:7
**obviously** 89:8
**occasional** 74:6
**occasionally** 56:24
**occasioned** 76:14
**occupation** 61:20, 22
**occupations** 62:4
**occur** 51:9; 125:16
**occurred** 85:9; 102:23
**occurrence** 59:13; 130:4
**occurring** 103:6
**ocean** 136:7
**Off** 40:14, 16; 41:15; 54:7, 11; 69:3; 100:12; 124:22; 132:22; 136:22; 146:14; 153:25; 155:7
**offer** 30:10
**offhand** 110:2
**office** 23:21
**offshore** 59:13; 60:7
**often** 55:19; 66:3, 4; 73:11; 76:15, 23; 81:18; 92:18; 115:18; 116:2; 153:20
**oil** 146:13
**old** 37:16
**omission** 28:21
**on-the-job** 62:7
**onboard** 110:17
**once** 5:22; 17:25; 42:15; 55:6, 22; 74:7, 12, 24; 75:9; 88:17; 103:9, 11, 12, 14; 118:9; 132:13; 138:11; 153:21, 22; 154:2
**oncoming** 63:2
**one** 4:9; 5:14; 6:16, 17; 10:17; 19:9; 21:22; 26:6; 27:19; 32:11; 39:12; 43:8; 47:2; 49:23; 52:21; 55:3; 58:16, 23; 59:24; 68:8; 70:2; 79:2; 82:11; 83:4, 10; 84:5; 86:25; 87:20; 89:25; 103:14, 18; 107:8; 108:24; 112:2; 115:14; 117:6, 18; 119:17; 121:18; 123:6; 124:14; 131:9; 133:8; 136:15; 137:13; 139:15; 140:10
**one's** 71:25; 82:12
**ones** 89:24
**ongoing** 77:5
**only** 21:21; 28:15, 19; 47:20; 58:8; 68:8; 80:8; 81:3; 93:24; 104:25; 109:24; 123:22; 128:18; 131:25
**opine** 114:11
**opinion** 14:7; 47:19; 114:4, 7; 121:14; 136:4; 143:19; 144:12
**opinions** 4:14; 71:11; 72:8; 112:17; 150:18
**opportunity** 148:17
**opposed** 38:11; 77:4;

94:15; 97:21
**order** 18:24; 29:15, 18; 30:10; 32:15; 33:12; 42:6
**organization** 9:3
**organized** 48:5
**others** 13:22; 27:20; 56:14; 69:7, 20, 23; 113:7; 116:15; 127:24
**otherwise** 107:19
**out** 5:24; 12:13; 32:12; 33:11; 35:5; 44:25; 52:11; 54:10; 60:5; 63:23; 64:3, 7, 10; 76:13, 24, 25; 82:15; 85:8; 87:24; 97:20; 101:20; 114:23; 117:24; 121:21; 133:24; 135:9; 136:11; 143:4; 144:7; 145:14; 156:6
**outbursts** 96:7
**outcome** 141:4
**outpatient** 107:6; 109:24; 110:9; 119:24
**outside** 145:4; 147:7, 11
**over** 9:7, 9; 10:14; 11:9; 12:3; 13:17; 74:17; 80:14; 97:19; 100:21; 102:22, 22; 106:6; 129:18; 132:25; 138:12
**own** 116:4; 128:19; 139:4; 141:14
**owned** 58:24

**P**

**p.m** 42:3, 4; 88:25; 89:2; 139:24, 25; 154:15; 155:8
**P.T.S.D** 9:20, 22; 11:6, 11; 12:2; 13:15, 19, 22, 23; 14:3, 9; 29:9; 30:14, 19, 20; 31:15, 22; 35:12; 39:14, 15; 47:18; 49:25; 52:23; 60:14, 17, 22, 24; 68:2; 69:18; 77:24; 78:13; 80:20; 84:5; 86:20; 89:22; 90:2, 11, 22, 24; 91:3; 92:5, 7; 93:9; 94:9; 95:17; 96:10, 16; 103:14, 24; 108:7, 9, 10; 109:2; 113:18; 115:12; 116:13; 120:18; 122:12, 15; 123:6, 19, 22, 23; 124:5; 126:3, 6, 9, 11; 127:12, 17; 132:2, 14, 16, 23; 133:6; 135:25; 136:22; 137:3; 140:17; 141:25
**paddle** 51:17
**Page** 20:18; 40:6; 46:25; 56:6; 91:16; 125:5, 8; 142:21; 144:16; 156:6
**pages** 19:9, 20; 20:5, 11
**pallbearers** 111:18
**panic** 79:21, 24; 80:13, 17
**paragraph** 56:6; 98:21; 146:21, 22; 147:22; 148:25, 25

