BLANK ROME LLP
Attorneys for Defendants
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
(212) 885-5000
Richard V. Singleton (RS-9489)
Alan M. Weigel (AW-0800)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL STEPSKI, KIRSTEN STEPSKI, Wife, GEAL RODERICK and BENJAMIN SCHOBER,

               Plaintiffs,

-against-

The M/V NORASIA ALYA, her owners, operators, etc., and MS "ALENA" SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG, PETER DOEHLE SCHIFFAHARTS-KG,

               Defendants.

------------------------------------------------------------------X

ECF CASE

06 CV 01694 (CM)

**AFFIDAVIT OF RICHARD SINGLETON, ESQ. IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF NEW YORK )

RICHARD V. SINGLETON, being duly sworn, deposes states as follows:

1. Deponent is a member of the firm of Blank Rome LLP, attorneys for defendants MS "ALENA" Schiffahrts GmbH & Co. KG and Peter Doehle Schiffaharts-KG, owner and manager of M/V NORASIA ALYA ("NORASIA ALYA") and is admitted to the bar of this honorable court. I am fully familiar with and have personal knowledge of the matters stated herein.

1

2. Deponent submits this Affidavit in further support of defendants' motion for an order of partial summary judgment, pursuant to Fed. R. Civ. P. 56.

3. Attached hereto as Exhibit "M" is a true and correct copy of the "GMDSS Radio Log" from the M/V NORASIA ALYA (Bates No. NORASIA 0054) produced to Plaintiffs on August 10, 2006, as part of Defendants' Fed. R. Civ. P. 26(a)1) Initial Disclosures.

**WHEREFORE**, your deponent respectfully requests that the Court enter partial summary judgment as requested by defendants.

_____
Richard V. Singleton

Sworn to before me this
1st day of May 2009

_____
NOTARY PUBLIC

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires NOV 30, 2009

601230.00001/6739659v.1