# EXHIBIT M

3

601230.00001/6739659v.1

# GMDSS Radio Log

M.V./S.S. **M/V "NORASIA ALYA"**

CALLSIGN  A8E13

M.M.S.I.  636090744

24 *

| DATE AND TIME UTC | STATION TO | STATION FROM | OPERATORS ACTIONS OR REMARKS | FREQUENCY, CHANNEL OR SATELLITE |
|---|---|---|---|---|
| 1700 | | φ=50°08'N λ=040°26'W | WEDNESDAY 19.05.2004 DAILY TEST CARRIED OUT. ALL GMDSS, RADIO EQUIP. & BATTERY TESTED & CHECKED AS PER INSTRUCTION. WORKING PROPER | |
| 1800 | | φ=49°25'N λ=044°01'W | THURSDAY 20.05.2004 DAILY TEST CARRIED OUT. ALL GMDSS, RADIO EQUIP. & BATTERY TESTED & CHECKED AS PER INSTRUCTION - WORKING PROPER | |
| 1700 | | φ=48°53'N λ=060°33'W | FRIDAY 21.05.2004 DAILY TEST CARRIED OUT. ALL GMDSS, RADIO EQUIP. & BATTERY TESTED & CHECKED AS PER INSTRUCTION. WORKING PROPER | |
| 1800 | | φ=40°31'N λ=072°24.3'W | SATURDAY 22.05.2004 DAILY TEST CARRIED OUT. ALL GMDSS, RADIO EQUIP. & BATTERY TESTED & CHECKED AS PER INSTRUCTION. WORKING PROPER | |
| 2230 | | NEW YORK | SUNDAY 23.05.2004 WEEKLY TEST CARRIED OUT. DSC, MF/HF TEST CALL NEW YORK MMSI 003669529, ACKNOWLEDGE. DSC VHF TEST CARRIED OUT. | |
| 2230 | | NEW YORK | MONDAY 24.05.2004 DAILY TEST CARRIED OUT. ALL GMDSS, RADIO EQUIP & BATTERY TESTED & CHECKED AS PER INSTRUCTION. WORKING PROPER | |
| 2100 | | NEWPORT NEWS | TUESDAY 25.05.2004 DAILY TEST CARRIED OUT. ALL GMDSS, RADIO EQUIP. & BATTERY TESTED & CHECKED AS PER INSTRUCTION. WORKING PROPER | |

NORASIA 0054