**EXHIBIT B**

**Deck Log Book of M.V "NORASIA ALYA"**

SATURDAY 22 MAY 2004 (Day and date)

| Time | Barometer hPa | Temperature Air °C | Temperature Sea °C | Relative humidity % | Present Weather ww | Wind Direction | Wind Force | Sea-scale | Swell | Ground track | Correction for drift | Correction for leeway | Var. or Gyro-A | Dev. or Sp. Err | Course steered Comp. | Helms-man | Magnetic compass heading | Log reading NM | Distance made good NM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0200 | 1018 | 10 | | | 10 | WSW | 3 | 2 | | 255 | | | -19 | -8 | 255 | A | 282 | | |
| 0400 | 1018 | 11 | | | 10 | WSW | 3 | 2 | | 270 | | | -17 | -8 | 270 | A | 295 | | 109 |
| 0600 | 1018 | 11 | | | 47 | WNW | 2 | 2 | | 270° | | | -17° | -7° | 270 | A | 294° | | |
| 0800 | 1017 | 11 | | | 47 | VAR | 2 | 2 | | 270° | | | -17° | -7° | 270° | A | 294° | | 89 |
| 10.00 | 1016 | 12 | | | 47 | S | 3½ | 2 | | 268 | | | -16 | -8 | 268 | A | 292 | | |
| 1200 | 1016 | 12 | | | 47 | S | 3½ | 2 | | 268° | | | -16 | -8 | 268 | A | 292 | | 89 |

Noon position latitude φ = 40°32'N    longitude λ = 071°27'W    Time at sea: 6 d 19 h 30 min; + time river / port passage  d  h  min

Day's run = 25 h 00 min  544 NM  Day's average speed 21.7 kn  Total distance: 3400 NM; + distance river to berth  NM

Clock setting = ~ 1 h 00 min    Total time difference = 4 h 00 min    Distance left 116 NM    Voyage Ø speed 20.8 kn

Chr error of UTC  h  min  s  daily rate  min  s  Current set and drift  -  °  NM

Fuel consumption 102.2 / 4.7 : lit.    Fuel balance: 2831.1 / 105.4

| Time | Barometer | Temp Air | Temp Sea | Hum | Weather | Wind Dir | Force | Sea | Swell | Ground track | Drift | Leeway | Var | Dev | Course | Helms | Magnetic | Log | Distance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1400 | 1015 | 15 | | | 47 | S | 3 | 2 | | 268 | | | -16 | -8 | 268 | A | 292 | | |
| 1600 | 1014 | 15 | | | 47 | S | 3 | 2 | | 268 | | | -15 | -8 | 268 | A | 291 | | 86 |
| 1800 | 1012 | 15 | | | 10/02 | S | 4 | 2 | | VSL ANCHORAGE N.Y HARBOUR ROAD. STB'D ANCHOR 5 SHACKLES | | | | | | | | | |
| 2000 | 1012 | 15 | | | 02 | S | 4 | 2 | | IN THE WATER | | | | | | | | | 30 |
| 2200 | 1012 | | | | 47 | E | 4 | 2 | | VSL AT ANCHOR WITH STBD ANCHOR. AT AMBROSE ANCHORAGE AREA | | | | | | | | | |

