EXHIBIT D

GPS 1:05
ST.CONTOUR CHANGED
TRANSAS MARINE
LOCAL 12:25:05
22-05-04
CHART U12300
ADD INFO NORASIA
40°32.258N
71°34.240W
COG-P 269.0°
SOG-P 22.2kt
HDG-u 269.3°
LOG-u 22.1kt
ROUTE
WP
COURSE
XTE
BTW
DTW
TTG
ETA
NEW CRS
AHEAD
SHIP
ZOOM
SCALE
INFO
REVIEW
CHART
ROUTE
ADD INF
ERBL
ALARM
EVENT
TASK
LOGBOOK
ARPA
REPLAY
HELP
CONFIG
VECTORS FIXED
RANGE 13.89 nm
1: 75.000
DANGEROUS SCALE
DEPTHS IN METRES
Replay recorded tracks of ship and targets
<Shift>+<F4>
40°35N
40°30N

GPS 1:05
TRANSAS MARINE
LOCAL 12:26:05
22-05-04
CHART U12300
ADD INFO NORASIA
40°32.250N
71°34.720W
COG-P 268.0°
SOG-P 22.1kt
HDG-U 269.2°
LOG-U 22.1kt
ROUTE
WP
COURSE
XTE
BTW
DTW
TTG
ETA
NEW CRS
AHEAD
SHIP
ZOOM
SCALE
INFO
REVIEW
CHART
ROUTE
ADD INF
ERBL
ALARM
EVENT
TASK
LOGBOOK
ARPA
REPLAY
HELP
CONFIG
VECTORS FIXED
RANGE 13.89 nm
1: 75,000
DANGEROUS SCALE
DEPTHS IN METRES
Replay recorded tracks of ship and targets
<Shift>+<F4>
40°35N
40°30N

NORASIA 0197

NORASIA 0198

GPS 1:05
81.CONTOUR CHANGED
TRANSAS MARINE
LOCAL 12:29:10
22-05-04
CHART U12300
ADD INFO NORASIA
40°32.343N
71°36.200W
COG-p 275.0°
SOG-p 22.0kt
HDG-u 275.1°
LOG-u 22.2kt
ROUTE
WP
COURSE
XTE
BTW
DTW
TTG
ETA
NEW CRS
AHEAD
SHIP
ZOOM
SCALE
INFO
REVIEW
CHART
ROUTE
ADD INF
ERBL
ALARM
EVENT
TASK
LOGBOOK
ARPA
REPLAY
HELP
CONFIG
VECTORS FIXED
RANGE 13.89 nm
1: 75,000
DANGEROUS SCALE
DEPTHS IN METRES
Replay recorded tracks of ship and targets
<Shift>+<F4>
40°35N
40°30N

NORASIA 0199



NORASIA 0200

NORASIA 0201

NORASIA 0202

NORASIA 0203

NORASIA 0204

NORASIA 0205

NORASIA 0206

NORASIA 0207

NORASIA 0208

NORASIA 0209

NORASIA 0210

GPS 1:01
SF.CONTOUR CHANGED
TRANSAS MARINE
LOCAL 12:40:20
22-05-04
CHART U12300
ADD INFO NORASIA
40°33.179N
71°41.477W
COG-P 285.0°
SOG-P 22.4kt
HDG-U 285.1°
LOG-U 21.9kt
ROUTE
WP
COURSE
XTE
BTW
DTW
TTG
ETA
NEW CRS
AHEAD
SHIP
ZOOM
SCALE
INFO
REVIEW
CHART
ROUTE
ADD INF
ERBL
ALARM
EVENT
TASK
LOGBOOK
ARPA
REPLAY
HELP
CONFIG
VECTORS FIXED
RANGE 18.51 nm
1: 100.000
DANGEROUS SCALE
DEPTHS IN METRES
Replay recorded tracks of ship and targets
<Shift>+<F4>
13:00
NORASIA 0211

NORASIA 0212