













NORASIA 0219



