EXHIBIT E



NORASIA 1204

5



NORASIA 1206

6



NORASIA 1208

7