UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MICHAEL STEPSKI, KIRSTEN STEPSKI, Wife,
GEAL RODERICK AND BENJAMIN SCHOBER,

        Plaintiffs,

   -against-

The M/V NORASIA ALYA, her owners,
operators, etc., and MS "ALENA"
SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG,
PETER DOHLE SCHIFFAHRTS-KG,

        Defendants.

------------------------------------x

**PLAINTIFFS'**
**NOTICE OF MOTION**

06 Civil 1694
(KMK)

   **PLEASE TAKE NOTICE** that, upon the annexed exhibits, the accompanying Local Rule 56.1 Statement, the accompanying memorandum of law and all the prior pleadings and proceedings herein, the undersigned attorneys for plaintiffs will cross-move this Court before the Honorable Kenneth M. Karas, at the United States Courthouse, White Plains, New York for an order in favor of plaintiffs for the following relief:

   (1) Pursuant to Fed.R.Civ.P. Rule 56(e) for an order striking the affidavits of Richard Singleton, Michael Unger and the declaration of Maciej Kowalewski and certain of the annexed exhibits as set forth in plaintiffs' memorandum of law;

   (2) Pursuant to Fed.R.Civ.P. 56(d) for an order setting forth those material facts upon which there is no substantial controversy;

(3) Pursuant to Rule 56(g) for an order that defendants pay plaintiffs the reasonable expenses caused by plaintiffs' filing affidavits in bad faith and delay including reasonable attorneys' fees; and

(4) Pursuant to Fed.R.Civ.P. Rules 15 and 19 amending the complaint to join Niantic Fish, Ltd. as plaintiff;

(5) and for such other, further and different relief as the Court deems just and proper.

DATED: NEW YORK, NEW YORK
       February 17, 2009

Yours, etc.

THOMAS H. HEALEY, ESQ.
Attorney for Plaintiffs

BY: _____
Thomas H. Healey (THH-3093)
17 Battery Place - Suite 605
New York, New York 10004
(212) 943-3520

TO: BLANK ROME LLP
    Attorney for Defendants
    405 Lexington Avenue
    New York, New York 10174

    FREEHILL, HOGAN & MAHAR
    80 Pine Street
    New York, New York 10005