UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MICHAEL STEPSKI, KIRSTEN STEPSKI, Wife,           **PLAINTIFFS'**
GEAL RODERICK AND BENJAMIN SCHOBER,               **NOTICE OF MOTION**

      Plaintiffs,

  -against-

                06 Civil 1694
The M/V NORASIA ALYA, her owners,     (JSG)
operators, etc., and MS "ALENA"
SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG,
PETER DOHLE SCHIFFAHRTS-KG,

      Defendants.
------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the annexed exhibits, the accompanying memorandum of law and all the prior pleadings and proceedings herein, the undersigned attorneys for plaintiffs will move this Court before the Honorable James S. Gwin, at an United States Courthouse, for an order pursuant to Federal Rules of Evidence 702 for an in limine determination of the admissibility of the report and testimony of defendant's expert, Jay Bolton, and for such other, further and different relief as the Court deems just and proper.

DATED: NEW YORK, NEW YORK
   February 5, 2010

                Yours, etc.

                THOMAS H. HEALEY, ESQ.
                Attorney for Plaintiffs

            BY: _____
              Thomas H. Healey (THH-3093)
              17 Battery Place, Suite 605
TO: BLANK ROME LLP       New York, New York 10004
   Attorneys for Defendants   (212)943-3520
   405 Lexington Avenue
   New York, New York 10174

   FREEHILL, HOGAN & MAHAR
   80 Pine Street
   New York, New York 10005