# EXHIBIT B
# Geal Roderick Conversation Record

| **CONVERSATION RECORD** | | Time:<br>2000 hrs | Date:<br>22MAY04 |
|---|---|---|---|
| Type:   Visit     Telephone    X Conference | Incoming<br>Outgoing | Location of visit/conference<br>USCG AIRSTA CAPE COD, MA | |
| Name & title of person(s) contacted<br>Mr ▮▮▮▮ | Organization (office, dept, etc)<br>F/V AVA CLAIRE  (O.N. 547315)<br>42' FRP (sandwich const w/ balsa core)<br>Black Hull w/ White Superstructure<br>Power: CAT 0333; 210 Hp diesel engine | | Telephone #: |
| Subject: F/V AVA CLAIRE collision with unknown vessel, resulting in total loss of F/V AVA CLAIRE on 22MAY04 | | | |

Summary:
Met with contact following subject incident. Contact was a crewmember aboard the F/V AVA CLAIRE (O. N. 547315).
Present for the interview was self and CWO4 ▮▮▮▮

- Contact stated that vessel had been gill-netting for monk fish in Long Island Sound approx. 5 miles south of the "ranger wreck." And approx. 1 mile north of shipping lanes. Contact had entered loran-c coordinates of gear set as a waypoint into plotter, but was unable to recall exact position without chart.
- Contact stated that gear had been set in an east-west direction.
- Contact stated that crew began hauling gear from the west end working to the east.
- Contacted stated that a radar contacted had been identified, but it was believe to be another fishing vessel, as it was remaining approximately 3 miles off and indicated no track of relative motion.
- Crew had just completed hauling first string of gear and was beginning second string, when a contact was noticed on the radar.
- Contact indicated that the operator ran to the pilothouse to maneuver the vessel, but did not have time, nor could the vessel get free of the gear.
- Contact reported that a large ship struck the vessel in proximity of the pilot. Contact thought that operator was dead based on the location of the impact. Vessel was cut into two pieces.
- Contact reported the ship as having a blue hull, with a white superstructure, and red bottom paint.
- Contact reported seeing containers on deck, approximately 3 high on deck.
- Contact described the ship as being fitted with a free fall life boat positioned at an angle on the stern of the ship.
- Contact estimated the ship to be 600 – 700 feet in length, with approximately 30 – 40 feet to the deck edge.
- Contact estimated the speed of the vessel to be 18 – 20 kts.
- Contact stated that visibility was low approximately 100 yards and that seas were calm.
- Contact did not report hearing any type of vessel sound signals.

- Contact stated that he had been working his entire life on small commercial fishing vessels. This trip was his 5th trip on subject vessel, but works on others as well.

- Contact reported that he did not use alcohol or drugs and that he was not aware of any drug use on board the vessel.
- Contact reported that crewmember ▮▮▮▮ consumed a couple of beers while they waited in the liferaft.

- BAC of contact was ▮▮▮ as registered on breath alcohol test conducted by trained personnel from CG Station Cape Cod Canal.

- Contact was informed that he would be required to submit to a chemical test by his marine employer as required by 46 CFR 4.06. Arrangements for chemical testing, at a collection site in New Bedford, MA, were made by CWO ▮▮
- Contact was informed that a $5,000 civil penalty would be issued to anyone who fails provide a sample or obstructs the chemical testing process.

| Action Required: | | | EXHIBIT<br>16 |
|---|---|---|---|
| Name person documenting conversation<br>▮▮▮▮ | Signature<br>▮▮▮▮ | Date<br>22MAY04 | |
| Action Taken: | | | |
| Signature | Title | Date | |