# EXHIBIT E
# Geal Roderick Statement

May 22 04 11:19p

P.9

I ▮▮▮▮ was Signing on the Aunt Clare in May 22, 2004 when at about 11:00 Am while Hauling Seat at 14,700 / 46,300. The Boat was hit on the starboard Side by a cantaner Ship. Just about the hauling station. The cantaner ship had a blue Hull and white superstracer

