# EXHIBIT F
# Benjamin Schober Statement

May 22 04 11:19p

p.8

▮ WAS WORKING ON A FISHING BOAT NAMED THE ANA CLAIRE ON SATURDAY MAY 22, 2004. SUDDENLY THE VESSEL WAS HIT ON THE FORWARD STARBOARD SIDE. WE WERE HEADING SOUTH, BUT MAY HAVE BEEN SOUTHEAST OR SOUTHWEST. THE VESSEL WAS BASICALLY CUT IN HALF BY A SOUTH BOUND CONTAINER SHIP WHICH WAS MASSIVE IN SIZE AND TRAVELLING AT A VERY FAST PACE.

THE BOAT'S LIFE BOAT INFLATED AUTOMATICALLY AND WE GOT INTO THE LIFE BOAT AS QUICKLY AS POSSIBLE. CAPTAIN ▮ SWAM UNDER THE FORWARD HATCH AND RETRIEVED 3 SURVIVAL SUITS. WE PUT OUR SUITS ON AND BEGAN PADDLING THROUGH WRECKAGE LOOKING FOR A COMPASS, THE EPIRB OR ANYTHING USEFUL OR EDIBLE. AFTER A REASONABLY SHORT WHILE WE WERE RESCUED BY COAST GUARD HELICOPTER AND RETURNED TO CAPE COD.



EXHIBIT 14
11/10/06 AF