# EXHIBIT G
## USCG Investigation Report



# UNITED STATES COAST GUARD

## REPORT OF INVESTIGATION INTO THE CIRCUMSTANCES SURROUNDING THE INCIDENT INVOLVING
## AVA CLAIRE v. NORASIA ALYA:  COLLISION

## ON 05/22/2004



MISLE ACTIVITY NUMBER: 2075521
ORIGINATING UNIT: GROUP/MSO LONG ISLAND SOUND
MISLE ACTIVITY OWNER: COMMANDANT (G-MRI)
MISLE ACTIVITY CONTROLLER: COMMANDANT (G-MRI)
MISLE CASE NUMBER: 175822

Report of Investigation

## I. INCIDENT BRIEF

On 22 May 2004 the F/V AVA CLAIRE was involved in a collision with an unidentified merchant vessel approximately 30 NM SSW of Montauk Point, Long Island, New York while working fishing gear. The three crewmembers from the AVA CLAIRE were forced to abandon their vessel, which had been cut in two. The crew was able to enter their life raft. The 406 EPIRB was automatically activated. The crew was rescued by a CG helicopter.

See Correspondence #48788 for the Investigating Officer's report.

## II. EXECUTIVE SUMMARY

### Incident Summary

On 22 May 2004 the F/V AVA CLAIRE was involved in a collision with an unidentified merchant vessel approximately 30 NM SSW of Montauk Point, Long Island, New York while working fishing gear. The three crewmembers from the AVA CLAIRE were forced to abandon their vessel, which had been cut in two. The crew was able to enter their life raft. The 406 EPIRB was automatically activated. The crew was rescued by a CG helicopter.

See Correspondence #48788 for the Investigating Officer's report.

Incident Involved:    Marine Casualty, Reportable
                      Discharge of Oil

This incident resulted in a discharge or substantial threat of discharge of oil. This report does not limit the discretion of the Director, NPFC, to determine facts, rights and liabilities with respect to any claims, submitted to or by the NPFC, for removal costs and damages under the Oil Pollution Act of 1990.

Level of Investigation: Data Collection
IMO Classification: Routine
USCG Classification: Routine
Was this a Serious Marine Incident? Yes
Was a Marine Board Convened by Commandant? No

### Personnel Casualty Summary

Total Missing = 0
Total Dead = 0
Total Injured = 0
Total at Risk, Not Injured = 3
Total People at Risk = 3
Other Personnel (Not at Risk) = 22

### Vessel(s) Status Summary

2

Report of Investigation

Actual Total Loss(es) = 1
Total Constructive Loss, Salvaged = 0
Total Constructive Loss, Unsalvaged = 0
Damaged = 0
Undamaged = 3

## Property Damage Summary/Total Damage

Vessel(s) = $100000*
Cargo = $10000*
Facility(s) = $
Other = $

* Includes estimates

## Waterway Mobility Summary

Vessel Delays (including speed restrictions): None

## III. ACTIONS IN RESPONSE TO THIS REPORT

### Actions on Recommendations

### Safety Alerts

## IV. FINDINGS OF FACT

### Subjects of the Investigation

**Vessels.** The following vessels were subjects of this investigation. Particulars for each vessel follow.

| | |
|---|---|
| Vessel Name: | AVA CLAIRE |
| Flag: | United States of America |
| Vessel Identification Number: | 547315 |
| Call Sign: | WYS3103 |
| Status: | Actual Total Loss |
| Role: | Involved in a Marine Casualty |
| Vessel Class, Type, Sub-Type: | Fishing Vessel, Fish Catching Vessel, Gill-netter |
| Gross Tonnage(GRT): | |
| Net Tonnage(NRT): | |
| Deadweight Tons: | |
| Length: | |
| Home/Hailing Port: | |
| Keel Laid Date: | |
| Delivery Date: | |
| Place of Construction: | NEWINGTON, NH, UNITED STATES |

Report of Investigation

| | |
|---|---|
| Builder Name: | BRUNO & STILLMAN, INC |
| Propulsion: | |
| Horsepower: | |
| Master: | |
| Classification Society: | |
| Owner: | ███████████ |

NIANTIC FISH LLC
140 Four Mile River Road
Old Lyme, CT, 06371
US

Operator: ███████████

Inspection Subchapter:
Most Recent Vessel Inspection Activity:

| | |
|---|---|
| Vessel Name: | GULD FALK |
| Flag: | ITALY |
| Vessel Identification Number: | 9263708 |
| Call Sign: | IBGD |
| Status: | Undamaged |
| Role: | Sighted in Area |
| Vessel Class, Type, Sub-Type: | Tank Ship, Petroleum Oil Tank Ship, Oil Products Tank Ship |
| Gross Tonnage(GRT): | 28238 |
| Net Tonnage(NRT): | 12400 |
| Deadweight Tons: | |
| Length: | 604 |
| Home/Hailing Port: | |
| Keel Laid Date: | 04/28/2003 |
| Delivery Date: | 09/29/2003 |
| Place of Construction: | , , SOUTH KOREA |
| Builder Name: | |
| Propulsion: | |
| Horsepower: | |
| Master: | |
| Classification Society: | |
| Owner: | L.G.R. di NAVIGAZIONE S.P.A. LARGO VASTO a CHIAIA, 82 NAPOLI, , 80121 ITALY, IT |

| Report of Investigation | |
|---|---|
| Operator: | A/S DAMPSKIBSSELSKABET TORM |
| | MARINA PARK |
| | SUNDKROGSGADE 10 |
| | DK-2100 |
| | COPENHAGEN Ø, , 1060 |
| | DENMARK, DA |

Inspection Subchapter:
Most Recent Vessel Inspection Activity:

| Vessel Name: | NORASIA ALYA |
|---|---|
| Flag: | LIBERIA |
| Vessel Identification Number: | 9237486 |
| Call Sign: | A8EI3 |
| Status: | Undamaged |
| Role: | Involved in a Marine Investigation (non-casualty) |
| Vessel Class, Type, Sub-Type: | General Dry Cargo Ship, Container Ship, General |
| Gross Tonnage(GRT): | |
| Net Tonnage(NRT): | |
| Deadweight Tons: | 41748 |
| Length: | 723.2 |
| Home/Hailing Port: | |
| Keel Laid Date: | 07/28/2003 |
| Delivery Date: | 02/17/2004 |
| Place of Construction: | , SZCZECIN, POLAND |
| Builder Name: | STOCZNIA SZCECINSKA NOWA, POLAND |
| Propulsion: | |
| Horsepower: | |
| Master: | |
| Classification Society: | GERMANISCHER LLOYD |
| Owner: | REDEREI PETER DOHLE SCHIFFAHRTS KG |
| | PALMAILLE 33 22767 |
| | HAMBURG, GM |
| | SCHIFFAHRTS, GESELLSCHAFT-WUMME MBH & CO KG |

Operator:
Inspection Subchapter:
Most Recent Vessel Inspection Activity:

| Vessel Name: | PODRAVINA |
|---|---|
| Flag: | PANAMA |

Report of Investigation

| | |
|---|---|
| Vessel Identification Number: | 9171321 |
| Call Sign: | 3FHR9 |
| Status: | Undamaged |
| Role: | Sighted in Area |
| Vessel Class, Type, Sub-Type: | Tank Ship, Chemical Tank Ship, Oil & Chemical Tank Ship |
| Gross Tonnage(GRT): | 7617 |
| Net Tonnage(NRT): | 6094 |
| Deadweight Tons: | 44577 |
| Length: | 183.4 |
| Home/Hailing Port: | |
| Keel Laid Date: | 10/27/1997 |
| Delivery Date: | 05/27/1999 |
| Place of Construction: | , , CROATIA |
| Builder Name: | |
| Propulsion: | Diesel Direct |
| Horsepower: | 11200 |
| Master: | |
| Classification Society: | |
| Owner: | PODRAVINA SHIPPING, INC. CALLE ELVIRA MENDEZ 10, EDIFICIO DEL BANCO DE BRAZIL, PANAMA CITY, , PM |
| Operator: | SOCIEDAD NAVIERA ULTRAGAS LTDA MONEDA 970, 20TH FLOOR PO BOX 193-D<br><br>SANTIAGO, CI |
| Inspection Subchapter: | |
| Most Recent Vessel Inspection Activity: | 1832198, 07/03/2003 1:23:00 PM |
| Current Certificate of Compliance: | Issued on 07/09/2001, by Sector New Orleans |

