# EXHIBIT J

# Captain Ahlstrom's Supplemental Report

*Thomas H. Healey, Esq.*
*17 Battery Place – Suite 605*
*New York, New York 10004*

Facsimile: (212) 943-3525                    Telephone: (212) 943-3520

FEB 16 '10 PM 2:32

February 16, 2010

**VIA TELEFAX AND MAIL**

Blank Rome LLP
405 Lexington Avenue
New York, New York 10174

Attention: Alan M. Weigel, Esq.

RE: Michael Stepski, Kristen Stepski,
    Geal Roderick, Benjamin Schober v.
    C/V NORASIA ALYA, et al.
    06 Civil 1694 (JSG)
    Your Ref.: 101230-0001

----------------------------------------

Dear Mr. Weigel:

I requested a supplemental report from Captain Joseph Ahlstrom. In filing my in limine motion re: Jay Bolton, I felt, in fairness, Ahlstrom's areas of testimony should be restricted.

I'm enclosing Captain Ahlstrom's report for your study.

Very truly yours,

Thomas H. Healey

THH:ac

Enc.

cc: Freehill, Hogan & Mahar
    Attention: Michael Unger, Esq.
    (TELEFAX)

Captain Joseph Ahlstrom
401 Howard Avenue
Staten Island, N.Y. 10301

February 10, 2010

Subject: Expert Opinion: Supplemental report Michael Stepski v. NORASIA ALYA: Collision

By the request of Mr. Thomas Hanley, I have reviewed the report by defendants' expert Jay Bolton and his accompanying Chart and plot of ships. I have also reviewed the manufacturer's manual for the ACR EPIRB used by the AVA CLAIRE on May 22, 2004. I reviewed the positions by EPIRP signal and the ECDIS position of the M/V NORASIA ALYA at the time of the accident to determine the proximity of the 2 vessels.

In analyzing this matter I have reviewed the following:

1. Jay Bolton report dated May 6, 2008 entitled "Stepski v. M/V NORASIA ALYA

2. Jay Bolton's Plot of track of NORASIA ALYA, PODRAVINA and EPIRB position

3. Coast Guard Report of EPIRB positions

4. M/V NORASIA ALYA print out of TRANSAS Marine ECDIS positions May 22, 2004 1226 thru 1240 Local

5. ACR Satellite 406 RLB-32 Category II EPIRB manufacturers Manual

6. Deposition of Michael Stepski dated November 9, 2006 and his statement of accident

In reviewing the above material I find nothing to change my original opinion found in my report dated February 5, 2008. The AVA CLAIRE while fishing south of Long Island was struck on May 22, 2004 by the M/V NORASIA ALYA (a container vessel) and abandoned. Captain Michael Stepski's description of the vessel that hit him was a "blue hulled container ship with a white superstructure". This description matches the NORASIA ALYA. It does not match the tanker PODRAVINA that Captain Bolton refers to as the possible colliding vessel in his report. In reviewing Captain Bolton's report he also addresses the position of the EPIRB signal with the ECDIS position on the NORASIA ALYA. I needed to plot these positions to confirm my opinion.

After the collision the EPIRB immediately sent out a signal at 1257 Local time. The signal from the ACR Electronics EPIRB was identified as the F/V AVA CLAIRE (O.N. 547315) The EPIRB which utilizes a satellite system know as COSPAS-SARSAT located the Fishing Vessel in position 40-32.5 North 071-40.4 West at 1320 Local. With this information the USCG was able to dispatch a rescue helicopter to the vicinity and took the crew at 1510 Local. By 1530 Local the crew was safely hoisted aboard the helicopter. At 1236 Local on May 22, 2004 the position of the NORASIA ALYA was 40-32.749 N 71-39.451 W. The NORASIA ALYA was on a course of 285 degrees and a speed of 22 knots.

A category II ACR EPIRB will automatically activate if it is out of its bracket and in the water. Both of these conditions were met by the AVA CLAIRE at 1237 May 22, 2004 due to the collision. The reason I used 1236 instead of 1237 on the NORASIA ALYA is that the signal will be sent out 50 seconds after activation according to the manual and standard 406 MHz EPIRB practice. The NORASIA ALYA position at 1237 would be closer to the EPIRB signal. The accuracy of a 406 MHZ EPIRB is within 3 km. This is roughly 2 Nautical miles. By Bolton's chart and my chart this puts the NORASIA ALYA and AVA CLAIRE in the same location (within 3 km) at the time of the collision.

- I reserve the right to alter my position should additional information be provided.

Captain Joseph Ahlstrom