THOMAS H. HEALEY, ESQ.
Attorneys for the Plaintiffs
17 Battery Place
New York, New York 10004
(212) 942-3520
Thomas H. Healey (THH-3093)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MICHAEL STEPSKI, KIRSTEN STEPSKI, Wife,   **REPLY AFFIDAVIT OF**
GEAL RODERICK AND BENJAMIN SCHOBER,       **THOMAS H. HEALEY, ESQ.**
                                          **RE: PLAINTIFFS' IN**
                Plaintiffs,               **LIMINE MOTION**

        -against-
                                          06 Civil 1694
The M/V NORASIA ALYA, her owners,            (JSG)
operators, etc., and MS "ALENA"
SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG,
PETER DOHLE SCHIFFAHRTS-KG,

                Defendants.
------------------------------------------x

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

   THOMAS H. HEALEY, being duly sworn, deposes and says:

   I am a partner in the firm of THOMAS H. HEALEY, ESQ., attorney for the plaintiffs herein, and am fully familiar with and have personal knowledge of the matters herein.

   Plaintiffs submit these materials as part of their response to defendants' opposing submissions to plaintiffs' in limine motion.

   Attached as plaintiffs' Exhibits 1 through 6 are pictures of the NORASIA ALYA:

   **Exhibit 1**: photo of profile view of NORASIA ALYA;

   **Exhibit 2**: photo of after house, looking forward of NORASIA

ALYA;

These confirm that the eye-witness' (plaintiffs') immediate description of the colliding vessel, as a container vessel, color scheme, bridge arrangement corresponds exactly with depicted vessel NORASIA ALYA.

**Exhibit 3**: photo of starboard bulbous bow and side of NORASIA ALYA taken on May 23, 2004 evidencing recent scraping.

**Exhibit 4**: photo of head-on view of NORASIA ALYA showing scrape marks along each side taken May 23, 2004.

**Exhibit 5**: photo of port forward of NORASIA ALYA taken May 23, 2004 showing similar scraping on port hull.

**Exhibit 6**: photo of bulbous bow of NORASIA ALYA taken on May 23, 2004 showing scrape and paint thereon.

Thomas H. Healey

Sworn to before me this
24th day of February, 2010.

NOTARY PUBLIC

ANNETTE CARRUBBA
Notary Public, State of New York
No. 24-4684574
Qualified in Kings County
Commission Expires April 30, 19__

-2-