EXHIBIT 1

PHOTO OF NORASIA ALYA
PROFILE VIEW

