EXHIBIT 2

PHOTO OF NORASIA ALYA
AFTER HOUSE, LOOKING FORWARD

