EXHIBIT 3

PHOTO OF NORASIA ALYA
STARBOARD BULBOUS BOW AND SIDE
EVIDENCING SCRAPING

