EXHIBIT 4

PHOTO OF NORASIA ALYA
HEAD-ON VIEW SHOWING SCRAPE MARKS

