EXHIBIT 5

PHOTO OF NORASIA ALYA
PORT HULL SHOWING SCRAPE MARKS

