# EXHIBIT 6

## PHOTO OF NORASIA ALYA
## BULBOUS BOW SHOWING SCRAPE MARKS



NORASIA 1208

PLAINTIFF'S
EXHIBIT
5.9