# EXHIBIT 7

# U.S. COAST GUARD BROADCAST

On May 22, 2004, the United States Coast Guard broadcast the following message:

> Sent: Saturday, May 22, 2004 13:18
> Subject: O 221702Z MAY 04, URGENT MARINE INFORMATION BROADCAST, COMCOGARDGRU MORICHES NY
>
> O 221702Z MAY 04 ZUI ASN-A01143000054
> FM COMCOGARDGRU MORICHES NY
> TO CCGDONE BOSTON MA/
> INFO COGARD STA SHINNECOCK NY
> COGARD STA MONTAUK NY
> COMCOGARDGRU LONG ISLAND SOUND NEW HAVEN CT
> BT
> UNCLAS //N16130//
> SUBJ: URGENT MARINE INFORMATION BROADCAST
> 1. THE FOLLOWING URGENT MARINE INFORMATION BROADCAST HAS BEEN INITIATED: QUOTE "THE COAST GUARD IS RECEIVING AN EMERGENCY POSITION INDICATING RADIO BEACON FROM THE FISHING VESSEL AVA CLAIRE IN POSITION 40-32.0N, 071-41.7W, APPROXIMATELY 30 NM SOUTH OF MONTAUK POINT, NY. ALL MARINERS ARE REQUESTED TO KEEP A SHARP LOOKOUT FOR VESSELS IN DISTRESS, ASSIST IF POSSIBLE AND REPORT ALL SIGHTINGS TO THE UNITED STATES COAST GUARD" UNQUOTE

