BLANK ROME LLP
Attorneys for Defendants
The Chrysler Building
405 Lexington Avenue
New York, New York  10174-0208
(212) 885-5000
Richard V. Singleton
Alan M. Weigel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   ECF CASE
MICHAEL STEPSKI, KIRSTEN STEPSKI, Wife,       :
GEAL RODERICK and BENJAMIN SCHOBER,         :   06 CV 01694 (CM)
                                                                              :
                        Plaintiffs,                                    :
                                                                              :
        -against-                                                    :   **NOTICE OF MOTION**
                                                                              :   **TO STRIKE**
The M/V NORASIA ALYA, her owners,                  :   **PLAINTIFFS'**
operators, etc., and MS "ALENA"                           :   **EXPERT'S IMPROPER**
SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG,  :   **SUPPLEMENTAL**
PETER DOEHLE SCHIFFAHARTS-KG,                 :   **REPORT AND**
                                                                              :   **PRECLUDE HIS**
                        Defendants.                                 :   **TESTIMONY**
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed affidavit and exhibits, the accompanying memorandum of law and all prior pleadings and proceedings herein, the undersigned attorneys for Defendants MS "ALENA" Schiffahrts GmbH & Co. KG and Peter Doehle Schiffaharts-KG, will move this Court before the Honorable James S. Gwin at the United States Courthouse, White Plains, New York, as soon  as counsel may be heard, for an Order, pursuant to Rules 16(f) and 37(c) of the Federal Rules of Civil Procedure, striking the supplemental expert report by Plaintiffs' maritime expert, Captain Joseph Ahlstrom, dated February 10, 2010 and precluding Captain Ahlstrom from

testifying on any opinions stated therein, and for such other, further and different relief as to the Court seems just and proper.

Dated:     New York, New York
           February 24, 2010

                                        BLANK ROME LLP

                                        //s//Richard V. Singleton
                                        Richard V. Singleton
                                        Attorneys For Defendants
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, New York  10174-0208

                                        &

                                        FREEHILL HOGAN & MAHAR LLP
                                        Attorneys for Defendants
                                        80 Pine Street
                                        New York, New York 10005
                                        Telephone: 212-425-1900
                                        Facsimile: 212-425-1901
                                        E-Mail: munger@freehill.com

To:   Thomas H. Healey, Esq.
      Attorney for Plaintiffs
      LAW OFFICE OF THOMAS H. HEALEY
      17 Battery Place, Suite 605
      New York, New York 10004

601230.00001/6832491v.1