BLANK ROME LLP
Attorneys for Defendants
The Chrysler Building
405 Lexington Avenue
New York, New York  10174-0208
(212) 885-5000
Richard V. Singleton
Alan M. Weigel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| MICHAEL STEPSKI, KIRSTEN STEPSKI, Wife, GEAL RODERICK and BENJAMIN SCHOBER, | ECF CASE |
| | 06 CV 01694 (CM) |
| Plaintiffs, | |
| | **AFFIDAVIT OF RICHARD SINGLETON, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXPERT'S IMPROPER SUPPLEMENTAL REPORT AND PRECLUDE HIS TESTIMONY** |
| -against- | |
| The M/V NORASIA ALYA, her owners, operators, etc., and MS "ALENA" SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG, PETER DOEHLE SCHIFFAHARTS-KG, | |
| Defendants. | |

------------------------------------------------------------------X

STATE OF NEW YORK      )
                                           )   ss:
COUNTY OF NEW YORK  )

RICHARD V. SINGLETON, being duly sworn, deposes states as follows:

1. Deponent is a member of the firm of Blank Rome LLP, attorneys for Defendants MS "ALENA" Schiffahrts GmbH & Co. KG and Peter Doehle Schiffaharts-KG, owner and manager of M/V NORASIA ALYA ("NORASIA ALYA") and is admitted to the bar of this honorable court.  I am fully familiar with and have personal knowledge of the matters stated herein.

1

2.     Deponent submits this Affidavit in support of Defendants' motion for an Order striking the report of Plaintiffs' maritime expert, Captain Joseph Ahlstrom, dated February 10, 2010, and precluding Captain Ahlstrom from testifying on the opinions stated in the report.

3.     Attached hereto as Exhibit "A" is a true and correct copy of a "Consent Scheduling Order" dated June 16, 2006 setting March 2, 2007 as the deadline for the completion of all discovery.

4.     Attached hereto as Exhibit "B" is a true and correct copy of the Court's order setting August 20, 2008 as the final deadline for the submission of the last expert report.

5.     Attached hereto as Exhibit "C" is a true and correct copy of Captain Joseph Ahlstrom's written report containing his conclusions and opinions dated February 5, 2008.

6.     Attached hereto as Exhibit "D" is a true and correct copy of the transcript of Captain Ahlstrom's deposition dated March 14, 2008.

7.     Attached hereto as Exhibit "E" is a true and correct copy of Captain Ahlstrom's report dated February 10, 2010.

**WHEREFORE**, your deponent respectfully requests that the Court enter an Order striking Captain Ahlstrom's February 10 report and precluding him from testifying in the trial of this matter on the opinions stated in the report.

                                                                             *[signature]*
                                                                      Richard V. Singleton

Sworn to before me this
24 day of February 2010

*[signature]*
NOTARY PUBLIC

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov. 30, 2013

601230.00001/6832480v.1