BLANK ROME LLP
Attorneys for Defendants
The Chrysler Building
405 Lexington Avenue
New York, New York  10174-0208
(212) 885-5000
Richard V. Singleton (RS-9489)
Alan M. Weigel (AW-0800)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| MICHAEL STEPSKI, KIRSTEN STEPSKI, Wife, GEAL RODERICK and BENJAMIN SCHOBER, | ECF CASE |
| | 06 CV 01694 (CM) |
| Plaintiffs, | |
| -against- | **AFFIDAVIT OF RICHARD SINGLETON, ESQ. IN FURTHER SUPPORT OF DEFENDANTS' CROSS-MOTION TO STRIKE PLAINTIFFS' EXPERT'S REPORT AND PRECLUDE HIS TESTIMONY** |
| The M/V NORASIA ALYA, her owners, operators, etc., and MS "ALENA" SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG, PETER DOEHLE SCHIFFAHARTS-KG, | |
| Defendants. | |

------------------------------------------------------------------X

STATE OF NEW YORK     )
                                              ) ss:
COUNTY OF NEW YORK  )

RICHARD V. SINGLETON, being duly sworn, deposes states as follows:

1. Deponent is a member of the firm of Blank Rome LLP, attorneys for Defendants MS "ALENA" Schiffahrts GmbH & Co. KG and Peter Doehle Schiffaharts-KG, owner and manager of M/V NORASIA ALYA ("NORASIA ALYA") and is admitted to the bar of this honorable court.  I am fully familiar with and have personal knowledge of the matters stated herein.

2. Deponent submits this Affidavit in further support of Defendants cross-motion for an Order striking the expert reports of Plaintiffs' maritime expert, Captain Joseph Ahlstrom, and precluding him from testifying.

3. Attached hereto as Exhibit "M" is a true and correct copy of a photograph of the M/V PODRAVINA taken while the vessel was at Wilmington, North Carolina on May 26, 2004.

4. Attached hereto as Exhibit "N" is a true and correct copy of a report by the State of Connecticut Forensics Science Laboratory dated July 12, 2004 stating that paint samples it analyzed exhibited "dissimilar characteristics."

**WHEREFORE**, your deponent respectfully requests that the Court enter an Order denying Plaintiffs' motion to strike Captain Bolton's reports and permitting him to testify in the trial of this matter, or, in the alternative, if the Court grants Plaintiffs' motion, it should also enter an Order striking Captain Ahlstrom's report and precluding his testimony at the trial of this matter, and for such other and further relief as the Court deems just and equitable.

_____
Richard V. Singleton

Sworn to before me this
1st day of March 2010

_____
NOTARY PUBLIC

DOROTHY ROSENBERG
Notary Public, State of New York
No. 41-4771099
Qualified in Queens County
Commission Expires February 28, 20_10_

2

601230.00001/6834084v.1