# EXHIBIT M

601230.00001/6834084v.1

