# EXHIBIT N

601230.00001/6834084v.1




## STATE OF CONNECTICUT

DEPARTMENT OF PUBLIC SAFETY
DIVISION OF SCIENTIFIC SERVICES

## FORENSIC SCIENCE LABORATORY
## CRIMINALISTICS SECTION

### Trace Report

**LABORATORY CASE #:** ▮▮▮▮▮

**SUBMITTING AGENCY:** U.S. Coast Guard

**AGENCY CASE #:** ▮▮▮▮▮

**TOWN OF INCIDENT:** Atlantic Ocean

**DATE OF REQUEST:** 6/18/04

**DATE OF REPORT:** 7/12/04

**REPORT TO:** Commanding Officer as above

**EVIDENCE SUBMITTED:**

1. Known paint (#1ALB)
2. Paint samples (#2)
    - 2-1. "Bulbous Bow Port Side"
    - 2-2. "Bulbous Bow Port Side"
    - 2-3. "Bulbous Bow Centerline"
    - 2-4. "Bulbous Bow Centerline"
    - 2-5. "Hull"

**RESULTS OF EXAMINATION:**

1. Submission #2 consisted of five paint samples.

    A. The paint samples located in submission #2 exhibited dissimilar characteristics to the paint located in submissions #1 ("known paint sample").
    B. Samples of the paint submitted have been retained at the Laboratory.



Criminalist

Telephone (203) 639-6400    278 Colony Street  Meriden, CT 06451    FAX (203) 639-6485
*An Equal Opportunity Employer*