UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHAEL STEPSKI, KIRSTEN STEPSKI,
Wife, GEAL RODERICK, BENJAMIN
SCHOBER,                                                          06 CV 01694 (JSG)
                Plaintiffs,                              JUDGMENT

       -against-

THE M/V NORASIA ALYA, Her owners,
operators, etc., PETER DOEHLE
SCHIFFAHRTS, KG Gmbh and Co., Ms.
ALENA SCHIFFAHRTSGESELLSCHAFT,
Mbh & Co., KG (Germany),
                Defendants.
-------------------------------------------------------------x

       Whereas the above entitled action having been assigned to the Honorable James S. Gwin, U.S.D.J., and a jury trial having been held in this matter from March 22, 2010 through March 25, 2010, and on March 25, 2010, at the conclusion of trial, the jury having reached a verdict in favor of defendants, it is,

       **ORDERED, ADJUDGED AND DECREED:** that since the jury having found in favor of defendants, judgment is entered in favor of defendants the M/V NORASIA ALYA, Her owners, operators, etc., Peter Doehle Schiffahrts, KG Gmbh and Co., Ms. Alena Schiffahrtsgesellschaft, Mbh & Co., KG (Germany), and the case is hereby closed.

SO ORDERED:

_____
James S. Gwin, U.S.D.J.

Dated: White Plains, New York
       March 26, 2010

J. Michael McMahon, Clerk of Court