THOMAS H. HEALEY, ESQ.
Attorneys for Plaintiffs
17 Battery Place
New York, New York 10004
(212) 943-3520
Thomas H. Healey

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MICHAEL STEPSKI, KIRSTEN STEPSKI, Wife,　　　**PLAINTIFFS'**
GEAL RODERICK AND BENJAMIN SCHOBER,　　　　　**NOTICE OF MOTION**

　　　　　　Plaintiffs,

　　-against-
　　　　　　　　　　　　　　　　　　　　　　　　06 Civil 1694
The M/V NORASIA ALYA, her owners,　　　　　　　　(JSG)
operators, etc., and MS "ALENA"
SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG,
PETER DOHLE SCHIFFAHRTS-KG,

　　　　　　Defendants.

------------------------------------x

　　**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and all the prior pleadings and proceedings herein, the undersigned attorneys for plaintiffs will move this Court before the Honorable James S. Gwin, at an United States Courthouse, for an order pursuant to Rules 49 and 50 of the Federal Rules of Civil Procedure setting aside the verdict and ordering a new trial on the grounds that the verdict is against the weight of the evidence, that the uncontroverted evidence established that the defendants were in violation of COLREGS in several respects, that the failure to frame properly the special verdict as proposed by the plaintiffs, that is, submission to the jury for specific

consideration the pertinent COLREGS and the shifting burden of proof was unreasonably prejudicial and for such other, further and different relief as the Court deems just and proper.

DATED: NEW YORK, NEW YORK
      April 2, 2010

                        Yours, etc.

                        THOMAS H. HEALEY, ESQ.
                        Attorney for Plaintiffs

                              s/ Thomas H. Healey
                  BY: _____
                        Thomas H. Healey (THH-3093)
                        17 Battery Place - Suite 605
                        New York, New York 10004
                        (212)943-3520

TO:    BLANK ROME LLP
       Attorneys for Defendants
       405 Lexington Avenue
       New York, New York 10174

       FREEHILL, HOGAN & MAHAR
       80 Pine Street
       New York, New York 10005