UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

MICHAEL STEPSKI, *et al.*,

      Plaintiffs,

vs.

THE M/V NORASIA ALYA, *et al.*,

      Defendants.

CASE NO. 7:06-cv-01694

SPECIAL VERDICT FORM

-------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

1. Do you find from a preponderance of the evidence that defendant was negligent in the manner claimed by plaintiffs and that such negligence was a cause of damage to plaintiffs?

Circle Yes or **No** *(No circled)*

2. If you answered "Yes" to Question One, do you find from a preponderance of the evidence that Plaintiff Michael Stepski was negligent in the manner claimed by defendant and that such negligence was a cause of Plaintiffs' own damages?

Circle Yes or No

3. If you answered "Yes" to Question Two, what proportion or percentage of plaintiffs' damage do you find from a preponderance of the evidence to have been legally caused by the negligence of

-1-

*Count 5*

Case No. 7:06-cv-01694
Gwin, J.

the respective parties?

Answer in Terms of Percentages:

Defendant         _____%

Plaintiff Stepski  _____%

(Note: The total of the percentages given in your answer should equal 100 percent)

4.  If you answered "Yes" to Question One, what sum of money do you find from a preponderance of the evidence to be the total amount of plaintiffs' past damages (without adjustment by application of any percentages you may have given in answer to Question Three)?

Answer in Dollars:

Plaintiff Stepski ................................................. _____

Plaintiff Schober ................................................ _____

Plaintiff Roderick ............................................... _____

5.  If you answered "Yes" to Question One, what sum of money do you find from a preponderance of the evidence to be the total amount of plaintiffs' future damages (without adjustment by application of any percentages you may have given in answer to Question Three)?

Answer in Dollars:

Plaintiff Stepski ................................................. _____

Plaintiff Schober ................................................ _____

Plaintiff Roderick ............................................... _____

-2-

Case No. 7:06-cv-01694
Gwin, J.

Each of us Jurors concurring in said verdict signs his/her name hereto this 25 day of March, 2010.