THOMAS H. HEALEY, ESQ.
Attorneys for Plaintiffs
17 Battery Place
New York, New York 10004
(212) 943-3520
Thomas H. Healey

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

MICHAEL STEPSKI, KIRSTEN STEPSKI, Wife,     **NOTICE OF APPEAL**
GEAL RODERICK AND BENJAMIN SCHOBER,

               Plaintiffs,            7:06-cv-01694
                                            (JSG)
        -against-

The M/V NORASIA ALYA, her owners,
operators, etc., and MS "ALENA"
SCHIFFAHRTSGESELLSCHAFT mbH & CO. KG,
PETER DOHLE SCHIFFAHRTS-KG,

               Defendants.

----------------------------------------x

S I R S :

    Notice is hereby given that Michael Stepski, Geal Roderick and Benjamin Schober, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from final judgment entered in this action on the 26th day of March, 2010 in favor of defendants and from the order made and entered on January 14, 2010 which granted partial summary judgment to defendants dismissing the plaintiffs' claim for punitive damages.

DATED: NEW YORK, NEW YORK
       April 21, 2010

**THOMAS H. HEALEY, ESQ.**

Yours, etc.

THOMAS H. HEALEY, ESQ.
Attorney for Plaintiffs

BY: _____
Thomas H. Healey (THH-3093)
17 Battery Place - Suite 605
New York, New York 10004
(212) 943-3520

TO: BLANK ROME LLP
Attorneys for Defendants
405 Lexington Avenue
New York, New York 10174

FREEHILL, HOGAN & MAHAR
80 Pine Street
New York, New York 10005

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

ANNETTE CARRUBBA, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in New York, New York

That on the 20th day of April, 2010, deponent served the within PLAINTIFFS' NOTICE OF APPEAL upon:

> BLANK ROME, LLP
> Attorneys for Defendants
> 405 Lexington Avenue
> New York, New York 10174
>
> FREEHILL, HOGAN & MAHAR
> Attorneys for Defendants
> 80 Pine Street
> New York, New York 10005

at the addresses designated by said individuals for that purpose by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
ANNETTE CARRUBBA

Sworn to before me this
20th day of April, 2010.

_____
NOTARY PUBLIC

THOMAS H. HEALEY
Notary Public, State of New York
No. 31-4985782
Qualified in New York County
Commission Expires _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL STEPSKI, KIRSTEN STEPSKI,
Wife, GEAL RODERICK, BENJAMIN
SCHOBER,

      Plaintiffs,

06 CV 01694 (JSG)
JUDGMENT

  -against-

THE M/V NORASIA ALYA, Her owners,
operators, etc., PETER DOEHLE
SCHIFFAHRTS, KG Gmbh and Co., Ms.
ALENA SCHIFFAHRTSGESELLSCHAFT,
Mbh & Co., KG (Germany),

      Defendants.
------------------------------------------------------------x

  Whereas the above entitled action having been assigned to the Honorable James S. Gwin, U.S.D.J., and a jury trial having been held in this matter from March 22, 2010 through March 25, 2010, and on March 25, 2010, at the conclusion of trial, the jury having reached a verdict in favor of defendants, it is,

  ORDERED, ADJUDGED AND DECREED: that since the jury having found in favor of defendants, judgment is entered in favor of defendants the M/V NORASIA ALYA, Her owners, operators, etc., Peter Doehle Schiffahrts, KG Gmbh and Co., Ms. Alena Schiffahrtsgesellschaft, Mbh & Co., KG (Germany), and the case is hereby closed.

SO ORDERED:

_____
James S. Gwin, U.S.D.J.

Dated: White Plains, New York
March 26, 2010

_____
J. Michael McMahon, Clerk of Court