**paragraphs** 56:5
**part** 39:9; 41:20; 48:9; 66:15; 116:23; 126:15; 139:3; 151:19, 21; 153:9
**partially** 87:2; 121:5
**particular** 16:11; 23:12; 30:24; 33:13; 45:12; 136:24
**particularly** 80:24
**partly** 121:6
**party** 23:10
**pass** 50:11; 87:11; 145:7; 148:2, 22
**passed** 70:22; 146:10
**passes** 75:19
**passing** 50:16, 25
**past** 77:4; 92:8
**path** 120:24
**patient** 13:4, 7; 34:17, 18; 55:4; 108:8, 9
**patient's** 13:7
**patients** 10:25; 11:5, 11, 12; 12:2, 4, 6; 13:12, 15, 18, 21; 30:14, 19, 20; 34:22; 89:22; 90:23; 105:18; 116:13, 14; 124:4
**Patricia** 5:2; 6:2
**pattern** 121:5; 131:12
**patterns** 72:18
**Paxil** 138:5
**pay** 106:20
**paying** 106:17, 19
**pays** 107:6
**people** 53:6, 9; 56:8; 60:25; 61:2; 69:4, 9, 12, 14; 72:3, 4; 73:7, 8; 77:24; 87:6, 8; 88:22; 92:6; 94:5; 100:13; 101:25; 124:10; 131:10; 133:18; 139:13; 142:4, 5
**percent** 34:20
**perception** 130:18
**perfectly** 95:15
**performed** 30:18
**Perhaps** 12:5; 154:2
**period** 27:18; 28:10; 46:15; 51:6; 59:12
**Periods** 80:2
**permanently** 61:5
**persist** 87:16, 22
**persisted** 85:6, 10
**persistence** 133:9
**persistent** 73:2; 75:22; 76:7; 81:24; 82:4; 100:19; 116:16; 118:12; 126:14
**person** 22:19; 35:13; 78:14; 114:10; 126:11; 135:11; 140:25; 141:7
**personal** 104:18
**personally** 30:10
**perspective** 140:17
**pertinent** 16:14
**pervasive** 70:18
**pessimistic** 123:10

**Ph.D** 18:16; 19:12
**phenomena** 124:9
**physical** 17:22; 18:2;
34:14; 119:13
**physician** 8:18
**physician-patient**
29:22, 23; 30:4, 9
**physiological** 119:4
**picture** 40:3, 11, 17;
126:16
**pictures** 43:21
**pivotal** 89:21
**place** 33:17, 24; 34:12;
121:23, 23; 156:5
**plaintiff's** 4:25, 25; 6:19
**plaintiffs** 4:14; 6:4; 17:4;
21:2, 6; 22:5, 20; 27:19;
51:23
**planned** 83:10
**play** 83:22
**played-out** 128:22
**please** 7:11; 8:2; 18:24;
25:16; 26:4; 109:11;
142:25; 143:16; 144:18
**pleasurable** 92:8
**plunged** 128:13; 129:13
**point** 11:19; 71:2; 87:18;
115:22; 148:5; 154:24
**poor** 37:18; 132:18;
145:21
**poorly** 13:8
**portion** 12:9; 20:3, 10;
41:17; 45:2; 117:5, 8, 9;
146:6
**portions** 18:17; 19:2;
28:2
**position** 45:12; 140:21
**positive** 100:11; 110:21
**possible** 17:9; 37:23
**possibly** 68:10
**posttraumatic** 7:3, 22;
9:18; 11:4
**potential** 30:19; 85:20,
23
**potentially** 47:14;
119:10, 14; 141:18
**powerful** 77:17; 80:3
**practice** 10:24; 11:14,
18, 20; 13:11; 26:13;
30:13; 34:18
**practices** 87:4
**pre-existent** 122:16, 17;
123:24; 126:4
**pre-existing** 112:19;
113:3, 5; 126:13; 130:19;
132:11, 12
**predict** 120:24
**predisposition** 94:16
**pregnancy** 83:3
**pregnant** 82:6, 10, 15;
83:22; 91:12, 15, 17
**prematurely** 55:17
**preoccupied** 61:14
**prepare** 25:2; 42:6, 12;

128:24
**prepared** 24:23; 25:5;
26:20, 23, 25; 27:10
**preparing** 27:12; 43:10;
152:20
**prescribed** 106:15;
112:8, 12, 13; 131:3;
138:18
**prescribing** 106:2
**prescription** 137:23;
152:25
**prescriptions** 30:11
**presence** 48:9
**present** 77:6, 9
**presenting** 140:7
**presently** 8:9; 77:4
**preserve** 5:18
**presumption** 121:15
**pretty** 72:11; 88:22;
98:14; 131:19
**previous** 16:13, 15, 19;
56:22, 23; 102:18; 121:5
**previously** 4:20; 16:20;
17:24; 18:4; 33:7; 37:17;
70:11; 72:14; 92:25
**primarily** 137:15
**primary** 10:19; 132:7
**prior** 27:12; 28:3; 31:23;
34:11; 43:2; 56:16; 76:8;
93:23; 94:10; 112:8;
119:20, 22; 144:5
**private** 11:18, 20; 13:11
**privilege** 29:23
**Probably** 9:23; 11:8;
41:23; 94:8; 101:24;
106:24; 109:15, 18; 110:8;
131:18; 132:24; 141:22;
152:4
**probation** 126:22
**problem** 74:10; 75:22,
22; 76:3; 79:21; 82:18;
110:13; 121:15; 130:19;
132:8, 11, 12, 13
**problems** 10:11; 73:12;
75:15; 76:7; 84:20; 96:24;
97:2; 109:12; 124:5;
125:24; 126:14, 15;
130:16; 136:20; 138:14;
141:21
**process** 137:13; 139:4
**producing** 101:22; 126:9
**productive** 141:8
**profession** 137:20
**professional** 112:2
**professionally** 71:12
**professionals** 53:11
**professor** 9:10, 25
**profoundly** 71:15
**prognosis** 131:6;
132:15, 17
**program** 109:24; 110:9;
119:24
**progress** 13:7
**promise** 46:19