**Voyage No.** 413W **from** HAMBURG **towards** NEW YORK        3

Charterer voyage No. _____  | in port / roads of _____

| 21 Look out | 22 Roll period | 23 Nautical remarks and entries according, national and international rules and regulations; measures taken in the interest of sea-worthiness; safety of life at sea; care of cargo, safety of the vessel on environmental protection. | 24 Signature W.O. | 25 Compt. | 26 Port | 27 Stbd |
|---|---|---|---|---|---|---|
| A/B FECIAS | | 0100 SHIP'S CLOCKS RETARDED 1hour LST = UTC-4h. | | | | |
| | | 0200 φ=40°41.7'N   λ=066°31.4'W | | | | |
| | | 0330 φ=40°33.0'N   λ=067°13.5'W   A/C TO TC=270° | | | | |
| | | BEFORE WATCH CHANGE ALL CHECKED AS PER HANDING OVER OF WATCH. | | | | |
| | | 0400 φ=40°33.6'N   λ=067°27.6'W | Jank. | | | |
| OK VOSSGINGER | 0430 | 2/off Z. Jankowski during the watch was facing restricted visibility range below 0,1Nm. He ignored Master's orders and not informed Master. Master was not informed by watch officers from 0000–0430, that is restricted visibility | | | | |
| | | RESTRICTED VISIBILITY BELOW 1Nm MASTER ON THE BRIDGE | | Kowalsk | | |
| | | 0600 φ=40°33.8'N  λ=068°25.5W | | | | |
| | | 0740 at 'N' RACON LH  d=4.22Nm BEFORE WATCH CHANGE ALL CHECKED AS PER HANDING OVER OF WATCH | | | | |
| | | 0800 φ=40°34.0N λ=068°24.0W | Jank | 1 | 022 | 033 |
| | | 08.43 GPS: φ=40°36.3N  λ=069°46.1W A/C TO Tc=268° | | | | |
| | | RESTRICTED VISIB. LES 0.1Nm MASTER INFORMED/MASTER ON THE BRIDGE. | | | | |
| | | 1000 GPS: φ=40°39.1N  λ=070°22.4W | | 2 | 020 | 0.29 |
| | | BEFORE WATCH CHANGE ALL CHECKED AS PER HANDING OVER OF WATCH. | | | | |
| | | 1200 GPS: φ=40°31.1N  λ=071°30.1W | | 3 | 025 | 0.18 |

**Check of:**
Synchronized watches: OK     Domestic water consumption     t.   Wash water consumption     t.     Ballast water      t (tk:     )
Sound-signal equipment OK    Domestic water ballance       t:   Wash water ballance       t (tk:    ):  Feedwater ballance
Smoke detecting device OK
Gas detecting device:        Regulation lights exhibited from midnight till       from         till midnight
Emergency battery 27.7 V.    CHECKED ANCHORS AND CONTAINERS LASHING ALL FOUND IN GOOD ORDER
Passenger vessels:
avt. door lock deck main cross bulkheads,       Chief Mate      Master

| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|
| | | RESTRICTED VISIB. LES 0.1Nm – MASTER ON THE BRIDGE | | 4 | 033 | 0.18 |
| | | 1330 ALL CHECKED AS PER PRE-ARRIVAL CHECK LIST. | | | | |
| | | 1400 φ=40°38.5N  λ=072°21.3W | | 5 | 023 | 0.25 |
| | | 15.00 EMERGENCY FIRE DRILL CARRIED OUT | | | | |
| | | BEFORE WATCH CHANGE ALL CHECKED AS PER HANDING OVER OF WATCH. | | 6 | 053 | 050 |
| | | 1600 φ=40°29.1N  λ=073°16.5'W | Juk. | VS 1 | MT | MT |
| | | 16.30 1 HR NOTICE TO ENGINE ; | | 2 | MT | MT |
| | | 17.30 EOOP.  17.42 VSL AT ANCHOR B.=192.5 d=2.34 AMBROSE LH | | 3 | MT | MT |
| | | | | 4 | MT | MT |
| | | BEFORE WATCH CHANGE ALL CHECKED AS PER HANDING OVER OF WATCH | Jank | 5 | MT | MT |
| | | 2000 Br=192°  d=2.45Nm TO AMBROSE RACON LT | | | | |
| | | RESTRICTED VISIB. LES 0.1Nm  MASTER INFORMED. | | 6 | MT | MT |
| | | 22.00 Br=191°  d=2.36 TO AMBROSE RACON BUOY. | | 7 | MT | MT |
| | | VSL AT ANCHOR ON AMBROSE ANCHORAGE AREA ANCHOR HOLDING. | | | | |
| | | BEFORE WATCH CHANGE ALL CHECKED AS PER HANDING OVER OF WATCH | | 8 | MT | MT |
| | | WATCH VHF CH 16 | | | | |
| | | 24.00 GPS: φ=40°27.1N  λ=073°49.3W / Br=192°, d=2.38 AMBROSE RACON LT | | | | |