**Facilities.** The following facilities were subjects of this investigation. Particulars for each facility follow.

**Parties and Organizations.** The following people and organizations were subjects of this investigation.

| | |
|---|---|
| Status: | Not at Risk |
| Role: | Subject of Investigation |
| Gender: | M |
| Age: | |
| SSN: | |
| Birth Date: | |
| Email Address: | |

6

Report of Investigation

Phone Number():
Address():
Comments:

███████████████████████

Status:                              At Risk, Not Injured
Role:                                Subject of Investigation
Gender:                              M
Age:
SSN:                                 ████████
Birth Date:
Email Address:
Phone Number():
Address(Home/Primary Residence):    ██████████████████████

Comments:

███████████████████████

Status:                              At Risk, Not Injured
Role:                                Subject of Investigation
Gender:                              M
Age:
SSN:
Birth Date:
Email Address:
Phone Number(Home):
Address(Home/Primary Residence):    ██████████████████

Comments:

███████████████████████

Status:                              At Risk, Not Injured
Role:                                Subject of Investigation
Gender:                              M
Age:
SSN:
Birth Date:
Email Address:
Phone Number():
Address(Home/Primary Residence):    ██████████████████████

Comments:

7

Report of Investigation

**Drug and Alcohol Testing.** The following people have been determined by the Coast Guard, Law Enforcement Personnel, and/or the Marine Employer to have been directly involved in a Serious Marine Incident as defined in 46 CFR 4.03-2:

　　　　　　　　　　　　　; Subject of Investigation
　　　　　　　　　　　　Subject of Investigation
　　　　　　　　　　　　　; Subject of Investigation

**Response Resources.** The following incident response resources were subjects of this investigation.

| Resource Name: | HH60J - 6032 |
| Resource ID: | 6032 |
| Kind: | Aircraft (Helicopter) |
| Sub-Kind: | |
| Type: | |

| Resource Name: | HH60J - 6032 |
| Resource ID: | 6032 |
| Kind: | Aircraft (Helicopter) |
| Sub-Kind: | |
| Type: | |

| Resource Name: | MLB47 - 47279 |
| Resource ID: | 47279 |
| Kind: | Vessels |
| Sub-Kind: | Other |
| Type: | |

| Resource Name: | UTM - 270502 |
| Resource ID: | 270502 |
| Kind: | Vessels |
| Sub-Kind: | Other |
| Type: | |

| Resource Name: | WPB - 87328 |
| Resource ID: | 87328 |
| Kind: | Vessels |
| Sub-Kind: | |
| Type: | |

**Other Subjects.** The following were subjects of this investigation.

**Waterway Segment(s).** The following waterway segment(s) were subjects of this investigation.

ATLANTIC DEEP WATER SPINE
　　　Role: Location
　　　Local Name: Segment #5

8

| Report of Investigation |
| --- |

Description: Atlantic Ocean.  ATLANTIC DEEP WATER SPINE

## **Incident Information**

**Location(s).**

| Description | Latitude | Longitude |
| --- | --- | --- |
| Atlantic Ocean: ATLANTIC DEEP WATER SPINE | 40 32.0 N | 071 41.7 W |
| Aboard Vessel: AVA CLAIRE: Atlantic Ocean: ATLANTI | 40 32.0 N | 071 42.0 W |
| ATLANTIC DEEP WATER SPINE | 40 32.5 N | 071 40.4 W |
| ATLANTIC DEEP WATER SPINE | 41 31.8 N | 071 40.1 W |
| ATLANTIC DEEP WATER SPINE | 40 32.0 N | 071 39.0 W |
| | 40 25.8804 N | 073 20.0694 W |
| Aboard Vessel: AVA CLAIRE: ATLANTIC DEEP WATER SPI | | |

**Sequence of Events.**

05/22/2004 13:00:00 to 05/22/2004 16:30:00 (Estimated): Gear was set on the bottom oriented east/west on LORAN-C TDYs 14610, 14608 and 14606 approximately 30 NM SSE of Montauk Point.

Action Type:       Deck Operations - Fishing Operations
Action Class:      Set, retrieve, and handle fishing gear
Location:  Known; US Waters
         Description: Aboard Vessel: AVA CLAIRE: Atlantic Ocean: ATLANTI
         Latitude: 40 32.0 N       Longitude: 071 42.0 W

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ███████████ | Party | At Risk, Not Injured | Subject of Investigation |

Details Filed: Detail Description
         ████, the owner/operator of the F/V AVA CLAIRE, was operating the hauler while they were working the nets prior to the collision.

| | | | |
| --- | --- | --- | --- |
| ███████ | Party | At Risk, Not Injured | Subject of Investigation |

Details Filed: Detail Description
         ████, a crew member on the F/V AVA CLAIRE, was working the nets at the time of the collision.

| | | | |
| --- | --- | --- | --- |
| ██████████ | Party | At Risk, Not Injured | Subject of Investigation |

Details Filed: Detail Description
         ████, a crew member on the F/V AVA CLARIE, was working the nets at the time of the collision.

| Report of Investigation |
| --- |

05/22/2004 13:00:00 to 05/22/2004 16:30:00 (Estimated):

Condition Class:   Marine Environment
Condition Type:   Marine Environment
Subject Type:
Location:  Known; US Waters
      Description: Atlantic Ocean: ATLANTIC DEEP WATER SPINE
      Latitude: 40 32.0 N     Longitude: 071 41.7 W

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ATLANTIC DEEP WATER SPINE | Waterway | | Location |

Details Filed: Marine Environment Details
  Weather Conditions:

|  | Weather Forecast | Actual Weather |
| --- | --- | --- |
| Conditions | | |
| Wind Speed: | | 2 Knots |
| Wind Direction: | | 0 |
| Wind Gusts: | | Knots |
| Ceiling: | | 100 Feet |
| Sky Conditions: | | Sky obscured |
| Air Temperature: | | ° F |
| Weather/Precipitation: | | Drizzle |
| Visibility/Precipitation: | | Fog |
| Visibility: | | 0 nm |
| Precipitation (24 hr period): | | |
| Sea Level Pressure: | | Millibars |

Weather a Forecast Obtained:
Date/Time Obtained:
Source of Forecast:
How were Conditions Predicted:
Weather Forecast Error:    No

Water Conditions:

|  | Water Forecast | Actual Water Conditions |
| --- | --- | --- |
| Water Temperature: | | ° F |
| Water Depth/River Stage: | | (Feet above MLLW) |
| Tide: | | |
| Tidal Current Speed: | | Knots |
| Tidal Current Direction: | | |
| River Current Speed: | | Knots |
| River Current Direction: | | |
| Ice Coverage: | | % |
| Character of Ice: | | |
| Wave Height: | | 1 feet |
| Wave Direction: | | |
| Wave Period: | | seconds |
| Swell Height: | | feet |
| Swell Direction: | | |
| Swell Period: | | seconds |
| Warnings in Effect: | | None |

Was a Water Forecast Obtained:

Report of Investigation

Date/Time Obtained:
Source of Forecast:
Water Forecast Error:
Latent Unsafe Condition:          No

05/22/2004 13:00:00 to 05/22/2004 16:30:00 (Estimated): Vessel was not sounding sound signals IAW 72 COLREGS when operating in an area of restricted visibility.