**pronunciation** 21:24
**proper** 13:24; 138:18
**properly** 14:8
**pros** 136:25
**protect** 126:5
**provide** 5:11; 29:14;
40:18; 114:4
**provided** 5:23; 7:8; 9:3;
16:11; 18:13, 15, 16;
19:16, 24; 20:25; 114:10
**provides** 8:18
**provisions** 46:3, 4; 48:8
**provoking** 59:4; 141:3
**prudence** 48:15
**psychiatric** 10:10, 21,
23; 11:16; 31:3, 5, 5, 7, 8,
9; 131:25; 139:14
**psychiatrically** 16:7
**psychiatrist** 106:14;
126:19; 139:9; 153:9, 12,
14
**psychiatrists** 12:22;
107:3; 141:5; 142:2
**psychiatry** 8:13; 9:10;
10:21
**psychologist** 12:19;
13:3, 6, 8, 9; 14:8; 105:25;
126:20; 153:16, 18
**Psychologists** 12:23, 24
**psychomotor** 95:3
**psychotherapy** 12:20,
25; 81:23
**psychotropic** 142:3
**Public** 4:4
**purchased** 60:4
**purchasing** 59:24
**purpose** 43:16; 137:22;
138:8
**purposes** 11:24; 29:11
**push** 100:23; 113:15
**pushed** 100:5
**put** 5:15; 22:15; 35:25;
45:25; 68:5; 111:15, 21
**putting** 68:3; 133:15

## Q

**qualifications** 8:6, 8
**quality** 66:25; 135:17
**quantifiable** 88:6
**quantify** 73:8
**quantifying** 64:24
**quantities** 114:8
**quantity** 65:3
**quarter** 120:3
**quick** 152:11
**quickly** 36:17, 18; 38:2;
39:11
**quit** 72:10, 13, 14
**quite** 14:4; 73:21; 80:22;
106:6
**quoted** 67:7

## R

R 4:2, 2, 2; 21:21, 22, 22
**radar** 63:4, 5; 145:6, 16;
148:2
**raft** 45:5, 19, 24; 46:12;
47:7, 11; 48:9; 49:12; 50:7;
51:6, 11; 102:21; 103:22;
129:5, 6
**range** 94:23; 113:8
**rapidly** 145:10
**rates** 62:7; 153:11
**rather** 27:19; 141:14
**rational** 48:12; 68:18, 19
**reached** 144:11
**reaction** 86:11; 87:13
**read** 61:9; 124:24;
129:10; 142:24, 25;
143:13; 144:19; 146:17;
147:8, 24; 149:21; 156:14
**reading** 125:9
**real** 152:10
**reality** 78:7; 95:10
**really** 26:24; 48:19;
82:16; 83:24; 106:5;
107:22; 121:3; 151:5
**reason** 29:6; 53:20; 71:6;
125:17; 139:15
**reasons** 139:17
**recall** 5:21; 6:14, 21; 7:7;
13:25; 15:22; 17:3, 8; 23:8;
24:21; 25:4; 27:21; 28:8,
12; 37:11; 38:14; 41:14,
20; 43:9, 18; 44:11; 45:16;
46:7; 48:22; 49:17; 50:17,
23; 51:13, 18; 60:2; 64:13;
69:18; 74:21; 82:7, 8;
96:25; 99:15; 110:2;
136:12; 148:20
**recalling** 99:3
**received** 7:13; 14:15;
15:3, 17; 19:3; 25:11;
105:23; 122:19; 143:15,
22
**Recess** 42:3; 88:25;
139:24
**rechecking** 62:25
**rechecks** 61:14; 62:15
**reckless** 87:11
**recognized** 31:5
**recollect** 83:3
**recollection** 7:23; 17:10;
22:10; 23:3, 11; 37:5; 58:7;
105:11; 148:15
**recollections** 96:2;
112:25; 122:13
**recommend** 30:18
**recommendations**
29:20; 30:7
**record** 5:19; 19:7, 19;
40:14, 16; 155:7
**recorded** 59:20
**records** 16:11; 65:6;

113:20; 114:17
**recover** 54:20
**recurrence** 131:12
**recurrent** 112:25; 122:12
**recurring** 126:14
**REDIRECT** 152:13
**reduce** 93:18
**reduced** 65:3; 156:10
**reduction** 141:10
**reexperiencing** 77:25;
78:13; 124:13
**refer** 34:6
**reference** 19:12, 22
**referred** 106:14
**referring** 15:8; 20:7;
114:5; 124:16; 150:15
**refresh** 105:11; 148:15
**regard** 137:20
**regarding** 13:6; 18:19;
25:18; 34:4
**regular** 12:5; 26:13; 74:4,
11
**regularly** 10:3; 13:5;
73:13; 133:22
**rehab** 12:8
**relapse** 121:2
**relate** 69:9, 13; 90:8;
101:7; 125:20
**related** 10:10; 18:17;
70:14; 80:16, 20; 90:16,
22; 91:24; 96:12; 97:17,
21, 23; 113:2; 115:11;
116:21; 121:11; 122:9;
123:13, 14
**relates** 65:9
**relationship** 29:24; 30:4,
9; 69:22; 89:4, 8, 19;
104:6, 13, 18, 22; 111:11,
13
**relationships** 69:7;
89:23; 130:14
**relative** 40:4
**relaxation** 127:18
**released** 48:6
**relentlessly** 129:19
**relevance** 67:22
**relevant** 114:12, 14, 20
**relied** 115:15
**relieve** 93:10
**relived** 116:25
**Reliving** 52:25; 129:24
**rely** 114:5
**Remain** 146:8
**remainder** 96:6
**remark** 37:18; 70:2
**remember** 7:17; 15:14,
16; 24:11; 26:19; 32:11;
38:15; 94:11; 144:6
**Remembers** 146:7
**remet** 121:2
**remind** 92:6; 96:3;
103:18; 118:3; 133:19;
143:23