Condition Class:  Policy, Procedures, or Regulations
Condition Type:  Policy, Regs, and Procedures Condition
Subject Type:    Regulations
Location:  Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
|------|------|--------|------|
| AVA CLAIRE | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Policy/Regs/Procedures Condition

ISM Code Data
Does the ISM Code apply to the Vessel:                       No
Safety Management System (SMS) implemented:              No

ISO 9000 Data
Does ISO 9000 apply to the Vessel:                           No
Quality Management System (QMS) implemented:            No

ISO 14000 Data
Does ISO 14000 apply to the Vessel:                          No
Environmental Management System (EMS) implemented:   No

Policies/Procedures that Do Not Exist
Explanation of Nonexistence:
Major Nonconformity:   No

Policies/Procedures that Are Not Aboard
Explanation why Not Aboard:
Major Nonconformity:   No

Policies/Procedures/Law/Regulation that is Present but Inadequate
Law/Regulation:              Yes
Name:                        COLREGS Rule 35 - Sound Signals in Restricted Visi
Effective Date:
ISM Policy:                  No
ISO 9001 Policy:             No
Issued By:
Policy Nature:
Reason Inadequate:           Sound signals were not being sounded as required when in an area of reduced visibility.

Policies/Procedures/Law/Regulation that is Present and Adequate

Latent Unsafe Condition:  No

11

Report of Investigation

05/22/2004 13:00:00 to 05/22/2004 16:30:00 (Estimated): Vessel not fitted with a Category I float free EPIRB; EPIRB on board was a Category II.

Condition Class: Vessel, Facility, Equipment, Gear, or Cargo
Condition Type: Vessel Material/Equipment Condition
Subject Type: Communications
Location: Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| AVA CLAIRE | Vessel | Actual Total Loss | Involved in a Marine Casualty |

· Details Filed: Material/Equipment Deficiency

| | |
|---|---|
| Item #: | 001 |
| Date Issued: | 05/22/2004 |
| System: | Communications |
| Sub-System: | Radio Communications |
| Component: | EPIRB |
| Not Available for Inspection: | Yes |
| Voluntary Exam Recommendation: | No |
| Grounds for Detention: | No |
| Failure: | No |
| Cause: | |
| Details: | Installed EPIRB was a Category II; vessel required to be |

fitted with a Category I EPIRB.

| | |
|---|---|
| Cite: | 46CFR25.26-5(a) |

Requirement/Resolution

| | |
|---|---|
| Due Date: | 05/22/2004 and/or |
| Resolved/Correct: | Yes |
| Date Resolved: | 05/22/2004 |
| Resolution: | Vessel was a total loss. |

05/22/2004 16:30:00 to 05/22/2004 16:30:00 (Estimated): Vessel reported by crew of the AVA CLAIRE to not have been sounding signals as required when operating in an area reduced visibility.

Condition Class: Policy, Procedures, or Regulations
Condition Type: Policy, Regs, and Procedures Condition
Subject Type: Regulations
Location: Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| NORASIA ALYA | Vessel | Undamaged | Involved in a Marine Investigation (non-casualty) |

Details Filed: Policy/Regs/Procedures Condition
ISM Code Data

| | |
|---|---|
| Does the ISM Code apply to the Vessel: | No |
| Safety Management System (SMS) implemented: | No |

12

Report of Investigation

    ISO 9000 Data
        Does ISO 9000 apply to the Vessel:            No
        Quality Management System (QMS) implemented:    No

    ISO 14000 Data
        Does ISO 14000 apply to the Vessel:           No
        Environmental Management System (EMS) implemented:    No

    Policies/Procedures that Do Not Exist
        Explanation of Nonexistence:
        Major Nonconformity:  No

    Policies/Procedures that Are Not Aboard
        Explanation why Not Aboard:
        Major Nonconformity:  No

    Policies/Procedures/Law/Regulation that is Present but Inadequate
        Law/Regulation:         Yes
        Name:                COLREGS Rule 35 - Sound Signals in Restricted Visi
        Effective Date:
        ISM Policy:             No
        ISO 9001 Policy:        No
        Issued By:
        Policy Nature:
        Reason Inadequate:      Vessel reported to not be sounding signals as requried when
        operating in an area of reduced visibility.

    Policies/Procedures/Law/Regulation that is Present and Adequate

    Latent Unsafe Condition: No

05/22/2004 16:30:00 to 05/22/2004 16:35:00 (Estimated):

Event Type:      Collision
Event Class:     Crossing
Event Subclass:  Full Control
Location: Known; US Waters
      Description: Atlantic Ocean: ATLANTIC DEEP WATER SPINE
      Latitude: 40 32.0 N      Longitude: 071 41.7 W

Subject(s) and Details:

| Name | Type | Status | Role |
|------|------|--------|------|
| AVA CLAIRE | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Collision Details
    Location of Impact:        Starboard Midships
    Above/Below WaterLine:    Above
    Vessel Course:           0 True
    Vessel Speed:           2 Knots
    Steering Functional:       Fully
    Propulsion Functional:     Fully
    Fuel On Board:          Diesel Gallon
    Cargo On Board:
        **Cargo Name**           **Quantity**

Report of Investigation

Additional Information: Vessel was working a sinking gill net set when it was struck.
NORASIA ALYA      Vessel      Undamaged      Involved in a Marine
Investigation (non-
casualty)

Details Filed: None

05/22/2004 16:31:00 to 05/22/2004 16:31:00 (Estimated):

Event Type:      Material Failure (Vessels)
Event Class:      Construction/Loadline
Event Subclass:
Location: Known; US Waters
      Description: Atlantic Ocean: ATLANTIC DEEP WATER SPINE
      Latitude: 40 32.0 N      Longitude: 071 41.7 W

Subject(s) and Details:

| Name | Type | Status | Role |
|------|------|--------|------|
| AVA CLAIRE | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Material/Equipment Failure

| System: | Construction/Loadline |
|---------|----------------------|
| Sub-System: | Hull |
| Component: | Keel |
| Failure: | Yes |
| Category: | Catastrophic Failure |
| Details: | Ava Claire was split into two parts when it collided with the |
| frieght vessel. Keel broken. | |
| Cite: | |

Equipment Approval Information
      Q-Number:
      Manufacturer:
      Serial No:
      Year Built:
      Description:

05/22/2004 16:32:00 to 05/22/2004 16:32:00 (Estimated):

Event Type:      Flooding
Event Class:      Progressive - out of control
Event Subclass:
Location: Known; US Waters
      Description: Atlantic Ocean: ATLANTIC DEEP WATER SPINE
      Latitude: 40 32.0 N      Longitude: 071 41.7 W

Subject(s) and Details:

| Name | Type | Status | Role |
|------|------|--------|------|
| AVA CLAIRE | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Flooding Details

| Report of Investigation |
|---|

|  |  |
|---|---|
| Initial Source: | Damage to Hull |
| Area Submerged: | Midships of vessel |
| Route of Water into Vessel: | Vessel was split into two parts.  Water ingressed |
| through all open spaces. | |
| | |
| Subdivision Standard: | |
| Watertight Subdivisions Intact: | Intact |
| | |
| Watertight Doors Fitted: | No |
| | |
| Were High Level Alarms Fitted: | No |

05/22/2004 16:35:00 to 05/22/2004 16:35:00 (Estimated):

Event Type:    Abandonment
Event Class:    Forced
Event Subclass:
Location:  Known; US Waters
            Description: Atlantic Ocean: ATLANTIC DEEP WATER SPINE
            Latitude: 40 32.0 N        Longitude: 071 41.7 W

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| AVA CLAIRE | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Lifesaving Details
Lifesaving Equipment Summary
** Summary Information Pulled From Vessel Referential Information on 07/07/2004 **

| Primary Equipment | Quantity | Capacity |
|---|---|---|
| Rescue Boats | *** | *** |
| Inflatable Rafts | *** | *** |
| Life Floats: | *** | *** |
| Workboats: | *** | *** |
| Motor Lifeboats: | *** | *** |
| Lifeboats w/Radio: | *** | *** |
| | | |
| Lifeboats (Port) | *** | *** |
| Lifeboats (Starboard) | *** | *** |
| Lifeboats (Total) | *** | *** |