reminds 137:2
render 29:15
rendered 112:17
rendering 150:18;
152:16
rendition 18:12
renewal 130:21
repeat 103:3; 109:10
repeated 110:14; 128:6,
9, 17, 18; 129:8
repeatedly 55:16, 21
replace 17:17; 60:11
replacement 59:24
report 18:15; 25:5; 29:15;
34:7; 35:5; 37:14; 44:7;
46:24; 50:4, 22, 24; 52:8;
87:15; 110:4; 115:18;
123:16; 126:22; 136:15;
146:19; 147:4, 6, 7, 23;
152:16
reporter 14:24; 154:14;
156:10
reports 17:15, 19; 24:23;
25:3, 10, 17; 26:20, 23;
27:10, 13; 43:11
represented 56:20; 57:7;
81:6
represents 4:10
request 16:10
requested 156:9
require 131:2
required 5:20; 90:6;
102:25
rescue 50:19
rescued 49:4, 5; 50:8
research 29:10
reserve 5:21
resource 138:24
respect 31:14; 60:21;
71:8; 76:20; 89:6, 20; 92:4;
112:14; 115:11, 19; 116:8;
123:17; 126:17; 136:4
respond 99:12; 131:17,
18
responding 115:9
response 68:21
responses 28:25; 64:25
Restricted 113:8
result 112:22; 128:14;
129:15
resume 10:14
resumed 72:10; 119:21
resumes 135:20
resuming 135:22
retain 18:2
retained 6:20; 16:19, 20,
25
return 12:8; 61:2; 96:4;
113:14; 131:10; 142:7
returned 60:18; 72:6;
99:17
returning 136:6, 25
review 28:6; 42:6;
113:20; 142:8; 144:4

reviewed 27:25; 42:7;
150:22
reviewing 34:10
right 5:21; 7:9; 9:19; 21:7;
22:22; 23:15; 24:19;
25:24; 29:25; 30:5; 36:23;
37:17; 38:20; 41:12; 44:6;
46:4; 53:12; 58:12; 61:4,
10, 17; 71:10; 81:18;
83:19; 87:13; 91:13;
93:19; 94:3, 20; 96:17;
98:15; 100:4, 22; 102:13;
104:10, 25; 105:5; 113:20,
21, 23; 115:5; 116:18;
119:23; 125:13; 126:7;
133:12, 17; 134:2; 135:3;
136:14; 138:14; 140:3;
143:4; 145:7, 25; 148:2
rise 133:16
Rochelle 23:22
Roderick 4:15; 18:18, 19;
19:13, 16; 20:4, 7; 21:13;
31:14; 32:6; 97:25; 98:5,
17; 99:7; 100:14; 105:17,
21; 106:3; 108:4, 15;
131:15, 15; 131:20, 21;
132:25; 133:22; 134:25;
135:6; 136:4; 143:20;
150:21; 151:3, 16
Roderick's 102:9; 105:8
role 71:17; 137:16
room 32:9, 18, 21
root 126:12
rope 48:6
roses 109:9
rules 5:20
ruminative 135:16
running 79:3, 12; 97:19

## S

sad 70:22; 72:4; 123:3
saddle 100:2, 12
sadness 70:6, 13, 17, 18;
71:25
safe 46:12; 63:17; 68:10
safety 87:4
sail 65:18
salient 28:16
salt 34:23
same 21:25; 23:18;
27:18; 41:17; 47:4; 52:14;
55:23; 60:12, 22; 79:5, 15;
122:25; 123:9; 124:22;
125:4; 133:15; 142:18;
146:6; 147:22; 150:4, 5, 6;
151:16; 156:10
sank 45:2; 59:25; 60:11
satisfaction 64:18; 71:20
saw 21:25; 22:4; 23:14;
24:18, 22; 32:14; 36:14;
56:15; 73:20; 75:14; 76:5;
104:23; 105:4, 12; 113:19;
126:23; 128:5, 20; 143:3;
145:6, 17; 147:25; 149:3

saying 58:10; 82:17, 17;
106:9; 132:7; 148:20
scales 64:20, 21
scan 97:14
scans 63:8
scenario 141:14
scene 77:18, 22
schedules 29:8
Schober 21:16, 18; 32:6;
109:5, 6, 22; 110:17, 21;
111:4; 112:8, 18; 113:19;
114:21; 123:18; 126:18;
130:20; 131:23; 132:6;
136:5; 143:20; 150:20;
151:3, 16
Schober's 111:11;
127:20
Schrober 4:15; 21:14,
20; 109:4
sclerosis 10:15
scroll 143:13
sea 16:6; 44:25; 46:11;
54:17; 55:6; 59:5; 61:12;
63:8, 23; 64:3; 76:24, 25;
97:15, 18, 22; 101:9;
102:4; 113:14; 133:24;
140:6
search 65:18
second 14:24; 40:6; 56:6;
124:15; 129:10; 135:2;
146:22; 149:4, 9, 20, 23
seconds 38:19; 146:4;
149:11
secure 46:12
security 81:25; 82:11;
84:7
seeing 29:12, 13, 18;
30:10; 31:19, 23; 55:8;
118:6; 120:19, 21
seem 29:10; 81:4; 107:20
self-hypnosis 127:14,
16
self-worth 130:6, 9
selves 131:11
send 16:14; 27:12
sensations 80:3
sense 35:19; 76:14; 84:2,
6; 100:19; 128:17
senses 62:23
sentence 52:8; 91:15;
146:23; 147:24; 149:20
separate 25:9
separated 111:5, 6, 7
separately 24:12, 14;
33:19
sequence 128:19, 23;
129:7
serious 109:12
serotonin 10:8
serve 97:5
services 8:18; 9:3
serving 16:4
set 18:12; 23:4, 7; 35:5;
59:12; 156:6