Note: *** indicates no data available in Vessel Referential Information

| Required Equipment | Required | Used |
|---|---|---|
| Ring Buoys (Total): | *** | 0 |
| Ring Buoys w/Lights: | *** | 0 |
| Ring Buoys w/Line: | *** | 0 |
| Ring Buoys w/Smoke Signal: | *** | 0 |
| Ring Buoys (Other): | *** | 0 |
| Life Preservers (Adult): | *** | 0 |
| Life Preservers (Child): | *** | 0 |
| Immersion Suits: | *** | 0 |
| Anti-Exposure Suits: | *** | 0 |
| Thermal Aids: | *** | 0 |
| Portable Lifeboat Radios: | *** | 0 |
| Qualified Radio Operator: | *** | 0 |

| Report of Investigation | | |
|---|---|---|
| EPIRB: | *** | 0 |
| Lifesaving Person Support: | *** | 0 |

Note: *** indicates no data available in Vessel Referential Information

| Miscellaneous Equipment | On Hand | Used |
|---|---|---|
| Self Righting Partially Enclosed Lifeboat (Port): | *** | 0 |
| Self Righting Partially Enclosed Lifeboat (Starboard): | *** | 0 |
| Total Enclosed Lifeboat (Port): | *** | 0 |
| Totally Enclosed Lifeboat (Starboard): | *** | 0 |
| Self Contained Air Support Lifeboat (Port): | *** | 0 |
| Self Contained Air Support Lifeboat (Starboard): | *** | 0 |
| Fire Protected Lifeboat (Port): | *** | 0 |
| Fire Protected Lifeboat (Starboard): | *** | 0 |
| Marine Evacuation Systems: | *** | 0 |
| Equipment for People: | *** | 0 |

Note: *** indicates no data available in Vessel Referential Information

Evacuation Summary

| | |
|---|---|
| Number of People on Board: | 3 |
| Number Abandoning Vessel: | 3 |
| Number Using Liferafts/Lifesaving Equipment: | 0 |
| Number Using Evacuation Systems: | 0 |
| Number Directly to Other Vessel/Platform: | 0 |
| Number Entering Water w/o Lifesaving Equipment: | 3 |
| Number Using Means Not Listed Above: | 0 |

Evacuation Description: Crew did not have time to locate/don immersion suits, deploy the EPIRB or launch the liferaft prior to being forced to enter the water after the vessel was cut in half.

Equipment Used

| | |
|---|---|
| Equipment Type: | Lifefloats |
| Equipment Description: | 6 person liferaft |
| Required/Supplemental: | Required |
| Location: | On top of pilot house. |
| Securing Method: | Hydrostatic Release and Weak Link |
| Approved: | No |
| Tested: | No |
| Serviced: | Yes |
| Available: | Yes |
| Used: | Yes |
| Number of People Using: | 3 |
| Used to Capacity: | Yes |
| Used Properly: | Yes |
| Deployed Correctly: | Yes |
| Damaged During Use: | Unknown |
| Failed During Use: | No |

05/22/2004 16:36:00 to 05/22/2004 16:38:00 (Known): Aft portion of vessel sunk after vessel was cut in two by force of collision.

| | |
|---|---|
| Event Type: | Sinking |
| Event Class: | Damage Control Efforts Not Possible |

16

Report of Investigation

Event Subclass:
Location: Known; US Waters
    Description: Atlantic Ocean: ATLANTIC DEEP WATER SPINE
    Latitude: 40 32.0 N   Longitude: 071 41.7 W

Subject(s) and Details:

| Name | Type | Status | Role |
|------|------|--------|------|
| AVA CLAIRE | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Detail Description
 The fishing vessel AVA CLAIRE was struck by a container ship and cut in half. The aft section of the fishing vessel sank immediately; the bow floated until it sank a day later.

05/22/2004 16:37:00 to 05/22/2004 16:37:00 (Known): Initial EPIRB alert; reported to CGD1 at 1241Q/1641Z.

Event Type:  Emergency Response
Event Class:  Search and Rescue
Event Subclass:
Location: Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
|------|------|--------|------|
| AVA CLAIRE | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Detail Description
 Initial EPIRB hit received from F/V AVA CLAIRE.

05/22/2004 16:38:00 to 05/22/2004 20:00:00 (Known): Fuel oil discharged into Atlantic Ocean when AVA CLAIRE sank.

Event Type:  Damage to the Environment
Event Class:  Oil Discharge
Event Subclass: Fuel/bunker
Location: Known; US Waters
    Description: ATLANTIC DEEP WATER SPINE
    Latitude: 40 32.5 N   Longitude: 071 40.4 W

Subject(s) and Details:

| Name | Type | Status | Role |
|------|------|--------|------|
| AVA CLAIRE | Vessel | Actual Total Loss | Involved in a Marine Casualty |

Details Filed: Discharge Details
 Substance Name:      Oil: Diesel
   Potential Volume/Amount:   250 Gallon (estimated)
   Potential Only:      No

   Discharge/Released Amount:  100 Gallon (estimated)
   Situation:       Point-source one-time discharge
   Impacted Medium and Amount:

17

| Report of Investigation |
| --- |

Water                                    100 (estimated)
Circumstances/Means Halted:

Not Discharged/Released Amount: 150 Gallon (estimated)
Method Contained/Accounted For:

05/22/2004 16:39:00 to 05/22/2004 16:39:00 (Known): First calculated EPIRB position (91% prob); reported to CGD1 at 1258Q/1658Z.

Event Type:   Emergency Response
Event Class:   Search and Rescue
Event Subclass:
Location:  Known; US Waters
        Description: Atlantic Ocean: ATLANTIC DEEP WATER SPINE
        Latitude: 40 32.0 N        Longitude: 071 41.7 W

Subject(s) and Details:
    Name      Type   Status Role
    AVA CLAIRE              Vessel        Actual Total Loss      Involved in a Marine
                                                                Casualty
    Details Filed: Detail Description
        First calculated EPIRB position reported to CGD1 for F/V AVA CLAIRE.

05/22/2004 17:06:00 to 05/22/2004 17:06:00 (Known): Second calculated EPIRB position (99% prob); reported CGD1 at 1320Q/1720Z.

Event Type:   Emergency Response
Event Class:   Search and Rescue
Event Subclass:
Location:  Known; US Waters
        Description: ATLANTIC DEEP WATER SPINE
        Latitude: 40 32.5 N        Longitude: 071 40.4 W

Subject(s) and Details:
    Name      Type   Status Role
    AVA CLAIRE              Vessel        Actual Total Loss      Involved in a Marine
                                                                Casualty
    Details Filed: Detail Description
        Second calculated EPIRB location received at CGD1 for F/V AVA CLAIRE.

05/22/2004 17:45:00 (Known): HH60J 6032 CG AIRSTA CAPE COD Launched

Action Class: Resource Action
Sub-Type:     Resource Dispatched/Launched
Location:

Subject(s) and Details:
    Name      Type   Status Role

18

Report of Investigation

      HH60J - 6032         Resource
      Details Filed: None

05/22/2004 17:52:00 to 05/22/2004 17:52:00 (Known): Third calculated EPIRB position (87% prob); reported at 1808Z

      Event Type:   Emergency Response
      Event Class:   Search and Rescue
      Event Subclass:
      Location:  Known; US Waters
               Description: ATLANTIC DEEP WATER SPINE
               Latitude: 41 31.8 N      Longitude: 071 40.1 W

      Subject(s) and Details:
         Name     Type   Status Role
         AVA CLAIRE      Vessel     Actual Total Loss    Involved in a Marine
                                                          Casualty
      Details Filed: Detail Description
        Third calculated EPIRB position recived at CGD1 for F/V AVA CLAIRE.

05/22/2004 18:30:00 (Known): HH60J 6032 CG AIRSTA CAPE COD On Scene at 221830Z MAY 04

      Action Class:  Resource Action
      Sub-Type:     Resource On-scene
      Location:

      Subject(s) and Details:
         Name     Type   Status Role
         HH60J - 6032          Resource
         Details Filed: None

05/22/2004 19:10:00 (Known): Target Located at 221910Z MAY 04

      Event Class:   Target Located
      Sub-Type:
      Location:

      Subject(s) and Details:
         Name     Type   Status Role
         HH60J - 6032          Resource
         Details Filed: None

05/22/2004 19:11:00 (Known): HH60J 6032 CG AIRSTA CAPE COD Alongside

      Action Class:  Resource Action
      Sub-Type:     Resource Alongside/Overhead
      Location:

| Report of Investigation |
| --- |

Subject(s) and Details:
  Name      Type   Status  Role
  HH60J - 6032              Resource
  Details Filed: None

05/22/2004 19:20:00 to 05/22/2004 19:30:00 (Known): All three crewmwmbers from the AVA
CLAIRE safety hoisted aboard CG6032.