sets 8:5; 18:7
setting 126:12
settings 29:10
seven 44:12; 104:15
several 11:17; 27:5;
48:23; 59:19; 74:14; 97:7
sexual 91:3, 20, 22
Shades 133:3
shaky 120:11
share 59:10, 17
sharp 146:5
ship 36:6; 76:13; 128:20,
23; 129:2, 6; 146:4, 9;
148:22
shipping 51:11; 145:4;
147:7, 11, 14
ships 50:11, 16; 55:8, 9;
56:11; 63:2, 8
shock 52:5; 54:23; 55:4
shocked 45:22
shore 51:12; 58:20;
65:22; 98:18; 100:18;
145:5
shoreline 59:6
short 90:20, 21
short-term 12:8
shorter 27:3
Shortly 28:9; 73:17;
75:18; 84:10; 108:18;
133:22
show 7:24; 25:14, 25;
111:19; 144:25
showed 44:4
showing 123:3
shows 48:9, 11; 55:13;
71:14; 105:13
side 16:22; 22:20
sign 120:7, 13; 140:14;
156:14
signal 50:16
signaling 45:10
signed 18:7
significance 36:20;
47:14; 49:18; 55:11; 60:9,
21; 67:10; 69:15; 77:21;
78:10; 81:5; 89:18; 92:3;
117:4
significant 28:20; 38:10;
39:3; 46:9; 47:13; 53:2;
54:13; 55:3; 57:21, 25;
60:16; 75:15; 80:17;
81:19; 88:16; 97:6
significantly 92:23
signs 31:3, 7; 85:19, 23;
86:10, 13; 95:3, 8; 101:10;
108:6, 6, 7; 122:11
similar 79:12
sink 61:16
sinking 61:15; 146:9
Sitting 38:7; 95:12
situation 30:24; 46:24;
48:16; 96:9; 97:11; 113:2;
133:15; 137:2
situational 83:15

six 92:14, 16, 19; 99:20;
104:15; 118:25; 119:5
six-packs 92:24
sizes 40:4
sketch 18:8
skidded 79:9, 18
skidding 79:3
skimmed 144:7
skins 146:13
skipper 65:16
sleep 74:23; 75:8; 77:8;
102:9; 115:11
sleeping 52:9; 72:17;
75:16; 115:19
sleeplessness 129:23
slept 76:9
slowly 145:8
Small 18:16, 19; 19:12,
22; 28:3; 31:12; 104:23;
105:9, 18; 106:13
Small's 31:18, 22; 105:4,
21; 107:16
smaller 58:20; 59:5, 11
smoking 72:7, 9, 11
snow 79:3, 9, 11
sober 119:19
sole 123:8
solely 29:15
somebody 86:12; 87:10
someone 38:3; 39:13;
58:14; 64:18; 72:11;
107:11; 114:17; 119:5;
120:25; 121:25; 126:6, 8,
12; 135:20; 137:6; 139:7
Sometime 15:21; 23:25;
84:3; 111:6
sometimes 11:11; 34:20;
117:14, 24
someway 137:12
somewhat 34:23; 123:2;
153:17
songs 68:9
soon 59:23; 60:10; 85:2
soothe 68:9
sorry 29:23; 46:4; 91:15,
20; 94:11; 110:10; 122:20;
126:20; 127:4; 144:23
sort 75:17
sorts 73:10
sound 146:4
soundly 76:9
Sounds 107:25; 111:16
sour 111:13
source 82:24
sources 58:5
south 145:3; 146:24
speak 59:9
speaks 35:24; 62:13
specific 23:11; 24:2;
112:21; 116:4
specifically 20:5, 11;
70:15; 97:17; 99:15;
106:25; 124:9; 132:17;

136:12
specifics 7:8; 97:16
speed 38:23; 39:5, 6, 11, 19
speeding 87:7
speedometer 87:8
spend 24:8; 27:18
spent 27:21; 50:6
spoke 15:14, 16; 23:8; 60:2
spread 106:6
Square 6:18
stage 53:25
stand 56:18
standing 41:21; 146:8
standpoint 119:4
start 142:20
started 4:18; 84:9; 85:4, 14, 15; 114:23; 120:3; 127:6; 145:19; 146:9; 154:18; 155:3
starting 122:20; 126:21; 144:15, 23; 145:15
startle 113:11
State 4:5; 34:13; 36:4, 6, 12; 37:2; 52:5; 54:23; 55:4; 74:25; 75:2, 7, 9, 11; 78:8; 86:17; 128:13; 129:13; 145:16
stated 144:9
statement 57:18; 58:13; 84:5; 111:20; 112:6; 118:17; 141:11
statements 67:8; 71:8, 22; 83:22
Statistical 124:7
statistically 62:6
statistics 62:9
stay 12:10
stayed 54:7
staying 96:6; 113:10
stenographer 28:18; 37:25
Stepski 4:15; 18:18; 19:22, 24; 20:11; 21:13; 23:14; 24:18; 26:17; 27:22; 31:14; 32:8, 13, 24; 34:8, 25; 36:18; 39:25; 40:12; 41:10; 43:20; 44:7; 46:23; 50:9, 18; 51:10, 15, 20; 52:2; 59:17; 61:5; 71:9; 72:6; 76:12; 79:6, 13; 93:12; 95:18; 105:18, 22; 106:7, 11; 107:17; 130:12, 15; 131:16, 22; 132:24; 133:21; 136:5, 15; 142:22, 23; 143:20; 144:15; 146:19; 147:10, 20; 148:3, 16, 20; 149:3, 13; 150:15; 151:6
Stepski's 36:20; 48:4; 49:19; 53:16; 65:9; 71:12; 89:3
stern 146:10
stigma 139:16