Event Type:    Emergency Response
Event Class:   Search and Rescue
Event Subclass:    Search Successful - Rescue successful
Location: Known; US Waters
        Description: ATLANTIC DEEP WATER SPINE
        Latitude: 40 32.0 N        Longitude: 071 39.0 W

Subject(s) and Details:
  Name      Type   Status  Role
  AVA CLAIRE          Vessel     Actual Total Loss    Involved in a Marine
                                                      Casualty
  Details Filed: Detail Description
      All 3 crew members from F/V AVA CLAIRE in life raft were hoisted by CG helo to safety.
  HH60J - 6032          Resource
  Details Filed: None

05/22/2004 19:20:00 (Known): HELO O/S WITH 3 PIW, COMMENCING HOIST

Action Class:  Response Communication
Sub-Type:
Location:

Subject(s) and Details:
  Name      Type   Status  Role
  <no subject>          Other
  Details Filed: None

05/22/2004 19:30:00 (Known): HH60J 6032 CG AIRSTA CAPE COD Departed Scene

Action Class:  Resource Action
Sub-Type:      Resource Depart Scene
Location:

Subject(s) and Details:
  Name      Type   Status  Role
  HH60J - 6032          Resource
  Details Filed: None

05/22/2004 23:15:00 to 05/23/2004 4:15:00 (Estimated):

| Report of Investigation |
| --- |

Action Type:  Other Actions - Drug and Alcohol Use and Testing
Action Class:  Take Alcohol Test - Post-casualty
Location:  Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| | | | Party |

At Risk, Not                        Subject of
Injured                             Investigation

Details Filed: Drug and Alcohol Test Details
   Sample Collection
      Reason for Sample:           Post-casualty
      Date/Time Directed:          05/22/2004
      Means of Direction:          Verbal
      Directed By:
          Organization:          U.S. Coast Guard
          Description:
      Directed to·get DOT Test:     Yes
      Chemical Test Sample Provided:  Yes
          Chemical Test Type:     Alcohol
          Sample Type:         Breath
          Date/Time Sample Taken: 05/22/2004 7:18:00 PM
          Sampling Location:
          DOT Protocols Used:      Yes
          Collection Agent Name:
          Collection Agent's Organization:
          Donor Certified:         Yes
          Irregularities Noted:     No
          Transferred/Chain of
          Custody Complete:       No
          Chemical Test Type:     Dangerous Drugs
          Sample Type:         Urine
          Date/Time Sample Taken: 05/22/2004 11:24:00 PM
          Sampling Location:       South Coast - Work Med
          DOT Protocols Used:      Yes
          Collection Agent Name:
          Collection Agent's Organization:
          Donor Certified:         Yes
          Irregularities Noted:     No
          Transferred/Chain of
          Custody Complete:       Yes
   Field Sobriety Test
      Field Sobriety Test Performed:  No
   Alcohol Analysis
      Method of Analysis:          Breath Test
      Instrument Used:
      Date/Time Results Obtained:    05/22/2004 11:18:00 PM
      Results:
      Agency Conducting Analysis:    U.S. Coast Guard
      Description of Analysis:
      Irregularities in Analysis:     No
   Drug Analysis
      Analyzing Laboratory:        QUEST DIAGNOSTICS INCORPORATED,
Norristown, PA 19403
          DOT Protocols Used:      Yes
          Test Results:

21

| Report of Investigation |
| --- |

Medical Review Officer/Coroner: ███████
MRO/Coroner Conclusions:
Sample Transferred and Chain
of Custody Complete:                   Yes

Drug Re-Analysis

| ███████ | Party | At Risk, Not Injured | Subject of Investigation |
| --- | --- | --- | --- |

Details Filed: Drug and Alcohol Test Details

Sample Collection
    Reason for Sample:                    Post-casualty
    Date/Time Directed:                   05/22/2004
    Means of Direction:
    Directed By:
        Organization:                      U.S. Coast Guard
        Description:
    Directed to get DOT Test:             Yes
    Chemical Test Sample Provided:        Yes
        Chemical Test Type:                Alcohol
        Sample Type:                       Breath
        Date/Time Sample Taken: 05/22/2004 8:51:00 PM
        Sampling Location:
        DOT Protocols Used:                Yes
        Collection Agent Name:   U. S. Coast Guard
        Collection Agent's Organization:
        Donor Certified:                   Yes
        Irregularities Noted:              No
        Transferred/Chain of
        Custody Complete:                  No
        Chemical Test Type:                Dangerous Drugs
        Sample Type:                       Urine
        Date/Time Sample Taken: 05/23/2004 12:15:00 AM
        Sampling Location:              South Coast - Work Med
        DOT Protocols Used:                Yes
        Collection Agent Name:  ███████
        Collection Agent's Organization:
        Donor Certified:                   Yes
        Irregularities Noted:              No
        Transferred/Chain of
        Custody Complete:                  Yes

Field Sobriety Test
    Field Sobriety Test Performed:        No

Alcohol Analysis
    Method of Analysis:                   Breath Test
    Instrument Used:
    Date/Time Results Obtained:           05/23/2004 1:51:00 AM
    Results:                              ███████
        Blood Alcohol Content:             0.11
    Agency Conducting Analysis:           USCG STA Cape Cod
    Description of Analysis:
    Irregularities in Analysis:           No

Drug Analysis
    Analyzing Laboratory:                 QUEST DIAGNOSTICS INCORPORATED,
Norristown, PA 19403
    DOT Protocols Used:                   Yes
    Test Results:                         ███████
    ███████
    Medical Review Officer/Coroner:       ███████

Report of Investigation

|  |  |
|---|---|
| MRO/Coroner Conclusions: | Positive |
| Sample Transferred and Chain of Custody Complete: | Yes |

Drug Re-Analysis

█████████████ Party    At Risk, Not    Subject of
                       Injured         Investigation

Details Filed: Drug and Alcohol Test Details

Sample Collection

| | |
|---|---|
| Reason for Sample: | Post-casualty |
| Date/Time Directed: | 05/22/2004 |
| Means of Direction: | Verbal |
| Directed By: | |
| Organization: | U.S. Coast Guard |
| Description: | |
| Directed to get DOT Test: | Yes |
| Chemical Test Sample Provided: | Yes |
| Chemical Test Type: | Alcohol |
| Sample Type: | Breath |
| Date/Time Sample Taken: | 05/22/2004 7:15:00 PM |
| Sampling Location: | |
| DOT Protocols Used: | Yes |
| Collection Agent Name: | |
| Collection Agent's Organization: | |
| Donor Certified: | Yes |
| Irregularities Noted: | No |
| Transferred/Chain of Custody Complete: | No |
| Chemical Test Type: | Dangerous Drugs |
| Sample Type: | Urine |
| Date/Time Sample Taken: | 05/22/2004 11:55:00 PM |
| Sampling Location: | South Coast Work Med |
| DOT Protocols Used: | Yes |
| Collection Agent Name: | ████████ |
| Collection Agent's Organization: | |
| Donor Certified: | Yes |
| Irregularities Noted: | No |
| Transferred/Chain of Custody Complete: | Yes |

Field Sobriety Test

| | |
|---|---|
| Field Sobriety Test Performed: | No |

Alcohol Analysis

| | |
|---|---|
| Method of Analysis: | Breath Test |
| Instrument Used: | |
| Date/Time Results Obtained: | 05/22/2004 7:15:00 PM |
| Results: | ███████████ |
| Agency Conducting Analysis: | U. S. Coast Guard |
| Description of Analysis: | |
| Irregularities in Analysis: | No |

Drug Analysis

| | |
|---|---|
| Analyzing Laboratory: | QUEST DIAGNOSTICS, Schaumburg, IL 60173 |
| DOT Protocols Used: | Yes |
| Test Results: | |
| Medical Review Officer/Coroner: | █████████ |
| MRO/Coroner Conclusions: | |
| Sample Transferred and Chain of Custody Complete: | Yes |

Drug Re-Analysis

| Report of Investigation |
|---|

## V. CAUSAL ANALYSIS

### The Initiating Event of the Incident

**Initiating Event:**

Collision (05/22/2004 4:30:00 PM)

> **Production Factors**
>
> **Preconditions**
>
> **Workplace Factors**
>
> **Organization Factors**
>
> **Defense Factors**

### Failures of Defense Against Subsequent Events in the Incident

## VI. REFERRAL FOR ENFORCEMENT ACTION

The following referrals for enforcement action have been made as a result of this investigation and represent those instances where the Coast Guard has gathered evidence that indicates one or more alleged violations or offenses may have occurred. Any determinations as to whether or not one or more actual violations or offenses have occurred are documented in the appropriate Coast Guard enforcement activities.