still 44:22; 54:21; 76:3; 100:23; 129:23; 131:22
stimuli 133:9
stimulus 92:7; 126:9
stop 61:17; 78:19; 137:8, 8
story 52:17
strained 89:9
strange 69:10, 12
strategies 66:9, 12
strength 140:15
stress 7:3, 22; 9:18; 11:4; 72:12; 121:6; 131:13
stresses 103:17, 17
stressful 57:17; 58:3
stressors 96:19, 22; 97:4, 5; 108:15, 22, 24; 136:19; 140:3
Strike 94:11
stroke 10:11
strong 36:7; 143:6
struggled 142:6, 6
students 10:5
stuff 115:4
subject 10:2
Subjective 63:20; 64:25; 71:21; 108:13; 116:17
subjectively 95:14; 96:12
subliminal 127:23
subsequent 8:7; 33:15, 16, 25; 43:10; 55:24; 123:25; 124:2; 136:3
subsequently 33:10; 45:4
substance 90:5; 93:7, 8; 109:21; 115:18; 116:5; 120:19; 122:18; 123:24; 124:4, 7; 125:18, 24; 126:13; 131:24; 132:3, 6, 16, 18
substantially 40:20
suddenly 85:8
suffer 62:6
suffered 129:18
suffering 31:15; 122:9
suffers 49:25
sufficient 47:16; 113:17
suggest 139:9
suggested 46:24
suicidal 71:19
suits 45:6, 25; 46:13, 20; 48:7
superimposed 122:17
supervised 141:13
support 88:12; 108:25; 115:12
supporting 83:11
supports 88:14
supposedly 127:12
Sure 13:16; 21:8; 26:13; 24; 86:23; 87:3, 6, 19, 21; 90:15; 105:2; 124:17, 21;

129:12; 139:23; 142:17; 143:2; 148:8; 150:3, 3
surface 146:11
surmount 60:25
surprised 44:9, 22; 86:5; 146:14
survive 48:20, 21, 25; 49:6
suspected 13:22
switch 14:11; 97:24
Switching 89:3
sworn 4:4
symptom 80:20, 24; 85:9; 90:10; 92:5; 103:24; 141:10
symptomatic 123:20; 131:22
symptomatology 123:19; 138:9
symptoms 31:4, 7; 57:16; 60:18, 19, 20; 61:2; 81:2; 84:13; 85:6; 86:19; 88:20; 89:25; 93:17; 95:14, 19, 23; 96:14, 20; 103:15, 16; 108:5, 25; 112:21; 122:12; 123:12; 124:2, 11; 125:16; 130:8; 133:25; 134:3, 12, 19; 136:22; 140:14; 142:6; 154:3
syndrome 10:9, 9
syndromes 10:8

# T

T-R-A-I-N-A 5:2
tailspin 121:4
talk 10:10; 24:15; 51:15; 53:5; 59:16; 99:2
talked 51:19, 22
talking 10:7; 12:12; 38:3; 43:6; 51:13, 18; 52:12; 63:3; 87:25; 88:3; 122:14; 126:25; 133:14; 140:3; 145:11
talks 147:6
tapering 153:24, 25
tapes 127:23, 25
task 137:16
teach 9:15, 25; 10:3
teaching 9:17
teeth 134:18
telephone 14:19; 15:13; 22:7, 14, 18
telling 80:23; 84:13; 88:17; 95:13; 106:4; 142:20
tells 45:10
tempered 90:20, 21
ten 9:23; 11:10; 12:3; 13:17; 144:15, 24; 145:2
tend 82:10
tendency 81:5
tender 145:5

tends 121:2; 131:9
tense 55:10; 91:23
term 14:3
terminal 21:22
terms 18:13; 21:9; 26:21; 46:10; 47:13; 48:15; 49:24; 52:22; 57:4; 60:14; 62:11; 75:16; 78:11; 79:16; 80:18; 87:3; 102:9; 104:18; 105:20; 107:13; 115:7; 116:20; 117:6; 123:2; 126:3; 127:13; 132:22; 133:5; 134:23; 135:8; 136:3; 137:14, 23; 138:12, 17; 140:8, 20; 153:5
terrible 67:19
test 31:10; 65:2; 96:15
tested 110:21
testified 4:6, 20, 23; 5:4, 25; 7:17; 17:10
testify 6:10; 17:6
testifying 17:8
testimony 7:9
tests 29:3, 7; 30:15, 17, 21, 23; 64:17, 19
theirs 36:15
therapy 13:5; 66:15; 85:25; 89:16; 107:6, 23; 131:14, 16; 137:4, 11, 13, 16; 153:5
thereafter 108:18; 153:23
therefore 65:4
thereof 8:8
thinking 48:12; 91:18, 25; 96:5; 133:18; 135:8
Third 98:21; 146:21, 22
Thirty 146:25
though 47:8; 54:2; 56:21; 60:18; 78:7; 140:16
thought 36:24; 55:9; 68:20; 69:11; 80:22; 81:6; 95:8; 148:4, 21
thoughts 31:21; 37:6; 61:15; 67:19, 23; 70:6, 14; 105:20
threat 39:16; 55:14
threats 67:25; 96:8; 97:15; 101:11, 15
three 11:8; 14:21; 16:5; 17:2, 18, 20; 19:20; 21:5; 22:4; 24:9; 25:7, 9, 18; 26:8; 27:9; 28:4; 29:4, 25; 32:25; 33:18, 24, 25; 34:17; 44:4, 24; 45:21; 46:11; 51:23; 73:6; 76:5; 77:13; 85:8; 88:15; 93:2, 24; 102:13; 128:5, 13; 129:13, 17; 131:2, 6; 132:19; 136:10; 138:2; 143:24; 146:6, 12; 152:15
throttle 145:18
Throughout 21:4, 20
thrown 14:3
times 16:24; 74:2, 14;