**Referral #1: AVA CLAIRE/COLREG/POLLUTION**

 Party: ████████, ████████

 Enforcement Action: Warning - Status: Open - In Progress

**Alleged Violations**

| Cite | Date/Time | Event/Action/Condition | Location | Subject(s) |
|---|---|---|---|---|
| 33USC§ 1602 (RULE 35) | 05/22/2004 13:00:00 | Policy, Procedures, or Regulations | Location Unknown | AVA CLAIRE |
| 46CFR25.26-5(a) | 05/22/2004 13:00:00 | Vessel, Facility, Equipment, Gear, or Cargo | Location Unknown | AVA CLAIRE |
| 33USC§ 1321(b)(3) | 05/22/2004 16:38:00 | Damage to the Environment | ATLANTI C DEEP WATER SPINE | AVA CLAIRE |

**Evidence**

Report of Investigation

2075521 #6 ▮▮; Electronic; Digital Photographs; Photographs of wreckage from AVA CLAIRE taken in approx posn 40-33.0 N; 071-43.0W; ; Date/Time Collected: 05/23/2004

2075521 #2 ▮▮; Document; Fax; Printout of EPIRB hits for F/V AVA CLAIRE; 9 pages.; ; Date/Time Collected: 05/23/2004 2:32:00 PM

2075521 #17 ▮▮; Document; Written Statement; Witness statements of crew of F/V AVA CLAIRE: ▮▮ ▮▮ , ▮▮ ▮▮ , & ▮▮ ▮▮ ; 3 pages.; ; Date/Time Collected: 05/22/2004 11:38:00 AM

2075521 #19 ▮▮; Document; Written Statement; Written statements of CG Station Montauk personnel, FN ▮▮ , BM3 ▮▮ , MK3 ▮▮ , MK3 ▮▮ , BM3 ▮▮ , & BM3 ▮▮; 7 pages.; ; Date/Time Collected: 05/24/2004 11:44:00 AM

**Referral #146:** NORASIA ALYA/COLREG VIOLATIONS
Party: ▮▮ , ▮▮
Enforcement Action: Warning - Status: Open - In Progress

**Alleged Violations**

| Cite | Date/Time | Event/Action/Condition | Location | Subject(s) |
|------|-----------|------------------------|----------|------------|
| 33USC§ 1602 (RULE 19) | 05/22/2004 16:30:00 | Policy, Procedures, or Regulations | Location Unknown | NORASIA ALYA |

**Evidence**

2075521 #5 ▮▮; Electronic; Digital Photographs; Photographs of NORASIA ALYA taken in Port Elizabeth, NJ; ; Date/Time Collected: 05/23/2004

2075521 #9 ▮▮; Document; Other Document; NORASIA ALYA Crew List; ; Date/Time Collected: 05/23/2004

2075521 #12 ▮▮; Document; Other Document; AIS Data recorded by Coast Guard R&D Center; ; Date/Time Collected: 05/26/2004

2075521 #15 ▮▮; Electronic; Electronic Chart; Screen print - NORASIA ALYA ECDIS; and ECDIS data at one-minute intervals from NORASIA ALYA's electronic chart between 11:00 a.m. and 1:00 p.m.; specifically data from 12:20 to 12:45; and cover letter.; ; Date/Time Collected: 05/23/2005 5:07:00 PM

2075521 #16 ▮▮; Document; Chart; NORASIA ALYA - chart extract; ; Date/Time Collected: 05/23/2005

2075521 #17 ▮▮; Document; Written Statement; Witness statements of crew of F/V AVA CLAIRE: ▮▮ ▮▮ ; 3 pages.; ; Date/Time Collected: 05/22/2004 11:38:00 AM

2075521 #21 ▮▮; Document; Written Statement; Written statements from Sector New York personnel, LT ▮▮ & ▮▮ ▮▮ ; 4 pages.; ; Date/Time Collected: 05/26/2004 11:54:00 AM

2075521 #22 ▮▮; Document; Logbook; Logbook excerpts from NORASIA ALYA for 22MAY2004.; ; Date/Time Collected: 05/24/2004 11:56:00 AM

| Report of Investigation | | | |
|---|---|---|---|

## APPENDIX 1 - EVIDENCE

2075521 #1 ▮▮▮: Physical/Other Physical Evidence

Plastic ziploc bag of paint chips collected from M/V NORASIA ALYA and CT Dept of Public Safety Forensic Lab Evidence receipt for paint chips and bottom paint collected by USCG (2 pages).

Collection Information:

    Date/Time:    05/26/2004 1:00:00 PM

    Location:    CG Station New London

    Collected By:    USCG Gathered; LCDR A. L. Blume, SEC LONG ISLND SOUND

    Witnessed By: USCG Witness; ,

Tracking:

| Date | Status | Location | Custodian | Carrier |
|---|---|---|---|---|
| 05/26/2004 | Received | New London, CT | LISMS; LCDR A. L. Blume | |
| 05/26/2004 | Stored at Unit | CG GP/MSO Long Island Sound | LISMS; LCDR A. L. Blume | |
| 06/18/2004 | Shipped | Meriden, CT | CT Department of Public Safety; Forensic Science labratory | Hand carried, |

Attachments:

    - CTDPS Evidence Receipt 18Jun04.pdf; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 10/31/2005;

    - PaintAnalysis.pdf; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮ 05/31/2006;

2075521 #10 ▮▮▮: Document/USCG Message Traffic

Urgent Marine Information Broadcast issued by USCG Group Moriches and DEALERT msg sent.

Collection Information:

    Date/Time:    05/23/2004

    Location:    New Haven, CT

    Collected By:    USCG Gathered; LCDR A. L. Blume, SEC LONG ISLND SOUND

    Witnessed By: USCG Witness; ,

Tracking:

Attachments:

    - URGENT MARINE INFORMATION BROADCAST.pdf; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/19/2005;

| Report of Investigation |
| --- |

- DEALERTAVACLAIRE.pdf; Cancellation message for UMIB following rescue
of AVA CLAIRE crew members.; SECTOR LONG ISLAND SOUND;
▮▮▮▮▮▮; 05/31/2006;

2075521 #11 ▮▮▮: Electronic/Digital Video

Video of wreckage taken by CG AIRSTA Cape Cod helo on 23 May 2005. The
approximate position was 40-35.52 N / 071-40.49 W.

Collection Information:

    Date/Time:     05/23/2004

    Location:      40-35.52 N / 071-40.49 W

    Collected By:  USCG Gathered; ,

    Witnessed By:  USCG Witness; ,

Tracking:

Attachments:

- AVA CLAIRE Wreckage 23May04.mpg; SECTOR LONG ISLAND SOUND;
Blume, Alan L.; 07/20/2005;

2075521 #12 ▮▮▮: Document/Other Document

AIS Data recorded by Coast Guard R&D Center

Collection Information:

    Date/Time:     05/26/2004

    Location:      Coast Guard R&D Center

    Collected By:  USCG Gathered; LCDR A. Blume, SEC LONG ISLND SOUND

    Witnessed By:  USCG Witness; ,

Tracking:

Attachments:

- AISpicture.pdf; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮
05/31/2006;

2075521 #13 ▮▮▮: Document/Chart

MISLE generated chartlet showing location of collision.