76:17; 77:10; 80:9; 102:11, 14; 104:25; 105:14; 114:22; 116:2, 8; 134:2
timing 139:16
tired 122:21
title 156:6
today 38:7; 42:5
together 5:16; 23:17; 24:15; 33:7, 12, 19; 39:4, 6
told 5:13; 16:4; 33:21; 34:11; 35:6, 18; 36:3, 16; 37:8, 17; 41:12, 15; 45:21; 49:8, 9; 50:9, 13; 52:6, 17, 20; 54:6, 22; 56:4, 6; 57:15; 58:21, 22, 23; 59:3; 61:7, 9; 62:23; 63:24; 65:5, 13; 66:17; 67:14, 17; 68:3, 5, 8, 22; 69:8; 70:10, 15, 19; 72:12, 20, 23; 74:21; 76:17; 81:3, 23; 83:15, 25; 84:21, 22, 23; 90:18; 91:21; 93:6, 9; 95:18; 98:9, 15, 22; 100:20, 24; 103:20; 104:11, 14; 108:19; 111:7; 113:13; 121:3, 24; 122:18; 135:6; 136:6; 148:9, 16
tolerance 119:7, 9
took 9:7, 8; 25:22; 28:24; 33:23; 34:12; 54:7; 80:21; 88:18; 98:8; 147:4
top 41:15
topics 10:4, 20; 14:11
total 24:9, 10; 105:15
totally 76:2, 4, 4
toward 39:20; 51:12; 89:5; 143:4; 144:21, 22; 145:9, 9, 18; 149:4
Traina 5:2; 6:2, 8
training 8:6, 7; 9:2
trajectory 123:7
transcript 20:4, 6, 10; 28:2; 156:14
transcripts 18:17; 19:3; 27:25
trauma 53:6; 113:4; 129:9; 133:10
traumas 129:8
traumatic 128:20
treat 10:25; 29:21; 30:2
treated 12:4; 30:8; 126:18; 131:9, 23
treating 11:6, 25; 30:14; 127:12
treatment 10:23; 11:3; 29:14, 19; 30:11; 105:3, 21, 24; 106:3, 18; 107:16, 20; 127:17; 128:2; 131:7, 14, 25; 132:14; 138:22; 139:2, 6, 8, 14; 140:10, 20, 24; 141:4, 12, 17
tree 79:14, 10, 12, 18
trial 5:9; 6:11, 12; 131:14
tried 35:10; 59:5; 93:15, 18
tries 113:14

**trigger** 136:19
**triggered** 80:5; 99:5; 126:2
**trip** 55:23; 76:24
**trips** 55:24; 56:2
**trouble** 52:9; 73:19, 21; 74:2; 89:23; 96:6; 113:9, 10; 132:4
**troubled** 78:18
**troublesome** 80:25
**troubling** 78:25
**true** 63:18
**trust** 56:8, 10; 62:22
**trusting** 56:13
**trustworthy** 56:17
**truthful** 34:20; 121:8
**try** 5:3, 24; 21:23; 48:20, 20; 49:3, 6; 50:15; 51:10; 59:6, 8; 81:5; 92:6; 133:18; 134:19; 140:11, 21
**trying** 7:7; 35:25; 36:22, 23; 44:11; 48:21; 52:11; 68:9, 10; 80:25; 82:7; 87:11, 24; 88:19; 93:6, 10; 98:20; 127:13, 22; 128:16
**turned** 46:2; 144:21; 145:8; 149:25
**twice** 74:8, 12; 105:12
**two** 8:15; 11:8; 17:2, 18, 20; 19:2; 28:10; 32:17; 33:2; 37:13, 15, 15, 19, 20; 38:5; 39:4, 5, 12; 40:4; 41:11, 16, 16; 58:23; 73:6; 77:12; 88:24; 92:14, 19, 21, 24; 93:2, 24; 102:23; 109:24; 119:15; 139:21; 146:6, 23; 152:3; 153:21, 22; 154:4
**type** 56:7; 58:8; 59:13; 79:5, 13, 15; 82:21; 97:10; 141:13; 149:17
**typed** 19:2, 10
**typewritten** 19:21; 156:11
**typical** 68:2; 72:11; 84:4; 90:10; 103:13; 116:12; 117:18, 21; 118:17; 121:25; 122:2, 15; 124:4; 127:14, 16; 128:2
**typically** 30:14; 75:20; 77:12; 87:6; 117:7; 131:12; 153:13

# U

**Ultimately** 45:13, 23; 54:17; 60:10
**unable** 60:25; 69:8, 13
**uncertainty** 129:25
**under** 17:23; 48:16; 141:13
**undergoing** 122:6
**Underscore** 145:20
**understood** 48:18
**undertake** 50:15; 51:10