Collection Information:

    Date/Time:     10/25/2005 11:46:00 AM

    Location:

    Collected By:  USCG Gathered; LCDR A. L. Blume, SEC LONG ISLND
    SOUND

    Witnessed By:  USCG Witness; ,

Tracking:

Attachments:

- Chart Image.bmp; SECTOR LONG ISLAND SOUND; Blume, Alan L.;
10/25/2005;

2075521 #14 ▮▮▮: Document/CG-2692 Report of Marine Accident, Injury or Death

AVA CLAIRE CG-2692

Collection Information:

    ·Date/Time:     05/25/2004

    Location:

| Report of Investigation |
| --- |

   Collected By: USCG Gathered; LCDR A. L. Blume, SEC LONG ISLND
   SOUND
   Witnessed By: USCG Witness; ,
  Tracking:
  Attachments:
    - AVA CLAIRE CG-2692 25May05.pdf; SECTOR LONG ISLAND SOUND;
     Blume, Alan L.; 10/31/2005;

2075521 #15 ▮▮▮▮ : Electronic/Electronic Chart
Screen print - NORASIA ALYA ECDIS; and ECDIS data at one-minute intervals from
NORASIA ALYA's electronic chart between 11:00 a.m. and 1:00 p.m.; specifically data
from 12:20 to 12:45; and cover letter.
Collection Information:
   Date/Time:  05/23/2005 5:07:00 PM
   Location:
   Collected By: USCG Gathered; ▮▮▮▮▮▮▮▮ SEC NEW YORK
   Witnessed By: USCG Witness; ,
  Tracking:
  Attachments:
    - NORASIA ALYA ECDIS Screen Print.pdf; SECTOR LONG ISLAND
     SOUND; Blume, Alan L.; 10/31/2005;
    - 12-20-05.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮.;
     06/01/2006;
    - 12-25-05.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮.;
     06/01/2006;
    - 12-30-05.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮.;
     06/01/2006;
    - 12-35-05.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮.;
     06/01/2006;
    - 12-40-00.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮▮▮
     06/01/2006;
    - 12-45-05.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮
     06/01/2006;
    - 12-44-05.BMP; SECTOR LONG ISLAND SOUNF;; ▮▮▮▮▮▮▮▮
     06/01/2006;
    - 12-43-05.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮▮
     06/01/2006;
    - 12-42-05.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮▮
     06/01/2006;
    - 12-41-05.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮▮
     06/01/2006;
    - 12-39-10.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮▮
     06/01/2006;
    - 12-38-09.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮;
     06/01/2006;
    - 12-37-05.BMP; SECTOR LONG ISLAND SOUND; ▮▮▮▮▮▮▮▮
     06/01/2006;

| Report of Investigation |
| --- |

- 12-36-00.BMP; SECTOR LONG ISLAND SOUND; ▇▇, ▇▇ ▇;
06/01/2006;
- 12-34-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇;
06/01/2006;
- 12-33-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇
06/01/2006;
- 12-32-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇
06/01/2006;
- 12-29-10.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇
06/01/2006;
- 12-28-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇
06/01/2006;
- 12-27-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇
06/01/2006;
- 12-26-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇
06/01/2006;
- 12-24-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇
06/01/2006;
- 12-23-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇
06/01/2006;
- 12-22-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇;
06/01/2006;
- 12-21-05.BMP; SECTOR LONG ISLAND SOUND; ▇▇▇▇
06/01/2006;
- CDromcvrltr.pdf; SECTOR LONG ISLAND SOUND; ▇▇▇▇;
06/01/2006;

2075521 #16 ▇▇: Document/Chart
NORASIA ALYA - chart extract
Collection Information:
Date/Time:        05/23/2005
Location:
Collected By:    USCG Gathered; ▇▇▇▇, SEC NEW YORK
Witnessed By:   USCG Witness; ,
Tracking:
Attachments:
- NORASIA ALYA Chart Extract.pdf; SECTOR LONG ISLAND SOUND;
Blume, Alan L.; 10/31/2005;

2075521 #17 ▇▇: Document/Written Statement
Witness statements of crew of F/V AVA CLAIRE: ▇▇▇▇▇▇▇▇
▇▇ ; 3 pages.
Collection Information:
Date/Time:        05/22/2004 11:38:00 AM
Location:         Cape Cod
Collected By:    USCG Gathered; LT ▇▇, AIRS CpeCod
Witnessed By:   USCG Witness; ,
Tracking:

| Report of Investigation |
| --- |

Attachments:
- AVACLAIREstmts.pdf; SECTOR LONG ISLAND SOUND; ███████████;
06/01/2006;

2075521 #18 ███ : Document/Written Statement
Statements of CG Air Station Cape Cod personnel, LT ███ & LTJG ███; 3 pages.
Collection Information:
    Date/Time:    05/22/2004 11:42:00 AM
    Location:    New Haven, CT
    Collected By:    USCG Gathered; LCDR A. Blume, SEC LONG ISLND SOUND
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- ASCCstmts.pdf; SECTOR LONG ISLAND SOUND; ███████████
06/01/2006;

2075521 #19 ███ : Document/Written Statement
Written statements of CG Station Montauk personnel, FN ███, BM3 ███, MK3 ███
, MK3 ███ ,
SN ███ , BM3 ███ , & BM3 ███ ; 7 pages.
Collection Information:
    Date/Time:    05/24/2004 11:44:00 AM
    Location:    New Haven, CT
    Collected By:    USCG Gathered; LCDR A. Blume, SEC LONG ISLND SOUND
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- StaMontaukstmts.pdf; SECTOR LONG ISLAND SOUND; ███████████.;
06/01/2006;

2075521 #2 ███ : Document/Fax
Printout of EPIRB hits for F/V AVA CLAIRE; 9 pages.
Collection Information:
    Date/Time:    05/23/2004 2:32:00 PM
    Location:    New Have, CT
    Collected By:    USCG Gathered; LCDR A. Blume, SEC LONG ISLND SOUND
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- EPIRBHITS.pdf; SECTOR LONG ISLAND SOUND; ███████████;
05/31/2006;

2075521 #20 ███ : Document/Written Statement
Written statement by LT ███ , MSFO Cape Cod, of interviews he conducted with the
AVA CLAIRE crew members; 4 pages.
Collection Information:
    Date/Time:    05/24/2004 11:49:00 AM
    Location:    New Haven,CT

| Report of Investigation |
| --- |

        Collected By:   USCG Gathered; LCDR A. Blume, SEC LONG ISLND SOUND
        Witnessed By:  USCG Witness; ,

    Tracking:
    Attachments:
        - MSFOCCstmts.pdf; SECTOR LONG ISLAND SOUND; ██████ , ██████
            06/01/2006;

2075521 #21 ████ : Document/Written Statement
    Written statements from Sector New York personnel, LT ████ & ████ ; 4 pages.
    Collection Information:
        Date/Time:      05/26/2004 11:54:00 AM
        Location:       New Haven, CT
        Collected By:   USCG Gathered; LCDR A. Blume, SEC LONG ISLND SOUND
        Witnessed By:  USCG Witness; ,

    Tracking:
    Attachments:
        - SECNYstmts.pdf; SECTOR LONG ISLAND SOUND; ██████
            06/01/2006;

2075521 #22 ████ : Document/Logbook
    Logbook excerpts from NORASIA ALYA for 22MAY2004.
    Collection Information:
        Date/Time:      05/24/2004 11:56:00 AM
        Location:       New Jersey
        Collected By:   USCG Gathered; ████ , SEC NEW YORK
        Witnessed By:  USCG Witness; ,

    Tracking:
    Attachments:
        - NORASIAdecklog.pdf; SECTOR LONG ISLAND SOUND; ██████ .;
            06/01/2006;