**undertaken** 139:2
**unfortunately** 17:15
**UNGER** 4:7, 9; 5:17; 7:10; 14:23; 18:22; 19:7; 25:6; 40:14; 41:25; 98:4; 143:12; 152:3, 10, 13; 154:6; 155:4
**unhappy** 70:23
**unhelpful** 53:17; 54:4
**unit** 45:12
**University** 9:5
**unless** 72:21; 76:2
**unplanned** 82:10
**unrelated** 117:15
**unsuccessfully** 93:16, 18
**unsupports** 88:14
**untie** 145:13
**unusual** 108:21
**up** 9:6; 23:4, 7; 44:4, 12; 55:16; 56:8, 11, 19, 19, 24, 25; 57:9, 18, 22; 59:12; 75:16; 79:10; 80:25; 89:16; 92:24; 102:11; 104:15; 111:19; 118:25; 120:3; 137:4; 145:17, 21; 149:3
**upcoming** 112:14
**upon** 39:13; 71:11; 72:8; 88:8; 97:4, 11; 112:16; 114:11; 135:7
**uptight** 82:16
**use** 37:9; 60:6; 84:11; 86:4; 92:14; 93:10; 116:5; 123:20; 124:4; 125:18, 24, 24; 143:18; 144:7
**used** 29:10; 55:7; 59:7, 13; 60:5; 69:9
**user** 109:19, 21; 126:13
**using** 59:5, 11; 120:21
**usually** 23:9

# V

**valuable** 114:6, 9
**variable** 76:22
**various** 10:4, 7; 81:2; 103:4; 127:18
**varying** 130:8
**verifying** 12:16
**version** 98:6; 124:22
**versus** 39:5; 47:21; 92:19
**vertically** 142:21
**vessel** 38:18; 39:3; 40:19; 101:22
**vessel's** 38:23
**vets** 132:12
**Vietnam** 120:20
**view** 34:22; 100:15, 16; 121:11; 140:7
**views** 52:22; 53:10; 88:9
**vigilant** 87:3
**vis-a-vis** 65:9

**visits** 30:12; 105:8; 106:6, 7
**Visual** 143:6
**visualized** 36:5
**Visually** 143:3
**vivid** 117:3
**vocation** 60:19
**vodka** 120:3

# W

**W** 4:2
**Wait** 20:13
**waiting** 32:9, 18, 21; 111:18
**wake** 56:19, 19, 24, 25; 73:23; 76:6; 85:10
**wakes** 75:8; 102:11
**waking** 75:16
**wall** 45:18; 146:7, 7
**wane** 103:15, 15
**wants** 65:21
**War** 14:6; 120:20, 21
**watch** 55:16; 56:8, 18
**water** 44:25; 45:22; 46:3, 19; 47:21; 48:24; 55:8; 129:3, 4; 146:8, 11, 12, 12, 13
**wax** 103:15, 15
**way** 32:2; 41:22; 49:23; 52:21; 55:3; 57:25; 61:8; 64:2, 4, 23, 24; 66:18, 21; 69:9; 71:4, 24; 74:17; 79:19; 88:6; 106:17, 19; 107:8, 23; 112:2, 16; 114:13; 121:18; 132:7; 137:7; 140:21; 145:14
**ways** 84:14
**weather** 45:6, 25; 145:4; 147:19, 20
**week** 27:2; 42:22; 54:7, 10, 18, 19; 74:3, 8, 8, 12, 14, 24; 75:9; 76:18; 77:10; 93:2, 25; 116:2; 153:20, 21, 22
**Weigel** 4:11; 125:2; 142:9, 11; 151:25; 152:4, 8, 12; 154:8, 17, 23; 155:7
**weigh** 135:24
**weighed** 135:18
**weren't** 78:23; 79:21
**What's** 53:23; 83:18; 114:2
**Whereupon** 7:12; 15:2; 18:25; 25:9
**wherewithal** 130:25
**whichever** 32:15
**wife** 11:21; 51:17; 82:6, 9, 15; 83:21; 89:4, 6, 10, 14, 19; 91:12, 14, 16; 104:7; 115:5, 8
**wife's** 83:2
**willing** 14:21; 16:7; 65:19
**wished** 78:18

**withdrawal** 93:16
**withdrawn** 52:3; 115:8
**within** 4:5, 20; 28:9; 45:14; 46:6; 99:18, 20; 129:8
**without** 47:11; 63:16; 78:24; 113:18, 19; 117:19; 141:17; 145:22
**witness** 4:3; 34:10; 125:6, 10; 154:19
**woke** 55:16
**word** 37:9; 46:25; 62:16, 17; 78:3; 85:20, 21; 86:4, 6; 96:13; 102:7
**wording** 36:21
**words** 33:3; 36:24; 67:11; 75:24; 84:11, 25; 137:5
**work** 54:7; 58:8; 61:2; 65:21; 70:14, 16, 19; 134:18; 137:7; 141:13
**worked** 18:3
**working** 12:18; 101:3; 124:22
**world** 153:10
**worried** 67:18; 82:19; 83:18, 24
**worries** 67:5; 81:12, 19, 19, 24
**worrying** 81:16, 17
**worse** 48:2; 103:5
**worst** 132:22
**wreck** 61:13; 62:11
**write** 28:14; 30:11; 34:13; 87:22; 101:6; 146:22; 148:17; 151:18
**write-up** 135:5
**written** 49:14; 142:19, 20; 144:20; 148:6
**wrong** 106:10
**wrote** 25:18; 28:20; 36:7, 15; 37:24; 48:22; 55:21; 74:13; 77:16; 86:2; 87:15; 142:22; 145:24; 148:8

# X

**Xanax** 112:8, 11; 122:19

# Y

**year** 4:24; 9:7; 80:9; 119:20
**years** 4:21; 9:23; 11:10; 12:3; 13:17; 17:18, 20; 37:16; 76:5; 79:8; 85:8; 88:15; 97:7; 102:23; 131:2; 153:21, 22; 154:4
**Yeshiva** 9:5
**York** 4:5; 6:15; 8:11, 17, 21; 9:8



**Lawyer's Notes**