2075521 #23 ████ : Document/Course Reader Tape
    Printout of course recorder from NORASIA ALYA for 5/22/04 0300 through 5/22/04
    2015; 5 pages.
    Collection Information:
        Date/Time:      05/24/2004 11:59:00 AM
        Location:       New Jersey
        Collected By:   USCG Gathered; ████ , SEC NEW YORK
        Witnessed By:  USCG Witness; ,

    Tracking:
    Attachments:
        - NORASIAcourserecorder.pdf; SECTOR LONG ISLAND SOUND; ████ ,
            ████ ; 06/01/2006;

2075521 #24 ████ : Document/Other Document
    NORASIA ALYA radar dead sector graphic.
    Collection Information:
        Date/Time:      05/24/2004 12:08:00 PM

31

Report of Investigation

           Location:      New Jersey
           Collected By:  USCG Gathered; █████, SEC NEW YORK
           Witnessed By: USCG Witness; ,
   Tracking:
   Attachments:
         - NORASIAradarinfo.pdf; SECTOR LONG ISLAND SOUND; ████████
           █ 06/01/2006;

2075521 #3 ███ : Electronic/Digital Photographs
Photos of M/T PODRAVINA along with e-mail describing them
Collection Information:
           Date/Time:    05/26/2004
           Location:     Wilmington, NC
           Collected By:  USCG Gathered; MSTCS ███████, MSO
           Wilmington
           Witnessed By: USCG Witness; ,
   Tracking:
   Attachments:
         - DSC01526.JPG; SECTOR LONG ISLAND SOUND; Blume, Alan L.;
           07/08/2004;
         - DSC01528.JPG; SECTOR LONG ISLAND SOUND; Blume, Alan L.;
           07/08/2004;
         - DSC01530.JPG; SECTOR LONG ISLAND SOUND; Blume, Alan L.;
           07/08/2004;
         - DSC01533.JPG; SECTOR LONG ISLAND SOUND; Blume, Alan L.;
           07/08/2004;
         - DSC01537.JPG; SECTOR LONG ISLAND SOUND; Blume, Alan L.;
           07/08/2004;
         - REPODRAVINA Photographs.pdf; Description of photographs; SECTOR
           LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;

2075521 #4 ███ : Electronic/Digital Photographs
Open source photograph of ████████ taken 28 Jun 2004. Was compared to
restricted source pictures taken prior to 22 May 2004. Did not detect any noticable
differences.
Collection Information:
           Date/Time:    06/20/2005
           Location:
           Collected By:  USCG Gathered; LCDR A. L. Blume, SEC LONG ISLND
           SOUND
           Witnessed By: USCG Witness; ,
   Tracking:
   Attachments:
       - ████ 28-06-2004.jpg; Open source photograph taken on 28 Jun 2004.
           Compared to restricted source photographs taken prior to 22 May 2004.;
           SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;

2075521 #5 ███ : Electronic/Digital Photographs

Report of Investigation

Photographs of NORASIA ALYA taken in Port Elizabeth, NJ
Collection Information:
     Date/Time:     05/23/2004
     Location:      Port Elizabeth, NJ
     Collected By:   USCG Gathered; ███████, SEC NEW YORK
     Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- ███-002S.JPG; Stbd bow showing scrapes on stem; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-003S.JPG; Stbd bow showing scrapes on stem; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-012S.JPG; Bow showing symetrical scrapes on port and stbd sides; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-014S.JPG; Port bow showing scrapes; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-013S.JPG; Bulbous bow show scrape along upper edge; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-017S.JPG; Bulbous bow looking down showing scrape on upper edge; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;

2075521 #6 ███: Electronic/Digital Photographs
Photographs of wreckage from AVA CLAIRE taken in approx posn 40-33.0 N; 071-43.0W
Collection Information:
     Date/Time:     05/23/2004
     Location:
     Collected By:   USCG Gathered; SN ███████ STA ███████
     Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- ███-060S.JPG; Stbd bow; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-061S.JPG; Stbd bow; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-062S.JPG; Stbd side in way of where vessel struck, note light blue paint; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-063S.JPG; Stbd side in way of where vessel struck; note light blue paint; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-065S.JPG; Stbd side in way of area vessel struck; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-071S.JPG; Close up stbd side in way of where vessel was struck; note light blue paint; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ███-072S.JPG; Stbd side in way of where vessel struck; note light blue and red paint; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;

Report of Investigation

- ▓▓▓-074S.JPG; Stbd side in way of where vessel struck; note light blue paint; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ▓▓▓-075S.JPG; Stbd side in way of where vessel struck; note light blue paint; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ▓▓▓-078S.JPG; Stbd bow showing part of vessel's name; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ▓▓▓-079S.JPG; Stbd side showing break in superstructure; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ▓▓▓-080S.JPG; Stbd side showing break in superstructure; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ▓▓▓-087S.JPG; Stbd side showing area where vessel was struck, note blue paint; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ▓▓▓-089S.JPG; Stbd side in way of where vessel was struck, note light blue paint; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ▓▓▓-091S.JPG; Stbd side, close up of light blue paint in area where vessel was struck; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;
- ▓▓▓-092S.JPG; Stbd side showing fracture in side shell; note light blue paint; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/18/2005;

2075521 #7 ▓▓▓: Document/Other Document

Scanned photograph of AVA CLAIRE prior to collision showing location of net hauler, pilot house and documenation numbers. Photograph provided by ▓▓▓▓▓

Collection Information:

    Date/Time:     05/26/2004

    Location:

    Collected By:   USCG Gathered; LCDR A. L. Blume, SEC LONG ISLND SOUND

    Witnessed By:  USCG Witness; ,

Tracking:

Attachments:

- AVA CLAIRE.jpg; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/19/2005;

2075521 #8 ▓▓▓: Document/CG-2692B Rpt of Req Chemical Drug/Alcohol Testing

CG-2692B, drug test results and alcohol/field sobritey test results for all 3 crew members of AVA CLAIRE

Collection Information:

    Date/Time:     06/02/2004

    Location:

    Collected By:   USCG Gathered; LCDR A. L. Blume, SEC LONG ISLND SOUND

    Witnessed By:  USCG Witness; ,

Tracking:

Attachments:

- AVA CLAIRE CG-2692B.pdf; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 10/31/2005;
- Drug Test Results.pdf; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 10/31/2005;

| Report of Investigation |
| --- |

- AVA CLAIRE Field Sobriety Test Reports.pdf; SECTOR LONG ISLAND
SOUND; Blume, Alan L.; 10/31/2005;

2075521 #9 ▓▓▓ : Document/Other Document
NORASIA ALYA Crew List
Collection Information:
    Date/Time:    05/23/2004
    Location:
    Collected By:    USCG Gathered; CWO C. Cobb, SEC NEW YORK
    Witnessed By:    USCG Witness; ,
Tracking:
Attachments:
    - NORASIA ARYA Crew List.pdf; SECTOR LONG ISLAND SOUND; Blume,
        Alan L.; 07/19/2005;

## APPENDIX 2 - CORRESPONDENCE

37693 - Timeline of events constructed from intreviews of AVA CLAIRE crew
    Source:      USCG
    Type:       Incoming
    Received:    At Sector Long Island Sound on 05/28/2004
    Attachments:
        - Timeline.pdf; SECTOR LONG ISLAND SOUND; Blume, Alan L.; 07/19/2005;

41493 - Background information re AVA CLAIRE's EPIRB
    Source:      USCG
    Type:       Incoming
    Received:    At Sector Long Island Sound on 10/31/2005 5:51:00 PM
    Attachments:
        - AVA CLAIRE EPIRB ISSUE.msg; SECTOR LONG ISLAND SOUND;
          Blume, Alan L.; 10/31/2005;

48788 - IO Report
    Source:      USCG
    Type:       Incoming
    Received:    At New Haven, CT on 05/31/2006 11:30:00 AM
    Attachments:
        - IOREPORT.pdf; SECTOR LONG ISLAND SOUND; ▓▓▓▓▓▓▓▓
          06/01/2006;